# Complaint Transmittal Cover Sheet

| | |
|---|---|
| **To:** | Calista Enterprises Ltd., Respondent |
| **From:** | Tenza Trading Ltd., Complainant |
| **Cc:** | National Arbitration Forum |
| **Date:** | March 28, 2013 |
| **Re:** | largeporntube.com; goldporntube.com; kissporntube.com; boxporntube.com; pipeporntube.com; 69porntube.com; royalporntube.com; bookporntube.com; cubeporntube.com; freshporntube.com; lustporntube.com; bonusporntube.com; directporntube.com |

The attached Complaint is being filed against you with the National Arbitration Forum (the "Forum") pursuant to the Uniform Domain Name Dispute Resolution Policy (the "Policy") adopted by the Internet Corporation for Assigned Names and Numbers ("ICANN") on October 24, 1999 and incorporated in your Registration Agreement with the Registrar of your domain name(s).  By submitting this Complaint to the Forum, the Complainant agrees to abide and be bound by the provisions of the Policy, the ICANN Rules, and the Forum's Supplemental Rules.

**Until you are notified by the Forum that a proceeding has commenced, you have no duty to act with regard to this Complaint.**

- The Forum will examine the Complaint to determine whether it conforms to the ICANN Policy, Rules, and the Supplemental Rules.

- If the Complaint conforms to those standards, the Forum will forward an official copy of the Complaint to you.

- *Once the official Complaint is forwarded to you*, you will have **twenty (20)** calendar days to submit a Response to both the Forum and the Complainant in accordance with the Policy, Rules, and Supplemental Rules.

- You may seek legal assistance to represent you in this administrative proceeding.

The Policy and Rules governing this proceeding can be found at:

| | |
|---|---|
| ICANN UDRP Policy | http://www.icann.org/udrp/udrp-policy-24oct99.htm |
| ICANN UDRP Rules | http://www.icann.org/udrp/udrp-rules-24oct99.htm |
| Forum Supplemental Rules | |
| http://domains.adrforum.com/main.aspx?itemID=631&hideBar=False&navID=237&news=26 | |

Complainant has opted to file this complaint entirely electronically as provided in the UDRP Rules as effective March 1, 2010.  Respondent may also choose to take advantage of the new Rules.

| | |
|---|---|
| ICANN New UDRP Rules | http://www.icann.org/en/dndr/udrp/uniform-rules.htm |
| Forum New Supplemental Rules | http://domains.adrforum.com/resource.aspx?id=1540 |

Alternatively, you may contact the Forum to obtain any of the above documents.

| | |
|---|---|
| Telephone: | (800) 474-2371 or (952) 516-6400 |
| E-mail: | domaindispute@adrforum.com |

***Please provide the Forum with the email address where the official Complaint and other communications in the administrative proceeding should be sent.***

# IIII NATIONAL ARBITRATION FORUM

|  |  |  |
|---|---|---|
| *Tenza Trading Ltd.* | ) | |
| *Ioanni Stylianou 6* | ) | |
| *2nd Floor, Flat 202* | ) | **Domain Names In Dispute:** |
| *Nicosia, Cyprus 2002* | ) | largeporntube.com; goldporntube.com; |
| | ) | kissporntube.com; boxporntube.com; |
| **(Complainant)** | ) | pipeporntube.com; 69porntube.com; |
| | ) | royalporntube.com; bookporntube.com; |
| v. | ) | cubeporntube.com; freshporntube.com; |
| | ) | lustporntube.com; bonusporntube.com; |
| *Calista Enterprises Ltd.* | ) | |
| *Global Gateway 1749* | ) | |
| *Rue de la Perle* | ) | |
| *Providence* | ) | |
| *Mahe 00000, SC* | ) | |
| **(Respondent)** | ) | |
| | ) | |

## COMPLAINT IN ACCORDANCE WITH
## THE UNIFORM DOMAIN NAME DISPUTE RESOLUTION POLICY

[1.]    This Complaint is hereby submitted for decision in accordance with the Uniform Domain Name Dispute Resolution Policy (UDRP), adopted by the Internet Corporation for Assigned Names and Numbers (ICANN) on August 26, 1999 and approved by ICANN on October 24, 1999, and the Rules for Uniform Domain Name Dispute Resolution Policy (UDRP Rules), with an effective date of March 1, 2010, and the National Arbitration Forum (FORUM) Supplemental Rules (Supp. Rules). UDRP Rule 3(b)(i).

[2.]    **COMPLAINANT INFORMATION**

|  |  |  |
|---|---|---|
| [a.] | Name: | Tenza Trading Ltd. |
| [b.] | Address: | Ioanni Stylianou 6 |
| | | 2nd Floor, Flat 202 |
| | | Nicosia, Cyprus 2002 |
| [c.] | Telephone: | 818-488-8146 |
| [d.] | Fax: | 818-332-4205 |
| [e.] | E-Mail: | amv@eclipsegrp.com |

1

**[3.]  COMPLAINANT AUTHORIZED REPRESENTATIVE, IF ANY**

[a.]  Name:         Anna M. Vradenburgh
                    The Eclipse Group, LLP
[b.]  Address:      6345 Balboa Blvd., Suite 325, Blding II
                    Encino, California 91316
[c.]  Telephone:    818-488-8146
[d.]  Fax:          818-332-4205
[e.]  E-Mail:       amv@eclipsegrp.com

UDRP Rule 3(b)(ii).

Complainant's preferred contact person for correspondence relating to this case:

**Electronic-Only Material**
[a.]  Method:       Electronic Mail
[b.]  Address:      amv@eclipsegrp.com
[c.]  Contact:      Anna M. Vradenburgh

**Material Including Hard Copy**
[a.]  Method:       Facsimile
[b.]  Address/Fax:  818-332-4205
[c.]  Contact:      Anna M. Vradenburgh

The Complainant chooses to have this dispute heard before a one member administrative panel.  ICANN Rule 3(b)(iv).

**[4.]    RESPONDENT INFORMATION**

[a.]  Name:         Calista Enterprises Ltd.
[b.]  Address:      Global Gateway 1749, Rue de la Perle
                    Providence
                    Mahe 00000, SC
[c.]  Telephone:    +420.774806357
[d.]  Fax:
[e.]  E-Mail:       webmaster@alexz-traffic.com

**[5.]  RESPONDENT AUTHORIZED REPRESENTATIVE, IF KNOWN**

[a.]  Name:         Calista Enterprises Ltd.
[b.]  Address:      Global Gateway 1749, Rue de la Perle
                    Providence
                    Mahe 00000, SC
[c.]  Telephone:    +420.774806357
[d.]  Fax:
[e.]  E-Mail:       webmaster@alexz-traffic.com

ICANN Rule 3(b)(v).

2

[6.]    **DISPUTED DOMAIN NAME(S)**

[a.]    The following domain name(s) is/are the subject of this Complaint: ICANN Rule 3(b)(vi).

largeporntube.com; goldporntube.com; kissporntube.com; boxporntube.com; pipeporntube.com; 69porntube.com; royalporntube.com; bookporntube.com; cubeporntube.com; freshporntube.com; lustporntube.com; bonusporntube.com; directporntube.com

[b.]    Registrar Information: UDRP Rule 3(b)(vii).

| | | |
|---|---|---|
| [i.] | Registrar's Name: | Moniker Privacy Services |
| [ii.] | Registrar Address: | 1800 SW 1st Avenue, Suite 440 |
| | | Portland, Oregon 97201 |
| [iii.] | Telephone Number: | 503-207-0147 |
| | Fax Number: | 954-585-9186 |
| [iv.] | E-Mail Address: | domain@monikerprivacy.net |

[c.]    Trademark/Service Mark Information: ICANN Rule 3(b)(viii).

Complainant has received the following registrations (see Annex 1) and upon which this complaint is based for the mark PORNTUBE:

U.S. Registration No. 3,936,197 for entertainment services, namely, providing a website featuring adult entertainment; entertainment services, namely, providing a website featuring photographs, videos, related film clips, and other multimedia materials in the field of adult entertainment. The first use of this mark in interstate commerce for these goods was at least as early as May 2005. This application was filed on October 29, 2008, and issued March 29, 2011.

Corresponding Canadian Registration No. TMA 779,803 for entertainment services, namely, providing a website offering adult entertainment; entertainment services, namely, providing a website offering photographs, videos, related film clips, and other multimedia materials in the field of adult entertainment. This application claimed the priority filing date of October 29, 2008, and issued on October 14, 2010.

Community Trademark Registration No. 008,725,401 for adult entertainment services; providing a website featuring adult entertainment; providing a website featuring photographs, videos, related film clips, and other multimedia materials in the field of adult entertainment, entertainment services provided via the internet. This application claimed the priority filing date of October 29, 2008, and issued on June 2, 2010.

[7.]    **FACTUAL AND LEGAL GROUNDS**

To prove that it is entitled to the transfer of the thirteen (13) *porntube.com domain names, the Complainant must prove the following: (i) the domain names are identical or confusingly similar to a trademark or service mark in which the Complainant has rights; (ii) that Registrant has no rights or legitimate interests in respect of the domain names; and (iii) that the domain names have been registered and are being used in bad faith.

A.    **The Subject Domain Names 'word+porntube.com' Are All Substantially Similar To Complainant's Registered Mark PORNTUBE**

The disputed domain names registered by Respondent all subsume Complainant's registered mark PORNTUBE in its entirety. Each of the domain names registered by Respondent begins with a word or number, e.g., large, gold, kiss, 69, royal, etc., followed by porntube.com. Thus, the form for each of the domain names is *porntube.com, wherein the * refers to the initial word, e.g., largeporntube.com. The earliest registered domain name is freshporntube.com, which was created on June 24, 2009. A summary of the creation dates for each of the domain names, as well as the record information, is attached hereto as Annex 2[1].

The domain names are being used in association with adult entertainment services or a link site directing to adult entertainment services. See Annex 3. Further, these domain names are also used to drive traffic to Complainant's website porntube.com which is associated with its PORNTUBE services, as well as, directly compete with Complainant in that each website associated with the respective infringing domain name includes a 'Trade Traffic' link and a PORN TUBE link. See Annex 3. Each of these 'Trade Traffic' links directs to AlexZ-Traffic.com. See Annex 4. The links identified on the AlexZ-Traffic page refer users to third party adult entertainment services. Each of the infringing domain name websites prominently display Complainant's registered trademark PORNTUBE.

After discovery of the websites associated with these domain names, Complainant reviewed its internal records and has found that all of the domain names listed in this complaint are sending traffic to Complainant's website at porntube.com under the same account and payments for all of these domain names are sent to the same bank account in Slovenia. The account was registered in the name of Wiblax Limited, in Belize. Complainant believes that the commonality of the traffic account and bank account demonstrates that all of these domain names are commonly owned and/or cooperatively operated.

Complainant's registered and common law trademark is PORNTUBE. Complainant has received U.S. Registration No. 3,936,197, Canadian Registration No. TMA 779,803, and Community Trademark Registration No. 8,725,401 for the mark PORNTUBE, for *inter alia*, adult entertainment services. See Annex 1. The U.S. trademark application was filed on October 29, 2008. Each of the foreign registrations claims a priority filing date of October 29, 2008. Each of these registrations was received without any objections from the corresponding Trademark Office, including any objection that the mark was merely descriptive. These registrations are prima facie evidence that the mark is distinctive and capable of source identification. Additionally, the domain name porntube.com was initially registered on November 29, 2004. See Annex 5.

Rights in the PORNTUBE trademark were originally owned by EMC Ideas, Inc., and were assigned to Complainant on February 16, 2011. Similarly, the domain name was transferred to Complainant on or around December 2010. EMC Ideas, Inc. continuously and consistently used the trademark from at least as early as May 2005 through early 2011, when the mark was assigned. See Annex 6. Complainant continued the use of this mark from the date of the assignment to the present date. All rights to the trademark and goodwill associated therewith

---

[1] Annex 2 has been amended and resubmitted to include the WhoIs information for the true owner in response to the notice of deficiency dated March 28, 2013.

were assigned from EMC Ideas, on February 16, 2011. See Annex 7. The use of this mark has been continuous and consistent by Complainant and its prior owner since at least as early as May 2005 to the present, in association, in part, with adult entertainment products, including on-line adult entertainment services. Accordingly, in light of the continuous use of the mark, common law rights were well established from at least as early as May 2005, until the filing date of the U.S. application on October 29, 2008, at which time Complainant firmly established nationwide priority of rights. *See Tuxedos By Rose v. Nunez*, FA 95248 (Nat. Arb. Forum Aug. 17, 2000) (finding common law rights in a mark where its use was continuous and ongoing); *see also Keppel TatLee Bank v. Taylor*, D2001-0168 (WIPO Mar. 28, 2001) ("[O]n account of long and substantial use of [KEPPEL BANK] in connection with its banking business, it has acquired rights under the common law.").

Rights in the PORNTUBE trademark were acquired long prior to the creation or registration date of any of Respondent's domain names. As recited above, the earliest creation date of any of these domain names by the Respondent, or anyone, was no earlier than June 24, 2009, with the latest, cubeporntube.com, being created on November 3, 2011. Although the owners have changed, the trademark rights acquired by Complainant and the use of the trademark have been continuously consistent for adult entertainment services since at least as early as May 2005 to the present, long prior to *any* registration of the subject domain names in 2009 to the present.

A comparison of the domain names and the registered trademark illustrate that each domain name subsumes, in its entirety, the registered trademark in which Complainant has rights. Further, both the trademark and the domain name are used in association with adult entertainment products and services. Since the domain names and registered trademark are substantially similar and each domain name entirely subsumes the registered mark, and since both are used in association with adult products and services, the domain name is likely to cause confusion with consumers.

**B.    The Respondent has no legitimate interest or rights in the domain name**.

All of the domain names are currently registered in the name of Moniker Privacy Services. Annex 2. It has been held by other Panels that "a respondent cannot acquire rights in a commercial context when a disputed domain name is registered using a [] privacy service....The nominee (the registrant or naked trustee) isn't really using the domain name. The undisclosed beneficiary isn't disclosing it owns the domain name so it doesn't acquire any rights." *See, Google Inc. v. Privacy Protect.cn / Henry Nguyen Gong*, Claim Number: FA1301001480881.

The registration of these domain names were well after the mark and the services associated therewith had been in consistent and continuous use by Complainant and its predecessors, and further, after the original filing date of the U.S. Trademark Application for PORNTUBE, namely, after October 29, 2008. Indeed, Complainant registered the domain name porntube.com at least as early as 2004. See Annex 5. As it is commonly understood that the .com domain names are more valuable and the first to be purchased, and since the website associated with the domain name porntube.com is a high traffic site, it is clear that Respondent *knew* that it had no legitimate rights or interest in registering any of the domain names that completely subsumed Complainant's trademark. Indeed, a well-known traffic ranking site, Alexa.com, assigned a global rank of 697 for the website at porntube.com, and a US ranking of 656, as of February 2013. See Annex 8. As shown in the Alexa analysis, most of the foreign countries rank the website at porntube.com below 1000. A ranking under a few thousand is a good ranking, but a ranking under 1000 demonstrates a phenomenal amount of consumers visiting the site, and being exposed to the PORNTUBE trademark. For reference and

comparison regarding the ranking, google.com has been ranked at 1 by Alexa. Thus, throughout the *world*, the website offering the PORNTUBE services is well-known and highly visited by consumers. Historical traffic rankings demonstrate that this website porntube.com has been under 10,000 ranking since prior to 2008. See Annex 9.

Trademark rights were clearly established long prior to the earliest possible registration date of any of these domain names by the Respondent, that is, long prior to 2009. Moreover, Respondent, Moniker Privacy Services is not commonly, or otherwise, known by any of the domain names or PORNTUBE. Complainant contends that the true owner of these domain names is not commonly, or otherwise known, by any of the domain names, or PORNTUBE, either. To the best of Complainant's knowledge and belief, each of these domain names have consistently been used to direct Internet users to adult entertainment products and services, the identical market of the services associated with the trademark PORNTUBE. More specifically, these domain names direct users to websites that are identical to the PORNTUBE services (some of them subsequently changed to link sites), and then direct traffic from the infringing domain names to either Complainant's services or Respondent's own traffic sharing services at AlexZ-Traffic.com, a site which provides a listing of unrelated third party adult entertainment websites to which a webmaster can signup to trade traffic. See Annexes 3 and 4. As discussed above, the links identified on the AlexZ-Traffic page refer users to third party adult entertainment services. Each of these domain name websites display a link to PORN TUBE (see e.g., Annex 3 and 4); however, if the link is accessed it misdirects the user to a competitor's website. For example, in one instance, accessing the PORN TUBE link on the goldporntube.com site misdirected the consumer to sunporno.com. See Annex 10. Other links on the goldporntube.com site direct to the site identified by the link. Thus, the PORN TUBE link appears to be the only one that misdirects the user. Finally, these infringing domain names have been used to direct traffic to other adult entertainment sites. Indeed, once Complainant discovered these infringing domain names, Complainant found that these infringing domain names have been used to direct traffic to other adult sites, such as, 4tube.com. See Annex 11. Evidence of this assertion is shown in Annex 12. Annex 12 is a collection of traffic reports that identifies each of these infringing domains as the source of the traffic referred to 4tube.com, an adult website, (see Annex 11. The date on the reports spans from November 3, 2008 through March 4, 2013. The reports clearly show referral activity that has been ongoing from mid-2009 (freshporntube.com), prior to, or near January 2010 (goldporntube.com, pipeporntube.com, lustporntube.com and bonusporntube.com), and subsequent to January 2010 (largeporntube.com, kissporntube.com, boxporntube.com, 69porntube.com, royalporntube.com, bookporntube.com, cubeporntube.com and directporntube.com) through the present. These reports are generated from the records of Google Analytics, an independent and third party tracking service. See Annex 12. Thus, it can be presumed that the Respondent has used these domain names to direct traffic to other third party adult sites as well. In light of the above, it is clear that the only rationale for registering these domain names would be to capitalize on the consumer's awareness of the services associated with the PORNTUBE trademark and the goodwill of the mark. This is classic trademark infringement and trading off of the goodwill of another's trademark.

In light of the fact that Complainant's website has been operational since at least as early as 2005, and was continuously used up to the time that Respondent registered the domain name, Respondent was on notice that the use of any of these *porntube.com domain names was in violation of another party's rights. Indeed, Respondent registered as an affiliate webmaster with Complainant's affiliate marketing program as early as March 2011, and specifically drives traffic to Complainant's PORNTUBE services for which Respondent is paid by Complainant.

Declaration of Nicolas Paphitis, para. 2. The use of these domain names were unknown to Complainant at the time of Respondent's joining the affiliate program, and are without Complainant's permission or licensure of the PORNTUBE trademark. Decl. Paphitis, para. 2. Since joining the affiliate marketing program, Respondent registered five (5) of the thirteen (13) domain names, specifically, kissporntube.com, 69porntube.com, royalporntube.com, bookporntube.com and cubeporntube.com. Accordingly, Complainant has paid Respondent for sending it traffic via infringing Complainant's registered trademark. Consequently, Respondent is not, and cannot be deemed to be using any of the *porntube.com domain name with any bona fide offering of goods or services. Indeed, "[i]t is especially difficult to find a bona fide offering of goods when the Respondent uses a domain name confusingly similar to a competitor's mark." See *L.F.P. Inc v. Hustlertv.com*, FA0201000-104134 (National Forum, March 11, 2002), *citing, America Online, Inc. v. Xianfeng Fu*, D2000-1374 (WIPO Dec. 11, 2000) (finding that "[i]t would be unconscionable to find a *bona fide* offering of services in a respondent's operation of web-site using a domain name which is confusingly similar to complainant's mark and for the same business.")

As evinced above, Respondent's use of this domain name was strictly for commercial gain with the intent to divert consumers, and thus, Respondent cannot claim, nor can it demonstrate, any legitimate noncommercial use or fair use of the *porntube.com domain names. Respondent's sole intent is to commercially gain from the use of these *porntube.com domain names, which is evident from these websites and the fact that Respondent signed up for Complainant's affiliate marketing program. As discussed above, the websites associated with the *porntube.com domain names offer identical services to that of Complainant under the PORNTUBE services, which includes listings of third party links (see Annex 3), or a link site directed to adult entertainment services. The links on any of these websites direct users to unrelated third party sites, and/or, to other '*porntube.com' websites. See Annex 3. Offering identical and competing services or misdirecting Internet traffic by utilizing Complainant's mark does not equate to a bona fide offering of goods or services under Policy ¶ 4(c)(i), nor is it an example of legitimate noncommercial or fair use of a domain name under Policy ¶ 4(c)(iii). *See Target Brands, Inc. v. Bealo Group S.A.*, FA 128684 (Nat. Arb. Forum Dec. 17, 2002); *see also AltaVista v. Krotov*, D2000-1091 (WIPO Oct. 25, 2000) (finding that use of the domain name to direct users to other, unconnected websites does not constitute a legitimate interest in the domain name). Clearly, in light of the fact that Respondent registered with Complainant's affiliate marketing program, the Registrant knew of Complainant and its PORNTUBE trademark, yet intentionally registered 13 *porntube.com domain names, 5 of them *after* joining the affiliate program, and utilized the PORNTUBE trademark or a substantially identical one on the websites associated with these domain names. As seen from above, Respondent has no legitimate interest or rights in any of the *porntube.com domain names.

In vast contrast to Respondent, Complainant has a legitimate interest and right in these domain names. Indeed, through Complainant's long and consistent use, the PORNTUBE mark has become well-known and recognized by consumers throughout the world. Since at least as early as 2005 through early 2011, Complainant's predecessor in interest EMC Ideas, Inc., marketed and advertised the services associated with the PORNTUBE mark, and since early 2011, Complainant has marketed and advertised the services associated with the PORNTUBE mark. Complainant's marketing efforts have resulted in worldwide sales of services bearing the PORNTUBE mark. Decl. of Paphitis, para. 3. Indeed, the porntube.com website has approximately 1.821 million unique visitors per day. See Annex 13. Prior to August 2008, and thus, prior to the earliest possible filing date of the thirteen (13) *porntube.com domain names, namely, June 24, 2009, total commissions on sales were in excess of $2.7 million dollars, and the

site had received in excess of 18 million unique visitors. Approximately one year later, in October of 2009, total commissions on sales had exceeded $5 million dollars, almost doubling, and the site had received almost 34.5 million unique visitors, again, nearly doubling. Decl. Paphitis, para. 4. Thus, it is clear that at the time of the registration of freshporntube.com in June 2009, Complainant's services were well-known and well accessed by consumers. In addition, as discussed above, Complainant operates an affiliate marketing program in association with the PORNTUBE trademark and the website porntube.com. See Annex 14. The affiliates earn money for traffic directed to the porntube.com website. Complainant has paid the webmasters approximately $80,000 per month, which translates to about 47 million visitors per month. Decl. Paphitis, para. 5. Complainant has specifically paid Respondent in excess of $132,140 in a period of about 20 months. Decl. Paphitis, para. 5.

As can be seen by the above, Complainant's services bearing the PORNTUBE mark remain well-known and sought after by consumers throughout the world. Third party statistics support Complainant's claims. For example, reports from Google Analytics show that the Complainant's campaigns resulted in 47.9 million visitors just between September 25 – October 24, 2012. See Annex 15. Further, Google Analytics indicates that Complainant has an average of 11,068,939 visitors per month from the US, and an average of 49 million foreign visitors monthly. See Annex 16. The Google Analytics tracking supports the Complainant's information as Google Analytics indicates that the website associated with the PORNTUBE services receives about 60 million visitors per month, wherein 36 million are from 10 countries alone, and the remaining 24 million visitors emanate from the remaining countries. See Annex 16. In particular, as reflected in the Google Analytics tracking, as of September 2012, users visiting the PORNTUBE services are from the United States, Germany, Brazil, Turkey, Italy, United Kingdom, France, Canada, India and Spain. Indeed, the PORNTUBE services are a global brand and as evinced from the above, the services bearing the PORNTUBE mark have reached consumers throughout the world, as further supported by the traffic rankings provided by the Alexa services at alexa.com. See Annex 8.

Further, Complainant offers a content publishing program on its site, wherein content producers are invited to submit content to the porntube.com website in exchange for traffic and advertising banners on the porntube.com website. See Annex 17. Further still, Complainant allows third parties to advertise on the porntube.com website. See Annex 18. As an example, Complainant received 2,250 uploaded videos in September 2012 from its content publishing program. Decl. Paphitis, paragraph 6. Generally, only websites that generate a high volume of traffic will be attractive to third parties for advertising purposes or content exchange purposes. Clearly, the PORNTUBE services generate sufficient traffic that third parties desire to include their advertising banners or include their content such that they can benefit from the traffic directed from the PORNTUBE services.

Recognition of the PORNTUBE mark and products associated therewith is further demonstrated by the willingness of third parties to enter into various business arrangements with Complainant. For instance, currently, Complainant has negotiated an arrangement with Orange and Vodafone to include the PORNTUBE brand in the adult section of their mobile portals. Decl. Paphitis, para. 7. Orange and Vodafone are large, mainstream companies that operate throughout the world, including Europe. See Annex 19. The current negotiations place the PORNTUBE brand along-side other well-known brands such as Hustler and Playboy in the mobile portals of Orange and Vodafone. Decl. Paphitis, para. 7.

Additionally, although there are third party uses of porn tube or porntube, these are unauthorized uses that Complainant is addressing. In a recent situation, Complainant has resolved an issue with a large adult publication. In response to Complainant's request, the

publication stated that its use was in error, and changed the online article title from "porn tube sites" to "adult tube sites." See Annex 20. (It should be noted that the publication is a well-known adult entertainment publication that is distributed to adult entrepreneurs and businesses.) Indeed, a search on the publication shows that all uses of PORNTUBE are in reference to Complainant. See Annex 21. Further, Complainant has recently prevailed in another domain name complaint against a respondent that utilized the domain name porntube.net for a link site. See *Tenza Trading Ltd. v. Domain Manager*, Claim Number: FA1211001470412.

In light of the vast use of this mark by Complainant through its affiliate program and extensive marketing program, including use prior to 2009, as discussed below, Complainant contends that Respondent is not only aware of the marketing value of the PORNTUBE mark, and of the consumer recognition of this mark, but is intentionally capitalizing on the goodwill of this trademark for commercial gain as supported by the fact that Respondent is a registered affiliate of Complainant's affiliate marketing program.

C.    **Respondent's Registration and Use of the Domain Name Was in Bad Faith**

Since the registration of the *porntube.com domain names, these domain names have been used to promote and market adult entertainment products and/or services. The Respondent registered these domain names between 2009 and 2011.    Indeed, the earliest creation date of any of these domain names appears to be June 24, 2009, and the latest being November 3, 2011, long after trademark rights had been established in the PORNTUBE mark, which use had commenced at least as early as May 2005 in the adult entertainment field.

The Complainant contends that by using the *porntube.com domain names, "Registrant has intentionally attempted to attract, for commercial gain, Internet users to its web site or other on-line location, by creating a likelihood of confusion with the Complainant's mark as to the source, sponsorship, affiliation, or endorsement of Registrant's web site." Evidence of Respondent's intent is illustrated by the fact that Respondent is using thirteen (13) domain names, wherein each entirely subsume Complainant's mark to divert Internet users to different websites that each feature services substantially similar, if not identical, to Complainant's PORNTUBE services, or features links to unrelated adult websites throughout the Internet. Respondent clearly makes a profit from these websites as Respondent has been paid by Complainant for traffic directed to Complainant's PORNTUBE services from these sites, and to other adult sites, such as, 4tube.com. See Annex 12. Further, Respondent's own traffic site AlexZ-Traffic.com is clearly benefitting from the combined networking of these sites, which then lead to further networking with other third party sites. The increased traffic directed to Respondent's sites is a clear economic benefit resulting directly from the use of these infringing domain names. For the sites listing unrelated links, it can be further inferred that Respondent makes a profit from the amount of Internet traffic it diverts to these websites associated with the links. Therefore, Respondent is commercially benefiting from the likelihood of confusion it has created through the use of Complainant's mark, and Respondent's actions evidence bad faith use pursuant to Policy ¶ 4(b)(iv). *See MathForum.com, LLC v. Weiguang Huang*, D2000-0743 (WIPO Aug. 17, 2000) (finding bad faith under Policy ¶4(b)(iv) where the respondent registered a domain name confusingly similar to the complainant's mark and the domain name was used to host a commercial website that offered similar services offered by the complainant under its mark). *See Kmart v. Kahn*, FA 127708 (Nat. Arb. Forum Nov. 22, 2002) and *State Fair of Texas v. Granbury.com*, FA 95288 (Nat. Arb. Forum Sept. 12, 2000) (finding bad faith where Respondent registered the domain name <bigtex.net> to infringe on Complainant's goodwill and attract Internet users to Respondent's website); *see also Drs. Foster & Smith, Inc. v. Lalli*, FA 95284 (Nat. Arb. Forum Aug. 21, 2000) (finding bad faith where Respondent directed Internet

users seeking Complainant's site to its own website for commercial gain).

Furthermore, based on the long prior use and consumer awareness of Complainant's mark, and the fact that Respondent registered with Complainant's affiliate marketing program and chose Complainant's mark to attract Internet users to its website, it is clear that Respondent had actual knowledge of Complainant's rights in the PORNTUBE mark when it registered the disputed *porntube.com domain names. Indeed, in the *Tenza Trading Ltd. v. Domain Manager* decision, cited above, "the Panel conclude[d] Respondent had actual knowledge of Complainant's mark because [of] its fame." [sic] citing *The Way Int'l, Inc. v. Diamond Peters*, D2003-0264 (WIPO May 29, 2003) and *Yahoo! Inc. v. Butler*, FA 744444 (Nat. Arb. Forum Aug. 17, 2006) (finding bad faith where the respondent was "well-aware of the complainant's YAHOO! mark at the time of registration."). Registration of an infringing domain name despite actual knowledge of Complainant's rights is evidence of bad faith pursuant to Policy ¶ 4(a)(iii). *See Kmart v. Kahn (id.) and Entrepreneur Media, Inc. v. Smith*, 279 F.3d 1135, 1148 (9th Cir. Feb. 11, 2002) (finding that "[w]here an alleged infringer chooses a mark he knows to be similar to another, one can infer an intent to confuse"). Thus, it is clear that Respondent knew of Complainant's use of the mark as the Complainant's website was operational at that time and prominently displayed the PORNTUBE trademark. *See also Samsonite Corp. v. Colony Holding*, FA 94313 (Nat. Arb. Forum Apr. 17, 2000) (finding that evidence of bad faith includes actual or constructive knowledge of a commonly known mark at the time of registration). Indeed, the registration after the establishment of the mark's notoriety demonstrates and permits the inference that Respondent registered the thirteen (13) *porntube.com domain names with either actual notice or constructive knowledge of Complainant's PORNTUBE mark, and the registration of the five (5) domain names *after* Respondent joined the Complainant's affiliate program is unquestionable evidence of ongoing bad faith. In this instance, it is clear that Respondent was aware of the PORNTUBE mark. It is inconceivable that Respondent, the owner of an online adult entertainment website was unaware of Complainant's mark prior to its registration of the thirteen (13) *porntube.com domain names. See e.g., *L.F.P. Inc. v. HustlerTV.com*, FA0201000104134 (Nat. Arb. Forum March 11, 2002). As expressed in the *L.F.P.* case, "[t]his is evidence of bad faith registration." *Id.* Finally, "using a [] privacy registration service in a commercial context raises the rebuttable presumption of bad faith registration and use. *See, e.g., Google Inc. v. Privacy Protect.cn / Henry Nguyen Gong*, Claim Number: FA1301001480881. In this instance, every domain name is registered in the name of Moniker Privacy Services.

The evidence presented and the arguments set forth above demonstrate that by using the *porntube.com domain names, "Registrant has intentionally attempted to attract, for commercial gain, Internet users to its web site or other on-line location, by creating a likelihood of confusion with the Complainant's mark as to the source, sponsorship, affiliation, or endorsement of Registrant's web site." There is absolutely *no other* reason or purpose for the use and registration of these domain names. Accordingly, the registration and use of these domain names was in bad faith and in willful disregard of Complainant's rights, and can be interpreted to be motivated by the desire to directly trade off the goodwill of Complainant's trademark.

In light of the above arguments and evidence, Complainant contends that it has demonstrated that the thirteen (13) *porntube.com domain names are substantially similar to, and entirely subsumes to Complainant's registered trademark, Respondent has no legitimate interest in the domain names, and that Respondent has registered and used the domain names in bad faith. Accordingly, Complainant respectfully requests that the thirteen (13) *porntube.com domain name be transferred to Complainant.

Complainant respectfully requests that any information regarding Complainant's sales and payments made to webmasters be redacted or omitted from any published decision. Complainant's request is made pursuant to the Uniform Domain Name Dispute Policy, paragraph 4(j), Rule 16(b) and Supplemental Rule 15(b).

## [8.]  REMEDY SOUGHT

The Complainant requests that the Panel issue a decision that the domain-name registration be transferred.  ICANN Rule 3(b)(x); ICANN Policy ¶ 4(i).

## [9.]  OTHER LEGAL PROCEEDINGS

There are currently no other pending legal proceedings relating to the subject domain name. UDRP Rule 3(b)(xi).

## [10.]  COMPLAINT TRANSMISSION

The Complainant asserts that a copy of this Complaint, together with the cover sheet as prescribed by FORUM's Supplemental Rules, has been sent or transmitted to the Respondent (domain-name holder), in accordance with UDRP Rule 2(b) and to the Registrar(s) of the domain name(s), in accordance with FORUM Supp. Rule 4(e).  UDRP Rule 3(b)(xii); FORUM Supp. Rule 4(c).

## [11.]  MUTUAL JURISDICTION

The Complainant will submit, with respect to any challenges to a decision in the administrative proceeding canceling or transferring the domain name, to [ ]:
__x___ *a) the location of the principal office of the concerned registrar or*
_____ *b) where the Respondent is located, as shown by the address(es) given for the domain name holder in the Whois Database at the time of the submission of the Complaint to FORUM.*
UDRP Rule 3(b)(xiii).

## [12.]  CERTIFICATION

Complainant agrees that its claims and remedies concerning the registration of the domain name, the dispute, or the dispute's resolution shall be solely against the domain-name holder and waives all such claims and remedies against (a) the National Arbitration Forum and panelists, except in the case of deliberate wrongdoing, (b) the registrar, (c) the registry administrator, and (d) the Internet Corporation for Assigned Names and Numbers, as well as their directors, officers, employees, and agents.

Complainant certifies that the information contained in this Complaint is to the best of Complaint's knowledge complete and accurate, that this Complaint is not being presented for any improper purpose, such as to harass, and that the assertions in this Complaint are warranted under these Rules and under applicable law, as it now exists or as it may be extended by a good-faith and reasonable argument.

Respectfully Submitted,

_____
[Signature]

_Anna M. Vradenburgh_____
[Name]

_March 28, 2013_____
[Date]

SCHEDULE OF EVIDENCE & OTHER DOCUMENTS

Declaration of Nicolas Paphitis

ANNEXES:

| | |
|---|---|
| Annex 1: | Copy of U.S. Registration No. 3,936,197 for the mark PORNTUBE; Canadian Registration No. TMA779,803 for the mark PORNTUBE and CTM Registration No. 008725401 |
| Annex 2: | WhoIs History for *porntube.com domain names |
| Annex 3: | Webpages showing use of domain names in association with adult entertainment services |
| Annex 4: | 'Trade Traffic' links directing to AlexZ-Traffic.com |
| Annex 5: | DomainTools WhoIs History for porntube.com |
| Annex 6: | Examples of Use of porntube.com |
| Annex 7: | Assignment recordation of PORNTUBE |
| Annex 8: | Alexa traffic ranking for porntube.com |
| Annex 9: | Historical Alexa traffic ranking for porntube.com |
| Annex 10: | PORN TUBE link misdirect to sunporno.com |
| Annex 11: | 4tube.com webpage |
| Annex 12: | Google analytics – referral traffic reports for *porntube.com domain names |
| Annex 13: | Google analytics – Unique visitors |
| Annex 14: | PORNTUBE affiliate marketing page |
| Annex 15: | Google analytics – Webmaster campaign |
| Annex 16: | Google analytics – Visitor locations |
| Annex 17: | PORNTUBE Content Publishing page |
| Annex 18: | PORNTUBE Third Party Advertising page |
| Annex 19: | Orange and Vodafone webpage |

Annex 20:     XBiz publication correction

Annex 21:     XBiz articles regarding PORNTUBE

Annex 22:     Copy of Uniform Domain Name Dispute Resolution Policy

## DECLARATION OF NICOLAS PAPHITIS

I, Nicolas Paphitis, declare as follows:

1. I am the Director of Tenza Trading, Ltd., the Complainant, and have held that position since as early as November 2010. I have carefully reviewed prior financial information and statistics maintained by EMC Ideas, Inc., the predecessor in interest to the trademark PORNTUBE. I have the authority and knowledge to attest to the information set forth in this declaration.

2. Respondent registered as an affiliate webmaster with Complainant's affiliate marketing program as early as March 2011, and specifically drives traffic to Complainant's PORNTUBE services for which Respondent is paid by Complainant. The use of these domain names were unknown to Complainant at the time of Respondent's joining the affiliate program, and are without Complainant's permission or licensure of the PORNTUBE trademark.

3. Since at least as early as 2005 through early 2011, Complainant's predecessor in interest EMC Ideas, Inc., marketed and advertised the services associated with the PORNTUBE mark, and since 2011, Complainant has marketed and advertised the services associated with the PORNTUBE mark. Complainant's marketing efforts have resulted in worldwide sales of services bearing the PORNTUBE mark.

4. Prior to the earliest possible filing date of the domain names, total commissions on sales were in excess of $2.7 million dollars, and the site had received in excess of 18 million unique visitors. Approximately one year later, in October of 2009, total commissions on sales had exceeded $5 million dollars, almost doubling, and the site had received almost 34.5 million unique visitors, again, nearly doubling.

5. In addition, Complainant operates an affiliate marketing program in association with the PORNTUBE trademark and the website porntube.com. The affiliates earn money for traffic directed to the porntube.com website. Complainant has paid the

webmasters approximately $80,000 per month, which translates to about 47 million visitors per month.  Complainant has specifically paid Respondent in excess of $132,140 in a period of about 20 months.

6.   Complainant offers a content publishing program on its site, wherein users are invited to submit content to the porntube.com website in exchange for traffic and advertising banners on the porntube.com website.  As an example, Complainant received 2,250 uploaded videos in September 2012 from its content publishing program.

7.   Complainant has negotiated an arrangement with Orange and Vodafone to include the PORNTUBE brand in the adult section of their mobile portals.  Orange and Vodafone are large, mainstream companies that operate throughout the world, including Europe. The current negotiations place the PORNTUBE brand along-side other well-known brands such as Hustler and Playboy in the mobile portals of Orange and Vodafone.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, declares that I am properly authorized to make the statements contained herein on behalf of Complainant; and that all statements made of my own knowledge are true and all statements made on information and belief are believed to be true.

Dated: _22 March 2013_                    By: _____
                                                     Name:  Nicolas Paphitis
                                                     Director, Tenza Trading Ltd.

# ANNEX 1

# United States of America

## United States Patent and Trademark Office

# PORNTUBE

**Reg. No. 3,936,197**

**Registered Mar. 29, 2011**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

TENZA TRADING (CYPRUS CORPORATION)
IOANNI STYLIANOU 6
2ND FLOOR, FLAT 202
NICOSIA, CYPRUS 2002

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING ADULT ENTERTAINMENT; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING PHOTOGRAPHS, VIDEOS, RELATED FILM CLIPS, AND OTHER MULTIMEDIA MATERIALS IN THE FIELD OF ADULT ENTERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-0-2005; IN COMMERCE 5-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-603,111, FILED 10-29-2008.

CHRISTINA SOBRAL, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



**Office de la propriété Intellectuelle du Canada**

Un organisme d'Industrie Canada

**Canadian Intellectual Property Office**

An Agency of Industry Canada

*Marques de commerce*

*Certificat d'enregistrement*

*Trade-marks*

*Certificate of Registration*

**La présente atteste** que la marque de commerce identifiée dans l'extrait ci-joint, tiré du registre des marques de commerce, a été enregistrée et que ledit extrait est une copie conforme de l'inscription de son enregistrement. Conformément aux dispositions de la *Loi sur les marques de commerce*, cette marque de commerce est renouvelable tous les quinze ans à compter de la date d'enregistrement.

**This is to certify** that the trade-mark, identified in the attached extract from the register of trade-marks, has been registered and that the said extract is a true copy of the record of its registration. In accordance with the provisions of the *Trade-marks Act*, this trade-mark is subject to renewal every 15 years from the registration date.

**PORNTUBE**

Numéro d'enregistrement
Registration Number          **TMA779,803**

Numéro de dossier
File Number          **1431685**

Registraire des marques de commerce
Registrar of Trade-marks

Date d'enregistrement
Registration Date          **14 oct/Oct 2010**





OPIC          CIPO

**APPL'N/DEM. NO   1 431 685        REGISTRATION/ENREGISTREMENT NO TMA779,803**

FILING DATE/DATE DE PRODUCTION:                               19 mars/Mar 2009
REGISTRATION DATE/DATE D'ENREGISTREMENT:                      14 oct/Oct 2010
PRIORITY FILING DATE/DATE DE PRIORITÉ DE PRODUCTION:     (see below/voir ci-dessous)

REGISTRANT/PROPRIÉTAIRE ORIGINAL:
EMC Ideas, Inc.
611 K Street, Suite B #202
San Diego, California 92101
UNITED STATES OF AMERICA

REP FOR SERVICE/REP POUR SIGNIFICATION:
BORDEN LADNER GERVAIS LLP
WORLD EXCHANGE PLAZA
100 QUEEN STREET, SUITE 1100
OTTAWA
ONTARIO K1P 1J9

TRADE-MARK/MARQUE DE COMMERCE:

# PORNTUBE

SERVICES:

Entertainment services, namely, providing a website offering adult entertainment; entertainment services, namely, providing a website offering photographs, videos, related film clips, and other multimedia materials in the field of adult entertainment.

CLAIMS/REVENDICATIONS:

Used in CANADA since at least as early as May 2005 on services.

Priority Filing Date: October 29, 2008, Country: UNITED STATES OF AMERICA, Application No: 77/603,111 in association with the same kind of services.



**Office de la propriété intellectuelle du Canada**

**Canadian Intellectual Property Office**

Un organisme d'Industrie Canada

An Agency of Industry Canada

50, rue Victoria
Place du Portage I
Gatineau (Québec) K1A 0C9

50 Victoria Street
Place du Portage I
Gatineau, Quebec K1A 0C9

| Date | 8 fév/Feb 2011 |
|---|---|
| Votre référence - Your reference | TM 69612-1 |
| Numéro de dossier - File number | 1431685 |

BORDEN LADNER GERVAIS LLP
WORLD EXCHANGE PLAZA
100 QUEEN STREET, SUITE 1100
OTTAWA
ONTARIO K1P 1J9

### Confirmation changement en titre

Le nom indiqué ci-dessous a été inscrit comme propriétaire des marques de commerce suivantes.

Tenza Trading Ltd.
Ioanni Stylianou 6
2nd Floor, Flat 202
2003 Nicosia
CYPRUS

La firme indiquée ci-dessous a été inscrite comme représentant pour signification.

### Confirmation of Change in Title

The name shown below has been entered as the owner of the trade-marks listed.

The firm mentioned below has been recorded as Representative for Service.

BORDEN LADNER GERVAIS LLP
WORLD EXCHANGE PLAZA
100 QUEEN STREET, SUITE 1100
OTTAWA
ONTARIO K1P 1J9

Marque(s) de commerce / Trade-mark(s) :

TMA779,803        1431685        PORNTUBE

Registraire des marques de commerce
Registrar of Trade-marks

Contact:   Lisa McMillan
Section des cessions et renouvellements/
Assignment and Renewal Section
819-953-3174

# Canada



O P I C  C I P O





OHIM – OFFICE FOR HARMONIZATION IN THE
INTERNAL MARKET
TRADE MARKS AND DESIGNS

# CERTIFICATE OF REGISTRATION

This Certificate of Registration is hereby issued for the
Community Trade Mark identified below. The
corresponding entries have been recorded in the
Register of Community Trade Marks.

OHMI – OFFICE DE L'HARMONISATION DANS LE
MARCHÉ INTÉRIEUR
MARQUES, DESSINS ET MODÈLES

# CERTIFICAT D'ENREGISTREMENT

Le présent Certificat d'Enregistrement est délivré pour
la marque communautaire identifiée ci-joint. Les
mentions et les renseignements qui s'y rapportent ont
été inscrits au Registre des Marques communautaires.

No 008725401

Registered / En

PORNTUBE

The President / Le Président

Wubbo de Boer



OHIM – OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET
TRADE MARKS AND DESIGNS

OHMI – OFFICE DE L'HARMONISATION DANS LE MARCHÉ INTÉRIEUR
MARQUES, DESSINS ET MODÈLES

| | |
|---|---|
| 210 | 008725401 |
| 220 | 01/12/2009 |
| 400 | 15/02/2010 |
| 151 | 02/06/2010 |
| 450 | 04/06/2010 |
| 186 | 01/12/2019 |
| 541 | PORNTUBE |
| 521 | 0 |
| 732 | EMC Ideas, Inc.<br>611 K Street, Suite B#202<br>San Diego, California 92101<br>US |
| 740 | MARKS & CLERK LLP<br>Sussex House<br>83-85 Mosley Street<br>Manchester M2 3LG<br>GB |
| 270 | EN FR |
| 511 | |

BG - 41
Развлекателни услуги за възрастни;предоставяне на уебсайт, включващ развлечения за възрастни;услуги за развлечение, а именно предоставяне на интернет уеб сайт с музикални изпълнения, музикални видеоклипове, свързани с тях филмови клипове, фотографии и друг мултимедиен материал.

ES - 41
Servicios de esparcimiento para adultos;acceso a un sitio web con esparcimiento para adultos;acceso a un sitio web con fotografías, vídeos, extractos de películas asociados, y otros materiales multimedia en relación con el esparcimiento de adultos, servicios de esparcimiento prestados a través de Internet.

CS - 41
Zábavní služby pro dospělé;poskytování webových stránek se zábavou pro dospělé;poskytování webových stránek zaměřených na fotografie, videa, související filmové klipy a další multimediální materiály v oboru zábavy pro dospělé, zábavní služby poskytované prostřednictvím internetu.

DA - 41
Underholdningsvirksomhed for voksne;formidling af et websted med voksenunderholdning;udbydelse af et websted med fotografier, videoer, tilhørende filmklip og andre multimediematerialer inden for voksenunderholdning, underholdningsvirksomhed leveret via internettet.

DE - 41
Unterhaltungsdienstleistungen für Erwachsene;Bereitstellung einer Website mit Unterhaltung für Erwachsene;Bereitstellung einer Website Fotos, Videos, Musikvideos, diesbezüglichen Filmclips und anderem Multimediamaterial auf dem Gebiet der Unterhaltung für Erwachsene, Unterhaltungsdienstleistungen über das Internet.

ET - 41
Täiskasvanutele suunatud meelelahutusteenused;täiskasvanutele suunatud meelelahutust sisaldava veebilehe pakkumine;veebisaidi pakkumine, kus on muusikavideoid, muusikaga seotud filmiklike, fotosid ja teisi multimeediumamaterjale sisaldavad materjale täiskasvanute meelelahutuse alal, meelelahutuse pakkumine internetti kaudu.

EL - 41
Ψυχαγωγικές υπηρεσίες για ενήλικες·παροχή ιστοθέσης με ψυχαγωγία ενηλίκων·παροχή ιστοθέσης με φωτογραφίες, βίντεο, σχετικά αποσπάσματα κινηματογραφικών ταινιών και άλλο πολυμεσικό υλικό στον τομέα της ψυχαγωγίας ενηλίκων, υπηρεσίες ψυχαγωγίας παρεχόμενες μέσω του Διαδικτύου.

EN - 41
Adult entertainment services; providing a website featuring adult entertainment; providing a website featuring photographs, videos, related film clips, and other multimedia materials in the field of adult entertainment, entertainment services provided via the internet.

FR - 41
Services de divertissement pour adultes;fourniture d'un site web proposant du divertissement pour adultes;fourniture d'un site internet proposant des photographies, des vidéos, des extraits de films connexes, et d'autres contenus multimédias dans le domaine du divertissement pour adultes, services de divertissement fournis via l'internet.

IT - 41
Divertimento per adulti;offerta d'un sito Web d'intrattenimento per adulti;fornitura d'un sito web di fotografie, video, filmati relativi ed altri materiali multimediali nel settore dell'intrattenimento per adulti, servizi di intrattenimento forniti via Internet.

LV - 41
Pieaugušo izklaides pakalpojumi;tīmekļa vietnes nodrošināšana, kas ietver izklaidi pleaugušajiem;tīmekļa vietnes nodrošināšana, kas ietver fotogrāfijas, videomateriālus, saistītos filmu klipus un citus multivides materiālus pleaugušo izklaides jomā, internetā nodrošināti izklaides pakalpojumi.

LT - 41
Suaugusiųjų pramogų paslaugos;svetainės, kurioje teikiamos pramogos suaugusiesiems, teikimas;svetainės su fotonuotraukomis, vaizdo įrašais, susijusiu filmų iškarpomis ir kita įvairialypės terpės medžiaga, susijusia su suaugusiųjų pramogomis, pramogų paslaugos, teikiamos internetu.

HU - 41
Felnőtt szórakoztató szolgáltatások;felnőtteknek való szórakoztatást tartalmazó weboldal biztosítása;felnőtteknek aló fényképeket, videofelvételeket, kapcsolódó filmklipeket és más multimédiás anyagokat tartalmazó weboldalak biztosítása, interneten keresztül nyújtott szórakoztató szolgáltatások.

MT - 41
Servizzi ta' divertiment għall-adulti;il-provvista ta' websajt li fiha divertiment għall-adulti;il-provvista ta' websajt li fiha ritratti, vidjows, klipps tal-films relatati, u materjali multimedjali oħra fil-qasam tad-divertiment għall-adulti, servizzi tad-divertiment ipprovduti permezz tal-Internet.

NL - 41
Diensten op het gebied van ontspanning voor volwassenen;verschaffing van een website met ontspanning voor volwassenen;verschaffing van een website met foto's, video's, bijbehorende filmclips en andere multimediamaterialen op het gebied van ontspanning voor volwassenen, ontspanning verstrekt via internet.

PL - 41
Usługi rozrywkowe dla dorosłych;udostępnianie witryny internetowej zawierającej rozrywkę dla dorosłych;udostępnianie witryny internetowej zawierającej zdjęcia, materiały wideo, pokrewne klipy filmowe i inne materiały multimedialne z dziedziny rozrywki dla dorosłych, usługi rozrywkowe świadczone za pośrednictwem internetu.

PT - 41
Serviços de divertimento para adultos;fornecimento de um sítio Web com divertimento para adultos;disponibilização de um sítio Web com fotografias, vídeos, respectivos excertos de filmes e outros materiais multimédia no domínio do divertimento para adultos, serviços de divertimento fornecidos através da Internet.

RO - 41



Servicii de divertisment pentru adulti;furnizarea unui site web cu divertisment pentru adulți;furnizarea de unui site web cu fotografii, videouri, videoclipuri aferente și alte materiale multimedia în domeniul divertismentului pentru adulți, servicii de divertisment furnizate prin intermediul internetului.

SK - 41
Služby zábavy pre dospelých;poskytovanie webových stránok so zábavným obsahom pre dospelých;poskytovanie webových stránok s fotografiami, videozáznamami, filmami a inými multimediálnymi materiálmi v oblasti zábavy pre dospelých, internetové služby v oblasti zábavy.

SL - 41
Razvedrilne storitve za odrasle;nudenje spletnih strani z zabavo za odrasle;nudenje spletne strani s fotografijami, video posnetki, povezanimi izseki filmov in drugih multimedijskih materialov na področju razvedrila za odrasle, razvedrilne storitve nudene preko interneta.

FI - 41
Aikuisten ajanvietepalvelut;aikuisviihdettä sisältävän WWW-sivuston tarjoaminen;valokuvia, videoita, näihin liittyviä filmileikkeitä ja muuta multimedia-aineistoa sisältävän WWW-sivuston tarjoaminen aikuisviihteen alalla, Internetin välityksellä tarjottavat viihdepalvelut.

SV - 41
Vuxenunderhållning;tillhandahållande av en webbplats med underhållning för vuxna;tillhandahållande av en webbplats med fotografier, videofilmer, relaterade filmklipp och annat multimediematerial på området för vuxenunderhållning, underhållningstjänster tillhandahållna via Internet.



**OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET**
(TRADE MARKS AND DESIGNS)

TRADE MARKS AND REGISTER DEPARTMENT

T605

MARKS & CLERK LLP
Sussex House
83-85 Mosley Street
Manchester M2 3LG
REINO UNIDO

Fax: 00 44-1612365846

Alicante, 24/01/2011

### Application to Register a Transfer of Ownership

### Notification of Entry in the OHIM's Database[1]

| Recordal File No. | T 005360139 |
|---|---|
| Recordal Application Date | 24/01/2011 |
| Your reference | LG/AM329528EM |
| CTM* File No. /CTM Application | 008725401 |

Please note that the entry was made on **24/01/2011** and was allocated the above-mentioned Recordal File Number. It will be published under the appropriate heading in the Community Trade Marks Bulletin in due course.

Assignee          **Tenza Trading Ltd**
                  **Ioanni Styllanou 6**
                  **2nd Floor, Flat 202**
                  **CY-2003 Nicosia**
                  **CY**

Vanessa J.BUSTILLO
Examiner
☎+34 96 513 9495

---

1)   Rule 84(3) letters (g), (h) & (j) of CTMIR - Commission Regulation (EC) No 2868/95 of 13 December 1995
     implementing Council Regulation (EC) No 40/94 on the Community trade mark.
     Rule 84(1) CTMIR states: "The Register may be maintained in the form of an electronic database."
*    CTM - Community trade mark
     CTMR - Community Trade Mark Regulation.
     CTMIR - Community Trade Mark Implementing Regulation
         Regulations on the Internet: RCD (http://oami.europa.eu/en/design/legalaspects.htm)
                     Avenida de Europa, 4 • E-03008 Alicante • Spain.
         Tel. + 34-96-513.91.00 • Fax: + 34-96-513.13 44  Internet: http://oami.europa.eu

ANNEX 2

### SUMMARY OF CREATION DATES FOR DOMAIN NAME *PORNTUBE.COM

| Domain Name | Creation Date |
|---|---|
| Largeporntube.com | 03/24/2010 |
| Goldporntube.com | 09/29/2009 |
| Kissporntube.com | 03/22/2011 |
| Boxporntube.com | 03/24/2010 |
| Piperporntube.com | 03/24/2010 |
| 69porntube.com | 03/22/2011 |
| Royalporntube.com | 09/18/2011 |
| Bookporntube.com | 03/04/2011 |
| Cubeporntube.com | 11/03/2011 |
| Freshporntube.com | 06/24/2009 |
| Lustporntube.com | 09/29/2009 |
| Bonusporntube.com | 01/19/2010 |
| Directporntube.com | 03/24/2010 |



Don't just make a website. **Make an impact.**

**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: LARGEPORNTUBE.COM
Registrar: MONIKER

Registrant [2549474]:
Moniker Privacy Services LARGEPORNTUBE.COM@monikerprivacy.net

Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [2549474]:
Moniker Privacy Services LARGEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Billing Contact [2549474]:
Moniker Privacy Services LARGEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Technical Contact [2549474]:
Moniker Privacy Services LARGEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland

OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Domain servers in listed order:

NS1.AZ7T8.COM 78.140.131.239
NS2.AZ7T8.COM 78.140.132.33

Record created on: 2010-03-24 06:11:28.0
Database last updated on: 2013-02-04 02:29:40.157
Domain Expires on: 2015-03-24 06:11:29.0


The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: GOLDPORNTUBE.COM
Registrar: MONIKER

Registrant [2041531]:
Moniker Privacy Services GOLDPORNTUBE.COM@monikerprivacy.net

Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [2041531]:
Moniker Privacy Services GOLDPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Billing Contact [2041531]:
Moniker Privacy Services GOLDPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Technical Contact [2041531]:
Moniker Privacy Services GOLDPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland

OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Domain servers in listed order:

NS1.AZ7T4.COM 194.187.96.142
NS2.AZ7T4.COM 194.187.96.144

Record created on: 2009-09-29 09:39:18.0
Database last updated on: 2011-08-02 04:10:37.417
Domain Expires on: 2013-09-29 09:39:18.0


The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



Don't just make a website. **Make an impact.**

**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: KISSPORNTUBE.COM
Registrar: MONIKER

Registrant [3596404]:
Moniker Privacy Services KISSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US

Administrative Contact [3596404]:
Moniker Privacy Services KISSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [3596404]:
Moniker Privacy Services KISSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Technical Contact [3596404]:
Moniker Privacy Services KISSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Domain servers in listed order:

NS1.AZ7T8.COM 78.140.131.239
NS2.AZ7T8.COM 78.140.132.33

Record created on: 2011-03-22 06:52:38.0
Database last updated on: 2012-01-30 05:01:04.757
Domain Expires on: 2014-03-22 06:52:39.0


The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: BOXPORNTUBE.COM
Registrar: MONIKER

Registrant [2549472]:
Moniker Privacy Services BOXPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [2549472]:
Moniker Privacy Services BOXPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [2549472]:
Moniker Privacy Services BOXPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Technical Contact [2549472]:
Moniker Privacy Services BOXPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Domain servers in listed order:

NS1.AZ7T7.COM 194.187.96.142
NS2.AZ7T7.COM 194.187.96.144

Record created on: 2010-03-24 06:11:28.0
Database last updated on: 2013-02-04 02:29:40.08
Domain Expires on: 2015-03-24 06:11:29.0

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: PIPEPORNTUBE.COM
Registrar: MONIKER

Registrant [2549475]:
Moniker Privacy Services PIPEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [2549475]:
Moniker Privacy Services PIPEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [2549475]:
Moniker Privacy Services PIPEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Technical Contact [2549475]:
Moniker Privacy Services PIPEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Domain servers in listed order:

NS1.AZ7T7.COM 194.187.96.142
NS2.AZ7T7.COM 194.187.96.144

Record created on: 2010-03-24 06:11:28.0
Database last updated on: 2013-02-04 02:29:39.747
Domain Expires on: 2015-03-24 06:11:29.0

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

**Domain Name: 69PORNTUBE.COM**
Registrar: MONIKER

Registrant [3596399]:
Moniker Privacy Services 69PORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [3596399]:
Moniker Privacy Services 69PORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [3596399]:
Moniker Privacy Services 69PORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Technical Contact [3596399]:
Moniker Privacy Services 69PORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Domain servers in listed order:

NS1.AZ7T8.COM 78.140.131.239
NS2.AZ7T8.COM 78.140.132.33

Record created on: 2011-03-22 06:52:38.0
Database last updated on: 2012-01-30 05:01:04.753
Domain Expires on: 2014-03-22 06:52:39.0


The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



Don't just make a website. **Make an impact.**

**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

**Domain Name:** ROYALPORNTUBE.COM
Registrar: MONIKER

Registrant [3689339]:
Moniker Privacy Services ROYALPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [3689339]:
Moniker Privacy Services ROYALPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [3689339]:
Moniker Privacy Services ROYALPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Technical Contact [3689339]:
Moniker Privacy Services ROYALPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Domain servers in listed order:

NS1.AZ7T8.COM 78.140.131.239
NS2.AZ7T8.COM 78.140.132.33

Record created on: 2011-09-18 17:24:17.0
Database last updated on: 2012-07-31 05:59:53.333
Domain Expires on: 2014-09-18 17:24:18.0


The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



Don't just make a website. **Make an impact.**

**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: BOOKPORNTUBE.COM
Registrar: MONIKER

Registrant [3576522]:
Moniker Privacy Services BOOKPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [3576522]:
Moniker Privacy Services BOOKPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [3576522]:
Moniker Privacy Services BOOKPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Technical Contact [3576522]:
Moniker Privacy Services BOOKPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Domain servers in listed order:

NS1.AZ7T8.COM 78.140.131.239
NS2.AZ7T8.COM 78.140.132.33

Record created on: 2011-03-04 06:53:24.0
Database last updated on: 2012-01-30 05:01:04.723
Domain Expires on: 2014-03-04 06:53:25.0

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: CUBEPORNTUBE.COM
Registrar: MONIKER

Registrant [3720743]:
Moniker Privacy Services CUBEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US

Administrative Contact [3720743]:
Moniker Privacy Services CUBEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [3720743]:
Moniker Privacy Services CUBEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Technical Contact [3720743]:
Moniker Privacy Services CUBEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Domain servers in listed order:

NS1.AZ7T8.COM 78.140.131.239
NS2.AZ7T8.COM 78.140.132.33

Record created on: 2011-11-03 06:50:28.0
Database last updated on: 2011-11-29 07:00:00.96
Domain Expires on: 2013-11-03 06:50:29.0

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



Don't just make a website. Make an impact.

**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: FRESHPORNTUBE.COM
Registrar: MONIKER

Registrant [1940704]:
Moniker Privacy Services FRESHPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US

Administrative Contact [1940704]:
Moniker Privacy Services FRESHPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [1940704]:
Moniker Privacy Services FRESHPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Technical Contact [1940704]:
Moniker Privacy Services FRESHPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Domain servers in listed order:

NS1.AZ7T4.COM 194.187.96.142
NS2.AZ7T4.COM 194.187.96.144

Record created on: 2009-06-24 06:42:16.0
Database last updated on: 2011-05-04 04:57:13.553
Domain Expires on: 2014-06-24 06:42:17.0


The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

Domain Register.com - Web Design and Business Web Hosting. Register.com    Page 1 of 2

Case 8:13-cv-01045-SL+M+JCG    Document 3    Filed 06/21/13    Page 51 of 110



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: LUSTPORNTUBE.COM
Registrar: MONIKER

Registrant [2041530]:
Moniker Privacy Services LUSTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [2041530]:
Moniker Privacy Services LUSTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [2041530]:
Moniker Privacy Services LUSTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Technical Contact [2041530]:
Moniker Privacy Services LUSTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Domain servers in listed order:

NS1.AZ7T4.COM 194.187.96.142
NS2.AZ7T4.COM 194.187.96.144

Record created on: 2009-09-29 09:39:18.0
Database last updated on: 2011-08-02 04:10:37.417
Domain Expires on: 2013-09-29 09:39:18.0

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: BONUSPORNTUBE.COM
Registrar: MONIKER

Registrant [2452655]:
Moniker Privacy Services BONUSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [2452655]:
Moniker Privacy Services BONUSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [2452655]:
Moniker Privacy Services BONUSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Technical Contact [2452655]:
Moniker Privacy Services BONUSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Domain servers in listed order:

NS1.AZ7T6.COM 194.187.96.142
NS2.AZ7T6.COM 194.187.96.144

Record created on: 2010-01-19 09:51:49.0
Database last updated on: 2011-11-21 02:13:48.34
Domain Expires on: 2014-01-19 09:51:49.0

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.


Don't just make a website. **Make an impact.**

**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: DIRECTPORNTUBE.COM
Registrar: MONIKER

Registrant [2549473]:
Moniker Privacy Services DIRECTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [2549473]:
Moniker Privacy Services DIRECTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [2549473]:
Moniker Privacy Services DIRECTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Technical Contact [2549473]:
Moniker Privacy Services DIRECTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Domain servers in listed order:

NS1.AZ7T8.COM 78.140.131.239
NS2.AZ7T8.COM 78.140.132.33

Record created on: 2010-03-24 06:11:28.0
Database last updated on: 2013-02-04 02:29:39.41
Domain Expires on: 2015-03-24 06:11:28.0

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

ANNEX 2 - AMENDED

**SUMMARY OF CREATION DATES FOR DOMAIN NAME \*PORNTUBE.COM**

| Domain Name | Creation Date |
| --- | --- |
| **Largeporntube.com** | 03/24/2010 |
| Goldporntube.com | 09/29/2009 |
| **Kissporntube.com** | 03/22/2011 |
| Boxporntube.com | 03/24/2010 |
| **Piperporntube.com** | 03/24/2010 |
| 69porntube.com | 03/22/2011 |
| **Royalporntube.com** | 09/18/2011 |
| Bookporntube.com | 03/04/2011 |
| **Cubeporntube.com** | 11/03/2011 |
| Freshporntube.com | 06/24/2009 |
| **Lustporntube.com** | 09/29/2009 |
| Bonusporntube.com | 01/19/2010 |
| **Directporntube.com** | 03/24/2010 |



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.


Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.


The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: LARGEPORNTUBE.COM
Registrar: MONIKER

Registrant [2549474]:
Moniker Privacy Services LARGEPORNTUBE.COM@monikerprivacy.net

Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [2549474]:
Moniker Privacy Services LARGEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Billing Contact [2549474]:
Moniker Privacy Services LARGEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Technical Contact [2549474]:
Moniker Privacy Services LARGEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland

OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Domain servers in listed order:

NS1.AZ7T8.COM 78.140.131.239
NS2.AZ7T8.COM 78.140.132.33

Record created on: 2010-03-24 06:11:28.0
Database last updated on: 2013-02-04 02:29:40.157
Domain Expires on: 2015-03-24 06:11:29.0


The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



Don't just make a website. **Make an impact.**

**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many
different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: GOLDPORNTUBE.COM
Registrar: MONIKER

Registrant [2041531]:
Moniker Privacy Services GOLDPORNTUBE.COM@monikerprivacy.net

Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [2041531]:
Moniker Privacy Services GOLDPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Billing Contact [2041531]:
Moniker Privacy Services GOLDPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Technical Contact [2041531]:
Moniker Privacy Services GOLDPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland

OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Domain servers in listed order:

NS1.AZ7T4.COM 194.187.96.142
NS2.AZ7T4.COM 194.187.96.144

Record created on: 2009-09-29 09:39:18.0
Database last updated on: 2011-08-02 04:10:37.417
Domain Expires on: 2013-09-29 09:39:18.0


The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: KISSPORNTUBE.COM
Registrar: MONIKER

Registrant [3596404]:
Moniker Privacy Services KISSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [3596404]:
Moniker Privacy Services KISSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [3596404]:
Moniker Privacy Services KISSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Technical Contact [3596404]:
Moniker Privacy Services KISSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Domain servers in listed order:

NS1.AZ7T8.COM 78.140.131.239
NS2.AZ7T8.COM 78.140.132.33

Record created on: 2011-03-22 06:52:38.0
Database last updated on: 2012-01-30 05:01:04.757
Domain Expires on: 2014-03-22 06:52:39.0

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: BOXPORNTUBE.COM
Registrar: MONIKER

Registrant [2549472]:
Moniker Privacy Services BOXPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [2549472]:
Moniker Privacy Services BOXPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [2549472]:
Moniker Privacy Services BOXPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Technical Contact [2549472]:
Moniker Privacy Services BOXPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Domain servers in listed order:

NS1.AZ7T7.COM 194.187.96.142
NS2.AZ7T7.COM 194.187.96.144

Record created on: 2010-03-24 06:11:28.0
Database last updated on: 2013-02-04 02:29:40.08
Domain Expires on: 2015-03-24 06:11:29.0


The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: PIPEPORNTUBE.COM
Registrar: MONIKER

Registrant [2549475]:
Moniker Privacy Services PIPEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [2549475]:
Moniker Privacy Services PIPEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [2549475]:
Moniker Privacy Services PIPEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Technical Contact [2549475]:
Moniker Privacy Services PIPEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Domain servers in listed order:

NS1.AZ7T7.COM 194.187.96.142
NS2.AZ7T7.COM 194.187.96.144

Record created on: 2010-03-24 06:11:28.0
Database last updated on: 2013-02-04 02:29:39.747
Domain Expires on: 2015-03-24 06:11:29.0

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



Don't just make a website. Make an impact.

**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: 69PORNTUBE.COM
Registrar: MONIKER

Registrant [3596399]:
Moniker Privacy Services 69PORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US

Administrative Contact [3596399]:
Moniker Privacy Services 69PORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [3596399]:
Moniker Privacy Services 69PORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Technical Contact [3596399]:
Moniker Privacy Services 69PORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Domain servers in listed order:

NS1.AZ7T8.COM 78.140.131.239
NS2.AZ7T8.COM 78.140.132.33

Record created on: 2011-03-22 06:52:38.0
Database last updated on: 2012-01-30 05:01:04.753
Domain Expires on: 2014-03-22 06:52:39.0


The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: ROYALPORNTUBE.COM
Registrar: MONIKER

Registrant [3689339]:
Moniker Privacy Services ROYALPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US

Administrative Contact [3689339]:
Moniker Privacy Services ROYALPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [3689339]:
Moniker Privacy Services ROYALPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Technical Contact [3689339]:
Moniker Privacy Services ROYALPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Domain servers in listed order:

NS1.AZ7T8.COM 78.140.131.239
NS2.AZ7T8.COM 78.140.132.33

Record created on: 2011-09-18 17:24:17.0
Database last updated on: 2012-07-31 05:59:53.333
Domain Expires on: 2014-09-18 17:24:18.0


The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: BOOKPORNTUBE.COM
Registrar: MONIKER

Registrant [3576522]:
Moniker Privacy Services BOOKPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [3576522]:
Moniker Privacy Services BOOKPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [3576522]:
Moniker Privacy Services BOOKPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Technical Contact [3576522]:
Moniker Privacy Services BOOKPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Domain servers in listed order:

NS1.AZ7T8.COM 78.140.131.239
NS2.AZ7T8.COM 78.140.132.33

Record created on: 2011-03-04 06:53:24.0
Database last updated on: 2012-01-30 05:01:04.723
Domain Expires on: 2014-03-04 06:53:25.0

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: CUBEPORNTUBE.COM
Registrar: MONIKER

Registrant [3720743]:
Moniker Privacy Services CUBEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US

Administrative Contact [3720743]:
Moniker Privacy Services CUBEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [3720743]:
Moniker Privacy Services CUBEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Technical Contact [3720743]:
Moniker Privacy Services CUBEPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Domain servers in listed order:

NS1.AZ7T8.COM 78.140.131.239
NS2.AZ7T8.COM 78.140.132.33

Record created on: 2011-11-03 06:50:28.0
Database last updated on: 2011-11-29 07:00:00.96
Domain Expires on: 2013-11-03 06:50:29.0


The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: FRESHPORNTUBE.COM
Registrar: MONIKER

Registrant [1940704]:
Moniker Privacy Services FRESHPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [1940704]:
Moniker Privacy Services FRESHPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [1940704]:
Moniker Privacy Services FRESHPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Technical Contact [1940704]:
Moniker Privacy Services FRESHPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Domain servers in listed order:

NS1.AZ7T4.COM 194.187.96.142
NS2.AZ7T4.COM 194.187.96.144

Record created on: 2009-06-24 06:42:16.0
Database last updated on: 2011-05-04 04:57:13.553
Domain Expires on: 2014-06-24 06:42:17.0


The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.


Don't just make a website. **Make an impact.**

**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: LUSTPORNTUBE.COM
Registrar: MONIKER

Registrant [2041530]:
Moniker Privacy Services LUSTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US

Administrative Contact [2041530]:
Moniker Privacy Services LUSTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [2041530]:
Moniker Privacy Services LUSTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Technical Contact [2041530]:
Moniker Privacy Services LUSTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186


Domain servers in listed order:

NS1.AZ7T4.COM 194.187.96.142
NS2.AZ7T4.COM 194.187.96.144

Record created on: 2009-09-29 09:39:18.0
Database last updated on: 2011-08-02 04:10:37.417
Domain Expires on: 2013-09-29 09:39:18.0


The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

Case 3:13-cv-01045-SI    Document 3-1    Filed 06/21/13    Page 83 of 110



Don't just make a website. **Make an impact.**

**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: BONUSPORNTUBE.COM
Registrar: MONIKER

Registrant [2452655]:
Moniker Privacy Services BONUSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US


Administrative Contact [2452655]:
Moniker Privacy Services BONUSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [2452655]:
Moniker Privacy Services BONUSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Technical Contact [2452655]:
Moniker Privacy Services BONUSPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Domain servers in listed order:

NS1.AZ7T6.COM 194.187.96.142
NS2.AZ7T6.COM 194.187.96.144

Record created on: 2010-01-19 09:51:49.0
Database last updated on: 2011-11-21 02:13:48.34
Domain Expires on: 2014-01-19 09:51:49.0

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

Case 3:13-cv-01045-SI   Document 3-1   Filed 06/21/13   Page 85 of 110



**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: DIRECTPORNTUBE.COM
Registrar: MONIKER

Registrant [2549473]:
Moniker Privacy Services DIRECTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US

Administrative Contact [2549473]:
Moniker Privacy Services DIRECTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Billing Contact [2549473]:
Moniker Privacy Services DIRECTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Technical Contact [2549473]:
Moniker Privacy Services DIRECTPORNTUBE.COM@monikerprivacy.net
Moniker Privacy Services
1800 SW 1st Avenue
Suite 440
Portland
OR
97201
US
Phone: +1.5032070147
Fax: +1.9545859186

Domain servers in listed order:

NS1.AZ7T8.COM 78.140.131.239
NS2.AZ7T8.COM 78.140.132.33

Record created on: 2010-03-24 06:11:28.0
Database last updated on: 2013-02-04 02:29:39.41
Domain Expires on: 2015-03-24 06:11:28.0

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.



## .net

Your Domain Starting Place...

Type here for whois, domain and keyword results

⟲ SHARE

**Whois Lookup**     Domain Name Search     Web and SEO Tools

### largeporntube.com is not available*

largeporntube.net    largeporntube.org



GET MOBILE & SAVE

Our most popular mobile products are on sale for a limited time.

Starting at $5.99 per month

VERIO

Order Now!

WHOIS information for largeporntube.com:***

[Querying whois.verisign-grs.com]
[Redirected to whois.moniker.com]
[Querying whois.moniker.com]
[whois.moniker.com]

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: LARGEPORNTUBE.COM
Registrar: MONIKER

Registrant [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC

Administrative Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +420.774806357

Billing Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence

**Similar Domains**  see more domains

⚡                    Loading Domains ...

**Premium Domains** ** see more domains

⚡                    Loading Domains ...

⁇ What are premium domains?

Mahe
00000
SC
Phone: +420.774806357


Technical Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +420.774806357


Domain servers in listed order:

    NS1.AZ7T8.COM      78.140.131.239
    NS2.AZ7T8.COM      78.140.132.33

    Record created on:         2010-03-24 06:11:28.0
    Database last updated on:  2013-03-28 15:14:24.797
    Domain Expires on:         2015-03-24 06:11:29.0


Copyright © 1999-2013. Website Hosting and Domain Name Registration by Verio Inc

Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions

* Verio endeavors to make the domain name availability search process reliable; however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.



WHOis .net

Your Domain Starting Place...

Type here for whois, domain and keyword results

⌂ SHARE

**Whois Lookup**     Domain Name Search     Web and SEO Tools

**goldporntube.com is** not available*

goldporntube.net    goldporntube.org

WHOIS information for goldporntube.com:***

[Querying whois.verisign-grs.com]
[Redirected to whois.moniker.com]
[Querying whois.moniker.com]
[whois.moniker.com]

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: GOLDPORNTUBE.COM
Registrar: MONIKER

Registrant [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC

Administrative Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +420.774806357

Billing Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence



GET MOBILE & SAVE

Our most popular
mobile products
are on sale for
a limited time.

Starting at $5.99
per month

VERIO

Order Now

**Similar Domains**    see more domains

jewelry-porntube.biz
                                    $11.59

goldporntube.co.uk
                        available for $38/2 years

electronicgoldporntube.co.uk
                        available for $38/2 years

silver-gold-porntube.com
                                    $11.59

liquidgoldporntube.co.uk
                        available for $38/2 years

**Premium Domains** ** see more domains

ggoldporntube.com        available for $60

wgoldporntube.com        available for $100

goldporntube.info        available for $280

goldporntube.net         available for $280

[?] What are premium domains?

Mahe
00000
SC
Phone: +420.774806357


Technical Contact [4191136]:
  Calista Enterprises Ltd. webmaster@alexz-traffic.com
  Calista Enterprises Ltd.
  Global Gateway 1749, Rue de la Perle
  Providence
  Mahe
  00000
  SC
  Phone: +420.774806357


Domain servers in listed order:

  NS1.AZ7T8.COM      78.140.131.239
  NS2.AZ7T8.COM      78.140.132.33

  Record created on:          2009-09-29 09:39:18.0
  Database last updated on: 2013-03-28 15:14:26.05
  Domain Expires on:         2013-09-29 09:39:18.0


Copyright © 1999-2013. Website Hosting and Domain Name Registration by Verio Inc
Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions

* Verio endeavours to make the domain name availability search process reliable; however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.



Your Domain Starting Place...

Type here for whois, domain and keyword results

SHARE

Whois Lookup    Domain Name Search    Web and SEO Tools

**kissporntube.com is** not available*

kissporntube.net    kissporntube.org

WHOIS information for kissporntube.com:***

[Querying whois.verisign-grs.com]
[Redirected to whois.moniker.com]
[Querying whois.moniker.com]
[whois.moniker.com]

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: KISSPORNTUBE.COM
Registrar: MONIKER

Registrant [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC

Administrative Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +420.774806357

Billing Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence



Similar Domains    see more domains

embraceporntube.org         $11.59
smoochporntube.com          $11.59
weddingkissporntube.com     $11.59
smoochporntube.net          $11.59
radiokissporntube.org       $11.59

Premium Domains ** see more domains

There are no domains that fit your criteria.

What are premium domains?

Mahe
00000
SC
Phone: +420.774806357

Technical Contact [4191136]:
     Calista Enterprises Ltd. webmaster@alexz-traffic.com
     Calista Enterprises Ltd.
     Global Gateway 1749, Rue de la Perle
     Providence
     Mahe
     00000
     SC
     Phone: +420.774806357

Domain servers in listed order:

     NS1.AZZT8.COM       78.140.131.239
     NS2.AZZT8.COM       78.140.132.33

     Record created on:       2011-03-22 06:52:38.0
     Database last updated on: 2013-03-28 15:14:24.787
     Domain Expires on:       2014-03-22 06:52:39.0

Copyright © 1999-2013. Website Hosting and Domain Name Registration by Verio Inc

Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions

* Verio endeavors to make the domain name availability search process reliable; however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.

boxporntube.com Whois Lookup & IP | Whois.net





# boxporntube.com is not available*

boxporntube.net    boxporntube.org

Your Domain Starting Place...

Type here for whois, domain and keyword results

**Whois Lookup**    Domain Name Search    Web and SEO Tools

## WHOIS information for boxporntube.com:***

[Querying whois.verisign-grs.com]
[Redirected to whois.moniker.com]
[Querying whois.moniker.com]
[whois.moniker.com]

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name:BOXPORNTUBE.COM
Registrar: MONIKER

Registrant [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC

Administrative Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +420.774806357

Billing Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence



**GET MOBILE & SAVE**
Our most popular mobile products are on sale for a limited time.
Starting at $5.99 per month
VERIO
Order Now

### Similar Domains   see more domains

cashboxporntube.com                    $11.59

holder-porntube.org                    $11.59

brandboxporntube.com                   $11.59

casket-porntube.co.uk    available for $38/2 years

holderporntube.biz                     $11.59

### Premium Domains ** see more domains

There are no domains that fit your criteria.

What are premium domains?



Your Domain Starting Place...

Type here for whois, domain and keyword results

SHARE

GO

**Whois Lookup**          Domain Name Search          Web and SEO Tools

## pipeporntube.com is not available*

pipeporntube.net   pipeporntube.org

WHOIS information for pipeporntube.com:***

[Querying whois.verisign-grs.com]
[Redirected to whois.moniker.com]
[Querying whois.moniker.com]
[whois.moniker.com]

Moniker Whois Server version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker

Domain Name: PIPEPORNTUBE.COM
Registrar: MONIKER

Registrant [4191136]:
   Calista Enterprises Ltd. webmaster@alexz-traffic.com
   Calista Enterprises Ltd.
   Global Gateway 1749, Rue de la Perle
   Providence
   Mahe
   00000
   SC

Administrative Contact [4191136]:
   Calista Enterprises Ltd. webmaster@alexz-traffic.com
   Calista Enterprises Ltd.
   Global Gateway 1749, Rue de la Perle
   Providence
   Mahe
   00000
   SC
   Phone: +470.774806357

Billing Contact [4191136]:
   Calista Enterprises Ltd. webmaster@alexz-traffic.com
   Calista Enterprises Ltd.
   Global Gateway 1749, Rue de la Perle
   Providence



GET MOBILE & SAVE

Our most popular
mobile products
are on sale for
a limited time.

Starting at **$5.99**
per month

VERIO



MOBILE MADNESS

Order Now

### Similar Domains   see more domains

ironpipeporntube.com                    $11.59

ductporntube.biz                        $11.59

tubepipeporntube.info                   $11.59

videopipeporntube.us
                                        $11.59

heatpipeporntube.com
                                        $11.59

buy all selected

### Premium Domains **  see more domains

www.pipeporntube.com

                      available for $280

What are premium domains?

Mahe
00000
SC
Phone: +470.774806357

Technical Contact [4191136]:
Calista Enterprises Ltd. webmaster@alex2-traffic.com
Calista Enterprises Ltd.
Global Gateway 1749, Rue de la Perle
Providence
Mahe
00000
SC
Phone: +470.774806357

Domain servers in listed order:

NS1.AZ7T4.COM     194.187.96.143
NS2.AZ7T4.COM     194.187.96.144

Record created on:      2010-03-24 06:11:28.0
Database last updated on: 2013-03-28 15:14:55.12
Domain Expires on:      2015-03-24 06:11:29.0

Copyright © 1999-2013  Website Hosting and Domain Name Registration by Verio Inc.
Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions

* Verio endeavors to make the domain name availability search process reliable; however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.



Your Domain Starting Place...

Type here for whois, domain and keyword results

SHARE 

**Whois Lookup**    Domain Name Search    Web and SEO Tools

## 69porntube.com is not available*

69porntube.net    69porntube.org

### WHOIS information for 69porntube.com:***

[Querying whois.verisign-grs.com]
[Redirected to whois.moniker.com]
[Querying whois.moniker.com]
[whois.moniker.com]

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker

Domain Name: 69PORNTUBE.COM
Registrar: MONIKER

Registrant [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC

Administrative Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +430.7748002557

Billing Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence



GET MOBILE & SAVE

Our most popular mobile products are on sale for a limited time.

Starting at $5.99 per month

VERIO

Order Now

Similar Domains    see more domains

money-69-porntube.com
                                    $11.59

love69porntube.org
                                    $11.59

avenue69porntube.com
                                    $11.59

cloud69porntube.co.uk
                        available for $38/2 years

poker69porntube.org
                                    $11.59

buy all selected

**Premium Domains ** see more domains

There are no domains that fit your criteria.

What are premium domains?

Mahe
00000
SC
Phone: +420.774806357

Technical Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +420.774806357

Domain servers in listed order:

    NS1.AZZT8.COM     78.140.131.239
    NS2.AZZT8.COM     78.140.132.33

    Record created on:      2011-03-22 06:52:38.0
    Database last updated on: 2013-03-28 15:14:24.42
    Domain Expires on:      2014-03-22 06:52:39.0

Copyright © 1999-2013. Website Hosting and Domain Name Registration by Verio Inc.
Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions

* Verio endeavors to make the domain name availability search process reliable; however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The
registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain
name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you
receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain
names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.



Your Domain Starting Place...

Type here for whois, domain and keyword results     GO

SHARE

Whois Lookup     Domain Name Search     Web and SEO Tools

**royalporntube.com is not available***

royalporntube.net   royalporntube.org

WHOIS information for royalporntube.com:***

[Querying whois.verisign-grs.com]
[Redirected to whois.moniker.com]
[Querying whois.moniker.com]
[whois.moniker.com]

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time.  By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: ROYALPORNTUBE.COM
Registrar: MONIKER

Registrant [4191136]
   Calista Enterprises Ltd. webmaster@alexz-traffic.com
   Calista Enterprises Ltd.
   Global Gateway 1749, Rue de la Perle
   Providence
   Mahe
   00000
   SC

Administrative Contact [4191136]
   Calista Enterprises Ltd. webmaster@alexz-traffic.com
   Calista Enterprises Ltd.
   Global Gateway 1749, Rue de la Perle
   Providence
   Mahe
   00000
   SC
   Phone: +Pd.7748603557

Billing Contact [4191136]
   Calista Enterprises Ltd. webmaster@alexz-traffic.com
   Calista Enterprises Ltd.
   Global Gateway 1749, Rue de la Perle
   Providence

GET MOBILE & SAVE

Our most popular mobile products are on sale for a limited time.
Starting at $5.99 per month
VERIO
Order Now



Similar Domains     see more domains

imperial-porntube.us        $11.59
imperial-porntube.org       $11.59
roality-porntube.biz        $11.59
hotelroyalporntube.biz      $11.59
portroyalporntube.com       $11.59

Buy all selected

Premium Domains ** see more domains

royalporntube.com     available for $114

What are premium domains?

Mahe
00000
SC
Phone: +420.774806357

Technical Contact [4191136]
Calista Enterprises Ltd. webmaster@alexz-traffic.com
Calista Enterprises Ltd.
Global Gateway 1749, Rue de la Perle
Providence
Mahe
00000
SC
Phone: +420.774806357

Domain servers in listed order:

NS1.AZ7T8.COM          78.140.131.239
NS2.AZ7T8.COM          78.140.132.33

Record created on:          2011-09-18 17:24:17.0
Database last updated on: 2013-03-28 15:14:25.983
Domain Expires on:          2014-09-18 17:24:18.0

Copyright © 1999-2013. Website Hosting and Domain Name Registration by Verio Inc

Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions

* Verio endeavors to make the domain name availability search process reliable; however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.

bookporntube.com Whois Lookup & IP Whois.net

Mahe
00000
SC
Phone: +420.774806357

Technical Contact [4191136]:
Calista Enterprises Ltd. webmaster@alexz-traffic.com
Calista Enterprises Ltd.
Global Gateway 1749, Rue de la Perle
Providence
Mahe
00000
SC
Phone: +420.774806357

Domain servers in listed order:

NS1.AZ7T8.COM      78.140.131.239
NS2.AZ7T8.COM      78.140.132.33

Record created on:      2011-03-04 06:53:24.0
Database last updated on: 2013-03-28 15:14:28.213
Domain Expires on:      2014-03-04 06:53:25.0

Copyright © 1999-2013. Website Hosting and Domain Name Registration by Verio Inc
Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions

* Verio endeavors to make the domain name availability search process reliable; however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.



Your Domain Starting Place...

Type here for whois, domain and keyword results

 SHARE

**Whois Lookup**      Domain Name Search      Web and SEO Tools

### cubeporntube.com is not available*

cubeporntube.net    cubeporntube.org

WHOIS information for cubeporntube.com:***

|Querying whois.verisign-grs.com|
|Redirected to whois.moniker.com|
|Querying whois.moniker.com|
|whois.moniker.com|

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: CUBEPORNTUBE.COM
Registrar: MONIKER

Registrant [4191136]:
    Calista Enterprises Ltd. webmaster@alexe-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC

Administrative Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexe-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +430.771400357

Billing Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexe-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence



GET MOBILE & SAVE

Our most popular mobile products are on sale for a limited time.

Starting at $5.99 per month

VERIO

Order Now

**Similar Domains**    see more domains

diceporntube.co.uk
                              available for $38/2 years
ideacubeporntube.org
                              $11.59
cubeporntube.info        $11.59
section-porntube.info
                              $11.59
littlecubeporntube.net
                              $11.59

Buy all selected »

**Premium Domains** ** see more domains

There are no domains that fit your criteria.

What are premium domains?

Mahe
00000
SC
Phone: +420.774806357


Technical Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +420.774806357


Domain servers in listed order:

    NS1.AZ7T8.COM      78.140.111.239
    NS2.AZ7T8.COM      78.140.132.33

    Record created on:        2011-11-03 06:50:28.0
    Database last updated on: 2013-03-28 15:14:36.027
    Domain Expires on:        2013-11-03 06:50:29.0


Copyright © 1999-2013. Website Hosting and Domain Name Registration by Verio Inc.
Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions

* Verio endeavors to make the domain name availability search process reliable; however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.



WHOis.net

Your Domain Starting Place...

Type here for whois, domain and keyword results

⟶ SHARE

Whois Lookup        Domain Name Search        Web and SEO Tools

**freshporntube.com is** not available*

freshporntube.net    freshporntube.org

WHOIS information for freshporntube.com:***

[Querying whois.verisign-grs.com]
[Redirected to whois.moniker.com]
[Querying whois.moniker.com]
[whois.moniker.com]

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use the Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: FRESHPORNTUBE.COM
Registrar: MONIKER

Registrant [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC

Administrative Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +420.774806357

Billing Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence



GET MOBILE & SAVE

Our most popular
mobile products
are on sale for
a limited time.

Starting at $5.99
per month

VERIO

Order Now

Similar Domains    see more domains

simply-fresh-porntube.org
                                    $11.59

somethingnewporntube.net
                                    $11.59

fresh-porntube.net
                                    $11.59

stayfreshporntube.net
                                    $11.59

housecleanporntube.org
                                    $11.59

Premium Domains ** see more domains

There are no domains that fit your criteria.

What are premium domains?

Mahe
00000
SC
Phone: +420.774806357

Technical Contact [4191136]:
Calista Enterprises Ltd. webmaster@alexz-traffic.com
Calista Enterprises Ltd.
Global Gateway 1749, Rue de la Perle
Providence
Mahe
00000
SC
Phone: +420.774806357

Domain servers in listed order:

NS1.AZ7T8.COM      78.140.131.239
NS2.AZ7T8.COM      78.140.132.13

Record created on:         2009-06-24 06:42:16.0
Database last updated on: 2013-03-28 15:14:24.917
Domain Expires on:         2014-06-24 06:42:17.0

Copyright © 1999-2013. Website Hosting and Domain Name Registration by Verio Inc.

Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions

* Verio endeavors to make the domain name availability search process reliable; however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.





Your Domain Starting Place...

Type here for whois, domain and keyword results

Whois Lookup     Domain Name Search     Web and SEO Tools

## lustporntube.com is not available*

lustporntube.net     lustporntube.org

## WHOIS information for lustporntube.com:***

[Querying whois.verisign-grs.com]
[Redirected to whois.moniker.com]
[Querying whois.moniker.com]
[whois.moniker.com]

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time.  By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: LUSTPORNTUBE.COM
Registrar: MONIKER

Registrant [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC

Administrative Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +420.774806357

Billing Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence



GET
MOBILE
& SAVE
Our most popular
mobile products
are on sale for
a limited time.

MOBILE
MADNESS

Starting at $5.99
per month
VERIO

Order Now

## Similar Domains    see more domains

travellustporntube.org
                                    $11.59

lustporntube.info        $11.59

itchporntube.co.uk
                        available for $38/2 years

lovelustporntube.us
                                    $11.59

lust-porntube.info       $11.59

## Premium Domains ** see more domains

There are no domains that fit your criteria.

What are premium domains?

Mahe
00000
SC
Phone: +420.774806357


Technical Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +420.774806357


Domain servers in listed order:

    NS1.AZ7T8.COM      78.140.131.239
    NS2.AZ7T8.COM      78.140.132.33

    Record created on:          2009-09-29 09:39:18.0
    Database last updated on: 2013-03-28 15:14:24.607
    Domain Expires on:          2013-09-29 09:39:18.0


Copyright © 1999-2013. Website Hosting and Domain Name Registration by Verio Inc

Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions

* Verio endeavors to make the domain name availability search process reliable, however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.



Your Domain Starting Place...

Type here for whois, domain and keyword results


SHARE

Whois Lookup     Domain Name Search     Web and SEO Tools

### bonusporntube.com is not available*

bonusporntube.net     bonusporntube.org


GET MOBILE & SAVE

Our most popular mobile products are on sale for a limited time.

Starting at $5.99 per month

VERIO

Order Now

WHOIS information for bonusporntube.com:***

[Querying whois.verisign-grs.com]
[Redirected to whois.moniker.com]
[Querying whois.moniker.com]
[whois.moniker.com]

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: BONUSPORNTUBE.COM
Registrar: MONIKER

Registrant [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC

Administrative Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +470.774816357

Billing Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence

### Similar Domains    see more domains

bountyporntube.org
                              $11.59

gratuity-porntube.info
                              $11.59

empirebonusporntube.net
                              $11.59

reward-porntube.co.uk
                         available for $38/2 years

surprise-porntube.net
                              $11.59

buy all selected

### Premium Domains **  see more domains

bonusporntubes.com     available for $280

 What are premium domains?

Mahe
00000
SC
Phone: +420.774806357

Technical Contact [4191136]:
Calista Enterprises Ltd. webmaster@alex2-traffic.com
Calista Enterprises Ltd.
Global Gateway 1749, Rue de la Perle
Providence
Mahe
00000
SC
Phone: +420.774806357

Domain servers in listed order:

NS1.AZ7T8.COM       78.140.131.239
NS2.AZ7T8.COM       78.140.132.33

Record created on:        2010-01-19 09:51:49.0
Database last updated on: 2013-03-28 15:14:24.697
Domain Expires on:        2014-01-19 09:51:49.0

Copyright © 1999-2013. Website Hosting and Domain Name Registration by Verio Inc.
Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions

* Verio endeavors to make the domain name availability search process reliable; however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.



Your Domain Starting Place...

SHARE 

Type here for whois, domain and keyword results

GO

**Whois Lookup**      Domain Name Search      Web and SEO Tools

### directporntube.com is not available*

directporntube.net     directporntube.org

WHOIS information for directporntube.com:***

[Querying whois.verisign-grs.com]
[Redirected to whois.moniker.com]
[Querying whois.moniker.com]
[whois.moniker.com]

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: DIRECTPORNTUBE.COM
Registrar: MONIKER

Registrant [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC

Administrative Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +470 77480637

Billing Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence



GET MOBILE & SAVE

Our most popular mobile products are on sale for a limited time.

Starting at $5.99 per month

VERIO

Order Now

Similar Domains     see more domains

straightforward-porntube.net        $11.59

leadporntube.org        $11.59

homedirectporntube.org

manageporntube.info        $11.59

                            $11.59

direct-porntube.co.uk

available for $38/2 years

buy all selected >

Premium Domains ** see more domains

wwwdirectporntube.com

available for $100

What are premium domains?