Mahe
00000
SC
Phone: +420.774806357

Technical Contact [4191136]:
Calista Enterprises Ltd. webmaster@alexz-traffic.com
Calista Enterprises Ltd.
Global Gateway 1749, Rue de la Perle
Providence
Mahe
00000
SC
Phone: +420.774806357

Domain servers in listed order:

NS1.AZ7T8.COM      78.140.131.239
NS2.AZ7T8.COM      78.140.132.33

Record created on:       2010-03-24 06:11:28.0
Database last updated on: 2013-03-28 15:14:28.263
Domain Expires on:       2015-03-24 06:11:28.0

Copyright © 1999-2013. Website Hosting and Domain Name Registration by Verio Inc.
Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions.

* Verio endeavors to make the domain name availability search process reliable; however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The
registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain
name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you
receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain
names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.

# ANNEX 3

largeporntube.com/popular/167/german/1.html

# ‹LARGE›
## porn tube

**Home**   **New Movies**   **Pictures**   **Adult Dating**   **DVD download**

Search

## German, Deutsch Videos

Related:   Deutsch   German Casting   German Mature   German Dirty Talk   German Amateur   German Milf   French   Casting   Sexy Cora   Gina Wild
German Casting   Italian   Teen   Mom   German Lesbian   Latex   Vivian Schmitt   German Anal   Russian   German Gangbang
Turkish   Mature   Amateur   Handjob   Milf   Boots   Swinger   Piss   Gag   Vivian Schmitt   German Swinger

Showing 1-120

**Popular**   Latest | Longest   Pages:  1  2  3  4  5  6  7  8  9  ...  Next »



Deutsche Abiturientin Sehr Offenherzig
2 years ago   German   XHamster   07:00

1 year ago   Double, German   Partner Bras

2 years ago   German   Sun Porno

Lilian Flickmaschen
3 months ago   Funny, German   XHamster



11 months ago   German, Riding   Porn Tube

2 months ago   German, Mature, Prostitute   Porn Hub

2 months ago   German   You Porn





3 months ago   Amateur, German, Kitchen, Nylon, Rough, Short Hair   15:59








largeporntube.com

Larger Porn Tube: Free tube tube porn videos, free sex,full length streaming sex videos.

## Top Rated Free Tube Sites

| | | |
|---|---|---|
| 01. XHamster HQ | 31. Porn Movies Here | 61. I Like Tubes | 91. Flamingo Tube | 121. Born Porn Tube |
| 02. Tube Pleasure | 32. Tube Porn Mix | 62. Fresh Porn Clips | 92. On Movs | 122. Tube Spin |
| 03. Mommy Fuck Tube | 33. VIVA Gals | 63. Grandpa Porn Tube | 93. Grandpes Tube | 123. Caramel BBW Tube |
| 04. Porn | 34. 69 Porn Tube | 64. New Cool Tube | 94. Dm Porn Tube | 124. The Mature Ladies |
| 05. HQ Porn Free | 35. Private Porn Films | 65. HQ Mature MILF | 95. My Mature Granny | 125. Tube-ok |
| 06. Gold Porn Tube | 36. Tube Dessert | 66. VIP Mature Tube | 96. Mature Zilla | 126. Ecxx Porn Tube |
| 07. Hamster Porn TV | 37. 1 Free Tube | 67. My Retro Tube | 97. HQ Mature Tube | 127. Erotic Hub |
| 08. Video One | 38. Infinite Tube | 68. Good-fuck Tube | 98. SmutTubes | 128. First Sex Tube |
| 09. 777 X Porn | 39. My 1 Tube | 69. Raw Porn Tube | 99. Tube Porn Movs | 129. CheeseCake Tube |
| 10. Tube Splash | 40. I-sux | 70. Breed Porn Tube | 100. 1 Tranny Tube | 130. My Loved Video |
| 11. Tube Porn Film | 41. Videos Bang | 71. See-tube | 101. Fuck-ok | 131. HQ Porn Links |
| 12. Beez Tube | 42. Tube Porn City | 72. My Loved Tube | 102. Bang Porn Tube | 132. Unseen Porn |
| 13. Tube Vector | 43. All Rus Amateurs | 73. Vasaa | 103. Gyne Tube | 133. Tubeum Porn Tube |
| 14. Tasty Movie | 44. Video X List | 74. Boy Porn Tube | 104. My Hard Photos Tv | 134. Fuxee |
| 15. Bull Porn | 45. Ooo-sex | 75. Blue Porn Tube | 105. 3 Porn | 135. Tube Band |
| 16. Tube2azur | 46. Royal Porn Tube | 76. Cxc Tube | 106. Ok-porn | 136. Spicy Sex Tube |
| 17. Tube Adult Movies | 47. Stop-sex Tube | 77. Cloak Tube | 107. HQ Vintage Tube | 137. X Tube Movies |
| 18. Attractive Tube | 48. Download X Video | 78. Sex Tube Here | 108. Free Tube Sex | 138. Teen Categories |
| 19. Celebration | 49. Spicy Big Butt | 79. Sex With Mature | 109. Caramel Mature | 139. Spicy Tranny |
| 20. New Big Tube | 50. Prehistoric Tube | 80. Lonely Wolf | 110. Gust Tube | 140. Raw Tube |
| 21. Cube Porn Tube | 51. Lust Porn Tube | 81. Abash Tube | 111. Smoct Porn Tube | 141. Tube Tp |
| 22. Tube Porn Movies | 52. 41 XXX Tube | 82. Erosexus Tube | 112. Porno Jo | 142. Any Tubes |
| 23. Teen Sex Stream | 53. Home Tube Porn | 83. New Mature Tube | 113. Pretty Nu Tube | 143. Porn Tube Archive |
| 24. Links Hit | 54. Tasty Blacks | 84. Rich Porn Tube | 114. Canyon Porn Tube | 144. Tube Jumble |
| 25. Boo Loo Tube | 55. Tube Xo | 85. Hot Voyeur Tube | 115. Caramel Tube | 145. Porn Tube Bond |
| 26. Elegant Porn Tube | 56. Tube Reserve | 86. Pandora Streaming Tube | 116. 69 Flv | 146. Usa Porn Tv |
| 27. Floozy Tube | 57. Ruler Tube | 87. Free Tube Cats | 117. Full Porn Tube | 147. ZZ Tube |
| 28. Tubes Here | 58. Alex Pix Tube | 88. Mature Tube Lust | 118. Tube Porn Pages | 148. Tube Porn Fever |
| 29. Ah Me Free Sex Tube | 59. Cum Brains | 89. New Shemale Tube | 119. Fat Mom Tube | 149. Porn Tube News |
| 30. Tube Charm | 60. Fuck This Mature | 90. 3 Rat | 120. Sex Tube Store | 150. X MILF TV |

Boo Loo Tube          Floozy Tube          Tubes Here          Ah Me Free Sex Tube          Videos Bang








Tranny Tube - Mature Tube - Free Porn

© 2010 Area2Traffic.com

LargePornTube.com is a free tube porn site with lots of porn videos and much more. New porn videos added daily. So please bookmark this page and visit us tomorrow for fresh portion of free porn.

Disclaimer: LargePornTube.com has a zero-tolerance policy against illegal pornography. We do not own, produce or host the videos displayed on this website. All videos are hosted by 3rd party websites. We have no control over the content of these websites. We take no responsibility for the content on any website which we link to, please use your own discretion while surfing the links.

Webmasters: [ Trade traffic ]



www.goldporntube.com

| 30. First Sex Tube | 70. Rated Porn Tube | 110. New Mature Tube | 150. Busty Cats | 190. Tube Porn More |
| 31. Ruler Tube | 71. Madras Tube | 111. Drunk Porn Tube | 151. X Granny Tube | 191. Porn Video Spider |
| 32. Wow Sex Tube | 72. Direct Porn Tube | 112. Alex Piz Tube | 152. 1 Free Tube | 192. ZZ Tube |
| 33. Extra Videos | 73. Arion Movies | 113. Porno Jo | 153. My Loved Tube | 193. Tube Sex Video |
| 34. See-tube | 74. Pretty Nu Tube | 114. Tube2our | 154. Midnight Fever | 194. Aged Lust |
| 35. Tube-ok | 75. Hot Voyeur Tube | 115. Tubcum Porn Tube | 155. Tube Invasion | 195. The Move |
| 36. Sex Video Mix | 76. Fuck-ok | 116. Royal Porn Tube | 156. Free Tube Videos | 196. Tube Porn Pages |
| 37. Flamingo Tube | 77. Bonus Porn Tube | 117. Porn Gonzo Tube | 157. Vids Fucker | 197. Daily Wickez |
| 38. Live Sex Tube | 78. Big Boobstube | 118. Tube Porn Mix | 158. Keandra | 198. Tube Porn Search |
| 39. Extreme Forbidden Tube | 79. Top Milf Stars | 119. My Mature Granny | 159. Wool Tube | 199. Qeebo |
| 40. Gf Porn Tube | 80. Ardent Mums | 120. Tube Porn Fever | 160. Granny Flash | 200. Astro Vids |

## More Free Porn

3D Porn  30 Thumbs
**Amateur Porn**  Dirty Home Clips | Next Door Lust | Home Tube Porn
**BBW Porn**  Daily BBW Porn| Fatty Videos | Heavy Cuties | Fatty Thumbz | HQ Plumpers | More Fatties | My Sweet Fatty | Wild Fatties | Your BBW | Fat Mom Tube
**Big Butt Porn**  Bottom Clips | Quickie Booty | Spicy Big Butt
**Big Cock Porn**  Spicy Big Dick
**Big Tits Porn**  Big Boobs Film | Melons Clips | Charming Tits | HQ Big Boobs | Touch My Melons | Spicy Big Tits
**Ebony Porn**  Tasty Black | Brown Maids | Sinful Blacks | Spicy Black Girls
**Erotic Porn**  Erotic Saloon
**General Porn**  AZ Gals | Best Pics 4 You | Jerk Room | Fresh Porn Clips | Porn Movies Here | 69 Porn Tube | Bonus Porn Tube | Book Porn Tube | Box Porn Tube | Direct Porn
 Tube | Erroxtube | Filthy Tube | Flesh Porn Tube | Gold Porn Tube | I Like Tube Porn | Large Porn Tube | Lust Porn Tube | Love Tube Porn Tube | Love Tube Porn Tube | Pipe Porn Tube
 Royal Porn Tube | Ruler Tube | Tube Adult Movies | Tube Charm | Tube Dessert | Tube Invasion | Tube Pleasure | Tube Porn City | Tube Porn Fever | Tube Porn
**Hairy Porn**  Film | Tube Porn Film | The Porn More | Tube Porn Pages | Tube Splash | Tube X Doctor | TubeZaur | XXX4A Gals
**MILF Porn**  Hairy Cave | Hairy Corner | Unshaved Cuties
 Cuties Over 30 | Dirty Wife Movies | Like MILF | Moms Madness | Playful Matures | Spicy Hot Moms | Wifes Filmed | Attractive Moms | Charming MILFs | Deluxe
**Mature Porn**  Wifes | Moms Need Dick | OMF-E-tv
 Aged Lust | Aged Grease | Fresh Grannies | Granny Cream | Granny Porn TV | Mow Grannies | Older Women TV | Aged Mamas | Age Matures | Charming Matures |
 Granny Flash | HQ Mature MILF | HQ Mature Puss | HQ Mature Tube | Mature Porn List | My Mature Granny | New Mature Tube | Sex Who Matures | The Mature
**Mature/Multibabe**  Ladies | VIP Mature Tube
 Banged Mamas | Graceful Milf | Moms Ecstasy | Women In Years
**Porn Stars Porn**  Sinful Porn Stars
**Shemale Porn**  T-Girls Movies | Tranny Hussy | Tranny Maids | Lust Of Tranny | My Sexy Tranny | Trans Thumbs | 1 Tranny Tube | Banged Tranny | Charming Tranny | New
 Shemale Tube | Spicy Tranny
**Toon Porn**  Frisky Toons | HQ Toons | Hello Toons | Toon Berry | Toon Gold | Toons Band
**Vintage Porn**  HQ Vintage Tube | My Retro Tube | Retro Tube Clips

Porn Tube - Tranny Tube - Mature Tube - Double Penetration

Disclaimer: GoldPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the
videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script.
Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers
search queries.
GoldPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the
phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2009-2012 Alex2-Traffic.com    Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA





www.kissporntube.com

07 Great Tube Porn
08 Hexx
09 Real Fuck Tube
10 Gold Porn Tube
11 Cuties Over 30
12 Tube Bend
13 Tube For Work
14 Domino Tube
15 Older Pussy Tube
16 Tube Adult Movies
17 Mr Porn Site
18 Home Tube Porn
19 Tube-ok
20 Porn Overdose
21 Pipe Porn Tube
22 Alex Pix Tube
23 Nina Fuck Tube
24 4 Porn
25 King Porn Tube
26 My Loved Tube
27 Bonus Porn Tube
28 Secrets Porn
29 Tube Porn City
30 HQ Mature Tube
31 Tasty Movie
32 I Like Tubes
33 Fresh Porn Tube
34 New Mature Tube
35 Tube Porn Film
36 New Cool Tube
37 Good-fuck Tube
38 Spicy Big Butt
39 Big Xxx Tube
40 Stop-sex Tube

47 Caramel BBW Tube
48 Zzz Porn Tube
49 E-tuber
50 My Loved Video Tube
51 Prehistoric Tube
52 Hot Voyeur Tube
53 Funsie
54 Full Xxx Tube
55 New Shemale Tube
56 Tube Cop
57 Rated Porn Tube
58 Tasty Blacks
59 Amateur Tube
60 Vizaa
61 Salute Tube
62 Hq Porn Search
63 Xxx Tube Monster
64 My Retro Tube
65 Book Porn Tube
66 Ok-porn
67 Naked Amateur Tube
68 Sex Tube Store
69 Eroserus Tube
70 Fresh Porn Clips
71 Sexie Moms
72 Tube Lady
73 Das Porn Tube
74 Best Free Tube
75 Aged Lust
76 New Big Tube
77 Porno Bistro Tube
78 1 Tranny Tube
79 Big Porn Tv
80 HQ Vintage Tube

87 Abrazive Tube
88 Porn Movies Here
89 Ardent Mums
90 Beez Tube
91 My Hard Archive Tube
92 HQ Mature Pussy
93 Tubes Here
94 1 Free Tube
95 Tube Charm
96 Abc Porn Search
97 Direct Porn Tube
98 Tube Porn Mix
99 Caramel Tube
100 Gyne Porn Tube
101 Uncensored Store
102 Royal Porn Tube
103 Fuckoak
104 Download X Video
105 Lust Porn Tube
106 Box Porn Tube
107 Tube Reserve
108 Tube X Video
109 X Granny Tube
110 Spicy Big Tits
111 Wad Tube
112 Spicy Tranny
113 Infinite Tube
114 Sex Tube Here
115 Tube Sex Video
116 Xy War
117 My 1 Tube
118 Tube Spin
119 Yuck Porn
120 ZZ Tube

127 Fat Mom Tube
128 Bulk Porn Tube
129 VIP Mature Tube
130 Porn Movies
131 Midnight Fever
132 My Hard Photos Tube
133 Tube Dessert
134 Great Porn Sex
135 Cac Tube
136 Home Sex News
137 Granny Flash
138 My Sex Porn
139 Sex With Mature
140 Qeebe
141 Ruler Tube
142 Mature Zilla
143 Tube Porn Fewer
144 VIVA Gals
145 69 Porn Tube
146 Porn Hub
147 HQ Porn Links
148 Porn Tube Party
149 Cum Brains
150 Spicy Sex Tube
151 Fuck Tube
152 Mature Tube Lust
153 Porn Tube News
154 Dear Porn Tube
155 Bang Porn Tube
156 Porn Tid
157 Your Porn Videos
158 Eu Porn Tube
159 HQ Mature MILF
160 Charming Tranny

167 Its Porn Tube
168 Tranny Maids
169 Good Amateur Tube
170 Messy Xxx Tube
171 Inya Tube
172 X MILF TV
173 Tube Porn Here
174 Cloak Tube
175 Daily BBW Porn
176 Retro Tube Clips
177 My Mature Granny
178 Stream Porn
179 Free Tube Sex
180 Sex Tube Hawk
181 Infinite Clips
182 Sex Video Tape
183 Pungur Vrtees
184 Best Tube Clips
185 Fap Xxx Videos
186 Polar Porn
187 The Porn Cafe
188 Large Porn Tube
189 Tube Pleasure
190 Tube Nervous
191 TubeZaur
192 See-tube
193 Tube Splash
194 Great Tube Porn
195 Hexx
196 Real Fuck Tube
197 Gold Porn Tube
198 Cuties Over 30
199 Tube Band
200 Tube For Work

Porn Tube - Tranny Tube - Mature Tube - Free Porn

© 2011 AtoZ-Traffic.com     Trade traffic: Buy/Sell Traffic: Link removal: Contact us: DMCA     Cyber Patrol: Net Nanny: Cyber Sitter



## More Free Porn

3D Porn 3D Thumbs

**Amateur Porn** Dirty Home Clips | Best Door Lust | Home Tube Porn

**BBW Porn** Daily BBW Porn | Flirty Vidoes | Heavy Cuties | Fatty Thumbs | HQ Plumpers | More Fatties | My Sweet Fatty | Wild Fatties | Your BBW | Fat More Tube

**Big Butt Porn** Bonus Clips | Outdoor Booty | Spicy Big Butt

**Big Cock Porn** Spicy Big Dick

**Big Tits Porn** Big Boobs Film | Melons Clips | Charming Tits | HQ Big Boobs | Touch My Melons | Spicy Big Tits

**Ebony Porn** Tasty Blacks | Brown Maids | Sinful Black | Spicy Black Girls

**Erotic Porn** Erotic Salon

**General Porn** AZ Gals | Best Pics 4 You | Jerk Room | Fresh Porn Clips | Porn Movies Here | 69 Porn Tube | Bonus Porn Tube | Book Porn Tube | Box Porn Tube | Direct Porn Tube | Extreme Tube | Frenzy Tube | Fresh Porn Tube | Gold Porn Tube | 1 Lust Tube | Large Porn Tube | Lust Porn Tube | My Lored Tube | Pipe Porn Tube | Royal Tube | True Porn Tube | I Move | Tube Movies | Tube Splash | Tube Vector | Tube Porn | WOW Gals

**Hairy Porn** Hairy One | Hairy Cunt | Untrimmed Cunts

**MILF Porn** Cream Pie | Like MILF | Porno Matures | Playful Matures | Spicy Hot Moms | Wifes Filmed | Attractive Moms | Charming MILFs | Delicious Wifes

**Mature Porn** Aged Lust | Aged Maids | Free Grannies | Granny General | Granny Porn TV | More Grannies | Older Women TV | Aged Mama | Alex Matures | Charming Matures | Graceful Nom | Granny Cookies | HQ Oldies | Lewd Granny Pics | Magic Matures | Older Kiss | Porno Rex | Spicy Older Women | X Granny Tube | Fuck This Mature | Ladies | VIP Mature Tube | HQ Mature MILF | HQ Mature Pussy | HQ Mature Tube | Mature Tube List | My Mature Granny | New Mature Tube | Sex With Mature | The Mature

**Mature/Multiniche** Banged Mamas | Graceful Milf | Moms Ecstasy | Women In Years

**Porn Stars Porn** Sinful Porn Stars

**Shemale Porn** T Girls Movies | Tranny Huang | Tranny Maids | Lust Of Tranny | My Sexy Tranny | Trans Thumbs | 1 Tranny Tube | Banged Tranny | Charming Tranny | New Shemale Tube | Spicy Tranny

**Toon Porn** Frisky Toons | HQ Toons | Hello Toons | Toon Berry | Toon Gold | Toons Band

**Vintage Porn** HQ Vintage Tube | My Retro Tube | Retro Tube Clips

| | | | |
|---|---|---|---|
| 26. Charming Tranny | 66. Pretty Nu Tube | 106. Bonus Porn Tube | 146. Thai Live Sex | 186. Elite HD Tube |
| 27. Tasty Blacks | 67. Big Porn TV | 107. Granny Flash | 147. Porn Tsunami | 187. Sex Tube Here |
| 28. Rufor Tube | 68. Tube Desert | 108. Bang Porn Tube | 148. Hair Tube | 188. Tube Porn Here |
| 29. Tube Porn News | 69. Huge Body Tube | 109. Bbon Porn | 149. Abc Porn Search | 189. X Share Box |
| 30. Tube Adult Movies | 70. Infinite Tube | 110. Qtube | 150. Tranny Maids | 190. Hq Porn Linda |
| 31. Mr Porn Site | 71. E-stor | 111. Bang Tube | 151. Xxx Toilet Hub | 191. Aged Lust |
| 32. HQ Mature Tube | 72. Tit Films | 112. Go Porno | 152. Free Matures | 192. Porn Video Spider |
| 33. Tube Invasion | 73. Frese | 113. Erotic Hub | 153. Fuck Force | 193. Hq Tube Search |
| 34. One-sex | 74. Yank Porn | 114. Kiss Porn Tube | 154. First Sex Tube | 194. Midnight Fever |
| 35. Oops Movs | 75. Daily BBW Porn | 115. Porn Movies Here | 155. Mature Chise | 195. Bareak Tube |
| 36. Free Tube Sex | 76. Tube Spin | 116. Big Tube | 156. Tube Band | 196. Porn Zu |
| 37. YEP Mature Tube | 77. New Mature Tube | 117. X Tube Movies | 157. My Heart Photos TV | 197. Com Shake |
| 38. Tube-ok | 78. Tube Charm | 118. Hq Porn Search | 158. Book Porn Tube | 198. Tube Sex Show |
| 39. Ass Hole | 79. 69 FLV | 119. Wed Tube | 159. Porn Tild | 199. Polar Porn |
| 40. Prehistoric Tube | 80. Colonial Mature | 120. Grannd BBW | 160. Tube Porn Pages | 200. Fuck-ok |

Disclaimer: BoxPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. Categories is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search. BoxPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2010-2012 AtoZ-Traffic.com          Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA



www.pipeporntube.com






**More Free Porn**

| | | | |
|---|---|---|---|
| 30. Witch Sex Tube | 70. Cum Milf | 110. Deer Porn Tube | 150. Hair Tube | 190. Tranny Maids |
| 31. Floozy Tube | 71. New Shemale Tube | 111. Hq Porn Search | 151. Daily BBW Porn | 191. Wms Porn Tube |
| 32. Flamingo Tube | 72. Tube Bookmarks | 112. Hot Voyeur Tube | 152. Nature Stuff | 192. 3 Porn |
| 33. New Cool Tube | 73. Mature Tube List | 113. 7 Dog | 153. Book Porn Tube | 193. X Rated Tube |
| 34. Tube Adult Movies | 74. Vazoo | 114. Ester | 154. Tube Dessert | 194. Tube Porn Mix |
| 35. Gyne Tube | 75. Spicy Big Butt | 115. Erotic Hub | 155. Cec Tube | 195. Abc Porn Search |
| 36. Xy Box | 76. Attractive Tube | 116. Bonus Porn Tube | 156. Wild Sex Tubes | 196. Tube Porn Here |
| 37. Tube Spin | 77. Everous Tube | 117. SV Romboro | 157. Tube Reserve | 197. Iporn Movs |
| 38. Lust Porn Tube | 78. My Retro Tube | 118. Big Boobslube | 158. Caramel BBW Tube | 198. Porn Video Scout |
| 39. 4 Porn | 79. Cum Bestie | 119. Rich Porn Tube | 159. Yow Porn Tube | 199. Porn Townsend |
| 40. My Loved Tube | 80. Arion Porn Movies | 120. My Hard Photos TV | 160. Big Sex List | 200. Hq Tube Search |

Porn Tube - Tranny Tube - Mature Tube - Free Porn

**3D Porn** 3D Thumbs

**Amateur Porn** Dirty Home Clips | Next Door List | Home Tube Porn

**BBW Porn** Daily BBW Porn | Fatty Videos | Heavy Cuties | Fatty Thumbs | HQ Plumpers | Here Fatties | My Sweet Fatty | Wild Fatties | Your BBW | Fat Porn Tube

**Big Butt Porn** Bottom Clips | Outsize Booty | Spicy Big Butt

**Big Cock Porn** Spicy Big Dick

**Big Tits Porn** Big Boobs Film | Melons Clips | Charming Tits | HQ Big Boobs | Touch My Melons | Spicy Big Tits

**Ebony Porn** Tasty Blacks | Brown Maids | Sinful Blacks | Spicy Black Girls

**Erotic Porn** Erotic Saloon

**General Porn** AZ Gals | Best Pics 4 You | Jerk Room | Fresh Porn Clips | Porn Movies Here | 69 Porn Tube | Bonus Porn Tube | Book Porn Tube | Boor Porn Tube | Direct Porn
Tube | Eroeous Tube | Floozy Tube | Fresh Porn Tube | Gold Porn Tube | I Like Tubes | Large Porn Tube | Lust Porn Tube | My Loved Tube | Pipe Porn Tube |
Royal Porn Tube | Ruler Tube | Tube Adult Movies | Tube Charm | Tube Dessert | Tube Invasion | Tube Pleasure | Tube Porn City | Tube Porn Fever | Tube Porn Tube |
Film | Tube Porn Mix | Tube Porn Movs | Tube Porn Pages | Tube Vector | TubeOscar | VIVA Gals

**Hairy Porn** Hairy Cave | Hairy Corner | Unshaved Cuties

**MILF Porn** Cuties Over 30 | Dirty Wife Movies | I Like MILF | Moms Madness | Playful Matures | Spicy Hot Moms | Attractive Moms | Charming MILFs | Deluxe
Wifes | Moms Need Dick | XMILF.tv

**Mature Porn** Aged Lust | Aged Maids | Fresh Grannies | Granny Cinema | Granny Porn TV | More Grannies | Older Women TV | Aged Mamas | Alex Matures | Charming Matures |
Graceful Mom | Granny Cookies | HQ Oldies | Lewd Granny Pics | Magic Matures | Older Kiss | Porno River | Spicy Older Women | X Granny Tube | Fuck This
Mature | Granny NDP Mature Tube | HQ Mature MILF | HQ Mature Pussy | HQ Mature Tube | Mature Tube List | My Mature Granny | New Mature Tube | Sex With Mature | The
Banged Mamas | Graceful Milf | Moms Ecstasy | Women In Years

**Mature/Multinicho
Porn**

**Porn Stars Porn** Sinful Porn Stars

**Shemale Porn** T-Girls Movies | Tranny Hussy | Tranny Maids | Lust Of Tranny | My Sexy Tranny | Trans Thumbs | 1 Tranny Tube | Banged Tranny | Charming Tranny | New
Shemale Tube | Spicy Tranny

**Teen Porn** Frisky Toons | HQ Toons | Hello Toons | Toon Berry | Toon Gold | Toons Band

**Vintage Porn** HQ Vintage Tube | My Retro Tube | Retro Tube Clips

© 2010-2012 AtoZ-Traffic.com

Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA

Blacklamer: PipePorntube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the
videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script.
Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers
search queries.
PipePornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to, We take no responsibility for the
phrases entered by surfers. Please contact us if you have found inappropriate content.

Patents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter




www.69porntube.com/popular/43/beauty/1.html

69 Porn Tube. Free streaming tube videos. 100% FREE PORN!

Beauty Porn Tube Videos - 69 Porn Tube







34 matches

porn tube

Done

23:00 Cute Teen With Beautiful Ass Gets

08:00 The Only Rational Thing In A

05:44 Beautiful Pussy Anal Toying 2

18:47 Cameron

report

4 months ago

3 months ago

PornoXo

report

Bleeg

report

XHamster

report

2 days ago

Tube8

report

13:22 Beautiful Brunette And Her

10:39 FemaleAgent HD Beautiful Blonde

08:56 Extreme Hardcore Sex With A

08:01 Trampling Provocative Pornstar

2 months ago

XHamster

report

1 month ago

Porn Tube

report

2 days ago

Ah-Me

report

2 days ago

Update Tube

report

10:00 Beautiful Blonde Has Multiple

1:00:57 Agent-Masochism Beauty Secret

05:44 Beautiful Model Who Did Hardcore

05:08 Beautiful Chick Fucked By POV

2 months ago

Red Tube

report

1 month ago

Red Tube

report

1 month ago

Ah-Me

report

2 months ago

Update Tube

report

13:22 Beautiful Brunette And Her

28:14 Curvy Ebony Beauty Filled With

04:38 Girls Shows Her Beautiful Tits And

39:08 Big Beautiful Lesbians Grope And



1 year ago

Red Tube

report

6 months ago

Yobt

report

1 year ago

PornoXo

report

05:13 Lesbian Beauty Gets Her Wet Pink




www.69porntube.com 

Porn Tube - Tranny Tube - Mature Tube - Free Porn

69PornTube.com features large archive of free streaming porn videos in various categories. Don't forget to bookmark us.

| | | | | |
|---|---|---|---|---|
| 05. Sex Videos | 45. Private Tube | 85. Alex Pix Tube | 125. The Mature Ladies | 165. Yuck Porn |
| 06. 4 Porn | 46. Free Tube Sex | 86. Hq Porn Search | 126. 1 Tranny Tube | 166. I Like Tubes |
| 07. Real Fuck Tube | 47. Ooo-sex | 87. Charming Tranny | 127. Tube Sex Video | 167. Kiss Porn Tube |
| 08. New Big Tube | 48. Fuck This Mature | 88. Tube Chasm | 128. Granny Flesh | 168. Xxx Movies |
| 09. Spicy Big Butt | 49. Max Adult Tube | 89. Home Tube Porn | 129. Spicy Big Tits | 169. Porn Tiki |
| 10. Xxx Videos | 50. Cum Brains | 90. Spicy Tranny | 130. Cube Porn Tube | 170. Tube Dessert |
| 11. Porn Overdose | 51. Tube Reserve | 91. Seeville | 131. Tubes Here | 171. Tranny Maids |
| 12. Dirty Amateur Tube | 52. Big Porn Tv | 92. Tube Invasion | 132. Im Porn Tube | 172. Banged Tranny |
| 13. Along Porn | 53. Beez Tube | 93. Prehistoric Tube | 133. Older Pussy Tube | 173. Xxx Sex Movies |
| 14. Lust Porn Tube | 54. Fresh Porn Tube | 94. Tube Porn Here | 134. Rich Porn Tube | 174. Porn Free Porn |
| 15. Tube Porn Clips | 55. Tube-ok | 95. Domino Tube | 135. Avel Porn Tube | 175. Matti Sex Tube |
| 16. HQ Vintage Tube | 56. Book Porn Tube | 96. 1 Free Tube | 136. Gac Tube | 176. Unseen Porn |
| 17. My Retro Tube | 57. Fart Mom Tube | 97. Vidba | 137. Box Porn Tube | 177. Sex Video Tape |
| 18. Zzz Tube | 58. New Shemale Tube | 98. Ok-porn | 138. Tube Vardir | 178. Mature Tube Lust |
| 19. Elephant Tube List | 59. E-tuber | 99. Porn Clips | 139. My Hard Archive Tube | 179. Smu Tubes |
| 20. New Porn Sex | 60. Secrets Porn | 100. My Love Hidden Tube | 140. Messy Xxx Tube | 180. Dizzy Babe |
| 21. Gold Porn Tube | 61. Tube Splash | 101. Tube Lacy | 141. Hd Mature MILF | 181. Mature Zilla |
| 22. Cuming Tube | 62. Porno Bistro Tube | 102. ZZ Tube | 142. Eli Porn Tube | 182. Inya Tube |
| 23. Direct Porn Tube | 63. VIVA Gals | 103. Tube Porn Pages | 143. Porn Hub Hq | 183. Free Porn Tube |
| 24. Sex Video Mix | 64. Tasty Blends | 104. Abc Porn Search | 144. Tube Adult Movies | 184. Daily BBW Porn |
| 25. Tube Pleasure | 65. Infinite Tube | 105. X Milf TV | 145. LeslicoTube | 185. Spicy Sex Tube |
| 26. Mr Porn Site | 66. Ruler Tube | 106. My 1 Tube | 146. New Cool Tube | 186. Long Porn Movies |
| 27. Attractive Tube | 67. Dizzy XXX | 107. Retro Tube Clips | 147. Fap Xxx Videos | 187. Ass Porn Videos Online |
| 28. I-xxx | 68. Tasty Movie | 108. My Mature Granny | 148. My Ex Girlfriends Tube | 188. Xxx Videos |
| 29. Great Porn Sex | 69. My Sex Porn | 109. Wred Tube | 149. Dizzy Joggs | 189. Porn Tube News |
| 30. My Loved Tube | 70. Pretty Nu Tube | 110. Xy War | 150. Caramel Tube | 190. Fap Movs |
| 31. Sex Tube Films | 71. Fresh Porn Clips | 111. Qeebo | 151. Free Porn Tube | 191. Bbw Porn |
| 32. Nice Fuck Tube | 72. Hq Porn Links | 112. Bang Porn Tube | 152. No Porn Tube | 192. Aged Lust |
| 33. King Porn Tube | 73. Best Free Tube | 113. Uncensored Store | 153. Emotions Tube | 193. Aster Porn |
| 34. Absolute Porn Tube | 74. Bonus Porn Tube | 114. Dizzy Tubes | 154. Stream Porn | 194. Dizzy Buts |
| 35. Home Private Video | 75. X Granny Tube | 115. Hd Mature Pussy | 155. Home Sex News | 195. Tube Porn Movs |
| 36. Tube Band | 76. Pipe Porn Tube | 116. Erotic Porn | 156. Fuck Tube | 196. Cloak Tube |
| 37. Hot Voyeur Tube | 77. Sex Tube Here | 117. Xxx Tube Hub | 157. Amateur Tube | 197. Nice Ass |
| 38. Hd Porn Hub | 78. TubeZ4nur | 118. Sex With Mature | 158. Floogy Tube | 198. Infinite Clips |
| 39. Good-fuck Tube | 79. Caramel Mature | 119. Fucsea | 159. Your GS Tube | 199. The Porn Cells |
| 40. New Mature Tube | 80. Dear Porn Tube | 120. VIP Mature Tube | 160. Porn Movies Here | 200. Lustter |

Disclaimer: 69PornTube.com is a fully automatic adult search engine geared by tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries. 69PornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents: Protect your children from adult content with these services:
Cyber Patrol | Net Nanny | Cyber Sitter

© 2011 Alex2-Traffic.com    Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA



www.royalporntube.com/popular/453/beauty/1.html



www.royalporntube.com

© 2011 AlexZ-Traffic.com

Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA

- Tranny Tube - Mature Tube - Free Porn

RoyalPornTube.com is a free porn site featuring a lot of categorized tube videos. Don't forget to bookmark us.

**Disclaimer:** RoyalPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. 'Categories' is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.

RoyalPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

| | | | | |
|---|---|---|---|---|
| 08. Xly War | 48. Direct Porn Tube | 88. Fuck This Mature | 128. Free Sex Emotions | 168. Hq Porn Tube |
| 09. Ah Me Free Sex Tube | 49. Porn Video Spider | 89. TuberX | 129. My Loved Video | 169. Flash Porn Clips |
| 10. Porn Overdose | 50. Ooo-sex | 90. Granny Flash | 130. Tube Dessert | 170. Tube Porn Here |
| 11. Sex Tube FM | 51. Tube Band | 91. ZZ Tube | 131. Pop Porn Tube | 171. Cum Brains |
| 12. Dizzy Juggs | 52. Ok-porn | 92. My Love Hidden Tube | 132. Best Porn Sites | 172. Floozy Tube |
| 13. VIP Mature Tube | 53. Ardent Mums | 93. Porn Tild | 133. Porn Xxx Videos | 173. Porn Stamp |
| 14. Giant Sex Tube | 54. The Movs | 94. The Mature Ladies | 134. Porn Investigation | 174. Flxxx Porn Tube |
| 15. My Retro Tube | 55. HQ Mature Tube | 95. Eu Porn Tube | 135. Cac Tube | 175. Tube Bond |
| 16. Tube Porn Fever | 56. Jammy Porn | 96. Fuck-ok | 136. Unseen Porn | 176. Hq Porn Tube |
| 17. Yoummy Porn Videos | 57. Pretty Nu Tube | 97. Tube Porn Film | 137. 1 Tranny Tube | 177. Prime Porn Tube |
| 18. Porn 2012 Tube | 58. Tube Sex Video | 98. Kiss Porn Tube | 138. Qeebe | 178. Daily BBW Porn |
| 19. Gold Porn Tube | 59. Caramel BBW Tube | 99. The Amateur Tube | 139. Porn Tubes | 179. Porn Clips |
| 20. Beez Tube | 60. New Big Tube | 100. Multi Sex Tube | 140. Porn Navigate | 180. Tube Porn Pages |
| 21. New Shemale Tube | 61. Big Porn TV | 101. Cube Porn Tube | 141. Gust Tube | 181. I Like Tubes |
| 22. Pipe Porn TV | 62. Bonus Porn Tube | 102. HQ Mature MILF | 142. Tube Porn Diet | 182. Dizzy Tubes |
| 23. Attractive Tube | 63. 777 X Porn | 103. Video X List | 143. Hq Porn Search | 183. Hq Tube Search |
| 24. King Porn Tube | 64. Links Hit | 104. Hq Porn Links | 144. Wad Tube | 184. My Mature Granny |
| 25. Fresh Porn Tube | 65. kelxx | 105. Sex With Mature | 145. Fixed Porn Tube | 185. Cool Porn Tube |
| 26. Mr Porn Site | 66. Prehistoric Tube | 106. Home Tube Porn | 146. Tube Spin | 186. Mature Zilla |
| 27. Fuxee | 67. Video Sex Art | 107. Dizzy Babe | 147. Full Porn Tube | 187. Any Tubes |
| 28. Hot Voyeur Tube | 68. Wild Sex Tubes | 108. Porn Movies Here | 148. Tube For Work | 188. Ass Fucking |
| 29. Good-fuck Tube | 69. Alex Pix Tube | 109. Spicy Tranny | 149. HQ Vintage Tube | 189. Bat Porn |
| 30. Tube Charm | 70. Stop-sex Tube | 110. USA Porn TV | 150. Tube Porn Mix | 190. Fap XXX |
| 31. Tube Vector | 71. New Cool Tube | 111. Hd Porn Hub | 151. Tube Porn Now | 191. Tube Invasion |
| 32. Infinite Tube | 72. Tube-ok | 112. Charming Tranny | 152. Movies Lane | 192. Banged Tranny |
| 33. Erosexus Tube | 73. Tube Porn City | 113. My Hard Archive Tube | 153. Midnight Fever | 193. Porn Tube News |
| 34. Tube Pleasure | 74. Tasty Movie | 114. VIVA Gals | 154. Tube Adult Movies | 194. Dizzy Sex |
| 35. HQ Mature Pussy | 75. Ruler Tube | 115. X Granny Tube | 155. 69 FLV | 195. Full Porn Online |
| 36. New Mature Tube | 76. Caramel Mature | 116. Caramel Tube | 156. Rich Porn Tube | 196. I Porn Movs |
| 37. TubeZsur | 77. Sex Porn Tube | 117. Abc Porn Search | 157. Dub Porn | 197. Tranny Maids |
| 38. Cuming Tube | 78. E-tuber | 118. Porno Jo | 158. X MILF TV | 198. Spicy Big Tits |
| 39. Tube Lady | 79. Porn Lab | 119. Cool Porn Tube | 159. Tube Porn Clips | 199. Stale Moms |
| 40. All Of MILFs | 80. Fat Mom Tube | 120. New Hot Tube | 160. Video X Search | 200. Inya Tube |



www.bookporntube.com



Book Porn Tube

**BookPornTube.com** is a free site offering a lot of hardcore tube porn videos. All videos are categorized and searchable. Don't forget to bookmark us.

**Disclaimer:** BookPornTube.com is a fully automatic adult search engine geared by tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. Categories is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries. We take no responsibility for the content on any website which we link to, so please use these phrases entered by surfers. We are not responsible for illegal pornography. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

**Parents** - Protect your children from adult content with these services:
Cyber Patrol | Net Nanny | Cyber Sitter

Tranny Tube : Mature Tube : Porn Tube

Trade Traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA

© 2011 Alexa2Traffic.com

04. Cuming Tube
05. Large Porn Tube
06. Zzz Porn Tube
07. Mr Porn Site
08. Pink Dino
09. Grand Porn Tube
10. Along Porn
11. Mag Post
12. Porn Stamp
13. Video One
14. Royal Porn Tube
15. Eroseous Tube
16. My Loved Tube
17. Big Xxx Tube
18. Dizzy Babe
19. Tube Spin
20. Porn Overdose
21. Great Tube Porn
22. Bonus Porn Tube
23. Tube Porn Film
24. Tube Goggles
25. Yuck Porn
26. Tasty Movie
27. Tube Sex
28. Unseen Porn
29. Infinite Tube
30. Global Tube Porn
31. Big Porn TV
32. Hamster Porn
33. Fuck Vids
34. Caramel Tube
35. 69 Porn Tube
36. Xy War
37. Tube Band
38. First Sex Tube
39. Home Private Video
40. Salute Tube

44. Cuming Tube
45. Dirty Amateur Tube
46. Good-Fuck Tube
47. Caramel Mature
48. I-sux
49. Tube-ok
50. Mature Tube Lust
51. Kin Tube
52. Spicy Sex Tube
53. Wagon Tube
54. Free Tube Sex
55. Best Free Tube
56. Gold Porn Tube
57. Home Tube Porn
58. The Mature Ladies
59. Lust Porn Tube
60. Tube Porn Mix
61. Pipe Porn Tube
62. Ooo-sex
63. My Mature Granny
64. Porn Tubes
65. VIP Mature Tube
66. Porn Tube
67. Kiss Porn Tube
68. Dad Porn Tube
69. Fancy Porn
70. 1080 Porn Tube
71. My 1 Tube
72. Mature Zilla
73. Tube Wank Porn
74. Fresh Porn Tube
75. Ruler Tube
76. Retro Tube Clips
77. Hq Porn Search
78. Gonzo Porn Tube
79. 1 Free Tube
80. Stop-sex Tube

84. Select Porn Tube
85. Attractive Tube
86. VIVA Gals
87. Ater Porn
88. Le Tube Porno
89. Dizzy Butts
90. Alex Pix Tube
91. Tube 2012
92. Cxc Tube
93. Vabis
94. Tube Adult Movies
95. Rich Porn Tube
96. Floozy Tube
97. Cube Porn Tube
98. HQ Mature Tube
99. King Porn Tube
100. Okporn
101. Tube Porn Archive
102. Aprile Tubes
103. My Mature Granny
104. Porn Tube Clips
105. HQ Mature Pussy
106. New Cool Tube
107. Easy Porn Tube
108. HQ Vintage Tube
109. Young X Tube
110. Direct Porn Tube
111. E-tuber
112. Caramel BBW Tube
113. Tube Charm
114. Tube Invasion
115. Porn Tube Deposit
116. Porn Tkl
117. Im Porn Tube
118. Pretty Nu Tube
119. My Love Hidden Tube
120. Exyxxxm Tube

124. Midnight Fever
125. Fap Movs
126. Porn Video Spider
127. Abc Porn Search
128. Tasty Blocks
129. Sexuality
130. Dizzy Juggs
131. Box Porn Tube
132. Sex With Mature
133. Hot Sex Tube
134. Sex Videos Porn
135. Your Gfs Tube
136. My Hard Archive Tube
137. Damage Tube
138. Sex Babes Web
139. Glossy Tube
140. Tube Accumulator
141. Region Porn Tube
142. Daily BBW Porn
143. Sex Tube
144. Dizzy XXX
145. Tube Splash
146. 18 Free Sex
147. Graceful Tube
148. Tube Lady
149. Fuck This Mature
150. Hd Porn Hub
151. Tube For Work
152. Initial Tube
153. Tube Oclock
154. Tube Sex Video
155. Hq Tube Search
156. Tube Xxx Videos
157. Hot Voyeur Tube
158. 3 Porn
159. Tasty Tube
160. Inya Tube

164. Porn Video Scout
165. The Amateur Tube
166. Dizzy Tubes
167. Prehistoric Tube
168. Real Gfs Porn Tube
169. Beez Tube
170. Sex Video Tape
171. Favor Tube
172. Happy Tubes
173. Aged Lust
174. Cumbomb Tube
175. Xvideos Hub
176. Biggy Tube Movies
177. All Rus Amateurs
178. Dizzy Video
179. Cloak Tube
180. Nora Porn
181. Porn Tube News
182. Porn Tube Hoe
183. Penguin Clips
184. Pretty Tube
185. ZZ Tube
186. Nsd Porn Tube
187. Space Boobs
188. Tube Dessert
189. I Porn Movs
190. Private Porn Tube
191. Ace Porn Tube
192. Tube Invite
193. Porn 2u
194. My Mom Video
195. Mech Tube
196. Tubes Here
197. New Big Tube
198. West Tube
199. Xvideos Hub
200. Porn Navigate



www.cubeporntube.com

CUBE Porn Tube. Free streaming sex movies.

Public Tube Sex Movies Collection, CUBE Porn Tube. Free streaming porn.




www.cubeporntube.com

04. Tube Lady
05. Great Tube Porn
06. Direct Porn Tube
07. Zzz Porn Tube
08. Tube Splash
09. Ah Me Free Sex Tube
10. My Loved Tube
11. Infinite Tube
12. Real Fuck Tube
13. Porn Overdose
14. TubeZaur
15. Tube Porn Film
16. EZ Tube
17. Erosexus Tube
18. Tube Spin
19. Elephant Tube List
20. Older Pussy Tube
21. Tasty Blacks
22. Gold Porn Tube
23. Nice Fuck Tube
24. Huge Booty Tube
25. New Big Tube
26. King Porn Tube
27. Pipe Porn Tube
28. Tube Dessert
29. Tasty Movie
30. Fat Mom Tube
31. Tube Porn Mix
32. My 1 Tube
33. Tube Band
34. Attractive Tube
35. I Free Tube
36. Lxux
37. Hq Porn Search
38. Big Xxx Tube
39. Tube Cop
40. Fuck-ok

44. Free Tube Sex
45. Domino Tube
46. Tube Vector
47. New Cool Tube
48. My Retro Tube
49. Sex Video Tape
50. Cum Brains
51. Tube Xxx Videos
52. New Shemale Tube
53. Qeebe
54. Sex Tube Films
55. Naked Amateur Tube
56. HQ Mature MILF
57. Mr Porn Site
58. Home Tube Porn
59. Fuck Tube
60. Stop-sex Tube
61. Prehistoric Tube
62. The Mature Ladies
63. HQ Vintage Tube
64. VIP Mature Tube
65. HQ Mature Pussy
66. My Hard Archive Tube
67. Pretty Nu Tube
68. My Hard Phodos Tube
69. Ardent Mums
70. Xxx Tube Monster
71. My Sex Porn
72. Tube Porn Fever
73. Great Porn Sex
74. Big Porn Tv
75. Fresh Porn Clips
76. Last Porn Tube
77. Tube-ok
78. Tube Invasion
79. Kiss Porn Tube
80. Hardcore Sex

84. Sex Tube Here
85. Alex Pix Tube
86. Hq Porn Links
87. Tube Reserve
88. Tube Porn City
89. Full Xxx Tube
90. Porn Free Porn
91. Caramel BBW Tube
92. Dss Porn Tube
93. VIVA Gals
94. See-tube
95. Retro Tube Clips
96. Real Home Made
97. Free Porn
98. Bonus Porn Tube
99. Xy War
100. Twilight Sex
101. Jim Porn Tube
102. Tube X Video
103. Fresh Porn Tube
104. Caramel Mature
105. Home Sex News
106. Book Porn Tube
107. Royal Porn Tube
108. Porno Bistro Tube
109. 1 Tranny Tube
110. Sex Tube Store
111. I Like Tubes
112. New Mature Tube
113. Amateur Tube
114. Dear Porn Tube
115. Mature Zilla
116. Spicy Sex Tube
117. Messy Xxx Tube
118. Uncensored Store
119. Tube Sex Video
120. Vataa

124. Banged Tranny
125. Beez Tube
126. Sex With Mature
127. X Granny Tube
128. Porn Movies Here
129. Best Free Tube
130. HQ Mature Tube
131. My Loved Video Tube
132. Tube Adult Movies
133. Eu Porn Tube
134. Adnit
135. Cuming Tube
136. Tube Porn Here
137. Fox Porn
138. Cac Tube
139. My Love Hidden Tube
140. Tube Charm
141. Midnight Fever
142. Is Porn Tube
143. Your Porn Videos
144. Tube Porn Movs
145. Rider Tube
146. Stale Moms
147. Spicy Tranny
148. Wad Tube
149. Tubes Here
150. Hot Voyeur Tube
151. My Mature Granny
152. Porn Tiki
153. Oghie Porn Tube
154. Tube Pron Movies
155. Floozy Tube
156. 69 Porn Tube
157. Tranny Maids
158. Bang Porn Tube
159. Xxx Tube Hub
160. Aged Lust

164. Hq Porn Tube
165. Tube For Work
166. Daily BBW Porn
167. Tube Porn Pages
168. Stream Porn
169. Hq Tube Search
170. Fap Xxx Videos
171. Saxy Girls
172. Box Porn Tube
173. Your Porn Tube
174. Free Porn Pig
175. Bulk Porn Tube
176. Sex Videos Porn
177. Mature Tube Lust
178. Inya Tube
179. Stream Porn Tube
180. X MILF TV
181. Fap Movs
182. Porn Tube News
183. Polar Porn
184. Free Porn Tube
185. The Porn Cafe
186. Porngur Videos
187. Large Porn Tube
188. Tube Pleasure
189. 4 Porn
190. Tube Lady
191. Great Tube Porn
192. Direct Porn Tube
193. Zzz Porn Tube
194. Tube Splash
195. Ah Me Free Sex Tube
196. My Loved Tube
197. Infinite Tube
198. Real Fuck Tube
199. Porn Overdose
200. TubeZaur

Disclaimer: CubePornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. Categories is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on search summaries. Each member of our spider script-program is fully automatic. We do not control the content of these sites. We take no responsibility for the content on any website which we link to. We take no responsibility for the content on any website which we link to. We take no responsibility for the content on any website which we link to.

CubePornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the content on any website which we link to. We take no responsibility for the content on any website which we link to.

phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2011 AlexZ-Traffic.com                Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA



www.freshporntube.com

## More Free Porn

| | | | | |
|---|---|---|---|---|
| 30. Good-Fuck Tube | 70. Daily BBW Porn | 110. Cube Porn Tube | 150. The Movs | 190. Tubuz Porn Tube |
| 31. Direct Porn Tube | 71. Erasmus Tube | 111. Erotic Hub | 151. 69 Fiv | 191. Banged Tranny |
| 32. Mature Tube Porn | 72. Tube Spin | 112. My Loved Tube | 152. Hoe Porn Tube | 192. Alex Porn |
| 33. Pigs Tube | 73. Aged Lust | 113. Big Tits Tube | 153. Fries Tube | 193. Porn Videos Spider |
| 34. Alex Pix Tube | 74. 3 Rat | 114. Twilight Sex | 154. Usa Porn Tv | 194. Hdm Tube |
| 35. Sflax Porn Videos | 75. Warm Pussy Tube | 115. Ardent Mums | 155. 69 Porn Tube | 195. Hq Porn Links |
| 36. Mag Post Tube | 76. Hot Voyeur Tube | 116. Tube For Work | 156. Parsleytube | 196. Tube Video Post |
| 37. Amateur Sex X | 77. 1 Tranny Tube | 117. Watcher Sexy Tube | 157. Tubeum Porn Tube | 197. Babe Prince |
| 38. Swap Clips | 78. Young X Tube | 118. Charming Tranny | 158. Video Porn City | 198. Elite Hd Porn |
| 39. My Retro Tube | 79. Xy War | 119. Inny Porn | 159. Abc Porn Search | 199. 69 Tube Calls |
| 40. Tasty Movie | 80. Tube Invasion | 120. Messy Xxx Tube | 160. Mq Porn Search | 200. Big Tits Tube |

**3D Porn** 3D Thumbs

**Amateur Porn** Dirty Home Clips | Next Door Lust | Home Tube Porn

**BBW Porn** Daily BBW Porn | Fatty Videos | Heavy Cuties | Fatty Thumbs | HQ Plumpers | More Fatties | My Sweet Fatty | Wild Fatties | Your BBW | Fat Mom Tube

**Big Butt Porn** Bottom Cities! Queen Booty | Spicy Big Butt

**Big Cock Porn** Spicy Big Dick

**Big Tits Porn** Big Boobs Film | Melons Clips | Charming Tits | HQ Big Boobs | Touch My Melons | Spicy Big Tits

**Ebony Porn** Tasty Blacks | Brown Maids | Sinful Blacks | Spicy Black Girls

**Erotic Porn** Erotic Saloon

**General Porn** AZ Girls | Best Pics 4 You | Jack Room | Fresh Porn Clips | Porn Movies Here | 69 Porn Tube | Bonus Porn Tube | Book Porn Tube | Brax Porn Tube | Direct Porn Tube | Erasmus Tube | Floozy Tube | Fresh Porn Tube | Gold Porn Tube | I Like Tubes | Large Porn Tube | Lust Porn Tube | My Loved Tube | Pipe Porn Tube | Royal Porn Tube | Ruler Tube | Tube Adult Movies | Tube Charm | Tube Dessert | Tube Invasion | Tube Pleasure | Tube Porn City | Tube Porn Fever | Tube Porn | Film | Tube Porn Mix | Tube Porn Movs | Tube Porn Pages | Tube Splash | Tube Vector | TubeZzfuze | WVA Gals

**Hairy Porn** Hairy Cave | Hairy Corner | Unshaved Cuties

**MILF Porn** Cuties Over 30 | Dirty Wife Movies | Life MILF | Moms Redness | Playful Matures | Spicy Hot Moms | Wifes Filmed | Attractive Moms | Charming MILFs | Deluxe Wifes | Moms Need Dick | 30tEE.tv

**Mature Porn** Aged Lust | Aged Maids | Fresh Grannies | Granny Chroma | Granny Porn TV | More Grannies | Older Kds | Porno River | Spicy Older Women | X Granny Tube | Fuck This | Graceful Mom | Granny Cookies | HQ Oldies | Lewd Granny Pics | Magic Matures | Older Kds | Porno River | Spicy Older Women | X Granny Tube | Fuck This | Mature | Granny Flash | HQ Mature MILF | HQ Mature Pussy | HQ Mature Tube | Mature Tube Lust | My Mature Granny | New Mature Tube | See Wish Mature | The

**Mature/Multiniche Porn** Mature Ladies | VIP Mature Tube

Banged Mamas | Graceful Milf | Moms Ecstasy | Women In Years

**Porn Stars Porn** Sinful Porn Stars

**Shemale Porn** T-Girls Movies | Tranny Hussy | Tranny Maids | Lust Of Tranny | My Sexy Tranny | Trans Thumbs | 1 Tranny Tube | Banged Tranny | Charming Tranny | New

Shemale Tube! Spicy Tranny

**Toon Porn** Frisky Toons | HQ Toons | Hello Toons | Toon Berry | Toon Gold | Toons Band

**Vintage Porn** HQ Vintage Tube | My Retro Tube | Retro Tube | Retro Tube Clips

Porn Tube - Tranny Tube - Mature Tube - Porn - Free Porn

Disclaimer: FreshPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.

FreshPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2009-2012 AlexZ-Traffic.com          Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA





www.lustpormtube.com

| 30. i-sux | 70. Salute Tube | 110. Home Fuck Clips | 150. Swap Clips | 190. Dfort Porn Tube |
|---|---|---|---|---|
| 31. Cuming Tube | 71. Video X List | 111. Cube Porn Tube | 151. Agent Hun | 191. You Hd Porn |
| 32. Tube Lady | 72. Ardent Mums | 112. Prehistoric Tube | 152. Busty Cats | 192. Nora Porn |
| 33. Pipe Porn Tube | 73. Pretty Nu Tube | 113. Porn Movies Here | 153. Like Porn Tube | 193. Tubezui Porn Tube |
| 34. Pink Dino | 74. New Shemale Tube | 114. Bang Porn Tube | 154. Hq Porn Links | 194. Hd Tube Clips |
| 35. Stop-sex Tube | 75. Ruler Tube | 115. Fuck-ok | 155. VIVA Gals | 195. Hq Tube Search |
| 36. New Amateur Tube | 76. Tubeum Porn Tube | 116. Tube Porn Here | 156. Tranny Maids | 196. Erosexus Tube |
| 37. Mag Post Tube | 77. Bonus Porn Tube | 117. Caramel BBW Tube | 157. Movies Lane | 197. Monsta Tube |
| 38. HQ Mature Tube | 78. Fat Mom Tube | 118. Max Sex Tube | 158. Lustler Tube | 198. Monkey Porn Tube |
| 39. Porn Overdose | 79. Mature Tube Lust | 119. Tube Porn Now | 159. Attractive Tube | 199. Jerk Mania |
| 40. Mashas Tube | 80. New Cool Tube | 120. My 1 Tube | 160. Your Home Vids | 200. Porn Tiki |

## More Free Porn

**3D Porn** 3D Thumbs

**Amateur Porn** Dirty Home Clips | Next Door Lust | Home Tube Porn

**BBW Porn** Daily BBW Porn | Fatty Videos | Heavy Cuties | Fatty Thumbs | HQ Plumpers | Moms Fatties | My Sweet Fatty | Wild Fatties | Your BBW | Fat Mom Tube

**Big Butt Porn** Bottom Clips | Oulsize Booty | Spicy Big Butt

**Big Cock Porn** Spicy Big Dick

**Big Tits Porn** Big Boobs Film | Melons Clips | Charming Tits | HQ Big Boobs | Touch My Melons | Spicy Big Tits

**Ebony Porn** Tasty Blacks | Brown Maids | Sinful Blacks | Spicy Black Girls

**Erotic Porn** Erotic Saloon

**General Porn** AZ Gals | Best Pics 4 You | Jerk Room | Fresh Porn Clips | Porn Movies Here | 69 Porn Tube | Bonus Porn Tube | Book Porn Tube | Box Porn Tube | Direct Porn Tube | Erosexus Tube | Floozy Tube | Fresh Porn Tube | Gold Porn Tube | I Like Tubes | Large Porn Tube | Lust Porn Tube | My Loved Tube | Pipe Porn Tube | Royal Porn Tube | Ruler Tube | Tube Adult Movies | Tube Charm | Tube Dessert | Tube Invasion | Tube Pleasure | Tube Porn City | Tube Porn Fever | Tube Porn Film | Tube Porn Mix | Tube Porn Movs | Tube Porn Pages | Tube Splash | Tube Vector | TubeZaur | VIVA Gals

**Hairy Porn** Hairy Cave | Hairy Corner | Unshaved Cuties

**MILF Porn** Cuties Over 30 | Dirty Wife Movies | Like MILF | Moms Madness | Playful Matures | Spicy Hot Moms | Wifes Filmed | Attractive Moms | Charming MILFs | Deluxe Wifes | Moms Need Dick | X-MILF-tv

**Mature Porn** Aged Lust | Aged Maids | Fresh Grannies | Granny Cinema | Granny Porn TV | More Grannies | Older Women TV | Aged Mamas | Alex Matures | Charming Matures | Graceful Mum | Granny Cookies | HQ Oldies | Lewd Granny Pics | Magic Matures | Older Kiss | Porno River | Spicy Older Women | X Granny Tube | Fuck This Mature | Granny Flash | HQ Mature MILF | HQ Mature Pussy | HQ Mature Tube | Mature Tube Lust | My Mature Granny | New Mature Tube | Sex Wich Mature | The Mature Ladies | VIP Mature Tube

**Mature/Multiniche Porn** Banged Mamas | Graceful Milf | Moms Ecstasy | Women In Years

**Porn Stars Porn** Sinful Porn Stars

**Shemale Porn** T-Girls Movies | Tranny Hussy | Tranny Maids | Lust Of Tranny | My Sexy Tranny | Trans Thumbs | 1 Tranny Tube | Banged Tranny | Charming Tranny | New Shemale Tube | Spicy Tranny

**Toon Porn** Frisky Toons | HQ Toons | Hello Toons | Toon Berry | Toon Gold | Toons Band

**Vintage Porn** HQ Vintage Tube | My Retro Tube | Retro Tube Clips

**Disclaimer:** LustPornTube.com is a fully automatic adult search engine focussed on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.
LustPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2009-2012 AlexZ-Traffic.com

Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA





www.bonusporntube.com



Porn Tube - Tranny Tube - Mature Tube - Porn

## More Free Porn

| | | | | |
|---|---|---|---|---|
| 31. Tube Kitzy | 71. Porn Movies Here | 111. Saluto Tube | 151. Itaxy Porn | 191. Im Porn Tube |
| 32. Tube Office | 72. Free Porn Collection | 112. Caramel Tube | 152. Caramel BBW Tube | 192. Clean Tube Porn |
| 33. Tube Mike | 73. 4 Porn | 113. First Sex Tube | 153. Box Porn Tube | 193. Tranny Maids |
| 33. 4 Porn | 74. Floozy Tube | 114. Extra Videos | 154. Tube Dessert | 194. Inya Tube |
| 34. Tube Porn Mix | 75. Tube Porn City | 115. Movies Lane | 155. Tube Sex Video | 195. Fap XXX |
| 35. Porn Tube Archive | 76. All Of Milfs | 116. Video X List | 156. Tube Prince | 196. Hq Tube Search |
| 36. Good-fuck Tube | 77. Book Porn Tube | 117. Hq Porn Search | 157. Tube Traveler | 197. Big Tits Tube |
| 37. My Loved Video | 78. Fuck Vids | 118. USA Porn TV | 158. Yuck Porn | 198. Cheeseburger Tube |
| 38. My Loved Tube | 79. Tube Invasion | 119. Go Porns | 159. Oops Movies | 199. Dron Porn Tube |
| 39. Free Tube Cats | 80. Tasty Movie | 120. Nugget Tube | 160. Porn Video Scout | 200. You Hd Porn |
| 40. 9 Taxi | | | | |

**3D Porn** 3D Thumbs

**Amateur Porn** Dirty Home Clips | Next Door Lust | Home Tube Porn

**BBW Porn** Daily BBW Porn | Fatty Videos | Heavy Cuties | Fatty Thumbs | HQ Plumpers | More Fatties | My Sweet Fatty | Wild Fatties | Your BBW | Fat Mom Tube

**Big Butt Porn** Bottom Clips | Outsize Booty | Spicy Big Butt

**Big Cock Porn** Spicy Big Dick

**Big Tits Porn** Big Boobs Film | Melons Clips | Charming Tits | HQ Big Boobs | Touch My Melons | Spicy Big Tits

**Ebony Porn** Tasty Blacks | Brown Maids | Sinful Blacks | Spicy Black Girls

**Erotic Porn** Erotic Saloon

**General Porn** AZ Gals | Best Pics 4 You | Jerk Room | Fresh Porn Clips | Porn Movies Here | 69 Porn Tube | Bonus Porn Tube | Book Porn Tube | Direct Porn Tube | Erroseous Tube | Floozy Tube | Fresh Porn Tube | Gold Porn Tube | I Like Tubes | Large Porn Tube | Lust Porn Tube | My Loved Tube | Pipe Porn Tube | Royal Porn Tube | Ruler Tube | Tube Adult Movies | Tube Charm | Tube Desert | Tube Invasion | Tube Pleasure | Tube Porn City | Tube Porn Fever | Tube Porn Film | Tube Porn Mix | Tube Porn Mix | Tube Pages | Tube Splash | Tube Vector | Tube2zur | VIVA Gals

**Hairy Porn** Hairy Cave | Hairy Cozy | Unshaved Cuties

**MILF Porn** Cuties Over Dick | Only Wife Movies | Like MILF | Moms Madness | Playful Matures | Spicy Hot Moms | Wifes Filmed | Attractive Moms | Charming MILFs | Deluxe Wifes | Moms Next Dick | XXX MILFs

**Mature Porn** Aged Lust | Aged Maids | Fresh Grannies | Granny Cinema | Granny Porn TV | More Grannies | Older Women TV | Aged Mamas | Alex Matures | Charming Matures | Graceful Mom | Granny Cookies | Hot Oldies | Loved Granny Pics | Magic Matures | Older Kiss | Porno River | Spicy Older Women | X Granny Tube | Fuck This Mature | Granny Flash | HQ Mature MILF | HQ Mature Pussy | HQ Mature Tube | Mature Tube List | My Mature Granny | New Mature Tube | Sex With Mature | The Mature Ladies | WP Mature Tube

**Mature/Multiniche Porn** Banged Mamas | Graceful Milf | Moms Ecstasy | Women In Years

**Porn Stars Porn** Sinful Porn Stars

**Shemale Porn** T-Girls Movies | Tranny Hussy | Tranny Maids | Lust Of Tranny | My Sexy Tranny | Trans Thumbs | 1 Tranny Tube | Banged Tranny | Charming Tranny | New Shemale Tube | Spicy Tranny

**Toon Porn** Frisky Toons | HQ Toons | Hello Toons | Toon Berry | Toon Gold | Toons Band

**Vintage Porn** HQ Vintage Tube | My Retro Tube | Retro Tube Clips

Disclaimer: BonusPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categorization" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.

BonusPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2010-2012 AlexZ-Traffic.com          Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA



Free Porn Videos @ Direct Porn Tube - Fast porn delivery

http://www.directporntube.com

# DIRECT PORN TUBE

www.directporntube.com

Lesbian Porn Videos @ Direct Porn Tube. Free porns, free sex, full length streaming sex videos.

Select the category ▼

Search videos...

FAST PORN DELIVERY

## LESBIAN VIDEOS

**Popular** Latest Longest

Related: 🔍Lesbian Seduction 🔍Lesbians 🔍Mature Lesbian 🔍Lesbian Anal 🔍Asian Lesbian 🔍Shemale 🔍Ebony Lesbian 🔍Mom 🔍Lesbian Orgasm
🔍Lesbian Strap On 🔍Lesbian Feet 🔍Lesbian Squirt 🔍Lesbian Orgy 🔍Teen 🔍Gay 🔍Black Lesbian 🔍Solo 🔍Massage 🔍Strapon 🔍Lesbian Teens
🔍Lesbian Milf 🔍Masturbation 🔍Lesbian Ass Licking 🔍Trib 🔍Bbw Lesbian 🔍Lesbian Threesome 🔍Teen Lesbians 🔍Milf 🔍Amateur Lesbian 🔍Lisa Ann

1 2 3 4 5 6 7 8 9 ... Next »

She Is

17:54
1 year ago

XHamster
55:07
1 year ago

XHamster
32:24
3 weeks ago

Red Tube
05:26
1 year ago

Hair

XHamster

Lesbian Meetings

1:01:26
10 months ago

XHamster
2:42:21
3 weeks ago

19th Birthday 1

Red Tube
41:15
4 months ago

Lusty Lesbians Brandi Love And Lily
Carter

Porn Tube
32:48
9 months ago

Lesbian Party For Granny

PornoXo




www.directporntube.com

Free Porn Videos by DirectPornTube - fast porn delivery

| # | | | | |
|---|---|---|---|---|
| 07. Infinite Tube | 47. Tube Splash | 87. Spicy Sex Tube | 127. Tube Porn City | 167. Vip Porn Tube |
| 08. Hot Voyeur Tube | 48. Qeebe | 88. Big Boobs Tube | 128. Kaza Tube | 168. Unseen Porn |
| 09. Tube Mm | 49. I-sux | 89. Movies Lane | 129. Porn Lab | 169. Giant Xxx Tube |
| 10. Caramel BBW Tube | 50. First Net Tv | 90. Tube Vector | 130. Aqua Spell | 170. Tube Peach |
| 11. Pipe Porn Tube | 51. See-tube | 91. Tube Reserve | 131. Fuck Forces | 171. Abc Porn Search |
| 12. My Loved Tube | 52. Alex Pix Tube | 92. Herd Tube | 132. Attractive Tube | 172. Porn Tube Sex |
| 13. Bros Tube | 53. Jasmine Heart | 93. My Love Hidden Tube | 133. Usa Porn Tv | 173. Its Porn Tube |
| 14. Large Porn Tube | 54. E-tuber | 94. Tubes Here | 134. ZZ Tube | 174. Go Porns |
| 15. Floozy Tube | 55. Retro Porn Videos | 95. Eu Porn Tube | 135. Xy War | 175. Hq Porn Search |
| 16. Caramel Tube | 56. Tube Porn Pages | 96. German Porn Tube | 136. Tube Prince | 176. Tubaz Porn Tube |
| 17. Bonus Porn Tube | 57. Tasty Movie | 97. New Cool Tube | 137. Tube Dessert | 177. Jackal Tube |
| 18. Daily BBW Porn | 58. Grandpas Tube | 98. Kiss Porn Tube | 138. The Movs | 178. Night Porn Videos |
| 19. Tube Pleasure | 59. Tube Porn Mix | 99. Eroseuss Tube | 139. My 1 Tube | 179. Fap XXX |
| 20. Dirty Amateur Tube | 60. Tubeum Porn Tube | 100. Tube-ok | 140. Tina Matures | 180. 69 Flv |
| 21. Spicy Big Butt | 61. Fuck-ok | 101. Tube For Work | 141. 3 Porn | 181. |
| 22. Midnight Fever | 62. Prehistoric Tube | 102. Tube Porn Fever | 142. X Share Box | 182. Hd Tube Clips |
| 23. My Retro Tube | 63. Beez Tube | 103. New Big Tube | 143. Big Tube | 183. Porn Video Spider |
| 24. Boo Loo Tube | 64. Spicy Xxx Tube | 104. Tube Xxx | 144. Tube Sex Video | 184. Porn Video Scout |
| 25. Tube Invasion | 65. Ore Porn Tube | 105. Knock Tube | 145. Bull Porn | 185. Porno Jo |
| 26. Ah Me Free Sex Tube | 66. Celebrity Porn Tube | 106. Wad Tube | 146. Porn Tube News | 186. Nora Porn |
| 27. Box Porn Tube | 67. Cum Brains | 107. Hamster Porn | 147. Like Xxx Tube | 187. Big Sex List |
| 28. HQ Mature Tube | 68. Tube Adult Movies | 108. Mature Stuff | 148. Bulk Porn Tube | 188. Xxx Tube Hub |
| 29. Gold Porn Tube | 69. Tube Kong | 109. Bison Porn Tube | 149. Book Porn Tube | 189. Hq Porn Links |
| 30. Fresh Porn Tube | 70. Caramel Mature | 110. Smutpose Tube | 150. VIVA Gals | 190. Cloak Tube |
| 31. Flamingo Tube | 71. Royal Porn Tube | 111. Ciac Tube | 151. Bang Porn Tube | 191. Math Porn Tube |
| 32. Tube Porn Film | 72. Ok-porn | 112. Sex Tube Here | 152. Gust Tube | 192. Biggy Tube Movies |
| 33. Vataa | 73. Top Milf Stars | 113. Summer Moms | 153. Sex Videos Porn | 193. Porn Free Porn |
| 34. Cuming Tube | 74. Pretty Nu Tube | 114. Das Porn Tube | 154. Master Tubes | 194. 8 Babe |
| 35. Ooo-sex | 75. Aged Lust | 115. Bolt Tube | 155. Clean Tube Porn | 195. Tubuni Porn Tube |
| 36. 69 Porn Tube | 76. Dear Porn Tube | 116. Mom Sex | 156. Rated Porn Tube | 196. Tube Porn Diet |
| 37. Fuxee | 77. Kex Tube | 117. Mature Zilla | 157. Tube Porn Movs | 197. Inya Tube |
| 38. Charming Tranny | 78. Hd Porn Tube | 118. Tube Band | 158. Hq Tube Search | 198. Fap Movs |
| 39. Extra Big Boobs | 79. I Like Tubes | 119. Tube Spin | 159. Gyne Tube | 199. Tube Video Post |
| 40. Good-fuck Tube | 80. 41tube | 120. Oops Movies | 160. Free Sex Tube | 200. Free Sex Tube |

DirectPornTube.com is a free porn tube site featuring full length streaming sex videos. All the videos are categorized and searchable. New porn videos added daily. So please bookmark this page and visit us tomorrow for fresh portion of free porn.

Disclaimer: DirectPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries. DirectPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

Trade traffic: | Buy/Sell Traffic | Link removal | Contact us | DMCA

© 2010-2012 AlexZ-Traffic.com

ANNEX 4

**Gold Porn Tube**

Popular Categories

Categories | New videos | Adult dating | Download DVDs | 1$ Trial

Select the category

Search videos...

**Big Tits Porn** Big Boobs Film | Melons Clips | Charming Tits | HQ Big Boobs | Touch My Melons | Spicy Big Tits

**Ebony Porn** Tasty Blacks | Brown Maids | Sinful Blacks | Spicy Black Girls

**Erotic Porn** Erotic Saloon

**General Porn** AZ Gals | Best Pics 4 You | Jerk Room | Fresh Porn Clips | Porn Movies Here | 69 Porn Tube | Bonus Porn Tube | Book Porn Tube | Box Porn Tube | Direct Porn Tube | Erosexus Tube | Floozy Tube | Fresh Porn Tube | Gold Porn Tube | I Like Tubes | Large Porn Tube | Lust Porn Tube | My Loved Tube | Pipe Porn Tube | Royal Porn Tube | Ruler Tube | Tube Adult Movies | Tube Charm | Tube Dessert | Tube Invasion | Tube Pleasure | Tube Porn City | Tube Porn Fever | Tube Porn Film | Tube Porn Mix | Tube Porn Movs | Tube Porn Pages | Tube Splash | Tube Vector | TubeZaur | VIVA Gals

**Hairy Porn** Hairy Cave | Hairy Corner | Unshaved Cuties

**MILF Porn** Cuties Over 30 | Dirty Wife Movies | Like MILF | Moms Madness | Playful Matures | Spicy Hot Moms | Wifes Filmed | Attractive Moms | Charming MILFs | Deluxe Wifes | Moms Need Dick | XMILF.tv

**Mature Porn** Aged Lust | Aged Maids | Fresh Grannies | Granny Cinema | Granny Porn TV | More Grannies | Older Women TV | Aged Mamas | Alex Matures | Charming Matures | Graceful Mom | Granny Cookies | HQ Oldies | Lewd Granny Pics | Magic Matures | Older Kiss | Porno River | Spicy Older Women | X Granny Tube | Fuck This Mature | Granny Flash | HQ Mature MILF | HQ Mature Pussy | HQ Mature Tube | Mature Tube Lust | HQ Mature Granny | New Mature Tube | Sex With Mature | The Mature Ladies | VIP Mature Tube

**Mature/Multiniche Porn** Banged Mamas | Graceful Milf | Moms Ecstasy | Women In Years

**Porn Stars Porn** Sinful Porn Stars

**Shemale Porn** T-Girls Movies | Tranny Hussy | Tranny Maids | Lust Of Tranny | My Sexy Tranny | Trans Thumbs | 1 Tranny Tube | Banged Tranny | Charming Tranny | New Shemale Tube | Spicy Tranny

**Toon Porn** Frisky Toons | HQ Toons | Hello Toons | Toon Berry | Toon Gold | Toons Band

**Vintage Porn** HQ Vintage Tube | My Retro Tube | Retro Tube Clips

 Porn Tube - Tranny Tube - Mature Tube - Double Penetration

**Disclaimer:** GoldPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.
GoldPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2009-2012 AlexZ-Traffic.com        Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA





## www.alexz-traffic.com

Traffic trade | Link removal | Abuse | Contact us

## BBW Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|---|---|---|---|---|
| fattythumbs.com | Fatty Thumbs | Thumb TGP | Alexa | ☐ signup |
| hqplumpers.com | HQ Plumpers | Thumb TGP | Alexa | ☐ signup |
| morefatties.com | More Fatties | Thumb TGP | Alexa | ☐ signup |
| mysweetfatty.com | My Sweet Fatty | Thumb TGP | Alexa | ☐ signup |
| wildfatties.com | Wild Fatties | Thumb TGP | Alexa | ☐ signup |
| yourbbw.com | Your BBW | Thumb TGP | Alexa | ☐ signup |

## Ebony Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|---|---|---|---|---|
| brownmaids.com | Brown Maids | Thumb TGP | Alexa | ☐ signup |
| sinfulblacks.com | Sinful Blacks | Thumb TGP | Alexa | ☐ signup |
| spicyblackgirls.com | Spicy Black Girls | Thumb TGP | Alexa | ☐ signup |

## General Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|---|---|---|---|---|
| azgals.com | AZ Gals | Thumb TGP | Alexa | ☐ signup |
| bestpics4you.com | Best Pics 4 You | Thumb TGP | Alexa | ☐ signup |
| jerkroom.com | Jerk Room | Thumb TGP | Alexa | ☐ signup |

| | | | | |
|---|---|---|---|---|
| midnightfever.com | Midnight Fever | TUBE | Alexa | ☐ signup |
| porntiki.com | Porn Tiki | TUBE | Alexa | ☐ signup |

## Hairy Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|---|---|---|---|---|
| hairycave.com | Hairy Cave | Thumb TGP | Alexa | ☐ signup |
| hairycorner.com | Hairy Corner | Thumb TGP | Alexa | ☐ signup |
| unshavedcuties.com | Unshaved Cuties | Thumb TGP | Alexa | ☐ signup |

## Mature Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|---|---|---|---|---|
| agedmamas.com | Aged Mamas | Thumb TGP | Alexa | ☐ signup |
| alexmatures.com | Alex Matures | Thumb TGP | Alexa | ☐ signup |
| bangedmamas.com | Banged Mamas | Thumb TGP | Alexa | ☐ signup |
| deluxewifes.com | Deluxe Wifes | Thumb TGP | Alexa | ☐ signup |
| gracefulmilf.com | Graceful MILF | Thumb TGP | Alexa | ☐ signup |
| gracefulmom.com | Graceful Mom | Thumb TGP | Alexa | ☐ signup |
| magicmatures.com | Magic Matures | Thumb TGP | Alexa | ☐ signup |
| momsecstasy.com | Moms Ecstasy | Thumb TGP | Alexa | ☐ signup |
| olderkiss.com | Older Kiss | Thumb TGP | Alexa | ☐ signup |
| womeninyears.com | Women In Years | Thumb TGP | Alexa | ☐ signup |
| maturezilla.com | Mature Zilla | TUBE | Alexa | ☐ signup |

## Shemale Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|---|---|---|---|---|

| URL | Title | Type | Traffic | Trade |
|------|-------|------|---------|-------|
| lustoftranny.com | Lust Of Tranny | Thumb TGP | Alexa | ☐ signup |
| transpleasure.com | Trans Pleasure | Thumb TGP | Alexa | ☐ signup |

## Toon Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|------|--------|-------|----------|--------|
| friskytoons.com | Frisky Toons | Thumb TGP | Alexa | ☐ signup |
| hellotoons.com | Hello Toons | Thumb TGP | Alexa | ☐ signup |
| hqtoons.com | HQ Toons | Thumb TGP | Alexa | ☐ signup |
| toonberry.com | Toon Berry | Thumb TGP | Alexa | ☐ signup |
| toongold.com | Toon Gold | Thumb TGP | Alexa | ☐ signup |
| toonsband.com | Toons Band | Thumb TGP | Alexa | ☐ signup |

**Signup for trade**

**Trade rules:**

1. No illegal sites.
2. No sites with young looking models. Feed your site with some mature traffic. It helps.
3. No consoles/popunders.
4. No subdomains, IPs, freehosts, any country or language redirect.
5. Please don't send me a lot of China, Turkey, Egypt, India, etc. traffic. Visitors from bad countries just not counted.
6. Your site must have visible toplist. And you must have 50-100 trades already.
7. I prefer not to trade with sites with thumbs over 240x180.
8. Minimal skim is 60%
9. Your productivity must be over 120% (including clicks to galleries). I will remove trades with productivity under 100% WITHOUT NOTICE!!!
10. New trades are disabled by default. Just send 100-150 hits in 24 hours and I will review your site.

E-Mail: **webmaster(AT)alexz-traffic(DOT)com**

Trade with          Please select the sites

Domain

Url

Title

Email

ICQ

Nickname

Password

Short description

Add Trade

ANNEX 5

You are logged in as mike_3653   Upgrade Your Account | Log out | Help

# DomainTools

Enter search term...  [Whois Search ▾]  Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## Whois History for Porntube.com on 2007-12-28



Enter a domain name to get its history

**Domain Name:** [porntube.com]  (Search)

« Previous                                          Next »

**Domain:**        **porntube.com** - Whois History
**Cache Date:**    2007-12-28
**Registrar:**     **GODADDY.COM, INC.**
**Server:**        whois.godaddy.com
**Created:**       2004-11-29
**Updated:**       2007-05-08
**Expires:**       2011-11-29
**Reverse Whois:** Click on an email address we found in this whois record
                   to see which other domains the registrant is associated with:
                   domains1@emcideas.com

```
Registrant:
    EMC Ideas, Inc.
    3501 Rt. 42
    Unit 7A, #148
    Turnersville, New Jersey 08012
    United States

    Domain Name: PORNTUBE.COM
    Created on: 29-Nov-04
    Expires on: 29-Nov-11
    Last Updated on:

Administrative Contact:
    Solutions, Search  domains1@emcideas.com
    EMC Ideas, Inc.
    3501 Rt. 42
    Unit 7A, #148
    Turnersville, New Jersey 08012
    United States
    3236174594    Fax --

Technical Contact:
    Solutions, Search  domains1@emcideas.com
    EMC Ideas, Inc.
    3501 Rt. 42
    Unit 7A, #148
    Turnersville, New Jersey 08012
    United States
    3236174594    Fax --

Domain servers in listed order:
    NS1.NATIONALNET.COM
    NS2.NATIONALNET.COM
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

ANNEX 6



http://porntube.com/          Go          JUN

7/2/06

**511 captures**
2 Jul 06 - 30 Apr 11                                    2005



Looking for something?          NOW! | INTERESTED IN THIS DOMAIN?
We can help you find it!

Porntube.com



### WELCOME TO Porntube.com
We can help you find information related to
**Porntube**. Or, try one of these related links: Adult
Site, Porn, Hot Blondes

If you find our site useful make sure to Bookmark
us!

RELATED SEARCHES

ADULT SITE

PORN

HOT BLONDES

LIVE PORN

AMATEUR PORN

BLACK BOOTY

ANAL PORN

HOT COLLEGE GIRLS

FREE XXX

ADULT DATING

SEXUAL ENHANCEMENT

SEX SHOP

BUY ADULT DVDS

## POPULAR CATEGORIES

**Porn Sites**
Free Porn
Hot College
Girls
Asian Porn
Blowjobs

**Anal**
Fisting
Anal Orgy
Virgin Porn
Butt Sex

**Niche**
BBW
Lesbian
Amateur
Black Girls

**Gay Sites**
Gay Porn
Straight Guys
Gay Twinks
Transsexuals

**Fetish Sites**
Fetish Porn
Peeing
FootFetish
Cum

**Dating**
Adult Dating
Singles
Webcams
Gay Dating

**Chat**
Live Chat
Chatrooms
Cybersex
Gay Chat

**DVDs/Sex Stores**
Adult DVDs
Vintage Erotica
Sex Toys
Vibrators

**Penis Enlargement**
Penis Pumps
Viagra
MagnaRX
Penis Extender

© 2006 ALL RIGHTS RESERVED, SEARCH DIRECTORY
PROVIDED BY PREMIUMTRAFFIC.COM

Welcome to Porntube.com Search Page

http://web.archive.org/web/20060815174828/http://www.porntube.com/

 

http://www.porntube.com/                                Go                JUL

**511 captures**                                                        ◀
2 Jul 06 - 30 Apr 11                                                    **2005**

**Welcome to Porntube.com! We hope you find everything from Hot Adult Sites and Live Cams to Adult DVDs and Erotic Personals and everything else relating to your wildest fantasies**

ADULT SITE
PORNOGRAPHY
HOT BLONDES
LIVE PORNOGRAPHY
AMATEUR PORNOGRAPHY
BLACK BOOTY
ANAL PORNOGRAPHY
HOT COLLEGE GIRLS
FREE XXX
ADULT DATING
SEXUAL ENHANCEMENT
SEX SHOP
BUY ADULT DVDS

**Make this your Home Page**

**Bookmark Us**

### Sponsored Listings

#### Free Porn Guaranteed
Use us to find your favorite 100% Free XXX Porn!
http://Freepassfinder.com

#### Stephen's free webcam.
Hi, i'm 22, gay and love to show myself on cam. Check out my website
http://stephencam.com

#### Look at My Amateur Webcam
I'm a cute amateur girl home alone and you can watch my cam for free.
http://cutewebcamgirl.com

#### Gay College Sex Parties
Official Gay College Sex Parties latest Gay Porn Videos $2.95 Aff.
http://www.GayCollegeSexParties.com

#### Amateur Homemade Movies
Watch private homemade videos. Real couples around the world!
http://www.realhomemovies.com

#### Color Climax Magazines
Ero, Silwa, Private, Busen, Rodox Porn Magazines for Sale 60s-70s-80s
http://www.yurmag.com

#### 100% Free Black Porn
Don't get ripped off. We offer guaranteed Free Porn!
http://Pornohandbook.com

#### Intimate Anonymous Sex

Welcome to Porntube.com Search Page          http://web.archive.org/web/20060815174828/http://www.porntube.com/

511 captures
2 Jul 06 - 30 Apr 11

Go

JUL

2005

Search

© 2006 ALL RIGHTS RESERVED, SEARCH DIRECTORY PROVIDED BY
PREMIUMTRAFFIC.COM

2/2/2012 4:05 PM



New Arrivals Spotlight

| | | | |
|---|---|---|---|
| Anal Teen Tryouts 02 | I Know You're Watchin... | Naturally Perfect | Tight and Asian |
| Anal Teen Tryouts 02 | I Know You're Watching #02 | Naturally Perfect | Tight and Asian |

| | | | |
|---|---|---|---|
| F**k My Ass N Make Me... | Big C**k Seductions #14 | Young as They Cum #7 | Big C**ks In Her Litt... |
| F**k My Ass N Make Me Cum #05 | Big C**k Seductions #14 | Young as They Cum #7 | Big C**ks In Her Little Box |

**View All New Arrivals >>**

**New Arrivals Top Views**

1. **18 Year Old Pussy 07**

2. **A River Runs Through Her**       Squirt on my Black C**k

3. **Good Girls Doing Bad Things**

4. **Desires of the**



**INTERNET ARCHIVE**
**WayBackMachine** BETA

511 captures
2 Jul 06 - 30 Apr 11

Go

NOV
◄
2006

## Recommended Items

### Desires of the Innocent

These girls may look innocent but they are ravenous sex machines. They love to have their pussies spread wide by big c**ks and their faces smeared with cum. Young, Beautiful and so very nasty. Another hit from DDF.

★★★★★

**Starring:** Zara, Irina, Kelli, Davina, Angie Scott

### Teen Tryouts 08

★★★★★

**Starring:** Alice, Bobbi Barrington, Brandi Lyons, Gia Regency, Mia Starr, Princess

### Big Black P.O.V.

It's big and it's f*cking black! Wanna see through the eyes of a black adonis as he plows through five white Euro-slut p*ssies? Like we have to ask!!! One after the other, righteously f*ckable whores...

★★★★★

**Starring:** Carmen, Carol Weiss, Kim, Victoria Sweetrose, Violet

View All New Arrivals >

| About All Adult Channel | Customer Service | Contact Us | Privacy Policy | Terms of Use | Webmasters |
©2006 AllAdultChannel. All rights reserved.
18 U.S.C. Section 2257 Compliance Notice

2/2/2012 4:07 PM



http://web.archive.org/web/20061225134355/http://www.porntube.com/

HOME >> NEW ARRIVALS

New Arrivals Spotlight

| Double Teamed #02 | Internal Violations 04 | Big Toys No Boys 03 | Girls on Girls #02 |
| Double Teamed #02 | Internal Violations 04 | Big Toys No Boys 03 | Girls on Girls #02 |

| Squirt on my Black C**k | Wonderland (New Sensa... | Teen Tryouts 26 | Swallow Me POV #3 |
| Squirt on my Black C**k | Wonderland (New Sensations) | Teen Tryouts 26 | Swallow Me POV #3 |

**View All New Arrivals >>**

**New Arrivals Top Views**

1. **18 Year Old Pussy 07**
2. **Watch Me Cum**
3. **A River Runs Through Her**
4. **Big C**k Seductions #12**
5. **Good Girls**

In Your Mouth and On Your Face 02



INTERNET ARCHIVE
WaybackMachine

511 captures
2 Jul 06 - 30 Apr 11

Go

NOV

2

2005

## Recommended Items

### Black on Black Crime 06

These black bitches can't stop taking on black c*ck! The BLACK ON BLACK CRIME attack is back!!! No hole goes untapped in these five nasty ass scenes of hardcore action! Once you go black on black, yo...

★★★★★

**Starring**: Adina Jewel, Chyanne Jacobs, Kapri Styles, Lexi Cruz, Roxy Reynolds

### Big C**k Seductions #16

A sultry selection of salacious sluts getting slammed silly. Hardcore erotica that captures the passion and the beauty of raw powerful sex. Director Amigo Sanchez showcases every sweat filled, gaspi...

★★★★★

**Starring**: Cherry Poppers, Heather Hunt, Holly Day, Kurt Lockwood, Mark Ashley, Mr. Pete, Shay Kamar, Vanilla Skye

### Cum Filled Throats #3

THESE GIRLS LOVE TO SWALLOW HUGE LOADS OF CUM! Brand new blonde starlet Kelly Kroft chokes down her first mouthful of cum, then exhales all over her perfect natural tits. Newcomer Satine Diamond ...

★★★★★

**Starring**: Cherry Poppens, Christie, Drew



View All New Arrivals >

About All Adult Channel | Customer Service | Contact Us | Privacy Policy | Terms of Use | Webmasters

©2006 AllAdultChannel. All rights reserved.

18 U.S.C. Section 2257 Compliance Notice



6/30/07

| INTERNET ARCHIVE Wayback Machine BETA | http://www.porntube.com/ | Go | MAY ◄ |
| --- | --- | --- | --- |
| | **511 captures** | | |
| | 2 Jul 06 - 30 Apr 11 | | 2006 |



**PornTube**
FUCK YO' COUCH

[ SEARCH ]

# Main Navigation

- **Free Instant Access**
- Home
- Videos
- Photo Galleries
- Bonus Feeds
- Support
- Login
- Current VOD Members

# Top Videos



## Cream Pie Hunnies

I like girls and I've had sex with over 100 guys, but nothing is more ta...

Watch this Movie



## POV Castin Couch 2



http://www.porntube.com/    Go    OCT

**511 captures**
2 Jul 06 - 30 Apr 11    ◄    2006



| | SEARCH |
|---|---|

# Main Navigation

- **Free Instant Access**
- Home
- Videos
- Bonus Feeds
- Support
- Login

# Top Videos



## Cheatin Housewives

These horny housewives can't stop cheating until their holes are loaded ...

Watch this Movie



## Big Tit Paradise 2

David Christopher (a.k.a. Pussyman) is overwhelmed by huge-titted girls,...

PornTube.com                                              http://web.archive.org/web/20080111003618/http://www.porntube.com/

INTERNET ARCHIVE
**WayBackMachine** BETA          http://www.porntube.com/          Go          DEC

**511 captures**                                                                        ◄
2 Jul 06 - 30 Apr 11                                                              2007

Logo

| Submit Query |
|---|

# Main Navigation

- **Free Instant Access**
- Home
- Videos
- Bonus Feeds
- Support
- Login

# Top Videos



## Anal Divas In Latex

Gorgeous, ebony divas that are eager and willing to perpetrate some of t...





## Older Women and Younger Women 6

Brooke Hunter & Harmony When Brooke discovers that the young neighbor, ...



/porntube/stylesheets/images/vivid.png
Find It Extras Coming Soon FREE LIFETIME MEMBERSHIP
t

- Straight
- Gay



- **Navigation**

- Homepage
- My Favorites
- Newest DVD Releases
- Future DVD Releases
- Studio Listing
- Complete DVD Listing
- **FREE MEMBERSHIP**

- **Categories**

- Amateur
- Anal
- Asian
- BBW
- Big Cock
- Big Tits
- Bisexual
- Blonde
- Blow Job
- Brunette
- Cumshot
- Double Penetration
- Ebony
- Fetish
- Foot Fetish
- Gangbang
- Girl Girl
- Hardcore
- Interracial
- Latina
- Lesbian
- Masturbation



INTERNET ARCHIVE
WaybackMachine BETA

http://www.porntube.com/

**511 captures**
2 Jul 06 - 30 Apr 11

11/16/08
Go

OCT
◄
2007

- Straight
- Gay



Logir

sear
Go

Find It Extras FREE LIFETIME MEMBERSHIP

## • Navigation

- Homepage
- My Favorites
- Newest DVD Releases
- Studio Listing
- Complete DVD Listing
- Customer Service
- **FREE MEMBERSHIP**

## • Categories

- Amateur
- Anal
- Asian
- BBW
- Big Butts
- Big Cock
- Big Tits
- Bisexual
- Blonde
- Blow Job
- Brunette
- Classic
- Cream Pie
- Cumshot
- Double Penetration
- Ebony
- Fetish
- Foot Fetish

Porn Tube - Free Adult Porn Tube Videos - Free Sex Movies at PornTube.com    http://web.archive.org/web/20109407065353/http://www.porntube.com/

INTERNET ARCHIVE
WaybackMachine        http://www.porntube.com/        Go    FEB    JUN    Close
511 captures                                          4/7/10
2 Jul 06 - 30 Apr 11                                  2008    2011    Help

Porn Tube Straight | Shemale | Gay                                        Member Log In

Home    Browse Categories    Live Sex    Free Fuck    Sign Up For Free!

Latest Videos    Most Viewed    Highest Rated

## Porn Tube Latest Videos

1 2 3 **4** 5 6 7 8 9 10 ... 379

| Geek girl gets to | Sammie Slaps the | What Happens in | All aboard the |
|---|---|---|---|
| Geek girl gets to know herself. | Sammie Slaps the Kitty Kat | What Happens in Vega | All aboard the pussy express! |
| 8453 Views | 7825 Views | 5672 Views | 6960 Views |
| Librarian type gal, gets to know | Sammie has industrial stength | Veronique Vega is horny so she strips | A couple of horny girls want some |

| Anal Masturbation | Cassandras Spicy | She's a cum | Cum in Her Rear |
|---|---|---|---|
| Anal Masturbation | Cassandras Spicy Taco | She's a cum drink'n slut | Cum in Her Rear Door |
| 6445 Views | 6224 Views | 9402 Views | 7776 Views |
| Sandy Sweet is a dirty little teen slut | Latin pornstar Cassandra Cruz | Brooke Belle loves a spill. On her face | Rita rides a large cock with her ass |

| Mikayla Plunders | Randy pussy play | Staircase pussy | Big tits and she's |
|---|---|---|---|
| Mikayla Plunders Her Pussy | Randy pussy play | Staircase pussy show with Riley | Big tits and she's horny! |
| 4049 Views | 5661 Views | 4024 Views | 10543 Views |
| Mikayla stokes her delicious pussy to | These sexy girls can't keep their | Miss Shy cums all the way down the | This buxom beauty needs some cock |

| Riley and her Dildo | Ret hot threesome | Randy Randi | Can I please suck |
|---|---|---|---|
| Riley and her Dildo | Ret hot threesome | Randy Randi | Can I please suck your dick |

Case 3:13-cv-01045-SI    Document 4-1    Filed 06/21/13    Page 53 of 118

INTERNET ARCHIVE
WayBackMachine

**511 captures**
2 Jul 06 - 30 Apr 11

| Go | FEB | JUN | Close |
|----|-----|-----|-------|
|    | ◄   | ►   |       |
|    | 2008 | 2011 | Help |

her favorite toy to          in girl and girl and          dances as she          is hungry for cock.

1 2 3 4 5 6 7 8 9 10 ... 379

Straight    Shemale    Gay    Join    Login    Home    Live Sex    Free Fuck    Sign Up for Free

Privacy Policy - Terms & Conditions

All persons depicted herein were at 18 years of age at the time of the photography.
U.S.C. 2257 Record-Keeping Requirements Compliance Statement

None of the images appearing on this site were produced by the owners of this site.
18 USC 2257 information is maintained by the producers of such images.

All models appearing are at least 18 years old.

Copyright © 2010 Porn Tube porntube.com, All Rights Reserved.

2/2/2012 4:17 PM

Porn Tube - Free Adult Porn Tube Videos - Free Sex Movies at PornTube.com   http://web.archive.org/web/20100722161738/http://www.porntube.com/...



7/22/10

Porn Tube Straight | Shemale | Gay                                          Member Log In

**Home   Browse Categories   Live Sex   Free Fuck   Sign Up For Free!**

Latest Videos   Most Viewed   Highest Rated

**Porn Tube Latest Videos**                    1 ... 377  378  379  380  381  382

| Keeping her face | Gag On This Cock! | Stockings are hot! | Oh Nasty Nesty |
|---|---|---|---|
| Keeping her face wet at work | Gag On This Cock | Stockings are hot! | Oh Nasty Nesty |
| 913 Views | 704 Views | 1199 Views | 1306 Views |
| This secretary is no stranger to | A babe that wants you to give them | Dripping wet stockings in the | Nesty the nympho teen babe gets her |

← Views

| Little Whorphan | Teeny tiny pussy | Can you say fuck | Kristal love cock |
|---|---|---|---|
| Little Whorphan Annie | Teeny tiny pussy vs the big cock | Can you say fuck that teen | Kristal love cock |
| 1574 Views | 1872 Views | 2219 Views | 1385 Views |
| Little Whorphan Annie has got to | This little lusty teen gets her pussy | Tammi is a naughty one, she gotta | This sex starved nympho sucks |

↓

| Pound My Pussy | Deeeep Throat | One in the Mouth, | Brooke dances |
|---|---|---|---|
| Pound My Pussy | Deeeep Throat Gaggin' | One in the Mouth, One in the Ass | Brooke dances and gets off on the staircase |
| 1632 Views | 3603 Views | 2381 Views | 3613 Views |
| A cute brunette babe in pink | Watch the lovely Acid Rain gagged | Acid Rain is gagged and stuffed | Hot blonde Brooke Haven dances to |

1 ... 377  378  379  380  381  382

Straight   Shemale   Gay   Join   Login   Home   Live Sex   Free Fuck   Sign Up for Free

Porn Tube - Free Adult Porn Tube Videos - Free Sex Movies at PornTube.com  http://web.archive.org/web/20100722161738/http://www.porntube.com/...

INTERNET ARCHIVE
WayBackMachine

7 captures
28 Mar 10 - 24 Oct 10

Go

APR
◄
2009

AUG
►
2011

Close

Help

None of the images appearing on this site were produced by the owners of this site.
18 USC 2257 information is maintained by the producers of such images.

All models appearing are at least 18 years old.

Copyright © 2010 Porn Tube porntube.com, All Rights Reserved.

For advertising inquiries, please email

2/2/2012 4:19 PM

ANNEX 7

USPTO Assignments on the Web           http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&fram...

### United States Patent and Trademark Office

**Home|Site
Index|Search|Guides|Contacts|eBusiness|eBiz
alerts|News|Help**



**Assignments on the Web > <u>Trademark Query</u>**

## Trademark Assignment Abstract of Title

**Total Assignments: 1**
  **Serial #:** <u>77603111</u> **Filing Dt:** 10/29/2008 **Reg #:** <u>3936197</u> **Reg. Dt:** 03/29/2011
**Registrant:** Tenza Trading
  **Mark:** PORNTUBE
**Assignment: 1**

  **Reel/Frame:** <u>4480/0595</u> **Received:**      **Recorded:**      **Pages:**
                    02/16/2011         02/16/2011        2
  **Conveyance:** ASSIGNMENT OF AN UNDIVIDED PART OF ASSIGNORS INTEREST
  **Assignor:** <u>EMC IDEAS, INC.</u>      **Exec Dt:** 02/16/2011
                  **Entity Type:** CORPORATION
                  **Citizenship:** CALIFORNIA

  **Assignee:** <u>TENZA TRADING LTD.</u>      **Entity Type:** CORPORATION
              IOANNI STYLIANOU 6      **Citizenship:** CYPRUS
              2ND FLOOR, FLAT 202
              NICOSIA, CYPRUS 2002
  **Correspondent:** ANNA M. VRADENBURGH
                   THE ECLIPSE GROUP LLP
                   6345 BALBOA BLVD., SUITE 325, BLDG 11
                   ENCINO, CALIFORNIA 91316

Search Results as of: 01/20/2012 07:02 PM
If you have any comments or questions concerning the data displayed, contact PRD /
Assignments at 571-272-3350. v.2.3
Web interface last modified: Dec 1, 2011 v.2.3

**| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT**

ANNEX 8

**ⓐ Alexa** The Web Information Company

Home    Products    Top Sites    Site Info    Toolbar    ⊚ Dashboard

🔍 Search for more [                    ] [🔍]

**porntube.com** ⬁
PornTube - Free Porn
⊗ Add Logo

This site's metrics are not certified. ▼

**Is porntube.com your site?**
Get the most from Alexa with these services!

*PRO* Improve your SEO

✓ Get Certified Metrics

🚩 Claim your site

Edit your site listing

Build a custom toolbar

Get widgets

**Statistics Summary for porntube.com**

Porntube.com's three-month global Alexa traffic rank is 697. While we estimate that 22% of visitors to it come from the US, where it is ranked #656, it is also popular in Turkey, where it is ranked... Show More

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
| 🌐 **697** | 🇺🇸 **656** | **1,827** | ★★★★★ |
| Global Rank ▼ | Rank in US ▼ | Sites Linking In ▼ | 1 Review |

👤 **Did you know?** You can get the most accurate rank possible by certifying your site's metrics. Find out how.

Traffic Stats | Search Analytics | Audience | Contact Info | Reviews | Related Links | Clickstream

Traffic Rank | Reach % | Pageviews % | Pageviews/User | Bounce % | Time on Site | Search %



Daily Traffic Rank Trend
porntube.com

Traffic rank for porntube.com:

| | Traffic Rank | Change |
|---|---|---|
| **Yesterday** | 778 | +88 ▼ |
| **7 day** | 684 | +32 ▼ |
| **1 month** | 691 | +4 ▼ |
| **3 month** | 697 | +37 ▼ |

Compare **porntube.com** to:
[        ] [        ] [        ] [        ] [        ]

Learn more about Alexa Traffic Stats.

Share this: [facebook] [  0  ] [🐦 Tweet] 🔖 🔴+1

**Average Load Time for Porntube.com**
⏱ Slow (2.251 Seconds), 70% of sites are faster.

**High Impact Search Queries for Porntube.com**

| Query | Impact |
|---|---|
| 1  tiffany six | High |
| 2  nicole aniston | High |
| 3  alexis | High |
| 4  nina hartley doggy | Medium |
| 5  franceska jaimes | Medium |
| 6  tube | Medium |
| 7  jennifer white | Medium |

View the complete Search Analytics

**Porntube.com's Regional Traffic Ranks**

| Country | Rank |
|---|---|
| 🇹🇷 Turkey | 299 |
| 🇩🇪 Germany | 307 |
| 🇱🇰 Sri Lanka | 308 |
| 🇨🇱 Chile | 344 |
| 🇦🇹 Austria | 389 |

**Where Visitors Go on Porntube.com**

| Subdomain | Percent of Visitors |
|---|---|
| porntube.com | 99.65% |
| content.porntube.com | 0.20% |
| webmasters.porntube.com | 0.11% |

| Country | Rank |
|---|---|
| Colombia | 408 |
| Switzerland | 425 |
| Italy | 460 |
| Bangladesh | 486 |
| Hungary | 499 |
| Spain | 532 |
| Malaysia | 544 |
| Portugal | 573 |
| Canada | 603 |
| Egypt | 627 |
| United States | 656 |
| Algeria | 662 |
| United Kingdom | 684 |
| Argentina | 702 |
| Australia | 709 |
| Netherlands | 747 |
| Brazil | 770 |
| Mexico | 798 |
| Belgium | 824 |
| Czech Republic | 838 |
| Greece | 840 |
| Sweden | 891 |
| France | 898 |
| Romania | 905 |
| South Korea | 937 |
| Indonesia | 955 |
| South Africa | 1,050 |
| Poland | 1,184 |
| India | 1,340 |
| Russia | 2,008 |
| Pakistan | 2,665 |
| Japan | 3,096 |

Less

### Top Search Queries for Porntube.com

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | newbie mazzaratie | 0.19% |
| 2 | prontube | 0.14% |
| 3 | alexis texas | 0.09% |
| 4 | tiffany six | 0.06% |
| 5 | pontube | 0.06% |
| 6 | aletta ocean | 0.05% |
| 7 | nicole aniston | 0.04% |

View the complete Search Analytics

Wayback Machine
See how Porntube.com looked in the past

Like porntube.com? Download the Alexa toolbar and access exclusive analytics content.

### Audience Snapshot

Based on internet averages, porntube.com is visited more frequently by **males** who have **no children**, have **no college** education and browse this site from **home**.
Get complete site demographics.

View the full Audience Profile

### Top Search Queries for Porntube.com

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | newbie mazzaratie | 0.19% |
| 2 | prontube | 0.14% |
| 3 | alexis texas | 0.09% |
| 4 | tiffany six | 0.06% |
| 5 | pontube | 0.06% |
| 6 | aletta ocean | 0.05% |
| 7 | nicole aniston | 0.04% |

View the complete Search Analytics

| Company | Help | Alexa Tools for Site Owners | Related Services | |
|---|---|---|---|---|
| About | Help System | Get a Site Audit for your site | Free Website Content | |
| Jobs | Tour | Create a Custom Toolbar | | |
| | Contact Us | Edit your site listing | | |

Download the Alexa Toolbar!
Privacy Policy | Terms of Use
© Alexa Internet, Inc.
An **amazon**.com company

ANNEX 9



Daily Traffic Rank Trend
porntube.com

ANNEX 10



ENTERTAIN YOURSELF *Tube*
SUN P**RNO



HOME | CATEGORIES | PHOTOS | PORNSTARS | COMMUNITY | LIVE CAMS | ADULT DATING | SEX SHOP | FAQ | SunPorno iPhone Porn

Movies

Search    upload

## Sun Porno Tube Videos Collection - By Categories



| | | |
|---|---|---|
| 566 movies | 42184 movies | 11009 movies |
| moms and boys, seduction lessons | teen, teenage (18-19y.o.) | milf, mom I'd like to fuck |
| 8671 movies | 2749 movies | Freedesiblog.com  948 movies |
| group sex, group orgy | shemale, tranny, tgirl | indian, bollywood porn |
| 277 movies | 1909 movies | 1195 movies |
| cougars, horny ladies | old farts with younger women | celebrities, famous people |

boobs in face          double dong          gay hentai          maids          realistic

## Sunporno Favorite Free Sites

1. Stream Sex
2. Porn.sc
3. Pornorama
4. xnxx Movies
5. All Rus Amateurs
6. 4porn Tube
7. Twilight Sex
8. xxxl Tube
9. HDM Tube
10. Mad Sex Tube
11. Large Porn Tube
12. Sex Video Mix
13. Videos Bang
14. Oops Movs
15. Sex Emotions
16. May Be Porn
17. Oh Free Sex
18. Site name
19. Linkshit
20. Tube Lion
21. Vids Fucker
22. Teen Jill
23. Stream Sex Clips
24. Tube Pleasure
25. Only XXX Tube

26. HQ Sex Tube
27. Gold Porn Tube
28. Tube Sex Clips
29. 777xPorn
30. Bonus Porn Tube
31. Ice Porn
32. Best Tube Clips
33. Tube Mature
34. Tube Chubby
35. Ah Me Free Sex
36. Extra Big Boobs
37. You Sex Tube
38. Nude TV
39. H2 Free Porn
40. Porn Ok
41. Office sexx
42. Tube Mayor
43. Arion Movies
44. Fresh Porn Clips
45. Liberty Porno
46. Tube Arrest
47. Clipgasm
48. Gremlin Tube
49. TubeCycle
50. Tubecop

51. qqq Tube
52. Tube Real
53. Real Movies Tube
54. Jump to Vids
55. xxx Box
56. King Porn Tube
57. ZZTube
58. Tube Porn City
59. Home Tube Porn
60. SexoDirectory
61. Im Porn Tube
62. Rich Porn Tube
63. Tube Gigolo
64. Tuberix
65. Pussy XO
66. The Live Sex
67. 3porn
68. 18qt
69. OXO tube
70. Tube Office
71. Porn Tube 43
72. Moon Tubes
73. Clips Grabber
74. Qeebe
75. Erosexus

76. TubeXo
77. Max Raw
78. Sugar Porn
79. General Movs
80. Video Sex Art
81. Bull Porn
82. Fresh Sex Tube
83. Beat My Box
84. Original Tubes
85. Video X List
86. Coffe Tube
87. Video X search
88. Tube Jupiter
89. Wino Porn Tube
90. Tube Dirty
91. Tube Porn Diet
92. Tube Porn X
93. Erotic Hub
94. Dick Porn Tube
95. Glossy Tube
96. hotporntubed
97. Cum Rain
98. Check Movies
99. xxxlf
100. x3xTube

Disclaimer: All models on this website are 18 years or older. Sun Porno has a zero-tolerance policy against illegal pornography.



Parents - Protect your children from adult content with these services:
Cyber Patrol | Net Nanny | Cyber Sitter

| General info | Community | My profile | Webmasters |
|---|---|---|---|
| FAQ | Home | Edit profile | Content partners |
| Terms | Categories | Messages(0) | Embeds export |
| DMCA | Photos | Favorites | Advertise |
| 18 U.S.C. 2257 | Community | Logout | Make $$$ |
| Record-Keeping | Upload a movie | | Trafficholder |
| Requirements | | | |
| Compliance | | | |
| Statement | | | |
| Privacy Policy | | | |
| Contact us | | | |

ANNEX 11



**4tube**.com
rock out with your cock out

Home | Videos | Pornstars | Sites | Premium | Slut Roulette | Free Fuck | Live Sex

Pornstars A-Z:  A B C D E F G H I J K L M N O P Q R S T U V W X Y

**Featured** Pornstar Videos

**Newest** Pornstars

Mia Malkova | Naomi | Ex Girlfriend | Christy Mack

[ 34min 45sec ]  ★★★★★
12,314 views    ~ 20 hours ago
Sleeping teen woken and seduced

[ 24min 0sec ]  ★★★★☆
53,214 views    ~ 29 hours ago
Stunning babe Naomi gets her hot a

[ 10min 4sec ]  ★★★★☆
78,815 views    ~ 44 hou
Dane Jones HD Sensual passion w

141,519    ★★★★★
Inked honey is stretched by a mont
n days ago

Barbie Stoker

Ex Girlfriend | Eva Notty | Helena White | Casani Lei

[ 12min 27sec ]  ★★★★★
53,174 views    ~ 45 hours ago
Teen girl likes cock deep in her ass

[ 27min 45sec ]  ★★★★★
79,849 views    3 days ago
Massive mammed babe gets them

[ 10min 31sec ]  ★★★★★
41,579 views    ~ 46 hours ago
Rocco Siffredi Goes Ass To Mouth

[ 10min 12sec ]  ★★★★★
42,421 views    2 days ago
Raver Teen Casana Lei Shows Hot

**Click Here To Check Out All Our _Featured Videos_!**

Who's Online                                              x

Aletta Ocean | Holly Michaels | Darcy Tyler | Lisa Ann

[ 46min 30sec ]  ★★★★★
173,831 views    5 days ago
Aletta Ocean gets her huge baps o

[ 10min 54sec ]  ★★★★★
111,616 views    4 days ago
Dani Daniels Holly Michaels Natura

[ 10min 27sec ]  ★★★★★
144,858 views    7 days ago
Darcy Tyler in Knee Socks Gets a

[ 49min 45sec ]  ★
122,530 views
MILF Lisa Ann is oiled

CK HERE TO CHAT WITH ME LIVE!

Ashii Orion | Janet Alfano | Ex Girlfriend | Presley Ha

Live Cams (603)    x

[ 10min 35sec ]  ★★★★☆
103,617 views    5 days ago
Ashii Orion Horny For dick Deep In

[ 32min 0sec ]  ★★★★★
129,626 views    7 days ago
Round butted blonde takes it up he

[ 11min 41sec ]  ★★★★☆
57,963 views    3 days ago
Sultry brunette in lace bounces her

[ 11min 1sec ]  ★★★★★
60,709 views    6 days ago
Presley Hart caught by the nanny p

**Click Here to Check Out All Our _Full Length Videos_!**

**Latest** Pornstar Videos

© Copyright 2008 DreamStar-Cash S.L. 4Tube is owned and operated by DreamStar-Cash S.L. All media is copyright of it's respective owners

Upload | 4tube Party 2009 Pictures | RSS/Atom Feed | Twitter | FAQ | Webmasters$$$ | Advertising | OVGuide Adult
Terms of Service | 2257 Statement | Privacy Policy | DMCA | Job Opportunities | Users Login / Sign Up



ANNEX 12

# All Traffic

Nov 3, 2008 - Mar 4, 2013

ALL » SOURCE / MEDIUM: largeporntube.com / referral

% of visits 1.46%

**Explorer**

Site Usage



| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **33,067,790** | **2.06** | **00:02:48** | **57.19%** | **71.87%** |
| % of Total 1.46% (2,266,513,138) | Site Avg: 5.62 (-63.27%) | Site Avg: 00:05:22 (-47.75%) | Site Avg: 51.29% (11.50%) | Site Avg: 49.44% (45.37%) |

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  largeporntube.com / referral | **33,067,790** | 2.06 | 00:02:48 | 57.19% | 71.87% |

Rows 1 - 1 of 1

© 2013 Google

http://www.4tube.com - http://www.4tube.com
www.4tube.com [DEFAULT]

# All Traffic

Nov 3, 2008 - Mar 4, 2013

ALL » SOURCE / MEDIUM: goldporntube.com / referral

% of visits: 1.10%

**Explorer**

Site Usage

● Visits



| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|--------|---------------|---------------------|--------------|-------------|
| **25,000,791** | **1.96** | **00:02:54** | **49.34%** | **71.61%** |
| % of Total: 1.10% (2,266,513,138) | Site Avg: 5.62 (-65.09%) | Site Avg: 00:05:22 (-46.01%) | Site Avg: 51.29% (-3.80%) | Site Avg: 49.44% (44.84%) |

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|-----------------|--------|---------------|---------------------|--------------|-------------|
| 1.  goldporntube.com / referral | **25,000,791** | 1.96 | 00:02:54 | 49.34% | 71.61% |

Rows 1 - 1 of 1

© 2013 Google

# All Traffic

Nov 3, 2008 - Mar 4, 2013

% of visits: 100.00%

**Explorer**

Site Usage

● Visits



| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **790,490** | **1.92** | **00:02:45** | **55.67%** | **74.26%** |
| % of Total: 0.03% (2,266,513,138) | Site Avg: 5.62 (-65.81%) | Site Avg: 00:05:22 (-48.65%) | Site Avg: 51.29% (8.53%) | Site Avg: 49.44% (50.19%) |

▽ This data was filtered with the following filter expression: **kissporntube.com**

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  kissporntube.com / referral | **790,460** | 1.92 | 00:02:45 | 55.67% | 74.26% |
| 2.  kissporntube.com. / referral | **15** | 1.40 | 00:00:56 | 20.00% | 86.67% |
| 3.  www.kissporntube.com / referral | **14** | 2.07 | 00:09:03 | 100.00% | 50.00% |
| 4.  kissporntube.com.s29.incloak.com / referral | **1** | 1.00 | 00:00:00 | 100.00% | 100.00% |

Rows 1 - 4 of 4

© 2013 Google

**http://www.4tube.com - http://www.4tube.com**
**www.4tube.com [DEFAULT]**

# All Traffic

Nov 3, 2008 - Mar 4, 2013

● % of Visits: 100.00%

**Explorer**

Site Usage



| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **821,040** | **2.00** | **00:03:08** | **47.73%** | **70.29%** |
| % of Total: 0.04% (2,266,513,138) | Site Avg: 5.62 (-64.47%) | Site Avg: 00:05:22 (-41.64%) | Site Avg: 51.29% (-6.94%) | Site Avg: 49.44% (42.17%) |

▼ This data was filtered with the following filter expression **boxporntube.com**

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  boxporntube.com / referral | **820,256** | 1.99 | 00:03:08 | 47.73% | 70.30% |
| 2.  boxporntube.com-www.boxporntube.com / referral | **774** | 2.45 | 00:03:49 | 55.68% | 62.53% |
| 3.  www.boxporntube.com / referral | **5** | 2.00 | 00:05:07 | 100.00% | 20.00% |
| 4.  boxporntube.com. / referral | **2** | 1.50 | 00:00:51 | 100.00% | 50.00% |
| 5.  boxporntube.com:80 / referral | **1** | 2.00 | 00:01:29 | 0.00% | 0.00% |
| 6.  boxporntube.com.s30.incloak.com / referral | **1** | 2.00 | 00:01:07 | 100.00% | 0.00% |
| 7.  google.clwww.boxporntube.com / referral | **1** | 1.00 | 00:00:00 | 100.00% | 100.00% |

Rows 1 - 7 of 7

© 2013 Google

http://www.4tube.com - http://www.4tube.com
www.4tube.com [DEFAULT]

# All Traffic

Nov 3, 2008 - Mar 4, 2013

ALL » SOURCE / MEDIUM: pipeporntube.com / referral

% of visits: 0.14%

**Explorer**

Site Usage



| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **3,135,798** | **1.85** | **00:02:43** | **48.48%** | **74.79%** |
| % of Total: 0.14% (2,266,513,138) | Site Avg: 5.62 (-67.03%) | Site Avg: 00:05:22 (-49.39%) | Site Avg: 51.29% (-5.48%) | Site Avg: 49.44% (51.28%) |

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  pipeporntube.com / referral | **3,135,798** | 1.85 | 00:02:43 | 48.48% | 74.79% |

Rows 1 - 1 of 1

© 2013 Google

## All Traffic

Nov 3, 2008 - Mar 4, 2013

● % of Visits: 100.00%

**Explorer**

Site Usage

● Visits



| | | | | |
|---|---|---|---|---|
| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
| **739,014** | **1.99** | **00:02:53** | **54.98%** | **72.65%** |
| % of Total: 0.03% (2,266,513,138) | Site Avg: 5.52 (-64.61%) | Site Avg: 00:05:22 (-46.16%) | Site Avg: 51.29% (7.19%) | Site Avg: 49.44% (46.95%) |

🔻 This data was filtered with the following filter expression: **69porntube.com**

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  69porntube.com / referral | **738,988** | 1.99 | 00:02:53 | 54.98% | 72.65% |
| 2.  www.69porntube.com / referral | **16** | 2.56 | 00:02:39 | 93.75% | 56.25% |
| 3.  69porntube.com. / referral | **5** | 1.20 | 00:02:03 | 40.00% | 80.00% |
| 4.  69porntube.com.s30.incloak.com / referral | **3** | 1.00 | 00:00:00 | 33.33% | 100.00% |
| 5.  69porntube.com / boysfood.com | **1** | 2.00 | 00:02:07 | 0.00% | 0.00% |
| 6.  69porntube.com / referr | **1** | 1.00 | 00:00:00 | 100.00% | 100.00% |

Rows 1 - 6 of 6

© 2013 Google

# All Traffic

Nov 3, 2008 - Mar 4, 2013

● % of visits 100.00%

**Explorer**

Site Usage

● Visits



| | | | | |
|---|---|---|---|---|
| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
| **812,353** | **2.02** | **00:03:05** | **53.67%** | **71.33%** |
| % of Total: 0.04% (2,266,513,138) | Site Avg. 5.62 (-64.01%) | Site Avg. 00:05:22 (-42.39%) | Site Avg. 51.29% (4.63%) | Site Avg. 49.44% (44.27%) |

▼ This data was filtered with the following filter expression: **royalporntube.com**

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1. royalporntube.com / referral | **808,788** | 2.02 | 00:03:05 | 53.64% | 71.35% |
| 2. royalporntube.comwww.royalporntube.com / referral | **3,543** | 2.48 | 00:03:57 | 59.36% | 65.28% |
| 3. www.royalporntube.com / referral | **11** | 1.91 | 00:04:28 | 100.00% | 45.45% |
| 4. royalporntube.com, / referral | **10** | 1.40 | 00:01:57 | 60.00% | 70.00% |
| 5. royalporntube.com.s1.incloak.com / referral | **1** | 1.00 | 00:00:00 | 100.00% | 100.00% |

Rows 1 - 5 of 5

© 2013 Google

http://www.4tube.com - http://www.4tube.com
www.4tube.com [DEFAULT]

# All Traffic

Nov 3, 2008 - Mar 4, 2013

● % of visits: 100.00%

**Explorer**

Site Usage

● Visits

4,000

2,000

| January 2009 | January 2010 | January 2011 | January 2012 | January 2013 |
|---|---|---|---|---|

| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **706,395** | **1.96** | **00:02:53** | **51.07%** | **72.62%** |
| % of Total: 0.03% (2,266,513,138) | Site Avg: 5.62 (-65.04%) | Site Avg: 00:05:22 (-46.33%) | Site Avg: 51.29% (-0.43%) | Site Avg: 49.44% (46.89%) |

▼ This data was filtered with the following filter expression: **bookporntube.com**

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  bookporntube.com / referral | **703,097** | 1.96 | 00:02:52 | 51.09% | 72.68% |
| 2.  ww.bookporntube.com / referral | **424** | 10.25 | 00:06:42 | 44.34% | 57.55% |
| 3.  mail.bookporntube.com / referral | **388** | 2.88 | 00:06:27 | 44.33% | 58.51% |
| 4.  bsvhfzh.bookporntube.com / referral | **372** | 2.23 | 00:05:24 | 48.66% | 63.98% |
| 5.  w.bookporntube.com / referral | **369** | 2.33 | 00:04:45 | 47.70% | 56.10% |
| 6.  pop.bookporntube.com / referral | **290** | 6.23 | 00:08:30 | 43.79% | 49.31% |
| 7.  imap.bookporntube.com / referral | **285** | 2.53 | 00:03:53 | 41.05% | 58.25% |
| 8.  uk.bookporntube.com / referral | **195** | 2.13 | 00:03:09 | 47.18% | 70.77% |
| 9.  smtp.bookporntube.com / referral | **184** | 2.46 | 00:05:33 | 52.72% | 60.87% |
| 10.  mx1.bookporntube.com / referral | **144** | 2.18 | 00:04:27 | 54.86% | 61.81% |
| 11.  www.bookporntube.com / referral | **111** | 1.91 | 00:02:47 | 58.56% | 69.37% |
| 12.  news.bookporntube.com / referral | **97** | 1.80 | 00:02:54 | 49.48% | 65.98% |
| 13.  imnhsjf.bookporntube.com / referral | **81** | 2.35 | 00:08:57 | 50.62% | 62.96% |
| 14.  izcfojr.bookporntube.com / referral | **60** | 2.90 | 00:04:39 | 51.67% | 55.00% |
| 15.  lzemurd.bookporntube.com / referral | **46** | 1.85 | 00:02:25 | 73.91% | 60.87% |
| 16.  videos.bookporntube.com / referral | **39** | 1.51 | 00:02:03 | 53.85% | 74.36% |
| 17.  httpwww.bookporntube.com / referral | **37** | 1.35 | 00:01:48 | 70.27% | 83.78% |
| 18.  wwww.bookporntube.com / referral | **27** | 1.56 | 00:02:09 | 74.07% | 77.78% |
| 19.  zdavscs.bookporntube.com / referral | **23** | 1.65 | 00:02:13 | 43.48% | 69.57% |
| 20.  bookporntube. com / referral | **19** | 1.21 | 00:01:58 | 31.58% | 84.21% |
| 21.  ww35.bookporntube.com / referral | **18** | 1.39 | 00:03:23 | 94.44% | 72.22% |

| 26. | queries.bookporntube.com / referral | 8 | 1.12 | 00:00:37 | 37.50% | 87.50% |
|---|---|---|---|---|---|---|
| 27. | w.w.w.bookporntube.com / referral | 8 | 1.88 | 00:02:07 | 62.50% | 25.00% |
| 28. | m.bookporntube.com / referral | 5 | 2.40 | 00:09:31 | 40.00% | 40.00% |
| 29. | ww38.bookporntube.com / referral | 5 | 1.60 | 00:03:44 | 60.00% | 40.00% |
| 30. | raw-co.bookporntube.com / referral | 3 | 3.67 | 00:13:28 | 66.67% | 33.33% |
| 31. | jizzhut.com,www.oopsmovs.com.www.bookporntube.com / referral | 2 | 2.00 | 00:13:20 | 100.00% | 50.00% |
| 32. | spiceforguys.com,www.bookporntube.com / referral | 2 | 4.50 | 00:10:06 | 100.00% | 50.00% |
| 33. | bwww.bookporntube.com / referral | 1 | 2.00 | 00:00:08 | 0.00% | 0.00% |
| 34. | google.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 0.00% | 100.00% |
| 35. | google.frwww.bookporntube.com / referral | 1 | 2.00 | 00:00:25 | 0.00% | 0.00% |
| 36. | hpp.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 0.00% | 100.00% |
| 37. | http.bookporntube.com / referral | 1 | 2.00 | 00:00:56 | 100.00% | 0.00% |
| 38. | mtvwww.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 100.00% | 100.00% |
| 39. | video.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 100.00% | 100.00% |
| 40. | ww1.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 100.00% | 100.00% |
| 41. | ww43.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 100.00% | 100.00% |
| 42. | www2.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 100.00% | 100.00% |
| 43. | wwwwww.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 100.00% | 100.00% |

Rows 1 - 43 of 43

© 2013 Google

# All Traffic

Nov 3, 2008 - Mar 4, 2013

% of visits  100.00%

**Explorer**

Site Usage

● Visits



| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **888,775** | **1.96** | **00:02:50** | **57.84%** | **71.96%** |
| % of Total: 0.04% (2,266,513,138) | Site Avg: 5.62 (-65.01%) | Site Avg: 00:05:22 (-47.21%) | Site Avg: 51.29% (12.76%) | Site Avg: 49.44% (45.55%) |

▼ This data was filtered with the following filter expression: cubeporntube.com

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  cubeporntube.com / referral | **888,732** | 1.96 | 00:02:50 | 57.84% | 71.96% |
| 2.  www.cubeporntube.com / referral | **31** | 2.48 | 00:03:38 | 100.00% | 32.26% |
| 3.  cubeporntube.com. / referral | **7** | 1.43 | 00:01:49 | 28.57% | 71.43% |
| 4.  cubeporntube.com.s30.incloak.com / referral | **4** | 1.50 | 00:01:31 | 75.00% | 75.00% |
| 5.  cubeporntube.com / referral%7 | **1** | 1.00 | 00:00:00 | 100.00% | 100.00% |

Rows 1 - 5 of 5

© 2013 Google

http://www.4tube.com - http://www.4tube.com
www.4tube.com [DEFAULT]

# All Traffic

Nov 3, 2008 - Mar 4, 2013

ALL ▾ SOURCE / MEDIUM: freshporntube.com / referral

% of visits  0.18%

**Explorer**

Site Usage

● **Visits**

20,000

10,000

January 2009    January 2010    January 2011    January 2012    January 2013

| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **4,186,331** | **1.85** | **00:02:31** | **50.51%** | **75.68%** |
| % of Total: 0.18% (2,266,513,138) | Site Avg: 5.62 (-67.04%) | Site Avg: 00:05:22 (-52.95%) | Site Avg: 51.29% (-1.52%) | Site Avg: 49.44% (53.07%) |

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  freshporntube.com / referral | **4,186,331** | 1.85 | 00:02:31 | 50.51% | 75.68% |

Rows 1 - 1 of 1

© 2013 Google

## All Traffic

Nov 3, 2008 - Mar 4, 2013

% of visits  100.00%

**Explorer**

Site Usage

● Visits



| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **1,568,179** | **1.84** | **00:02:39** | **50.93%** | **74.55%** |
| % of Total: 0.07% (2,266,513,138) | Site Avg: 5.62 (-67.29%) | Site Avg: 00:05:22 (-50.69%) | Site Avg: 51.29% (-0.71%) | Site Avg: 49.44% (50.78%) |

⏣ This data was filtered with the following filter expression: **lustporntube.com**

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  lustporntube.com / referral | **1,568,153** | 1.84 | 00:02:39 | 50.93% | 74.55% |
| 2.  www.lustporntube.com / referral | **17** | 1.76 | 00:01:01 | 100.00% | 47.06% |
| 3.  lustporntube. / referral | **7** | 2.00 | 00:01:48 | 42.86% | 71.43% |
| 4.  h!ml\www.lustporntube.com / referral | **1** | 1.00 | 00:00:00 | 100.00% | 100.00% |
| 5.  lustporntube.com.s1.hideme.ru / referral | **1** | 2.00 | 00:00:22 | 100.00% | 0.00% |

Rows 1 - 5 of 5

© 2013 Google

http://www.4tube.com - http://www.4tube.com
www.4tube.com [DEFAULT]

# All Traffic

Nov 3, 2008 - Mar 4, 2013

ALL » SOURCE / MEDIUM: bonusporntube.com / referral

% of visits: 3.10%

**Explorer**

Site Usage

● Visits

8,000

4,000

| January 2009 | January 2010 | January 2011 | January 2012 | January 2013 |

| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **2,225,468** | **1.86** | **00:02:39** | **46.65%** | **75.40%** |
| % of Total: 0.10% (2,266,513,138) | Site Avg: 5.62 (-66.84%) | Site Avg: 00:05:22 (-50.58%) | Site Avg: 51.29% (-9.04%) | Site Avg: 49.44% (52.50%) |

| Source / Medium | | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|---|
| 1. | bonusporntube.com / referral | **2,225,468** | 1.86 | 00:02:39 | 46.65% | 75.40% |

Rows 1 - 1 of 1

© 2013 Google

http://www.4tube.com - http://www.4tube.com
www.4tube.com [DEFAULT]

# All Traffic

Nov 3, 2008 - Mar 4, 2013

ALL » SOURCE / MEDIUM: directporntube.com / referral

% of visits: 0.12%

**Explorer**

Site Usage



| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|--------|---------------|---------------------|--------------|-------------|
| **2,624,268** | **2.30** | **00:03:05** | **50.97%** | **69.84%** |
| % of Total: 0.12% (2,266,513,138) | Site Avg: 5.62 (-59.12%) | Site Avg: 00:05:22 (-42.56%) | Site Avg: 51.29% (-0.63%) | Site Avg: 49.44% (41.26%) |

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|-----------------|--------|---------------|---------------------|--------------|-------------|
| 1. directporntube.com / referral | **2,624,268** | 2.30 | 00:03:05 | 50.97% | 69.84% |

Rows 1 - 1 of 1

© 2013 Google

ANNEX 13

www.porntube.com [DEFAULT]

## Visitors Overview

Sep 24, 2012 - Oct 24, 2012

% of visits: 100.00%

**Overview**



● Unique Visitors

2,000,000

1,000,000

Sep 29       Oct 6       Oct 13       Oct 20

### 28,717,997 people visited this site



Unique Visitors: **28,717,997**

■ **57.67%** New Visitor
34,631,570 Visits

■ **42.33%** Returning Visitor
25,421,874 Visits

view full report

© 2012 Google

ANNEX 14



## Stats and Pay Rates

| Uniques | $$$ per 1k |
|---|---|
| 1 - 10000: | $1.40 |
| 10001 - 25000: | $1.48 |
| 25001 - 50000: | $1.56 |
| 50001+: | $1.60 |

Please contact us for better rates.

## Maximize your profit!



Are you a site owner that's still sending traffic to hosted galleries or paysite tours, waiting for a surfer to sign up before you get paid? Wait no more! Send your traffic to our video pages and get paid per click! This model has proven to outperform sending traffic to hosted galleries by up to 250%! It works very simple. You import your videos into your back-end using our Export or RSS builder, start sending traffic and the cash starts flowing instantly. We pay per unique visitor and we pay for visitors from all countries (unlike some other tube programs!).

We also increase the amount we pay you as you increase the volume you send us. We offer the most competitive rate per 1000 unique visitors!

## Payouts



Our payouts are processed on the 1st and 16th of each month. If those days fall on a weekend or national holiday, the payouts will be processed on the nearest working day. There is a 2 week delay in payouts. (Ie. traffic sent in period of 1-15 January would get paid on February 1st) We currently offer Wire and Paxum as payment options. The minimum payout is set at $100 (or $500 for wire) but you can always raise it to your convenience. If you didn't reach your minimum payout during a period, your earnings will be carried over to the next period until you reach your minimum payout. Sign up today and start earning money!

WHAT ARE YOU WAITING FOR
SIGN UP NOW!

ANNEX 15

# Campaigns

% of visits:

**Explorer**

Site Usage

● Visits



| | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| | **47,932,736**<br>% of Total: 82.40% (58,168,088) | | | | |

| | Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|---|
| 1. | campaign | **47,226,209** | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |

© 2012 Google

ANNEX 16

# Location

Sep 24, 2012 - Oct 24, 2012

% of visits: 100.00%

**Map Overlay**

Site Usage



148 ▬▬▬▬ 11,068,939

| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **60,053,444** | | | | |
| % of Total: 100.00% (60,053,444) | | | | |

| | Country / Territory | Visits ▾ | Visits | Contribution to total: Visits ▾ |
|---|---|---|---|---|
| 1. | 🔵 United States | **11,068,939** | 18.43% | |
| 2. | 🟢 Germany | **6,108,813** | 10.17% | |
| 3. | 🔴 Brazil | **3,733,728** | 6.22% | |
| 4. | 🟡 Turkey | **2,695,422** | 4.49% | |
| 5. | 🔵 Italy | **2,453,602** | 4.09% | |
| 6. | 🔵 United Kingdom | **2,425,874** | 4.04% | |
| 7. | 🔴 France | **2,301,933** | 3.83% | |
| 8. | 🟡 Canada | **1,934,394** | 3.22% | |
| 9. | 🔵 India | **1,797,594** | 2.99% | |
| 10. | 🔵 Spain | **1,759,359** | 2.93% | |



Rows 1 - 10 of 223

© 2012 Google

ANNEX 17

Porn .com

Publishers Login

Your username   Your password   Login

FORGOT YOUR PASSWORD?

## Welcome to our Content Publishing

# Turn your content into traffic

Submit your videos using our easy to use uploader and scheduler. Increase brand exposure and get FREE TRAFFIC in just a few simple steps.

**Sign up now for FREE**
And start uploading files within minutes



## Promo Clips (Under 10 mins): Link with affiliate code

Submit your shorter clips and promote your brand within the best converting ad space on PornTube! Get massive traffic and remain in full control of the text and images in your banner. Provide us with the URL to your webmaster program so we can sign-up and grab an affiliate code.

**Signup Now** ➜



## Longer Clips (10 mins and over): Link WITHOUT affiliate code

**The easiest way to get FREE TRAFFIC!!!**

Submit clips with a duration of 10 mins and longer and we'll link straight to your tour WITHOUT our affiliate code, you will get this traffic completely free, NO REVENUE SHARE, no PPS. You keep 100% of the profit all the time!

**Signup Now** ➜



# Try us out!

## First 2 weeks WITHOUT affiliate links!





**Sign up now!**

ANNEX 18

Watch FREE   • PornTube.com                                    Follow @porntube   Like   20k

**Porn** ™.com   and

Videos   Categories   Sites   Pornstars   Live Cams   Premium   Live Sex   Type search here...

Terms of Service   DMCA   2257 Statement   Privacy Policy   FAQ   **Advertising**   Feeds

**Advertising on PornTube.com**

- **How can I advertise on PornTube?**
  To advertise on PornTube please contact advertising@porntube.com
- **Can I hotlink or use your images?**
  In short, no. Doing so is violating the copyright owner's rights. Please contact the copyright owner for images/content you can use. They're usually more than happy to help you out.



### about Porn

→ FAQ - Frequently Asked Questions
→ Webmasters SSS
→ Content Publishing Program
→ Advertising
→ Job Opportunities

### twitter   Follow @porntube

### from the   RSS

JAYDEN JAMES: OUR WEEKLY TREAT

KATHA NOBILI: OUR WEEKLY TREAT

FRANCESCA LE: OUR WEEKLY TREAT

back to top

All persons depicted herein were at least 18 years of age at the time of production.
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement
18 U.S.C. 2257 does not apply as is maintained by the individual users of this site. PornTube does not select or alter the communications provided to the users of this service.
Copyright © 2009-2012 All rights reserved   Terms of Use | DMCA | Privacy Policy| Users Login / Sign Up

RTA
RESTRICTED TO ADULTS

Tube

ANAL  ASIAN  BIG TITS  BLACK HAIR  BLONDE  COUPLES  GROUP SEX  LATINA  MILF  REDHEAD  MORE CAMS >   Live Cams (753)

ANNEX 19



mobile site    Web  Orange                enhanced by Google              change to black page
                                              search                download Orange toolbar
                                                                      make this your homepage

all results    UK only

shop    your account    email & communicate    mobile services    business    help & support    news    entertainment    lifestyle

## hello, how can Orange help you today?

check your bill          send a free text          see our offers
check your email         upgrade phone or plan     see our phones
top up your phone        back up your contacts     see our plans

**Orange Wednesdays**
Treat a mate for free, with 2 for 1
cinema tickets and pizza.
› find out more



latest    news    weather    sport    Orange Wednesdays & film

### latest

**breaking news**
LulzSec's Top Hacker 'Is FBI Double Agent'
Cricket Tycoon Allen Stanford Guilty Of Fraud
Cable Slams Government In Leaked Letter

**Watch Muppets bloopers**
Watch hilaious outtakes from
the filming of the Muppets
Movie as Kermit & co. mess up

MP in nose job scandal
Rugby: Wales lose captain
LulzSec hackers arrested
Zeebrugge disaster gallery

advertisement

**We compare every Savings Account in the UK**

Get the best rate now »

WE'RE FREE, INDEPENDENT & COMPARE ALL UK SAVINGS ACCOUNTS

MoneySupermarket.com

### news

**breaking n**
Super Tue
Mum Lose
Child Ben

### film          quirkies          news

**trending in search**

1. Mystery meteor        5. Ex-footballer stabbed
2. Best car deals        6. Mother's Day gifts
3. Jose Mourinho         7. Prince Harry
4. Spider silk violin    8. Largest UK fox

more n

Find out how to follow breaking news and live events when you're out and about

uk & world

## more great stuff from Orange



**Swapables on Panther**
Get free subscriptions to Sky
Sports Mobile TV, The Times
or unlimited music

find out more

**Do Some Good**
Got five minutes? Take a
little time to do stuff that
matters from your mobile

find out more

**Home broadband from just £5**
Orange mobile customers:
enjoy half-price broadband,
plus a free £60 M&S voucher

find out more

## top offers from our partners


**Find what you want on eBay**
Fantastic new deals
direct from big brands

YOUR M&S
**Deal of the day**
Looking for a great deal?
See today's online offer

Moneysupermarket.com
**Moneysupermarket.com**
Get 0% BT for 22 months with Halifax
BT Credit Card


**Play Deal or No Deal**
Will you be a big
winner today?

**Looking for a savings account?**
Find the right one for you at
Moneysupermarket

CreditExpert
**Credit Expert credit score**
Get your free credit score online and
improve your finances today

| Orange shop | your account | email & communicate | mobile services | business | help & support | news | lifestyle |
|---|---|---|---|---|---|---|---|
| iPad | mobile account | email | calling | sole trader | mobile help | news | sport |
| iPhone | broadband account | socialise | messaging | small business | home broadband help | weather | travel |
| pay monthly phones | mobile BB account | Contacts Backup | mobile email | medium business | mobile broadband help | sport | Wikipedia |
| pay as you go phones | Orange Credit Card | photography | Orange World | corporate business | business help | | |
| home broadband | Orange Cash | Orange Messenger | contacts | public sector | | entertainment | |
| mobile broadband | register pay as you go | | mobile data services | | | Orange Wednesdays | |
| business shop | activate PAYM SIM | | roaming | | | Orange Film To Go | |
| | activate PAYG SIM | | payment services | | | music & Monkey | |
| | | | insurance & protection | | | games | |
| | | | Swapables | | | | |

Web    Orange

enhanced by Google

search

advertisement

25% of our customers save up to £400*
* 25% of consumers could save up to £484.21. Consumer Intelligence November 2011.

MoneySupermarket.com

about Orange    contact us    jobs    Orange newsroom    The Feed    advertise    terms and conditions    privacy    access for all    safety online    sitemap



- ○ Select your local site for Vodafone products, services and customer support



# Company Name and page strapline

## Where we are



## Local markets

Vodafone Group Plc is the world's leading mobile telecommunications company, with a significant presence in Europe, the Middle East, Africa, Asia Pacific and the United States through the Company's subsidiary undertakings, joint ventures, associated undertakings and investments.

| | | |
|---|---|---|
| Albania | Hungary | Portugal |
| Australia | India | Qatar |
| Czech Republic | Ireland | Romania |
| Egypt | Italy | South Africa |
| Germany | Malta | Spain |
| Ghana | Netherlands | Turkey |
| Greece | New Zealand | United Kingdom |

## Partner markets

Vodafone Group has entered into arrangements with network operators in countries where the Group does not hold an equity stake. Under the terms of these Partner Market Agreements, Vodafone and its partner operators co-operate in the marketing of global products and services with varying levels of brand association.

This strategy enables Vodafone to implement services in new territories and to create additional value to their partners' customers and to Vodafone's travelling customers without the need for equity investment in these countries.

Similar agreements also exist with a number of the Group's joint ventures, associated undertakings and investments (the affiliates).

| Region | Country | Brand name | Website |
|---|---|---|---|
| **Europe** | | | |
| Austria | A1 | http://www.a1.net |
| Armenia | MTS | http://www.mtsgsm.com |
| Azerbaijan | Azerfon-Vodafone | http://www.azerfon-vodafone.com |
| Belgium | Proximus | http://www.proximus.be |
| Bulgaria | Mobiltel | http://www.mtel.bg |
| Channel Islands | Airtel-Vodafone | http://www.airtel-vodafone.je |
| Croatia | VIPnet | http://www.vipnet.hr |
| Cyprus | Cytamobile-Vodafone | http://www.cyta.com.cy |
| Denmark | TDC | http://www.tdc.com |
| Estonia | Elisa | http://www.elisa.ee |
| Faroe Islands | Vodafone Faroe Islands | http://www.vodafone.fo/ |
| Finland | Elisa | http://www.elisa.fi |
| France | SFR | http://www.sfr.com |
| Iceland | Vodafone Iceland | http://www.vodafone.is |
| Latvia | Bité | http://www.bite.lv |
| Lithuania | Bité | http://www.bite.lt |
| Luxembourg | Tango | http://www.tango.lu |
| Macedonia/FYROM | VIP operator | http://www.vipoperator.com.mk/ |
| Norway | TDC | http://www.tdc.com |
| Serbia | VIP mobile | http://www.vipmobile.rs |
| Slovenia | Si.mobil-Vodafone | http://www.simobil.si |

|  | Sweden | TDC | http://www.tdc.com |
|---|---|---|---|
|  | Switzerland | Swisscom | http://www.swisscom.ch |
|  | Ukraine | MTS | http://www.mtsgsm.com |

**Russia**

|  | Russia | MTS | http://www.mtsgsm.com |
|---|---|---|---|

**Americas**

|  | Caribbean | Digicel | http://www.digicelgroup.com |
|---|---|---|---|
|  | Chile | Entel | http://www.entel.cl |
|  | Honduras | Digicel | http://www.digicel.hn |
|  | Panama | Digicel | http://www.digicelpanama.com |

**Asia, Middle East and Africa**

|  | Afghanistan | Roshan | http://www.roshan.af |
|---|---|---|---|
|  | Bahrain | Zain | http://www.mtc-vodafone.com.bh/ |
|  | Fiji | Vodafone Fiji | http://www.vodafone.com.fj |
|  | Hong Kong | Hutchison Telecom | http://www.three.com.hk |
|  | Japan | NTT DOCOMO | http://www.nttdocomo.com/ |
|  | Kenya | Safaricom | http://www.safaricom.co.ke |
|  | Libya | Almadar | http://www.almadar.ly |
|  | Malaysia | Celcom | http://www.celcom.com.my |
|  | Philippines | Smart | http://www.smart.com.ph |
|  | Singapore | StarHub | http://www.starhub.com |
|  | South Korea | KT | http://www.kt.com |
|  | Sri Lanka | Dialog | http://www.dialog.lk/ |
|  | Taiwan | Chunghwa Telecom | http://www.cht.com.tw /CHTFinalE/Web/ |
|  | Thailand | dtac | http://www.dtac.co.th/english/ |
|  | Turkmenistan | MTS | http://www.mtsgsm.com |
|  | UAE | du | http://www.du.ae |
|  | Uzbekistan | MTS | http://www.mtsgsm.com |

ANNEX 20



*corrected*

ANNEX 21



**THE #1 VOD SITE IN THE WORLD**

⚲ Home > Search

• Bookmark  • Newsletters  • Register    Search    SEARCH OPTIONS

Tuesday, Jan 31, 2012

HOME
NEWS
Web / Tech
Video
Novelty
Retail
Gay
Europe
Mobile
Apparel
Legal
FEATURES
Business
Opinions
Educational
Profiles
Legal
Quick Bites
BLOGS
DIRECTORY
BOARD
VIDEO INDEX
Premiere Releases
Editors Choice
Studios
CALENDAR
SERVICES
PR Blaster
Newsletters
Mobile News
Desktop News
RSS / Syndication
Novelty Buyers Guide

**Adult Industry News Search**

☑ News Stories    ☑ Articles    ☐ Directory    ☐ Blogs

☑ Title    ☑ Body    ☑ Author

◉ Exact Phrase    ☐ Keyword Relevance

porntube    [Search]

**News Results**

**DreamstarCash Launches Content Publishing Program**
Thursday, January 5, 2012
DreamstarCash.com, the people behind PornTube.com and 4Tube.com, today announced the launch of a Content Publishing Program.

**JT Joins PornTube.com**
Tuesday, January 3, 2012
DreamstarCash, the people behind PornTube.com and 4Tube.com, among other traffic properties, today announced the appointment of tube operator known as JT.

**PornTube Announces iPad 2 Contest Winners**
Wednesday, September 7, 2011
PornTube has announced the three winners of its iPad 2 giveaway contest, and said webmasters can expect more contests in the future for affiliates that signup for the PornTube Webmaster Program.

**PornTube.com iPad Webmaster Contest Ends Aug. 15**
Friday, August 12, 2011
Webmasters have a few more days to participate in PornTube.com's iPad 2 contest, which comes to a close on Monday, Aug. 15.

**PornTube.com Affiliate Program Resurges With iPad 2 Contest**
Friday, July 15, 2011
To celebrate the relaunch of the PornTube.com pay-per-click webmaster program, PornTube.com is holding a contest and awarding an Apple iPad 2 to three winners.

**TopBucks Launches TopBucksMobile.com**
Wednesday, June 24, 2009
Adult webmaster affiliate program TopBucks has announced the launch of its mobile-dedicated affiliate front end, TopBucksMobile.com.

**Spammers Target YouTube Comments, Text Fields**
Tuesday, June 2, 2009
YouTube is a great way to kill time, but it might also be a good way to kill your computer.

**WEGCash Offers New Tube4Free Tours**
Sunday, September 14, 2008
WEGCash has announced the release of two new Tube4Free tours:MilfXXXTube4Free.com and PornTube4Free.com.

**Security Firm Sounds Virus Alert on Twitter**
Tuesday, August 5, 2008
Creative spammers are setting up shop on Twitter.

**Security Firms Sound Email Virus Alert**
Tuesday, June 24, 2008
Computer security experts sounded the alarm about a new spam bot that's sending hapless surfers to a fake adult site that infects their computers with a spam bot.

More Results »

**Article Results**

**Company Profile: Tasty Tube**
Monday, October 17, 2011
John Stuart
It's always risky to make a radical change in the nature of a website, especially one that has been established for years. But this is exactly what happened about a year ago when a new brain trust assumed control of Porn-Tube. Surprisingly, the results have been tremendously positive.

**Adult Video Sharing**
Wednesday, October 25, 2006
Paul Lundgren
Adult webmasters are not the only people in cyberspace who benefit from adult entertainment; there are many mainstream webmasters who prosper from it as well.


FetishHits
THE ULTIMATE WEBMASTER PROGRAM
Start with Us

• $35 – $40 per signup
• 60% – 70% Revenue Share
• Paying Affiliates since 2001
• Paid Millions to affiliates

FIND PRODUCTS & SERVICES    ⊞ More

Affiliate Programs
Content Licensing
Creative Services
Industry Resources
Mobile Solutions
Novelty Products
Payment Processing


WEBMASTER CENTRAL


GOOD AS GOLD.  **GET IT TODAY!**
XBIZ Premiere™, the industry's premier retail focused business journal, features in-depth and comprehensive business news and information targeted for producers of adult videos, novelty product manufacturers, and retailers - subscribe today!
► Subscribe!

XBIZ IN PRINT
XBIZ WORLD
XBIZ PREMIERE
DIGITAL EDITION

Popular RSS Feeds:
All News / Editorial
Web & Tech News
Video Business News
Feature Articles
All Feeds »

XBIZ NEWSWIRE
News For The Media



THIS AIN'T JAWS XXX

THIS IS A PARODY

Order Now!

**SPONSOR**
## marketplace

**Cybersocket**
Cybersocket is the premier producer of various GLBT internet, print and communications services.

**PimpRoll**
Our flagship sites are guaranteed to convert! PimpRoll pays on time, every time, and every single week.

**AEBN**
(Adult Entertainment Broadcast Network) is THE innovator of Adult Video On Demand.

**Adam & Eve Productions**
Adam & Eve Productions boasts a variety of award-winning titles, featuring world-class directors and talent.

**Hustler**
Partner with Larry Flynt and one of the most trusted brands in the industry!

**PussyCash**
Promote the best converting sites in the industry and get up to $100 per sign up, and profit from 50% lifetime revenue sharing.

### XBIZ NEWSLETTERS

Stay informed of the latest industry developments. Get XBIZ newsletters delivered to your inbox. Subscribe today!

Enter email address:

[ Subscribe ]

* To manage existing subscriptions click here.

☑ **XBIZ Daily News**
Summary of the day's breaking news stories, delivered Monday through Friday.

☑ **XBIZ Events**
Receive advance notice of XBIZ conferences and special events.

☐ **XBIZ AVI**
Receive a weekly round-up of the newest adult video releases.

☑ **XBIZ Weekly News**
Summary of the week's news, articles, company press releases, hot discussions and latest industry happenings.

☑ **XBIZ Digital**
Subscribe to the digital edition of XBIZ magazines.

☐ **Special & Promotions**
Promotional opportunities from XBIZ sponsors.

### POPULAR PRODUCTS & SERVICES

**XBIZ Newscaster**
Submit your press release to multiple news outlets with 1 click.

**XBIZ RSS & Syndication**
Subscribe to RSS news feeds or add free content to your website.

**XBIZ Mobile**
Access XBIZ news and articles with your mobile device.



Need Mobile Adult traffic?

eporo

### UPCOMING EVENTS                ▶ More

**Adult Entertainment Virtual Convention**
Feb 24 - Feb 26
World Wide Web

**The European Summit**
Mar 05 - Mar 08
Barcelona, Spain

**International Lingerie Show**
Mar 26 - Mar 29
Las Vegas, Nevada

**The Phoenix Forum**
Mar 29 - Apr 01
Tempe, Arizona

### GET LISTED WITH XBIZ, IT'S FREE!

Everyday thousands of business professionals browse XBIZ's industry directory for quality products and services. Not listed yet? Your company could be losing potential new business. Submit your company today!

[ Submit Your Company » ]

☑ Back to top

NEWS | FEATURES | BLOGS | DIRECTORY | BOARDS | CALENDAR | SERVICES            [ Search ]

▭ Advertising | Submit Listing | Privacy Policy | Contact Us | About XBIZ

Copyright © 2012 Adnet Media. All Rights Reserved.
XBIZ is a trademark of Adnet Media.

Reproduction in whole or in part in any form or medium without express written permission is prohibited. For reprint permission contact us.

XBIZ WORLD / Digital media trade publication
XBIZ PREMIERE / Adult retail trade publication
XBIZ NEWSWIRE / Industry news for mainstream media
XBIZ.NET / Adult industry social network
XBIZ RESEARCH / Adult industry market research
XBIZ SUMMIT / Adult industry networking event
XBIZ EU / International trade conference
XBIZ LA / Digital media trade conference
XBIZ RETAIL EXPO / Adult retail expo and conference
XBIZ AWARDS / Annual adult industry awards

XBIZ
THE INDUSTRY SOURCE

RTA / ASACP / FSC / BPAV / WIA





Search

Tuesday, Jan 31, 2012



HOME
NEWS
Web / Tech
Video
Novelty
Retail
Gay
Europe
Mobile
Apparel
Legal
FEATURES
Business
Opinions
Educational
Profiles
Legal
Quick Bites
BLOGS
DIRECTORY
BOARD
VIDEO INDEX
Premiere Releases
Editors Choice
Studios
CALENDAR
SERVICES
PR Blaster
Newsletters
Mobile News
Desktop News
RSS / Syndication
Novelty Buyers Guide



XBIZ WORLD
XBIZ PREMIERE
DIGITAL EDITION

Popular RSS Feeds:
All News / Editorial
Web & Tech News
Video Business News
Feature Articles
All Feeds »

XBIZ NEWSWIRE
News For The Media

NEWS STORY

# Ron Jeremy Blasts Tube Sites, Sex Tape Celebrities

The Hedgehog speaks out about tube sites, sex tapes celebrities, and why he would want his daughter to be like Jenna

*XBIZ NEWS REPORT*

By Joanne Cachapero
Monday, Mar 17, 2008   Text size: [+] [−]

Tweet   |   Recommend




XBIZ™   Twitter   Facebook   Email   Mobile

**XBIZ Research**

Should governments have the power / ability to stop content piracy? (e.g. SOPA / PROTECT IP)

Yes
44.84%

No
45.74%

Undecided
9.42%

Out of 323 votes. Results based on votes submitted by members of XBIZ.net social network.


The race for PHX Forum hotel rooms is on
Rosa


Who else is looking forward to the Phoenix Forum?
SafeCharge EddieK

MegaUpload
Dynamic David


London Gathering
Cherry

Tweet   Recommend

**Affiliate Programs**

**Content Licensing**






Search

Tuesday, Jan 31, 2012

HOME          USER TIPS

NEWS

Web / Tech

Video

Novelty

Retail

Gay

Europe

Mobile

Apparel

Legal

**FEATURES**

Business

Opinions

Educational

Profiles

Legal

Quick Bites

**BLOGS**

DIRECTORY

BOARD

**VIDEO INDEX**

Premiere Releases

Editors Choice

Studios

CALENDAR

**SERVICES**

PR Blaster

Newsletters

Mobile News

Desktop News

RSS / Syndication

Novelty Buyers Guide



**Popular RSS Feeds:**

All News / Editorial
Web & Tech News
Video Business News
Feature Articles

All Feeds »

*XBIZ NEWSWIRE*
*News For The Media*

NEWS STORY

# PornTube.com Affiliate Program Resurges With iPad 2 Contest

*XBIZ NEWS REPORT*

By Ariana Rodriguez

Friday, Jul 15, 2011    Text size:

Tweet    Recommend



    
XBIZ™    Twitter    Facebook    Email    Mobile

XBIZ Research

**Should governments have the power / ability to stop content piracy? (e.g. SOPA / PROTECT IP)**

Yes          44.84%

No           45.74%

Undecided    9.42%

Out of 223 votes. Results based on votes submitted
by members of XBIZ.net social network.

 **The race for PHX Forum hotel rooms is on**
Rosa

 **Who else is looking forward to the Phoenix Forum?**
SafeCharge EddieK

 **MegaUpload**
Dynamic David

 **London Gathering**
Cherry

Tweet    Recommend

**Affiliate Programs**

**Content Licensing**



**Related Articles**
- Adult Industry Attorney Randazza Featured in Las Vegas CityLife  Jan 27, 2012
- Center for Sex & Culture to Host Memorial Gathering for John Leslie  Jan 27, 2012
- Forbes Offers Industry Views on L.A. Condoms Ordinance  Jan 26, 2012
- Anthony Rosano's Band to Perform at CD Release Party  Jan 26, 2012
- Walgreens Picks Up Swipes Lovin Wipes  Jan 26, 2012
- XBIZ Taps Benny B to Head Ambassadorship to Europe  Jan 26, 2012
- Raul Cristian Talks LiveGonzo.com  Jan 24, 2012

**More ways to get XBIZ News:** RSS Feeds | E-Newsletters | Desktop Widget | Mobile

XBIZ Newswire › Adult industry news service for the media
XBIZ World › Adult industry magazine for the digital media market
XBIZ Premiere › Adult industry magazine for the retail market

Looking for porn star news and behind-the-scene videos? Check out XFANZ.com !





GOOD AS GOLD. **GET IT TODAY!**

XBIZ Premiere™, the industry's premier retail focused business journal, features in-depth and comprehensive business news and information targeted for producers of adult videos, novelty product manufacturers, and retailers - subscribe today!

Subscribe!

**WEB / TECH NEWS**  ▶ More

HotMovies Discontinues Affiliate-Owned URL Custom Theaters
Porno Dan to Host Cam Event on Gamma's Live Network
Pink Visual to Launch Ad-supported Free Site to Benefit Studios
BitTorrent Website Cheggit.net Shuts Down
Porn Bugging Facebook 'Subscribe' Users
XBIZ Signs On as AEVC Exclusive Media Partner

**VIDEO NEWS**  ▶ More

Pleasure Dynasty Featured in CNBC Article
'Lesbian PsychoDramas: Vol 8' Is Now Available on DVD
'Tomb Raider XXX: An Exquisite Films Parody' SFW Trailer Premieres
Girlfriends Films Releases 'Lesbian Sex' Vol. 4
XRCO Adds Kayden Kross as Co-Host for 2012 Awards Show
Girlfriends Films' 'Women Seeking Women: Vol. 79' Available on DVD



Need Mobile Adult traffic? eporo

**UPCOMING EVENTS**  ▶ More

**Adult Entertainment Virtual Convention**
Feb 24 - Feb 26
World Wide Web

**The European Summit**
Mar 05 - Mar 08
Barcelona, Spain

**International Lingerie Show**
Mar 26 - Mar 28
Las Vegas, Nevada

**The Phoenix Forum**
Mar 29 - Apr 01
Tempe, Arizona

**NOVELTY NEWS**  ▶ More

Doc Johnson Creates Buzz at ANME, XBIZ Retail
Pipedream Announces Fetish Fantasy Elite Plan-o-gram Contest
Screaming O Launches 'Happy Valentine's Day to ME' Retail Co-Op
PD Management Signs Heart and Attitude Luxury Arousal Products
ECN Now Distributing Sensuva ON Balm
National Multimedia Ad Campaign for Forgiven Alcohol Metabolizer Launches

**RETAIL NEWS**  ▶ More

Jimmy Flynt Opens New Store in Kentucky
Hustler Hollywood Store, Website Undergo Transformation
Italian Porn Stars Face Off in Mayoral Race
AEE Wraps Up in Vegas
Tranny Awards Changes Venue to Accommodate Larger Crowd
Rick's Cabaret Acquires Properties in Dallas-Fort Worth Area

**GET LISTED WITH XBIZ, IT'S FREE!**

Everyday thousands of business professionals browse XBIZ's industry directory for quality products and services. Not listed yet? Your company could be losing potential new business. Submit your company today!

Submit Your Company »



XBIZ RSS Use XBIZ RSS feeds to stay informed of the latest industry developments or as a content syndication tool for your website!

Get RSS »

**PROFILES & BIOS**  ▶ More



**Director's Chair: James Avalon**
James Avalon brings almost 25 years of adult industry experience into his newest endeavor as the head of Mile High Media's feature studios Sweet Sinner and Sweet Sinema. The accomplished director,... More »

**WIA Profile: Leslie Schwartzer**
Each month, in conjunction with adult media company XBIZ, a new WIA member is profiled in the pages of XBIZ World and XBIZ Premiere magazines to highlight her career accomplishments, dedication to her... More »

**Classic Erotica: Crazy Flair**
When romance focused product manufacturer Classic Erotica decided to update the look of its signature Crazy Girl collection of beginner's intimacy products, Classic Erotica Vice President Loren Levy... More »

**SPONSOR marketplace**

**AEBN**
(Adult Entertainment Broadcast Network) is THE innovator of Adult Video On Demand.

**PussyCash**
Promote the best converting sites in the industry and get up to $100 per sign up, and profit from 50% lifetime revenue sharing.

**Adam & Eve Productions**
Adam & Eve Productions boasts a variety of award-winning titles, featuring world-class directors and talent.

**Cybersocket**
Cybersocket is the premier producer of various GLBT internet, print and communications services.

**Hustler**
Partner with Larry Flynt and one of the most trusted brands in the industry!

**PimpRoll**
Our flagship sites are guaranteed to convert! PimpRoll pays on time, every time, and every single week.

**XBIZ NEWSLETTERS**

Stay informed of the latest industry developments. Get XBIZ newsletters delivered into your inbox. Subscribe today!

☑ **XBIZ Daily News**
Summary of the day's breaking news stories, delivered Monday through Friday.

☑ **XBIZ Weekly News**
Summary of the week's news, articles, company press releases, hot discussions and latest industry happenings.

Enter email address:

[ Subscribe ]

* To manage existing
subscriptions click here.

☑ **XBIZ Events**
Receive advance notice of XBIZ
conferences and special events.

☑ **XBIZ AVI**
Receive a weekly round-up of
the newest adult video releases.

☑ **XBIZ Digital**
Subscribe to the digital edition
of XBIZ magazines.

☑ **Special & Promotions**
Promotional opportunities from
XBIZ sponsors.

**⊞ POPULAR PRODUCTS & SERVICES**

**XBIZ Newscaster**
Submit your press release to
multiple news outlets with 1 click.

**XBIZ RSS & Syndication**
Subscribe to RSS news feeds or
add free content to your website.

**XBIZ Mobile**
Access XBIZ news and articles
with your mobile device.

---

⧉ Back to top

---

NEWS | FEATURES | BLOGS | DIRECTORY | BOARDS | CALENDAR | SERVICES

[ Search ] 🔍 SEARCH OPTIONS

⚐ Advertising | Submit Listing | Privacy Policy | Contact Us | About XBIZ

Copyright © 2012 Adnet Media. All Rights Reserved.
XBIZ is a trademark of Adnet Media.

Reproduction in whole or in part in any form or medium without express written
permission is prohibited. For reprint permission contact us.

XBIZ WORLD / Digital media trade publication
XBIZ PREMIERE / Adult retail trade publication
XBIZ NEWSWIRE / Industry news for mainstream media
XBIZ.NET / Adult industry social network
XBIZ RESEARCH / Adult industry market research
XBIZ SUMMIT / Adult industry networking event
XBIZ EU / International trade conference
XBIZ LA / Digital media trade conference
XBIZ RETAIL EXPO / Adult retail expo and conference
XBIZ AWARDS / Annual adult industry awards

**XBIZ** THE INDUSTRY SOURCE

RTA / ASACP / FSC / BPAV / WIA



# XBIZ
THE INDUSTRY SOURCE

## Integrity


XBIZ NEWSLETTERS STAY INFORMED!

Search

Tuesday, Jan 31, 2012

HOME | USER TIPS

**NEWS**
Web / Tech
Video
Novelty
Retail
Gay
Europe
Mobile
Apparel
Legal

**FEATURES**
Business
Opinions
Educational
Profiles
Legal
Quick Bites

**BLOGS**

**DIRECTORY**

**BOARD**

**VIDEO INDEX**
Premiere Releases
Editors Choice
Studios

**CALENDAR**

**SERVICES**
PR Blaster
Newsletters
Mobile News
Desktop News
RSS / Syndication
Novelty Buyers Guide

**NEWS STORY**

# JT Joins PornTube.com

**XBIZ NEWS REPORT**

By Lyla Katz
Tuesday, Jan 3, 2012    Text size: [+] [−]

 Tweet    Recommend



 XBIZ™  Twitter  Facebook  Email  Mobile

**XBIZ Research**

**Should governments have the power / ability to stop content piracy? (e.g. SOPA / PROTECT IP)**

Yes                          44.84%

No                           45.74%

Undecided
9.42%

Out of 223 votes. Results based on votes submitted by members of XBIZ.net social network.

 **The race for PHX Forum hotel rooms is on**
Rosa

 **Who else is looking forward to the Phoenix Forum?**
SafeCharge EddieK

 **MegaUpload**
Dynamic David

 **London Gathering**
Cherry

## XBIZ IN PRINT.

◉ XBIZ WORLD
◉ XBIZ PREMIERE
DIGITAL EDITION

**Popular RSS Feeds:**
All News / Editorial
Web & Tech News
Video Business News
Feature Articles

All Feeds »

XBIZ NEWSWIRE
News For The Media

Tweet    Recommend

**WEB / TECH NEWS** ⊞ More
HotMovies Discontinues Affiliate-Owned URL Custom Theaters
Porno Dan to Host Cam Event on Gamma's Live Network
Pink Visual to Launch Ad-supported Free Site to Benefit Studios
BitTorrent Website Cheggit.net Shuts Down
Porn Bugging Facebook 'Subscribe' Users

**VIDEO NEWS** ⊞ More
Pleasure Dynasty Featured in CNBC Article
'Lesbian PsychoDramas: Vol 8' Is Now Available on DVD
'Tomb Raider XXX: An Exquisite Films Parody' SFW Trailer Premieres
Girlfriends Films Releases 'Lesbian Sex' Vol. 4
XRCO Adds Kayden Kross as Co-Host for 2012 Awards Show

**Affiliate Programs**

**Content Licensing**

XBIZ Signs On as AEVC Exclusive Media Partner

Girlfriends Films' 'Women Seeking Women: Vol. 79' Available on DVD

### Creative Services
### Industry Resources
### Mobile Solutions

**NOVELTY NEWS** ⊙ More

Doc Johnson Creates Buzz at ANME, XBIZ Retail

Pipedream Announces Fetish Fantasy Elite Plan-o-gram Contest

Screaming O Launches 'Happy Valentine's Day to ME' Retail Co-Op

PD Management Signs Heart and Attitude Luxury Arousal Products

ECN Now Distributing Sensuva ON Balm

National Multimedia Ad Campaign for Forgiven Alcohol Metabolizer Launches

**RETAIL NEWS** ⊙ More

Jimmy Flynt Opens New Store in Kentucky

Hustler Hollywood Store, Website Undergo Transformation

Italian Porn Stars Face Off In Mayoral Race

AEE Wraps Up in Vegas

Tranny Awards Changes Venue to Accommodate Larger Crowd

Rick's Cabaret Acquires Properties in Dallas-Fort Worth Area



**THE INDUSTRY'S FAVORITE TECH MAG. GET IT!**

XBIZ World™, the industry's leading technology journal, provides in-depth coverage of company news, market trends, growth sectors, and international news in the online, mobile and ancillary sectors - get it today!

▶ Subscribe!

**QUICKBITE FEATURES** ⊙ More



**Automatic Duck Now Available for Free**

Released in 1995 by JEIDA (Japan Electronic Industry Development Association) as a technology for improving the color reproduction of printed images, the EXIF standard (Exchangeable Image File) allows... More »



**Video Frame Rates on the Rise**

News that Peter Jackson's film version of "The Lord of the Rings" prequel, "The Hobbit," would be released in some movie theatres at 48 frames per second (fps) caused quite... More »



**Tool Tips: Adobe Creative Cloud**

According to Adobe, Creative Cloud (www.adobe.com/products/creativ will deliver a comprehensive array of creative services, including Adobe Creative Suite desktop applications, Adobe Touch... More »

**Need Mobile Adult traffic?**

eporo

**SPONSOR marketplace**

**PussyCash**
Promote the best converting sites in the industry and get up to $100 per sign up, and profit from 50% lifetime revenue sharing.

**Cybersocket**
Cybersocket is the premier producer of various GLBT internet, print and communications services.

**AEBN**
(Adult Entertainment Broadcast Network) Is THE Innovator of Adult Video On Demand.

**Adam & Eve Productions**
Adam & Eve Productions boasts a variety of award-winning titles, featuring world-class directors and talent.

**Hustler**
Partner with Larry Flynt and one of the most trusted brands in the Industry!

**PimpRoll**
Our flagship sites are guaranteed to convert! PimpRoll pays on time, every time, and every single week.

**UPCOMING EVENTS** ⊙ More

**Adult Entertainment Virtual Convention**
Feb 24 - Feb 26
World Wide Web

**The European Summit**
Mar 05 - Mar 08
Barcelona, Spain

**International Lingerie Show**
Mar 26 - Mar 28
Las Vegas, Nevada

**The Phoenix Forum**
Mar 29 - Apr 01
Tempe, Arizona

**GET LISTED WITH XBIZ, IT'S FREE!**

Everyday thousands of business professionals browse XBIZ's Industry directory for quality products and services. Not listed yet? Your company could be losing potential new business. Submit your company today!

▶ Submit Your Company »


XBIZ RSS

Use XBIZ RSS feeds to stay informed of the latest industry developments or as a content syndication tool for your website!

Get RSS ▶

**XBIZ NEWSLETTERS**

Stay informed of the latest industry developments. Get XBIZ newsletters delivered to your inbox. Subscribe today!

Enter email address:

Subscribe

* To manage existing subscriptions click here.

☑ **XBIZ Daily News**
Summary of the day's breaking news stories, delivered Monday through Friday.

☑ **XBIZ Events**
Receive advance notice of XBIZ conferences and special events.

☑ **XBIZ AVI**
Receive a weekly round-up of the newest adult video releases.

☑ **XBIZ Weekly News**
Summary of the week's news, articles, company press releases, hot discussions and latest industry happenings.

☑ **XBIZ Digital**
Subscribe to the digital edition of XBIZ magazines.

☑ **Special & Promotions**
Promotional opportunities from XBIZ sponsors.

**POPULAR PRODUCTS & SERVICES**

**XBIZ Newscaster**
Submit your press release to multiple news outlets with 1 click.

**XBIZ RSS & Syndication**
Subscribe to RSS news feeds or add free content to your website.

**XBIZ Mobile**
Access XBIZ news and articles with your mobile device.

↺ Back to top

NEWS | FEATURES | BLOGS | DIRECTORY | BOARDS | CALENDAR | SERVICES

Search [  ] SEARCH

Advertising | Submit Listing | Privacy Policy | Contact Us | About XBIZ

Copyright © 2012 Adnet Media. All Rights Reserved.
XBIZ is a trademark of Adnet Media.

Reproduction in whole or in part in any form or medium without express written permission is prohibited. For reprint permission contact us.

XBIZ WORLD / Digital media trade publication
XBIZ PREMIERE / Adult retail trade publication
XBIZ NEWSWIRE / Industry news for mainstream media
XBIZ.NET / Adult industry social network
XBIZ RESEARCH / Adult industry market research
XBIZ SUMMIT / Adult industry networking event
XBIZ EU / International trade conference
XBIZ LA / Digital media trade conference
XBIZ RETAIL EXPO / Adult retail expo and conference
XBIZ AWARDS / Annual adult industry awards

**XBIZ** THE INDUSTRY SOURCE

RTA / ASACP / FSC / BPAV / WIA

ANNEX 22



Site Map    Search [                    ] 🔍

**Internet Corporation for Assigned Names and Numbers**

ARCHIVES

**Please note:** You are viewing archival ICANN material. Links and information may be outdated or incorrect. Visit **ICANN's** main website for current information.


English

## Uniform Domain Name Dispute Resolution Policy

Policy Adopted: August 26, 1999

Implementation Documents Approved: October 24, 1999

**Notes:**

1. This policy is now in effect. See www.icann.org/udrp/udrp-schedule.htm for the implementation schedule.

2. This policy has been adopted by all accredited domain-name registrars for domain names ending in .com, .net, and .org. It has also been adopted by certain managers of country-code top-level domains (e.g., .nu, .tv, .ws).

3. The policy is between the registrar (or other registration authority in the case of a country-code top-level domain) and its customer (the domain-name holder or registrant). Thus, the policy uses "we" and "our" to refer to the registrar and it uses "you" and "your" to refer to the domain-name holder.

Uniform Domain Name Dispute Resolution Policy

(As Approved by ICANN on October 24, 1999)

**1. Purpose.** This Uniform Domain Name Dispute Resolution Policy (the "Policy") has been adopted by the Internet Corporation for Assigned Names and Numbers ("ICANN"), is incorporated by reference into your Registration Agreement, and sets forth the terms and conditions in connection with a dispute between you and any party other than us (the registrar) over the registration and use of an Internet domain name registered by you. Proceedings under Paragraph 4 of this Policy will be conducted according to the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules of Procedure"), which are available at www.icann.org/udrp/udrp-rules-24oct99.htm, and the selected administrative-dispute-resolution service provider's supplemental rules.

**2. Your Representations.** By applying to register a domain name, or by asking us to maintain or renew a domain name registration, you hereby represent and warrant to us that (a) the statements that you made in your Registration Agreement are complete and accurate; (b) to your knowledge, the registration of the domain name will not infringe upon or otherwise violate the rights of any third party; (c) you are not registering the domain name for an unlawful purpose; and (d) you will not knowingly use the domain name in violation of any applicable laws or regulations. It is your responsibility to determine whether your domain name registration infringes or violates someone else's rights.

**3. Cancellations, Transfers, and Changes.** We will cancel, transfer or otherwise make changes to domain name registrations under the following circumstances:

    a. subject to the provisions of Paragraph 8, our receipt of written or appropriate electronic instructions from you or your authorized agent to take such action;

    b. our receipt of an order from a court or arbitral tribunal, in each case of competent jurisdiction, requiring such action; and/or

    c. our receipt of a decision of an Administrative Panel requiring such action in any administrative proceeding to which you were a party and which was conducted under this Policy or a later version of this Policy adopted by ICANN. (See Paragraph 4(i) and (k) below.)

We may also cancel, transfer or otherwise make changes to a domain name registration in accordance with the terms of your Registration Agreement or other legal requirements.

**4. Mandatory Administrative Proceeding.**

This Paragraph sets forth the type of disputes for which you are required to submit to a mandatory administrative proceeding. These proceedings will be conducted before one of the administrative-dispute-resolution service providers listed at www.icann.org/en/dndr/udrp/approved-providers.htm (each, a "Provider").

    **a. Applicable Disputes.** You are required to submit to a mandatory administrative proceeding in the event that a third party (a "complainant") asserts to the applicable Provider, in compliance with the Rules of Procedure, that

        (i) your domain name is identical or confusingly similar to a trademark or service mark in which the complainant has rights; and

        (ii) you have no rights or legitimate interests in respect of the domain name; and

        (iii) your domain name has been registered and is being used in bad faith.

In the administrative proceeding, the complainant must prove that each of these three elements are present.

**b. Evidence of Registration and Use in Bad Faith.** For the purposes of Paragraph 4(a)(iii), the following circumstances, in particular but without limitation, if found by the Panel to be present, shall be evidence of the registration and use of a domain name in bad faith:

(i) circumstances indicating that you have registered or you have acquired the domain name primarily for the purpose of selling, renting, or otherwise transferring the domain name registration to the complainant who is the owner of the trademark or service mark or to a competitor of that complainant, for valuable consideration in excess of your documented out-of-pocket costs directly related to the domain name; or

(ii) you have registered the domain name in order to prevent the owner of the trademark or service mark from reflecting the mark in a corresponding domain name, provided that you have engaged in a pattern of such conduct; or

(iii) you have registered the domain name primarily for the purpose of disrupting the business of a competitor; or

(iv) by using the domain name, you have intentionally attempted to attract, for commercial gain, Internet users to your web site or other on-line location, by creating a likelihood of confusion with the complainant's mark as to the source, sponsorship, affiliation, or endorsement of your web site or location or of a product or service on your web site or location.

**c. How to Demonstrate Your Rights to and Legitimate Interests in the Domain Name in Responding to a Complaint.** When you receive a complaint, you should refer to Paragraph 5 of the Rules of Procedure in determining how your response should be prepared. Any of the following circumstances, in particular but without limitation, if found by the Panel to be proved based on its evaluation of all evidence presented, shall demonstrate your rights or legitimate interests to the domain name for purposes of Paragraph 4(a)(ii):

(i) before any notice to you of the dispute, your use of, or demonstrable preparations to use, the domain name or a name corresponding to the domain name in connection with a bona fide offering of goods or services; or

(ii) you (as an individual, business, or other organization) have been commonly known by the domain name, even if you have acquired no trademark or service mark rights; or

(iii) you are making a legitimate noncommercial or fair use of the domain name, without intent for commercial gain to misleadingly divert consumers or to tarnish the trademark or service mark at issue.

**d. Selection of Provider.** The complainant shall select the Provider from among those approved by ICANN by submitting the complaint to that Provider. The selected Provider will administer the proceeding, except in cases of consolidation as described in Paragraph 4(f).

**e. Initiation of Proceeding and Process and Appointment of Administrative Panel.** The Rules of Procedure state the process for initiating and conducting a proceeding and for appointing the panel that will decide the dispute (the "Administrative Panel").

**f. Consolidation.** In the event of multiple disputes between you and a complainant, either you or the complainant may petition to consolidate the disputes before a single Administrative Panel. This petition shall be made to the first Administrative Panel appointed to hear a pending dispute between the parties. This Administrative Panel may consolidate before it any or all such disputes in its sole discretion, provided that the disputes being consolidated are governed by this Policy or a later version of this Policy adopted by ICANN.

**g. Fees.** All fees charged by a Provider in connection with any dispute before an Administrative Panel pursuant to this Policy shall be paid by the complainant, except in cases where you elect to expand the Administrative Panel from one to three panelists as provided in Paragraph 5(b)(iv) of the Rules of Procedure, in which case all fees will be split evenly by you and the complainant.

**h. Our Involvement in Administrative Proceedings.** We do not, and will not, participate in the administration or conduct of any proceeding before an Administrative Panel. In addition, we will not be liable as a result of any decisions rendered by the Administrative Panel.

**i. Remedies.** The remedies available to a complainant pursuant to any proceeding before an Administrative Panel shall be limited to requiring the cancellation of your domain name or the transfer of your domain name registration to the complainant.

**j. Notification and Publication.** The Provider shall notify us of any decision made by an Administrative Panel with respect to a domain name you have registered with us. All decisions under this Policy will be published in full over the Internet, except when an Administrative Panel determines in an exceptional case to redact portions of its decision.

**k. Availability of Court Proceedings.** The mandatory administrative proceeding requirements set forth in Paragraph 4 shall not prevent either you or the complainant from submitting the dispute to a court of competent jurisdiction for independent resolution before such mandatory administrative proceeding is commenced or after such proceeding is concluded. If an Administrative Panel decides that your domain name registration should be canceled or transferred, we will wait ten (10) business days (as observed in the location of our principal office) after we are informed by the applicable Provider of the Administrative Panel's decision before implementing that decision. We will then implement the decision unless we have received from you during that ten (10) business day period official documentation (such as a copy of a complaint, file-stamped by the clerk of the court) that you have commenced a lawsuit against the complainant in a jurisdiction to which the complainant has submitted under Paragraph 3(b)(xiii) of the Rules of Procedure. (In general, that jurisdiction is either the location of our principal office or of your address as shown in our Whois database. See Paragraphs 1 and 3(b)(xiii) of the Rules of Procedure for details.) If we receive such documentation within the ten (10) business day period, we will not implement the Administrative Panel's decision, and we will take no further action, until we receive (i) evidence satisfactory to us of a resolution between the parties; (ii) evidence satisfactory to us that your lawsuit has been dismissed or withdrawn; or (iii) a copy of an order from such court dismissing your lawsuit or ordering that you do not have the right to continue to use your domain name.

**5. All Other Disputes and Litigation.** All other disputes between you and any party other than us regarding your domain name registration that are not brought pursuant to the mandatory administrative proceeding provisions of Paragraph 4 shall be resolved between you and such other party through any court, arbitration or other proceeding that may be available.

**6. Our Involvement in Disputes.** We will not participate in any way in any dispute between you and any party other than us regarding the registration and use of your domain name. You shall not name us as a party or otherwise include us in any such proceeding. In the event that we are named as a

party in any such proceeding, we reserve the right to raise any and all defenses deemed appropriate, and to take any other action necessary to defend ourselves.

**7. Maintaining the Status Quo.** We will not cancel, transfer, activate, deactivate, or otherwise change the status of any domain name registration under this Policy except as provided in Paragraph 3 above.

**8. Transfers During a Dispute.**

 **a. Transfers of a Domain Name to a New Holder.** You may not transfer your domain name registration to another holder (i) during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded; or (ii) during a pending court proceeding or arbitration commenced regarding your domain name unless the party to whom the domain name registration is being transferred agrees, in writing, to be bound by the decision of the court or arbitrator. We reserve the right to cancel any transfer of a domain name registration to another holder that is made in violation of this subparagraph.

 **b. Changing Registrars.** You may not transfer your domain name registration to another registrar during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded. You may transfer administration of your domain name registration to another registrar during a pending court action or arbitration, provided that the domain name you have registered with us shall continue to be subject to the proceedings commenced against you in accordance with the terms of this Policy. In the event that you transfer a domain name registration to us during the pendency of a court action or arbitration, such dispute shall remain subject to the domain name dispute policy of the registrar from which the domain name registration was transferred.

**9. Policy Modifications.** We reserve the right to modify this Policy at any time with the permission of ICANN. We will post our revised Policy at least thirty (30) calendar days before it becomes effective. Unless this Policy has already been invoked by the submission of a complaint to a Provider, in which event the version of the Policy in effect at the time it was invoked will apply to you until the dispute is over, all such changes will be binding upon you with respect to any domain name registration dispute, whether the dispute arose before, on or after the effective date of our change. In the event that you object to a change in this Policy, your sole remedy is to cancel your domain name registration with us, provided that you will not be entitled to a refund of any fees you paid to us. The revised Policy will apply to you until you cancel your domain name registration.

© Internet Corporation for Assigned Names and Numbers