**Thomas Freedman Jr.** (OSB No. 080697) thomas@prllaw.com
**Pearl Law LLC**
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:    (503) 295-6296 | Fax: (503) 295-6344

**Valentin Gurvits** (*pro hac vice* pending) vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice* pending) matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:    (617) 928-1800 | Fax: (617) 928-1802

**Sean Ploen** (*pro hac vice* pending) sploen@ploen.com
**Ploen Law Firm, PC**
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Tel:    (651) 894-6800 | Fax: (651) 894-6801

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| **CALISTA ENTERPRISES LTD.**, a Republic of Seychelles company,<br><br>    Plaintiff,<br><br>- v. -<br><br>**TENZA TRADING LTD.**, a Cyprus company,<br><br>    Defendant. | Case No. 3:13-cv-1045<br><br>EXHIBIT B – PART I<br>TO PLAINTIFF'S COMPLAINT |

Dated:  June 21, 2013

                Respectfully Submitted,
                Plaintiff Calista Enterprises Ltd.
                By its Attorneys,

                /s/ Val Gurvits
                Valentin Gurvits (*pro hac vice* pending)
                Matthew Shayefar (*pro hac vice* pending)
                Boston Law Group, PC
                825 Beacon Street, Suite 20
                Newton Centre, Massachusetts 02459
                Tel:    (617) 928-1800
                Fax:   (617) 928-1802
                vgurvits@bostonlawgroup.com
                matt@bostonlawgroup.com


                /s/ Thomas Freedman Jr.
                Thomas Freedman Jr. (OSB No. 080697)
                Pearl Law LLC
                552 SW 5th Avenue, Suite 1100
                Portland, Oregon 97204
                Tel:    (503) 295-6296
                Fax:   (503) 295-6344
                thomas@prllaw.com


                /s/ Sean Ploen
                Sean Ploen (*pro hac vice* pending)
                Ploen Law Firm, PC
                100 South Fifth Street, Suite 1900
                Minneapolis, MN 55402
                Tel:    (651) 894-6800
                Fax:   (651) 894-6801
                sploen@ploen.com

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**        Page **2**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459        Exhibit B – Part I
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com    to Plaintiff's Complaint