**Thomas Freedman Jr.** (OSB No. 080697) thomas@prllaw.com
**Pearl Law LLC**
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:     (503) 295-6296 | Fax: (503) 295-6344

**Valentin Gurvits** (*pro hac vice* pending) vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice* pending) matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:     (617) 928-1800 | Fax: (617) 928-1802

**Sean Ploen** (*pro hac vice* pending) sploen@ploen.com
**Ploen Law Firm, PC**
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Tel:     (651) 894-6800 | Fax: (651) 894-6801

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| **CALISTA ENTERPRISES LTD.**, a Republic of Seychelles company,<br><br>    Plaintiff,<br><br>- v. -<br><br>**TENZA TRADING LTD.**, a Cyprus company,<br><br>    Defendant. | Case No. 3:13-cv-1045<br><br>EXHIBIT B – PART II<br>TO PLAINTIFF'S COMPLAINT |

Dated:  June 21, 2013

        Respectfully Submitted,
        Plaintiff Calista Enterprises Ltd.
        By its Attorneys,

        /s/ Val Gurvits
        Valentin Gurvits (*pro hac vice* pending)
        Matthew Shayefar (*pro hac vice* pending)
        Boston Law Group, PC
        825 Beacon Street, Suite 20
        Newton Centre, Massachusetts 02459
        Tel:    (617) 928-1800
        Fax:   (617) 928-1802
        vgurvits@bostonlawgroup.com
        matt@bostonlawgroup.com


        /s/ Thomas Freedman Jr.
        Thomas Freedman Jr. (OSB No. 080697)
        Pearl Law LLC
        552 SW 5th Avenue, Suite 1100
        Portland, Oregon 97204
        Tel:    (503) 295-6296
        Fax:   (503) 295-6344
        thomas@prllaw.com


        /s/ Sean Ploen
        Sean Ploen (*pro hac vice* pending)
        Ploen Law Firm, PC
        100 South Fifth Street, Suite 1900
        Minneapolis, MN 55402
        Tel:    (651) 894-6800
        Fax:   (651) 894-6801
        sploen@ploen.com