# ANNEX 9

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 05/31/2014)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77641541 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 108 |
| **MARK SECTION (no change)** | |
| **ARGUMENT(S)** | |

In response to the Examiner's refusal to register the currently pending mark while relying on Section 2(d) and US Trademark Registration No. 3936197 for PORNTUBE, Applicant offers the following:

Applicant and the holder of US Trademark Registration No. 3936197 executed a consent agreement which was finalized on February 1, 2011 regarding the registration of the marks currently at issue (Application Ser. No. 77/641,541 for PORNOTUBE and Application Ser. No. 77/603,111 for PORNTUBE) and agreed that:

1.  Both parties recognized the validity of each others use of their respective marks in connection with their respective goods and services and wish to avoid any conflict with the others use or registration of its mark

2.  Both parties met, conferred and agreed regarding a mutual consent to register and wish to prevent any likelihood of confusion

3.  Due to the nature of the services of the Parties, the differences in the services provided, and the sophistication of users in the marketplace, namely online users, the parties believe that no confusion will result if both parties use their respective trademarks in connection with their respective services.  In the highly unlikely event that confusion does arise, the Parties agree to cooperate to take steps to alleviate any such confusion.

4.  The Parties affirmatively declare and state that no confusion has occurred to date despite continuous use of the respective marks by both parties.  The Parties have both been continuously using their respective marks simultaneously in the marketplace for over four (4) years and have not documents one instance of public confusion or mistake in the origin of the services provided and believe this supports the contention that no likelihood of confusion will be, or has been, created by the coexistence of these marks in the marketplace.

5.  The Parties understand the nature of the internet, including the various audiences and channels of trade, and have arranged to work together in a manner that addresses any concerns regarding likelihood of confusion.  With such arrangement, the Parties do not believe confusion is likely to result especially in light of the fact that there has been an extended period of co-existence, during which time confusion did not result.

A copy of the consent agreement accompanies this response.

Additionally, Applicant has also secured registration of the identical mark PORNOTUBE as US Trademark Ser. No 85/232,484.  In light of the above evidence, Applicant respectfully requests that the Examiner withdraw the Section 2(d) refusal and that the currently pending mark be allowed.

| **EVIDENCE SECTION** | |

| EVIDENCE FILE NAME(S) | |
|---|---|
| **ORIGINAL PDF FILE** | evi_66496957-103850265_._Consent__Coexistence_Agreement_02012011.pdf |
| **CONVERTED PDF FILE(S)** **(5 pages)** | \\TICRS\EXPORT11\IMAGEOUT11\776\415\77641541\xml2\ROA0002.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT11\776\415\77641541\xml2\ROA0003.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT11\776\415\77641541\xml2\ROA0004.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT11\776\415\77641541\xml2\ROA0005.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT11\776\415\77641541\xml2\ROA0006.JPG |
| **DESCRIPTION OF EVIDENCE FILE** | A copy of the executed consent agreement |

## SIGNATURE SECTION

| | |
|---|---|
| **RESPONSE SIGNATURE** | /blake e vande garde/ |
| **SIGNATORY'S NAME** | Blake E. Vande Garde |
| **SIGNATORY'S POSITION** | Attorney of record, Kansas |
| **SIGNATORY'S PHONE NUMBER** | 704-927-0400 |
| **DATE SIGNED** | 03/26/2012 |
| **AUTHORIZED SIGNATORY** | YES |

## FILING INFORMATION SECTION

| | |
|---|---|
| **SUBMIT DATE** | Mon Mar 26 10:55:53 EDT 2012 |
| **TEAS STAMP** | USPTO/ROA-66.49.69.57-201 20326105553678736-7764154 1-490c99b3db49a24a7a9fadc 8e998e25b10-N/A-N/A-20120 326103850265264 |

# Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **77641541** has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**


In response to the Examiner's refusal to register the currently pending mark while relying on Section 2(d) and US Trademark Registration No. 3936197 for PORNTUBE, Applicant offers the following:
Applicant and the holder of US Trademark Registration No. 3936197 executed a consent agreement which was finalized on February 1, 2011 regarding the registration of the marks currently at issue (Application Ser. No. 77/641,541 for PORNOTUBE and Application Ser. No. 77/603,111 for PORNTUBE) and agreed that:
1.  Both parties recognized the validity of each others use of their respective marks in connection with their respective goods and services and wish to avoid any conflict with the others use or registration of its mark
2.  Both parties met, conferred and agreed regarding a mutual consent to register and wish to prevent any likelihood of confusion
3.  Due to the nature of the services of the Parties, the differences in the services provided, and the sophistication of users in the marketplace, namely online users, the parties believe that no confusion will result if both parties use their respective trademarks in connection with their respective services.  In the highly unlikely event that confusion does arise, the Parties agree to cooperate to take steps to alleviate any such confusion.
4.  The Parties affirmatively declare and state that no confusion has occurred to date despite continuous use of the respective marks by both parties.  The Parties have both been continuously using their respective marks simultaneously in the marketplace for over four (4) years and have not documents one instance of public confusion or mistake in the origin of the services provided and believe this supports the contention that no likelihood of confusion will be, or has been, created by the coexistence of these marks in the marketplace.
5.  The Parties understand the nature of the internet, including the various audiences and channels of trade, and have arranged to work together in a manner that addresses any concerns regarding likelihood of confusion.  With such arrangement, the Parties do not believe confusion is likely to result especially in light of the fact that there has been an extended period of co-existence, during which time confusion did not result.
A copy of the consent agreement accompanies this response.


Additionally, Applicant has also secured registration of the identical mark PORNOTUBE as US Trademark Ser. No 85/232,484.  In light of the above evidence, Applicant respectfully requests that the Examiner withdraw the Section 2(d) refusal and that the currently pending mark be allowed.


**EVIDENCE**
Evidence in the nature of A copy of the executed consent agreement has been attached.
**Original PDF file:**
evi_66496957-103850265_._Consent__Coexistence_Agreement_02012011.pdf
**Converted PDF file(s)** (5 pages)
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5


**SIGNATURE(S)**
**Response Signature**

Signature: /blake e vande garde/    Date: 03/26/2012
Signatory's Name: Blake E. Vande Garde
Signatory's Position: Attorney of record, Kansas

Signatory's Phone Number: 704-927-0400

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.


Serial Number: 77641541
Internet Transmission Date: Mon Mar 26 10:55:53 EDT 2012
TEAS Stamp: USPTO/ROA-66.49.69.57-201203261055536787
36-77641541-490c99b3db49a24a7a9fadc8e998
e25b10-N/A-N/A-20120326103850265264

## CONSENT AND COEXISTENCE AGREEMENT
## FOR USE AND REGISTRATION OF TRADEMARKS

This Consent and Coexistence Agreement for Use and Registration of Trademarks (the "Agreement") is entered into between WMM Holdings, LLC ("WMMH"), a Nevada corporation with its principal place of business at 500 Archdale Drive, Charlotte, North Carolina 28217 and EMC Ideas, Inc. ("EMC"), a New Jersey corporation with its principal place of business at 611 K Street, Suite B202, San Diego, California 92101, with reference to the following facts:

A.      **WHEREAS**, WMMH has used and has made continuous use of the mark PORNOTUBE in connection, in part, with downloadable digital materials and streaming of audiovisual material and alleges use of the mark since at least as early as July 31, 2006, has successfully opposed a previous attempt by a third party to register the mark PORNOTUBE on or about April 2, 2008, and has filed U.S. Trademark Application, Serial No. 77/641,541 on December 30, 2008, for the mark PORNOTUBE ("the WMMH Application");

B.      **WHEREAS**, WMMH intends to use the mark PORNOTUBE generally in connection with production, distribution and broadcasting of audiovisual and multimedia materials through various broadcast methods including but not limited to television, cable television, internet television and satellite television,  intends to file a new application for intent to use with the United States Patent and Trademark Office (the "New WMMH Application"), and has informed EMC of its intent and obtained permission from EMC to do so;

C.      **WHEREAS**, EMC has used and has made continuous use of the mark PORNTUBE in connection, in part, with entertainment services and providing of photographs, and audiovisual materials and alleges use of the mark since at least as early as May 2005, and has filed U.S. Trademark Application, Serial No. 77/603,111 on October 29, 2008, for the mark PORNTUBE ("the EMC Application");

D.      **WHEREAS**, EMC intends to use the mark PORNTUBE generally in connection with

1

the production, distribution and broadcasting of audiovisual and multimedia materials, and anticipates it will file a new application with the United States Patent and Trademark Office (the "New EMC Application"), and has informed WMMH of its intent to use and possible file a new application, and has obtained permission from WMMH to do so;

E.    **WHEREAS**, the EMC Application published for opposition April 21, 2009;

F.    **WHEREAS**, WMMH filed an opposition proceeding against the EMC Application on October 19, 2009, Opposition No. 91/192,320 (the "Opposition"); and,

G.    **WHEREAS**, the parties hereto recognize the validity of each other's use of their respective marks in connection with their respective goods and services and wish to avoid any conflict with the other's use or registration of its mark

H.    **WHEREAS**, the parties have met, conferred and agreed regarding a mutual consent to register and wish to prevent any likelihood of confusion by working together to prevent confusion and address any concerns relating thereto which may arise by entering into this Agreement.

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the parties agree as follows:

1.    The Recitals are hereby incorporated into the Agreement by reference.

2.    Due to the nature of the WMMH Services and the EMC Services, the differences in the services provided, and the sophistication of users in the marketplace, namely online users, the parties believe that no confusion will result if both parties use their respective trademarks in connection with their respective services.  In the highly unlikely event that confusion does arise, the Parties agree to cooperate to take steps to alleviate any such confusion.

3.    The parties affirmatively declare and state that no confusion has occurred to date despite continuous use of the respective marks by both parties.  The parties have both been

2

continuously using their respective marks simultaneously in the marketplace for over four (4) years and have not documented one instance of public confusion or mistake in the origin of the services provided and believe this supports the contention that no likelihood of confusion will be, or has been, created by the coexistence of these marks in the marketplace.

4.      The parties understand the nature of the internet, including the various audiences and channels of trade, and have arranged to work together in a manner that addresses any concerns regarding likelihood of confusion. With such arrangement, the parties do not believe confusion is likely to result especially in light of the fact that there has been an extended period of coexistence, during which time confusion did not result.

5.      EMC agrees and consents to, will take no action to interfere with,  and will not challenge the registration of the WMMH Application, and to the use of  the WMMH Mark pursuant to U.S. Trademark Application, Serial No. 77/641,541, and any registration issuing therefrom, by WMMH, its subsidiaries, assigns and successors-in-interest in connection with the WMMH Services.  This Agreement will be filed by WMMH with the United States Patent and Trademark Office to support registration of Application Serial No. 77/641,541.

6.      EMC has been informed of and agrees to the use and New WMMH Application, to be filed by WMMH for the PORNOTUBE mark, which will include production and distribution of audiovisual materials to be distributed by various television platforms, and consents to and will not challenge the new application by WMMH for the PORNOTUBE mark.  This Agreement shall be filed by WMMH along with any New WMMH Application.

7.      EMC agrees that it will cooperate with WMMH to prepare additional "consent to use and registration" documents if this Agreement is not accepted by the United States Patent and Trademark Office in connection with Application Serial No. 77/641,541, or the New WMMH Application.

8.      WMMH agrees and consents to, will take no action to interfere with, and will not challenge the registration of the EMC Application, and to the use of the EMC Mark pursuant to U.S. Trademark Application, Serial No. 77/603,111, and any registration issuing therefrom, by

3

EMC, its subsidiaries, assigns and successors-in-interest in connection with the EMC Services. WMMH agrees that it will cooperate with EMC to register the EMC Application, if necessary, for the EMC Services, including but not limited to execution of an acceptable letter of consent to register the EMC Mark.

9.      WMMH has been informed of and agrees to the use and possible New EMC Application, to be filed by EMC for the PORNTUBE mark, generally in connection with the production, distribution and broadcasting of audiovisual and multimedia materials, and consents to the use of the mark and will not challenge the new application by EMC for the PORNTUBE mark.  This Agreement shall be filed by EMC along with any New EMC Application.

10.     WMMH agrees that it will cooperate with EMC to prepare additional "consent to use and registration" documents if this Agreement is not accepted by the United States Patent and Trademark Office in connection with the potential New EMC Application.

11.     The parties agree to continue to take reasonable steps to prevent any confusion due to the coexistence and registration of their respective marks, to notify each other of any incidences of actual confusion of which they become aware, and will work together to remedy any confusion in the event that any incidences of confusion occur.  The parties agree to attempt good faith efforts to resolve any conflicts that may arise and agree to take all reasonable measures and precautions to avoid confusion in the marketplace.

12.     Within five days of the execution of this Agreement by both Parties, WMMH shall file a request to withdraw the Notice of Opposition with prejudice.

13.     This Agreement shall inure to the benefit of the parties, their heirs, successors, assigns, employees, officers, agents and representatives.

14.     This Agreement shall be deemed executed and delivered within the State of California and shall be governed by, construed, and enforced pursuant to the laws of the State of California without reference to the conflicts of laws provisions thereof.  The Parties hereby

4

agree to submit to the jurisdiction of the courts in the County of Los Angeles, California for any controversy arising out of this Agreement.

15.    This Agreement shall not be modified or changed in any manner except by a writing signed by all of the parties hereto.

16.    This Agreement constitutes the entire agreement between the parties, superseding any and all previous oral or written representations, communications, understandings or agreements.

17.    This Agreement will be interpreted or construed with no presumption that provisions are to be construed against the Party which, itself or through its agents, prepared this Agreement.  The Parties' respective counsel and other agents have fully and equally participated in the preparation, negotiation, review and approval of all of the provisions in this Agreement.

18.    This Agreement may be executed in one or more counterparts, each of which shall be deemed an original and all of which shall be taken together and deemed to be one instrument.

        IN WITNESS WHEREOF, the parties have caused this Agreement to be executed on the dates specified below.

**EMC IDEAS, INC.**                          **WMMH HOLDINGS, LLC**

By:  _____            By:  _____

Name:  Michael Cardone                   Name:  Scott Coffman

Title:  President                              Title:  President

Date:  1/20/2011                             Date:  2-1-11

5

# ANNEX 10







# ANNEX 11



+You  **Search**  Images  Maps  Play  YouTube  News  Gmail  Drive  Calendar  More ▾

direct porn tube

Web  Images  Maps  Shopping  More ▾  Search tools

About 26,600,000 results (0.29 seconds)

**Free Porn Videos @ Direct Porn Tube - Fast porn delivery**
www.**directporntube**.com/
**DirectPornTube**.com is a free porn tube site with thousands of streaming sex videos in various categories. We have a searchable porn videos database which is ...

**Ebony**
Here you can enjoy free Ebony tube porn videos. We have a ...

**Hd**
Here you can enjoy free Hd tube porn videos. We have a large ...

**Direct Porn Tube**
Here you can enjoy free Mature tube porn videos. We have a ...

**Mom**
Here you can enjoy free Mom, Mommy tube porn videos. We ...

**18**
Here you can enjoy free 18 tube porn videos. We have a large ...

**Homemade**
Here you can enjoy free Homemade tube porn videos ...

More results from directporntube.com »

**Harmony Shower - Direct Porn Tube - XVIDEOS.COM**
www.xvideos.com/video1600284/
XVIDEOS Harmony Shower - **Direct Porn Tube** free.

**Free Porn Videos @ Direct Porn Tube - Fast porn delivery**
archive.is/YVRA
... snapshots from this url. 25 May 2012 02:05:01. All snapshots, from host www.
**directporntube**.com · TextImage · download .zipreport abuseTWEET THIS PAGE: ...

**Tube Pleasure | Free porn tube videos**
www.**tubepleasure**.com/
Daily updated free tube videos. Categorized porn movies and much more! ... I-sux; 51.
Tube Porn Movs; 52. Ooo-sex; 53. **Direct Porn Tube**; 54. Silver Porn Tube ...

**Bonus Porn Tube**
www.**bonusporntube**.com/
Tube Porn City · DT Video · Pink Dino · Floozy Tube · Sfico Porn Videos · Hit Porn
Videos · Wad Tube · Tube Kitty · Vataa · Yuck Porn · **Direct Porn Tube** ...

**directporntube-com - Redtube Hardcore Video**
www.k**porno**.com/directporntube-com.html
**directporntube**-com - Hardcore video. Redtube has biggest collection of free sex
videos. Well organized porn movies are updated daily.

**Lust Porn Tube**
www.lust**porntube**.com/
Free tube porn categories. ... Infinite Tube; 104. Tube Sex Video; 105. Retro Tube Clips;
106. **Direct Porn Tube**; 107. Video Sex Art; 108. Sex Dream Tube; 109.

*In response to a legal request submitted to Google, we have removed 1
result(s) from this page. If you wish, you may read more about the
request at ChillingEffects.org.*



1  2  3  4  5  6  7  8  9  10    Next

Advanced search   Search Help   Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google



+You   **Search**   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ▾

bonus |porn tube                                                                🔍           Sign in

**Web**   Images   Maps   Shopping   More ▾   Search tools                              ⚙

About 7,340,000 results (0.20 seconds)

**Bonus Porn Tube**
www.**bonusporntube**.com/
Free **porn tube** videos. The hottest **porn** videos from popular **tube** sites.
Teen (18-19) · Vintage · Lesbian · Behind The Scenes

**Vintage Tube Videos | Page 1 | Bonus Porn Tube**
www.**bonusporntube**.com/popular/1345/vintage/1.html
Wicked Schoolgirls. 1:14:13 Added: 1 year ago By: XHamster. Fratelli XXX ITALIAN.
1:15:43 Added: 1 week ago By: V **Porn**. Splatterhouse 10. 1:59:35 Added: 9 ...

**Lesbian Tube Videos | Page 1 | Bonus Porn Tube**
www.**bonusporntube**.com/popular/151/lesbian/1.html
Free Lesbian **tube** videos. The hottest **porn** videos from popular **tube** sites.

**Mature Tube Videos | Page 1 | Bonus Porn Tube**
www.**bonusporntube**.com/search/?q=mature
Free Mature **tube** videos. The hottest **porn** videos from popular **tube** sites.

**Wad Tube**
wad**tube**.com/
Amazing WadTube helps to find 100% free porn clips that you will be ... Find hot adult
videos from many other streaming tubes as well. ... Bonus Porn Tube ...

**Bonus - Large Porn Tube**
www.large**porntube**.com/search/?q=bonus
Large **Porn Tube** is a free **porn tube** site featuring a lot of **Bonus porn** videos. New
videos added every day!

**Infinite Tube. Free porn tube movies.**
www.infinite**tube**.com/
Free #GNAME# porn tube movies. ... Search FREE porn videos at NudeVista ..... Lust
Porn Tube; 123. FuxEE; 124. **Bonus Porn Tube**; 125. Caramel Tube; 126.

**Grab Porn Tube**
www.grab**porntube**.com/
GrabPornTube.com is your favorite porn tube site. ... another nasty things - only best
quality, longest and most interesing porn videos. ... **Bonus Porn Tube**; 156.

**69 FLV :: 1 bonus porn tube movies (more than 1000). Page 1 of 9**
www.69flv.com/search/1_**bonus_porn_tube**.shtml
1 **bonus porn tube** tube movies for free, full-length ... Hard Sex Tube. 10min 3sec. Real
urdu sex, yoga masturbation, dracula sex movies, india sex porn tube ...

**My Loved Tube. Free porn videos for you.**
www.myloved**tube**.com/
We are collecting the hottest free **porn** videos from popular **tube** sites. More then 1000
new videos every day! This is infinite source for your pleasure.



1   2   3   4   5   6   7   8   9   10        **Next**

Advanced search   Search Help   Send feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms
About Google



+You  Search  Images  Maps  Play  YouTube  News  Gmail  Drive  Calendar  More ▾

lust porn tube                                                    Sign in

Web    Images    Maps    Shopping    More ▾    Search tools

About 10,500,000 results (0.16 seconds)

**Lust Porn Tube**
www.**lustporntube**.com/
Disclaimer: **LustPornTube**.com is a fully automatic adult search engine focused on free
porn tube clips. We do not own, produce or host the videos displayed on ...
Teen (18-19) - Mom - Full Movie - Mature

**Vintage Tubes | Page 1 | Lust Porn Tube**
www.**lustporntube**.com/popular/1345/vintage/1.html
Free Vintage Tube Porn ... Adolescenza 2 of 2. 48:00 Added: 9 months ago Your **Lust**
.... Hot scenes from historical **porn** movie LUccello Del Piacere ...

**Ebony Tubes | Page 1 | Lust Porn Tube**
www.**lustporntube**.com/popular/13/ebony/1.html
Free Ebony Tube Porn ... To big?? 00:14 Added: 9 months ago Your **Lust** ... Perfect
Ebony Doggy Fuck. 02:20 Added: 1 year ago Hard Sex **Tube** ...

**Teen (18-19) Tubes | Page 1 | Lust Porn Tube**
www.**lustporntube**.com/popular/83/teen-18-19/1.html
Free Teen (18-19) Tube Porn ... Morena Peitinho lindo. 11:24 Added: 9 months ago
Your **Lust** ... Large **Porn Tube**. Tube Splash. My Loved Tube. My Retro Tube ...

**Your Lust Movies! Free porn movies. The best free sex movies.**
www.your**lust**movies.com/
The paradise for all **porn** seekers is now open for everybody! ... We keep adding new
**porn** videos and hot clips regularly to make sure you stay with us.

**Infinite Tube. Free porn tube movies.**
www.**infinitetube**.com/
Free #GNAME# porn tube movies. ... Search FREE porn videos at NudeVista ..... **Lust**
**Porn** Tube; 123. FuxEE; 124. Bonus Porn Tube; 125. Caramel Tube; 126.

**Links Lust Tube**
www.links**lust**.com/
Stay connected with the latest trend of hardcore sex at **Porn Links Lust** ... Be
mesmerized by our huge collection of **tubes** from mom, forced sex, family, fat, hairy, ...

**Lust Porn Tube Videos - Large Porn Tube**
www.large**porntube**.com/search/?q=**lust+porn+tube**
Large Porn Tube is a free porn tube site featuring a lot of **Lust Porn Tube** porn videos.
New videos added every day!

**Kendra Lust Porn Tube**
www.mammoth**tube**.com/search/?q=%22Kendra+**Lust**%22...lid...
Go to Kendra **Lust** Movies with preview thumbs at jennastube.com. Go to Kendra **Lust**
Pics at photogals.com. Go to Kendra **Lust** Mobile Movies at m.fuq.com ...

**Lust Porn - King Porn Tube search**
www.king**porntube**.com/your_porn/?q=**lust**
We have a tons of **Lust** videos! Watch **Lust** free porn on the best **porn tube** -
KingPornTube.com!



1  2  3  4  5  6  7  8  9  10        Next

Advanced search    Search Help    Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google



+You    **Search**    Images    Maps    Play    YouTube    News    Gmail    Drive    Calendar    More ▾

fresh porn tube

Sign in

Web    Images    Maps    Shopping    More ▾    Search tools

About 19,300,000 results (0.29 seconds)

**Fresh Porn Tube | Free streaming porn videos**
www.**freshporntube**.com/
Collection of free streaming **porn** videos from popular **tube** sites.

Latex
Sexy slave girl in latex masturbating
and pleasuring ...

Porn Hub
Collection of free Porn Hub's Last
Added streaming porn videos ...

XHamster
Collection of free XHamster's Last
Added streaming porn videos ...

Kim Kardashian
Collection of free Kim Kardashian
streaming porn videos from ...

Mom
Collection of free Mom streaming porn
videos from popular tube ...

High Definition
Collection of free High Definition
streaming porn videos from ...

More results from freshporntube.com »

**Tube Pleasure | Free porn tube videos**
www.**tubepleasure**.com/
Hamster Porn. Tube Vector. Tasty Movie. TubeZaur. Home Tube Porn. **Fresh Porn**
**Tube**. Infinite Tube. Tube Adult Movies. New Big Tube. Lust Porn Tube ...

**fresh. Porn Tube Videos at YouJizz**
www.youjizz.com/search/**Fresh**--1.html
**fresh porn tube** videos. ... Photographer gets fresh 22:26 Views: 705. 0; 1; 2; 3; 4; 5; 6;
7 ... Phoenix Marie in fresh meat 31:24 Views: 104606. 0; 1; 2; 3; 4; 5; 6; 7 ...

**Fresh Meat - Large Porn Tube**
www.**largeporntube**.com/search/?q=**fresh**+meat
Large **Porn Tube** is a free **porn tube** site featuring a lot of **Fresh** Meat porn videos. New
videos added every day!

**Large Porn Tube - The best fresh Porn Tube!**
www.large-**porn**-**tube**.com/
You're looking for a large **Porn Tube**? Then you're right here! We're the best large and
freshest **Porn Tube**!

**Pearly Tube - Fresh Porn Tube Movies**
www.pearly**tube**.com/
Fresh Porn Tube Videos and Quality Free Porn Tube Movies @ Pearly Tube.

**BeezTube - Fresh Porn, Fresh Porn Tube, Fresh Porn Videos**
www.beez**tube**.com/query/?q=**fresh**
Best **Fresh** porn videos from the biggest **porn tube** sites like: Pornhub.Com,
Xhamster.Com, Xvideos.Com, YouPorn.Com, PornHub.Com, RedTube.Com ...

*In response to a legal request submitted to Google, we have removed 1
result(s) from this page. If you wish, you may read more about the
request at ChillingEffects.org.*



1  2  3  4  5  6  7  8  9  10    Next

Advanced search    Search Help    Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google



+You   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ▾

cube porn tube

Sign in

Web   Images   Maps   Shopping   More ▾   Search tools

About 5,760,000 results (0.24 seconds)

**CUBE Porn Tube**. Free streaming sex movies.
www.**cubeporntube**.com/
**CUBE Porn Tube** collects and organizes free porn videos from tube sites. Our database
contains over 1 million sex videos. All the videos are categorized and ...
Teen (18-19) · Italian · Indian · Japanese

Teen (18-19) Tube Sex Movies Collection. **CUBE Porn Tube**. Free ...
www.**cubeporntube**.com/popular/83/teen-18-19/1.html
**CUBE Porn Tube** collects and organizes free Teen (18-19) Porn Videos from ...

Infinite **Tube**. Free **porn tube** movies.
www.infinite**tube**.com/
Boo Loo Tube · My Loved Tube · SFICO porn videos · Bros Tube · Large Porn Tube ·
Tube Porn City · **Cube Porn Tube** · DT Video Tube · Mommy Fuck Tube ...

Lust **Porn Tube**
www.lust**porntube**.com/
Tube Pleasure · Reality Homemade · My Loved Video · Fatty Videos · Video One Tube ·
Large Porn Tube · My 1 Tube · Cherry Porn Tube · My Retro Tube · Cube ...

**cube porn tube** porn movie video - juxmovies
www.juxmovies.com/**cube-porn-tube**.htm
**cube porn tube** porn movie video - juxmovies - Porn scenes and tube style free porn
movies for you. Daily Updated!

Ice **Cube** - Large **Porn Tube**
www.large**porntube**.com/search?q=ice+**cube**
Large **Porn Tube** is a free **porn tube** site featuring a lot of Ice **Cube porn** videos. New
videos added every day!

ZZZ **Tube** - Free **Porn** Movies & Videos
zzz**tube**.com/
Cliti Tube 02. Monicas Tube 03. Simply Porn Vids 04. Kowalsky Page 05. Jennas Tube,
06. Mushroom Tube 07. **Cube Porn Tube** 08. Free Tube Sex 09.

BeezTube - Cube Porn. **Cube Porn Tube**. Cube Porn Videos
beez**tube**.com/query/?q=**cube**
Best **Cube porn** videos from the biggest **porn tube** sites like: Pornhub.Com,
Xhamster.Com, Xvideos.Com, YouPorn.Com, PornHub.Com, RedTube.Com ...

Herd **Tube**. Free **Porn** Videos. Free Sex Movies. Free **Porn Tubes**.
www.herd**tube**.com/
Quality Free **Tube Porn** Updated Daily. Free Sex Videos and Free **Porn** Movies at
herdtube.cubes.

ice **cubes. Porn Tube** Videos at YouJizz
www.youjizz.com/search/ice-**cubes**---1.html
ice cubes porn tube videos. ... Ice Cubes & Panties 50 Views: 20764. 0; 1; 2; 3; 4; 5;
6; 7. My Cock Teasing Girlfriend 5:47 Views: 54984. 1 ... 1 ...

*In response to a complaint we received under the US Digital Millennium
Copyright Act, we have removed 1 result(s) from this page. If you wish,
you may read the DMCA complaint that caused the removal(s) at
ChillingEffects.org.*



1  2  3  4  5  6  7  8  9  10   Next

Advanced search    Search Help    Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google



+You  Search  Images  Maps  Play  YouTube  News  Gmail  Drive  Calendar  More ▾

book porn tube

Web  Images  Maps  Shopping  More ▾  Search tools

About 119,000,000 results (0.18 seconds)

**Book Porn Tube**
www.**bookporntube**.com/
Free tube porn videos. ... **Book Porn Tube**. **Book Porn Tube**. Home · New videos ·
Pictures · Adult dating · DVD download. Popular Categories. Public Videos ...

**Teen (18-19) Anal**
Construction worker fucks Euro teen
Hell Porno 4 months ago ...

**Mature**
Book Porn Tube · Home · New videos
· Pictures · Adult dating ...

**Teen (18-19)**
Hot Blonde Gets Her Wet Snatch
Banged In The Kitchen Any ...

**18**
Win Porn 4 months ago 05:16 This 18
year old virgin gets her ...

**Mom**
Free Mom tube porn videos. ... Book
Porn Tube ... Tube Wolf ...

**Brazil**
Free Brazil tube porn videos. ... Book
Porn Tube ... Hell ...

More results from bookporntube.com »

**CUBE Porn Tube. Free streaming sex movies.**
www.cube**porntube**.com/
CUBE **Porn Tube** collects and organizes free **porn** videos from tube sites. Our
database contains over 1 million sex videos. All the videos are categorized and ...

**I'm Porn Tube - Best Porn, Free Videos**
www.im**porntube**.com/
I'm Porn Tube is your only free porn videos tube. Here you will find ... length videos.
Come here every day and see most interesting porn! ... **Book Porn Tube** 171.

**Bonus Porn Tube**
www.bonus**porntube**.com/
Free tube porn videos. The hottest porn videos from popular tube sites. ... Damage Tube;
176. Box Porn Tube; 177. **Book Porn Tube**; 178. Cum Brains; 179.

**Book - Large Porn Tube**
www.large**porntube**.com/search/?q=**book**
Large **Porn Tube** is a free **porn** tube site featuring a lot of **Book porn** videos. New
videos added every day!

**VIVA Gals | Free porn tube videos**
www.vivagals.com/
VIVA Gals allows you to search you favorite porn tube videos. ... Beez Tube; 40. New
Mature Tube; 41. Fuxee; 42. **Book Porn Tube**; 43. I-sux; 44. Stop - Fuck; 45.

**Tube Porn Stamp - Free Porn Videos, Porn Tube Movies**
www.**porn**stamp.com/categories.shtml
The best free porn videos and tube movies presented here. ... It's the place where you
can get laid back and enjoy the relaxing and fascinating tube porn movies featured with
the most beautiful amateur girls nailed ..... **Book Porn Tube**; 98.

*In response to a legal request submitted to Google, we have removed 1
result(s) from this page. If you wish, you may read more about the
request at ChillingEffects.org.*



1  2  3  4  5  6  7  8  9  10    Next

Advanced search    Search Help    Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google



+You   **Search**   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ▾

royal porn tube

Sign in

Web   Images   Maps   Shopping   More ▾   Search tools

About 34,600,000 results (0.24 seconds)

**Royal Porn Tube.** 100% Free Tube Porn Videos. Full length ...
www.**royalporntube**.com/
**Royal Porn Tube** features a large collection of free tube porn videos. All the videos are categorized and searchable. New videos added daily. 100% free!!!

| | |
|---|---|
| **Mature** | **Mom** |
| Royal Porn Tube's collection of Free Mature Porn Videos. Tons ... | Royal Porn Tube's collection of Free Mom Porn Videos. Tons of ... |
| **Indian** | **New videos** |
| Related:indian actressindiaarabpakistanisunny ... | Royal Porn Tube's collection of Free Last Added Porn Videos ... |
| **Teen (18-19)** | **Accident** |
| Royal Porn Tube's collection of Free Teen (18-19) Porn Videos ... | Royal Porn Tube's collection of Free Accident Porn Videos ... |

More results from royalporntube.com »

**Royal porn tube** on Red Tube Now
www.rednow**tube**.com/mov/search/**royal+porn+tube**-1.html
Watch **royal porn tube** porn clips. Unlimited quantity of HQ porn clips with free daily updates is what pornclipsnow offers to every boobs lover! Get that sexy ass at ...

**Royal** - Large **Porn Tube**
www.large**porntube**.com/search/?q=**royal**
Large Porn Tube is a free **porn tube** site featuring a lot of **Royal porn** videos. New videos added every day!

Free **Royal Porn** Videos - RED **PORN TUBE**
red**porntube**.com/search/**royal**/
Free **royal porn tube** videos at Red Porn Tube presented on this page. Enjoy. Every day new videos by this category.

Lust **Porn Tube**
www.lust**porntube**.com/
Free tube porn categories. ... Julia Movies; 195. I Like Tubes; 196. Canyon Tube; 197. Bang Porn Tube; 198. Nora Porn; 199. Inya Tube; 200. **Royal Porn Tube** ...

4 **Porn** - **Porn**, Free **Porn**, **Porn Tube**, **Porn** Movies, **Porn Clips**
4**porn**.com/
4PORN.com has massive collection of free porn, porn videos and best hardcore movies online! ... Large Porn Tube · Tube Pleasure · Sex Tube Here · Video Sex Art · Das Porn Tube · Fap Movs · Fat Mom Tube · Kiss ..... **Royal Porn Tube**; 99.

**Royal Porn** Videos, Free **Royal Tube** Sex Movies, Xxx Clips. Page 1
sex**tube**box.com/**pornstar**/**royal**.html
Free **Royal Porn** Clips submitted at Sex Tube Box, Pornstar **Royal** Sex Videos, We have 1 pages Juicy **Royal** Videos, 1-44 of 44 Sex Tube Movies.

*In response to a legal request submitted to Google, we have removed 1 result(s) from this page. If you wish, you may read more about the request at ChillingEffects.org.*



1  2  3  4  5  6  7  8  9  10   **Next**

Advanced search   Search Help   Send feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms
About Google



+You  **Search**  Images  Maps  Play  YouTube  News  Gmail  Drive  Calendar  More ▾

69 porn tube                                                    🔍        Sign in

Web   Images   Maps   Shopping   More ▾   Search tools                    ⚙

About 75,800,000 results (0.13 seconds)

**69 Porn Tube**. Free streaming tube videos. 100% FREE PORN!
www.**69porntube**.com/
69 **Porn Tube** features one of the largest archive of free streaming porn videos in various categories.
Japanese - Thai - Teen (18-19) - Italian

**69 - Large Porn Tube**
www.**largeporntube**.com/popular/1191/**69**/1.html
Related:**69** cumshot**69** orgasmfacesitting**69** cum**69** lesbianface sittinglesbian **69** massagepussy licking**69** teenhandjobshemale **69**blowjobsixty ninebbw **6969** ...

**69**, Sixty Nine, Sixtynine **Porn Tube** Movies - Tube Gals
www.**tubegals**.com/search/?kwid=5458&q=**69**
69, Sixty Nine, Sixtynine **Porn Tube** Movies at TubeGals.com. ... Go to 69 Movies with preview thumbs at jennastube.com. Go to 69 Pics at photogals.com ...

**69 - Porn, Sex Tube, Porn Tube**. Free Porn, Porno, Porn Videos
www.**apetube**.com/search/?kwid=5458&q=**69**
Hot Latina Shemale Bare Backed And Loved In **69** 8:461 year ago**Porn Tube** report. showing 1-60 of 76476 for '**69**'. 1 2 3 4 5 6 7 8 ... Next Page - order by: ...

**69 Tubes | Page 1 | Lust Porn Tube**
www.**lustporntube**.com/popular/1191/**69**/1.html
Free **69 Tube Porn**. ... Hot **69** with horny milf riding her hairy pussy on horny guy face. 02:00 Added: 1 year ago Porner Bros ...

**69 Tube Sex Movies Collection. CUBE Porn Tube**. Free streaming ...
www.**cubeporntube**.com/popular/1191/**69**/1.html
CUBE **Porn Tube** collects and organizes free **69** Porn Videos from tube sites. Our database contains over 1 million sex videos including **69**, 69 Cumshot, **69** ...

**69**, Sixty Nine, Sixtynine **Porn & Sex Tube - Maximus Tube**
www.**maximustube**.org/search/?q=**69**&kwid=5458&c=1&lid...
69, Sixty Nine, Sixtynine - MAXIMUSTUBE.COM is a **Porn Tube** with 1000s of Fee Porn Categories Showing Sex videos. The Site is Updated Daily!!!

**Tube 69 - You will love our Porn!**
www.**clubsixtynine**.com/
69 **Tube** videos added every day for you to enjoy the latest **porn** scenes with sixty nine position sex.

**69 Free Porn Videos | Tube Pleasure | Free tube videos**
www.**tubepleasure**.com/**tube**/?q=**69**&s=0&p=1&g=1191
... robe fucked. 4 months ago Hell **Porno** 08:00 **69**, babe, satin, titjob report ... and cum facial. 7 months ago Sexy **Tube** 05:16 **69**, british, cum in mouth report ...

**PornTube 69 - Porn Poly**
www.**pornpoly**.com/index.php?q=**PornTube**+**69**
Watch the most popular PornTube **69 porn tube** videos online for free on PornPoly! Try this free porn video right now: Slippery Nuru Massage 69 With Sophia ...



1 2 3 4 5 6 7 8 9 10   **Next**

Advanced search   Search Help   Send feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms
About Google



+You   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ▾

pipe porn tube                                    🎤    🔍        Sign in

Web   Images   Maps   Shopping   More ▾   Search tools                    ⚙

About 8,950,000 results (0.21 seconds)

**Pipe Porn Tube**
www.**pipeporntube**.com/
Free **tube porn** videos. Categorized movies from popular **tube** sites.
Arab - Mom - Italian - Full Movie

**Popular Categories - Pipe Porn Tube**
www.**pipeporntube**.com/categories.shtml
Free **tube porn** videos. Categorized movies from popular **tube** sites.

**Teen Porn Tubes 1 | Pipe Porn Tube**
www.**pipeporntube**.com/popular/83/teen/1.html
Free Teen **tube porn** videos. Categorized movies from popular **tube** sites.

**Mom Porn Tubes 1 | Pipe Porn Tube**
www.**pipeporntube**.com/popular/25/mom/1.html
**Pipe Porn Tube**. Select the category ... Mom, Mommy Porn Tubes .... I-sux · Sfico
Porn Videos · Neat Tube · Mag Post Tube · Tube Mm · Large Porn Tube · 4 Porn ...

**Mature Porn Tubes 1 | Pipe Porn Tube**
www.**pipeporntube**.com/popular/14/mature/1.html
Free Mature **tube porn** videos. Categorized movies from popular **tube** sites.

**Japanese Porn Tubes 1 | Pipe Porn Tube**
www.**pipeporntube**.com/popular/435/japanese/1.html
**Pipe Porn Tube**. Select the category ... Japanese, Japan Porn Tubes .... Neat Tube ·
Sfico Porn Videos · Mag Post Tube · Tube Mm · Large Porn Tube · 4 Porn ...

**Tube Pleasure | Free porn tube videos**
www.**tube**pleasure.com/
New Big Tube. Lust Porn Tube. Edem Tube. Attractive Tube. Tube Charm. VIVA Gals.
Cube Porn Tube. Tubes Here. Tube Porn City. Tube Porn Mix. Pipe Porn ...

**Pipe Porn - Free Porn Tube Videos**
www.**pipeporno**.com/
**Pipe Porno Tube** offers hardcore pipe fixing within exclusive porn categories so sit
back and enjoy porn tube videos where no pussy pipes left unattended.

**Grab Porn Tube**
www.grab**porntube**.com/
GrabPornTube.com is your favorite porn tube site. ... no another nasty things - only best
quality, longest and most interesing porn videos. ... **Pipe Porn Tube**; 66.

**Pipe - Large Porn Tube**
www.large**porntube**.com/search/?q=pipe
Large Porn Tube is a free porn tube site featuring a lot of **Pipe porn** videos. New
videos added every day!

*In response to a legal request submitted to Google, we have removed 1
result(s) from this page. If you wish, you may read more about the
request at ChillingEffects.org.*



1  2  3  4  5  6  7  8  9  10    **Next**

Advanced search    Search Help    Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google



+You   **Search**   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ▾

box porn tube

Sign in

**Web**   Images   Maps   Shopping   More ▾   Search tools

About 90,000,000 results (0.13 seconds)

**Box Porn Tube** - Free porn right out of the box.
www.**boxporntube**.com/
Free **tube porn** videos. Free **porn** movies from popular **tube** sites.
Mom - Japanese - Mature - Full Movie

Vintage Tubes 1 | **Box Porn Tube** - Free porn right out of the box.
www.**boxporntube**.com/popular/1345/vintage/1.html
Free Vintage **tube porn** videos. Free Vintage, Classic, Retro, Mom, Italian, Family, Full
Movie, Vintage Anal, Hairy, Kay Parker, Vintage Gay, German, Indian, ...

Ebony Tubes 1 | **Box Porn Tube** - Free porn right out of the box.
www.**boxporntube**.com/popular/13/ebony/1.html
Free Ebony **tube porn** videos. Free Ebony, Black, Ebony Teen, Ebony Anal, Bbw,
Ebony Lesbian, Ebony Shemale, Latina, Ebony Amateur, Jada Fire, African, ...

Mature Tubes 1 | **Box Porn Tube** - Free porn right out of the box.
www.**boxporntube**.com/popular/14/mature/1.html
Free Mature **tube porn** videos. Free Mature, Mom, Granny, Milf, Mature Anal, Bbw,
Wife, Mature Lesbian, Cougar, Italian, British, German, Old, French, Mature ...

Mom Tubes 1 | **Box Porn Tube** - Free porn right out of the box.
www.**boxporntube**.com/popular/25/mom/1.html
Free Mom **tube porn** videos. Free Mom, Milf, Mature, Family, Mommy, Stepmom,
Teacher, Mom Boy, Mom Forced, Aunt, Wife, Hot Mom, Indian, Granny, Massage ...

Big Tits Tubes 1 | **Box Porn Tube** - Free porn right out of the box.
www.**boxporntube**.com/popular/469/big-tits/1.html
Free Big Tits **tube porn** videos. Free Big Tits, Big Boobs, Big Ass, Huge Tits, Milf, Bbw,
Big Tits At School, Mom, Tits, Lisa Ann, Busty, Big Tits Teen, Big Cock, ...

Shemale Tubes 1 | **Box Porn Tube** - Free porn right out of the box.
www.**boxporntube**.com/popular/84/shemale/1.html
Free Shemale **tube porn** videos. Free Shemale, Tranny, Ladyboy, Shemale And Girl,
Shemale Fucks Girl, Gay, Strapon, Shemale Solo, Crossdresser, Lesbian, ...

Sex **Tube Box** - Hard Sex **Tube Porn** Videos, You **Tube** Sex Movies ...
sex**tubebox**.com/
Sex Tube Box - Tube Sex Videos, Free Sex Tube Movies, **Porn Tube** Clips, Xxx Tube
Films, You Tube Sex Movies collected from All Sex Tubes Xhamster Tube8 ...

**Boxporntube** - Find More Sites - SimilarSites.com
www.similarsites.com/site/**boxporntube**
20 Best Websites that are similar to **Boxporntube** - Box Porn Tube. Free porn right
out of the box.. Find sites in topics like Porn tube, Tubes, Porn.

Clean Tube Porn - free porn movies, **porn tube**, porn videos
www.clean**tubeporn**.com/
CleanTubePorn.com is your only free **porn tube** site. ... exploits, short annoying videos
and other shit - only my favorite porn videos. ... Sex Tube **Box**; 20.

*In response to a legal request submitted to Google, we have removed 1
result(s) from this page. If you wish, you may read more about the
request at ChillingEffects.org.*



1   2   3   4   5   6   7   8   9   10        **Next**

Advanced search      Search Help      Send feedback

Google Home      Advertising Programs      Business Solutions      Privacy & Terms
About Google



+You  **Search**  Images  Maps  Play  YouTube  News  Gmail  Drive  Calendar  More ▾

kiss| porn tube                                              🔍         Sign in

**Web**  Images  Maps  Shopping  More ▾  Search tools                              ⚙

About 27,700,000 results (0.20 seconds)

**Kiss Porn Tube.** Free porn videos.
www.**kissporntube**.com/
**KissPornTube**.com is a free porn site featuring a lot of categorized tube videos. 100% free streaming porn!
Japanese - Spanish - Teen - French

Mature Porn Videos - **Kiss Porn Tube**
www.**kissporntube**.com/popular/14/mature/1.html
KissPornTube.com is a free porn site featuring a lot of Mature tube porn videos.

Vintage Porn Videos - **Kiss Porn Tube**
www.**kissporntube**.com/popular/1345/vintage/1.html
KissPornTube.com is a free porn site featuring a lot of Vintage tube porn videos ...

Last Added Porn Videos - **Kiss Porn Tube**
www.**kissporntube**.com/search/
KissPornTube.com is a free porn site featuring a lot of Last Added tube porn ... Hot Porn Videos At Other Free Sites ...

**Kissing** - Large **Porn Tube**
www.large**porntube**.com/popular/36/**kissing**/1.html
Large **Porn Tube** is a free **porn tube** site featuring a lot of **Kissing** porn videos. ... 9 months ago Porn Sharia 08:00 domination, hd, **kissing**, lesbian, lesbian ...

**kiss Porn Tube** Videos at YouJizz
www.youjizz.com/search/**kiss**--1.html
**kiss porn tube** videos. ... Horny Girls Kiss Cunts 30:53 Views: 580271. 0; 1; 2; 3; 4; 5; 6; 7. Serbian Cherry Kiss 59:55 Views: 248242. 0; 1; 2; 3; 4; 5; 6; 7. Kiss My ...

**kissing Porn Tube** Videos at YouJizz
www.youjizz.com/search/**kissing**--1.html
Nasty Deepthroat and **kissing** play 18:56 Views: 1132114. 0; 1; 2; 3; 4; 5; 6; 7. Shower Lesbian Amazing Orgy 18:35 Views: 1858983. 0; 1; 2; 3; 4; 5; 6; 7 ...

Coffe tube - **porn tube** clips **Kissing**
coffe**tube**.com/mov/best/**kissing**-1.html
Mega archive **porn tube** clips, teen amateur asian mature content, updated daily. ... Two smoking hot babe lesbians **kiss** in the pool before making out inside ...

**Kissing Porn Tube** - Mammoth tube
www.mammoth**tube**.com/search/?q=**Kissing**&kwid=5619&c...
**Kissing** - Mammoth Tube: Free **Porn** Movies, Sex Tube :: 250.000+ Free **porn** movies, 1000+ New movies every day!

**Kissing** - Porn, Sex Tube, **Porn Tube**, Free Porn, Porno, Porn Videos
www.ape**tube**.com/search/?kwid=5619&q=**Kissing**
**Kissing** Girls And Lesbian Licking 28:451 week ago**Porn Tube** report · Late Night Casual Sex Date 3:083 weeks ago**GFs** Sex report · Office Dark Meat 2:592 ...



**1** 2 3 4 5 6 7 8 9 10          **Next**

Advanced search   Search Help   Send feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms
About Google



+You   **Search**   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ▾

gold porn tube

Sign in

Web   Images   Maps   Shopping   More ▾   Search tools

About 71,800,000 results (0.17 seconds)

**Gold Porn Tube**
www.**goldporntube**.com/
Free tube porn. The hottest porn videos from popular tube sites.
Arab · Indian · Italian · Mom

**Mom Movies | Page 1 | Gold Porn Tube**
www.**goldporntube**.com/popular/25/mom/1.html
Free Mom tube porn. The hottest porn videos from popular tube sites.

**Mature Movies | Page 1 | Gold Porn Tube**
www.**goldporntube**.com/popular/14/mature/1.html
Gold Porn Tube ... Superb collection of Mature Porn vids from Guys For Matures ....
xHamster HQ · 4 Porn · Sfico Porn Videos · Porn Videos · HQ Mature Tube ...

**Vintage Movies | Page 1 | Gold Porn Tube**
www.**goldporntube**.com/popular/1345/vintage/1.html
Free Vintage tube porn. The hottest porn videos from popular tube sites.

**Gold Porn Tube - Watch Free Porn Videos!**
www.**goldporntube**.org/
Gold Porn Tube - Free Watch Best Quality Porn Videos and Sex Clips.

**Tube Pleasure | Free porn tube videos**
www.**tube**pleasure.com/
Large Porn Tube. Mommy Fuck Tube. Tube Porn Movies. 4 Porn Tube. Tube Porn Film.
Gold Porn Tube. Video One. Tube Splash. Hamster Porn. Tube Vector ...

**Infinite Tube. Free porn tube movies.**
www.**infinite**tube.com/
My Retro Tube · New Shemale Tube · Gold Porn Tube · Neat Tube · Boo Loo Tube · My
Loved Tube · SFICO porn videos · Bros Tube · Large Porn Tube · Tube ...

**Gold Porn Tube, Popular Porn, Free Sex, GoldPornTube - Go Gold ...**
www.go**goldporn**.com/
GoldPornTube has the most popular movies from 100s of free sex tubes spidered every
10mins. If you cannot find something you really like here then it does not ...

**Maya Gold - Large Porn Tube**
www.large**porntube**.com/search/?q=maya+**gold**
Large Porn Tube is a free porn tube site featuring a lot of Maya Gold porn videos. New
videos added every day!

**Gold Porn Tube**
www.**gold-porn-tube**.net/
Our Network: Large Porn Tube · Mobile large Porn Tube · Another Gold Porn Tube ·
Mobile Gold Porn Tube · Mobile Version · Gold Porn Tube ...



Goooooooooogle   ›

1  2  3  4  5  6  7  8  9  10   **Next**

Advanced search   Search Help   Send feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms
About Google



+You   **Search**   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ▾

large porn tube                                                         🔍          Sign in

Web    Images    Maps    Shopping    More ▾    Search tools                    ⚙

About 75,200,000 results (0.17 seconds)

**Large Porn Tube. Free tube porn videos, free sex, full length ...**
www.**largeporntube**.com/
**Large Porn Tube** is a free porn tube site featuring a lot of free porn videos. New videos
added every day!

  **Mom**                                    **German**
  Hot Mom - Mom Boy - My Mom -              Deutsch - Longest - German Milf -
  Mommy - Mom Forced - Longest            German mature - Latest - ...

  **Lesbian**                                **Japanese**
  Lesbian Seduction - Longest - Mature     Japan Mom - Japanese Milf -
  lesbian - Lesbian Teens                  Longest - Latest - Japan Teen

  **New Movies**                            **Teen 18 19**
  Large Porn Tube is a free porn tube      1 week ago Red Tube 20:00 faye
  site featuring a lot of Last ...        reagan, kissing, pool, redhead ...

  More results from largeporntube.com »

**Tube Pleasure | Free porn tube videos**
www.**tube**pleasure.com/
Large Porn Tube. Mommy Fuck Tube. Tube Porn Movies. 4 Porn Tube. Tube Porn
Film. Gold Porn Tube. Video One. Tube Splash. Hamster Porn. Tube Vector ...

**Large Porn Tube. Full Length Sex Clips, LargePornTube - Top ...**
www.top**largeporn**.com/
Top **large porn tube** videos are uploaded daily. The most popular porntubes are sorted
in over 1000 categoires for your tube pleasure viewing!

**Large porn tube**
www.**largeporntube**.me/
This is the **large porn tube** 100% free porn videos. Join · Premium Login; Bookmark.
Home · Videos · Categories · Pornstars · Live Sex · Get Laid · Premium ...

**large Porn Tube Videos at YouJizz**
www.youjizz.com/search/**large**--1.html
**large porn tube** videos. ... Perky teen exercises a large cock 35:31 Views: 86552. 0; 1;
2; 3; 4; 5; 6; 7 ... Hot MILF Drunna with a Large Dick 57:54 Views: 160950 ...

**Large Porn - King Porn Tube search**
www.king**porntube**.com/your_search/?q=**large**
We have a tons of Large Porn videos! Watch Large free porn on the best porn tube -
KingPornTube.com!

**4 Porn - Porn, Free Porn, Porn Tube, Porn Movies, Porn Clips**
4**porn**.com/
Large Porn Tube · Tube Pleasure · Sex Tube Here · Video Sex Art · Das Porn Tube ·
Fap Movs · Fat Mom Tube · Kiss Porn Tube · Hot Sex Tube · 1 Free Tube ...



1  2  3  4  5  6  7  8  9  10    **Next**

Advanced search    Search Help    Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google

# ANNEX 12

SEARCH DOMAINS      SEARCH WHOIS

 # Search WHOIS Records

### Search the WHOIS Database
Include the TLD (i.e. .com, .net, etc.)

alexz-traffic.com



**Type the two words:**

RUN WHOIS

Registration and WHOIS Service provided by Directnic.com

DNC Holdings, Inc. provides the data in the Directnic.com Registrar WHOIS database for informational purposes only. The information may only be used to assist in obtaining information about a domain name's registration record. The use of this data for any other purpose without prior written consent by DNC Holdings, Inc. is expressly forbidden.

By submitting a WHOIS query, you agree to all the terms and limitations herein and that you will use this data only for lawful purposes. You also agree that under no circumstances will you use this data to:
(a) allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass, unsolicited, commercial advertising or solicitations, including, but not limited to, spam, to entities other than the data recipient's own existing customers;
(b) enable high volume, automated, electronic processes that send queries or data to the systems of any Registry Operator or ICANN-accredited registrar or
(c) enable any automated or robotic processes to collect or compile data for any purpose, including data mining.

DNC Holdings makes this information available "as is", and provides no guarantee or warranty as to its accuracy.

Registrant:
Calista Enterprises Ltd.
Global Gateway 1749,
Rue de la Perle

Providence, Mahe 10000
SC
+420774806357

Domain Name: ALEXZ-TRAFFIC.COM

Administrative Contact:
Ltd., Calista Enterprises webmaster@alexz-traffic.com
Global Gateway 1749,
Rue de la Perle
Providence, Mahe 10000
SC
+420774806357

Technical Contact:
Ltd., Calista Enterprises webmaster@alexz-traffic.com
Global Gateway 1749,
Rue de la Perle
Providence, Mahe 10000
SC
+420774806357

Record last updated 04-28-2012 07:42:12 PM
Record expires on 03-09-2015
Record created on 03-09-2006

Domain servers in listed order:
 NS0.AZ7T1.COM 194.187.96.142
 NS1.AZ7T1.COM 194.187.96.144

The compilation, repackaging, dissemination, or other use of this WHOIS
data is expressly prohibited without the prior written consent of
DNC Holdings, Inc.

DNC Holdings reserves the right to terminate your access to its WHOIS
database in its sole discretion, including without limitation, for
excessive querying of the database or for failure to otherwise abide by
this policy.

DNC Holdings reserves the right to modify these terms at any time.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.
LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

      **Serving Customers Since 2000**              Payment Options:

# ANNEX 13



www.alexz-traffic.com

Traffic trade | Link removal | Abuse | Contact us

## BBW Sites:

| URL: | Title: | | Type: | Traffic: | Trade: |
|---|---|---|---|---|---|
| fattythumbs.com | Fatty Thumbs | | Thumb TGP | Alexa | ☐ signup |
| hqplumpers.com | HQ Plumpers | | Thumb TGP | Alexa | ☐ signup |
| morefatties.com | More Fatties | | Thumb TGP | Alexa | ☐ signup |
| mysweetfatty.com | My Sweet Fatty | | Thumb TGP | Alexa | ☐ signup |
| wildfatties.com | Wild Fatties | | Thumb TGP | Alexa | ☐ signup |
| yourbbw.com | Your BBW | | Thumb TGP | Alexa | ☐ signup |

## Big Tits Sites:

| URL: | Title: | | Type: | Traffic: | Trade: |
|---|---|---|---|---|---|
| hqboobs.com | HQ Boobs | | TUBE | Alexa | ☐ signup |

## Ebony Sites:

| URL: | Title: | | Type: | Traffic: | Trade: |
|---|---|---|---|---|---|
| brownmaids.com | Brown Maids | | Thumb TGP | Alexa | ☐ signup |
| sinfulblacks.com | Sinful Blacks | | Thumb TGP | Alexa | ☐ signup |
| spicyblackgirls.com | Spicy Black Girls | | Thumb TGP | Alexa | ☐ signup |

## General Sites:

| URL: | Title: | | Type: | Traffic: | Trade: |
|---|---|---|---|---|---|
| azgals.com | AZ Gals | | Thumb TGP | Alexa | ☐ signup |
| bestpics4you.com | Best Pics 4 You | | Thumb TGP | Alexa | ☐ signup |
| jerkroom.com | Jerk Room | | Thumb TGP | Alexa | ☐ signup |
| midnightfever.com | Midnight Fever | | TUBE | Alexa | ☐ signup |
| porntiki.com | Porn Tiki | | TUBE | Alexa | ☐ signup |

## Hairy Sites:

| URL: | Title: | | Type: | Traffic: | Trade: |
|---|---|---|---|---|---|
| hairycave.com | Hairy Cave | | Thumb TGP | Alexa | ☐ signup |
| hairycorner.com | Hairy Corner | | Thumb TGP | Alexa | ☐ signup |
| unshavedcuties.com | Unshaved Cuties | | Thumb TGP | Alexa | ☐ signup |

# Mature Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|------|--------|-------|----------|--------|
| agedmamas.com | Aged Mamas | Thumb TGP | Alexa | ☐ signup |
| alexmatures.com | Alex Matures | Thumb TGP | Alexa | ☐ signup |
| bangedmamas.com | Banged Mamas | Thumb TGP | Alexa | ☐ signup |
| deluxewifes.com | Deluxe Wifes | Thumb TGP | Alexa | ☐ signup |
| gracefulmilf.com | Graceful MILF | Thumb TGP | Alexa | ☐ signup |
| gracefulmom.com | Graceful Mom | Thumb TGP | Alexa | ☐ signup |
| magicmatures.com | Magic Matures | Thumb TGP | Alexa | ☐ signup |
| momsecstasy.com | Moms Ecstasy | Thumb TGP | Alexa | ☐ signup |
| olderkiss.com | Older Kiss | Thumb TGP | Alexa | ☐ signup |
| womeninyears.com | Women In Years | Thumb TGP | Alexa | ☐ signup |
| maturezilla.com | Mature Zilla | TUBE | Alexa | ☐ signup |

# Shemale Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|------|--------|-------|----------|--------|
| lustoftranny.com | Lust Of Tranny | Thumb TGP | Alexa | ☐ signup |
| transpleasure.com | Trans Pleasure | Thumb TGP | Alexa | ☐ signup |

# Toon Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|------|--------|-------|----------|--------|
| friskytoons.com | Frisky Toons | Thumb TGP | Alexa | ☐ signup |
| hellotoons.com | Hello Toons | Thumb TGP | Alexa | ☐ signup |
| hqtoons.com | HQ Toons | Thumb TGP | Alexa | ☐ signup |
| toonberry.com | Toon Berry | Thumb TGP | Alexa | ☐ signup |
| toongold.com | Toon Gold | Thumb TGP | Alexa | ☐ signup |
| toonsband.com | Toons Band | Thumb TGP | Alexa | ☐ signup |

**Signup for trade**

**Trade rules:**

1. No illegal sites.
2. No sites with young looking models. Feed your site with some mature traffic. It helps.
3. No consoles/popunders.
4. No subdomains, IPs, freehosts, any country or language redirect.
5. Please don't send me a lot of China, Turkey, Egypt, India, etc. traffic. Visitors from bad countries just not counted.
6. Your site must have visible toplist. And you must have 50-100 trades already.
7. I prefer not to trade with sites with thumbs over 240x180.
8. Minimal skim is 60%
9. Your productivity must be over 120% (including clicks to galleries). I will remove trades with productivity under 100% WITHOUT NOTICE!!!
10. New trades are disabled by default. Just send 100-150 hits in 24 hours and I will review your site.

E-Mail: **webmaster(AT)alexz-traffic(DOT)com**

Trade with                    Please select the sites

Domain

Url

Title

Email

ICQ

Nickname

Password

Short description

Add Trade

# ANNEX 14



**4tube – Frequently Asked Questions**

http://www.4tube.com/faq#webmasters

4tube – Frequently Asked Ques...

Videos

**4tube.com**
rock out with your cock out

Home    Videos    Pornstars    Sites    Premium    Slut Roulette    Free Fuck    Live Sex

Pornstars A-Z:    A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

## FAQ

### General

- **How often is 4Tube updated?**
  23 times a day! That's new content **every hour!**

- **How can I download the videos?**
  You can download the videos by clicking the "download full scene" button on the playback pages which will take you to the external site that will let you download the video

- **Who is 4Tube's sister site?**
  Gals4Free.net. Gals4Free is a long standing, highly ranked site full of galleries. Every girl you see on 4Tube will be on Gals4Free. You can even see how many galleries a girl has on Gals4Free on their profile page!

- **Do you have any amateur content as well?**
  Bored of the produced stuff at the moment? You can find masses of amateur, home-made content over at Fux.com.

### Player

- **Why can't I play the videos?**
  4Tube servers videos in the H.264 format - this means we can give you high quality videos at no additional cost to the user. To be able to play back videos, you must have at least version **9,0,124** of Adobe Flash Player installed. This is because H.264 is not supported before verison 9,0,115, and 9,0,124 has **important security updates.**

- **Videos won't buffer**
  We don't use what is known as 'progressive download' on 4Tube. We stream the videos to you meaning you can jump to ANY part of the video whenever you want. No need to hit pause and wait for enough to download before you get to see the action!

- **How do I embed your player on my site?**
  For information on embedding the player, contact support@4tube.com

### Advertising on 4Tube

- **How can I advertise on 4Tube?**
  To advertise on 4Tube please contact support@4tube.com

- **How can I get my site and videos on 4Tube?**
  We hand-pick content for 4Tube. To have your site and videos considered for 4Tube, contact support@4tube.com

- **Can I hotlink or use your images?**
  In short, no. Doing so is violating the copyright owner's rights. Please contact the copyright owner for images/content you can use. They're usually more than happy to help you out.

### So are you a TGP / MGP / TUBE / BLOG site owner and want to make some extra cash?

- **We have been buying traffic of all kinds on a pay per click basis.**
  (Different payouts for different types of traffic)

- **We have a wide range of tools for you to work with.**
  From RSS feeds to custom dynamic Iframes

- **How do I get in touch?**
  Hit us up on ICQ 59661018 or email us at support@4tube.com for more information!

### Legal

- **Where can I find your 2257 statement?**
  http://www.4tube.com/legal/2257

- **Where can I find your privacy policy?**
  http://www.4tube.com/legal/privacy

- **Where can I find your terms of service?**
  http://www.4tube.com/legal/tos

**Newest Pornstars**

Janessa Jordan





# ANNEX 15











# ANNEX 16



# ANNEX 17

LargePornTube.com



KissPornTube.com



GoldPornTube.com



BoxPornTube.com

## PipePornTube.com



## 69PornTube.com



## RoyalPornTube.com



## BookPornTube.com



## CubePornTube.com



Disclaimer: CubePornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.
CubePornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2011 AlexZ-Traffic.com     Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA

## FreshPornTube.com

Porn Tube - Tranny Tube - Mature Tube - Porn - Free Porn

Disclaimer: FreshPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.
FreshPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2009-2012 AlexZ-Traffic.com     Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA



## LustPornTube.com

Porn Tube - Tranny Tube - Mature Tube - Free Porn

Disclaimer: LustPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.
LustPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2009-2012 AlexZ-Traffic.com     Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA

## BonusPornTube.com

Porn Tube - Tranny Tube - Mature Tube - Porn

Disclaimer: BonusPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.
BonusPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2010-2012 AlexZ-Traffic.com     Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA



## DirectPornTube.com

40. Big Tube          80. Knock Tube          120. Ore Porn Tube          160. Kiss Porn Tube          200. Tube Video Post

DirectPornTube.com is a free porn tube site featuring full length streaming sex videos. All the videos are categorized and searchable. New porn videos added daily. So please bookmark this page and visit us tomorrow for fresh portion of free porn.

Disclaimer: DirectPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.
DirectPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2010-2012 AlexZ-Traffic.com     Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA

# ANNEX 18

Log In to My Account   or Create Account

24/7 Support: **(480) 505-8877**   Support
Hablamos Español

Commercials  |  Deals  |  Bob's Blog

| All Products ▼ | Cart ▼ | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check |

WHOIS search results for:
**PORNTUBE.COM**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: PORNTUBE.COM
Created on: 29-Nov-04
Expires on: 29-Nov-19
Last Updated on: 22-Jan-12

Registrant:
Domains By Proxy, LLC

DomainsByProxy.com
14747 N Northsight Blvd Suite 111, PMB 309
Scottsdale, Arizona 85260
United States

Administrative Contact:
Private, Registration PORNTUBE.COM@domainsbyproxy.com
Domains By Proxy, LLC
DomainsByProxy.com
14747 N Northsight Blvd Suite 111, PMB 309
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Technical Contact:
Private, Registration PORNTUBE.COM@domainsbyproxy.com
Domains By Proxy, LLC
DomainsByProxy.com
14747 N Northsight Blvd Suite 111, PMB 309
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Domain servers in listed order:
NS0.REFLECTED.NET
NS1.REFLECTED.NET

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**Domain already taken?**

| Enter domain name | .com ▼ | Search |

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| | Similar Premium Domains | |
|---|---|---|
| ☐ | TubeInc.com | $515.00* |
| ☐ | TubeFan.com | $3,588.00* |

Domains available at Go Daddy Auctions®:

| | | |
|---|---|---|
| ☐ | tubetechnology.com Ends on: 6/26/2013 12:50:00 PM PDT | $1,682.00* |
| ☐ | tubegear.com Ends on: 6/26/2013 9:31:00 AM PDT | $3,688.00* |
| ☐ | tubecenter.com Ends on: 6/26/2013 9:09:00 AM PDT | $4,088.00* |
| ☐ | tubeaxialfans.com Ends on: 5/31/2013 9:45:00 AM PDT | $999.00* |
| ☐ | quartztube.com Ends on: 5/30/2013 12:45:00 PM PDT | $1,799.00* |
| ☐ | tubeadapters.com Ends on: 5/30/2013 11:15:00 AM PDT | $650.00* |

**Learn more about**

Private Registration                    Deluxe Registration
Business Registration                   Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                           .com

## Go Daddy Global

Language: English ▼        Country: United States ▼        Currency: United States Dollar $ (Transactional)

| Account Manager | Shopping | Resources | Support | About Go Daddy | Mobile | Global Sites |
|---|---|---|---|---|---|---|
| My Account | Domain Search | Webmail | Telephone Support & Sales | About Us | Go Daddy, on the GO! | Go Daddy (English) |
| My Renewals | Web Hosting | WHOIS search | Product Support | News Releases | iPhone Application | Go Daddy (Español) |
| Order History | Product Catalog | ICANN Confirmation | Discussion Forums | Careers | iPad Application | Go Daddy Australia |
| Create Account | Go Daddy Gear | Affiliates | User Groups | Go Daddy Cares | Android Application | Go Daddy Canada |
| | Deals of the Day | Follow & Fan Us | Submit Support Ticket | Marketing Opportunities | Visit Go Daddy Mobile | Go Daddy India |
| | | Legal | Site Suggestions | Customer Testimonials | | Go Daddy United Kingdom |
| | | Small Business Center | Report Abuse | Security Center | | |
| | | Site Map | | .ME Scholarship | | |
| Follow & Fan Us | | | | Round Up for Charity | Sign Up for Special Offers | |
| | | | | Bob's Video Blog | Email Address        Submit | |
| | | | | Inside Go Daddy | | |

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.
Legal    Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2013 Go Daddy Operating Company, LLC. All Rights Reserved.                           E

TESTED 2013 - 05 - 01

# ANNEX 19



# ANNEX 20





# ANNEX 21



