UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Calista Enterprises Ltd.
_____

Civil Case No. 3:13-cv-01045

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

**Plaintiff(s),**

v.

Tenza Trading Ltd.
_____

**Defendant(s).**

Attorney Valentin David Gurvits requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)  **PERSONAL DATA:**
Name: Gurvits, Valentin David
     *(Last Name)     (First Name)     (MI)     (Suffix)*
Firm or Business Affiliation: Boston Law Group, PC
Mailing Address: 825 Beacon Street, Suite 20
City: Newton Centre   State: MA   Zip: 02459
Phone Number: 617-928-1804   Fax Number: 617-928-1802
Business E-mail Address: vgurvits@bostonlawgroup.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Massachusetts - December 14, 1999 - 643572

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
District of Massachusetts - April 15, 2004

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 1,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Calista Enterprises Ltd.

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 20 day of JUNE, 2013

_____
(Signature of Pro Hac Counsel)

**Valentin David Gurvits**
(Typed Name)

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 21st day of June, 2013

_____
(Signature of Local Counsel)

Name: Freedman, Thomas   Jr.
     (Last Name)   (First Name)   (MI)   (Suffix)

Oregon State Bar Number: 080697
Firm or Business Affiliation: Pearl Law LLC
Mailing Address: 522 SW 5th Avenue Suite 1100
City: Portland    State: Oregon    Zip: 97204
Phone Number: 503-295-6296    Business E-mail Address: thomas@prllaw.com

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge