UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Calista Enterprises Ltd.

Plaintiff(s),

v.

Tenza Trading Ltd.

Defendant(s).

Civil Case No. 3:13-cv-01045

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Matthew Shayefar** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Shayefar, Matthew**
 *(Last Name)*  *(First Name)*  *(MI)*  *(Suffix)*

Firm or Business Affiliation: **Boston Law Group, PC**

Mailing Address: **825 Beacon Street, Suite 20**

City: **Newton Centre**   State: **MA**   Zip: **02459**

Phone Number: **617-928-1806**   Fax Number: **617-928-1802**

Business E-mail Address: **matt@bostonlawgroup.com**

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Massachusetts - November 30, 2012 - 685927
California - June 3, 2013 - 289685

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Ninth Circuit - December 14, 2012
District of Massachusetts - January 22, 2013

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 1,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Calista Enterprises Ltd.

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this **21** day of **June**, **2013**

_____
(Signature of Pro Hac Counsel)

Matthew Shayefar
(Typed Name)

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this **21st** day of **June**, **2013**

_____
(Signature of Local Counsel)

Name: **Freedman**, **Thomas**, **Jr.**
(Last Name)  (First Name)  (MI)  (Suffix)

Oregon State Bar Number: **080697**
Firm or Business Affiliation: **Pearl Law LLC**
Mailing Address: **522 SW 5th Avenue Suite 1100**
City: **Portland**  State: **Oregon**  Zip: **97204**
Phone Number: **503-295-6296**  Business E-mail Address: **thomas@prllaw.com**

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

U.S. District Court—Oregon
Revised March 6, 2013

Application for Special Admission - *Pro Hac Vice*
Page 3 of 3