UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Calista Enterprises Ltd.

Plaintiff(s),

v.

Tenza Trading Ltd.

Defendant(s).

Civil Case No. 3:13-CV-01045

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Sean Ploen requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Ploen, Sean
  (Last Name) (First Name) (MI) (Suffix)
Firm or Business Affiliation: Ploen Law Firm, PC
Mailing Address: 100 South Fifth Street, Suite 1900
City: Minneapolis  State: MN  Zip: 55402
Phone Number: (651) 894 - 6800  Fax Number: (651) 894 - 6801
Business E-mail Address: sploen@ploen.com

Revised March 6, 2013

Application for Special Admission - *Pro Hac Vice*
Page 1 of 3

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
Massachusetts - January 22, 1999 - 641279
New Hampshire - May 28, 1999 - inactive
Minnesota - April 20, 2004 - 333980

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
D. Massachusetts - 1999; D. New Hampshire - 1999;
D. Minnesota - 2009; Ninth Circuit Court of Appeals - 2000.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 3,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Calista Enterprises Ltd.

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 21 day of June, 2013

_____
(Signature of Pro Hac Counsel)

Sean Ploen
_____
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 21 day of June, 2013

_____
(Signature of Local Counsel)

Name: Freedman, Thomas Jr.
       (Last Name)     (First Name)     (MI)     (Suffix)

Oregon State Bar Number: 080697
Firm or Business Affiliation: Pearl Law LLC
Mailing Address: 552 SW 5th Avenue Suite 1100
City: Portland     State: Oregon     Zip: 97204
Phone Number: 503-295-6296     Business E-mail Address: thomas@prllaw.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge