UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Calista Enterprises Ltd.

Plaintiff(s),

v.

Tenza Trading Ltd.

Defendant(s).

Civil Case No. 3:13-cv-01045-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Sean Ploen** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Ploen, Sean**
(Last Name)     (First Name)     (MI)     (Suffix)

Firm or Business Affiliation: **Ploen Law Firm, PC**
Mailing Address: **100 South Fifth Street, Suite 1900**
City: **Minneapolis**     State: **MN**     Zip: **55402**
Phone Number: **(651) 894 - 6800**     Fax Number: **(651) 894 - 6801**
Business E-mail Address: **sploen@ploen.com**

(2) **BAR ADMISSIONS INFORMATION:**

   (a)   State bar admission(s), date(s) of admission, and bar ID number(s):
Massachusetts - January 22, 1999 - 641279
New Hampshire - May 28, 1999 - inactive
Minnesota - April 20, 2004 - 333980

   (b)   Other federal court admission(s), date(s) of admission, and bar ID number(s):
D. Massachusetts - 1999; D. New Hampshire - 1999;
D. Minnesota - 2009; Ninth Circuit Court of Appeals - 2000.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   (a)   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   (b)   ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 3,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Calista Enterprises Ltd.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 21 day of June, 2013

_____
(Signature of Pro Hac Counsel)

Sean Ploen
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 21 day of June, 2013

_____
(Signature of Local Counsel)

Name: Freedman, Thomas Jr.
       (Last Name)        (First Name)        (MI)    (Suffix)
Oregon State Bar Number: 080697
Firm or Business Affiliation: Pearl Law LLC
Mailing Address: 552 SW 5th Avenue Suite 1100
City: Portland        State: Oregon    Zip: 97204
Phone Number: 503-295-6296    Business E-mail Address: thomas@prllaw.com

**COURT ACTION**

[X] Application approved subject to payment of fees.
[ ] Application denied.

DATED this 25th day of June, 2013

/s/ Michael H. Simon
Judge