UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

CALISTA ENTERPRISES LTD., a Republic of Seychelles company,

    Plaintiff(s),

v.

TENZA TRADING LTD., a Cyprus company,

    Defendant(s).

Civil Case No. 3:13-cv-1045-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Paul N. Tauger** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Tauger**, **Paul**, **N**
    (Last Name) (First Name) (MI) (Suffix)
Firm or Business Affiliation: **The Eclipse Group LLP**
Mailing Address: **2020 Main Street, Suite 600**
City: **Irvine**   State: **CA**   Zip: **92614**
Phone Number: **949-851-5000**   Fax Number: **949-851-5051**
Business E-mail Address: **pnt@eclipsegrp.com**

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
California, December 1992, Cal. State Bar No. 160552

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
CD-Cal, ND-Cal, SD-Cal, ED-Cal -- 1993
9th Cir. Ct. of Appeals, 11th Cir. Ct. of Appeals -- 1998
United States Supreme Court -- 2000

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑  I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐  I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 4,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Tenza Trading Ltd.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 21st day of August, 2013

*(Signature of Pro Hac Counsel)*

Paul N. Tauger
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 21st day of August, 2013

*(Signature of Local Counsel)*

Name: Zastrow Newman, Devon
  *(Last Name)*   *(First Name)*   *(MI)*   *(Suffix)*

Oregon State Bar Number: 014627
Firm or Business Affiliation: Schwabe, Williamson & Wyatt
Mailing Address: 1211 S.W. 5th Avenue, Suite 1600
City: Portland    State: OR    Zip: 97204
Phone Number: 503-796-2944    Business E-mail Address: dnewman@schwabe.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

---