UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

CALISTA ENTERPRISES LTD., a Republic of Seychelles company,

Plaintiff(s),

v.

TENZA TRADING LTD., a Cyprus company,

Defendant(s).

Civil Case No. 3:13-cv-1045-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Anna M. Vradenburgh requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**
Name: Vradenburgh, Anna M.
(Last Name) (First Name) (MI) (Suffix)
Firm or Business Affiliation: The Eclipse Group LLP
Mailing Address: 6345 Balboa Boulevard, Suite 325, Building II
City: Encino State: CA Zip: 91316
Phone Number: 818-488-8146 Fax Number: 818-332-4205
Business E-mail Address: amv@eclipsegrp.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
California State Bar, 1992, 163212

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Central District of California, 1992, 163212

United States Patent Bar, 1995, 39868

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    [x] I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    [ ] I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 4,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Tenza Trading Ltd.

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 20 day of August, 2013

*(Signature of Pro Hac Counsel)*

Anna M. Vradenburgh
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 21 day of August, 2013

*(Signature of Local Counsel)*

Name: Zastrow Newman, Devon
  (Last Name)    (First Name)    (MI)    (Suffix)

Oregon State Bar Number: 014627
Firm or Business Affiliation: Schwabe, Williamson & Wyatt
Mailing Address: 1211 S.W. 5th Avenue, Suite 1600
City: Portland    State: OR    Zip: 97204
Phone Number: 503-796-2944    Business E-mail Address: dnewman@schwabe.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge