**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Catherine B. Brinkman**, OSB #002134
Email: cbrinkman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger (Admitted Pro Hac – CA Bar No. 160552)**
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh (Admitted Pro Hac – CA Bar No. 163212)**
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Attorneys for Defendant and Counterclaimant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company**,**<br><br>Plaintiff,<br><br>vs.<br><br>**TENZA TRADING LTD.,** a Cyprus Company**,**<br><br>Defendant. | No. 3:13-cv-01045-SI<br><br>Defendant and Counterclaimant's Statement Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1-1 |

Page 1 -   DEFENDANT AND COUNTERCLAIMANT'S
              STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND
              LOCAL RULE 7.1-1

The parents of Tenza Trading Ltd. are Krysnacom Capital Ltd. and IBZ Capital Ltd., both Cyprus companies.

Dated: September 6, 2013

Respectfully submitted,

_____
Paul N. Tauger, Admitted *Pro Hac Vice*
Anna M. Vradenburgh, Admitted *Pro Hac Vice*
THE ECLIPSE GROUP LLP
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Devon Zastrow Newman, OSB #014627
Catherine B. Brinkman, OSB #002134
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant Tenza Trading Ltd.