**Thomas Freedman, Jr.**, OSB #080697
Email: thomas@prllaw.com
PEARL LAW LLC
522 SW 5th Avenue Suite 1100
Portland, OR 97204
Telephone: 503-295-6296

**Matthew Shayefar,** *appearing pro hac vice*
Email: matt@bostonlawgroup.com
**Valentin David Gurvits,** *appearing pro hac vice*
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: 617-928-1806
Facsimile: 617-928-1802

**Sean Ploen,** *appearing pro hac vice*
Email: sploen@ploen.com
PLOEN LAW FIRM, PC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: 651-894-6800
Facsimile: 651-894-6801

      Attorneys for Plaintiff Calista Enterprises Ltd.

**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Catherine B. Brinkman**, OSB #002134
Email: cbrinkman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger,** *appearing pro hac vice*
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh,** *appearing pro hac vice*
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

      Attorneys for Defendant Tenza Trading Ltd.

Page 1 -    JOINT REQUEST FOR RULE 16 CONFERENCE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\12487755.2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company**,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**TENZA TRADING LTD.,** a Cyprus Company**,**<br><br>　　　　　Defendant. | No. 3:13-cv-01045-SI<br><br>**JOINT REQUEST FOR RULE 16 CONFERENCE** |

　　　　Pursuant to Local Rule 16-2, Plaintiff Calista Enterprises, Ltd. ("Calista") and Defendant Tenza Trading Ltd. ("Tenza") jointly request a Rule 16 conference with the Court.

　　　　Counsel for the parties first conferred pursuant to FRCP 26(f) on September 12, 2013. During this conference, counsel discussed (among other issues) a proposed case management schedule for the initial deadlines in the case. Counsels' proposals did not match; briefly, Tenza desires to pursue a faster case schedule than Calista and proposed a schedule with shorter deadlines. At the conclusion of the call, counsel agreed to discuss the dates proposed by each side with their respective clients and reconvene for further discussions. At the subsequent conference on September 18th, counsel could not agree to the case management schedule.

　　　　Tenza has served discovery and has requested the deposition of Plaintiff's principal member in November. Calista has filed a motion to stay this case pending resolution of an invalidity challenge pending before the Trademark Trial and Appeal Board. The parties have an issue concerning Tenza's request to schedule an international deposition in November. The

Page 2 -　　JOINT REQUEST FOR RULE 16 CONFERENCE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\12487755.2

parties respectfully request the assistance of the Court in resolving scheduling matters.

Dated this 21st day of October, 2013.

Respectfully submitted,

s/ Devon Zastrow Newman
Paul N. Tauger, *appearing pro hac vice*
Anna M. Vradenburgh, *appearing pro hac vice*
THE ECLIPSE GROUP LLP
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Devon Zastrow Newman, OSB #014627
Catherine B. Brinkman, OSB #002134
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant Tenza Trading Ltd.


s/ Matthew Shayefar
Matthew Shayefar, *appearing pro hac vice*
Valentin David Gurvits, *appearing pro hac vice*
BOSTON LAW GROUP, PC
Telephone: 617-928-1806
Facsimile: 617-928-1802

Sean Ploen, *appearing pro hac vice*
PLOEN LAW FIRM, PC
Telephone: 651-894-6800
Facsimile: 651-894-6801

Thomas Freedman, Jr., OSB #080697
PEARL LAW LLC
Telephone: 503-295-6296

Attorneys for Plaintiff Calista Enterprises Ltd.

Page 3 -    JOINT REQUEST FOR RULE 16 CONFERENCE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\12487755.2