**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Catherine B. Brinkman**, OSB #002134
Email: cbrinkman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger,** *appearing pro hac vice*
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh,** *appearing pro hac vice*
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

      Attorneys for Defendant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company**,**<br><br>      Plaintiff,<br><br>  vs.<br><br>**TENZA TRADING LTD.,** a Cyprus Company**,**<br><br>      Defendant. | No. 3:13-cv-01045-SI<br><br>DECLARATION OF DEVON ZASTROW NEWMAN IN SUPPORT OF DEFENDANT TENZA TRADING LTD.'S MOTION FOR PROTECTIVE ORDER REGARDING CALISTA'S NOTICE OF FRCP 30(B)(6) AND 45 DEPOSITION OF TENZA |

Page 1 -   DECLARATION OF DEVON ZASTROW NEWMAN IN SUPPORT OF TENZA MOTION FOR PROTECTIVE ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\13131212.2

I, Devon Zastrow Newman, declare that the following is true and correct:

1.      I am one of the attorneys for Defendant, Tenza Trading Ltd. ("Tenza") in the above-captioned case. I have personal knowledge of the facts and information set forth herein and if called as a witness I could and would testify accordingly. I make this declaration based upon my personal knowledge and belief in support of Defendant Tenza Trading Ltd's Motion for Protective Order Regarding Calista's Notice of FRCP 30(b)(6) and 45 Deposition of Tenza.

2.      Attached as Exhibit A is a true and correct copy of the Notice of Deposition served by plaintiff Calista Enterprises, Ltd. ("Calista").

3.      Attached as Exhibit B is a true and correct copy of e-mail correspondence on January 23, 2014 from Paul Tauger on behalf of Tenza asserting preliminary objections to the noticed topics in Calista's Notice to Tenza.

4.      Attached as Exhibit C is a true and correct copy of the Amended Notice of Deposition served by Calista. For the Court's convenience, Tenza submits the redlined version of the Amended Notice received by counsel that reflects all changes from the original Notice.

5.      Attached as Exhibit D is a true and correct copy of e-mail correspondence on January 28, 2014 from Paul Tauger on behalf of Tenza requesting that Calista revise the Amended Notice to reflect the stipulation that was reached during the meet and confer on January 29, 2014.

6.      Attached as Exhibit E is a true and correct copy of a Notice of Subpoena to Produce Documents, Information or Objects in a Civil Action Pursuant to Federal Rule of Civil Procedure 45 to GoDaddy.com, LLC, received from plaintiff Calista's counsel on January 29, 2014.

7.      Attached as Exhibit F is a true and correct copy of select pages of Calista Enterprises Ltd.'s Objections and Responses to Tenza Trading Ltd.'s First Set of Interrogatories from October 29, 2013.

8.      Attached as Exhibit G is a true and correct copy of select pages of Tenza Trading

Page 2 -   DECLARATION OF DEVON ZASTROW NEWMAN IN SUPPORT OF TENZA MOTION FOR PROTECTIVE ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\13131212.2

Ltd.'s Objections and Responses to Calista Enterprises Ltd.'s First Set of Interrogatories from January 20, 2014.

**I hereby declare that the above statement, including information contained in the exhibits, is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury pursuant to the laws of the United States.**

Dated this 30th day of January, 2014.

s/ Devon Zastrow Newman<br>
Devon Zastrow Newman

Page 3 -   DECLARATION OF DEVON ZASTROW NEWMAN IN SUPPORT OF TENZA MOTION FOR PROTECTIVE ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\13131212.2