**Thomas Freedman Jr.** (OSB No. 080697) thomas@prllaw.com
**Pearl Law LLC**
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:    (503) 295-6296 | Fax: (503) 295-6344

**Valentin Gurvits** (*pro hac vice*) vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice*) matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:    (617) 928-1800 | Fax: (617) 928-1802

**Sean Ploen** (*pro hac vice*) sploen@ploen.com
**Ploen Law Firm, PC**
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Tel:    (651) 894-6800 | Fax: (651) 894-6801

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| **CALISTA ENTERPRISES LTD.**, a Republic of Seychelles company,<br><br>    Plaintiff/Counter-defendant,<br><br>- v. -<br><br>**TENZA TRADING LTD.**, a Cyprus company,<br><br>    Defendant/Counterclaimant. | Case No. 3:13-cv-01045-SI<br><br>**ATTORNEY DECLARATION & EXHIBIT** |

I, Thomas Freedman, declare and state as follows:

1.   I am local counsel for Plaintiff Calista Enterprises Ltd. in the above-captioned matter.

2.   Attached hereto as **Exhibit A** are true and correct copies of excerpts from the Transcript of the Telephonic Discovery Conference Before The Honorable Michael H. Simon on

January 31, 2014.

      3.     This motion is filed in good faith, and not for purposes of harassment, delay or any other improper purpose.

      4.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 27, 2014

                                        By:   /s/ *Thomas Freedman*
                                                Thomas Freedman, OSB No. 080697

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**      Page **2**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459      Attorney Declaration & Exhibit
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com