**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Catherine B. Brinkman**, OSB #002134
Email: cbrinkman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger,** *appearing pro hac vice*
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh,** *appearing pro hac vice*
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

      Attorneys for Defendant Tenza Trading Ltd.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company**,**<br><br>    Plaintiff,<br><br>  vs.<br><br>**TENZA TRADING LTD.,** a Cyprus Company**,**<br><br>    Defendant. | Case No. 3:13-cv-01045-SI<br><br>DEFENDANT AND COUNTERCLAIMANT TENZA TRADING LTD.'S MOTION TO COMPEL DISCOVERY<br><br>Expedited Hearing Requested |

      Pursuant to Federal Rules of Civil Procedure 34 and 37(a), Defendant Tenza Trading Ltd.

("Tenza"), submits the following motion:

Page 1 -    **DEFENDANT TENZA TRADING LTD.'S MOTION TO COMPEL DISCOVERY**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

## LR 7-1 CERTIFICATION

The undersigned counsel for Tenza certifies that counsel for Tenza conferred in good faith with counsel for Plaintiff Calista Enterprises Ltd. ("Calista") by telephone on 2/20/2014 and 2/24/14 prior to filing this motion. The parties were unable to resolve the issues raised in this motion, and the Court's assistance is respectfully requested.

## MOTION

Pursuant to Rules 34 and 37(a) of the Federal Rules of Civil Procedure, Tenza, by its undersigned attorneys, hereby respectfully moves the Court for an order compelling Calista to respond fully to Tenza's Request for Production of Documents Nos. 3, 9, and 13 within fourteen (14) days of the Court's order, as provided by LR 37-2. This motion is supported by the concurrently filed Memorandum in Support, the Declaration of Paul N. Tauger, and the exhibits submitted in support of the declaration.

DATED this 27th day of February, 2014.

s/ Devon Zastrow Newman
Paul N. Tauger, *appearing pro hac vice*
Anna M. Vradenburgh, *appearing pro hac vice*
THE ECLIPSE GROUP LLP
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Devon Zastrow Newman, OSB #014627
Catherine B. Brinkman, OSB #002134
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant Tenza Trading Ltd.

Page 2 -    DEFENDANT TENZA TRADING LTD.'S MOTION
            TO COMPEL DISCOVERY

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900