**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Catherine B. Brinkman**, OSB #002134
Email: cbrinkman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger,** *appearing pro hac vice*
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh,** *appearing pro hac vice*
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Attorneys for Defendant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company**,**<br><br>   Plaintiff,<br><br>   vs.<br><br>**TENZA TRADING LTD.,** a Cyprus Company**,**<br><br>   Defendant. | No. 3:13-cv-01045-SI<br><br>JOINT STIPULATED MOTION TO EXTEND EXPERT DEADLINES<br><br>PURSUANT TO LR 16-3 |

Page 1 -   JOINT STIPULATED MOTION TO EXTEND EXPERT DEADLINES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\13310350.1

Tenza Trading Ltd. (hereafter "Tenza") and Calista Enterprises, Ltd. (hereafter "Calista") submit the following stipulated motion.

### Local Rule 7.1 Certification

The undersigned counsel certify that the motion at issue is stipulated by counsel.

### Motion

The parties request a brief extension of two weeks for each of the current expert discovery deadlines to accommodate Calista's need for additional time to provide certain information related to Tenza's claim for damages. The current deadlines and proposed extensions are as follows:

| PRESENT DEADLINE | PROPOSED DEADLINE |
| --- | --- |
| Opening Expert Reports Due – 3/14/2014 | March 28, 2014 |
| Rebuttal Expert Reports Due – 3/28/2014 | April 11, 2014 |
| Expert Depositions Completion Deadline – 4/18/2014 | May 2, 2014 |

Calista anticipates supplementing its document production related to damages no later than March 21, 2014. Tenza's damages expert will need an additional week with the supplemented discovery to finalize an initial report. The deposition deadline must also be moved to accommodate the new report schedule.

This motion is made in good faith and not for purposes of delay. The requested extension

Page 2 -   JOINT STIPULATED MOTION TO EXTEND EXPERT DEADLINES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\13310350.1

will not require any modifications to any other case management dates that have been set by the Court.

Dated this 28th day of February, 2014.

    Respectfully submitted,

    s/ Devon Zastrow Newman
    Paul N. Tauger, *appearing pro hac vice*
    Anna M. Vradenburgh, *appearing pro hac vice*
    THE ECLIPSE GROUP LLP
    Telephone: 949-851-5000 ext. 110
    Facsimile: 949-851-5051

    Devon Zastrow Newman, OSB #014627
    Catherine B. Brinkman, OSB #002134
    SCHWABE, WILLIAMSON & WYATT, P.C.
    Telephone: 503-222-9981
    Facsimile: 503-796-2900

    Attorneys for Defendant Tenza Trading Ltd.

    s/ Matthew Shayefar
    Matthew Shayefar, *appearing pro hac vice*
    Valentin David Gurvits, *appearing pro hac vice*
    BOSTON LAW GROUP, PC
    Telephone: 617-928-1806
    Facsimile: 617-928-1802

    Sean Ploen, *appearing pro hac vice*
    PLOEN LAW FIRM, PC
    Telephone: 651-894-6800
    Facsimile: 651-894-6801

    Thomas Freedman, Jr., OSB #080697
    PEARL LAW LLC
    Telephone: 503-295-6296

    Attorneys for Plaintiff Calista Enterprises Ltd.

Page 3 -    JOINT STIPULATED MOTION TO EXTEND EXPERT DEADLINES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\13310350.1