**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Catherine B. Brinkman**, OSB #002134
Email: cbrinkman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger,** *appearing pro hac vice*
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh,** *appearing pro hac vice*
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Attorneys for Defendant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company**,**<br><br>            Plaintiff,<br><br>    vs.<br><br>**TENZA TRADING LTD.,** a Cyprus Company**,**<br><br>            Defendant. | No. 3:13-cv-01045-SI<br><br>MEMORANDUM IN SUPPORT OF JOINT STIPULATED MOTION TO EXTEND EXPERT DEADLINES |

Page 1 -   MEMORANDUM IN SUPPORT OF JOINT STIPULATED
           MOTION TO EXTEND EXPERT DEADLINES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\13311793.1

Tenza Trading Ltd. (hereafter "Tenza") and Calista Enterprises, Ltd. (hereafter "Calista") submit this Memorandum in Support of their Joint Stipulated Motion to Extend Expert Deadlines.

The parties request a brief extension of two weeks for each of the current expert discovery deadlines to accommodate Calista's need for additional time to provide certain information related to Tenza's claim for damages.  Pursuant to LR 16-3, and given the stipulation from opposing counsel, Tenza respectfully requests a two-week extension to the following deadlines:

| PRESENT DEADLINE | PROPOSED DEADLINE |
| --- | --- |
| Opening Expert Reports Due – 3/14/2014 | March 28, 2014 |
| Rebuttal Expert Reports Due – 3/28/2014 | April 11, 2014 |
| Expert Depositions Completion Deadline – 4/18/2014 | May 2, 2014 |

This motion is made in good faith and not for purposes of delay.  The requested extension

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 -   MEMORANDUM IN SUPPORT OF JOINT STIPULATED MOTION TO EXTEND EXPERT DEADLINES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\13311793.1

will not require any modifications to any other case management dates that have been set by the Court.

Dated this 28th day of February, 2014.

             Respectfully submitted,

             s/ Devon Zastrow Newman
             Paul N. Tauger, *appearing pro hac vice*
             Anna M. Vradenburgh, *appearing pro hac vice*
             THE ECLIPSE GROUP LLP
             Telephone: 949-851-5000 ext. 110
             Facsimile: 949-851-5051

             Devon Zastrow Newman, OSB #014627
             Catherine B. Brinkman, OSB #002134
             SCHWABE, WILLIAMSON & WYATT, P.C.
             Telephone: 503-222-9981
             Facsimile: 503-796-2900

             Attorneys for Defendant Tenza Trading Ltd.

             s/ Matthew Shayefar
             Matthew Shayefar, *appearing pro hac vice*
             Valentin David Gurvits, *appearing pro hac vice*
             BOSTON LAW GROUP, PC
             Telephone: 617-928-1806
             Facsimile: 617-928-1802

             Sean Ploen, *appearing pro hac vice*
             PLOEN LAW FIRM, PC
             Telephone: 651-894-6800
             Facsimile: 651-894-6801

             Thomas Freedman, Jr., OSB #080697
             PEARL LAW LLC
             Telephone: 503-295-6296

             Attorneys for Plaintiff Calista Enterprises Ltd.

Page 3 -    MEMORANDUM IN SUPPORT OF JOINT STIPULATED
      MOTION TO EXTEND EXPERT DEADLINES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\13311793.1