UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

[Plaintiff], Calista Enterprises Ltd.

                Plaintiff(s),                Civil No: 3:13-cv-01045-SI

vs.

[Defendant], Tenza Trading Ltd.                JOINT ALTERNATE DISPUTE
                                                                      RESOLUTION REPORT

                Defendant(s).

    Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit.  This report is submitted in compliance with LR 16-4(d).

1.    Have counsel held settlement discussions with their clients and the opposing party?
      ☒Yes     ☐No

    If not, provide an explanation:

2.    The parties propose:  (*check one of the following*)

      ☐ (a)    That this case be referred to a neutral of their choice for ADR not sponsored by the court pursuant to LR 16-4(e)(1).

      ☐ (b)    That the court refer this case to mediation using a Court-sponsored mediator or staff mediator.  (*See* LR 16-4(f) for Court-sponsored mediation procedures).  The parties seek a Court mediator because:

☐ (c)    ADR may be helpful at a later date following completion of:

_____

_____

☐ (d)    The parties believe the court would be of assistance in preparing for ADR by:

_____

_____

☒ (e)    The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f)    Other:

_____

_____

_____


DATED: March 6, 2014                 By:    /s/Matthew Shayefar
                                            Plaintiff's Attorney



                                     By:    /s/Devon Zastrow Newman
                                            Defendant's Attorney