UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Calista Enterprises Ltd.

Plaintiff(s),
v.

Tenza Trading Ltd.

Defendant(s).

Civil Case No. 3:13-cv-01045-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney __Evan Fray-Witzer__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: __Fray-Witzer, Evan__
    *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Firm or Business Affiliation: __Ciampa Fray-Witzer, LLP__

Mailing Address: __20 Park Plaza, Suite 505__

City: __Boston__ State: __MA__ Zip: __02116__

Phone Number: __617-426-0000__ Fax Number: __617-507-8043__

Business E-mail Address: __Evan@CFWLegal.com__

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Massachusetts - 12/15/93 - 564349
New Hampshire - 05/31/94 - 10233

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
1st Cir. - 1997; 9th Circ. 2013;
D. Mass. - 1994; D. N.H. - 1994;
US Supreme Court - 2012

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Calista Enterprises Ltd.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 4th day of April, 2014

_____
(Signature of Pro Hac Counsel)

Evan Fray-Witzer
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 7th day of April, 2014

_____
(Signature of Local Counsel)

Name: Freedman, Thomas, Jr.
       (Last Name)      (First Name)    (MI)    (Suffix)

Oregon State Bar Number: 080697
Firm or Business Affiliation: Pearl Law LLC
Mailing Address: 522 SW 5th Avenue Suite 1100
City: Portland    State: Oregon    Zip: 97204
Phone Number: 503-295-6296    Business E-mail Address: thomas@prllaw.com

**COURT ACTION**

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this 8th day of April, 2014

/s/ Michael H. Simon
Judge