**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Catherine B. Brinkman**, OSB #002134
Email: cbrinkman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger,** *appearing pro hac vice*
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh,** *appearing pro hac vice*
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

  Attorneys for Defendant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company,<br><br>   Plaintiff,<br><br> v.<br><br>**TENZA TRADING LTD.,** a Cyprus Company,<br><br>   Defendant. | No. 3:13-cv-01045-SI<br><br>UNOPPOSED MOTION TO EXTEND EXPERT DEPOSITION DEADLINE<br><br>PURSUANT TO LR 16-3 |

Page 1 -   UNOPPOSED MOTION TO EXTEND EXPERT
    DEPOSITION DEADLINE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\13855459.2

| | |
|---|---|
| **TENZA TRADING LTD.,** a Cyprus Company,<br><br>    Counterclaim Plaintiff,<br><br>  v.<br><br>**CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company; and **ALEXANDER ZHUKOV,** A Czechoslovakian citizen,<br><br>    Counterclaim Defendants. | |

Tenza Trading Ltd. (hereafter "Tenza") submits the following unopposed motion.

### Local Rule 7-1(a)(1) Certification

The undersigned counsel certifies that the motion at issue is unopposed by counsel for Plaintiff Calista Enterprises Ltd ("Calista").

### Motion

Pursuant to LR 16-3, Tenza requests a brief extension of one business day, from Friday, May 9, 2014, to Monday, May 12, 2014, for completion of expert depositions to accommodate the scheduling of the expert deposition of Calista's expert Chris Tregillis in Los Angeles, California. This short extension is necessary as there are 6 expert depositions in 6 states that needed to be scheduled. Between the attorneys' travel time and the schedules of the experts, scheduling of the depositions has been extremely difficult. Because of these difficulties, it became necessary to schedule the deposition of Calista's expert, Chris Tregillis on Monday, May 12, 2014, one business day after the expert deposition deadline.

This motion is made in good faith and not for purposes of delay. The requested extension

Page 2 -  UNOPPOSED MOTION TO EXTEND EXPERT DEPOSITION DEADLINE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\13855459.2

will not require any modifications to any other case management dates that have been set by the Court.

Dated this 9th day of May, 2014.

                                        Respectfully submitted,

                                        s/ Anna M. Vradenburgh
                                        Paul N. Tauger, *appearing pro hac vice*
                                        Anna M. Vradenburgh, *appearing pro hac vice*
                                        THE ECLIPSE GROUP LLP
                                        Telephone: 949-851-5000 ext. 110
                                        Facsimile: 949-851-5051

                                        Devon Zastrow Newman, OSB #014627
                                        Catherine B. Brinkman, OSB #002134
                                        SCHWABE, WILLIAMSON & WYATT, P.C.
                                        Telephone: 503-222-9981
                                        Facsimile: 503-796-2900

                                        Attorneys for Defendant Tenza Trading Ltd.

Page 3 -   UNOPPOSED MOTION TO EXTEND EXPERT DEPOSITION DEADLINE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\13855459.2