**Paul N. Tauger** (*Admitted pro hac vice* – CA Bar No. 160552)
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh** (*Admitted pro hac vice* – CA Bar No. 163212)
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Catherine B. Brinkman**, OSB #002134
Email: cbrinkman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant and Counterclaimant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company**,**<br><br>            Plaintiff,<br><br>    vs.<br><br>**TENZA TRADING LTD.,** a Cyprus Company**,**<br><br>            Defendant. | Case No. 3:13-cv-01045-SI<br><br>DEFENDANT AND COUNTERCLAIMANT TENZA'S RESPONSE TO COURT ORDER OF JUNE 13, 2014 |

Page 1 -     Defendant and Counterclaimant Tenza's Response to
             Court Order of June 13, 2014



**TENZA TRADING LTD.,** a Cyprus Company,

          Counterclaim Plaintiff,

v.

**CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company; and **ALEXANDER ZHUKOV,** a Czechoslovakian citizen,

  **Counterclaim Defendants.**

### I. Introduction

This Court has requested that Tenza provide citation to legal authority supporting Tenza's assertion that, "It is settled law in this Circuit that the alter-ego of a corporate entity is deemed served when the corporate entity is served." Tenza provides the authority cited herein, and attaches the full cases as an appendix hereto.

### II. Authority for the Proposition that it is Settled Law in this Circuit that the Alter-ego of a Corporate Entity is Deemed Served When the Corporate Entity is Served

The short decision in *Certified Bldg. Products, Inc. v. N.L.R.B.*, 528 F.2d 968, 969 (9th Cir. 1976) addressed, solely, the question of whether *in personam* jurisdiction was obtained over a respondent to a National Labor Relations Board proceeding. In *Certified,* Mr. Fidler was alleged to be the alter ego of his corporation, Certified Building Products. The Ninth Circuit held: "The record supports the Board's finding that the corporation is Fidler's alter ego. Accordingly, in a board proceeding of this kind, service upon the corporation is the equivalent of service upon the individual." *Id.* That the Ninth Circuit holding was not limited to NLRB proceedings is confirmed by the US district courts that have construed the opinion. *See, e.g., Global, Inc. v. Fax87.Com*, CV 13-05353 DDP AJWX, 2014 WL 462832 (C.D. Cal. Feb. 5, 2014) ("j2 additionally argues that Fani was properly served because service was executed

Page 2 -    Defendant and Counterclaimant Tenza's Response to Court Order of June 13, 2014



properly on MJF, which j2 contends is Fani's alter ego.  Service on a defendant's alter ego may constitute service on defendant himself."), *citing Certified Bldg. Prods. Ins. V. N.L.R.B.*, 528 F.2d 968, 969 (9th Cir. 1976).  The following are examples of cases that, though citing *Certified Bldg. Products* with respect to personal jurisdiction, also recognize that the case applies to federal court cases and is not, in any way, limited to the NLRB:  *Goldman v. Seawind Grp. Holdings Pty Ltd.*, CV 13-01759 SI, 2013 WL 4647492 (N.D. Cal. Aug. 29, 2013) ("If a corporation is the alter ego of an individual defendant, or one corporation is the alter ego of another, a court may "pierce the corporate veil" and attribute the "contacts" of the corporation to the individual.  *Certified Building Products, Inc. v. NLRB*, 528 F.2d 968, 969 (9th Cir.1976)"); *Peak Performance Nutrition v. MediaPower, Inc.*, CV09-4933 AG (SHX), 2010 WL 2384412 (C.D. Cal. June 7, 2010) ("But if a corporation is the alter ego of an individual, courts may "pierce the corporate veil" and attribute contacts of the corporation to the individual.  *Certified Bldg. Prods., Inc. v. N.L.R.B.*, 528 F.2d 968, 969 (9th Cir. 1976)"); *RAE Sys., Inc. v. TSA Sys., Ltd.*, C 04-2030 FMS, 2005 WL 1513124 (N.D. Cal. June 24, 2005) (Under the federal law governing the exercise of personal jurisdiction, if a corporation is the alter ego of an individual defendant, or one corporation the alter ego of another, the Court may "pierce the corporate veil" jurisdictionally and attribute "contacts" accordingly.  *Certified Building Products, Inc. v. NLRB*, 528 F.2d 968, 969 (9th Cir.1975)"); *Perrotta v. Roadway Global Air*, C-96-20281 SW, 1996 WL 723031 (N.D. Cal. Dec. 9, 1996) ("If a corporation is the alter ego of an individual defendant, or one corporation the alter ego of another, courts may then "pierce the corporate veil" jurisdictionally and attribute "contacts" accordingly.  *Certified Building Products, Inc.* v. NLRB, 528 F.2d 968, 969 (9th Cir. 1976)."); *Hoag v. Sweetwater Int'l*, 857 F. Supp. 1420, 1426 (D. Nev. 1994) ("However, the corporate form may be ignored, and jurisdiction over the individual

Page 3 -   Defendant and Counterclaimant Tenza's Response to
            Court Order of June 13, 2014



officer allowed, in cases in which the corporation is the agent or alter ego of the defendant. *Certified Bldg. Prods., Inc. v. National Labor Relations Bd.,* 528 F.2d 968 (9th Cir. 1976).").

Moreover, Shepardizing *Certified Bldg. Prods.* revealed no cases either criticizing the case, or suggesting that its holding is limited to NLRB proceedings. As such, Tenza respectfully submits that *Certified Bldg. Prods.* states the settled law of the Ninth Circuit, i.e. the alter-ego of a corporate entity is deemed served when the corporate entity is served.

Date: June 13, 2014                    Respectfully submitted,

_____
Paul N. Tauger, Admitted *Pro Hac Vice*
Anna M. Vradenburgh, Admitted *Pro Hac Vice*
THE ECLIPSE GROUP LLP
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Devon Zastrow Newman, OSB #014627
Catherine B. Brinkman, OSB #002134
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant Tenza Trading Ltd.