**Thomas Freedman Jr.** (OSB No. 080697) thomas@prllaw.com
**Pearl Law LLC**
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:    (503) 295-6296 | Fax: (503) 295-6344

**Valentin Gurvits** (*pro hac vice*) vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice*) matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:    (617) 928-1800 | Fax: (617) 928-1802

**Sean Ploen** (*pro hac vice*) sploen@ploen.com
**Ploen Law Firm, PC**
100 South Fifth Street, Suite 1900
Minneapolis, Minnesota  55402
Tel:    (651) 894-6800 | Fax: (651) 894-6801

**Evan Fray-Witzer** (*pro hac vice*) evan@CFWLegal.com
**Ciampa Fray-Witzer, LLP**
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel:    (617) 426-0000 | Fax: (617) 507-8043

Attorneys for Plaintiff and Counter-defendant Calista Enterprises Ltd.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| **CALISTA ENTERPRISES LTD.**, a Republic of Seychelles company,<br><br>　　Plaintiff,<br><br>- v. -<br><br>**TENZA TRADING LTD.**, a Cyprus company,<br><br>　　Defendant. | Case No. 3:13-cv-01045-SI<br><br>**CALISTA ENTERPRISES LTD.'S MOTION FOR SUMMARY JUDGMENT**<br><br>REQUEST FOR ORAL ARGUMENT |

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**                                                     Page **1**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459                                          Calista's Motion for Summary
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com                                    Judgment

**TENZA TRADING LTD.**,
a Cyprus company,

    Counterclaim Plaintiff,

- v. -

**CALISTA ENTERPRISES LTD.**,
a Republic of Seychelles company, and
**ALEXANDER ZHUKOV**,
a Czechoslovakian citizen,

    Counterclaim Defendants.

### LR 7-1 Certification

The undersigned counsel for Calista Enterprises Ltd. certifies that counsel for Calista Enterprises Ltd. conferred in good faith with counsel for Tenza Trading Ltd. by telephone on June 16, 2014 prior to filing this motion. The parties were unable to resolve the issues raised in this motion, and the Court's consideration of these issues is respectfully requested.

### CALISTA ENTERPRISES LTD.'S MOTION FOR SUMMARY JUDGMENT

Calista Enterprises Ltd. ("Calista") respectfully requests that this Court grant summary judgment in favor of Calista on all counts of its Complaint for injunctive relief and declaratory judgment, providing the following relief:

1. That Tenza Trading Ltd's ("Tenza") PORNTUBE trademark is cancelled;

2. Declaring that Calista does not infringe Tenza's trademark;

3. Declaring that Calista has not engaged in unfair competition;

4. Ordering that Calista domain names should not be transferred to Tenza.

Val Gurvits | Matthew Shayefar | Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com

Page **2**
Calista's Motion for Summary Judgment

Calista also respectfully requests that this Court grant summary judgment in favor of Calista on all counts of Tenza's Counterclaims against Calista, including the following relief:

1. Finding that Calista has not infringed the Tenza's registered trademark or Tenza's common law trademark;

2. Finding that Calista has not engaged in unfair competition;

3. Finding that Calista has not engaged in counterfeiting;

4. Finding that Calista has not engaged in cybersquatting;

5. Denying Tenza's request for constructive trust and an accounting; and

6. Finding that Calista has not engaged in conversion.

In support of the foregoing, Calista respectfully submits its Memorandum in Support of Motion for Summary Judgment, filed concurrently herewith.

Dated: June 16, 2014

Respectfully Submitted,
Plaintiff/Counter-defendant
Calista Enterprises Ltd.
By its Attorneys,

/s/ Matthew Shayefar
Matthew Shayefar (*pro hac vice*)
Valentin Gurvits (*pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:   (617) 928-1800
Fax:   (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

/s/ Evan Fray-Witzer
Evan Fray Witzer (*pro hac vice*)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel:   (617) 426-0000

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com

Page **3**
Calista's Motion for Summary Judgment

Fax:     (617) 507-8043
evan@CFWLegal.com

/s/ Thomas Freedman Jr.
Thomas Freedman Jr. (OSB No. 080697)
Pearl Law LLC
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:     (503) 295-6296
Fax:     (503) 295-6344
thomas@prllaw.com

/s/ Sean Ploen
Sean Ploen (*pro hac vice*)
Ploen Law Firm, PC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Tel:     (651) 894-6800
Fax:     (651) 894-6801
sploen@ploen.com

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**                                                                                Page **4**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459                                                 Calista's Motion for Summary
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com                            Judgment