**Thomas Freedman Jr.** (OSB No. 080697) thomas@prllaw.com
**Pearl Law LLC**
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:     (503) 295-6296 | Fax: (503) 295-6344

**Valentin Gurvits** (*pro hac vice*) vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice*) matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:     (617) 928-1800 | Fax: (617) 928-1802

**Sean Ploen** (*pro hac vice*) sploen@ploen.com
**Ploen Law Firm, PC**
100 South Fifth Street, Suite 1900
Minneapolis, Minnesota  55402
Tel:     (651) 894-6800 | Fax: (651) 894-6801

**Evan Fray-Witzer** (*pro hac vice*) evan@CFWLegal.com
**Ciampa Fray-Witzer, LLP**
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel:     (617) 426-0000 | Fax: (617) 507-8043

Attorneys to Counterclaim Defendant Alexander Zhukov

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| **CALISTA ENTERPRISES LTD.**, a Republic of Seychelles company,<br><br>    Plaintiff,<br><br>- v. -<br><br>**TENZA TRADING LTD.**, a Cyprus company,<br><br>    Defendant. | Case No. 3:13-cv-01045-SI<br><br>**NOTICE OF <u>LIMITED</u> APPEARANCE BY COUNTERCLAIM DEFENDANT ALEXANDER ZHUKOV** |

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com

Page **1**
Zhukov Notice of Limited
Appearance

| |
|---|
| **TENZA TRADING LTD.**,<br>a Cyprus company,<br><br>    Counterclaim Plaintiff,<br><br>- v. -<br><br>**CALISTA ENTERPRISES LTD.**,<br>a Republic of Seychelles company, and<br>**ALEXANDER ZHUKOV**,<br>a Czechoslovakian citizen,<br><br>    Counterclaim Defendants. |

      Counterclaim Defendant Alexander Zhukov, by and through undersigned counsel, hereby enters a limited appearance in this matter for the limited purpose of challenging service of process and jurisdiction, and opposing Counterclaim Plaintiff's Motion for Default Judgment (Docket No. 90), without waiving any defenses or defects, including, without limitation, as to lack of personal jurisdiction, improper venue, inconvenient forum, insufficient process, insufficient service of process, or failure to state a claim upon which relief may be granted.

      Counterclaim Defendant Alexander Zhukov is concurrently filing herewith his opposition to Counterclaim Plaintiff's Motion for Default Judgment.

Dated: June 23, 2014

                                                             Respectfully Submitted,
                                                             Counterclaim Defendant
                                                             Alexander Zhukov
                                                             By his Attorneys,

                                                             /s/ Matthew Shayefar
                                                             Matthew Shayefar (*pro hac vice*)
                                                             Valentin Gurvits (*pro hac vice*)
                                                             Boston Law Group, PC
                                                             825 Beacon Street, Suite 20
                                                             Newton Centre, Massachusetts 02459

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**                    Page **2**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459                Zhukov Notice of Limited
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com        Appearance

Tel: (617) 928-1800  
Fax: (617) 928-1802  
matt@bostonlawgroup.com  
vgurvits@bostonlawgroup.com  

/s/ Evan Fray-Witzer
_____  
Evan Fray Witzer (*pro hac vice*)  
Ciampa Fray-Witzer, LLP  
20 Park Plaza, Suite 505  
Boston, Massachusetts 02116  
Tel: (617) 426-0000  
Fax: (617) 507-8043  
evan@CFWLegal.com  

/s/ Thomas Freedman Jr.
_____  
Thomas Freedman Jr. (OSB No. 080697)  
Pearl Law LLC  
552 SW 5th Avenue, Suite 1100  
Portland, Oregon 97204  
Tel: (503) 295-6296  
Fax: (503) 295-6344  
thomas@prllaw.com  

/s/ Sean Ploen
_____  
Sean Ploen (*pro hac vice*)  
Ploen Law Firm, PC  
100 South Fifth Street, Suite 1900  
Minneapolis, MN 55402  
Tel: (651) 894-6800  
Fax: (651) 894-6801  
sploen@ploen.com  

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**  
825 Beacon Street, Suite 20 | Newton Centre, MA 02459  
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com

Page **3**  
Zhukov Notice of Limited  
Appearance