**Thomas Freedman Jr.** (OSB No. 080697) thomas@prllaw.com
**Pearl Law LLC**
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:     (503) 295-6296 | Fax: (503) 295-6344

**Valentin Gurvits** (*pro hac vice*) vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice*) matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:     (617) 928-1800 | Fax: (617) 928-1802

**Sean Ploen** (*pro hac vice*) sploen@ploen.com
**Ploen Law Firm, PC**
100 South Fifth Street, Suite 1900
Minneapolis, Minnesota  55402
Tel:     (651) 894-6800 | Fax: (651) 894-6801

**Evan Fray-Witzer** (*pro hac vice*) evan@CFWLegal.com
**Ciampa Fray-Witzer, LLP**
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel:     (617) 426-0000 | Fax: (617) 507-8043

Attorneys for Plaintiff and Counter-defendant Calista Enterprises Ltd.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| **CALISTA ENTERPRISES LTD.**, a Republic of Seychelles company,<br><br>    Plaintiff,<br><br>- v. -<br><br>**TENZA TRADING LTD.**, a Cyprus company,<br><br>    Defendant. | Case No. 3:13-cv-01045-SI<br><br>**DECLARATION OF MATTHEW SHAYEFAR IN SUPPORT OF CALISTA ENTERPRISES LTD.'S MOTION FOR LEAVE TO AMEND COMPLAINT TO CORRECT CITATION IN HEADING** |

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**                                                          Page **1**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459                                         Shayefar Decl. in supp. of
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com                        Motion to Amend Complaint

**TENZA TRADING LTD.**,
a Cyprus company,

    Counterclaim Plaintiff,

- v. -

**CALISTA ENTERPRISES LTD.**,
a Republic of Seychelles company, and
**ALEXANDER ZHUKOV**,
a Czechoslovakian citizen,

    Counterclaim Defendants.

I, Matthew Shayefar, declare as follows:

    1.    I am an attorney licensed to practice in the Commonwealth of Massachusetts and the State of California and I am admitted to practice *pro hac vice* before this Court.  I am an attorney at Boston Law Group, PC, counsel of record for Plaintiff and Counter-defendant Calista Enterprises Ltd. ("Calista") in this action against Defendant and Counterclaimant Tenza Trading Ltd. ("Tenza").  I have personal knowledge of the facts stated herein.  If called upon to do so, I could and would testify to the truth thereof.

    2.    While drafting the Complaint in the above captioned action, I committed a scrivener's error in the heading for Count I.  I unintentionally cited "§ 15 U.S.C. § 1125(2)(D)(5)" for the claim under the Anticybersquatting Consumer Protection Act.  However, the section number for the Anticybersquatting Consumer Protection Act (and Count I) should have read "§ 1114(2)(D)(v)."

    3.    The scrivener's error was clearly unintentional because "§ 15 U.S.C. § 1125(2)(D)(5)" does not actually exist.

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com

Page **2**
Shayefar Decl. in supp. of
Motion to Amend Complaint

I swear under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Dated: July 2, 2014                                    /s/ Matthew Shayefar
                                                       Matthew Shayefar

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**                    Page **3**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459                Shayefar Decl. in supp. of
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com     Motion to Amend Complaint