**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Catherine B. Brinkman**, OSB #002134
Email: cbrinkman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger,** *appearing pro hac vice*
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh,** *appearing pro hac vice*
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Attorneys for Defendant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company, | No. 3:13-cv-01045-SI |
| Plaintiff, | JOINT STIPULATED MOTION TO EXTEND DEADLINES FOR RESPONSES TO PARTIES' SUMMARY JUDGMENT MOTIONS |
| v. | |
| **TENZA TRADING LTD.,** a Cyprus Company, | |
| Defendant. | |

Page 1 -    JOINT STIPULATED MOTION TO EXTEND
DEADLINES FOR RESPONSES TO SJ MOTIONS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

**TENZA TRADING LTD.,** a Cyprus
Company,

Counterclaim Plaintiff,

v.

**CALISTA ENTERPRISES LTD,** a
Republic of Seychelles Company; and
**ALEXANDER ZHUKOV,** A
Czechoslovakian citizen,

Counterclaim Defendants.

Tenza Trading Ltd. (hereafter "Tenza") and Calista Enterprises, Ltd. (hereafter "Calista")

submit the following stipulated motion.

### Local Rule 7.1 Certification

The undersigned counsel certify that the motion at issue is stipulated by counsel.

### Motion

The parties request a two-day extension of the currently set deadline for responses to

dispositive motions.

The responses to dispositive motions for this matter are currently due on Monday, July 7,

2014.  Because of the holiday weekend of Independence Day and the press of additional motions

being briefed simultaneously during this time, the parties have stipulated, and hereby respectfully

request, that the deadline for responses to dispositive motions be continued two days, making the

deadline for responses Wednesday, July 9, 2014.

Consistent with LR 16-3, this motion is made jointly in good faith and not for purposes of

delay.  The requested extension will not require any modifications to any other case management

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14133324.1

dates that have been set by the Court.

Dated this 3rd day of July, 2014.

Respectfully submitted,


s/ Devon Zastrow Newman
Paul N. Tauger, *appearing pro hac vice*
Anna M. Vradenburgh, *appearing pro hac vice*
THE ECLIPSE GROUP LLP
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051


Devon Zastrow Newman, OSB #014627
Catherine B. Brinkman, OSB #002134
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503-222-9981
Facsimile: 503-796-2900


Attorneys for Defendant Tenza Trading Ltd.

s/ Evan Fray-Witzer
Evan Fray-Witzer, *appearing pro hac vice*
Matthew Shayefar, *appearing pro hac vice*
Valentin David Gurvits, *appearing pro hac vice*
BOSTON LAW GROUP, PC
Telephone: 617-928-1806
Facsimile: 617-928-1802


Sean Ploen, *appearing pro hac vice*
PLOEN LAW FIRM, PC
Telephone: 651-894-6800
Facsimile: 651-894-6801


Thomas Freedman, Jr., OSB #080697
PEARL LAW LLC
Telephone: 503-295-6296


Attorneys for Plaintiff Calista Enterprises Ltd.


Page 3 -     JOINT STIPULATED MOTION TO EXTEND
             DEADLINES FOR RESPONSES TO SJ MOTIONS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14133324.1