**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Catherine B. Brinkman**, OSB #002134
Email: cbrinkman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger,** *appearing pro hac vice*
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh,** *appearing pro hac vice*
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Attorneys for Defendant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company,<br><br>         Plaintiff,<br><br>    v.<br><br>**TENZA TRADING LTD.,** a Cyprus Company,<br><br>         Defendant. | No. 3:13-cv-01045-SI<br><br>TENZA TRADING LTD.'S UNOPPOSED MOTION TO FILE OVERLENGTH BRIEF IN OPPOSITION TO CALISTA'S MOTION FOR SUMMARY JUDGMENT<br><br>Expedited Consideration Requested |

Page 1 -   TENZA UNOPPOSED MOTION TO FILE OVERLENGTH BRIEF IN OPPOSITION TO CALISTA MOTION FOR SUMMARY JUDGMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14148704.3

| | |
|---|---|
| **TENZA TRADING LTD.**, a Cyprus Company,<br><br>                Counterclaim Plaintiff,<br><br>   v.<br><br>**CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company; and **ALEXANDER ZHUKOV,** A Czechoslovakian citizen,<br><br>                Counterclaim Defendants. | |

Tenza Trading Ltd. (hereafter "Tenza") submits the following unopposed motion.

### Local Rule 7-1(a)(1) Certification

The undersigned counsel certifies that he conferred with counsel for Plaintiff Calista Enterprises Ltd ("Calista") regarding the substance of this motion and that counsel for Calista does not oppose Tenza's request for additional pages, but Calista does not request the same accommodation.

### Motion

Pursuant to LR 7-2, Tenza requests leave of the Court to file an over-length response brief, of an additional ten (10) pages (totaling 45 pages), in response to Calista's Motion for Summary Judgment (Docket No. 94).

Tenza recognizes that this request is extraordinary and places additional burden on the court given the shortened filing deadlines and scheduled hearing date of Friday, July 25, 2014. Tenza makes this request for two reasons. First, Calista has moved against all of Tenza's claims, requiring an extended response on each issue including trademark infringement and laches, which each involve multi-factor analyses. Analyzing only trademark infringement, laches and counterfeiting would require analysis of 24 discrete topics, and the present 35-page limit would

Page 2 -   TENZA UNOPPOSED MOTION TO FILE OVERLENGTH BRIEF IN OPPOSITION TO CALISTA MOTION FOR SUMMARY JUDGMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14148704.3

allow for less than 1-1/2 pages per topic. Because of the numerous claims and facts that need to be addressed, Tenza seeks this page limit increase so it can intelligently set forth a response that might otherwise confuse the reader.

Second, Tenza's response must address multiple, significant misrepresentations of fact and law in Calista's motion and additional space is needed in order to respond to each. In particular, Tenza intends to submit a chart as an Appendix providing citations to evidence in the record to assist the Court in evaluating the merit of each asserted fact made by Calista. Given the short time in which the Court has to prepare for the July 25th hearing, Tenza requests this limited page extension to assist the Court with its preparation.

Dated this 8th day of July, 2014.

Respectfully submitted,

s/ Devon Zastrow Newman
Paul N. Tauger, *appearing pro hac vice*
Anna M. Vradenburgh, *appearing pro hac vice*
THE ECLIPSE GROUP LLP
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Devon Zastrow Newman, OSB #014627
Catherine B. Brinkman, OSB #002134
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant Tenza Trading Ltd.

Page 3 -   TENZA UNOPPOSED MOTION TO FILE OVERLENGTH BRIEF IN OPPOSITION TO CALISTA MOTION FOR SUMMARY JUDGMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14148704.3