

# Scott Rabinowitz

**Mobile SEM/Digital Media Buying - Traffic Management – Content/IP Licensing**

**EXPERIENCE**

**CEO, Digital Assets Manager.** Buoyancy Digital, Pueblo, CO, 05/2009 - Present
• Planning and execution of integrated online media buys across search and display, specializing in mobile platform targeted SEM and media buying for mobile content offers. Client references: Pink Visual for mobile SEM; EroticSnap for desktop SEM; The Infinity Network aka SexSearch for mobile and desktop SEM, plus display media buys.
• Business services representation for firms: serving as contract director for strategic partnerships, digital media licensing, advertising sales and related roles. Client references: The Moonlite BunnyRanch for management of advertising sales; Arrow Productions for web, mobile, and cable content & brand licensing; Bijou Video for advertising sales and content publishing, New Frontier Media for advertising sales of internal traffic assets.

**Advertising Sales & Business Development Director, Co-Founder.** Traffic Dude, Pueblo, CO, 05/2000 - 05/2009
• Created boutique ad agency for sales & management of direct response consumer internet advertising.
• Managed delivery of over $20 million in online media buys/affiliate/CPA campaigns across various ad formats and multiple vendor networks over 9 years.
• Managed firm's PR activities, including the writing & distribution of press releases, writing & publishing articles in industry publications, attending and speaking at industry trade shows.
• Provided review and refinement of publishers ad placements, ad inventory and related issues associated with publisher revenue performance.

**Advertising Account Manager.** WebSideStory, San Diego, CA, 09/1998 - 01/2000
• Online advertising sales and account management, adult entertainment vertical.
• Sold $4m+ in annual sales of CPC and fixed rate web ad inventory.

**EDUCATION**

Eastern Oregon University, 12/1991
Course work in sociology, mass communications and demographic studies, completed with honors.
eMarketing Association, 10/2009 and 2010
Certified eMarketer and Advanced Social Marketing programs completed.
Mobile Marketing Association, 5/2012
Certified Mobile Marketer program completed.

**SKILLS**

**Channel sales strategies** - Assessing companies' positions and access to industry & regional partnerships and licensing agreements to increase sales and profit.
**SEM and Internet Advertising** - Proficiency with end to end sourcing, planning, execution and refinement of (buying) internet advertising campaigns to drive sales & ROI; experienced manager of online advertising (sales) operations for display and search ad inventory.
**Proficiency with Web Applications for Marketing & Advertising** - Advanced user of web analytics, affiliate program (manager and user), PayPerClick platforms, ad networks (mobile and desktop), CRM and ad serving technologies.

# Scott Rabinowitz

eCommerce and Digital Media - Strategy and Execution

## Summary

Passionate digital media executive, with hands on high volume experience in online advertising, & IP, content and brand licensing, with a focus on global entertainment industries.

I have spent the last 15 years working with merchants and service providers in all segments of the digital and ecommerce food chain.

Enjoy advising on, integrating and managing pragmatic digital marketing and revenue for ad supported and ecommerce web sites, as well as sourcing best in class technology solutions, all with the common goal of creating lasting and scalable monetization.

Specialties: IP and digital content licensing. Digital media sales, including much focus on mobile traffic acquisition & media buying. SEM and display media buying.

Highly advertiser focused accountablity practices for media buying.

Strong knowledge base of legal compliance standards related to digital content licensing, ecommerce and advertising for high profile sites in sensitive industries.

## Experience

**Advisor at OpiaTalk**

September 2013 - Present (8 months)

Advisor for OpiaTalk, the hyper-conversion widget for eCommerce retailers, content managers and traffic managers: the SaaS (widget) technology converts optimizes social interactions and converts organic traffic on sites at a notable scale above industry averages for click ratios and conversions.

OpiaTalk is your easy-to-integrate enhancement to your eCommerce/CMS/ad serving front-line tools to help top tier web publishers drive more attention and conversions to content, commerce and media pages. The software is scalable & mid level web publishers & retailers with above-average social media engagement and site traffic can expect the greatest incremental return.

Clients include:

Skype, Division of Microsoft

**Chief Revenue Officer at Moonlite Bunny Ranch**

April 2010  -  Present (4 years 1 month)

   Dennis Hof's World Famous Bunny Ranch,
   Center Stage for the HBO Series Cat House

   Practice areas:

   Global ecommerce development & execution
   Multi-channel media, advertising & sponsorship sales
   Product licensing & development
   Premium content syndication
   International brand licensing

### CEO  at  Buoyancy Digital

May 2009  -  Present (5 years)

   Provider of interactive media strategies and implementation for regional to global brands. Client project efforts include online media buying, content licensing and business/channel development for technology providers who support the digital media industry.

   Client & Vendor Services:

   -Content and Brand Licensing: desktop, mobile, broadcast and affinity products.
   -Digital Media Buying: vetting, purchasing, optimization, management.
   -SEM: specializing in mobile targeting and direct response for high volume merchants.
   -Strategic Partnerships: sourcing, due diligence, implementation.

   *2 recommendations available upon request*

### Director of Strategic Partnerships  at  Traffic Engine, Inc.

November 2009  -  March 2010 (5 months)

   Contract consultant for the sourcing, implementation and management for companies seeking a private label full scale PPC ad exchange platform for multiple industries.

   Custom monetization solutions for premium tier search marketing vendors.

   Development of industry and channel-specific search marketing technology solutions, content compliance guidelines and pricing model requirements.

   Management of direct SEM clients and benchmarking for all publisher inventory introduced to company.

   Development and implementation of Traffic Engine's expanded PPC marketplace to other networks and creation os associated publishing guidelines.

   *3 recommendations available upon request*

### Co-Founder  at  Traffic Dude

May 2000  -  May 2009  (9 years 1 month)

Founder and principal for the largest rep firm supporting adult internet ad sales, monetization and direct marketing. The company is a key adult media solutions provider for large media companies.

*8 recommendations available upon request*

### Account Manager  at  WebSideStory, Inc.

September 1998  -  January 2000  (1 year 5 months)

Online advertising sales and account management, adult entertainment vertical.

## Skills & Expertise

**Display Advertising**
**Affiliate Marketing**
**SEM**
**Online Advertising**
**Ad Networks**
**Web Analytics**
**Monetization**
**PPC**
**E-commerce**
**Lead Generation**
**SEO**
**Online Marketing**
**Digital Media**
**Web Marketing**
**Mobile Advertising**
**Search Advertising**
**Media Buying**
**Analytics**
**Advertising Sales**
**Direct Marketing**
**Advertising**
**Mobile Marketing**
**Strategic Partnerships**
**Digital Strategy**
**Marketing**
**CRM**
**Digital Marketing**
**Strategy**
**Online Lead Generation**
**Social Media Marketing**
**Conversion Optimization**
**Email Marketing**
**Business Development**
**Start-ups**
**New Media**
**Interactive Marketing**

**Google Adwords**
**Multi-channel Marketing**
**Google Analytics**
**Mobile Devices**
**Content Strategy**
**Customer Acquisition**
**Media Planning**
**Integrated Marketing**
**Account Management**
**Behavioral Targeting**
**Viral Marketing**
**Social Marketing**
**Organic Search**
**Landing Page Optimization**

## Education

**Mobile Marketing Association**
Tier 1 Mobile Marketing Certification, Mobile Advertising & Marketing, 2012 - 2012

**eMarketing Association**
Certificate, Advanced Social eMarketing, 2010 - 2010

**eMarketing Association**
Certificate, Advanced SEO, 2009 - 2009

**Eastern Oregon University**
Sociology, 1990 - 1993

**Army Navy Academy**
High School Diploma, General and Military Sciences, 1986 - 1988
  *1 recommendation available upon request*

## Honors and Awards

CeM Professional Certification from eMarketing Association
Advanced SEO Certification from eMarketing Association
Microsoft adExcellence Accreditation

## Interests

SEM/PPC
Display
Video
Content licensing
Brand & IP licensing
Mobile
Ad networks

# Scott Rabinowitz
eCommerce and Digital Media - Strategy and Execution



## 14 people have recommended Scott

"Scott is great to work with. Not only has he sent us quality traffic at a reasonable price, but he is friendly and is always on top of things. I highly recommend him and Buoyancy Digital."

— **Suzanne Bergeron**, *Sales Coordinator, Instaclick Inc.*, was a consultant or contractor to Scott at Buoyancy Digital

"Scott is very smart and intuitive, also a great team player. He is one of my favorite people to work with."

— **Susanne Feigum**, was Scott's client

"I've known Scott for more than several years (I refuse to count!). He is an absolute pleasure to work with, is incredibly knowledgeable about all forms of traffic generation, manipulation and maximization, as well as very competent in the marketing arena. He was a 'go to guy' for traffic for us 'back in the day' and remains at the top of my list for people to go to with questions and to increase my own internet marketing knowledge."

— **Dee Braun**, *Owner, Web Developer, Independent Internet Professional*, was with another company when working with Scott at Traffic Engine, Inc.

"I have heard about Scott for a long time before I joined the company and I've always respected Scott's wealth of knowledge and industry expertise. He is one of a kind in this fast paced and ever-changing online advertising industry as he is unique in the way of how he always puts his full force to make sure deliver the quality traffic he is after. Most importantly, he truly cares about the client servicing and everyone who has worked with him does sincerely enjoy his company. I know Scott has a great vision and he will always be successful no matter what he does."

— **Diana Lee**, *Executive Vice President, Traffic Engine Inc*, managed Scott indirectly at Traffic Engine, Inc.

"Scott is a linchpin; he's the guy (every company wishes they had more of) that delivers (and over-delivers) on promises, finds opportunities others miss, and then just plain makes them happen. A company man, totally dedicated, and just a plain nice guy!"

— **Ron Johnson**, *Chief Marketing Officer, Traffic Engine, Inc.*, worked directly with Scott at Traffic Engine, Inc.

"Scott is a solid player who is relentlessly focused on what matters--revenue and relationships. I

wholeheartedly recommend Scott as a business partner and as a person to include in your network. Scott is generous with both his time and his contacts."

— **Pete Neumann**, *VP Corporate Development / Business Development, MIVA (FindWhat.com)*, was with another company when working with Scott at Traffic Dude

"I have known Scott for nearly a decade. He is both a right and left brain thinker; meaning he understands both the analytical and creative sides of doing business on the web. Scott is highly respected and has an immense circle of influence. If you are fortunate to work with Scott, you will notice that your life is easier and your bottom line will grown strong and swift."

— **Brandy Shapiro-Babin**, *President, WebmasterRadio.FM*, was a consultant or contractor to Scott at Traffic Dude

"Scott is one of the most honest and hard working people I have had the pleasure of working with. I am looking forward to the next time our paths cross so we can again work together on some projects."

— **Mark Dachel**, was Scott's client

"Scott is one of the most enjoyable people I have ever worked with. He's extraordinarily diligent and attentive to the finest details. In addition, he adds more value to a conversation w/ strategic insight than anyone I have met. It's a pleasure to have worked with Scott and will recommend him to anyone."

— **Alan Tarkowski**, *Account Executive, WebSideStory*, worked with Scott at Traffic Dude

"The best thing about Scott is that his nickname is not an exaggeration. He IS the Traffic Dude. Somewhere on one of his bios, I read Scott describe his value-add as having a "Wall Street perspective" over traffic. And that is so true. Scott is a quant as good as the best of them. But he also has amazing instincts for traffic. These are unusual attributes anywhere, but in Adult they are non-existent."

— **Jack Mardack**, *General Manager, FriendFinder Inc.*, was with another company when working with Scott at Traffic Dude

"Scott is one of the few entrepeneurs that actually get it. I have known Scott for a couple of years now and can honestly say that his style, vision and managment skills are world class. His ability to instill enthusiasm and to articulate both long and short term visions allows him to succeed.."

— **Hugh Chambers**, *President, Network for Online Commerce*, was with another company when working with Scott at Traffic Dude

"Working with Scott is working with a true professional combined with lots of humor. Clear goals, agreements, results and fun. I experienced Scott as loyal, enthousiastic and honest. Also, the most impressive quality about Scott is that he knows the business like no one I have met ... so far! If you're in business with him, you are in good hands!!"

— **Gilles Godard**, *Director of Operations, WebSideStory, Inc*, managed Scott indirectly at Traffic Dude

"Scott has always stood out as a consummate professional and tremendous wealth of knowledge. His experience and business savvy have always proven to be valuable and I look forward to working with on a continuing basis."

— **Farley Cahen**, *VP of Licensing & Publisher of AVN Online Magazine, AVN Media Network*, was with another company when working with Scott at Traffic Dude

"Scott demonstrated that leadership and drive leads to accomplishment. As a student, JROTC leader, Band Member, Scott always conducted himslef with the highest standards. The core elements of discipline that Scott acquired at the Academy have undoubtedly carried over into the successes that Scott has achieved to date in his professional life."

— **Jason Saperstein**, *Student, Army Navy Academy*, studied with Scott at Army Navy Academy


Contact Scott on LinkedIn