**Paul N. Tauger** (*Admitted pro hac vice* – **CA Bar No. 160552**)
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh** (*Admitted pro hac vice* – **CA Bar No. 163212**)
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant and Counterclaimant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company**,**<br><br>Plaintiff,<br><br>vs.<br><br>**TENZA TRADING LTD.,** a Cyprus Company**,**<br><br>Defendant. | Case No. 3:13-cv-01045-SI<br><br>DEFENDANT AND COUNTERCLAIMANT TENZA'S CORRECTION TO ITS REPRESENTATION OF LAW AT ORAL ARGUMENT ON ITS PENDING MOTION TO DISMISS |



**TENZA TRADING LTD.,** a Cyprus
Company,

                  Counterclaim Plaintiff,

    v.

**CALISTA ENTERPRISES LTD,** a
Republic of Seychelles Company; and
**ALEXANDER ZHUKOV,** A
Czechoslovakian citizen,

                  Counterclaim Defendants.

On June 27, 2014, at the oral argument on Tenza Trading Ltd.'s ("Tenza") pending

Motion to Dismiss (Docket No. 74), Tenza argued, in good faith, that 15 U.S.C. § 1114 was

retrospective in its application, i.e. that a registrant lacked standing to bring an action pursuant to

this section until, "A domain name registrant [has had a] domain name . . . suspended, disabled,

or transferred."

Tenza's representation of the law was predicated upon the plain language of the statute,

as well as a brief survey of § 1114 cases immediately prior to the hearing.  As the Court will

recall, this issue was not briefed by the parties and was only discovered during Tenza's

preparation of its dispositive motion.

However, in conducting research for Tenza's Opposition to Calista's Motion for Leave to

Amend, Tenza's counsel has discovered representative authority to the contrary.  *See, e.g.,*

*Barcelona.com, Inc. v. Excelentisimo Ayuntamiento De Barcelona*, 330 F.3d 617, 626 (4th Cir.

2003); *Sallen v. Corinthians Licenciamentos LTDA*, 273 F.3d 14, 26 (1st Cir. 2001), and the

cases cited therein.  These cases hold that an adverse order pursuant to a UDRP panel decision is,

alone, a sufficient basis upon which a registrant may initiate an action under 15 U.S.C. § 1114.

Tenza wishes to bring its mistaken statement of law to the Court's attention, and



therefore withdraws this aspect of its argument, though standing on the remainder of its

arguments presented both orally and in its pleadings.


Date: July 16, 2014                                Respectfully submitted,

                                                   _____
                                                   Paul N. Tauger, Admitted *Pro Hac Vice*
                                                   Anna M. Vradenburgh, Admitted *Pro Hac Vice*
                                                   THE ECLIPSE GROUP LLP
                                                   Telephone: 949-851-5000 ext. 110
                                                   Facsimile: 949-851-5051

                                                   Devon Zastrow Newman, OSB #014627
                                                   SCHWABE, WILLIAMSON & WYATT, P.C.
                                                   Telephone: 503-222-9981
                                                   Facsimile: 503-796-2900

                                                   Attorneys for Defendant Tenza Trading Ltd.


TENZA'S CORRECTION TO ITS REPRESENTATION
            OF LAW AT ORAL ARGUMENT ON ITS PENDING
            MOTION TO DISMISS

ECLIPSE|GROUP
LLP  ATTORNEYS AT LAW
2020 Main Street   t: 949.851.5000
Suite 600          f: 949.851.5051
Irvine, CA 92614