## Paul N. Tauger

| | |
|---|---|
| **From:** | Evan Fray-Witzer <Evan@CFWLegal.com> |
| **Sent:** | Monday, June 30, 2014 6:06 PM |
| **To:** | Paul N. Tauger |
| **Cc:** | Matthew Shayefar; Val Gurvits |
| **Subject:** | My first meet and confer |

Paul –

This is very exciting.  My first request for a meet and confer.  Calista will be moving to amend its complaint to correct the typographical error in the heading which misidentified the section under which Calista brought its claim.  Please let me know your availability.  I expect that a full explication of the reasons underlying the motion will take a few hours, so probably block out the afternoon.  Oh, sorry, did I say hours, I meant seconds.

Evan

Evan Fray-Witzer, Esq.
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8864 (facsimile)
Evan@CFWLegal.com

Exhibit A
Page 1 of 1