**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Catherine B. Brinkman**, OSB #002134
Email: cbrinkman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger,** *appearing pro hac vice*
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh,** *appearing pro hac vice*
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

      Attorneys for Defendant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD.,** a Republic of Seychelles Company,<br><br>      Plaintiff,<br><br>  v.<br><br>**TENZA TRADING LTD.,** a Cyprus Company,<br><br>      Defendant. | No. 3:13-cv-01045-SI<br><br>DECLARATION OF DEVON ZASTROW NEWMAN IN SUPPORT OF TENZA TRADING LTD.'S RESPONSE IN OPPOSITION TO CALISTA'S MOTION FOR LEAVE TO AMEND COMPLAINT TO CORRECT CITATION IN HEADING |

Page 1 -   NEWMAN DECLARATION ISO TENZA RESPONSE IN OPPOSITION TO CALISTA MOTION FOR LEAVE TO AMEND COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14190210.1

|   |   |
|---|---|
| **TENZA TRADING LTD.,** a Cyprus Company,<br><br>    Counterclaim Plaintiff,<br><br> v.<br><br>**CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company; and **ALEXANDER ZHUKOV,** A Czechoslovakian citizen,<br><br>    Counterclaim Defendants. |   |

  I, Devon Zastrow Newman, declare that the following is true and correct:

  1. I am one of the attorneys for Defendant and Counterclaim Plaintiff, Tenza Trading Ltd. ("Tenza") in the above-captioned case. I have personal knowledge of the facts and information set forth herein and if called as a witness I could and would testify accordingly. I make this declaration based upon my personal knowledge and belief in support of Tenza Trading Ltd's Response in Opposition to Calista's Motion for Leave to Amend Complaint to Correct Citation in Heading.

  2. Counsel for the parties participated in two telephonic conferences pursuant to Fed. R. Civ. P. 26, on September 12 and September 18, 2013. During one of these conferences, Tenza's counsel asked, specifically, for the basis for Calista's prayer for monetary damages as the complaint does not specify damages for any count but generally alleges damages in the prayer. Attorney Matthew Shayefar stated for Calista that Section 1125 of the Anti-Cybersquatting Prevention Act ("ACPA") permits a prevailing party to seek a damage award,

Page 2 - NEWMAN DECLARATION ISO TENZA RESPONSE IN OPPOSITION TO CALISTA MOTION FOR LEAVE TO AMEND COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14190210.1

and that Calista's damages claim was premised on that count of Calista's Complaint.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury pursuant to the laws of the United States.

Dated this 17th day of July, 2014.

s/ Devon Zastrow Newman<br>
Devon Zastrow Newman

Page 3 -    NEWMAN DECLARATION ISO TENZA RESPONSE IN OPPOSITION TO CALISTA MOTION FOR LEAVE TO AMEND COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14190210.1