**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Catherine B. Brinkman**, OSB #002134
Email: cbrinkman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger,** *appearing pro hac vice*
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh,** *appearing pro hac vice*
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

      Attorneys for Defendant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company,<br><br>      Plaintiff,<br><br>  v.<br><br>**TENZA TRADING LTD.,** a Cyprus Company,<br><br>      Defendant. | No. 3:13-cv-01045-SI<br><br>JOINT STIPULATED MOTION TO EXTEND DEADLINES FOR REPLIES TO PARTIES' SUMMARY JUDGMENT MOTIONS |

Page 1 -    JOINT STIPULATED MOTION TO EXTEND
            DEADLINES FOR REPLIES TO SJ MOTIONS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14207468.1

| | |
|---|---|
| **TENZA TRADING LTD.,** a Cyprus Company, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company; and **ALEXANDER ZHUKOV,** A Czechoslovakian citizen, <br><br> Counterclaim Defendants. | |

Tenza Trading Ltd. (hereafter "Tenza") and Calista Enterprises, Ltd. (hereafter "Calista") submit the following stipulated motion.

### Local Rule 7.1 Certification

The undersigned counsel certify that the motion at issue is stipulated by counsel.

### Motion

The parties request a one-day extension of the currently set deadline for replies to dispositive motions. The reply briefs are currently due on Monday, July 21, 2014. Pursuant to the Court's order of July 14, 2014 (Dkt. No. 121), Tenza's Response to Calista's Motion to Amend Complaint was briefed on a shortened deadline. This change impacted Tenza's efforts on its reply in support of Tenza's motion for summary judgment. In addition, lead trial counsel, Paul Tauger, has been, and still is, ill and temporarily incapacitated. As a result, Tenza needs additional time to prepare its reply. Calista has asked that the accommodation similarly extend to its deadline. The parties have stipulated, and hereby respectfully request, that the deadline for replies to dispositive motions be continued one day, to and including Tuesday, July 22, 2014.

Consistent with LR 16-3, this motion is made jointly in good faith and not for purposes of

Page 2 -    JOINT STIPULATED MOTION TO EXTEND
             DEADLINES FOR REPLIES TO SJ MOTIONS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14207468.1

delay. The requested extension will not require any modifications to any other case management dates that have been set by the Court.

Dated this 18th day of July, 2014.

Respectfully submitted,

| | |
|---|---|
| s/ Devon Zastrow Newman | s/ Matthew Shayefar |
| Paul N. Tauger, *appearing pro hac vice* | Evan Fray-Witzer, *appearing pro hac vice* |
| Anna M. Vradenburgh, *appearing pro hac vice* | Matthew Shayefar, *appearing pro hac vice* |
| THE ECLIPSE GROUP LLP | Valentin David Gurvits, *appearing pro hac vice* |
| Telephone: 949-851-5000 ext. 110 | BOSTON LAW GROUP, PC |
| Facsimile: 949-851-5051 | Telephone: 617-928-1806 |
| | Facsimile: 617-928-1802 |
| Devon Zastrow Newman, OSB #014627 | |
| Catherine B. Brinkman, OSB #002134 | Sean Ploen, *appearing pro hac vice* |
| SCHWABE, WILLIAMSON & WYATT, P.C. | PLOEN LAW FIRM, PC |
| Telephone: 503-222-9981 | Telephone: 651-894-6800 |
| Facsimile: 503-796-2900 | Facsimile: 651-894-6801 |
| Attorneys for Defendant Tenza Trading Ltd. | Thomas Freedman, Jr., OSB #080697 |
| | PEARL LAW LLC |
| | Telephone: 503-295-6296 |
| | Attorneys for Plaintiff Calista Enterprises Ltd. |

Page 3 -    JOINT STIPULATED MOTION TO EXTEND DEADLINES FOR REPLIES TO SJ MOTIONS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14207468.1