**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Catherine B. Brinkman**, OSB #002134
Email: cbrinkman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger,** *appearing pro hac vice*
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh,** *appearing pro hac vice*
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

       Attorneys for Defendant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company,<br><br>       Plaintiff,<br><br>  v.<br><br>**TENZA TRADING LTD.,** a Cyprus Company,<br><br>       Defendant. | No. 3:13-cv-01045-SI<br><br>DEFENDANT AND COUNTERCLAIM PLAINTIFF TENZA TRADING LTD.'S NOTICE OF ERRATA REGARDING ITS MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION OF ISSUES |

Page 1 -    TENZA'S NOTICE OF ERRATA REGARDING ITS
             MOTION FOR SUMMARY JUDGMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14209072.1

**TENZA TRADING LTD.,** a Cyprus Company,

                Counterclaim Plaintiff,

    v.

**CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company; and **ALEXANDER ZHUKOV,** A Czechoslovakian citizen,

                Counterclaim Defendants.

Defendant and Counterclaim Plaintiff Tenza Trading Ltd. ("Tenza") submits this Notice of Errata in order to inform the Court of errors made in filing of its Motion for Summary Judgment/Summary Adjudication of Issues (Dkt. No. 100) and Declaration of Paul N. Tauger in Support of Motion for Summary Judgment/Summary Adjudication of Issues (Dkt. No. 99) in this matter. Tenza's [Corrected] Motion for Summary Judgment/Summary Adjudication of Issues and [Corrected] Declaration of Paul N. Tauger in Support of Motion for Summary Judgment/Summary of Adjudication of Issues is being filed herewith.

The corrections, specifically, are as follows:

<u>MOTION FOR SUMMARY JUDGMENT (DKT. NO. 100)</u>

    p. 3, line 10.  Deleted at TENZA005707-09.

    p. 3, line 17.  Deleted at TENZA005707-09.

    p. 4, line 6.  Replace reference from Matthyssen Decl. ¶2 to Matthyssen Decl. ¶3

    p. 4, line 11.  Replace reference from Matthyssen Decl. ¶3 to Matthyssen Decl. ¶4

    p. 4, line 14.  Replace reference from Matthyssen Decl. ¶4 to Matthyssen Decl. ¶5

    p. 5, line 18  Delete "and content"

    p. 6, line 15.  Replace reference from Matthyssen Decl. ¶5 to Matthyssen Decl. ¶6

    p. 6, line 22.  Replace reference from Matthyssen Decl. ¶4 to Matthyssen Decl. ¶7

Page 2 -   TENZA'S NOTICE OF ERRATA REGARDING ITS MOTION FOR SUMMARY JUDGMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14209072.1

p. 10, line 25.  Replace reference from Matthyssen Decl. ¶4 to Matthyssen Decl. ¶5

p. 11, line 23.  Replace reference to Exh. N (Marc Randazza deposition transcript) at 24:13-20 to at 23:13-20

p. 13, line 15.  Replace reference to Exh. N (Marc Randazza deposition transcript) at 86:10-25 to at 85:10-25

P. 24, line 6.  Replace reference to Exh. N (Marc Randazza deposition transcript) at 118:4-12 to at 117:4-12

p. 28, line 2  Add reference to Exh. B (Calista Response to Request for Admission) and Exh. Y (HTML Source Code of the Infringing Websites).

p. 31, line 24  Replace reference to Exh M, at Response to Interrogatory No. 11 to Exh M, at Response to Interrogatory No. 12

<u>DECLARATION OF PAUL N. TAUGER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (DKT. NO. 99)</u>

Exhibit J – excerpts of Tenza's Response to Calista's 1st Interrogatories.  Exhibit has been corrected to include the signature page.

Exhibit M – excerpts of Calista's Response to Tenza's 1st Interrogatories.  Exhibit has been corrected to include Interrogatory No. 12.

Exhibit N – Randazza deposition transcript.  Exhibit has been corrected to replace pages 24, 86 and 118 with pages 23, 85 and 117.

Dated this 18th day of July, 2014.

Respectfully submitted,

s/ Devon Zastrow Newman
Paul N. Tauger, *appearing pro hac vice*
Anna M. Vradenburgh, *appearing pro hac vice*
THE ECLIPSE GROUP LLP
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051
Devon Zastrow Newman, OSB #014627
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503-222-9981
Facsimile: 503-796-2900
Attorneys for Defendant Tenza Trading Ltd.

Page 3 -   TENZA'S NOTICE OF ERRATA REGARDING ITS MOTION FOR SUMMARY JUDGMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14209072.1