Exhibit 1



简体中文    English    Français    Русский    Español    العربية

# WHOIS BETA

Provide Feedback

*Showing results for: 21PORNTUBE.COM*

| www.21porntube.com | Lookup |

## Raw WHOIS Record

```
Domain Name: 21PORNTUBE.COM

Abuse email: abuse@ru-tld.ru

Registrant:
    WhoisProtectService.net PROTECTSERVICE, LTD.
21porntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Registered Through:
    https://evo.ru-tld.ru/

Administrative Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
21porntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Technical Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
21porntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061
```

```
Billing Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
21porntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Name Server: NS1.21PORNTUBE.COM
Name Server: NS2.21PORNTUBE.COM

Creation Date: 2011-11-15
Expiration Date: 2014-11-15
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Ex. 01 / P. 03

Exhibit 2



简体中文   English   Français   Русский   Español   العربية

## WHOIS BETA

8porntubes.com                     Lookup

Provide Feedback

## *Showing results for: 8PORNTUBES.COM*

Original Query: 8porntubes.com

### Raw WHOIS Record

```
Domain Name: 8PORNTUBES.COM

Abuse email: abuse@ahnames.com

Registrant:
    WhoisProtectService.net PROTECTSERVICE, LTD.
8porntubes.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Registered Through:
    AHnames.com  http://www.AHnames.com/

Administrative Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
8porntubes.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Technical Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
8porntubes.com@whoisprotectservice.net
```

```
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Billing Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
8porntubes.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Name Server: NS1.8PORNTUBES.COM
Name Server: NS2.8PORNTUBES.COM

Creation Date: 2012-05-19
Expiration Date: 2015-05-19
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 3



简体中文   English   Français   Русский   Español   العربية

**WHOIS** BETA

---

| anal-porntube.com | Lookup |

Provide Feedback

*Showing results for: anal-porntube.com*

Original Query: anal-porntube.com

# Contact Information

### Registrant Contact
Name: Pablo Cabrera
Organization:
Mailing Address: 12 Rue de Valois, Paris 75001 FR
Phone: +44.7762245071
Ext:
Fax:
Fax Ext:
Email:a.tt@email.com

### Admin Contact
Name: Pablo Cabrera
Organization:
Mailing Address: 12 Rue de Valois, Paris 75001 FR
Phone: +44.7762245071
Ext:
Fax:
Fax Ext:
Email:a.tt@email.com

### Tech Contact
Name: Pablo Cabrera

Organization:
Mailing Address: 12 Rue de Valois, Paris 75001 FR
Phone: +44.7762245071
Ext:
Fax:
Fax Ext:
Email:a.tt@email.com

## Registrar

WHOIS Server: whois.regtons.com
URL: http://regtons.com
Registrar: GRANSY S.R.O D/B/A SUBREG.CZ
IANA ID: 1505
Abuse Contact Email:abuse@regtons.com
Abuse Contact Phone: +420.734463373

## Status

Domain Status:ok

## Important Dates

Updated Date: 2014-02-26
Created Date:
Registration Expiration Date: 2015-05-03

## Name Servers

ns1.zorv.com
ns2.zorv.com

# Raw WHOIS Record

```
Domain Name: anal-porntube.com
Registry Domain ID: 1798858052_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.regtons.com
Registrar URL: http://regtons.com
Updated Date: 2014-02-27T00:00:00Z
Creation Date: 2013-05-04T00:00:00Z
Registrar Registration Expiration Date: 2015-05-
04T00:00:00Z
Registrar: GRANSY S.R.O D/B/A SUBREG.CZ
Registrar IANA ID: 1505
Registrar Abuse Contact Email: abuse@regtons.com
Registrar Abuse Contact Phone: +420.734463373
Domain Status: ok
Registry Registrant ID: G-675626
Registrant Name: Pablo Cabrera
Registrant Organization:
Registrant Street: 12 Rue de Valois
Registrant City: Paris
Registrant State/Province:
Registrant Postal Code: 75001
Registrant Country: FR
Registrant Phone: +44.7762245071
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: a.tt@email.com
Registry Admin ID: G-675626
Admin Name: Pablo Cabrera
Admin Organization:
Admin Street: 12 Rue de Valois
Admin City: Paris
Admin State/Province:
Admin Postal Code: 75001
Admin Country: FR
Admin Phone: +44.7762245071
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: a.tt@email.com
Registry Tech ID: G-675626
Tech Name: Pablo Cabrera
Tech Organization:
Tech Street: 12 Rue de Valois
Tech City: Paris
Tech State/Province:
Tech Postal Code: 75001
Tech Country: FR
```

```
Tech Phone: +44.7762245071
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: a.tt@email.com
Name Server: ns1.zorv.com
Name Server: ns2.zorv.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2014-07-17T21:00:00Z <<<
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Ex. 03 / P. 05

Exhibit 4



简体中文    English    Français    Русский    Español    العربية

**WHOIS** BETA

---

| arabporntube4free.com | Lookup |

Provide Feedback

## Showing results for: arabporntube4free.com

Original Query: arabporntube4free.com

# Contact Information

## Registrant Contact
Name: Moniker Privacy Services
Organization: Moniker Privacy Services
Mailing Address: 2320 NE 9th St, Second Floor, Fort Lauderdale FL 33304 US
Phone: +1.8006886311
Ext:
Fax: +1.9545859186
Fax Ext:
Email:
cd643fd956d250e90f2e2d77c47c63a9ffd4a328f21eeb2ac9a96e3677b463a0@arabporntube4free.com.whoisproxy.org

## Admin Contact
Name: Moniker Privacy Services
Organization: Moniker Privacy Services
Mailing Address: 2320 NE 9th St, Second Floor, Fort Lauderdale FL 33304 US
Phone: +1.8006886311
Ext:
Fax: +1.9545859186
Fax Ext:
Email:
cd643fd956d250e90f2e2d77c47c63a9ffd4a328f21eeb2ac9a96e3677b463a0@ara

bporntube4free.com.whoisproxy.org

## Tech Contact

Name: Moniker Privacy Services
Organization: Moniker Privacy Services
Mailing Address: 2320 NE 9th St, Second Floor, Fort Lauderdale FL 33304 US
Phone: +1.8006886311
Ext:
Fax: +1.9545859186
Fax Ext:
Email:
cd643fd956d250e90f2e2d77c47c63a9ffd4a328f21eeb2ac9a96e3677b463a0@ara
bporntube4free.com.whoisproxy.org

## Registrar

WHOIS Server: whois.moniker.com
URL: http://www.moniker.com
Registrar: Moniker Online Services LLC
IANA ID: 228
Abuse Contact Email:abuse@moniker.com
Abuse Contact Phone: +1.9546071294

## Status

Domain Status:clientDeleteProhibited
Domain Status:clientTransferProhibited
Domain Status:clientUpdateProhibited

## Important Dates

Updated Date: 2013-09-24
Created Date:
Registration Expiration Date: 2015-04-26

## Name Servers

ns1.hostedtube.com
ns2.hostedtube.com

## Raw WHOIS Record

```
Domain Name: arabporntube4free.com
Registry Domain ID: 1716256739_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2013-09-24T09:30:00.0Z
Creation Date: 2012-04-26T20:35:37.0Z
Registrar Registration Expiration Date: 2015-04-
26T20:35:37.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registry Registrant ID: WP-4
Registrant Name: Moniker Privacy Services
Registrant Organization: Moniker Privacy Services
Registrant Street: 2320 NE 9th St, Second Floor
Registrant City: Fort Lauderdale
Registrant State/Province: FL
Registrant Postal Code: 33304
Registrant Country: US
Registrant Phone: +1.8006886311
Registrant Phone Ext:
Registrant Fax: +1.9545859186
Registrant Fax Ext:
Registrant Email:
cd643fd956d250e90f2e2d77c47c63a9ffd4a328f21eeb2ac9a96e3677b
463a0@arabporntube4free.com.whoisproxy.org
Registry Admin ID: WP-4
Admin Name: Moniker Privacy Services
Admin Organization: Moniker Privacy Services
Admin Street: 2320 NE 9th St, Second Floor
Admin City: Fort Lauderdale
Admin State/Province: FL
Admin Postal Code: 33304
Admin Country: US
```

```
Admin Phone: +1.8006886311
Admin Phone Ext:
Admin Fax: +1.9545859186
Admin Fax Ext:
Admin Email:
cd643fd956d250e90f2e2d77c47c63a9ffd4a328f21eeb2ac9a96e3677b
463a0@arabporntube4free.com.whoisproxy.org
Registry Tech ID: WP-4
Tech Name: Moniker Privacy Services
Tech Organization: Moniker Privacy Services
Tech Street: 2320 NE 9th St, Second Floor
Tech City: Fort Lauderdale
Tech Postal Code: 33304
Tech State/Province: FL
Tech Country: US
Tech Phone: +1.8006886311
Tech Phone Ext:
Tech Fax: +1.9545859186
Tech Fax Ext:
Tech Email:
cd643fd956d250e90f2e2d77c47c63a9ffd4a328f21eeb2ac9a96e3677b
463a0@arabporntube4free.com.whoisproxy.org
Name Server: ns1.hostedtube.com
Name Server: ns2.hostedtube.com
DNSSEC: unsigned
Whoisprivacy: 4
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2014-07-17T21:44:34.0Z
<<<

Registry Billing ID: WP-4
Billing Name: Moniker Privacy Services
Billing Organization: Moniker Privacy Services
Billing Street: 2320 NE 9th St, Second Floor
Billing City: Fort Lauderdale
Billing State/Province: FL
Billing Postal Code: 33304
Billing Country: US
Billing Phone: +1.8006886311
Billing Phone Ext:
Billing Fax: +1.9545859186
Billing Fax Ext:
Billing Email:
cd643fd956d250e90f2e2d77c47c63a9ffd4a328f21eeb2ac9a96e3677b
463a0@arabporntube4free.com.whoisproxy.org
; Please register your domains at; http://www.moniker.com;
This data is provided by Moniker Online Services, LLC.
; for information purposes, and to assist persons obtaining
information
; about or related to domain name registration records.
```

```
; Moniker Online Services, LLC. does not guarantee its
accuracy.
; By submitting a WHOIS query, you agree that you will use
this data
; only for lawful purposes and that, under no
circumstances, you will
; use this data to
; 1) allow, enable, or otherwise support the transmission
of mass
;    unsolicited, commercial advertising or solicitations
via E-mail
;    (spam); or
; 2) enable high volume, automated, electronic processes
that apply
;    to this WHOIS server.
; These terms may be changed without prior notice.
; By submitting this query, you agree to abide by this
policy.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 5



简体中文   English   Français   Русский   Español   العربية

**WHOIS** BETA

---

| beautyporntube.com | Lookup |

Provide Feedback

*Showing results for: BEAUTYPORNTUBE.COM*

Original Query: beautyporntube.com

# Contact Information

## Registrant Contact
Name: WHOISGUARD PROTECTED
Organization: WHOISGUARD, INC.
Mailing Address: P.O. BOX 0823-03411, PANAMA PANAMA NA PA
Phone: +507.8365503
Ext:
Fax: +51.17057182
Fax Ext:
Email:
CA973B3B520E468ABB157145CBA9D990.PROTECT@WHOISGUARD.COM

## Admin Contact
Name: WHOISGUARD PROTECTED
Organization: WHOISGUARD, INC.
Mailing Address: P.O. BOX 0823-03411, PANAMA PANAMA NA PA
Phone: +507.8365503
Ext:
Fax: +51.17057182
Fax Ext:
Email:
CA973B3B520E468ABB157145CBA9D990.PROTECT@WHOISGUARD.COM

# Tech Contact

Name: WHOISGUARD PROTECTED
Organization: WHOISGUARD, INC.
Mailing Address: P.O. BOX 0823-03411, PANAMA PANAMA NA PA
Phone: +507.8365503
Ext:
Fax: +51.17057182
Fax Ext:
Email:
CA973B3B520E468ABB157145CBA9D990.PROTECT@WHOISGUARD.COM

# Registrar

WHOIS Server: whois.enom.com
URL: www.enom.com
Registrar: ENOM, INC.
IANA ID: 48
Abuse Contact Email:abuse@enom.com
Abuse Contact Phone: +1.4252744500

# Status

Domain Status:clientTransferProhibited

# Important Dates

Updated Date: 2013-09-17
Created Date:
Registration Expiration Date: 2014-09-17

# Name Servers

NS1.PUB-NS.COM

NS2.PUB-NS.COM

# Raw WHOIS Record

```
Domain Name: BEAUTYPORNTUBE.COM
Registry Domain ID: 1827970808_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2013-09-17 15:11:42Z
Creation Date: 2013-09-17 22:11:00Z
Registrar Registration Expiration Date: 2014-09-17
22:11:00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252744500
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: NA
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email:
CA973B3B520E468ABB157145CBA9D990.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: NA
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email:
CA973B3B520E468ABB157145CBA9D990.PROTECT@WHOISGUARD.COM
```

Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: NA
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email:
CA973B3B520E468ABB157145CBA9D990.PROTECT@WHOISGUARD.COM
Name Server: NS1.PUB-NS.COM
Name Server: NS2.PUB-NS.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
Last update of WHOIS database: 2013-09-17 15:11:42Z


The data in this whois database is provided to you for
information
purposes only, that is, to assist you in obtaining
information about or
related to a domain name registration record. We make this
information
available "as is," and do not guarantee its accuracy. By
submitting a
whois query, you agree that you will use this data only for
lawful
purposes and that, under no circumstances will you use this
data to: (1)
enable high volume, automated, electronic processes that
stress or load
this whois database system providing you this information;
or (2) allow,
enable, or otherwise support the transmission of mass
unsolicited,
commercial advertising or solicitations via direct mail,
electronic
mail, or by telephone. The compilation, repackaging,
dissemination or
other use of this data is expressly prohibited without
prior written
consent from us.


We reserve the right to modify these terms at any time. By
submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 6



简体中文    English    Français    Русский    Español    العربية

## WHOIS BETA

---

bigbootyporntube.com    Lookup

Provide Feedback

*Showing results for: BIGBOOTYPORNTUBE.COM*

Original Query: bigbootyporntube.com

# Contact Information

## Registrant Contact
Name: FMR MEDIA
Organization: FMR MEDIA
Mailing Address: P.O. BOX 3124, ALHAMBRA CA 91803 US
Phone: +1.6263081154
Ext:
Fax:
Fax Ext:
Email:DOMAINS@FMRMEDIA.COM

## Admin Contact
Name: FMR MEDIA
Organization: FMR MEDIA
Mailing Address: P.O. BOX 3124, ALHAMBRA CA 91803 US
Phone: +1.6263081154
Ext:
Fax:
Fax Ext:
Email:DOMAINS@FMRMEDIA.COM

## Tech Contact
Name: FMR MEDIA

Ex. 06 / P. 02

Organization: FMR MEDIA
Mailing Address: P.O. BOX 3124, ALHAMBRA CA 91803 US
Phone: +1.6263081154
Ext:
Fax:
Fax Ext:
Email:DOMAINS@FMRMEDIA.COM

# Registrar

WHOIS Server: whois.enom.com
URL: www.enom.com
Registrar: ENOM, INC.
IANA ID: 48
Abuse Contact Email:abuse@enom.com
Abuse Contact Phone: +1.4252744500

# Status

Domain Status:clientTransferProhibited

# Important Dates

Updated Date: 2014-04-06
Created Date:
Registration Expiration Date: 2015-12-14

# Name Servers

NS1.CANDIDHOSTING.COM
NS2.CANDIDHOSTING.COM

Raw WHOIS Record

```
Domain Name: BIGBOOTYPORNTUBE.COM
Registry Domain ID: 1578865150_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2014-04-06 14:43:24Z
Creation Date: 2009-12-14 14:54:00Z
Registrar Registration Expiration Date: 2015-12-14
14:54:00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252744500
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: FMR MEDIA
Registrant Organization: FMR MEDIA
Registrant Street: P.O. BOX 3124
Registrant City: ALHAMBRA
Registrant State/Province: CA
Registrant Postal Code: 91803
Registrant Country: US
Registrant Phone: +1.6263081154
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: DOMAINS@FMRMEDIA.COM
Registry Admin ID:
Admin Name: FMR MEDIA
Admin Organization: FMR MEDIA
Admin Street: P.O. BOX 3124
Admin City: ALHAMBRA
Admin State/Province: CA
Admin Postal Code: 91803
Admin Country: US
Admin Phone: +1.6263081154
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: DOMAINS@FMRMEDIA.COM
Registry Tech ID:
Tech Name: FMR MEDIA
Tech Organization: FMR MEDIA
Tech Street: P.O. BOX 3124
Tech City: ALHAMBRA
Tech State/Province: CA
Tech Postal Code: 91803
```

Tech Country: US
Tech Phone: +1.6263081154
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: DOMAINS@FMRMEDIA.COM
Name Server: NS1.CANDIDHOSTING.COM
Name Server: NS2.CANDIDHOSTING.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
Last update of WHOIS database: 2014-04-06 14:43:24Z


The data in this whois database is provided to you for
information
purposes only, that is, to assist you in obtaining
information about or
related to a domain name registration record. We make this
information
available "as is," and do not guarantee its accuracy. By
submitting a
whois query, you agree that you will use this data only for
lawful
purposes and that, under no circumstances will you use this
data to: (1)
enable high volume, automated, electronic processes that
stress or load
this whois database system providing you this information;
or (2) allow,
enable, or otherwise support the transmission of mass
unsolicited,
commercial advertising or solicitations via direct mail,
electronic
mail, or by telephone. The compilation, repackaging,
dissemination or
other use of this data is expressly prohibited without
prior written
consent from us.


We reserve the right to modify these terms at any time. By
submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002


Get Noticed on the Internet!  Increase visibility for this
domain name by listing it at www.whoisbusinesslistings.com

**Submit a Complaint for WHOIS**

WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 7



简体中文    English    Français    Русский    Español    العربية

**WHOIS** BETA

| boysporntube.net | | Lookup |

Provide Feedback

## *Showing results for: BOYSPORNTUBE.NET*

Original Query: boysporntube.net

# Contact Information

## Registrant Contact
Name: WHOISGUARD PROTECTED
Organization: WHOISGUARD, INC.
Mailing Address: P.O. BOX 0823-03411, PANAMA PANAMA NA PA
Phone: +507.8365503
Ext:
Fax: +51.17057182
Fax Ext:
Email:4C6C8BA055664D0FA409A036EF475DFA.PROTECT@WHOISGUARD.COM

## Admin Contact
Name: WHOISGUARD PROTECTED
Organization: WHOISGUARD, INC.
Mailing Address: P.O. BOX 0823-03411, PANAMA PANAMA NA PA
Phone: +507.8365503
Ext:
Fax: +51.17057182
Fax Ext:
Email:4C6C8BA055664D0FA409A036EF475DFA.PROTECT@WHOISGUARD.COM

## Tech Contact
Name: WHOISGUARD PROTECTED

Organization: WHOISGUARD, INC.
Mailing Address: P.O. BOX 0823-03411, PANAMA PANAMA NA PA
Phone: +507.8365503
Ext:
Fax: +51.17057182
Fax Ext:
Email:4C6C8BA055664D0FA409A036EF475DFA.PROTECT@WHOISGUARD.COM

## Registrar

WHOIS Server: whois.enom.com
URL: www.enom.com
Registrar: ENOM, INC.
IANA ID: 48
Abuse Contact Email:abuse@enom.com
Abuse Contact Phone: +1.4252744500

## Status

Domain Status:clientTransferProhibited

## Important Dates

Updated Date: 2013-09-17
Created Date:
Registration Expiration Date: 2014-09-18

## Name Servers

NS1.EXMASTERS.COM
NS2.EXMASTERS.COM

# Raw WHOIS Record

```
Domain Name: BOYSPORNTUBE.NET
Registry Domain ID: 1828014382_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2013-09-18 03:42:58Z
Creation Date: 2013-09-18 10:42:00Z
Registrar Registration Expiration Date: 2014-09-18
10:42:00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252744500
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: NA
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email:
4C6C8BA055664D0FA409A036EF475DFA.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: NA
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email:
4C6C8BA055664D0FA409A036EF475DFA.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
```

Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: NA
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email:
4C6C8BA055664D0FA409A036EF475DFA.PROTECT@WHOISGUARD.COM
Name Server: NS1.EXMASTERS.COM
Name Server: NS2.EXMASTERS.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
Last update of WHOIS database: 2013-09-18 03:42:58Z


The data in this whois database is provided to you for
information
purposes only, that is, to assist you in obtaining
information about or
related to a domain name registration record. We make this
information
available "as is," and do not guarantee its accuracy. By
submitting a
whois query, you agree that you will use this data only for
lawful
purposes and that, under no circumstances will you use this
data to: (1)
enable high volume, automated, electronic processes that
stress or load
this whois database system providing you this information;
or (2) allow,
enable, or otherwise support the transmission of mass
unsolicited,
commercial advertising or solicitations via direct mail,
electronic
mail, or by telephone. The compilation, repackaging,
dissemination or
other use of this data is expressly prohibited without
prior written
consent from us.


We reserve the right to modify these terms at any time. By
submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 8



Ex. 08 / P. 01

简体中文    English    Français    Русский    Español    العربية

## WHOIS BETA

---

| cashporntube.com | Lookup |

[Provide Feedback](#)

## *Showing results for: CASHPORNTUBE.COM*

Original Query: cashporntube.com

### Raw WHOIS Record

```
Domain Name: CASHPORNTUBE.COM

Abuse email: abuse@ahnames.com

Registrant:
    WhoisProtectService.net PROTECTSERVICE, LTD.
cashporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Registered Through:
    AHnames.com  http://www.AHnames.com/

Administrative Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
cashporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Technical Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
cashporntube.com@whoisprotectservice.net
```

```
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Billing Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
    cashporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Name Server: NS1.XXX69TUBE.COM
Name Server: NS2.XXX69TUBE.COM

Creation Date: 2014-04-29
Expiration Date: 2015-04-29
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Ex. 08 / P. 03

Exhibit 9



简体中文   English   Français   Русский   Español   العربية

**WHOIS** BETA

dailyfreeporntubes.net          Lookup

Provide Feedback

*Showing results for: DAILYFREEPORNTUBES.NET*

Original Query: dailyfreeporntubes.net

# Contact Information

## Registrant Contact

Name: C.F.M. van Huijgevoort
Organization: Multimedia Home Service
Mailing Address: Pieter Mondriaanstraat 10, Oosterhout Noord-Brabant 4907 NX Netherlands
Phone: 0031653295124
Ext:
Fax:
Fax Ext:
Email:huijgbv@planet.nl

## Admin Contact

Name: C.F.M. van Huijgevoort
Organization: Multimedia Home Service
Mailing Address: Pieter Mondriaanstraat 10, Oosterhout Noord-Brabant 4907 NX Netherlands
Phone: 0031653295124
Ext:
Fax:
Fax Ext:
Email:huijgbv@planet.nl

# Tech Contact

Name: C.F.M. van Huijgevoort
Organization: Multimedia Home Service
Mailing Address: Pieter Mondriaanstraat 10, Oosterhout Noord-Brabant 4907 NX Netherlands
Phone: 0031653295124
Ext:
Fax:
Fax Ext:
Email:huijgbv@planet.nl

# Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.480-624-2505

# Status

Domain Status:clientTransferProhibited
Domain Status:clientUpdateProhibited
Domain Status:clientRenewProhibited
Domain Status:clientDeleteProhibited

# Important Dates

Updated Date: 2013-10-22
Created Date:
Registration Expiration Date: 2014-10-22

## Name Servers

NS1.SIMPLECOM.NET
NS2.SIMPLECOM.NET

## Raw WHOIS Record

```
Domain Name: DAILYFREEPORNTUBES.NET
Registry Domain ID: 1832115047_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-10-22 15:34:07
Creation Date: 2013-10-22 15:03:05
Registrar Registration Expiration Date: 2014-10-22 15:03:05
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: C.F.M. van Huijgevoort
Registrant Organization: Multimedia Home Service
Registrant Street: Pieter Mondriaanstraat 10
Registrant City: Oosterhout
Registrant State/Province: Noord-Brabant
Registrant Postal Code: 4907 NX
Registrant Country: Netherlands
Registrant Phone: 0031653295124
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: huijgbv@planet.nl
Registry Admin ID:
Admin Name: C.F.M. van Huijgevoort
Admin Organization: Multimedia Home Service
Admin Street: Pieter Mondriaanstraat 10
Admin City: Oosterhout
Admin State/Province: Noord-Brabant
Admin Postal Code: 4907 NX
Admin Country: Netherlands
Admin Phone: 0031653295124
```

```
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: huijgbv@planet.nl
Registry Tech ID:
Tech Name: C.F.M. van Huijgevoort
Tech Organization: Multimedia Home Service
Tech Street: Pieter Mondriaanstraat 10
Tech City: Oosterhout
Tech State/Province: Noord-Brabant
Tech Postal Code: 4907 NX
Tech Country: Netherlands
Tech Phone: 0031653295124
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: huijgbv@planet.nl
Name Server: NS1.SIMPLECOM.NET
Name Server: NS2.SIMPLECOM.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
Last update of WHOIS database: 2014-07-17T21:00:00Z
```

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided
"as is"
with no guarantee or warranties regarding its accuracy.
This
information is provided for the sole purpose of assisting
you
in obtaining information about domain name registration
records.
Any use of this data for any other purpose is expressly
forbidden without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of
warranty.  In particular,
you agree not to use this data to allow, enable, or
otherwise make possible,
dissemination or collection of this data, in part or in its
entirety, for any
purpose, such as the transmission of unsolicited
advertising and
and solicitations of any kind, including spam.  You further
agree
not to use this data to enable high volume, automated or
robotic electronic
processes designed to collect or compile this data for any
purpose,
including mining this data for your own personal or

```
commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com,
LLC
is not the registrant of domain names listed in this
database.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.
ICANN does not generate, collect, retain or store the results shown other than for the transitory
duration necessary to show these results in response to real-time queries.*  These results are
shown for the sole purpose of assisting you in obtaining information about domain name
registration records and for no other purpose.  You agree to use this data only for lawful purposes
and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by
email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high
volume, automated, electronic processes to collect or compile this data for any purpose,
including without limitation mining this data for your own personal or commercial purposes.
ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by
these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a
query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that
capacity it does collect, generate, retain and store information regarding registrations in the .int
TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 10



简体中文    English    Français    Русский    Español    العربية

# WHOIS BETA

docporntube.com                            Lookup

Provide Feedback

## *Showing results for: DOCPORNTUBE.COM*

Original Query: docporntube.com

### Raw WHOIS Record

```
Domain Name: DOCPORNTUBE.COM

Abuse email: abuse@ahnames.com

Registrant:
    WhoisProtectService.net PROTECTSERVICE, LTD.
docporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Registered Through:
    AHnames.com  http://www.AHnames.com/

Administrative Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
docporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Technical Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
docporntube.com@whoisprotectservice.net
```

Ex. 10 / P. 02

```
     27 Old Gloucester Street
     London WC1N 3AX
     United Kingdom
     +44.02074195061

Billing Contact:
     WhoisProtectService.net PROTECTSERVICE, LTD.
docporntube.com@whoisprotectservice.net
     27 Old Gloucester Street
     London WC1N 3AX
     United Kingdom
     +44.02074195061

Name Server: NS1.KWIKDNS.COM
Name Server: NS2.KWIKDNS.COM

Creation Date: 2011-02-28
Expiration Date: 2015-02-28
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers     Privacy Policy

Ex. 10 / P. 03