Exhibit 11

简体中文    English    Français    Русский    Español    العربية

**WHOIS** BETA

___

| extremeporntube.net | Lookup |

[Provide Feedback](#)

*Showing results for: EXTREMEPORNTUBE.NET*

Original Query: extremeporntube.net

# Contact Information

## Registrant Contact

Name: Domain Name Administrator
Organization: Century Ahead
Mailing Address: c/o GoDaddy Redemption Services, Scottsdale AZ 85260 United States
Phone: +1.4805058877
Ext:
Fax:
Fax Ext:
Email:

## Admin Contact

Name:
Organization: Go Daddy Redemption Services
Mailing Address: 14455 N. Hayden Road, Suite 219, Scottsdale AZ 85260 United States
Phone: +1.4805058877
Ext:
Fax:
Fax Ext:
Email:support@godaddy.com

# Tech Contact

Name:
Organization: Go Daddy Redemption Services
Mailing Address: 14455 N. Hayden Road, Suite 219, Scottsdale AZ 85260 United States
Phone: +1.4805058877
Ext:
Fax:
Fax Ext:
Email:support@godaddy.com

# Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.480-624-2505

# Status

Domain Status:clientTransferProhibited
Domain Status:clientUpdateProhibited
Domain Status:clientRenewProhibited
Domain Status:clientDeleteProhibited

# Important Dates

Updated Date: 2013-06-08
Created Date:
Registration Expiration Date: 2014-06-08

## Name Servers

NS37.DOMAINCONTROL.COM
NS38.DOMAINCONTROL.COM

## Raw WHOIS Record

```
Domain Name: EXTREMEPORNTUBE.NET
Registry Domain ID: 1807064081_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-06-08 16:52:07
Creation Date: 2013-06-08 12:07:33
Registrar Registration Expiration Date: 2014-06-08 12:07:33
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Domain Name Administrator
Registrant Organization: Century Ahead
Registrant Street: c/o GoDaddy Redemption Services
Registrant Street: 14455 N. Hayden Road, Suite 219
Registrant City: Scottsdale
Registrant State/Province: AZ
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4805058877
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:
Registry Admin ID:
Admin Name:
Admin Organization: Go Daddy Redemption Services
Admin Street: 14455 N. Hayden Road, Suite 219
Admin City: Scottsdale
Admin State/Province: AZ
Admin Postal Code: 85260
Admin Country: United States
```

Admin Phone: +1.4805058877
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: support@godaddy.com
Registry Tech ID:
Tech Name:
Tech Organization: Go Daddy Redemption Services
Tech Street: 14455 N. Hayden Road, Suite 219
Tech City: Scottsdale
Tech State/Province: AZ
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4805058877
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: support@godaddy.com
Name Server: NS37.DOMAINCONTROL.COM
Name Server: NS38.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
Last update of WHOIS database: 2014-07-17T21:00:00Z


The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided
"as is"
with no guarantee or warranties regarding its accuracy.
This
information is provided for the sole purpose of assisting
you
in obtaining information about domain name registration
records.
Any use of this data for any other purpose is expressly
forbidden without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of
warranty.  In particular,
you agree not to use this data to allow, enable, or
otherwise make possible,
dissemination or collection of this data, in part or in its
entirety, for any
purpose, such as the transmission of unsolicited
advertising and
and solicitations of any kind, including spam.  You further
agree
not to use this data to enable high volume, automated or
robotic electronic
processes designed to collect or compile this data for any
purpose,

```
including mining this data for your own personal or
commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com,
LLC
is not the registrant of domain names listed in this
database.
```

**Submit a Complaint for WHOIS**
[WHOIS Inaccuracy Complaint Form](#)
[WHOIS Service Complaint Form](#)

[WHOIS Compliance FAQs](#)

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    [Privacy Policy](#)

Exhibit 12

- Search
- Renew
- Transfer
- Features
- Private Registration
- Protect
- Forward

**WHOIS Results for fickporntube.com**

Available domain names similar to fickporntube.com

Available Extensions

- **fickporntube**.net
- **fickporntube**.org
- **fickporntube**.us
- **fickporntube**.us.com

Available Domains

- fickperntube.com
- **fickporntube**site.com
- **fickporntube**live.com
- **fickporntube**store.com

Premium Resale Domains

- europorntube.com          **$2,795**
- superiortubepipe.com      **$677**
- backseatporn.com          **$1,500**
- bananporn.com             **$299**
- **fickporntube**.info
- **fickporntube**.mobi
- **fickporntube**.biz
- **fickporntube**.co.uk
- **fickporntube**.pro
- **fickporntube**.de
- **fickporntube**blog.com
- virtual**fickporntube**.com
- **fickporntube**2u.com
- **fickporntube**planet.com
- my**fickporntube**.com
- mobile**fickporntube**.com
- everybodylovesporn.com **$377**
- rouletteporn.com          **$2,595**
- amateurxxxporn.com        **$1,395**

View more

[Add Selected to Cart]

fickporntube.com

Is this your domain name? Renew it now.

Whois Server Version 2.0

http://www.networksolutions.com/whois/results.jsp?domain=fickporntube.com                              1/3

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.n
for detailed information.

    Domain Name: FICKPORNTUBE.COM
    Registrar: NETWORK SOLUTIONS, LLC.
    Whois Server: whois.networksolutions.com
    Referral URL: http://networksolutions.com
    Name Server: NS1.PENDINGRENEWALDELETION.COM
    Name Server: NS2.PENDINGRENEWALDELETION.COM
    Status: redemptionPeriod
    Updated Date: 14-jul-2014
    Creation Date: 01-jun-2013
    Expiration Date: 01-jun-2014

>>> Last update of whois database: Mon, 21 Jul 2014 00:42:48 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the regist
currently set to expire. This date does not necessarily reflect the e
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois databa
view the registrar's reported date of expiration for this registratic

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining informa
about or related to a domain name registration record. VeriSign does
guarantee its accuracy. By submitting a Whois query, you agree to abi
by the following terms of use: You agree that you may use this Data c
for lawful purposes and that under no circumstances will you use this
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, tele
or facsimile; or (2) enable high volume, automated, electronic proces
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree n
use electronic processes that are automated and high-volume to access
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the
to restrict your access to the Whois database in its sole discretion
operational stability.  VeriSign may restrict or terminate your acces
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

The previous information has been obtained either directly from the registrant or a registrar of the domain name other
than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Make an instant, anonymous offer to the current domain registrant. Learn More

Make Offer

Search Again

Ex. 12 / P. 02

Search again here...

**Search by either**

◉ **Domain Name** e.g. networksolutions.com
○ **IP Address** e.g. 205.178.187.13

[ Search ]





Processing...

Ex. 12 / P. 03

Exhibit 13



简体中文   English   Français   Русский   Español   العربية

**WHOIS** BETA

---

freehdporntubes.net                    Lookup

Provide Feedback

## Showing results for: FREEHDPORNTUBES.NET

Original Query: freehdporntubes.net

# Contact Information

## Registrant Contact

Name: ilhan sanli
Organization:
Mailing Address: camlica sk nergiz sk no 42 eskisehir, eskisehir tepebasi 26100 Turkey
Phone: 05073533614
Ext:
Fax:
Fax Ext:
Email:efsan__@hotmail.com

## Admin Contact

Name: ilhan sanli
Organization:
Mailing Address: camlica sk nergiz sk no 42 eskisehir, eskisehir tepebasi 26100 Turkey
Phone: 05073533614
Ext:
Fax:
Fax Ext:
Email:efsan__@hotmail.com

## Tech Contact

Name: ilhan sanli
Organization:
Mailing Address: camlica sk nergiz sk no 42 eskisehir, eskisehir tepebasi 26100 Turkey
Phone: 05073533614
Ext:
Fax:
Fax Ext:
Email:efsan__@hotmail.com

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.480-624-2505

## Status

Domain Status:clientTransferProhibited
Domain Status:clientUpdateProhibited
Domain Status:clientRenewProhibited
Domain Status:clientDeleteProhibited

## Important Dates

Updated Date: 2013-11-15
Created Date:
Registration Expiration Date: 2014-11-15

## Name Servers

NS35.DOMAINCONTROL.COM
NS36.DOMAINCONTROL.COM

## Raw WHOIS Record

```
Domain Name: FREEHDPORNTUBES.NET
Registry Domain ID: 1835546563_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-11-15 03:58:00
Creation Date: 2013-11-15 03:58:00
Registrar Registration Expiration Date: 2014-11-15 03:58:00
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: ilhan sanli
Registrant Organization:
Registrant Street: camlica sk nergiz sk no 42 eskisehir
Registrant City: eskisehir
Registrant State/Province: tepebasi
Registrant Postal Code: 26100
Registrant Country: Turkey
Registrant Phone: 05073533614
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: efsan__@hotmail.com
Registry Admin ID:
Admin Name: ilhan sanli
Admin Organization:
Admin Street: camlica sk nergiz sk no 42 eskisehir
Admin City: eskisehir
Admin State/Province: tepebasi
Admin Postal Code: 26100
Admin Country: Turkey
Admin Phone: 05073533614
```

```
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: efsan__@hotmail.com
Registry Tech ID:
Tech Name: ilhan sanli
Tech Organization:
Tech Street: camlica sk nergiz sk no 42 eskisehir
Tech City: eskisehir
Tech State/Province: tepebasi
Tech Postal Code: 26100
Tech Country: Turkey
Tech Phone: 05073533614
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: efsan__@hotmail.com
Name Server: NS35.DOMAINCONTROL.COM
Name Server: NS36.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
Last update of WHOIS database: 2014-07-17T23:00:00Z
```

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided
"as is"
with no guarantee or warranties regarding its accuracy.
This
information is provided for the sole purpose of assisting
you
in obtaining information about domain name registration
records.
Any use of this data for any other purpose is expressly
forbidden without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of
warranty.  In particular,
you agree not to use this data to allow, enable, or
otherwise make possible,
dissemination or collection of this data, in part or in its
entirety, for any
purpose, such as the transmission of unsolicited
advertising and
and solicitations of any kind, including spam.  You further
agree
not to use this data to enable high volume, automated or
robotic electronic
processes designed to collect or compile this data for any
purpose,
including mining this data for your own personal or

```
commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com,
LLC
is not the registrant of domain names listed in this
database.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.
ICANN does not generate, collect, retain or store the results shown other than for the transitory
duration necessary to show these results in response to real-time queries.*  These results are
shown for the sole purpose of assisting you in obtaining information about domain name
registration records and for no other purpose.  You agree to use this data only for lawful purposes
and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by
email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high
volume, automated, electronic processes to collect or compile this data for any purpose,
including without limitation mining this data for your own personal or commercial purposes.
ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by
these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a
query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that
capacity it does collect, generate, retain and store information regarding registrations in the .int
TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 14



简体中文    English    Français    Русский    Español    العربية

## WHOIS BETA

Provide Feedback

freeporntube.com

Lookup

*Showing results for: FREEPORNTUBE.COM*

Original Query: freeporntube.com

# Contact Information

## Registrant Contact
Name: LLC RNC Communications
Organization: RNC Communications LLC
Mailing Address: 23233 N. PIMA Rd Ste 113 PMB 144, Scottsdale AZ 85255-8385 US
Phone: +1.4405379063
Ext:
Fax:
Fax Ext:
Email:webmaster@1-a-z-adult-free-stories.com

## Admin Contact
Name: LLC RNC Communications
Organization: RNC Communications LLC
Mailing Address: 23233 N. PIMA Rd Ste 113 PMB 144, Scottsdale AZ 85255-8385 US
Phone: +1.4405379063
Ext:
Fax:
Fax Ext:
Email:webmaster@1-a-z-adult-free-stories.com

## Tech Contact
Name: LLC RNC Communications
Organization: RNC Communications LLC
Mailing Address: 23233 N. PIMA Rd Ste 113 PMB 144, Scottsdale AZ 85255-8385 US

Phone: +1.4405379063
Ext:
Fax:
Fax Ext:
Email:webmaster@1-a-z-adult-free-stories.com

## Registrar

WHOIS Server: whois.directnic.com
URL: http://www.directnic.com
Registrar: DNC Holdings, Inc.
IANA ID: 291
Abuse Contact Email:abuse@directnic.com
Abuse Contact Phone: +1.8668569598

## Status

Domain Status:clientTransferProhibited
Domain Status:clientUpdateProhibited
Domain Status:clientDeleteProhibited

## Important Dates

Updated Date: 2014-05-27
Created Date:
Registration Expiration Date: 2014-10-31

## Name Servers

NS2.National-net.com
NS1.National-net.com

# Raw WHOIS Record

```
Domain Name: FREEPORNTUBE.COM
Registry Domain ID: 1526561627_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2014-05-27T21:44:10+00:00
Creation Date: 2008-10-31T18:57:58+00:00
Registrar Registration Expiration Date: 2014-10-
31T18:57:58+00:00
Registrar: DNC Holdings, Inc.
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8668569598
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientDeleteProhibited
Registrant Name: LLC RNC Communications
Registrant Organization: RNC Communications LLC
Registrant Street: 23233 N. PIMA Rd Ste 113 PMB 144
Registrant City: Scottsdale
Registrant State/Province: AZ
Registrant Postal Code: 85255-8385
Registrant Country: US
Registrant Phone: +1.4405379063
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster@1-a-z-adult-free-stories.com
Admin Name: LLC RNC Communications
Admin Organization: RNC Communications LLC
Admin Street: 23233 N. PIMA Rd Ste 113 PMB 144
Admin City: Scottsdale
Admin State/Province: AZ
Admin Postal Code: 85255-8385
Admin Country: US
Admin Phone: +1.4405379063
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster@1-a-z-adult-free-stories.com
Tech Name: LLC RNC Communications
Tech Organization: RNC Communications LLC
Tech Street: 23233 N. PIMA Rd Ste 113 PMB 144
Tech City: Scottsdale
Tech State/Province: AZ
Tech Postal Code: 85255-8385
Tech Country: US
```

```
Tech Phone: +1.4405379063
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: webmaster@1-a-z-adult-free-stories.com
Name Server: NS2.National-net.com
Name Server: NS1.National-net.com
URL of the ICANN WHOIS Data Problem Reporting System
http://wdprs.internic.net
>>> Last update of WHOIS database: 2014-07-
17T23:22:50+00:00 <<<


The compilation, repackaging, dissemination, or other use
of this WHOIS
data is expressly prohibited without the prior written
consent of
DNC Holdings, Inc.

DNC Holdings reserves the right to terminate your access to
its WHOIS
database in its sole discretion, including without
limitation, for
excessive querying of the database or for failure to
otherwise abide by
this policy.

DNC Holdings reserves the right to modify these terms at
any time.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.
LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN
AVAILABILITY.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.
ICANN does not generate, collect, retain or store the results shown other than for the transitory
duration necessary to show these results in response to real-time queries.*  These results are
shown for the sole purpose of assisting you in obtaining information about domain name

registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 15

简体中文   English   Français   Русский   Español   العربية

## WHOIS BETA

freexxxxporntube.com                    Lookup

Provide Feedback

*Showing results for: freexxxxporntube.com*

Original Query: freexxxxporntube.com

# Contact Information

## Registrant Contact
Name: Domain ID Shield Service
Organization: Domain ID Shield Service CO., Limited
Mailing Address: 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central, Hong Kong, Hong Kong Hong Kong 999077 CN
Phone: +852.21581835
Ext:
Fax: +852.30197491
Fax Ext:
Email:5261779399104@domainidshield.com

## Admin Contact
Name: Domain ID Shield Service
Organization: Domain ID Shield Service CO., Limited
Mailing Address: 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central, Hong Kong, Hong Kong Hong Kong 999077 CN
Phone: +852.21581835
Ext:
Fax: +852.30197491
Fax Ext:
Email:5261779399101@domainidshield.com

# Tech Contact

Name: Domain ID Shield Service
Organization: Domain ID Shield Service CO., Limited
Mailing Address: 5/F Hong Kong Trade Centre, 161-167 DesVoeux Road Central, Hong Kong, Hong Kong Hong Kong 999077 CN
Phone: +852.21581835
Ext:
Fax: +852.30197491
Fax Ext:
Email:5261779399102@domainidshield.com

# Registrar

WHOIS Server: whois.onlinenic.com
URL: http://www.onlinenic.com
Registrar: Onlinenic Inc
IANA ID: 82
Abuse Contact Email:onlinenic-enduser@onlinenic.com
Abuse Contact Phone: +1.5107698492

# Status

Domain Status:ok

# Important Dates

Updated Date:
Created Date:
Registration Expiration Date: 2015-06-07

# Name Servers

ns1.victory.jp

ns2.victory.jp

# Raw WHOIS Record

```
Domain Name: freexxxxporntube.com
Registry Domain ID:
Registrar WHOIS Server: whois.onlinenic.com
Registrar URL: http://www.onlinenic.com
Updated Date:
Creation Date: 2014-06-07
Registrar Registration Expiration Date: 2015-06-07
Registrar: Onlinenic Inc
Registrar IANA ID: 82
Registrar Abuse Contact Email: onlinenic-
enduser@onlinenic.com
Registrar Abuse Contact Phone: +1.5107698492
Domain Status: ok
Registry Registrant ID:
Registrant Name: Domain ID Shield Service
Registrant Organization: Domain ID Shield Service CO.,
Limited
Registrant Street: 5/F Hong Kong Trade Centre, 161-167
DesVoeux Road Central, Hong Kong
Registrant City: Hong Kong
Registrant State/Province: Hong Kong
Registrant Postal Code: 999077
Registrant Country: CN
Registrant Phone: +852.21581835
Registrant Phone Ext:
Registrant Fax: +852.30197491
Registrant Fax Ext:
Registrant Email: 5261779399104@domainidshield.com
Registry Admin ID:
Admin Name: Domain ID Shield Service
Admin Organization: Domain ID Shield Service CO., Limited
Admin Street: 5/F Hong Kong Trade Centre, 161-167 DesVoeux
Road Central, Hong Kong
Admin City: Hong Kong
Admin State/Province: Hong Kong
Admin Postal Code: 999077
Admin Country: CN
Admin Phone: +852.21581835
Admin Phone Ext:
Admin Fax: +852.30197491
Admin Fax Ext:
Admin Email: 5261779399101@domainidshield.com
Registry Tech ID:
```

Ex. 15 / P. 03

```
Tech Name: Domain ID Shield Service
Tech Organization: Domain ID Shield Service CO., Limited
Tech Street: 5/F Hong Kong Trade Centre, 161-167 DesVoeux
Road Central, Hong Kong
Tech City: Hong Kong
Tech State/Province: Hong Kong
Tech Postal Code: 999077
Tech Country: CN
Tech Phone: +852.21581835
Tech Phone Ext:
Tech Fax: +852.30197491
Tech Fax Ext:
Tech Email: 5261779399102@domainidshield.com
Name Server: ns1.victory.jp
Name Server: ns2.victory.jp
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database:  <<<
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy    Ex. 15 / P. 04

Exhibit 16



简体中文    English    Français    Русский    Español    العربية

## WHOIS BETA

gaybearporntube.com                Lookup

Provide Feedback

## Showing results for: GAYBEARPORNTUBE.COM

Original Query: gaybearporntube.com

### Raw WHOIS Record

```
Domain Name: GAYBEARPORNTUBE.COM

Abuse email: abuse@ahnames.com

Registrant:
    WhoisProtectService.net PROTECTSERVICE, LTD.
gaybearporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Registered Through:
    AHnames.com  http://www.AHnames.com/

Administrative Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
gaybearporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Technical Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
gaybearporntube.com@whoisprotectservice.net
```

```
        27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Billing Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
gaybearporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Name Server: NS1.PUB-NS.COM
Name Server: NS2.PUB-NS.COM

Creation Date: 2013-03-12
Expiration Date: 2015-03-12
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Ex. 16 / P. 03

Exhibit 17



Ex. 17 / P. 01

简体中文    English    Français    Русский    Español    العربية

## WHOIS BETA

---

goldenageofporntube.com    | Lookup |

Provide Feedback

## Showing results for: GOLDENAGEOFPORNTUBE.COM

Original Query: goldenageofporntube.com

# Contact Information

## Registrant Contact

Name: Direct Privacy
Organization: Domain Name Proxy Service, Inc
Mailing Address: P.O. Box 6592, Metairie LA 70009 US
Phone: +1.5043550082
Ext:
Fax:
Fax Ext:
Email:goldenageofporntube.com@domainnameproxyservice.com

## Admin Contact

Name: Direct Privacy
Organization: Domain Name Proxy Service, Inc
Mailing Address: P.O. Box 6592, Metairie LA 70009 US
Phone: +1.5043550082
Ext:
Fax:
Fax Ext:
Email:goldenageofporntube.com@domainnameproxyservice.com

## Tech Contact

Name: Direct Privacy

Ex. 17 / P. 02

Organization: Domain Name Proxy Service, Inc
Mailing Address: P.O. Box 6592, Metairie LA 70009 US
Phone: +1.5043550082
Ext:
Fax:
Fax Ext:
Email:goldenageofporntube.com@domainnameproxyservice.com

## Registrar

WHOIS Server: whois.directnic.com
URL: http://www.directnic.com
Registrar: DNC Holdings, Inc.
IANA ID: 291
Abuse Contact Email:abuse@directnic.com
Abuse Contact Phone: +1.8668569598

## Status

Domain Status:clientTransferProhibited
Domain Status:clientUpdateProhibited
Domain Status:clientDeleteProhibited

## Important Dates

Updated Date: 2014-06-04
Created Date:
Registration Expiration Date: 2015-06-23

## Name Servers

NS0.DIRECTNIC.COM
NS1.DIRECTNIC.COM

## Raw WHOIS Record

```
Domain Name: GOLDENAGEOFPORNTUBE.COM
Registry Domain ID: 1500314466_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2014-06-04T20:17:18+00:00
Creation Date: 2008-06-23T20:48:41+00:00
Registrar Registration Expiration Date: 2015-06-
23T20:48:41+00:00
Registrar: DNC Holdings, Inc.
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8668569598
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientDeleteProhibited
Registrant Name: Direct Privacy
Registrant Organization: Domain Name Proxy Service, Inc
Registrant Street: P.O. Box 6592
Registrant City: Metairie
Registrant State/Province: LA
Registrant Postal Code: 70009
Registrant Country: US
Registrant Phone: +1.5043550082
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:
goldenageofporntube.com@domainnameproxyservice.com
Admin Name: Direct Privacy
Admin Organization: Domain Name Proxy Service, Inc
Admin Street: P.O. Box 6592
Admin City: Metairie
Admin State/Province: LA
Admin Postal Code: 70009
Admin Country: US
Admin Phone: +1.5043550082
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
goldenageofporntube.com@domainnameproxyservice.com
Tech Name: Direct Privacy
Tech Organization: Domain Name Proxy Service, Inc
```

Ex. 17 / P. 04

```
Tech Street: P.O. Box 6592
Tech City: Metairie
Tech State/Province: LA
Tech Postal Code: 70009
Tech Country: US
Tech Phone: +1.5043550082
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:
goldenageofporntube.com@domainnameproxyservice.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
URL of the ICANN WHOIS Data Problem Reporting System
http://wdprs.internic.net
>>> Last update of WHOIS database: 2014-07-
17T23:23:35+00:00 <<<
```

The compilation, repackaging, dissemination, or other use
of this WHOIS
data is expressly prohibited without the prior written
consent of
DNC Holdings, Inc.

DNC Holdings reserves the right to terminate your access to
its WHOIS
database in its sole discretion, including without
limitation, for
excessive querying of the database or for failure to
otherwise abide by
this policy.

DNC Holdings reserves the right to modify these terms at
any time.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.
LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN
AVAILABILITY.

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers     Privacy Policy

Exhibit 18



简体中文    English    Français    Русский    Español    العربية

**WHOIS** BETA

---

| growporntube.com | Lookup |
|---|---|

Provide Feedback

## Showing results for: GROWPORNTUBE.COM

Original Query: growporntube.com

# Contact Information

## Registrant Contact
Name: WHOISGUARD PROTECTED
Organization: WHOISGUARD, INC.
Mailing Address: P.O. BOX 0823-03411, PANAMA PANAMA 00000 PA
Phone: +507.8365503
Ext:
Fax: +51.17057182
Fax Ext:
Email:0B83F2F9800C4EA882B91CC38495BA4D.PROTECT@WHOISGUARD.COM

## Admin Contact
Name: WHOISGUARD PROTECTED
Organization: WHOISGUARD, INC.
Mailing Address: P.O. BOX 0823-03411, PANAMA PANAMA 00000 PA
Phone: +507.8365503
Ext:
Fax: +51.17057182
Fax Ext:
Email:0B83F2F9800C4EA882B91CC38495BA4D.PROTECT@WHOISGUARD.COM

## Tech Contact
Name: WHOISGUARD PROTECTED

Ex. 18 / P. 02

Organization: WHOISGUARD, INC.
Mailing Address: P.O. BOX 0823-03411, PANAMA PANAMA 00000 PA
Phone: +507.8365503
Ext:
Fax: +51.17057182
Fax Ext:
Email:0B83F2F9800C4EA882B91CC38495BA4D.PROTECT@WHOISGUARD.COM

# Registrar

WHOIS Server: whois.enom.com
URL: www.enom.com
Registrar: ENOM, INC.
IANA ID: 48
Abuse Contact Email:abuse@enom.com
Abuse Contact Phone: +1.4252744500

# Status

Domain Status:clientTransferProhibited

# Important Dates

Updated Date: 2013-04-30
Created Date:
Registration Expiration Date: 2015-04-30

# Name Servers

NS1.BIGXXXTITS.COM
NS2.BIGXXXTITS.COM

# Raw WHOIS Record

```
Domain Name: GROWPORNTUBE.COM
Registry Domain ID: 1798055426_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2013-05-01 01:37:28Z
Creation Date: 2013-05-01 09:37:00Z
Registrar Registration Expiration Date: 2015-05-01
01:37:00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252744500
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email:
0B83F2F9800C4EA882B91CC38495BA4D.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email:
0B83F2F9800C4EA882B91CC38495BA4D.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
```

Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email:
0B83F2F9800C4EA882B91CC38495BA4D.PROTECT@WHOISGUARD.COM
Name Server: NS1.BIGXXXTITS.COM
Name Server: NS2.BIGXXXTITS.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
Last update of WHOIS database: 2013-05-01 01:37:28Z


The data in this whois database is provided to you for
information
purposes only, that is, to assist you in obtaining
information about or
related to a domain name registration record. We make this
information
available "as is," and do not guarantee its accuracy. By
submitting a
whois query, you agree that you will use this data only for
lawful
purposes and that, under no circumstances will you use this
data to: (1)
enable high volume, automated, electronic processes that
stress or load
this whois database system providing you this information;
or (2) allow,
enable, or otherwise support the transmission of mass
unsolicited,
commercial advertising or solicitations via direct mail,
electronic
mail, or by telephone. The compilation, repackaging,
dissemination or
other use of this data is expressly prohibited without
prior written
consent from us.


We reserve the right to modify these terms at any time. By
submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 19



简体中文    English    Français    Русский    Español    العربية

**WHOIS** BETA

---

hindiporntube.org                    Lookup

Provide Feedback

## Showing results for: HINDIPORNTUBE.ORG

Original Query: hindiporntube.org

# Contact Information

## Registrant Contact
Name: WhoisProtectService.net PROTECTSERVICE, LTD.
Organization:
Mailing Address: 27 Old Gloucester Street, London WC1N 3AX GB
Phone: +44.02074195061
Ext:
Fax:
Fax Ext:
Email:hindiporntube.org@whoisprotectservice.net

## Admin Contact
Name: WhoisProtectService.net PROTECTSERVICE, LTD.
Organization:
Mailing Address: 27 Old Gloucester Street, London WC1N 3AX GB
Phone: +44.02074195061
Ext:
Fax:
Fax Ext:
Email:hindiporntube.org@whoisprotectservice.net

## Tech Contact
Name: WhoisProtectService.net PROTECTSERVICE, LTD.

Ex. 19 / P. 02

Organization:
Mailing Address: 27 Old Gloucester Street, London WC1N 3AX GB
Phone: +44.02074195061
Ext:
Fax:
Fax Ext:
Email:hindiporntube.org@whoisprotectservice.net

# Registrar

WHOIS Server:
URL:
Registrar: EvoPlus Ltd. (R1823-LROR)
IANA ID: 1418
Abuse Contact Email:
Abuse Contact Phone:

# Status

Domain Status:ok

# Important Dates

Updated Date: 2014-07-16
Created Date:
Registration Expiration Date:

# Name Servers

NS1.PUB-NS.COM
NS2.PUB-NS.COM

Ex. 19 / P. 03

# Raw WHOIS Record

```
Domain Name:HINDIPORNTUBE.ORG
Domain ID: D169213282-LROR
Creation Date: 2013-07-16T09:38:02Z
Updated Date: 2014-07-16T09:41:13Z
Registry Expiry Date: 2015-07-16T09:38:02Z
Sponsoring Registrar:EvoPlus Ltd. (R1823-LROR)
Sponsoring Registrar IANA ID: 1418
WHOIS Server:
Referral URL:
Domain Status: ok
Registrant ID:MR_3697427WP
Registrant Name:WhoisProtectService.net PROTECTSERVICE,
LTD.
Registrant Organization:
Registrant Street: 27 Old Gloucester Street
Registrant City:London
Registrant State/Province:
Registrant Postal Code:WC1N 3AX
Registrant Country:GB
Registrant Phone:+44.02074195061
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:hindiporntube.org@whoisprotectservice.net
Admin ID:MR_3697427WP
Admin Name:WhoisProtectService.net PROTECTSERVICE, LTD.
Admin Organization:
Admin Street: 27 Old Gloucester Street
Admin City:London
Admin State/Province:
Admin Postal Code:WC1N 3AX
Admin Country:GB
Admin Phone:+44.02074195061
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:hindiporntube.org@whoisprotectservice.net
Tech ID:MR_3697427WP
Tech Name:WhoisProtectService.net PROTECTSERVICE, LTD.
Tech Organization:
Tech Street: 27 Old Gloucester Street
Tech City:London
Tech State/Province:
Tech Postal Code:WC1N 3AX
Tech Country:GB
Tech Phone:+44.02074195061
Tech Phone Ext:
```

```
Tech Fax:
Tech Fax Ext:
Tech Email:hindiporntube.org@whoisprotectservice.net
Name Server:NS1.PUB-NS.COM
Name Server:NS2.PUB-NS.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

Access to Public Interest Registry WHOIS information is
provided to assist persons in determining the contents of a
domain name registration record in the Public Interest
Registry registry database. The data in this record is
provided by Public Interest Registry for informational
purposes only, and Public Interest Registry does not
guarantee its accuracy. This service is intended only for
query-based access. You agree that you will use this data
only for lawful purposes and that, under no circumstances
will you use this data to(a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile
of mass unsolicited, commercial advertising or
solicitations to entities other than the data recipient's
own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data
to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain
names or modify existing registrations. All rights
reserved. Public Interest Registry reserves the right to
modify these terms at any time. By submitting this query,
you agree to abide by this policy.

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers      Privacy Policy

Exhibit 20



简体中文   English   Français   Русский   Español   العربية

# WHOIS BETA

hotsexyporntube.com | Lookup

Provide Feedback

## *Showing results for: HOTSEXYPORNTUBE.COM*

Original Query: hotsexyporntube.com

### Raw WHOIS Record

```
Domain Name: HOTSEXYPORNTUBE.COM

Abuse email: abuse@ahnames.com

Registrant:
    WhoisProtectService.net PROTECTSERVICE, LTD.
hotsexyporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Registered Through:
    AHnames.com  http://www.AHnames.com/

Administrative Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
hotsexyporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Technical Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
hotsexyporntube.com@whoisprotectservice.net
```

```
     27 Old Gloucester Street
     London WC1N 3AX
     United Kingdom
     +44.02074195061

Billing Contact:
     WhoisProtectService.net PROTECTSERVICE, LTD.
     hotsexyporntube.com@whoisprotectservice.net
     27 Old Gloucester Street
     London WC1N 3AX
     United Kingdom
     +44.02074195061


Name Server: NS1.TOPDNS.ME
Name Server: NS3.TOPDNS.ME
Name Server: NS2.TOPDNS.ME


Creation Date: 2013-04-11
Expiration Date: 2015-04-11
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers   Privacy Policy