Exhibit 21



简体中文   English   Français   Русский   Español   العربية

## WHOIS BETA

iphoneporntube.com          Lookup

Provide Feedback

## *Showing results for: IPHONEPORNTUBE.COM*

Original Query: iphoneporntube.com

### Raw WHOIS Record

```
NOTICE AND TERMS OF USE: The data in WEBMASTERS.COM's WHOIS
database is provided for
information purposes only, and its accuracy is not
guaranteed. By submitting a WHOIS
query, you agree to abide by the following terms of use:
You agree that you may use this
Data only for lawful purposes and that under no
circumstances will you use this Data to:
(1) allow, enable, or otherwise support the transmission of
mass unsolicited, commercial
advertising or solicitations via e-mail, telephone, or fax;
or (2) enable high volume,
automated, electronic processes for the purpose of re-
transmitting the WHOIS data.

*** The registrant below has elected to keep their contact
information private. ***

Registrant:
    Account Privacy
    4465 W. Gandy Blvd., Suite 801
    Tampa, FL 33611
    US

    Domain Name: IPHONEPORNTUBE.COM
```

Ex. 21 / P. 02

```
     Administrative Contact:
        Private Registration
proxy.iphoneporntube.com@accountprivacy.com
        Account Privacy
        4465 W. Gandy Blvd., Suite 801
        Tampa, FL 33611
        US
        +1.8138378000 FAX: +1.8138378900


     Technical Contact:
        Private Registration
proxy.iphoneporntube.com@accountprivacy.com
        Account Privacy
        4465 W. Gandy Blvd., Suite 801
        Tampa, FL 33611
        US
        +1.8138378000 FAX: +1.8138378900


     Billing Contact:
        Private Registration
proxy.iphoneporntube.com@accountprivacy.com
        Account Privacy
        4465 W. Gandy Blvd., Suite 801
        Tampa, FL 33611
        US
        +1.8138378000 FAX: +1.8138378900


     Record created on 14-Aug-2013
     Record expires on 14-Aug-2015
     Record updated on 07-Jan-2014 13:36:47 EST
     Database last updated on 17-Jul-2014 19:25:26 EST


     Domain servers in listed order:

     NS73.WEBMASTERS.COM       66.230.196.127
     NS74.WEBMASTERS.COM       64.156.26.71


To prevent fraudulent transfers, the above domain name has
been LOCKED at the registry
level. Any request to transfer this domain name to a
different owner or registrar will
require a signed, notarized authorization letter which will
be verified by telephone
with the current registrant prior to approval.


-----------------------------------------------------------
------------------
Get a free domain name with hosting at WEBMASTERS.COM for
only $9.95 a month!
-----------------------------------------------------------
------------------
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 22



简体中文    English    Français    Русский    Español    العربية

## WHOIS BETA

---

jokerporntube.net    | Lookup |

Provide Feedback

*Showing results for: jokerporntube.net*

Original Query: jokerporntube.net

# Contact Information

## Registrant Contact

Name: Domain Administrator
Organization: See PrivacyGuardian.org
Mailing Address: , Phoenix AZ 85016 US
Phone: 347-871-7726
Ext:
Fax:
Fax Ext:
Email:pw-62214c0856dac1027ba41c43265e7ca2@privacyguardian.org

## Admin Contact

Name: Domain Administrator
Organization: See PrivacyGuardian.org
Mailing Address: , Phoenix AZ 85016 US
Phone: 347-871-7726
Ext:
Fax:
Fax Ext:
Email:pw-62214c0856dac1027ba41c43265e7ca2@privacyguardian.org

## Tech Contact

Name: Domain Administrator

Ex. 22 / P. 02

Organization: See PrivacyGuardian.org
Mailing Address: , Phoenix AZ 85016 US
Phone: 347-871-7726
Ext:
Fax:
Fax Ext:
Email:pw-62214c0856dac1027ba41c43265e7ca2@privacyguardian.org

# Registrar

WHOIS Server:
URL:
Registrar:
IANA ID:
Abuse Contact Email:
Abuse Contact Phone:

# Status

# Important Dates

Updated Date:
Created Date:
Registration Expiration Date:

# Name Servers

NS1.DNSOWL.COM
NS2.DNSOWL.COM
NS3.DNSOWL.COM

# Raw WHOIS Record

NOTICE AND TERMS OF USE: You are not authorized to access
or query our WHOIS
database through the use of high-volume, automated,
electronic processes. The
Data in our WHOIS database is provided for information
purposes only, and to
assist persons in obtaining information about or related to
a domain name
registration record. We do not guarantee its accuracy. By
submitting a WHOIS
query, you agree to abide by the following terms of use:
You agree that you may
use this Data only for lawful purposes and that under no
circumstances will you
use this Data to: (1) allow, enable, or otherwise support
the transmission of
mass unsolicited, commercial advertising or solicitations
via e-mail, telephone,
or facsimile; or (2) enable high volume, automated,
electronic processes that
apply to us (or our computer systems). The compilation,
repackaging,
dissemination or other use of this Data is expressly
prohibited without our
prior written consent. We reserve the right to terminate
your access to the
WHOIS database at our sole discretion, including without
limitation, for
excessive querying of the WHOIS database or for failure to
otherwise abide by
this policy. We reserve the right to modify these terms at
any time.

Domains - cheap, easy, and secure at NameSilo.com

http://www.namesilo.com


Domain Name: jokerporntube.net
Created On: 2013-12-16
Expiration Date: 2014-12-16


Name Server: NS1.DNSOWL.COM
Name Server: NS2.DNSOWL.COM
Name Server: NS3.DNSOWL.COM

```
Registrant Name: Domain Administrator
Registrant Organization: See PrivacyGuardian.org
Registrant Street1: 1928 E. Highland Ave. Ste F104
Registrant Street2: PMB# 255
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85016
Registrant Country: US
Registrant Phone: 347-871-7726
Registrant Email: pw-
62214c0856dac1027ba41c43265e7ca2@privacyguardian.org


Admin Name: Domain Administrator
Admin Organization: See PrivacyGuardian.org
Admin Street1: 1928 E. Highland Ave. Ste F104
Admin Street2: PMB# 255
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85016
Admin Country: US
Admin Phone: 347-871-7726
Admin Email: pw-
62214c0856dac1027ba41c43265e7ca2@privacyguardian.org


Billing Name: Domain Administrator
Billing Organization: See PrivacyGuardian.org
Billing Street1: 1928 E. Highland Ave. Ste F104
Billing Street2: PMB# 255
Billing City: Phoenix
Billing State/Province: AZ
Billing Postal Code: 85016
Billing Country: US
Billing Phone: 347-871-7726
Billing Email: pw-
62214c0856dac1027ba41c43265e7ca2@privacyguardian.org


Tech Name: Domain Administrator
Tech Organization: See PrivacyGuardian.org
Tech Street1: 1928 E. Highland Ave. Ste F104
Tech Street2: PMB# 255
Tech City: Phoenix
Tech State/Province: AZ
Tech Postal Code: 85016
Tech Country: US
Tech Phone: 347-871-7726
Tech Email: pw-
62214c0856dac1027ba41c43265e7ca2@privacyguardian.org
```

```
Register your domain now at www.NameSilo.com - Domains.
Cheap, Fast and Secure
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 23



简体中文    English    Français    Русский    Español    العربية

## WHOIS BETA

lastporntube.com                                    Lookup

Provide Feedback

# Showing results for: LASTPORNTUBE.COM

Original Query: lastporntube.com

## Raw WHOIS Record

```
Domain Name: LASTPORNTUBE.COM

Abuse email: abuse@ahnames.com

Registrant:
    WhoisProtectService.net PROTECTSERVICE, LTD.
lastporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Registered Through:
    AHnames.com  http://www.AHnames.com/

Administrative Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
lastporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Technical Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
lastporntube.com@whoisprotectservice.net
```

```
      27 Old Gloucester Street
      London WC1N 3AX
      United Kingdom
      +44.02074195061

Billing Contact:
      WhoisProtectService.net PROTECTSERVICE, LTD.
      lastporntube.com@whoisprotectservice.net
      27 Old Gloucester Street
      London WC1N 3AX
      United Kingdom
      +44.02074195061

Name Server: NS1.KWIKDNS.COM
Name Server: NS2.KWIKDNS.COM

Creation Date: 2011-07-14
Expiration Date: 2015-07-14
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy    Ex. 23 / P. 03

Exhibit 24



简体中文    English    Français    Русский    Español    العربية

# WHOIS BETA

lineporntube.com          Lookup

Provide Feedback

## Showing results for: LINEPORNTUBE.COM

Original Query: lineporntube.com

### Raw WHOIS Record

```
Domain Name: LINEPORNTUBE.COM

Abuse email: abuse@ahnames.com

Registrant:
    WhoisProtectService.net PROTECTSERVICE, LTD.
lineporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Registered Through:
    AHnames.com  http://www.AHnames.com/

Administrative Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
lineporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Technical Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
lineporntube.com@whoisprotectservice.net
```

```
        27 Old Gloucester Street
     London WC1N 3AX
     United Kingdom
     +44.02074195061

Billing Contact:
     WhoisProtectService.net PROTECTSERVICE, LTD.
     lineporntube.com@whoisprotectservice.net
        27 Old Gloucester Street
     London WC1N 3AX
     United Kingdom
     +44.02074195061


Name Server: NS1.KWIKDNS.COM
Name Server: NS2.KWIKDNS.COM

Creation Date: 2011-07-14
Expiration Date: 2015-07-14
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy    Ex. 24 / P. 03

Exhibit 25



简体中文   English   Français   Русский   Español   العربية

## WHOIS BETA

---

maturewomanporntube.com | Lookup

Provide Feedback

## Showing results for: MATUREWOMANPORNTUBE.COM
Original Query: maturewomanporntube.com

### Raw WHOIS Record

```
Domain Name: MATUREWOMANPORNTUBE.COM

Abuse email: abuse@ahnames.com

Registrant:
    WhoisProtectService.net PROTECTSERVICE, LTD.
maturewomanporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Registered Through:
    AHnames.com  http://www.AHnames.com/

Administrative Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
maturewomanporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Technical Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
maturewomanporntube.com@whoisprotectservice.net
```

Ex. 25 / P. 02

```
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Billing Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
maturewomanporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Name Server: NS1.KWIKDNS.COM
Name Server: NS2.KWIKDNS.COM

Creation Date: 2013-01-17
Expiration Date: 2015-01-17
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Ex. 25 / P. 03

Exhibit 26



简体中文    English    Français    Русский    Español    العربية

## WHOIS BETA

---

mobilehdporntube.com          Lookup

Provide Feedback

*Showing results for: MOBILEHDPORNTUBE.COM*
Original Query: mobilehdporntube.com

# Contact Information

## Registrant Contact
Name: Domain Administrator
Organization: Fundacion Private Whois
Mailing Address: Attn: mobilehdporntube.com, Aptds. 0850-00056, Panama Zona 15 PA
Phone: +507.65967959
Ext:
Fax:
Fax Ext:
Email:522b13d792tur2vu@5225b4d0pi3627q9.privatewhois.net

## Admin Contact
Name: Domain Administrator
Organization: Fundacion Private Whois
Mailing Address: Attn: mobilehdporntube.com, Aptds. 0850-00056, Panama Zona 15 PA
Phone: +507.65967959
Ext:
Fax:
Fax Ext:
Email:522b13d715wbsw3d@5225b4d0pi3627q9.privatewhois.net

## Tech Contact

Name: Domain Administrator
Organization: Fundacion Private Whois
Mailing Address: Attn: mobilehdporntube.com, Aptds. 0850-00056, Panama Zona 15 PA
Phone: +507.65967959
Ext:
Fax:
Fax Ext:
Email:522b13d7rv3j6jt1@5225b4d0pi3627q9.privatewhois.net

## Registrar

WHOIS Server: whois.internet.bs
URL: http://www.internetbs.net
Registrar: Internet.bs Corp.
IANA ID: 814
Abuse Contact Email:abuse@internet.bs
Abuse Contact Phone:

## Status

Domain Status:clientTransferProhibited

## Important Dates

Updated Date: 2012-10-24
Created Date:
Registration Expiration Date: 2015-06-25

## Name Servers

ns-canada.topdns.com

Ex. 26 / P. 03

ns-uk.topdns.com
ns-usa.topdns.com

## Raw WHOIS Record

```
Domain Name: MOBILEHDPORNTUBE.COM
Registry Domain ID: 1663721526_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.internet.bs
Registrar URL: http://www.internetbs.net
Updated Date: 2012-10-24T18:26:36Z
Creation Date: 2011-06-26T06:59:59Z
Registrar Registration Expiration Date: 2015-06-
25T23:18:57Z
Registrar: Internet.bs Corp.
Registrar IANA ID: 814
Registrar Abuse Contact Email: abuse@internet.bs
Registrar Abuse Contact Phone:
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: Fundacion Private Whois
Registrant Street: Attn: mobilehdporntube.com, Aptds. 0850-
00056
Registrant City: Panama
Registrant State/Province:
Registrant Postal Code: Zona 15
Registrant Country: PA
Registrant Phone: +507.65967959
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:
522b13d792tur2vu@5225b4d0pi3627q9.privatewhois.net
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: Fundacion Private Whois
Admin Street: Attn: mobilehdporntube.com, Aptds. 0850-00056
Admin City: Panama
Admin State/Province:
Admin Postal Code: Zona 15
Admin Country: PA
Admin Phone: +507.65967959
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
```

```
Admin Email:
522b13d715wbsw3d@5225b4d0pi3627q9.privatewhois.net
Registry Tech ID:
Tech Name: Domain Administrator
Tech Organization: Fundacion Private Whois
Tech Street: Attn: mobilehdporntube.com, Aptds. 0850-00056
Tech City: Panama
Tech State/Province:
Tech Postal Code: Zona 15
Tech Country: PA
Tech Phone: +507.65967959
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:
522b13d7rv3j6jt1@5225b4d0pi3627q9.privatewhois.net
Name Server: ns-canada.topdns.com
Name Server: ns-uk.topdns.com
Name Server: ns-usa.topdns.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2014-07-17T23:02:09Z <<<
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.
ICANN does not generate, collect, retain or store the results shown other than for the transitory
duration necessary to show these results in response to real-time queries.*  These results are
shown for the sole purpose of assisting you in obtaining information about domain name
registration records and for no other purpose.  You agree to use this data only for lawful purposes
and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by
email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high
volume, automated, electronic processes to collect or compile this data for any purpose,
including without limitation mining this data for your own personal or commercial purposes.
ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by
these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a
query, you agree to abide by these terms.

Ex. 26 / P. 05

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 27



简体中文   English   Français   Русский   Español   العربية

## WHOIS BETA

---

| naijaporntube.com | Lookup |

Provide Feedback

*Showing results for: NAIJAPORNTUBE.COM*

Original Query: naijaporntube.com

# Contact Information

### Registrant Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 United States
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:NAIJAPORNTUBE.COM@domainsbyproxy.com

### Admin Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 United States
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:NAIJAPORNTUBE.COM@domainsbyproxy.com

### Tech Contact
Name: Registration Private

Ex. 27 / P. 02

Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 United States
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:NAIJAPORNTUBE.COM@domainsbyproxy.com

# Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.480-624-2505

# Status

Domain Status:clientTransferProhibited
Domain Status:clientUpdateProhibited
Domain Status:clientRenewProhibited
Domain Status:clientDeleteProhibited

# Important Dates

Updated Date: 2014-04-02
Created Date:
Registration Expiration Date: 2015-04-27

# Name Servers

NS71.DOMAINCONTROL.COM

NS72.DOMAINCONTROL.COM

## Raw WHOIS Record

```
Domain Name: NAIJAPORNTUBE.COM
Registry Domain ID: 1653171108_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-04-02 16:28:08
Creation Date: 2011-04-27 12:30:12
Registrar Registration Expiration Date: 2015-04-27 12:30:12
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB
309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: NAIJAPORNTUBE.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
```

Admin Email: NAIJAPORNTUBE.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: NAIJAPORNTUBE.COM@domainsbyproxy.com
Name Server: NS71.DOMAINCONTROL.COM
Name Server: NS72.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
Last update of WHOIS database: 2014-07-17T23:00:00Z


The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided
"as is"
with no guarantee or warranties regarding its accuracy.
This
information is provided for the sole purpose of assisting
you
in obtaining information about domain name registration
records.
Any use of this data for any other purpose is expressly
forbidden without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of
warranty.  In particular,
you agree not to use this data to allow, enable, or
otherwise make possible,
dissemination or collection of this data, in part or in its
entirety, for any
purpose, such as the transmission of unsolicited
advertising and
and solicitations of any kind, including spam.  You further
agree
not to use this data to enable high volume, automated or
robotic electronic
processes designed to collect or compile this data for any
purpose,
including mining this data for your own personal or
commercial purposes.

```
Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com,
LLC
is not the registrant of domain names listed in this
database.
```

*Showing results for: NAIJAPORNTUBE.COM*

Original Query: naijaporntube.com

# Contact Information

## Registrant Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 United States
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:NAIJAPORNTUBE.COM@domainsbyproxy.com

## Admin Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 United States
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:NAIJAPORNTUBE.COM@domainsbyproxy.com

## Tech Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 United States
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:

Email:NAIJAPORNTUBE.COM@domainsbyproxy.com

# Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.480-624-2505

# Status

Domain Status:clientTransferProhibited
Domain Status:clientUpdateProhibited
Domain Status:clientRenewProhibited
Domain Status:clientDeleteProhibited

# Important Dates

Updated Date: 2014-04-02
Created Date:
Registration Expiration Date: 2015-04-27

# Name Servers

NS71.DOMAINCONTROL.COM
NS72.DOMAINCONTROL.COM

# Raw WHOIS Record

```
Domain Name: NAIJAPORNTUBE.COM
Registry Domain ID: 1653171108_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-04-02 16:28:08
Creation Date: 2011-04-27 12:30:12
Registrar Registration Expiration Date: 2015-04-27 12:30:12
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB
309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: NAIJAPORNTUBE.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: NAIJAPORNTUBE.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
```

```
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: NAIJAPORNTUBE.COM@domainsbyproxy.com
Name Server: NS71.DOMAINCONTROL.COM
Name Server: NS72.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
Last update of WHOIS database: 2014-07-17T23:00:00Z
```

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided
"as is"
with no guarantee or warranties regarding its accuracy.
This
information is provided for the sole purpose of assisting
you
in obtaining information about domain name registration
records.
Any use of this data for any other purpose is expressly
forbidden without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of
warranty.  In particular,
you agree not to use this data to allow, enable, or
otherwise make possible,
dissemination or collection of this data, in part or in its
entirety, for any
purpose, such as the transmission of unsolicited
advertising and
and solicitations of any kind, including spam.  You further
agree
not to use this data to enable high volume, automated or
robotic electronic
processes designed to collect or compile this data for any
purpose,
including mining this data for your own personal or
commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com,
LLC
is not the registrant of domain names listed in this
database.

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 28



Ex. 28 / P. 01

简体中文    English    Français    Русский    Español    العربية

## WHOIS BETA

---

notaporntube.com                    Lookup

Provide Feedback

## *Showing results for: notaporntube.com*

Original Query: notaporntube.com

# Contact Information

## Registrant Contact

Name: Janeck Simon
Organization:
Mailing Address: Kalverbenden 64, Aachen 52066 DE
Phone: +49.15779393263
Ext:
Fax:
Fax Ext:
Email:it-simon@web.de

## Admin Contact

Name: Janeck Simon
Organization:
Mailing Address: Kalverbenden 64, Aachen 52066 DE
Phone: +49.15779393263
Ext:
Fax:
Fax Ext:
Email:it-simon@web.de

## Tech Contact

Name: Hostmaster Strato Rechenzentrum

Organization:
Mailing Address: Cronon AG Professional IT-Services, Karlsruhe 76131 DE
Phone: +49.72166320305
Ext:
Fax: +49.72166320303
Fax Ext:
Email:hostmaster@cronon-isp.net

# Registrar

WHOIS Server:
URL: http://www.cronon.net
Registrar: Cronon AG
IANA ID: 141
Abuse Contact Email:abuse@strato.de
Abuse Contact Phone: +49.303001460

# Status

Domain Status:OK

# Important Dates

Updated Date: 2013-03-03
Created Date:
Registration Expiration Date: 2015-03-03

# Name Servers

shades01.rzone.de
docks15.rzone.de

# Raw WHOIS Record

```
Domain Name: notaporntube.com
Registrar Whois Server: whois.cronon.net
Registrar URL: http://www.cronon.net
Updated Date: 2013-03-04T00:00:00Z
Creation Date: 2013-03-04T00:00:00Z
Registrar Registration Expiration Date: 2015-03-
04T00:00:00Z
Registrar: Cronon AG
Registrar IANA ID: 141
Registrar Abuse Contact Email: abuse@strato.de
Registrar Abuse Contact Phone: +49.303001460
Reseller:
Domain Status: OK
Registry Registrant ID: JS1601-XLINK
Registrant Name: Janeck Simon
Registrant Organization:
Registrant Street: Kalverbenden 64
Registrant City: Aachen
Registrant State/Province:
Registrant Postal Code: 52066
Registrant Country: DE
Registrant Phone: +49.15779393263
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: it-simon@web.de
Registry Admin ID: JS1601-XLINK
Admin Name: Janeck Simon
Admin Organization:
Admin Street: Kalverbenden 64
Admin City: Aachen
Admin State/Province:
Admin Postal Code: 52066
Admin Country: DE
Admin Phone: +49.15779393263
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: it-simon@web.de
Registry Tech ID: HSR4-XLINK
Tech Name: Hostmaster Strato Rechenzentrum
Tech Organization:
Tech Street: Cronon AG Professional IT-Services
Tech Street: Emmy-Noether-Str. 10
Tech City: Karlsruhe
Tech State/Province:
Tech Postal Code: 76131
```

```
Tech Country: DE
Tech Phone: +49.72166320305
Tech Phone Ext:
Tech Fax: +49.72166320303
Tech Fax Ext:
Tech Email: hostmaster@cronon-isp.net
Name Server: shades01.rzone.de
Name Server: docks15.rzone.de
DNSSEC:
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 29



简体中文    English    Français    Русский    Español    العربية

## WHOIS BETA

___

perfectporntube.com          Lookup

Provide Feedback

## Showing results for: PERFECTPORNTUBE.COM

Original Query: perfectporntube.com

# Contact Information

## Registrant Contact

Name: Domain Admin
Organization: Privacy Protection Service INC d/b/a PrivacyProtect.org
Mailing Address: C/O ID#10760, PO Box 16 Note - Visit PrivacyProtect.org to contact the domain owner/operator Note - Visit PrivacyProtect.org to contact the domain owner/operator, Nobby Beach Queensland QLD 4218 AU
Phone: +45.36946676
Ext:
Fax:
Fax Ext:
Email:contact@privacyprotect.org

## Admin Contact

Name: Domain Admin
Organization: Privacy Protection Service INC d/b/a PrivacyProtect.org
Mailing Address: C/O ID#10760, PO Box 16 Note - Visit PrivacyProtect.org to contact the domain owner/operator Note - Visit PrivacyProtect.org to contact the domain owner/operator, Nobby Beach Queensland QLD 4218 AU
Phone: +45.36946676
Ext:
Fax:
Fax Ext:

Email:contact@privacyprotect.org

## Tech Contact

Name: Domain Admin

Organization: Privacy Protection Service INC d/b/a PrivacyProtect.org

Mailing Address: C/O ID#10760, PO Box 16 Note - Visit PrivacyProtect.org to contact the domain owner/operator Note - Visit PrivacyProtect.org to contact the domain owner/operator, Nobby Beach Queensland QLD 4218 AU

Phone: +45.36946676

Ext:

Fax:

Fax Ext:

Email:contact@privacyprotect.org

## Registrar

WHOIS Server: whois.publicdomainregistry.com

URL: www.publicdomainregistry.com

Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com

IANA ID: 303

Abuse Contact Email:abuse-contact@publicdomainregistry.com

Abuse Contact Phone: +1-2013775952

## Status

Domain Status:clientTransferProhibited

## Important Dates

Updated Date: 2014-06-17

Created Date:

Registration Expiration Date: 2015-04-17

## Name Servers

ns1.barnahosting.es
ns2.barnahosting.es

# Raw WHOIS Record

```
Domain Name: PERFECTPORNTUBE.COM
Registry Domain ID:
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 17-Jun-2014
Creation Date: 17-Apr-2014
Registrar Registration Expiration Date: 17-Apr-2015
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Registrar Abuse Contact Email: abuse-
contact@publicdomainregistry.com
Registrar Abuse Contact Phone: +1-2013775952
Domain Status: clientTransferProhibited
Registry Registrant ID: PP-SP-001
Registrant Name: Domain Admin
Registrant Organization: Privacy Protection Service INC
d/b/a PrivacyProtect.org
Registrant Street: C/O ID#10760, PO Box 16 Note - Visit
PrivacyProtect.org to contact the domain owner/operator
Note - Visit PrivacyProtect.org to contact the domain
owner/operator
Registrant City: Nobby Beach
Registrant State/Province: Queensland
Registrant Postal Code: QLD 4218
Registrant Country: AU
Registrant Phone: +45.36946676
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: contact@privacyprotect.org
Registry Admin ID: PP-SP-001
Admin Name: Domain Admin
Admin Organization: Privacy Protection Service INC d/b/a
PrivacyProtect.org
Admin Street: C/O ID#10760, PO Box 16 Note - Visit
PrivacyProtect.org to contact the domain owner/operator
Note - Visit PrivacyProtect.org to contact the domain
owner/operator
Admin City: Nobby Beach
Admin State/Province: Queensland
Admin Postal Code: QLD 4218
```

Ex. 29 / P. 04

```
Admin Country: AU
Admin Phone: +45.36946676
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: contact@privacyprotect.org
Registry Tech ID: PP-SP-001
Tech Name: Domain Admin
Tech Organization: Privacy Protection Service INC d/b/a
PrivacyProtect.org
Tech Street: C/O ID#10760, PO Box 16 Note - Visit
PrivacyProtect.org to contact the domain owner/operator
Note - Visit PrivacyProtect.org to contact the domain
owner/operator
Tech City: Nobby Beach
Tech State/Province: Queensland
Tech Postal Code: QLD 4218
Tech Country: AU
Tech Phone: +45.36946676
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: contact@privacyprotect.org
Name Server: ns1.barnahosting.es
Name Server: ns2.barnahosting.es
DNSSEC:Unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>>Last update of WHOIS database: 2014-07-
17T23:31:20+0000Z<<<


Registration Service Provided By: BARNAHOSTING

PRIVACYPROTECT.ORG is providing privacy protection services
to this domain name to
protect the owner from spam and phishing attacks.
PrivacyProtect.org is not
responsible for any of the activities associated with this
domain name. If you wish
to report any abuse concerning the usage of this domain
name, you may do so at
http://privacyprotect.org/contact. We have a stringent
abuse policy and any
complaint will be actioned within a short period of time.

The data in this whois database is provided to you for
information purposes
only, that is, to assist you in obtaining information about
or related to a
domain name registration record. We make this information
available "as is",
```

```
and do not guarantee its accuracy. By submitting a whois
query, you agree
that you will use this data only for lawful purposes and
that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes
that stress or load
this whois database system providing you this information;
or
(2) allow, enable, or otherwise support the transmission of
mass unsolicited,
commercial advertising or solicitations via direct mail,
electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of
this data is
expressly prohibited without prior written consent from us.
The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these
terms.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.
ICANN does not generate, collect, retain or store the results shown other than for the transitory
duration necessary to show these results in response to real-time queries.*  These results are
shown for the sole purpose of assisting you in obtaining information about domain name registration
records and for no other purpose.  You agree to use this data only for lawful purposes
and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by
email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high
volume, automated, electronic processes to collect or compile this data for any purpose,
including without limitation mining this data for your own personal or commercial purposes.
ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by
these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a
query, you agree to abide by these terms.

\*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Exhibit 30



简体中文    English    Français    Русский    Español    العربية

**WHOIS** BETA

pornporntube.com                    Lookup

Provide Feedback

## Showing results for: PORNPORNTUBE.COM

Original Query: pornporntube.com

### Raw WHOIS Record

```
Domain Name: PORNPORNTUBE.COM

Abuse email: abuse@ahnames.com

Registrant:
    WhoisProtectService.net PROTECTSERVICE, LTD.
pornporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Registered Through:
    AHnames.com  http://www.AHnames.com/

Administrative Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
pornporntube.com@whoisprotectservice.net
    27 Old Gloucester Street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Technical Contact:
    WhoisProtectService.net PROTECTSERVICE, LTD.
pornporntube.com@whoisprotectservice.net
```

```
     27 Old Gloucester Street
     London WC1N 3AX
     United Kingdom
     +44.02074195061

Billing Contact:
     WhoisProtectService.net PROTECTSERVICE, LTD.
pornporntube.com@whoisprotectservice.net
     27 Old Gloucester Street
     London WC1N 3AX
     United Kingdom
     +44.02074195061

Name Server: NS2.REALVIDEOTUBE.COM
Name Server: NS1.REALVIDEOTUBE.COM

Creation Date: 2013-05-16
Expiration Date: 2015-05-16
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2014 Internet Corporation for Assigned Names and Numbers    Privacy Policy

Ex. 30 / P. 03