# Exhibit
# 69

# Oxford English Dictionary | The definitive record of the English language

# porn, *n.*²

**Pronunciation:**  Brit. /pɔːn/ , U.S. /pɔ(ə)rn/

**Etymology:**  Shortened < PORNOGRAPHY *n.* Compare earlier PORN *n.*¹, PORNO *adj.*

*colloq.*

**1.** = PORNOGRAPHY *n.*

> *hard porn*, *soft porn*: see PORNOGRAPHY *n.* 1a.

> 1962  *John o' London's* 10 May 456/2   The central character and narrator, the Captain, is a seedy but not at all unsympathetic individual who makes a precarious living by writing 'porn'.

> 1964  *New Society* 13 Feb. 5/3   The stuff men pass round in barrack rooms as 'a nice bit of porn'.

> 1976  T. HEALD *Let Sleeping Dogs Die* viii. 154   An elderly woman..looked up from the nudie magazine... More soft porn lay around her.

> 1977  E. J. TRIMMER et al. *Visual Dict. Sex* (1978) xxiv. 274   Perhaps the institution of an Oscar for the best hard porn movie of the year might give the producers an incentive to quit conning their public.

> 1980  G. GREENE *Dr. Fischer* xv. 108,   I..sat for an hour before a soft porn film.

> 2000  *Police* Feb. 20/1   Up until now, Internet-friendly pornographers, either suppliers or receivers of child porn, have had relatively easy lives.

**2.** *fig.* As the second element in compounds: denoting written or visual material that emphasizes the sensuous or sensational aspects of a non-sexual subject, appealing to its audience in a manner likened to the titillating effect of pornography.

> 1973  *Jrnl. Pop. Culture* 7 257   A real innovator in horror-porn, he was the first underground cartoonist to revel in atrocity, to pack his pages with entrails and a crew of frenzied characters who enjoy nothing so much as chewing on a bit of warm bowel.

> 1977  *N.Y. Rev. Bks.* 8 Dec. 18/2   True gastro-porn heightens the excitement and also the sense of the unattainable by proffering colored photographs of various completed recipes.

> 1991  *Locus* May 19/2   Practically anything that can be obsessed about turns up as hyphenated pornography: food-porn, disaster-porn.

> 1998  *Independent* 18 Aug. II. 13/1   Weather-porn, as it is known, also embraces programmes on volcanoes, earthquakes, meteors and dinosaurs.

> 2002  *Dissent* Winter 27/2   The writers are particularly tough on themselves, especially when they fear they may be turning out the kind of 'war porn' that makes the slaughter they describe seem fascinating rather than horrifying.

## COMPOUNDS

General *attrib.*

1964  *New Society* 13 Feb. 6/2  'There's nothing odd about our customers,' the porn shop assistant said.

1970  *Time* 16 Nov. 92  So busy are the makers of porn films in San Francisco that they have depressed the market for imported sex movies.

1986  S. CHURCHER *N.Y. Confidential* ix. 223  Yes, sexual liberation lives. Reinforcements for the movement have been eagerly acquiring their first leather, latex, subscriptions to porn magazines, [etc.].

2004  *Independent on Sunday* (Nexis) 27 June 7  Two twiddly shapes that come out the top of some protuberances, like tiny aerials, or pleasuring devices in porn toys.

Oxford University Press
Copyright © 2014 Oxford University Press . All rights reserved.

Your access is brought to you by:
Evan Fray-Witzer

# Oxford English Dictionary | The definitive record of the English language

# tube, *n.*

**Pronunciation:** /tjuːb/

**Etymology:** < French *tube* (1460 in Godefroy *Compl.*), < Latin *tubus*.

**I.** Artificial.

**1.**

**a.** A hollow body, usually cylindrical, and long in proportion to its diameter, of wood, metal, glass, or other material, used to convey or contain a liquid or fluid, or for other purposes; a pipe.

> A more recent and more generic term than *pipe*, in which the form of the thing is chiefly considered, and thus used in reference to many things to which *pipe* is not applied, *pipe* being an older term retained for tubes used for the passage of liquids, smoke, air, or gas, while *tube* is applied to most recent inventions; but the distinction is often arbitrary, depending on the custom of the workshops.

1658   E. PHILLIPS *New World Eng. Words*,   *Tube*,..any long pipe through which water or other liquid substance is conveyed.

1660   R. BOYLE *New Exper. Physico-mechanicall* i. 33   The Mercury in the [barometric] Tube fell down lower, about three inches, at the top of the Mountain then at the bottom.

1690   J. LOCKE *Ess. Humane Understanding* II. iv. 49   When the Sucker in a Pump is drawn, the space it filled in the Tube is certainly the same, whether any other body follows the motion of the Sucker or no.

1837   C. R. GORING & A. PRITCHARD *Microgr.* 206   [In] a solar microscope..B, the tube containing the condensing lens.

1846   W. GREENER *Sci. Gunnery* (new ed.) 288   Lateral pressure on the sides of the tube of the gun.

1861   N. A. WOODS *Tour Prince of Wales in Canada* 122   The whole Tube [of a tubular bridge] was first actually built in England and sent out piece meal.

**b.** = TUBING *n.*, material of a tubular form.

1823   J. BADCOCK *Domest. Amusem.* 78   Some feet or yards..of that more pliable composition tube, employed by the makers of beer engines.

1893   J. A. HODGES *Elem. Photogr.* (1907) 87   A piece of india rubber tube.

**2.** In specific applications usually indicated by context.

**a.** A glass or other tube used in chemistry; *esp.* = TEST-TUBE *n.*
**tube of safety** = *safety tube* n. at SAFETY *n.* Compounds 3.

1800   tr. E. J. B. Bouillon-Lagrange *Man. Course Chem.* I. 60   Melt the phosphorus in boiling water, and apply to it one of the ends of the tube, while you hold the other in your mouth.

1807   T. Thomson *Syst. Chem.* (ed. 3) II. 207   A tube of safety is a tube open at its upper end, and having its lower end plunged in water.

1827   M. Faraday *Chem. Manip.* i. 21   Glass tubes of various sizes closed at one end.

1842   M. Faraday *Chem. Manip.* (ed. 3) xiv. 307   The best tubes are those made of Bohemian potash glass, and used by Liebig in his analyses of organic bodies.

**b.** A tubular surgical instrument; a cannula; an intubation-tube.

1803   *Med. & Physical Jrnl.* **9** 7   The tube is to be passed downwards until it again reaches the substance to be extracted.

1844   R. Dunglison *Dict. Med. Sci.* (ed. 4) ,   *Tube, Œsophageal*, *Stomach Tube*, a long elastic gum tube, capable of being passed into the œsophagus or stomach. *Tube, Rectal*,..similar to the last, which is sometimes passed into the colon.

1877   E. H. Knight *Pract. Dict. Mech.* (at cited word),   (*Surgical tubes*) *a*. An esophageal tube, capable of being passed into the stomach. *b*. An elastic gum tube passed *per anum* into the colon... *c*. A tracheal tube.

1902   *Brit. Med. Jrnl.* 3 July,   Owing to the depth of the wound two drainage tubes were introduced at the time of operation.

**c.** A fire-tube or water-tube in a steam-boiler; a boiler-tube.

1833   N. Arnott *Elem. Physics* (ed. 5) II. 32   In a long waggon~shaped boiler the tubes..should be made flat and broad enough to reach from side to side.

1903   *Daily Chron.* 7 Jan. 7/2   In the fire-tube or cylindrical boiler the fire and smoke went through the tubes, and in the water-tube the fire was outside the tubes and the water passed through them.

**d.** A small collapsible cylinder of tin or lead used to hold semi-liquid substances, as oil-colours.

1841   Rand *Brit. Patent 8863*,   Their contents may easily be squeezed out by collapsing the said tubes or cases.

1877   E. H. Knight *Pract. Dict. Mech.* 2643/1   Collapsible tin tubes for artists' colors.

1881 [see *tube-colour n.* at Compounds 2].

**e.** In wool or worsted spinning: cf. *tube yarn n.* at Compounds 2, and Tube *v.* 2.

1884   *West. Morn. News* 5 Sept. 7/4   The foreign yarn trade keeps pretty brisk, particularly in lustre wefts, and similar yarns on the tube.

**f.** (See quot. 1877.)

1877   E. H. KNIGHT *Pract. Dict. Mech.*,   *Tube*,..4. the barrel of a chain~pump.

**g.** *Electronics*. A sealed container, evacuated or gas-filled, containing two or more electrodes between which an electric current can be made to flow; *spec.*   *(a)* a cathode-ray tube;   *(b)* (chiefly *U.S.*) a thermionic valve. Freq. in *Comb.* with preceding n., as **discharge tube**, **electron tube**, **picture tube**, **vacuum tube**, qq.v.

1859   *Philos. Trans.* (Royal Soc.) **148** 15   The direct discharge is that which is visible when taken from two wires hermetically sealed in a vacuum tube.

1898   *London, Edinb. & Dublin Philos. Mag.* 5th Ser. **46** 296   Hertz made the rays travel between two parallel plates of metal placed inside the discharge-tube.

1905   *Electrician* 16 June 335/1   The phosphorescent spot on the screen of the tube follows strictly any changes which occur in the strength of the field.

1915   *Electrician* 21 May 241/2   In the X-ray tube..the space charge effects are very much exaggerated.

1922   C. W. TAUSSIG *Bk. of Radio* ix. 111   The tubes used are 5 watt transmitting tubes.

1940   H. M. WATSON et al. *Understanding Radio* v. 223   As you experiment with this one-tube set, you will hear many stations faintly.

1947   R. LEE *Electronic Transformers & Circuits* i. 3   The limitations which inhere in transformers often influence the choice of amplifier tubes.

1973   G. J. KING *Newnes Colour Television Servicing Man.* I. i. 29/2   The output direct from the tripler is too high an impedance to accommodate the normal beam current swings of the tube without serious voltage fluctuations.

1981   NASHELSKY & BOYLESTAD *Devices* iv. 128   Production rose from about 1 million tubes in 1922 to about 100 million in 1937.

**h.** *inner tube*: see INNER *adj.* 1i. Also *ellipt.*

1894   LD. ALBEMARLE & G. L. HILLIER *Cycling* (rev. ed.) App. 471   The outer arch is removed, the inner tube carefully examined, the hole discovered—if necessary by inflating the tube and immersing it in water.

1904   A. B. F. YOUNG *Compl. Motorist* (ed. 2) xi. 246   When the tube and cover are both in place..the air chamber is inflated by means of a pump.

1979   *United States 1980/81* (Penguin Travel Guides) 367   You can buy tubes..at gas stations and stands along the route.

**i.** A telephone. Cf. sense 7a   and SPEAKING-TUBE *n.*   *colloq.* or *slang.*

[1873   C. M. YONGE *Pillars of House* II. xiii. 38   Mr. Underwood breathed through a mysterious tube, and Edgar appeared.]

c1899   C. H. CHAMBERS in M. R. Booth *Eng. Plays of 19th Cent.* (1973) III. 401   (*Rings off, and hangs up tube.*) That is another mistake—that telephone.

1959   *Esquire* Nov. 70   *Tube*, can be television, but usually telephone. Example: Buzz me on the tube. Call me up.

**j.** A type of skate (see quot. 1923).

1923   E. JESSUP *Snow & Ice Sports* 220   The 'tubes' are a comparatively recent departure in skate design... The blade..is set in a long hollow tube. Similar but wider tubes support the heel and front plates.

**k. *the tube*,** television, a television set; also, ***the boob tube***   [see BOOB *n.* 3] ; cf. *the box n.* at BOX *n.*[2] 3j. *colloq.* (orig. and chiefly *U.S.*).

1959 [see sense 2i].

1965   *Sunday News* (N.Y.*)* 4 Oct. 2   She..is making a name for herself as a singer on the tube.

1966   *Current Slang* (Univ. S. Dakota) **1** II. 1   Let's catch the late show on the *boob tube.*

1972   *Observer* 31 Dec. 24/1   Turning to the tube in order to redress the balance with a spot of the old festive vulgarity.

1977   M. FRENCH *Women's Room* (1978) ii. 115,   I sit and watch the stupid boob tube.

1979   *Radio Times* 11 Aug. 19/1   'I see you on the tube a lot,' an American said to me recently in a pub. 'Oh really,' I replied, 'the Piccadilly line?' 'No,' he said, 'the *tube*, the dream machine.'

**l. *down the tube(s)*,** lost, finished, in trouble; freq. in ***to go down the tube(s)*** = *to go down the drain* at DRAIN *n.* 1e. *slang* (orig. *U.S.*).

1963   *Amer. Speech* **38** 168   To fail to pass an examination:..*go down the tubes.*

1975   *New Yorker* 5 May 32/1   It would be ludicrous to end on a note of Chris going down the tube.

1977   J. D. MACDONALD *Condominium* xii. 122   We've got too many goodies tucked into the Marliss Corporation to take a chance of it going down the tube.

1982   *Listener* 16 Dec. 35/3   The smile on Sir Freddie's face the week before it was revealed that he was down the tubes to the extent of something over £270 million was the smile of a consummate actor.

**m.** A bottle or can of beer. *Austral. colloq.*

1969 *Listener* 24 Apr. 588/2  This..extrovert chunders..his way through the kangaroo valley of Earl's Court..buoyed up by innumerable tubes (bottles) of Foster's Beer.

1980 R. HILL *Killing Kindness* xx. 187  'What do you want to do?'.. Mow my lawn and then cool off with a tube of lager, thought Pascoe.

**3.** An optical instrument of tubular form, *esp.* a telescope: more fully **optic tube**. Now *arch.*

1651 W. DAVENANT *Gondibert* V. ii. 16  Others with Optick Tubes the Moons scant face..Attract through Glasses.

1668 S. PEPYS *Diary* 4 Dec. (1976) IX. 384  Wrote a letter at the Board, by the help of a tube, to Lord Brouncker.

1669 S. PEPYS *Diary* 14 Mar. (1976) IX. 482  My eyes being very bad; and..I forced to find a way to use by turns with my tube, one after another.

1718 M. PRIOR *Solomon on Vanity* III, in *Poems Several Occasions* (new ed.) 490  Of his fair Deeds a distant View I took; But turn'd the Tube upon his Faults to look.

1781 W. COWPER *Charity* 387  Some grave optician..finds that though his tubes assist the sight, They cannot give it.

1807 J. BARLOW *Columbiad* VII. 262  On the tall decks their curious chiefs explore, With optic tube, our camp-encumber'd shore.

1867 G. GILFILLAN *Night* iv. 116  To the silent tube in Herschel's hand A hundred suns spring up.

**4.**

†**a.** Applied to a tobacco-pipe. *poet. Obs. rare.*

1736 I. H. BROWNE *Of Smoking* 3  Pretty tube of mighty power, Charmer of an idle hour.

1785 W. COWPER *Task* V. 55  With pressure of his thumb To adjust the fragrant charge of a short tube, That fumes beneath his nose.

**b.** A cigarette. *slang.*

1946 P. LARKIN *Jill* 16  Christopher, extending his silver cigarette[-case], said with an uneasy smile: 'Tube for anyone?'

1975 *High Times* Dec. 11/2 (*advt.*)  Filter tipped tubes give a smoother smoke to the very end.

**5.**

†**a.** A cannon; also a rifle or hand-gun. *poet.*

1763 W. FALCONER *Ode Duke of York* 138  The ships their horrid tubes display, Tier over tier.

1801 *Sporting Mag.* **17** 148  With curious skill the deathful tube is made.

1816  Byron *Siege Corinth* iii. 10   To point the tube, the lance to wield.

1897  R. Kipling in *Times* 17 July 13/6   Heathen heart that puts her trust In reeking tube and iron shard.

**b.** A small pipe introduced through the vent, formerly used in firing cannon; a *friction-tube n.*, *quill-tube n.* (a) at Quill *n.*[1] Compounds 2, or *priming tube n.* at Priming *n.*[1] Compounds 2.

1797  *Encycl. Brit.* VIII. 230/2   Firing it [gunpowder] with tubes, introduced at a vent bored through the button and breech of the gun, of different lengths, so as to reach the different parts of the powder.

1828  Webster *Amer. Dict. Eng. Lang.*,   *Tube*, in artillery, an instrument of tin, used in quick firing.

1867  W. H. Smyth *Sailor's Word-bk.*,   *Tubes*, for guns, a kind of portable priming, for insertion into the vent,—of various patterns.

**c.** The inner cylinder of a built-up gun, upon which the outer case is shrunk. Cf. Tubage *n.* 1b.

1895  I. K. Funk et al. *Standard Dict. Eng. Lang.*

**6.**

**a.** A musical wind-instrument, a pipe. *poet. rare.*

**b.** The main cylinder of a wind-instrument ( *Cent. Dict.* 1891).

1820  Keats *Hyperion: a Fragm.* I, in *Lamia & Other Poems* 157   Solemn tubes, Blown by the serious Zephyrs, gave of sweet And wandering sounds, slow-breathed melodies.

**7.**

**a.** A pneumatic dispatch-tube.

1860  *Once a Week* 28 July 130/2   Written messages are sucked through tubes... We hear a whistle; this is to give notice that a despatch is about to be put into the tube at Mincing Lane, two-thirds of a mile distant.

1861  *Engineer* XII. 51/3   The loads, in the pneumatic despatch tubes do not much exceed half-a-ton, unless the despatch carriages are coupled in trains of two or more.

1866[2] [see *tube journey n.* at Compounds 2].

1874   E. H. KNIGHT *Pract. Dict. Mech.* at *Atmospheric Railway*,   A late act of Congress (1872) appropriates $15,000 for a pneumatic dispatch-tube between the Capitol and the Government Printing-Office, Washington.

1894  [see *tube-room n.* at Compounds 1a].

1905   *Daily Chron.* 27 May . 4/3   From Whiteley's 6,194 parcels were dispatched in five hours, of which 78 per cent. could have been sent by tube.

  **b.** The cylindrical tunnel in which an underground electric railway runs; also short for *tube railway n.* at Compounds 1e. *colloq*. Also, any tunnel or tubular bridge for a railway.

   ***twopenny tube***, the Central London Railway, opened in 1900: see TWOPENNY *adj.* and *n.*

1847   QUEEN VICTORIA *Jrnl.* 15 Aug. (1868) 72   We passed the famous *Swilly Rocks*, and saw the works they are making for the tube for the railroad.

1900   H. D. BROWNE in *Londoner* 30 June (*heading*)   The Twopenny Tube.

1900   *Punch* 4 July 7/1.

1901   *Lancet* 2 Nov. 1209/2   A good portion of the air must be driven backwards and forwards unchanged in the tube.

1902   *Westm. Gaz.* 24 Oct. 2/3   When the phrase 'the twopenny tube' came into existence..a similar electric 'tube' had been in regular running for close upon ten years.

1905   H. R. HAGGARD in *Gardener's Year* May 165   The first part of my journey..was by Tube.

  **8.** *Physics*. A tubular figure conceived as being formed by lines of force or action passing through every point of a closed curve; as ***tube of flow*** (see FLOW *n.*[1] 1b), ***tube of force***, ***tube of induction***.

1878   W. K. CLIFFORD *Elem. Dynamic* 199   If we take a small closed curve, and draw lines of flow through all points on it, the tubular surface traced out by these lines is called a tube of flow.

1881   J. C. MAXWELL *Treat. Electr. & Magnetism* (ed. 2) I. 378   Tube of Flow.

1885   H. W. WATSON & S. H. BURBURY *Math. Theory Electr. & Magn.* I. 104   The portions of any surfaces in an electric field intercepted by the same tube of force are called corresponding surfaces,..the algebraic sum of the electricities included in the tube in its passage from any one surface to any other.

1902   T. O'C. SLOANE *Standard Electr. Dict.*,   *Tubes of Force*, aggregations of lines of force, either electrostatic or magnetic. They generally have a truncated, conical or pyramidal shape and are not hollow. Every cross-section contains the same number of lines.

  **II.** Natural.
  **9.** *Anat.* and *Zool.*

  **a.** A hollow cylindrical vessel or organ in the animal body; a canal, duct, passage, or pipe, as in the circulatory, alimentary, respiratory, reproductive, or excretory systems; often preceded by a defining

word, as **alimentary tube**, **bronchial tube**, **Eustachian tube**,
**Fallopian tube**, **intestinal tube**, etc.: see these words.

[cf. 1598   J. FLORIO *Worlde of Wordes*,   *Tubo*,..the pipe wherethrough the marrow of the backe
bone runneth.

1611   R. COTGRAVE *Dict. French & Eng. Tongues*,   *Tube*, a Conduit~pipe; also, the hollow of the
back-bone, or the pipe through which the marrow thereof doth runne.]

1661   T. BLOUNT *Glossographia* (ed. 2)

1696   E. PHILLIPS *New World of Words* (ed. 5) ,   *Fallopian Tubes*, two slender Passages proceeding
from the Womb.

1741   A. MONRO *Anat. Nerves* (ed. 3) 114   Part of the Eustachian Tube.

1756   J. WATHEN in *Philos. Trans. 1755* (Royal Soc.) **49** 215,   I took that opportunity to examine the
eustachian tube of each ear.

1809   *Med. & Physical Jrnl.* **21** 400   The œsophagus..that animated tube.

1826   W. KIRBY & W. SPENCE *Introd. Entomol.* IV. xli. 128   Connected by a slender tube with each
mandible in spiders is a vessel with spiral folds, which seems properly to belong to this head.

1831   J. DAVIES *Man. Mat. Med.* 374   Its passage in the intestinal tube is attended with the same
phenomena.

1904   *Brit. Med. Jrnl.* 10 Sept. 584   The main depôts of lymphocytes..are round the hollow tubes of
the body.

**b.** One of the siphons of a mollusc.

1839   C. DARWIN in R. Fitzroy & C. Darwin *Narr. Surv. Voy. H.M.S. Adventure & Beagle* III. i. 7   It
[*sc.* cuttle-fish] could,..take good aim by directing the tube or siphon on the under side of its
body.

**c.** The penis. *slang*.

1922   J. JOYCE *Ulysses* III. xviii. [Penelope] 715,   I suppose the people gave him that nickname [*sc.*
Mr de Kock] going about with his tube from one woman to another.

**10.** A hollow cylindrical channel in a plant; *spec.* in *Bot.* the lower
united portion of a gamopetalous corolla or gamosepalous calyx;
also, a united circle of stamens.

a1704   J. LOCKE *Elem. Nat. Philos.* ix, in *Coll. Several Pieces* (1720) 209   This [juice] is convey'd by
the stalk up into the branches, and leaves, through little, and in some Plants, imperceptible
tubes.

1760   J. LEE *Introd. Bot.* I. iii. 7   *Monopetalous* [corolla]..consists of two Parts, *viz.* The Tube, or
lower Part, which is usually Tube-shaped; and the Limb, or upper Part.

1776   W. WITHERING *Brit. Plants* (1796) IV. 310   Tubes white, brownish with age.

1807   J. E. SMITH *Introd. Physiol. & Systematical Bot.* 394   *Syngenesia*. Stamens united by their Anthers into a tube, rarely by their Filaments also.

1884   F. O. BOWER & D. H. SCOTT tr. H. A. de Bary *Compar. Anat. Phanerogams & Ferns* 187   The laticiferous tubes permeate the whole body of the plant, in most cases as a continuous system.

**11.**

**a.** Applied to other tubular or cylindrical objects or formations of natural origin.

1831   *Literary Gaz.* 15 Jan. 44/2   Lightning Tubes—In the neighbourhood of the old castle of Remstein..there have been found this summer very firm and long vitreous tubes.

1859   D. PAGE *Handbk. Geol. Terms* 172   *Fulgurite* or *Fulgorite*, any rocky substance that has been fused or vitrified by lightning. More strictly applied to a bore or tube produced by the passage of lightning into a sandy soil.

1860   J. TYNDALL *Glaciers of Alps* II. xxv. 362   The tube in fact resembled a vast organ-pipe.

1878   T. H. HUXLEY *Physiogr.* (ed. 2) 190   The molten matter..thus forms a hard stony tube lining the volcanic chimney.

1884   *Cornhill Mag.* Nov. 526   In sand or rock, where lightning has struck, it often forms long hollow tubes, known to the calmly discriminating geological intelligence as fulgurites.

**b.** *Surfing*. The hollow curve of a breaking wave.

1962   *Austral. Women's Weekly* 24 Oct. (Suppl.) 3/4   *Tube*, the area of a dumping wave between the breaking crest and the trough.

1968   *Surfer Mag.* Jan. 89/1   You get back inside the tube and the whole tunnel is glowing.

1979   *National Geographic* Feb. 235 (*caption*)   Shootin' the tube, a surfer threads the eye of a breaker.

---

**COMPOUNDS**

**C1.** General *attrib.*
**a.**

**tube attendant**  *n.*

1908   *Daily Chron.* 15 Feb. 1/7   A tube attendant at the G.P.O.

**tube-holder**  *n.*

1897  *Westm. Gaz.* 16 Dec. 3/1  A cigar tube-holder that prevents the odoriferous tube from spoiling his pocket.

1905  *Brit. Med. Jrnl.* 16 Sept. 618  The tube-holder is graduated so that the tube may be easily moved a distance of 2½ inches.

## tube-room  *n.*

1894  *Daily News* 22 Feb. 2/1  About 30 feet of tube~room on ground floor and contents severely damaged by fire.

## tube system  *n.*

1908  *Installation News* **2** 92/2  The tube system [of electric wiring].

## tube trade  *n.*

1900  *Westm. Gaz.* 8 Jan. 9/1  Severe competition in the tube trade.

## tube-vase  *n.*

1870  A. D. WHITNEY *We Girls* iii,  They were so pretty to put in..little tube-vases.

## tube-wall  *n.*

1857  P. H. GOSSE *Creation* 226  The margin of the tube-wall.

## tube-work  *n.*

1890  *Daily News* 9 Jan. 2/8  The advance applies to gas, water, and steam tubes, and all the tube works of England and Scotland are affected.

## tube-worker  *n.*

1896  *N. Brit. Daily Mail* 8 July 2  The pensioner..is a Coatbridge man, having wrought as a tube-worker in the burgh.

**b.**

## tube-rolling  *n.*

1908  *Westm. Gaz.* 13 Aug. 8/1  Tube-rolling..at 1s. 6d. per 1,000.

**c.**

**tube-eyed** *adj.*

1792  R. SOUTHEY *To Contemplation* v,   I..watch'd the tube-eyed snail Creep o'er his long moon-glittering trail.

**tube-like** *adj.*

1847–9  *Todd's Cycl. Anat. & Physiol.* IV. I. 27/1  Animals whose tube-like bodies are prolonged deeply into the common mass.

1898  P. MANSON *Trop. Dis.* xviii. 291  Sometimes tube-like pieces, evidently rings of mucous membrane..are discharged.

**tube-shaped** *adj.*

1760  J. LEE *Introd. Bot.* I. iii. 7  The..lower Part..is usually Tube-shaped.

1824  J. C. LOUDON *Green-house Compan.* I. 56  *E*[*rica*]*aurea*, tube-shaped yellow flowers on plants nearly 2 feet high.

**d.** In sense 2a.)

**tube-apparatus** *n.*

1827  M. FARADAY *Chem. Manip.* xiv. 311  Sulphur may be combined with platina, and phosphorus with lime, in a tube apparatus.

**tube atmolyser** *n.*

1868  H. B. JONES & H. WATTS *Fownes's Man. Elem. Chem.* (ed. 10) 140  Atmolysis, is best exhibited by means of an instrument called the tube-atmolyser.

**tube-bath** *n.*

1830  M. FARADAY *Chem. Manip.* (new ed.) xvi. 388  Tube-baths for the conveyance of limited temperatures either by the intermedium of water, solutions, or metals.

**tube-chemistry** *n.*

1827  M. FARADAY *Chem. Manip.* vii. 221   Processes of this kind will be described and illustrated in Section xvi. on Tube Chemistry.

## tube-furnace  *n.*

1827  M. FARADAY *Chem. Manip.* xiv. 304   Placing two bricks edgeways, across a loose square grate,..makes an excellent tube-furnace.

1842  M. FARADAY *Chem. Manip.* (ed. 3) xix. 505   The tube furnace..is an excellent instrument for softening considerable lengths of tubes.

## tube-receiver  *n.*

1827  M. FARADAY *Chem. Manip.* xxiv. 635   Make some closed tubes,..some tube receivers..and other useful apparatus.

## tube-retort  *n.*

1827  M. FARADAY *Chem. Manip.* xix. 499   Tube retorts..are made by first closing the end of a piece of tube, and then [etc.].

**e.** (In sense 7b.)

## tube bill  *n.* BILL *n.*[3] 3.

1902  *Westm. Gaz.* 5 Nov. 11/1   The County Council has found itself unable to frame a Tube Bill.

## tube conductor  *n.*

1909  *Westm. Gaz.* 18 Feb. 9/4   Tube conductor's shocking death.

## tube mileage  *n.*

1902  *Westm. Gaz.* 21 Apr. 10/1   The 'tube' mileage in London.

## tube railway  *n.*

1900  *Daily News* 3 Dec. 5/2   One of the most useful of the new tube railways.

1906  C. MANSFIELD *Girl & Gods* vi,   The warm stench from the Tube railway assailed her nostrils.

**tube-route**  *n.*

    1901  *Brit. Med. Jrnl.* 9 Mar. 591/2  The lines of tube-route being chosen with a view to supplementing and completing the means of communication from the suburbs.

**tube station**  *n.*

    1913  *Daily News* 28 Jan. 6  The trains that roar in and out of a tube station.

**tube-train**  *n.*

    1901  *Daily News* 15 June 4/7  Journeying to and from the scenes of their labour in tube-trains.

**tube traveller**  *n.*

    1903  *Westm. Gaz.* 4 July 3/2  Thousands of Tube travellers.

**tube tunnel**  *n.*

    1910  *Daily Chron.* 19 Feb. 3/4  Macdonald..ran to the end of the train and jumped into the tube tunnel.

**C2.** Special Combs.:

  **Tube Alloys**  *n.* the code name of a section of the Department of Scientific and Industrial Research formed in 1940 and concerned with research into the production of an atomic bomb.

    1942  J. ANDERSON in M. Gowing *Brit. & Atomic Energy 1939–45* (1964) App. III. 437  When you asked me to take over the supervision of work on the project known as 'Tube Alloys', it was contemplated that..a full scale production would be expected in this country.
    1945  W. S. CHURCHILL *Victory* (1946) 221  Imperial Chemicals Industries Limited agreed to release Mr. W. A. Akers to take charge of this directorate, which we called, for purposes of secrecy, the Directorate of 'Tube Alloys'.
    1978  R. V. JONES *Most Secret War* xxxv. 309  The British 'Tube Alloys' project, as our own nuclear bomb effort was called.

  **tube-bearing** *adj.* bearing a tube; *spec.* in *Entomol.* having a tubular ovipositor, tubuliferous ( *Cent. Dict.* 1891).

**tube-board**  *n.* a board above the reeds in a reed-organ in which are the tubes or sound-channels to which the wind passes from the reeds.

> 1880   A. J. HIPKINS in *Encycl. Brit.* XI. 483/2   The channels, the resonators above the reeds [in the American organ] exactly correspond with the reeds, and are collectively known as the 'tube-board'.

**tube-breather**  *n.* (distinguished from *gill-breather*), an animal which breathes through tubes, tracheæ, or spiracles.

> 1889   *Cent. Dict.* at *Gillbreather*,   Tube-breather.

**tube-brush**  *n.* a wire brush for cleaning out boiler-tubes or flues; also, a slender brush for cleaning the flexible tube of a feeding-bottle.

> 1877   E. H. KNIGHT *Pract. Dict. Mech.* (at cited word),   Stillwell's tube-brush,..may be operated by pulling and pushing from the respective ends of the tubes.

**tube-budding**  *n.* budding by means of a cylindrical ring of bark.

> 1842   J. C. LOUDON *Suburban Horticulturist* 307   Sometimes the stock is shortened, and the ring put on its upper extremity, when it is called flute~budding, or terminal tube-budding.

**tube-case**  *n.* in a steam-engine, the chamber containing the tubes of a surface-condenser.

> 1890   D. K. CLARK *Steam Engine* II. 683   The water is driven through the tube-case by two centrifugal pumps in each engine-room.

**tube-cast**  *n.* a cast of a kidney tubule excreted in the urine in Bright's disease.

> 1873   T. H. GREEN *Introd. Pathol. & Morbid Anat.* (ed. 2) 69   Tube casts..are for the most part hyaline and finely granular.
> 1888   P. H. PYE-SMITH *Fagge's Princ. & Pract. Med.* (1891) II. 154   Tube-casts comparable with those which occur in the urine in Bright's disease.

**tube-chime**  *n.* a chime of tubular 'bells'.

1887   *Pall Mall Gaz.* 20 June 3/2   Tube chimes for church towers—an English invention.

**tube-clamp** *n.* a grab for seizing and lifting well-tubes (E. H. Knight *Pract. Dict. Mech.* 1877).

**tube-cleaner** *n.* a tool or other device for cleaning boiler-tubes, etc. (E. H. Knight *Pract. Dict. Mech.*).

**tube-clip** *n.* tongs for holding heated test-tubes; also a clamp or clip for gripping a pipe (E. H. Knight *Pract. Dict. Mech.*).

**tube-cock** *n.* a valve operated by compressing an elastic tube fitted into the supply pipe (E. H. Knight *Pract. Dict. Mech.*).

**tube-colour**  *n.* paint packed in a collapsible tube.

1881   BOUVIER tr. Delamardelle & Goupil *Painting on China* 1   Thanks to the ingenious invention of Tube Colours.

**tube-compass** *n.* compasses with tubular telescopic legs (Knight).

**tube-condenser**  *n.  (a)* a bent glass tube with a stopper at each end through which a smaller tube is passed;   *(b)* in a steam-engine, a condenser in which the cooling surface consists of tubes.

1877   E. H. KNIGHT *Pract. Dict. Mech.*,   Tube-condenser.
1890   D. K. CLARK *Steam Engine* II. 641   The exhaust steam is condensed to the extent of two-thirds in a tube-condenser overhead.

**tube-coral**  *n.* organ-pipe coral (see CORAL *n.*[1] 1b), or its polyp.

1876   D. PAGE *Adv. Text-bk. Geol.* (ed. 6) xiv. 245   Among the zoophytes we have cup-corals, star-corals, tube-corals.

**tube counter**  *n. Physics* the now usual form of Geiger counter, as contrasted with the point-counter.

1930  *Physical Rev.* **35** 652/1  Automatic recording of the amount of the penetrating radiation coming from particular areas of the sky, using two tube-counters and a special 'coincidence circuit'.

1938  R. W. Lawson tr. G. von Hevesy & F. A. Paneth *Man. Radioactivity* (ed. 2) i. 17  We shall only discuss the two [counters] that are most important.., viz. the point-counter and the tube-counter, both of which were introduced by Geiger.

**tube-culture**  *n.* culture of a microbe in a test-tube.

1886  H. M. Biggs tr. F. Hueppe *Methods Bacteriol. Investig.* 143  The changes in such a tube-culture after the inoculation with the bacteria vary considerably.

**tube curare** *n.* curare kept or transported in bamboo tubes.

1898  *Jrnl. Chem. Soc.* **74** I. 284  Paracurara, or tube curara, is imported in bamboo tubes, and is the variety now usually met with in commerce.

1974  *Encycl. Brit. Micropædia* III. 300/3  Preparations have been classified according to the containers used for them: pot curare in earthenware jars; tube curare in bamboo; and calabash curare in gourds.

**tube-cutter** *n.* a tool for cutting off metal pipes, a pipe-cutter.

**tube-cutting** *n.*

1901  L. M. Waterhouse *Conduit Wiring* 43  In all conduit work a certain amount of tube cutting is necessary.

**tube-door** *n.* a door in the smoke-box of a steam-engine, giving access to the flues (Knight).

**tube-drawer** *n.*

1858  P. L. Simmonds *Dict. Trade Products*,  *Tube-drawer*, a maker of metal piping.

1897  *Daily News* 7 May 7/4  Consumers of iron—engineers' ironfounders, bridge-builders, rolling-stock manufacturers, and tube-drawers.

**tube-drawing** *n.* the making of metal tubes by drawing roughly shaped cylinders through gauged holes or over a triblet; also withdrawal of boiler-tubes for inspection or repair.

1835   A. URE *Philos. Manuf.* 61   The foundations of kindred works, such as..tube-drawing apparatus.

**tube-expander** *n.* = *tube-fastener n.*

**tube-fastener** *n.* a tool for fixing the ends of boiler-tubes in the *tube-plate* by expanding their ends against the holes in the plate (Knight).

**tube-fed** *adj.* fed, sometimes forcibly, by passing nourishment through a tube into the stomach.

1909   *Westm. Gaz.* 23 Oct. 3/2   Tube-fed Suffragettes.
1964   *Lancet* 26 Dec. 1349/2   Most babies were getting their first tube-feed within 2 hours of birth.
1980   *Brit. Med. Jrnl.* 21 June 1493/1   More work is needed to assess the relative merits of these proprietary diets compared with the tube feeds, prepared in hospitals.

**tube-feed** *n.*

**tube-feeding** *n.*

1964   *Lancet* 26 Dec. 1351/1   Tube-feeding is a very much simpler procedure.
1974   *Brit. Med. Jrnl.* 19 Jan. 108/1   The ethical problems of prolonged tube-feeding.

**tube-ferrule** *n.* a ring or thimble forced into the end of a boiler-tube to fix it in the tube-plate (Knight).

**tube-filter** *n.* in a tube-well, a strainer to prevent gravel from choking the pump (Knight).

**tube-firing** *n.* ? the use of a torpedo-tube.

1901   *Scotsman* 13 Mar. 9/8   The crews however practised tube-firing.

**tube-flower** *n.* a tropical verbenaceous plant, *Clerodendron Siphonanthus*, in which the corolla is funnel-shaped with a very long tube ( *Treasury Bot.* 1866).

**tube-flue** *n.* a fire-tube in a steam-boiler.

**tube-foot** *n.* one of the numerous ambulacral tubes of an echinoderm.

> 1888   G. ROLLESTON & W. H. JACKSON *Forms Animal Life* (ed. 2) 551   The tube feet are either partially or completely retractile.

**tube-former** *n.* a machine for making small tubes.

**tube-frame** *n.* a *tube roving-frame*.

> 1837   *Penny Cycl.* VIII. 96/1   The tube frame..Instead of cans,..is provided with revolving horizontal cylinders... The rove which it produces has no twist.

**tube-funnel** *n.* a glass funnel prolonged at the bottom into a tube, a funnel-tube.

**tube-germination** *n.* the production of a germ-tube in the germination of a spore.

**tube-head** *n.* = *tube-plate n.*   (Webster, 1911).

**tube-hearted** *adj.* having a series of pulsating sinuses instead of a heart, as the Amphioxus ( *Cent. Dict.* 1891).

**tube-ignition**  *n.* in the internal combustion engine, ignition of the charge by a hot tube.

> 1903   *Motor. Ann.* 220   Tube-ignition is satisfactory for a fixed engine.

**tube journey** *n.* a journey in a tube, *spec.* a journey by underground railway.

> 1866 'G. ELIOT' *Felix Holt* I. Introd. 2   The tube-journey can never lend much to picture and narrative.
>
> 1866 'G. ELIOT' *Felix Holt* I. Introd. 2   Posterity may be shot, like a bullet through a tube, by atmospheric pressure from Winchester to Newcastle... The tube-journey can never lend much to picture and narrative.
>
> 1972 'C. FREMLIN' *Appointment with Yesterday* i. 5   No one could guess..that there is one..that has left its identity behind not just for the duration of the tube journey, but for ever.

**tube-lift** *n.* a lift for the conveyance of passengers from street-level to an underground railway or vice versa.

> 1915 E. WALLACE *Man who bought London* ii. 19   The 'tube' lift was crowded.
>
> 1935 E. FARJEON *Nursery in Nineties* 428   Once she had ventured into a tube-lift—'But never again, my dear Eleanor!'

**tube-machine** *n.* a tube-drawing machine.

> 1891 *Cent. Dict.*,   Tube-machine.
>
> 1901 L. M. WATERHOUSE *Conduit Wiring* 8   This strip..is passed through a tube machine from which it emerges as a perfectly smooth and regular tube.

**tube-maker** *n.* *(a)* one who makes tubing;   *(b)* a tube-dwelling spider or annelid.

> 1888 *Encycl. Dict.*,   Tube-makers, the Tubicolæ.
>
> 1890 *Daily News* 6 Oct. 2/5   Tube makers have this week advanced their discounts 5 per cent.

**tube-making** *n.*

> 1898 *Westm. Gaz.* 9 Mar. 8/2   The amalgamation of all the big tube-making concerns in Scotland.

**tube map** *n.* a map of an underground-railway system.

> 1962 J. BRAINE *Life at Top* xxiii. 256,   I used to have a Tube map on my bedroom wall when I was at College?
>
> 1977 *Times* 15 Nov. 17/8   The Bakerloo line on the tube map.

Ex.69-p.21

† **tube-marine**  *n. Obs.* rendering Italian *tuba* (*tromba*) *marina*, the trumpet marine: see TRUMPET *n.* 2b.

> 1694  W. HOLDER *Treat. Harmony* viii. 200   The Tube-Marine, or Sea-Trumpet..fully expresseth the Trumpet.

**tube-medusa**  *n.* a medusa with an internal system of tubes; a siphonophore.

> 1860  F. C. L. WRAXALL *Life in Sea* x. 243   Among the Tube Medusæ is also classed the pleasing Velella.

**tube-mill**  *n.  (a)* a tube-making establishment or machine;   *(b)* a mill for pulverizing ore, etc., which is placed in a revolving cylinder with loose flints or pebbles.

> 1909  *Westm. Gaz.* 1 June 9/3   The addition of eighty stamps and three tube mills at the Nourse Mines.

**tube-nosed** *adj.* tubinarial ( *Cent. Dict.*).

**tube-packing** *n.* packing to prevent water reaching the tube of an oil-well (Knight).

**tube-plate**  *n.* the plate in which the ends of the boiler-tubes are set.

> 1864  *Webster's Amer. Dict. Eng. Lang.*,  Tube-plate.
> 1874  F. G. D. BEDFORD *Sailor's Pocket Bk.* v. 167   Leaks about tubes and tube-plates are most frequently caused by forced steaming.

**tube-plug** *n.* a plug or stopper for boiler-tubes in case of leakage (Knight).

**tube-pouch** *n.* a pouch for priming-tubes (Webster, 1864).

**tube roving-frame**  *n.* = *tube roving-machine n.*

1839  A. URE *Dict. Arts* 355  The Bobbin and Fly frame is now the great roving machine of the cotton manufacture; to which may be added, for coarse spinning, the tube roving frame.

**tube roving-machine**  *n.* a roving-frame having revolving horizontal cylinders instead of conical cans.

1839  A. URE *Dict. Arts* 354  The cotton sliver receives a twist..in the bobbin and fly frame, or..in the tube-roving machine.

**tube-saw** *n.* a cylindrical saw (Webster, 1911).

**tube-scaler** *n.*

**tube-scraper** *n.* = *tube-cleaner n.*  (Knight).

**tube-sheet**  *n.* = *tube-plate n.*

1877  E. H. KNIGHT *Pract. Dict. Mech.*,  Tube~sheet.

1903  *Daily Chron.* 20 Jan. 6/3  The boiler tubes getting choked up..through the tubes leaking in the back tube sheet.

**tube-shell**  *n.* a bivalve mollusc of the family Tubicolæ or Gastrochænidæ, distinguished by having a shelly tube enclosing the siphons, in addition to the ordinary valves of the shell.

1861  P. P. CARPENTER in *Rep. Smithsonian Inst. 1860* 249  Family Gastrochænidæ. (Tube-Shells).

**tube shelter**  *n.* an underground tube station used as an air-raid shelter; also *attrib.*

1942  N. BALCHIN *Darkness falls from Air* xi. 196  We went..by tube... I wanted to see how the tube shelter business was working out.

1943  C. MILBURN *Diary* 4 Mar. (1979) 170  There was a terrible accident at a tube shelter last night after the sirens had sounded in London.

1962  *Times* 23 Jan. 13/4  Henry Moore's Tube-Shelter drawings.

**tube-shutter** *n.* a shutter closing the outer end of a submerged torpedo-tube (Webster, 1911).

**tube skate** *n.* = sense 2j above.

> 1923  E. JESSUP *Snow & Ice Sports* 230  'Tube' skates.
> 1975  *Whig-Standard (*Kingston, Ont.*)* 19 Dec. 12/3  As a reporter who has covered various classifications of professional hockey since the invention of tube skates, it is my considered opinion that Robert Earle Clarke is one of the most adept ankle-tappers in the history of the game.

**tube sock** *n.* an elasticized sock with no shaping for the heel.

> 1976  *N.Y. Times Mag.* 18 Jan. 4/2  Monday morning I bought a striped blue pair of training shoes,..tube socks, a sweatband and a book called 'On the Road to Self Improvement: The Joy of Jogging'.

**tube-spinner** *n.* = *tube-weaver n.*

**tube steak**  *n. slang* a hot dog, a frankfurter.

> 1963  *Amer. Speech* **38** 272  Frankfurters are *tube steaks.*
> 1978  *Boston Globe* 15 Aug. 1/1  The food isn't bad which is mainly tube steaks (hot dogs).

**tube-stopper** *n.* = *tube-plug n.*

**tube-surface** *n.* the heating or cooling surface comprised in the tubes of a boiler or condenser ( *Funk's Standard Dict. Eng. Lang.* 1895).

**tube top**  *n.* a women's close-fitting elasticated top reaching from the waist to under-arm level.

> 1974  *News & Reporter (*Chester, S. Carolina*)* 24 Apr. 4-c (*advt.*)   Calico-print elasticized tube tops!
> 1984  *New Yorker* 23 Apr. 42/1  She was wearing khaki shorts and a lime-green tube top.

Ex.69-p.24

**tube-valve**  *n.* a tubular valve.

1884   E. H. KNIGHT *Pract. Dict. Mech., Suppl.*,   Tube-valve.
1899   *Daily News* 16 Jan. 7/3   The tube-valve that set those massive hydraulic triggers free.

**tube-vice** *n.* ( **tube-vise** *n.*) a pipe-vice (Knight).

**tube-weaver**  *n.* a spider which spins a tubular nest or lair.

1885   H. C. McCOOK *Tenants Old Farm* 233   The arbor vitæ hedge, where numbers of the speckled
Tubeweaver (*Agalena nævia*) yearly spin their broad snares.

**tube-well**  *n.* an iron pipe with a solid steel point, and with lateral
perforations towards the point, which is driven into the earth until a
water-bearing stratum is reached, when a suction pump is applied to
the upper end.

1877   E. H. KNIGHT *Pract. Dict. Mech.*,   Tube-well.
1885   *Daily News* 7 Feb. 3/2   Pack saddles for mules, and tube-wells.

**tube-worm**  *n.* a tubicolous worm; a pipe-worm.

1813   J. M. GOOD et al. *Pantologia* at *Sipunculus*,   Tube-worm.
1928   F. S. RUSSELL & C. M. YONGE *Seas* viii. 194   The case of the concealed animals, such as the
Piddock or the Tube-worm,..presents almost equal difficulties.
1981   *Sci. Amer.* May 90/3   Occasionally a crab would climb the stalk of a tube worm, presumably to
attack its plume.

**tube-wrench** *n.* a wrench for gripping pipes or tubes, a pipe-
wrench.

**tube yarn**  *n.* yarn passed through a tube in the process of
manufacture.

1891   *Daily News* 2 Oct. 2/6   Single yarns, tube yarns, and mohair yarns.

### DERIVATIVES

'**tubeful**  *n.* as much as a tube will hold.

> 1897  G. C. BATEMAN *Vivarium* vii. 292   One or more tubefuls [*printed* tubesful] of meat can be inserted into the gullet of each Reptile.

'**tubeless**  *adj.* having no tube or tubes.

> 1855  *Chambers's Jrnl.* **3** 206   Huyghens made his observations with a tubeless telescope.
> 1898  *Cycling* 71   The Fleuss or 'Tubeless Tyre'.

### DRAFT ADDITIONS  1993

A woman's close-fitting, sheath-like garment, freq. of simple design without darts or other tailoring; a tube dress, skirt, etc. Cf. *boob tube n.* at BOOB *n.* Additions.

> [1948   *Vogue* Oct. 43   Skirts range from Dior's full stiff uneven hemlines..to Fath's test tubes.]
> 1975   *Country Life* 13 Feb. 406/1   We are taking to the tube. Tightening our skirts, that is.
> 1983   *Times* 18 Oct. 10/3   A fluid silk dress..stuffed into a jersey tube at the hips looked rather clumsy.
> 1986   *Slimming* Nov.–Dec. 15/3   The sweater dress is the hardest-to-wear-well garment around. *Any* plain-knit tube is extremely enlarging and unkindly guaranteed to grab just where you wish it wouldn't.

### DRAFT ADDITIONS  1993

The cylindrical metal housing on a battleship or submarine from which a torpedo is discharged; = *torpedo-tube n.* at TORPEDO *n.* Compounds 2.

> 1881   *Naval Encycl.* 814/1   The torpedo can be projected from tubes under water either right ahead or on the broadside.

1928  *Observer* 11 Mar. 17/4   The King of Afghanistan will be given a lesson in torpedo firing and himself discharge a 'mouldy' from one of L22's tubes.

1942  G. HACKFORTH-JONES *One-One-One* i. 7   Those [torpedoes] ready for firing lying concealed in the tubes..were the pride of the 'Fore-ends' crew.

1976  *Oxf. Compan. Ships & Sea* 879/2   The world's first real torpedoboat was H.M.S. *Lightning*, launched in 1876 to carry spar torpedoes, but modified in 1879 by the addition of two above-water tubes for the discharge of Whitehead torpedoes.

1989  *Ships* Mar. 11/2   When completed she will be armed with four 21-inch tubes, mounted amidships, for Gould Mk48 heavyweight ASW torpedoes or sub Harpoon anti-ship missiles.

---

### DRAFT ADDITIONS  1993

*pl.* The Fallopian tubes. Freq. in phr. **to have one's tubes tied**, etc.: to undergo sterilization by tubal ligation. *slang*.

1970  J. DIDION *Play it as it Lays* xlv. 120   'Pelvic abscess.' The girl loosened her wrapper and absently stroked her collarbone. 'All through my tubes.'

1974  K. MILLETT *Flying* IV. 404   Too old to have more children, afraid of pregnancy and now tying her tubes.

1984  D. LODGE *Small World* IV. iii. 277   We had no children, not by choice, something to do with Gertrude's tubes.

1987  K. VONNEGUT *Bluebeard* (1988) vi. 54   Her mother was thinking of having her tubes tied.

---

### DRAFT ADDITIONS  1993

**tube dress**  *n.* a close-fitting dress hanging straight from the shoulders; a chemise dress.

1948  *Vogue* Oct. 47 (*caption*) ,  *Back-dipping cape*—in stiffened black wool lined brown mouton, over tube dress.

1977  *Vogue* Dec. 116 (*caption*)   Black chiffon tube dress patterned with gold spots.

---

### DRAFT ADDITIONS  1993

**tube skirt**  *n.* a tight, close-fitting skirt, often made from a single piece of knitted or elasticized material.

1948  *Vogue* Oct. 45 (*caption*)    *The tube skirt*—razor-sharp silhouette on Marcelle Chaumont's prune suit.

1986  *Hair Flair* Sept. 57/1   Go for..short tube skirts and cropped tops.

---

### DRAFT ADDITIONS JUNE 2006

**tube pan**  *n.* chiefly *N. Amer.* a round cake tin with a hollow tube or cone in the centre that produces a ring-shaped cake.

1897  *Marion (Ohio) Daily Star* 23 June 3/2   Bake in moderate oven, in tube pan, about 50 minutes.

1937  *Amer. Home* Apr. 50/2   Rinse a tube pan with cold water and pour batter in.

1994  *Food & Wine* Oct. 48/3   Gently pour the batter into a 10-inch tube pan with a removable bottom.

---

Oxford University Press
Copyright © 2014 Oxford University Press . All rights reserved.

Your access is brought to you by:
Evan Fray-Witzer

# Exhibit 70



AN ENCYCLOPÆDIA
BRITANNICA COMPANY

Quizzes & Games    Word of the Day    Video    New Words    My Favorites

New!
Spanish Central ▶

porn                                    Subm

# porn

Save    Popularity

Sponsored Links                                    Advertise Here ▷
Your Credit Matters
Monitor your credit. Manage your future. Equifax Complete™...
www.equifax.com

**porn**    *noun, often attributive*    \\'pȯrn\\

Definition of PORN                    g+1    Like

: PORNOGRAPHY

See **porn** defined for English-language learners »

Variants of PORN

**porn**    *also* **por·no**

First Known Use of PORN

1962

Rhymes with PORN

born, borne, bourn, corn, horn, lorn, morn, mourn, Norn,
Orne, scorn, thorn, warn, Zorn

Browse

Next Word in the Dictionary: pornocracy
Previous Word in the Dictionary: porky (noun)
All Words Near: porn

❝ Seen & Heard ❞

What made you want to look up *porn*? Please tell us where you
read or heard it (including the quote, if possible).

Quiz
?!
Test Your Vocabulary
Take Our 10-Question Quiz

verizon
With...
99.9%
NETWORK
RELIABILITY

T. Rowe Price
What's behind your
retirement fund?
100% of our Retirement Funds beat
their 5-year Lipper average as of 3/31/14.
INVEST TODAY

MORE QUIZZES

Name That Thing
Take our visual vocab quiz
Test Your Knowledge »

True or False?
A quick quiz about stuff worth knowing
Take It Now »

Spell It
The commonly misspelled words quiz
Hear It, Spell It »

Zeitgeist & More: Words For
Ideas Worth Thinking About
Top 10 Words for Useful & Intriguing
Concepts

Frog Tossing & More: Words
You May Hardly Believe
Top 10 Words with Bizarre Meanings

STAY CONNECTED

Get Our Free Apps
Voice Search, Favorites,
Word of the Day, and More
iPhone | iPad | Android | More

**8 comments**

Add a comment...

☑ Also post on Facebook

Posting as Evan Fray-Witzer        Comment
(Not you?)

**Andre Sanders** · Fayetteville University
hey super bowl
Reply · Like · Follow Post · January 31 at 2:13pm

**Esoon Ong** · Top Commenter · SMK Ibrahim
on the sign board of some political party in M'sia.4 your info.
English is widely use in M'sia or maybe they got too much sex
on their mind https://www.facebook.com/photo.php?
fbid=29784806699458&set=a.214051785374217.
46002.214044145374981&type=1&ref=nf.
Reply · Like · Follow Post · October 24, 2012 at 12:51am

**Bahi Fantazia** · Follow · Cfpa
to restrict it from my internet.
Reply · Like · Follow Post · May 4, 2012 at 2:10pm

**Josh David Lawson** · Caldwell County High School
I want to delete pron on my computer.
Reply · Like · 1 · Follow Post · February 11, 2012 at 8:09am

**Melissa Sydney Childress** · Top Commenter
We are having a discussion on http://
community.babycenter.com/post/a27992007?
cpg=3&csi=2349712219&pd=1.
regarding child actors and nudity in films.
Reply · Like · Follow Post · June 7, 2011 at 3:56pm

View 3 more

Facebook social plugin

**View Seen & Heard highlights from around the site »**

**Merriam-Webster on Facebook**    Like  [194k]


**Join Us on FB & Twitter**
Get the Word of the Day and More
Facebook | Twitter

**SEE ALSO**

| 1 | **Online Language Translator** |
| 2 | **Free Download Dictionary** |
| 3 | **Improve Your Vocabulary** |
| 4 | **Dictionary Definitions** |
| 5 | **Brain Teasers** |

**The Merriam-Webster Unabridged Dictionary**

Online access to a legendary resource
Log In or Sign Up »

**Learning English? We can help.**

Visit our free site designed especially for learners and teachers of English
LearnersDictionary.com »

**Our Dictionary, On Your Devices**

Merriam-Webster, With Voice Search
Get the Free Apps! »

**New Words Added for 2014**

America's best-selling dictionary updated for 2014! New words include *hashtag*, *steampunk*, and *selfie*.
Learn More »

**Join Us**
 Merriam-Webster on Twitter »
 Merriam-Webster on Facebook »

**Bookstore: Digital and Print**
Merriam-Webster references for Mobile, Kindle, print, and more. See all »

**Other Merriam-Webster Dictionaries**
Webster's Unabridged Dictionary »     Learner's ESL Dictionary »
WordCentral for Kids »     Visual Dictionary »
Spanish Central »

Home   Help   About Us   Shop   Advertising Info   Dictionary API
Privacy Policy   About Our Ads   Contact Us   Browser Tools
© 2014 Merriam-Webster, Incorporated

Browse the Dictionary
Browse the Thesaurus
Browse the Spanish-English Dictionary
Browse the Medical Dictionary
Browse the Concise Encyclopedia



How should you allocate your global portfolio?
✓ European Valuations vs. Earnings
✓ The China Slowdown ✓ U.S. Monetary Policy
VIEW OUR INSIGHTS
T.RowePrice

AN ENCYCLOPÆDIA
BRITANNICA COMPANY

Merriam-Webster
m-w.com

Quizzes & Games    Word of the Day    Video    New Words    My Favorites

New!
Spanish Central ▶

tube                    Subm

?! Quiz

**Test Your Vocabulary**
Take Our 10-Question Quiz

DISCOVER

Put your
financial life
back on
track with a
Balance
Transfer.

SEE HOW ▶

# tube

Save    Popularity

151 ENTRIES FOUND:                    Su

tube
tube cell
tube coral

Sponsored Links                    Advertise Here ▷
**Your Credit Matters**
Monitor your credit. Manage your future. Equifax Complete™...
www.equifax.com

**tube**    *noun*    \ˈtüb, ˈtyüb\

: a long, hollow object that is used especially to control the flow of a liquid or gas

: an object shaped like a pipe

: a soft, long, narrow container that has a small opening at one end and that contains a soft material which can be pushed out by squeezing

**Full Definition of TUBE**    g+1    Like

**1** : any of various usually cylindrical structures or devices: as

**a** : a hollow elongated cylinder; *especially* : one to convey fluids

**b** : a soft tubular container whose contents (as toothpaste) can be removed by squeezing

**c** (1) : TUNNEL (2) *British* : SUBWAY b

**d** : the basically cylindrical section between the mouthpiece and bell that is the fundamental part of a wind instrument

**2 a** : a slender channel (as a fallopian tube or a pollen tube) within a plant or animal body : DUCT

**b** : the narrow basal portion of a corolla with united petals or a calyx with united sepals

**3** : INNER TUBE

**4 a** : ELECTRON TUBE; *especially* : VACUUM TUBE

**b** : CATHODE-RAY TUBE; *especially* : a television picture tube

**c** : TELEVISION

**5** : an article of clothing shaped like a tube <a *tube* top> <*tube* socks>

— **tubed**    *adjective*

— **tube-like**    *adjective*

— **down the tube** or **down the tubes**

**MORE QUIZZES**

**Name That Thing**
Take our visual vocab quiz
Test Your Knowledge »

**True or False?**
A quick quiz about stuff worth knowing
Take It Now »

**Spell It**
The commonly misspelled words quiz
Hear It, Spell It »

**Zeitgeist & More: Words For Ideas Worth Thinking About**
Top 10 Words for Useful & Intriguing Concepts

**Frog Tossing & More: Words You May Hardly Believe**
Top 10 Words with Bizarre Meanings

**STAY CONNECTED**

**Get Our Free Apps**
Voice Search, Favorites,
Word of the Day, and More
iPhone | iPad | Android | More

**:** into a state of collapse or deterioration

🔊 See *tube* defined for English-language learners »
   See *tube* defined for kids »



**Join Us on FB & Twitter**
Get the Word of the Day and More
Facebook | Twitter



FREE APPS
iPhone
iPad
Android

New Words
for 2014



### Examples of TUBE

She was breathing oxygen through a *tube*.

<watched the liquid move through the *tube* between the flasks and recorded the movement in his chemistry notebook>

### Origin of TUBE

French, from Latin *tubus;* akin to Latin *tuba* trumpet

First Known Use: 1651

### Related to TUBE

Synonyms
channel, conduit, duct, leader, line, penstock, trough, pipe

Related Words
drain, drainpipe, funnel, hydrant, main, smokestack, spout, standpipe, stovepipe, tile, waste pipe, waterspout; pipage (*or* pipeage), pipeline, piping

more

### Rhymes with TUBE

boob, cube, lube, rube

### Learn More About TUBE

Thesaurus: All synonyms and antonyms for "tube"
Spanish Central Translation: "tube" in Spanish
Britannica.com: Encyclopedia article about "tube"

### Browse

Next Word in the Dictionary: tube cell
Previous Word in the Dictionary: tub desk
All Words Near: tube

### ❝ Seen & Heard ❞

What made you want to look up *tube*? Please tell us where you read or heard it (including the quote, if possible).



Add a comment...

☑ Also post on Facebook

Posting as Evan Fray-Witzer     [ Comment ]
(Not you?)



Rawl Viictoriiano · Follow · Universidad Tecnológica de Santiago · 174 followers
follow me on twitter @DiimeBrea
Reply · Like · Follow Post · November 5, 2013 at 9:36am

Dave Aguilar
what's the meaning of youtube?
Reply · Like · Follow Post · January 10, 2013 at 3:19pm

Mai Ho · Huflit
how do you pronounciate 'Tube'?
Reply · Like · Follow Post · April 21, 2012 at 10:10pm



Facebook social plugin

**View Seen & Heard highlights from around the site »**

Merriam-Webster on Facebook    Like   194k

**The Merriam-Webster Unabridged Dictionary**



Online access to a legendary resource
Log In or Sign Up »

**Learning English? We can help.**



Visit our free site designed especially for learners and teachers of English
LearnersDictionary.com »



**Our Dictionary, On Your Devices**

Merriam-Webster, *With Voice Search*
Get the Free Apps! »

**New Words Added for 2014**



America's best-selling dictionary updated for 2014! New words include *hashtag*, *steampunk*, and *selfie*.
Learn More »



**100%** of our Retirement Funds beat their 5-year Lipper average (as of 3/31/14).   T.RowePrice INVEST WITH CONFIDENCE

Roll over your old 401(k) today. Select your birth year to find a fund:   1963

**Join Us**

 Merriam-Webster on Twitter »

 Merriam-Webster on Facebook »

**Bookstore: Digital and Print**

Merriam-Webster references for Mobile, Kindle, print, and more. See all »

**Other Merriam-Webster Dictionaries**

Webster's Unabridged Dictionary »     Learner's ESL Dictionary »
WordCentral for Kids »     Visual Dictionary »
Spanish Central »

Home   Help   About Us   Shop   Advertising Info   Dictionary API

Privacy Policy   About Our Ads   Contact Us   Browser Tools

© 2014 Merriam-Webster, Incorporated

Browse the Dictionary
Browse the Thesaurus
Browse the Spanish-English Dictionary
Browse the Medical Dictionary
Browse the Concise Encyclopedia

Ex.70-p.5

Exhibit
71

Case 3:13-cv-01045-SI   Document 137-1   Filed 07/22/14   Page 37 of 55

# The New Oxford
# American Dictionary

EDITED BY

Elizabeth J. Jewell
Frank Abate



OXFORD
UNIVERSITY PRESS
2001

Ex.71-p.1

**1818**

**tube**

—ORIGIN Middle English: from Old French *trier* 'sift,' of unknown origin. Sense 1 of the noun dates from the early 17th cent.

USAGE: Is there any difference between **try** to plus infinitive (*we should try to help them*) and **try** and plus infinitive (*we should try and help them*)? In practice, there is little discernible difference in meaning, although there is a difference in formality, with **try** to being regarded as more formal than **try** and. The construction **try** and is grammatically odd, however, in that it cannot be inflected for tense—that is, sentences like *she tried and fix it* or *they are trying and renew their visa* are not acceptable, while their equivalents *she tried to fix it* or *they are trying to renew their visa* undoubtedly are. For this reason, **try** and is best regarded as a fixed idiom used only in its infinitive and imperative form. See also **usage** at AND.

**try•ing** |ˈtrī-iNG| ▶adj. difficult or annoying; hard to endure: *it had been a very trying day.*
—DERIVATIVES **try•ing•ly** adv.

**trying plane** ▶n. a long, heavy plane used in smoothing roughly planed wood.

**try•out** |ˈtrī,owt| ▶n. a test of the potential of someone or something, esp. in the context of entertainment or sports: *she would be too distraught to compete in cheerleader tryouts.*

**try•pan blue** |ˈtripən; trəˈpæn| ▶n. a diazo dye used as a biological stain due to its absorption by macrophages of the reticuloendothelial system.
—ORIGIN early 20th cent.: *trypan* from TRYPANOSOME.

**try•pan•o•some** |ˈtriˈpænəˌsōm; ˈtripənə–| ▶n. Medicine & Zoology a single-celled parasitic protozoan with a trailing flagellum, infesting the blood.
●Genus *Trypanosoma*, phylum Kinetoplastida, kingdom Protista.
—ORIGIN early 20th cent.: from Greek *trupanon* 'borer' + *-SOME³*.

**try•pan•o•so•mi•a•sis** |trəˌpænəsōˈmīəsis; ˌtripənə–| ▶n. Medicine any tropical disease caused by trypanosomes and typically transmitted by biting insects, esp. sleeping sickness and Chagas' disease.

**tryp•sin** |ˈtripsin| ▶n. Biochemistry a digestive enzyme that breaks down proteins in the small intestine. It is secreted by the pancreas in an inactive form, trypsinogen.
—DERIVATIVES **tryp•tic** |–tik| adj.
—ORIGIN late 19th cent.: from Greek *tripsis* 'friction,' from *tribein* 'to rub' (because it was first obtained by rubbing down the pancreas with glycerine), + +IN[1].

**tryp•sin•o•gen** |tripˈsinəjən; –jen| ▶n. Biochemistry an inactive substance secreted by the pancreas, from which the digestive enzyme trypsin is formed in the duodenum.

**tryp•ta•mine** |ˈtriptəˌmēn| ▶n. Biochemistry a compound, of which serotonin is a derivative, produced from tryptophan by decarboxylation.
●A heterocyclic amine; chem. formula: $C_8H_6NCH_2CH_2NH_2$.

**tryp•to•phan** |ˈtriptəˌfæn| ▶n. Biochemistry an amino acid that is a constituent of most proteins. It is an essential nutrient in the diet of vertebrates.
●An indole derivative; chem. formula:
$C_8H_6NCH_2CH(NH_2)COOH$.
—ORIGIN late 19th cent.: from *tryptic* 'relating to trypsin' + Greek *phainein* 'appear.'

**try•sail** |ˈtrīsəl; –,sāl| ▶n. a small, strong fore-and-aft sail set on the mast of a sailing vessel in heavy weather.

**try square** ▶n. an implement used to check and mark right angles in construction work.

**tryst** |trist| poetic/literary ▶n. a private, romantic rendezvous between lovers: *a moonlight tryst.*
▶v. [intrans.] keep a rendezvous of this kind: [as n.] (**trysting**) *a trysting place.*
—DERIVATIVES **tryst•er** n.
—ORIGIN late Middle English (originally Scots): variant of obsolete *trist* 'an appointed place in hunting,' French *triste* from medieval Latin *trista.*

**TS** ▶abbr. tensile strength.

**Tsao-chuang** |ˈjow jōōˈäNG| variant of ZAOZHUANG.

**tsar**, etc. ▶n. variant spelling of CZAR, etc.

**Tsar•it•syn** |(t)säˈrētsin| former name (until 1925) of VOLGOGRAD.

**tsats•ke** |ˈtsätskə| ▶n. variant spelling of TCHOTCHKE.

**tses•se•bi** |(t)sesəbē| (also **tsessebe**) ▶n. variant spelling of SASSABY.

—ORIGIN mid 19th cent.: from Setswana.

**tset•se** |(t)setsē; ˈ(t)set–| (also **tsetse fly**) ▶n. an African bloodsucking fly that bites humans and other

**tsim•mes** |ˈtsimis| (also **tzimmes** or **tzimmis**) ▶n. (pl. same) a Jewish stew of sweetened vegetables or vegetables and fruit, sometimes with meat.
■ figurative a fuss or muddle.
—ORIGIN Yiddish.

**Tsim•shi•an** |ˈCHimsHēən; ˈtsim–| ▶n. (pl. same) 1 a member of an American Indian people of coastal British Columbia.
2 the Penutian language of this people.
▶adj. of or relating to this people or their language.
—ORIGIN from the Tsimshian self-designation *c'msyan*, literally 'inside the Skeena River.'

**Tsi•nan** |ˈjēˈnän| variant of JINAN.

**Tsing•hai** |ˈtsiNGˈhī; ˈCHiNG| variant of QINGHAI.

**tsk tsk** |tisk tisk| ▶exclam. expressing disapproval or annoyance: *you of all people, Goldie—tsk, tsk.*
▶v. (**tsk-tsk**) [intrans.] make such an exclamation.
—ORIGIN 1940s: imitative.

**tsp** ▶abbr. (pl. same or **tsps**) teaspoonful.

**T-square** (also **T square**) ▶n. a T-shaped instrument for drawing or testing right angles.



T-square

**TSR** Computing ▶abbr. terminate and stay resident, denoting a type of program that remains in the memory of a microcomputer after it has finished running and which can be quickly reactivated.

**TSS** ▶abbr. toxic shock syndrome.

**T-storm** ▶n. informal short for THUNDERSTORM.

**tsu•ba** |ˈtsōōba| ▶n. (pl. same or **tsubas**) a Japanese sword guard, typically elaborately decorated and made of iron or leather.
—ORIGIN Japanese.

**tsu•bo** |ˈtsōōbō| ▶n. (pl. same or **-os**) 1 a Japanese unit of area equal to approximately 3.95 square yards (3.31 sq m).
2 (in complementary medicine) a point on the face or body to which pressure or other stimulation is applied during treatment.
—ORIGIN Japanese.

**tsu•ke•mo•no** |ˈ(t)sōōkeˈmōnō| ▶n. (pl. -os) a Japanese side dish of pickled vegetables, usually served with rice.
—ORIGIN Japanese, from *tsukeru* 'pickle' + *mono* 'thing.'

**tsu•na•mi** |(t)sōōˈnämē| ▶n. (pl. same or **tsunamis**) a long high sea wave caused by an earthquake or other disturbance.
—ORIGIN late 19th cent.: from Japanese, from *tsu* 'harbor' + *nami* 'wave.'

**tsu•ris** |ˈtsōōris; ˈtsər| ▶n. informal trouble or woe; aggravation.
—ORIGIN early 20th cent.: from Hebrew.

**Tsu•shi•ma** |(t)sōōˈsHēmə| a Japanese island in Korea Strait, between South Korea and Japan. In 1905 it was the scene of a defeat for the Russian navy during the Russo-Japanese War.

**tsu•tsu•ga•mu•shi disease** |,(t)sōōtsəgəˈmōōsHē| ▶n. another term for SCRUB TYPHUS.
—ORIGIN early 20th cent.: *tsutsugamushi*, from the Japanese name of the mite that transmits the disease.

**Tswa•na** |ˈ(t)swänə| ▶n. (pl. same, **Tswanas**, or **Batswana** |bätˈswänə|) 1 a member of a people living in Botswana, South Africa, and neighboring areas.
2 the Bantu language of this people, also called Setswana.
▶adj. of or relating to the Tswana or their language.
—ORIGIN stem of Setswana *moTswana*, plural *baTswana.*

**TT** ▶abbr. ■ teetotal. ■ teetotaler. ■ Tourist Trophy.
■ tuberculin-tested.

**TTL** ▶n. Electronics a widely used technology for making integrated circuits. [ORIGIN: abbreviation of *transistor transistor logic.*]
▶adj. Photography (of a camera focusing system) through-the-lens.

**T-top** ▶n. a car roof with removable panels.

**TTY** ▶abbr. teletypewriter.

**TU** ▶abbr. Trade Union.

**Tu.** ▶abbr. Tuesday.



**Tu•a•mo•tu Ar•chi•pel•a•go** |,tōōəˈmōtōō| a group of about 80 coral islands that form part of French Polynesia, in the South Pacific Ocean; pop. 12,000. It is the largest group of coral atolls in the world.

**Tua•reg** |ˈtwäˌreg| ▶n. (pl. same or **Tuaregs**) a member of a Berber people of the western and central Sahara, living mainly in Algeria, Mali, Niger, and western Libya, traditionally as nomadic pastoralists.
▶adj. of or relating to this people.
—ORIGIN from Arabic *ṭawāriq.*

**tu•a•ta•ra** |,tōōəˈtärə| ▶n. a nocturnal burrowing lizardlike reptile with a crest of soft spines along its back, now confined to some small islands off New Zealand.
●Order Rhynchocephaliaand genus *Sphenodon*: two species, in particular *S. punctamm*. All other members of the order became extinct during the Mesozoic era.
—ORIGIN late 19th cent.: from Maori, from *tua* 'on the back' + *tara* 'spine.'

**Tu•a•tha Dé Da•nann** |ˈtōōəhə dä ˈdänən| plural n. Irish Mythology the members of an ancient race said to have inhabited Ireland before the historical Irish. Formerly believed to have been a real people, they are credited with the possession of magical powers and great wisdom.
—ORIGIN Irish, literally 'people of the goddess Danann.'

**tub** |təb| ▶n. 1 a wide, open, deep, typically round container with a flat bottom used for holding liquids, growing plants, etc.: *hydrangeas in a patio tub.*
■ a similar small plastic or cardboard container in which food is bought or stored: *a margarine tub.*
■ the contents of such a container or the amount it can contain: *she ate a tub of yogurt.* ■ a washtub.
■ informal a bathtub. ■ Mining a container for conveying ores, coal, etc.
2 informal an old, awkward, or run-down vessel.
▶v. (**tubbed, tubbing**) [trans.] 1 [usu. as adj.] (**tubbed**) plant in a tub: *tubbed fruit trees.*
2 dated wash or bathe (someone or something) in or in a tub or bath.
■ [intrans.] Brit. informal have a bath.
—DERIVATIVES **tub•ba•ble** adj. (informal) (sense 2 of the verb); **tub•ful** |–,fōōl| n. (pl. **-fuls**).
—ORIGIN Middle English: probably of Low German or Dutch origin; compare with Middle Low German, Middle Dutch *tubbe.*

**tu•ba** |ˈt(y)ōōbə| ▶n. a large brass wind instrument of bass pitch, with three to six valves and a broad bell typically facing upward.
■ a powerful reed stop on an organ with the quality of a tuba.
—ORIGIN mid 19th cent.: via Italian from Latin, 'trumpet.'

**tu•bal** |ˈt(y)ōōbəl| ▶adj. of, relating to, or occurring in a tube, esp. the fallopian tubes.

**tu•bal li•ga•tion** ▶n. a surgical procedure for female sterilization that involves severing and tying the fallopian tubes.



tuba

**tu•bal preg•nan•cy** ▶n. Medicine an ectopic pregnancy in which the fetus develops in a fallopian tube.

**tub•by** |ˈtəbē| ▶adj. (**tubbier, tubbiest**) 1 informal (of a person) short and rather fat. [ORIGIN: referring to the shape of a tub.]
2 (of a sound) lacking resonance; dull. [ORIGIN: referring to the sound of a tub when struck.]
—DERIVATIVES **tub•bi•ness** n.

**tub chair** ▶n. a chair with solid arms continuous with a semicircular back.

**tube** |t(y)ōōb| ▶n. 1 a long, hollow cylinder of metal, plastic, glass, etc., for holding or transporting something, chiefly liquids or gases.
■ the inner tube of a bicycle tire. ■ material in such a cylindrical form; *tubing: the firm manufactures the tube for a wide variety of applications.*
2 a thing in the form of or resembling such a cylinder, in particular:
■ a flexible metal or plastic container sealed at one end and having a screw cap at the other, for holding a semiliquid substance ready for use.

Case 3:13-cv-01045-SI    Document 137-1    Filed 07/22/14    Page 39 of 55

darts or other tailoring and made from a single piece of knitted or elasticized fabric: [as adj.] *stretchy tube skirts.* ■ (in surfing) the hollow curve under the crest of a breaking wave.
**3 (the tube)** Brit., informal the subway system in London. ■ a train running on this system: *I caught the tube home.*
**4** a sealed container, typically of glass and either evacuated or filled with gas, containing two electrodes between which an electric current can be made to flow. ■ a cathode-ray tube, esp. in a television set. ■ **(the tube)** informal television: *another wasted evening, sitting in front of the tube.* ■ a vacuum tube.
▸v. [trans.] [usu. as adj.] **(tubed)** provide with a tube or tubes: [in combination] *a giant eight-tubed hookah.*
–PHRASES **go down the tubes (or tube)** informal be completely lost or wasted; fail utterly: *we watched his political career go down the tubes.*
–DERIVATIVES **tube•less** adj.; **tube•like** |-ˌlīk| adj.
–ORIGIN mid 17th cent.: from French *tube* or Latin *tubus.*
**tu•bec•to•my** |t(y)o͞oˈbektəmē| ▸n. (pl. **-ies**) another term for SALPINGECTOMY.
**tube foot** ▸n. (usu. **tube feet**) Zoology (in an echinoderm) each of a large number of small, flexible, hollow appendages protruding through the ambulacra, used either for locomotion or for collecting food and operated by hydraulic pressure within the water-vascular system.
**tube•less tire** |ˈto͞obləs| ▸n. a rubber tire made without an inner tube.
**tube-nosed bat** ▸n. an Old World bat with tubular nostrils:
• a fruit bat found chiefly in New Guinea and Sulawesi (genus *Nyctimene*, family Pteropodidae). • an insectivorous Asian bat (genus *Murina*, family Vespertilionidae).
**tube pan** ▸n. a round cake pan with a hollow, cone-shaped center, used for baking ring-shaped cakes.
**tu•ber** |ˈt(y)o͞obər| ▸n. **1** a much thickened underground part of a stem or rhizome, e.g., in the potato, serving as a food reserve and bearing buds from which new plants arise. ■ a tuberous root, e.g., of the dahlia.
**2** Anatomy a rounded swelling or protuberant part.
–ORIGIN mid 17th cent.: from Latin, literally 'hump, swelling.'
**tu•ber ci•ne•re•um** |siˈnerēəm| ▸n. Anatomy the part of the hypothalamus to which the pituitary gland is attached.
–ORIGIN Latin *cinereum*, neuter of *cinereus* 'ash-colored.'
**tu•ber•cle** |ˈt(y)o͞obərkəl| ▸n. **1** Anatomy, Zoology, & Botany a small rounded projection or protuberance, esp. on a bone or on the surface of an animal or plant.
**2** Medicine a small nodular lesion in the lungs or other tissues, characteristic of tuberculosis.
–DERIVATIVES **tu•ber•cu•late** |t(y)o͞oˈbərkyəˌlāt; -lit| adj. (in sense 1).
–ORIGIN late 16th cent.: from Latin *tuberculum*, diminutive of *tuber* (see TUBER).
**tu•ber•cle ba•cil•lus** ▸n. a bacterium that causes tuberculosis.
**tu•ber•cu•lar** |təˈbərkyələr| ▸adj. Medicine of, relating to, or affected with tuberculosis: *a tubercular kidney.* ■ Biology & Medicine having or covered with tubercles. ▸n. a person with tuberculosis.
**tu•ber•cu•la•tion** |t(y)o͞oˌbərkyəˈlāsнən| ▸n. chiefly Biology the formation or presence of tubercles, esp. of a specified type.
–ORIGIN mid 19th cent.: from Latin *tuberculum* (see TUBERCLE) + -ATION.
**tu•ber•cu•lin** |t(y)o͞oˈbərkyəlin| ▸n. a sterile protein extract from cultures of tubercle bacillus, used in a test by hypodermic injection for infection with or immunity to tuberculosis, and also formerly in the treatment of the disease.
–ORIGIN late 19th cent.: from Latin *tuberculum* (see TUBERCLE) + -IN[1].
**tu•ber•cu•lin-test•ed** ▸adj. (of cows or their milk) giving, or from cows giving, a negative response to a tuberculin test.
**tu•ber•cu•loid** |t(y)o͞oˈbərkyəˌloid| ▸adj. Medicine resembling tuberculosis or its symptoms, in particular:
• relating to or denoting the milder of the two principal forms of leprosy, marked by few, well-defined lesions similar to those of tuberculosis, often with loss of feeling in the affected areas. Compare with LEPROMATOUS.
**tu•ber•cu•lo•sis** |tə,bərkyəˈlōsis; t(y)o͞o-| (abbr.: TB) ▸n. an infectious bacterial disease characterized by...

The most common form, **pulmonary tuberculosis** (formerly known as 'consumption'), is caused by inhalation of the bacteria. It was widespread in 19th-century Europe, and still causes 3 million deaths each year in developing countries. The disease can affect other parts of the body, notably the bones and joints and the central nervous system. Its spread is countered by vaccination and by the pasteurization of milk to prevent transmission from cattle. It was once considered incurable, but early X-ray diagnosis permits its arrest by drugs and surgery.
–ORIGIN mid 19th cent.: modern Latin, from Latin *tuberculum* (see TUBERCLE) + -OSIS.
**tu•ber•cu•lous** |təˈbərkyələs; t(y)o͞o–| ▸adj. another term for TUBERCULAR.
**tu•ber•ose** |ˈt(y)o͞obə,rōs; –ˌrōz| ▸n. **1** a Mexican plant of the agave family, with heavily scented white waxy flowers and a bulblike base. Unknown in the wild, it was formerly cultivated as a flavoring for chocolate; the flower oil is used in perfumery.
• *Polianthes tuberosa*, family Agavaceae.
**2** variant spelling of TUBEROUS.
–ORIGIN mid 17th cent.: sense 1 from Latin *tuberosa*, feminine of *tuberosus* 'with protuberances'; sense 2 from Latin *tuberosus.*
**tu•ber•ous** |ˈt(y)o͞obərəs| (also **tuberose** |–,rōs|) ▸adj. **1** Botany of the nature of a tuber. See TUBEROUS ROOT.
■ (of a plant) having tubers or a tuberous root.
**2** Medicine characterized by or affected by rounded swellings: *tuberous sclerosis.*
–DERIVATIVES **tu•ber•os•i•ty** |t(y)o͞obəˈräsitē| n.
–ORIGIN mid 17th cent.: from French *tubéreux* or Latin *tuberosus*, from *tuber* (see TUBER).
**tu•ber•ous root** ▸n. a thick and fleshy root like a tuber but without buds, as in the dahlia.
**tube•snout** |ˈt(y)o͞ob,snowt| ▸n. a small inshore fish with a very elongated snout, head, and body, living along the Pacific coast of North America.
• *Aulorynchus flavidus*, the only member of the family Aulorhynchidae.
**tube sock** ▸n. a sock without a shaped heel.
**tube top** ▸n. a tight-fitting strapless top made of stretchy material and worn by women or girls.
**tube well** ▸n. a well consisting of a pipe with a solid steel point and lateral perforations near the end, which is driven into the earth until a water-bearing stratum is reached, when a suction pump is applied to the upper end.
**tube worm** ▸n. a marine bristle worm, esp. a fan worm, that lives in a tube made from sand particles or in a calcareous tube that it secretes.
• Families Serpulidae and Sabellidae, phylum Polychaeta.
■ a pogonophoran or vestimentiferan worm.
**tu•bic•o•lous** |t(y)o͞oˈbikələs| ▸adj. Zoology (of a marine worm) living in a tube.
**tu•bi•fex** |ˈt(y)o͞obə,feks| ▸n. a small red annelid worm that lives in fresh water, partly buried in the mud. Also called BLOODWORM.
• Genus *Tubifex*, family Tubificidae, class Oligochaeta.
–ORIGIN modern Latin, from Latin *tubus* 'tube' + *-fex* from *facere* 'make.'
**tub•ing** |ˈt(y)o͞obiNG| ▸n. **1** a length or lengths of metal, plastic, glass, etc., in tubular form: *use the plastic tubing to siphon the beer into the bottles.*
**2** the leisure activity of riding on water or snow on a large inflated inner tube.
**Tub•man** |ˈtəbmən|, Harriet Ross (c.1820–1913), US abolitionist; born *Araminta Ross*; known as the *Moses of Her People*. She was born a slave in Maryland, but escaped via the Underground Railroad in 1849. Following what she called direct messages from God, she returned to Maryland numerous times to lead about 300 slaves to safety in the North. During the Civil War, she spied and served as a scout for the Union.



**tu•bo•cu•ra•rine** |,t(y)o͞obōk(y)o͞oˈrä,rēn| ▸n. Medicine a compound of the alkaloid class obtained from curare and used to produce relaxation of voluntary muscles before surgery and in tetanus, encephalitis, and poliomyelitis.
–ORIGIN late 19th cent.: from Latin *tubus* 'tube' + CURARE + -INE[4].
**Tu•bruq** |to͞oˈbro͞ok; to͞o–| Arabic name for TOBRUK.
**tub-thump•ing** informal, derogatory ▸adj. [attrib.] expressing opinions in a loud and violent or dramatic manner: *a tub-thumping speech.*
▸n. the expression of opinions in such a way.
–DERIVATIVES **tub-thump•er** n.
**Tu•bu•ai Is•lands** |to͞obˈwä-ē| a group of volcanic islands in the South Pacific Ocean that form part of French Polynesia; pop. 6,500 (1988). The chief town, Mataura, is on the island of Tubuai. Also called the AUSTRAL ISLANDS.
**tu•bu•lar** |ˈt(y)o͞obyələr| ▸adj. **1** long, round, and hollow like a tube: *tubular flowers of deep crimson.*
■ made from a tube or tubes: *tubular steel chairs.* ■ Surfing (of a wave) hollow and well curved.
**2** Medicine of or involving tubules or other tube-shaped structures.
–DERIVATIVES **tu•bu•lar•i•ty** |,t(y)o͞obyəˈlaritē| n.
**2 (tubulars)** oil-drilling equipment made from tubes.
–ORIGIN late 17th cent.: from Latin *tubulus* 'small tube' + -AR[1].
**tu•bu•lar bells** ▸plural n. an orchestral instrument consisting of a row of vertically suspended metal tubes struck with a mallet.
**tu•bu•lar tire** ▸n. a completely enclosed tire cemented onto the wheel rim, used on racing bicycles.
**tu•bule** |ˈt(y)o͞ob,yo͞ol| ▸n. a minute tube, esp. as an anatomical structure: *kidney tubules.*
–ORIGIN late 17th cent.: from Latin *tubulus*, diminutive of *tubus* 'tube.'
**Tu•bu•li•den•ta•ta** |,t(y)o͞obyəlidenˈtätə| Zoology an order of mammals that comprises only the aardvark.
–ORIGIN modern Latin (plural), from TUBULE + Greek *odous, odont-* 'tooth.'
**tu•bu•lin** |ˈt(y)o͞obyəlin| ▸n. Biochemistry a protein that is the main constituent of the microtubules of living cells.
–ORIGIN 1960s: from TUBULE + -IN[1].
**Tu•ca•na** |t(y)o͞oˈkänə; -ˈkænə| Astronomy a southern constellation (the Toucan), south of Grus and Phoenix. It contains the Small Magellanic Cloud.
■ [as genitive] **(Tucanae** |-nē|) used with a preceding letter or numeral to designate a star in this constellation: *the star Delta Tucanae.*
–ORIGIN modern Latin.
**Tuch•man** |ˈtəkmən|, Barbara (1912–89), US historian and writer. Her many works include *The Guns of August* (1962), *Stilwell and the American Experience in China, 1911–45* (1971), *A Distant Mirror* (1978), and *The First Salute* (1988).
**tuck** |tək| ▸v. **1** [with obj. and usu. with adverbial of place] push, fold, or turn (the edges or ends of something, esp. a garment or bedclothes) so as to hide them or hold them in place: *he tucked his shirt into his trousers.*
■ **(tuck someone in)** make someone, esp. a child, comfortable in bed by pulling the edges of the bedclothes firmly under the mattress: *he carried her back to bed and tucked her in.* ■ draw (something, esp. part of one's body) together into a small space: *she tucked her legs under her.* ■ (often **be tucked**) put (something) away in a specified place or way so as to be hidden, safe, comfortable, or tidy: *the colonel was coming toward her, his gun tucked under his arm.*
**2** [trans.] make a flattened, stitched fold in (a garment or material), typically so as to shorten or tighten it, or for decoration.
▸n. **1** a flattened, stitched fold in a garment or material, typically one of several parallel folds put in a garment for shortening, tightening, or decoration: *a dress with tucks along the bodice.*
■ [usu. with adj.] informal a surgical operation to reduce surplus flesh or fat: *a tummy tuck.*
**2** Brit., informal food, typically cakes and candy, eaten by children at school as a snack: [as adj.] *a tuck shop.*
**3** (also **tuck position**) (in diving, gymnastics, downhill skiing, etc.) a position with the knees bent and held close to the chest, often with the hands clasped around the shins.
▸**tuck something away** **1** store something in a secure place: *employees can tuck away a percentage of their pre-tax salary.* ■ (usu. **be tucked away**) put or keep someone or something in an inconspicuous or...

Dkt. 71-p.3

Case 3:19-cv-01044-SI    Document 137-4    Filed 07/22/19    Page 40 of 55

**pop•py** | ˈpäpē | ▸n. (pl. **-pies**) a plant with showy flowers, milky sap, and rounded seed capsules. Many poppies contain alkaloids and are a source of drugs such as morphine and codeine.
■ *Papaver, Eschscholzia*, and other genera, family Papaveraceae (the **poppy family**): many species, including the yellow-flowered **arctic poppy** (*P. radicatum*) of the Rocky Mountains. The poppy family also includes the corydalis, greater celandine, and bloodroot.
– DERIVATIVES **pop•pied** adj.
– ORIGIN Old English *popig, papæg*, from a medieval Latin alteration of Latin *papaver*.

**pop•py•cock** | ˈpäpēˌkäk | ▸n. informal nonsense.
– ORIGIN mid 19th cent.: from Dutch dialect *pappekak*, from *pap* 'soft' + *kak* 'dung.'

**pop•py•head** | ˈpäpēˌhed | ▸n. an ornamental top on the end of a church pew.

**pop riv•et** ▸n. a tubular rivet that is inserted into a hole and clinched by the withdrawal of a central rod, used where only one side of the work is accessible.
▸v. (**pop-rivet**) (**-riveted, -riveting**) [trans.] secure or fasten with pop rivets.

**Pop•si•cle** | ˈpäpˌsikəl | ▸n. trademark a piece of flavored ice or ice cream on a stick.
– ORIGIN 1920s: fanciful formation.

**pop•star** | ˈpäpstär | ▸n. a popular music musician.

**pop•sy** | ˈpäpsē | (also **popsie**) ▸n. (pl. **-ies**) informal, chiefly Brit. an attractive young woman.
– ORIGIN mid 19th cent.: alteration of POPPET.

**pop-top** ▸adj. (of a can) having a ring or tab that is pulled to open its seal: *a pop-top beer can.*
▸n. 1 the ring or tab from a pop-top can.
■ a pop-top can.
2 the top of something that pops up or open: *a wagon with a pop-top that turns it into a makeshift camper.*

**pop•u•lace** | ˈpäpyələs | ▸n. [treated as sing. or pl.] the people living in a particular country or area: *the party misjudged the mood of the populace.*
– ORIGIN late 16th cent.: from French, from Italian *popolaccio* 'common people,' from *popolo* 'people' + the pejorative suffix *-accio.*

**pop•u•lar** | ˈpäpyələr | ▸adj. 1 liked, admired, or enjoyed by many people or by a particular person or group: *she was one of the most popular girls in the school | these cheeses are very popular in Europe.*
2 [attrib.] (of cultural activities or products) intended for or suited to the taste, understanding, or means of the general public rather than specialists or intellectuals: *the popular press.*
■ (of a belief or attitude) held by the majority of the general public: *many adult cats, contrary to popular opinion, dislike milk.*
3 [attrib.] (of political activity) of or carried on by the people as a whole rather than restricted to politicians or political parties: *a popular revolt against colonial rule.*
– DERIVATIVES **pop•u•lar•ism** | -ˌrizəm | n.
– ORIGIN late Middle English (in the sense 'prevalent among the general public'): from Latin *popularis*, from *populus* 'people.' Sense 1 dates from the early 17th cent.

**pop•u•lar et•y•mol•o•gy** ▸n. another term for FOLK ETYMOLOGY.

**pop•u•lar front** ▸n. a party or coalition representing left-wing elements, in particular (the **Popular Front**) an alliance of communist, radical, and socialist elements formed and gaining some power in countries such as France and Spain in the 1930s.

**pop•u•lar•i•ty** | ˌpäpyəˈleratē | ▸n. the state or condition of being liked, admired, or supported by many people: *he was forced to step down as mayor despite his popularity with the voters.*

**pop•u•lar•ize** | ˈpäpyələˌrīz | ▸v. [trans.] cause (something) to become generally liked: *his books have done much to popularize the sport.*
■ make (something technical, scientific, or academic) accessible or interesting to the general public by presenting it in a readily understandable form: *they are skilled at popularizing the technical aspects of genetics.*
– DERIVATIVES **pop•u•lar•i•za•tion** | ˌpäpyələrəˈzāSHən | n.; **pop•u•lar•iz•er** n.

**pop•u•lar•ly** | ˈpäpyələrlē | ▸adv. by many or most people; generally: *advancing age is popularly associated with a declining capacity to work.*
■ (of a term, name, or title) in informal, common, or nonspecialist use: *polygraph analysis (popularly known as lie-detector testing).* ■ (of a politician or government) chosen by the majority of the voters; democratically: *a governor who is popularly elected.*

**pop•u•lar mu•sic** ▸n. music appealing to the popular taste, including rock and pop and also soul, country, reggae, rap, and dance music.

---

populate its pages. ■ cause people to settle in (an area or place): *Finland pursues a policy designed to populate its Russian borders.*
– ORIGIN late 16th cent.: from medieval Latin *populat-* 'supplied with people,' from the verb *populare*, from *populus* 'people.'

**pop•u•la•tion** | ˌpäpyəˈlāSHən | ▸n. all the inhabitants of a particular town, area, or country: *the island has a population of about 78,000.*
■ [with adj.] a particular section, group, or type of people or animals living in an area or country: *the country's immigrant population.* ■ [with adj.] the specified extent or degree to which an area is or has been populated: *areas of sparse population.* ■ the action of populating an area. ■ Biology a community of animals, plants, or humans among whose members interbreeding occurs. ■ Statistics a finite or infinite collection of items under consideration. ■ Astronomy each of three groups (designated I, II, and III) into which stars can be approximately divided on the basis of their manner of formation.
– ORIGIN late 16th cent. (denoting an inhabited place): from late Latin *populatio(n-)*, from the verb *populare*, from *populus* 'people.'

**pop•u•la•tion ex•plo•sion** ▸n. a sudden large increase the size of a population.

**pop•u•la•tion in•ver•sion** ▸n. see INVERSION (sense 1).

**pop•u•list** | ˈpäpyəlist | ▸n. a member or adherent of a political party seeking to represent the interests of ordinary people.
■ a person who holds, or who is concerned with, the views of ordinary people. ■ (**Populist**) a member of the Populist Party, a US political party formed in 1891 that advocated the interests of labor and farmers, free coinage of silver, a graduated income tax, and government control of monopolies.
▸adj. of or relating to a populist or populists: *a populist leader.*
– DERIVATIVES **pop•u•lism** | -ˌlizəm | n.; **pop•u•lis•tic** | ˌpäpyəˈlistik | adj.
– ORIGIN late 19th cent.: from Latin *populus* 'people' + -IST.

**pop•u•lous** | ˈpäpyələs | ▸adj. having a large population; densely populated.
– DERIVATIVES **pop•u•lous•ly** adv.; **pop•u•lous•ness** n.
– ORIGIN late Middle English: from late Latin *populosus*, from *populus* 'people.'

**pop-up** ▸adj. [attrib.] 1 (of a book or greeting card) containing folded cut-out pictures that rise up to form a three-dimensional scene or figure when the page is turned.
■ (of an electric toaster) operating so as to push up a piece of toast quickly when it is ready. ■ Computing (of a menu or other utility) able to be superimposed on the screen being worked on and suppressed rapidly.
▸n. 1 a pop-up picture in a book.
■ a book containing such pictures.
2 Baseball see POP¹ (sense 3).
3 Computing a pop-up menu or other utility.

**por.** ▸abbr. portrait.

**por•bea•gle** | ˈpôrˌbēgəl | ▸n. a large active shark that is found chiefly in the open seas of the North Atlantic and in the Mediterranean.
■ *Lamna nasus*, family Lamnidae.
– ORIGIN mid 18th cent.: from Cornish dialect, perhaps from Cornish *porth* 'harbor, cove' + *bugel* 'shepherd.'

**por•ce•lain** | ˈpôrs(ə)lən | ▸n. a white vitrified translucent ceramic; china. See also HARD-PASTE, SOFT-PASTE.
■ (usu. **porcelains**) articles made of this. ■ such articles collectively: *a collection of Chinese porcelain.*
– DERIVATIVES **por•ce•la•ne•ous** | ˌpôrsəˈlānēəs | adj.; **por•cel•la•nous** | -əs | adj.
– ORIGIN mid 16th cent.: from French *porcelaine*, from Italian *porcellana* 'cowrie shell,' hence 'chinaware' (from its resemblance to the dense polished shells).

**por•ce•lain clay** ▸n. another term for KAOLIN.

**porch** | pôrCH | ▸n. a covered shelter projecting in front of the entrance of a building.
■ a veranda.
– DERIVATIVES **porched** adj.; **porch•less** adj.
– ORIGIN Middle English: from Old French *porche*, from Latin *porticus* 'colonnade,' from *porta* 'passage.'

**por•cine** | ˈpôrˌsīn | ▸adj. of, affecting, or resembling a pig or pigs: *his flushed, porcine features.*

---



North American porcupine

a large rodent with defensive spines of hair on the upper body and sides.
■ Suborder Hystricomorpha: families Hystricidae (three Old World genera) and Erethizontidae (four New World genera). The common North American species is *Erethizon dorsatum.*
– ORIGIN late Middle English: from Old French *porc espin*, from Provençal *porc espi(n)*, from Latin *porcus* 'pig' + *spina* 'thorn.'

**por•cu•pine fish** ▸n. a tropical marine fish that has a parrotlike beak and is covered with sharp spines. It inflates itself like a balloon when threatened.
■ Family Diodontidae: three genera and several species, including the widely distributed *Diodon hystrix.* See also BALLOONFISH.

**Por•cu•pine Riv•er** | ˈpôrkyəpīn | a river that flows for 450 miles (720 km) from Yukon Territory into northeastern Alaska to join the Yukon River.

**pore¹** | pôr | ▸n. chiefly Biology a minute opening in a surface, esp. the skin or integument of an organism, through which gases, liquids, or microscopic particles can pass.
– ORIGIN late Middle English: from Old French, via Latin from Greek *poros* 'passage, pore.'

**pore²** ▸v. [intrans.] (**pore over/through**) be absorbed in the reading or study of: *Heather spent hours poring over cookbooks.*
■ archaic think intently; ponder: *when he has thought and pored on it.*
– ORIGIN Middle English: perhaps related to PEER².

**pore•wa•ter** | ˈpôrˌwôtər; -ˌwä- | n. Geology water contained in pores in soil or rock.

**por•gy** | ˈpôrgē | ▸n. (pl. **same** or **-ies**) a deep-bodied fish related to the sea breams, typically silvery but sometimes changing to a blotched pattern. It swims in warm coastal waters.
■ *Calamus* and other genera, family Sparidae: many species.
– ORIGIN mid 17th cent.: alteration of Spanish and Portuguese *pargo.*

**Po•rif•er•a** | pəˈrifərə | ▸n. Zoology a phylum of aquatic invertebrate animals that comprises the sponges.
– DERIVATIVES **po•rif•er•an** adj. & n.
– ORIGIN modern Latin (plural), from Latin *'pore' + -fer 'bearing.'*

**po•rin** | ˈpôrən | ▸n. Biochemistry any of a class of proteins whose molecules can form channels (large enough to allow the passage of small ions and molecules) through cellular membranes.
– ORIGIN 1970s: from Greek *poros* 'pore' + -IN¹.

**pork** | pôrk | ▸n. 1 the flesh of a pig used as food, esp. when uncured.
2 short for PORK BARREL.
▸v. 1 [trans.] vulgar slang (of a man) have sexual intercourse with.
2 [intrans.] informal stuff oneself with food; overeat: *porked out on the roast pig.*
– ORIGIN Middle English: from Old French *porc*, from Latin *porcus* 'pig.'

**pork bar•rel** ▸n. informal the use of government funds for projects designed to please voters or legislators and win votes: *political pork barrel for the benefit of their respective sponsors* | [as adj.] *wasteful, pork-barrel spending.*
– DERIVATIVES **pork-bar•rel•ing** n.
– ORIGIN figuratively, from the use of such a barrel by farmers, to keep a reserve supply of meat.

**pork•er** | ˈpôrkər | ▸n. a pig raised for food.
■ informal, derogatory a fat person.

**pork•pie hat** | ˈpôrkˌpī | ▸n. a hat with a flat crown and a brim turned up all around.

**pork•y¹** | ˈpôrkē | ▸adj. (**porkier, porkiest**) 1 informal (of a person or part of their body) fleshy or fat.
2 of or resembling pork.

**pork•y²** ▸n. (pl. **-ies**) informal a porcupine.

**porn** | pôrn | (also **porno** | ˈpôrnō | ) informal ▸n. pornography.
▸adj. pornographic.
– ORIGIN 1950s: abbreviation.

**por•nog•ra•phy** | pôrˈnägrəfē | ▸n. printed or visual material containing the explicit description or display

**porous**          1329          **portent**

of sexual organs or activity, intended to stimulate erotic rather than aesthetic or emotional feelings.
– DERIVATIVES **por·nog·ra·pher** |-fər| n.; **porno·graphic** |ˌpôrnəˈgrafik| adj.; **porno·graph·i·cal·ly** |-porno'grafik(ə)lē| adv.
– ORIGIN mid 19th cent.: from Greek *pornographos* 'writing about prostitutes,' from *pornē* 'prostitute' + *graphein* 'write.'

**porous** |ˈpôrəs| adj. (of a rock or other material) having minute spaces or holes through which liquid or air may pass.
■ figurative not retentive or secure: *he ran through a porous defense to score easily.*
– DERIVATIVES **po·ros·i·ty** |pəˈräsətē; pôrˈäs–| n.; **porous·ness** n.
– ORIGIN late Middle English: from Old French *poreus*, based on Latin *porus* 'pore.'

**por·phyr·i·a** |pôrˈfirēə| n. Medicine a rare hereditary disease in which the blood pigment hemoglobin is abnormally metabolized. Porphyrins are excreted in the urine, which becomes dark; other symptoms include mental disturbances and extreme sensitivity of the skin to light.
– ORIGIN 1920s: modern Latin, from PORPHYRIN.

**por·phy·rin** |ˈpôrfərin| n. Biochemistry any of a class of pigments (including heme and chlorophyll) whose molecules contain a flat ring of four linked heterocyclic groups, sometimes with a central metal atom.
– ORIGIN early 20th cent.: from German *Porphyrin* 'purple-' etc.

**por·phy·rit·ic** |ˌpôrfəˈritik| adj. Geology relating to or denoting a rock texture containing distinct crystals or crystalline particles embedded in a compact groundmass.
– DERIVATIVES **por·phy·ro·blas·tic** |ˌpôrˌfirəˈblast| n. Geology a larger recrystallized grain occurring in a finer groundmass in a metamorphic rock.
– DERIVATIVES **por·phy·ro·blas·tic** |ˌpôrˌfirəˈblastik| ...ˌpôrfərō–| adj.

**por·phy·ry** |ˈpôrfərē| (c.232–303), Neoplatonist philosopher; born *Malchus*. He was a pupil of Plotinus, whose works he edited after the latter's death.
**por·phy·ry** |ˈpôrfərē| n. (pl. **-ies**) a hard igneous rock containing crystals, usually of feldspar, in a fine-grained, typically reddish groundmass.
– ORIGIN late Middle English: via medieval Latin from Greek *porphuritēs*, from *porphura* 'purple.'

**por·poise** |ˈpôrpəs| n. a small toothed whale with a low triangular dorsal fin and a blunt rounded snout. See illustration at WHALE[1].
■ Family Phocoenidae: three genera and several species, in particular the common (or harbor) porpoise (*Phocoena phocoena*) of the North Atlantic and North Pacific.
■ v. [trans.] move through the water like a porpoise, alternately rising above it and submerging: *the boat began to porpoise badly.*
– ORIGIN Middle English: from Old French *porpois*, based on Latin *porcus* 'pig' + *piscis* 'fish,' rendering earlier *porcus marinus* 'sea hog.'

**por·ridge** |ˈpôrij| n. a dish consisting of oatmeal or another meal or cereal boiled in water or milk.
– DERIVATIVES **por·ridg·y** adj.
– ORIGIN mid 16th cent. (denoting soup thickened with barley): alteration of POTTAGE.

**por·rin·ger** |ˈpôrinjər| n. historical a small bowl, typically with a handle, used for soup, stew, or similar food.
– ORIGIN late Middle English (earlier as *potager* and *pottinger*): from Old French *potager*, from potage 'con-tents of a pot.'

**Por·ro prism** |ˈpôrō| (also **Porro prism**) n. a reflecting prism in which the light is reflected on two 45° surfaces and returned parallel to the incoming beam. Compare with ROOF PRISM.
■ (**Porro prisms**) (also **porro-prism binoculars**) a pair of binoculars using two such prisms at right angles, resulting in a conventional instrument with objective lenses that are farther apart than the eyepieces.
– ORIGIN named after Ignazio *Porro* (1801–75), Italian ...

**Porsche** |ˈpôrSH(ə)| , Ferdinand (1875–1952), Austrian car designer. In 1934, he designed the Volkswagen ('people's car'), but his name has since become noted for high-performance sports and racing cars produced by his company, originally to his design.

**Por·se·na** |ˈpôrsənə| (also **Porsenna**), Lars (6th cent. BC), a legendary Etruscan chieftain. Sum-moned by Tarquinius Superbus after the latter's defeat and exile from Rome, Porsenna subsequently laid siege to the city, but did not succeed in captur-...

■ a harbor: *the port has miles of docks* | [as adj.] *an abundant water supply and port facilities.* ■ (also **inland port**) an inland town or city whose connection to the coast by a river or other body of water enables it to act as a port.
– PHRASES **any port in a storm** proverb in adverse circumstances one welcomes any source of relief or escape. **port of entry** a harbor or airport by which people and goods may enter a country.
– ORIGIN Old English, from Latin *portus* 'haven, harbor,' reinforced in Middle English by Old French.

**port²** (also **port wine**) n. a strong, sweet, typically dark red fortified wine, originally from Portugal, typically drunk as a dessert wine.
– ORIGIN shortened form of OPORTO, a major port from which the wine is shipped.

**port³** ▶n. the side of a ship or aircraft that is on the left when one is facing forward: *the ferry was listing to port* | [as adj.] *the port side of the aircraft.* The opposite of STARBOARD.
▶v. [trans.] turn (a ship or its helm) to port.
– ORIGIN mid 16th cent.: probably originally the side turned towards the port.

**port⁴** ▶n. an aperture or opening, in particular:
■ a socket in a computer network into which a device can be plugged. ■ an opening for the passage of steam, liquid, or gas: *loss of fuel from the exhaust port.* ■ a gunport. ■ a porthole. ■ an opening in the side of a ship for boarding or loading. ■ chiefly Scottish a gate or gateway, esp. into a walled city.
– ORIGIN Old English (in the sense 'gateway'), from Latin *porta* 'gate'; reinforced in Middle English by Old French *porte*. The later sense 'opening in the side of a ship' led to the general sense 'aperture.'

**port⁵** ▶v. 1 [with obj. and adverbial of direction] Computing transfer (software) from one system or machine to another: *the software can be ported to an IBM RS/6000.*
2 [trans.] [often in imperative] Military carry (a rifle or other weapon) diagonally across and close to the body with the barrel or blade near the left shoulder: *Detail! For inspection—port!*
▶n. 1 Military the position required by an order to port a rifle or other weapon: *Parker had his rifle at the port.*
2 poetic/literary a person's carriage or bearing: *she has the proud port of a princess.*
3 Computing a transfer of software from one system or machine to another.
– PHRASES **at port arms** Military in the position adopted when given a command to port one's weapon.
– ORIGIN Middle English (sense 2 of the noun): from Old French *port* 'bearing, gait,' from the verb *porter*, from Latin *portare* 'carry.' The verb (from French *porter*) dates from the mid 16th cent.

**por·ta-** comb. form denoting something that is movable or portable, often used as part of a proprietary name: *Portaloo | Portaflife.*
– ORIGIN from PORTABLE.

**port·a·ble** |ˈpôrtəbəl| adj. able to be easily carried or moved, esp. because of being a lighter and smaller version than usual: *a portable television.*
■ Computing (of software) able to be transferred from one machine to another.
▶n. a version of something, such as a small lightweight television or computer, that can be easily carried.
■ a small transportable building used as a classroom.
– DERIVATIVES **port·a·bil·i·ty** |ˌpôrtəˈbilātē| n.; **port·a·bly** |-blē| adv.
– ORIGIN late Middle English: from Old French *portable*, from late Latin *portabilis*, from Latin *portare* 'carry.'

**Port·age** |ˈpôrtij| 1 a port city in northwestern Indiana, on Lake Erie, east of Gary; pop. 29,060.
2 a city in southwestern Michigan, south of Kalamazoo; pop. 41,042.

**por·tage** |ˈpôrtij| ▶n. the carrying of a boat or its cargo between two navigable waters: *the return journey was made much simpler by portage.*
■ a place at which this is necessary: *a portage over the dam.* ■ archaic the action of carrying or transporting something.
▶v. [trans.] carry (a boat or its cargo) between navigable waters: *they are incapable of portaging a canoe* | [intrans.] *they would only run the rapid if they couldn't portage.*
■ [no obj., with adverbial] (of a boat) be carried between navigable waters: *the cataracts meant that boats had to portage on to the Lualaba.*
– ORIGIN late Middle English: from French, from *porter* 'carry.' The sense relating to carrying between navigable waters dates from the late 17th cent.

**por·tal¹** |ˈpôrtl| ▶n. a doorway, gate, or other entrance, esp. a large and elaborate one.
– ORIGIN late Middle English: from Old French, from ...

in an organ through which major blood vessels pass, esp. the transverse fissure of the liver.
– ORIGIN mid 19th cent.: from modern Latin *portalis*, from Latin *porta* 'gate.'

**por·tal frame** n. Engineering a rigid structural frame consisting essentially of two uprights connected at the top by a third member.

**por·tal sys·tem** ▶n. Anatomy the system of blood vessels consisting of the portal vein with its tributaries and branches.
■ any system of blood vessels that has a capillary network at each end.

**portal vein** (in full **hepatic portal vein**) n. Anatomy a vein conveying blood to the liver from the spleen, stomach, pancreas, and intestines.

**por·ta·men·to** |ˌpôrtəˈmen,tō| n. (pl. **portamentos** or **portamenti** |-ˈmentē|) Music 1 a slide from one note to another, esp. in singing or playing a bowed string instrument.
■ this as a technique or style.
2 piano playing in a manner intermediate between legato and staccato: [as adj.] *a portamento style.*
– ORIGIN Italian, literally 'carrying.'

**Por·ta Pot·ti** |ˈpôrtə ˌpäjē| n. trademark (also **por·tapotty**) a portable building containing a toilet.
■ a chemical toilet, or one connected to a holding tank, in a vehicle or small boat or aircraft.

**Port Ar·thur 1** former name (1898–1905) for LU-SHUN.
2 a city in southeastern Texas, on the Neches and Sabine rivers, near the Gulf Coast; pop. 58,724.

**por·ta·tive or·gan** |ˈpôrtədiv| n. chiefly historical a small portable pipe organ.
– ORIGIN early 16th cent. (as a compound): *portative* from Old French *portatif*, *-ive*, apparently an alteration of *portatil*, based on Latin *portare* 'carry.'

**Port-au-Prince** |ˌpôrt ō ˈprins; ˈprsns| the capital of Haiti, a port on the western coast of Hispaniola; pop. 1,255,080. Founded by the French in 1749, it became capital of the new republic in 1806.

**Port Blair** |bler| the capital of the Andaman and Nicobar Islands, a port on the southern tip of South Andaman Island in the Bay of Bengal; pop. 75,000.

**port·cul·lis** |pôrtˈkəlss| ▶n. a strong, heavy grating sliding up and down in vertical grooves, lowered to block a gateway to a fortress or town.
– DERIVATIVES **port·cul·lised** adj.
– ORIGIN Middle English: from Old French *porte coleice* 'sliding door,' from *porte* 'door' (from Latin *porta*) + *coleice* 'sliding' (feminine of *couleis*, from Latin *colare* 'to filter').



portcullis

**port de bras** |ˌpôr də ˈbrä| n. (pl. **ports de bras** pronunc. same) chiefly Ballet an act or manner of moving and posing the arms: *one coach told her to change her port de bras.*
■ an exercise designed to develop graceful movement and disposition of the arms, typically involving a bend accompanied by arm movement.
– ORIGIN French, literally 'bearing of (the) arms.'

**Port de France** |ˌpôrt də ˈfräns| former name for NOUMÉA.

**Porte** |pôrt| (also **the Sublime Porte**) historical the Ottoman court at Constantinople.
– ORIGIN early 17th cent.: from French *la Sublime Porte* 'the exalted gate,' translation of the Turkish title of the central office of the Ottoman government.

**porte co·chère** |ˌpôrt kōˈSHer| n. Architecture a covered entrance large enough for vehicles to pass through, typically opening into a courtyard.
■ a porch where vehicles stop to discharge passengers.
– ORIGIN late 17th cent.: French, literally 'coach gateway.'

**Port E·liz·a·beth** a port in South Africa, on the coast of the province of Eastern Cape; pop. 853,000. Settled by the British in 1820, it is now an automobile-manufacturing city and beach resort.

**por·tend** |pôrˈtend| ▶v. [trans.] be a sign or warning that (something, esp. something momentous or calamitous) is likely to happen: *the eclipses portend some major events.*
■ be a signal of: *the gridlock at the top of the leaderboard portends a sudden-death playoff.*
– ORIGIN late Middle English: from Latin *portendere*, based on *pro-* 'forth' + *tendere* 'stretch.'

**por·tent** |ˈpôr,tent| ▶n. 1 a sign or warning that something, esp. something momentous or calamitous, ...

# Exhibit 72



The AMERICAN HERITAGE® dictionary of the English Language

Search



 **HOW TO USE THE DICTIONARY**

Learn what the dictionary tells you about words.

**GET STARTED NOW!**

**THE USAGE PANEL**

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. The Panelists are surveyed annually to gauge the acceptability of particular usages and grammatical constructions.

**THE PANELISTS**

 **NEED HELP SOLVING A CROSSWORD PUZZLE?**

Go to our Crossword Puzzle Solver and type in the letters that you know, and the Solver will produce a list of possible solutions.

**porn** (pôrn) *Slang*

Share: porn 

n.

1.
 a. Pornography.
 b. A pornographic film or video.
2. Lurid or sensational material. Often used in combination: disaster porn.
3. Printed material featuring enticing photography: "quirky or scholarly garden books that would be lost in the spring flood of garden porn" (Michael Pollan).

adj.

Pornographic.

**porn** y *adj.*

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2014 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

**The American Heritage Dictionary Blog**

**Check out our blog, updated regularly, for new words and revised definitions, interesting images from the 5th edition, discussions of usage, and more.**

Most Recent posts:

… And Home of the Brave

Land of the Free…

Bugs suck!

Do you feel "nauseous" or "nauseated"?

**American Heritage Dictionary Products**

     

The American Heritage Dictionary, 5th Edition

The American Heritage Dictionary of Idioms

The American Heritage Roget's Thesaurus

Curious George's Dictionary

The American Heritage Student Dictionary

**Have a promotional code?**

GET YOUR FREE APP!



**Put the entire dictionary at your fingertips—anywhere, anytime!**

BUY THE iOS OR ANDROID APP

**PURCHASE THE DICTIONARY**

The online searchable American Heritage Dictionary includes definitions, pronunciations, etymologies, and feature notes. For further information, including the Indo-European Roots Appendix and the Semitic Roots Appendix, you can purchase the dictionary as an iOS or an Android app—or buy the deluxe printed edition.

**OPEN DICTIONARY PROJECT**

Share your ideas for new words and new meanings of old words!

**START SHARING NOW!**

**THE 100 WORDS®**

See word lists from the best-selling 100 Words Series!

**FIND OUT MORE!**

This website is best viewed in Chrome, Firefox, or Safari.

file:///D/Dropbox/Ciampa%20Fray-Witzer/Clients/Calista/American%20Heritage%20Dictionary%20Entry%20porn.htm[7/21/2014 10:53:24 PM]

Ex.72-p.1

Home | About Us | Careers | Contact Us | FAQs



Privacy Policy | Terms & Conditions of Use

The *You Are Your Words* word cloud generator is no longer available.

Copyright 2014 Houghton Mifflin Harcourt. All rights reserved.

file:///D/Dropbox/Ciampa%20Fray-Witzer/Clients/Calista/American%20Heritage%20Dictionary%20Entry%20porn.htm[7/21/2014 10:53:24 PM]

Ex.72-p.2



 **HOW TO USE THE DICTIONARY**

Learn what the dictionary tells you about words.

**GET STARTED NOW!**

 **THE USAGE PANEL**

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. The Panelists are surveyed annually to gauge the acceptability of particular usages and grammatical constructions.

**THE PANELISTS**

 **NEED HELP SOLVING A CROSSWORD PUZZLE?**

Go to our Crossword Puzzle Solver and type in the letters that you know, and the Solver will produce a list of possible solutions.

**tube** (t  b, ty  b)

Share: tube **Tweet**

n.
1.
   **a.** A hollow cylinder, especially one that conveys a fluid or functions as a passage.
   **b.** An organic structure having the shape or function of a tube; a duct: a bronchial tube.
2. A small flexible cylindrical container sealed at one end and having a screw cap at the other, for pigments, toothpaste, or other pastelike substances.
3. Music The cylindrical part of a wind instrument.
4. Electronics
   **a.** An electron tube.
   **b.** A vacuum tube.
5. Botany The lower, cylindrical part of a gamopetalous corolla or a gamosepalous calyx.
6.
   **a.** A tunnel.
   **b.** An underground railroad system, especially the one in London, England.
7. The elongated space inside a wave when it is breaking.
8.
   **a.** An inner tube.
   **b.** An inflatable tube or cushion made of rubber or plastic and used for recreational riding, as behind a motor boat or down a snow-covered slope.
9. Informal
   **a.** Television: What's on the tube?
   **b.** A television set.
10. **tubes** Informal The fallopian tubes.

v. **tubed, tub·ing, tubes**

v.tr.
   **1.** To provide with a tube; insert a tube in.
   **2.** To place in or enclose in a tube.

v.intr.
   To ride or float on an inflated tube for recreation.

**Idiom:**
**down the tubes/tube** Slang
   Into a state of failure or ruin: saw her plans go down the tubes.

[French, from Old French, from Latin tubus.]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2014 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

 **PURCHASE THE DICTIONARY**

The online searchable American Heritage Dictionary includes definitions, pronunciations, etymologies, and feature notes. For further information, including the Indo-European Roots Appendix and the Semitic Roots Appendix, you can purchase the dictionary as an iOS or an Android app—or buy the deluxe printed edition.

 **OPEN DICTIONARY PROJECT**

Share your ideas for new words and new meanings of old words!

**START SHARING NOW!**

**THE 100 WORDS®**

See word lists from the best-selling 100 Words Series!

**FIND OUT MORE!**

**The American Heritage Dictionary Blog**

**Check out our blog, updated regularly, for new words and revised definitions, interesting images from the 5th edition, discussions of usage, and more.**

Most Recent posts:

   ... And Home of the Brave
   Land of the Free...
   Bugs suck!

file:///D/Dropbox/Ciampa%20Fray-Witzer/Clients/Calista/American%20Heritage%20Dictionary%20Entry%20%20tube.htm[7/21/2014 10:54:37 PM]

Ex.72-p.3

Do you feel "nauseous" or "nauseated"?

**American Heritage Dictionary Products**



The American Heritage Dictionary, 5th Edition

The American Heritage Dictionary of Idioms

The American Heritage Roget's Thesaurus

Curious George's Dictionary

The American Heritage Student Dictionary

Have a promotional code?

GET YOUR FREE APP!

Put the entire dictionary at your fingertips—anywhere, anytime!

BUY THE iOS or ANDROID APP

This website is best viewed in Chrome, Firefox, or Safari.

Home | About Us | Careers | Contact Us | FAQs


Houghton Mifflin Harcourt

Privacy Policy | Terms & Conditions of Use

The *You Are Your Words* word cloud generator is no longer available.

Copyright 2014 Houghton Mifflin Harcourt. All rights reserved.

file:///D|/Dropbox/Ciampa%20Fray-Witzer/Clients/Calista/American%20Heritage%20Dictionary%20Entry%20%20tube.htm[7/21/2014 10:54:37 PM]

Ex.72-p.4

Exhibit
73

✕    This website uses cookies. For more information, please visit the **Privacy and Cookies Policy**. Click here to acknowledge and hide this message .

Cambridge **Dictionaries Online**
*The most popular online dictionary and thesaurus for learners of English*

American English    **Search!**

Spanish | Learn | Share | Develop | About | Help



Expert guidance.

Flexible options.

Competitive rates.

**TRUFIT STUDENT LOAN ›**

**Citizens Bank**

TruFit Student Loan®

**English definition of "pornography"**

# pornography

*noun* [U]    /pɔrˈnɑg·rə·fi/ (INFML **porn**, /pɔrn/)

› **pictures , movies , or writing that show or describe sexual behavior for the purpose of exciting people sexually**

(Definition of pornography noun from the Cambridge Academic Content Dictionary © Cambridge University Press)
Focus on the pronunciation of pornography

Add the Cambridge Dictionaries to your browser

Add the Cambridge dictionaries to your website

**Definitions of "pornography" in other dictionaries**

**British English** | **Learner's**

**Translations of "pornography"**

**in Spanish** | **in Arabic** | **in Catalan**
**in Chinese (Simplified)**
**in Chinese (Traditional)** | **in Italian**
**in Japanese** | **in Korean** | **in Polish**
**in Portuguese** | **in Russian** | **in Turkish**
**in French** | **in German**

**Browse**

- **porch** *noun*
- **porcupine** *noun*
- **pore** *noun*
- **pore over** *something phrasal verb*
- **pork barrel** *noun*
- **pork** *noun*
- **pornographer** *noun*
- **pornography** *noun*
- **porous** *adjective*
- **porpoise** *noun*
- **porridge** *noun*
- **port** *noun* (CITY)
- **port** *noun* (CONNECTION)
- **port** *noun* (LEFT)
- **portable** *adjective*

Become a fan on **Facebook**

Follow us on **Twitter!**

**Word of the Day**

**chef**
a skilled and trained cook who works in a hotel or restaurant, especially the most important cook
**Word of the Day** ▶

**Blog**

Read our blog about how the English language behaves.

Case 3:13-cv-01045-SI    Document 137-1    Filed 07/22/14    Page 49 of 55



**Learn More** ▶

**New Words**

Find words and meanings that have just
started to be used in English, and let us
know what you think of them.
**Learn More** ▶

**Our diction** ... **rus**

American E

British English

Business English

English Grammar Today

English-Spanish

Spanish-English

More...

- Clothes
- Education
- Finance
- Light and colour
- Personal care

**Learn**
Dictionary Apps
Help
In Print
Memrise
Search from your Browser
Word of the Day

**Share**
Blog
Facebook
New Words
Twitter

**Develop**
Dictionary API
Double-Click Lookup
Search Widgets
License Data

**About**
Accessibility
Cambridge English Language
Teaching
Cambridge University Press
Cookies and Privacy
Corpus
Terms of Use

British Version  |  American Version  |  Spanish Version

© Cambridge University Press 2014

× This website uses cookies. For more information, please visit the **Privacy and Cookies Policy**. Click here to acknowledge and hide this message .

Cambridge **Dictionaries Online**
*The most popular online dictionary and thesaurus for learners of English*

| American English | **Search!** | Spanish | Learn | Share | Develop | About | Help |

**MarkLogic** **ENTERPRISE NOSQL FOR DUMMIES**
GET SMART ABOUT NOSQL
• What is NoSQL? • Learn the lingo • Why Enterprise
• Who's using NoSQL • Finding the right NoSQL database

Enterprise NoSQL DUMMIES    FREE DOWNLOAD

**English definition of "tube"**

# tube

*noun* [U] **(TELEVISION)**    /tub/ INFML

> **television :**
>    *What's on the tube tonight ?*

(Definition of tube noun (TELEVISION) from the Cambridge Academic Content Dictionary © Cambridge University Press)
Focus on the pronunciation of tube

**More American English definitions for "tube"**

tube *noun* (PIPE)
tube *noun* (CONTAINER)
cathode ray tube *noun*
inner tube *noun*
test tube *noun*
See all results »

**Definitions of "tube" in other dictionaries**

British English | Learner's

**Translations of "tube"**

in Spanish | in Arabic | in Catalan
in Chinese (Simplified)
in Chinese (Traditional) | in Italian
in Japanese | in Korean | in Polish
in Portuguese | in Russian | in Turkish
in French | in German

Add the Cambridge Dictionaries to your browser
Add the Cambridge dictionaries to your website

**Order Pizza Delivery**
foodler.com
12000+ delivery menus. Free online ordering!

**Word of the Day**

**chef**
a skilled and trained cook who works in a hotel or restaurant, especially the most important cook
Word of the Day

**Blog**

Read our blog about how the English language behaves.
Learn More

**New Words**

Become a fan on **Facebook**
Follow us on **Twitter!**

Find words and meanings that have just started to be used in English, and let us know what you think of them.
**Learn More** ▶

## Browse related topics

You are looking at an entry to do with **Railways & railway lines**, but you might also be interested in these topics from the **Travel** topic area:

- Air travel: airports & landing strips
- Air travel: aviation
- Air travel: balloons & parachutes
- Air travel: fixed-wing aircraft & helicopters
- Air travel: parts of aeroplanes
- Air travel: travelling by aircraft
- Air travel: workers on/with aircraft & spacecraft
- Hotels & hostels
- Journeys
- Making bookings & reservations
- On the road: accidents involving vehicles
- On the road: drivers
- On the road: driving & operating road vehicles
- On the road: parking
- On the road: petrol stations, garages & repair shops
- On the road: traffic jams
- Railway workers
- Railways: trains & parts of trains
- Space travel
- Tickets
- Tourism & holidays
- Train & bus stations & taxi ranks
- Travellers & visitors
- Travelling

### Browse

- **tsp.** *noun*
- **tsunami** *noun*
- **tub** *noun* (BATH)
- **tub** *noun* (CONTAINER)
- **tuba** *noun*
- **tube** *noun* (CONTAINER)
- **tube** *noun* (PIPE)
- **tube** *noun* (TELEVISION)
- **tuberculosis** *noun*
- **tuck in** *someone* *phrasal verb*
- **tuck** *verb* (MAKE TIGHT)
- **tuck** *verb* (STORE SAFELY)
- **tucked away** *idiom*
- **Tuesday** *noun*
- **tuft** *noun*

### Browse the Thesaurus

- Business
- Clothes
- Education
- Finance
- Light and colour
- Personal care

**Learn**
Dictionary Apps
Help
In Print
Memrise
Search from your Browser
Word of the Day

**Share**
Blog
Facebook
New Words
Twitter

**Develop**
Dictionary API
Double-Click Lookup
Search Widgets
License Data

**About**
Accessibility
Cambridge English Language Teaching
Cambridge University Press
Cookies and Privacy
Corpus
Terms of Use

British Version   |   American Version   |   Spanish Version                    © Cambridge University Press 2014

Exhibit
74

# Food porn

Not to be confused with food and sexuality.

**Food porn** is a glamourized spectacular visual presentation of cooking or eating in advertisements, infomercials, cooking shows or other visual media, foods boasting a high fat and calorie content, exotic dishes that arouse a desire to eat or the glorification of food as a substitute for sex. Food porn often takes the form of food photography and styling that presents food provocatively, in a similar way to glamour photography or pornographic photography.



Glossy, coiffed picture of a stuffed pepper

## History

The term appears to have been coined by the feminist critic Rosalind Coward in her 1984 book *Female Desire* in which she writes:

> "Cooking food and presenting it beautifully is an act of servitude. It is a way of expressing affection through a gift... That we should aspire to produce perfectly finished and presented food is a symbol of a willing and enjoyable participation in servicing others. Food pornography exactly sustains these meanings relating to the preparation of food. The kinds of picture used always repress the process of production of a meal. They are always beautifully lit, often touched up." (p. 103)

In the United States, food porn is a term applied when "food manufacturers are capitalising on a backlash against low-calorie and diet foods by marketing treats that boast a high fat content and good artery-clogging potential". The origin of the term was attributed to the Center for Science in the Public Interest which began publishing a regular column called "Right Stuff vs. Food Porn" for its Nutrition Action Healthletter in January 1998.

In the United Kingdom, the term became popular in the 1990s due to the TV cookery programme Two Fat Ladies after the shows producer described the "pornographic joy" the pair of them took in using vast quantities of butter and cream.

## References

## Further reading

- Hertneky, Paul, Popmatters.com (August 15, 2006). More Than a Mouthful (http://www.popmatters.com/features/060815-foodporn.shtml)

# Article Sources and Contributors

**Food porn**  *Source*: http://en.wikipedia.org/w/index.php?oldid=614726056  *Contributors*: AbsolutLA, Alansohn, Allthingstoallpeople, Amisom, Anarchopedia, Arundhati lejeune, AtomSmith, Being blunt, Bfinn, Bmju, Bridger73, ChildofMidnight, Cimon Avaro, Circeus, Cookiemonster90210, Crazycomputers, Curps, Danielos2, Dante Alighieri, Dawn Bard, Dentalplanlisa, Deteplete, Epcornell, Erianna, Ewin, Findlewindle, Fol de rol troll, Funandtrvl, Gfoley4, Gobonobo, Gokarosama, Graphium, Greecedlightnin, Grenavitar, Groomtech, Hu12, ILovePlankton, Illegitimate Barrister, Iridescent, Jack Greenmaven, Jarble, JennLawson, Joaquin008, Joe Beaudoin Jr., Kamoranakrre T. Eyaelitenan, Kanarek, Katalaveno, Kftrendy, Kitch, Lambiam, LibStar, Martin451, Melsaran, Mkweise, Murgh, Nbarth, Netha Hussain, Ngebendi, Northamerica1000, Open2universe, Patrick, Pearle, Pekinensis, Potato dude42, PureRED, Rachel asdf, Reinyday, Rjwilmsi, Robertvan1, Rozzz-L, S, SPUI, Saga City, Scarykitty, SchuminWeb, Serene.touma, Shockingly electric, Smalljim, Someone else, Stefanomione, Steffieweffie, Sullivanstreetbakery, TerriersFan, The Anome, The Honorable, The Nixinator, Thirteen squared, Thumperward, Triquetra, Trivialist, UnitedStatesian, Universalcosmos, Vegaswikian, Viriditas, Whitebox, Whyjackfan, Woohookitty, Wutherering, Yoninah, Ὁ οἶστρος, 77 anonymous edits

# Image Sources, Licenses and Contributors

**File:Stuffedpepper.jpg**  *Source*: http://en.wikipedia.org/w/index.php?title=File:Stuffedpepper.jpg  *License*: Creative Commons Attribution 3.0  *Contributors*: Kanarek

# License

Creative Commons Attribution-Share Alike 3.0
//creativecommons.org/licenses/by-sa/3.0/