Exhibit
75



Ex.75-p.1

# Exhibit 76



# Exhibit 77



# Exhibit 78



The **PornTube**.com

# CONTENT PUBLISHING PROGRAM
**TURN YOUR CONTENT INTO TRAFFIC**

by JT

# The PornTube.com Content Publishing Program Guide

## Table of Contents

Preface .................................................................................................................................. 3

About the Author ................................................................................................................ 3

Contact Us............................................................................................................................ 3

Introduction ....................................................................................................................... 4

1. Free tube users do buy memberships........................................................................... 5

2. Types of Tube Users ...................................................................................................... 5

3. Continuity is KEY ........................................................................................................... 6

4. Generating the clips ....................................................................................................... 6

5. Where did all this new direct type in traffic come from? ......................................... 7

6. Strategic watermarking on the clip ............................................................................. 8

7. Choosing the right tags/keywords .............................................................................. 8

8. Adding a Title to your clip ............................................................................................ 8

9. Promo Banner Text and Logo........................................................................................ 9

10. With-in a tube site, brand loyalty exists .................................................................. 10

Ex.78-p.2

# The PornTube.com Content Publishing Program Guide

**by JT**

## Preface

Dreamstar Cash (DSC) has spent many months developing the perfect environment for content owners to publish their videos on PornTube.com. They have spoken extensively with their existing partners who upload to multiple tube sites and listened to all of their gripes that they have with existing upload platforms. This has enabled DSC to develop industry first features and to make the whole CPP as seamless as possible.

As a Content Publisher, your watermarked videos will be exposed to millions of viewers each day. Your website will be promoted via a banner under the video player. This banner will consist of your logo and a description of your website.

PornTube truly values the relationship with each content owner who utilizes its platform. We understand that for some, the hurdles you overcame in deciding to join the ever growing community of content owners uploading licensed content to tubes, has been a hard one.

We have published a guide that will help you in your quest for that ultimate goal: Selling a membership to someone who watches for free!

## About the Author

JT was a founding member of YouPorn.com in late 2006 and served as Director of Global Business until the sale in May 2011.  JT, known to many as The YouPorn Guy, was the face, eyes and ears of YouPorn and responsible for the monetization of the company's user base that grew to over 370 million monthly visitors. JT was part of the YouPorn team that designed and operated the groundbreaking Content Publishing Program, which launched in early 2007 and partnered with over 2,000 sites.

JT joined Dreamstar Cash in January 2012.

## Contact Us

We appreciate your questions, comments and suggestions regarding The PornTube.com Content Publishing Program and this guide. Feel free to email JT at **jt@porntube.com**. You can check out The PornTube.com Content Publishing Program at **http://content.porntube.com**.

# Introduction

My name is JT and it's my pleasure to welcome you to The PornTube.com Content Publishing Program. In the following paragraphs, I will share with you my knowledge and experience gained from being part of the team that developed and operated the YouPorn Content Publishing Program for over 2,000 brands, for a little over 4 years. In that time we hosted in excess of 120,000 clips, both of our own purchased content and content from publishers like you.

With the advent of adult tube sites back in 2006, and the sheer horror to which they were received by the adult industry, we faced an uphill struggle when we introduced the first ever Content Publishing Program. One of the main inspirations for doing this was to give the content owners access to our considerable traffic, via a promo banner under the video player linking to their own website. You can imagine the skepticism of directing our free users to a membership pay site but for the very first content publishers we featured, we sold in excess of 1,000 full memberships in the first month! The cat was out the bag and word soon got round that YouPorn was good for business! We were literally inundated with approaches from content owners to join our program.

We continually analyzed the data from the performance of the clips and we undertook extensive A/B testing with the end goal to improve user satisfaction. This eye for detail ended up in selling literally hundreds of thousands of initial memberships, along with many more rebills for our Content Publisher Websites.

For example, an interesting statistic that we identified was for content owners that produced more of a niche type of content. For the end user, visiting a tube site with so much content readily available enabled them to view niches of content that they have never had access to before (or never wanted to search Google for it!). Stats show on more niche content that whilst views of the clips were lower, click thru's were higher than average and sales ratios were better.

Most of the successful Content Publishers in the past were the ones that reached out to us for assistance. Living and breathing a tube site every minute of the day gave us great insight to what makes it tick. We received many calls, emails and all sorts of gifts from our content publishers thanking us for saving their declining business. For many of our 2,000 publishers, we were their #1 affiliate and their financial lifeline that allowed them to continue producing content.

Now, down to business. I'm not going to try and bluff you and say, "throw a clip up on a tube site and you'll make bank", as it takes time, it takes commitment and it takes nerve. It is pretty pointless to sign up to any tube CPP, ours included, if you will "give it a go with a couple of clips". You need to make a plan, commit a good amount of clips to it and stick to it. As a bare minimum, I would suggest 15 good length clips to be scheduled over a 30 day period. But please read on for tips to help create that content.

PornTube.com has built one of the best CPP in the market today. From the moment you go through the sign up process to listing your first site and submitting your first clips, you will understand the research and development that has gone into providing you the best framework possible. However, we can have the best system on the market, but it is of no use if the content owners do not understand how to monetize a free tube user.

That is my inspiration for writing this guide, to give you some an insight so that you can start to make money from the tubes. PornTube are fully committed to our CPP community and we are here to help you on the road to a successful and rewarding CPP experience. Far too many studios are going out of business with the onset of free porn, but the myth that you can't sell a membership to a free tube site user is just that, a myth.

Many of the tips I will share in this guide are obvious, but they are pieces of the jigsaw that you need so that when you piece them all together, you can start seeing the $dollar bills$!

# 1. Free tube users do buy memberships

With the advent of the tubes, every adult with an Internet connection has been given access to free porn. I am going to help you do what many people will tell you is impossible: Sell a membership to a free tube user!

Should you submit to a tube? Many "experts" on the boards will tell you not to do it, many content owners have tried and failed (and blame the tubes not themselves), and others simply boycott the tubes all together. That's their own choice but let's put it into perspective.

Yes, you are playing with low click thru rates and smaller sales ratios than you would ever expect to see, but multiply this by the sheer mass of eyeballs on your content and you will start to see how you could make this work.

# 2. Types of Tube Users

Not every tube user will click on your banner after viewing your clip, in fact few will. However, getting a good understanding of the type of tube user is your first step to selling your very first membership to a free tube user.

It is fair to say that the majority of tube users can be split into many groups, but I have grouped them into just 3.

a.   We have the "log on, get off and log off" brigade. Generally male, logging on in a particular pattern such mid-day, early and late evening. The opportunist visitor. We can call these "whackers". Fewer page views and a few video views before playing one for the full duration.

b.  We have the users that know exactly what they are looking for and simply click through the pages of recent video uploads until they spot it, we can call these "hawks". These generally have more page views but only 1 video play.

c.  On the other end of the rainbow, there are users that like to peruse through the site at their leisure, searching for that special niche, that particular pornstar, seeing what clip takes their eye. We can call these "lookers". Lots of page views, lots of searches, a real connoisseur.

By joining The PornTube.com CPP, your content will be exposed to millions of users a day. Understanding the types of user is your first step to making the CPP experience a successful one.

# 3. Continuity is KEY

It is very important that you generate enough clips to have a continued presence on PornTube.com. You may own enough content that enables you to promote a video per day, you may only be able to provide 2 per week. But getting your brand seen regularly seen by the tube user is key to making the PornTube CPP or any other tube CPP a success.

With our video scheduler functionality, and while your videos are uploading, you can choose via the calendar function, which video is to release on the day that you decide. That way, you can upload all of your videos for the month in one sitting and be done, rather than having to remember to come back on the days that you want the clips to go live and do single uploads. It is particularly helpful if you see more sales on a Saturday, to be able to make sure your video goes out on a Saturday as opposed to a Tuesday. If you are going to the effort of uploading your clip to us, then YOU should be in control of when it appears!

We also have the upload video queuing ability so that you do not have to wait for each individual clip to upload until you can move on to the next. You can simply create an unlimited queue of videos in the upload manager and you're done. You can do this last thing at night, and sleep, safe in the knowledge that they will get to us!

# 4. Generating the clips

PLEASE do not be tempted to rush and cut 7 x 3 minute clips from every scene you have and flood the tubes with them. This is a waste of time and you will fail.

Content owners see the biggest conversions from editing longer, more fulfilling clips from a scene. You know your content better than anyone. Do not be afraid to put your best content on a tube site. This is the shop window to your brand and you need to stand out and appeal to as many of the users as possible. Do not hold back your best content just because you are giving it away for free. Do not be tempted to restrict the content that you upload to a tube to be your older content. This really is your opportunity to show millions of users just what they are to expect in your member's area. If you put out

your 2-year-old content, the tube user will think that this is what they will get behind the members wall. It's the same as a clothing catalogue company putting out last year's designs in their print catalogue but saving this year's designs for their website. I hope you can see that it kind of defeats the objective we are both trying to achieve.

There are 4 fundamental rules to editing a successful clip:

1. The clip ideally would be 10 minutes or longer in duration. The longer the clip, the higher the views. The higher the views, the more clicks on your banners, the more clicks on your banners = MORE SALES! **For clips of 10 minutes or longer, PornTube.com do NOT take an affiliate fee from any sales. You will get all traffic affiliate link free!**

2. A proper beginning, where it slowly eases into the scene rather than "wham" right into the action.

3. A middle to the clip, where there is good build up in the action which will prepare the user for the inevitable ending.

4. The ending, you REALLY need to have a money shot, an ejaculation, an orgasm, a euphoric verbal explosion!

The majority of users are going to be masturbating to your clip. By giving them a middle of substance, with a build up to the ending, you will have a user that will be ejaculating at the same time as your pornstar/s.

This is a VERY happy user. A happy user will make a mental note of your brand via the watermark that has been prominent throughout the clip. More importantly, many users would simply make a note of the website on a piece of paper by their keyboard. Either way, the next time they see one of your branded clips, or are surfing the net, they are more likely to choose your brand over others.

# 5. Where did all this new direct type in traffic come from?

With virtually every Content Producer I have worked with in the past, they have all admitted the same thing. If I had sent them 5,000 clicks via the promo banner under the video player, they would have 10,000 brand new search engine/direct type in´s. That is one of the reasons why most tubes make you watermark with /nameoftubesite to combat this leaked traffic.

As those 10,000 clicks are affiliate code free, this traffic is pure GOLD to the content owner!

Having to re-watermark each clip for every tube site you submit to is often the only excuse an editor needs to "I'll do it tomorrow" and then the uploading screeches to a halt. We do NOT ask you to put

/PornTube after your watermarks saving you the hassle, and making it one step easier to upload your clips to PornTube.

# 6. Strategic watermarking on the clip

Running a tube site gives you an endless amount of stats that you can get lost in for days, but the most obvious are page and video views per visit and length of time spent online.

Most interesting is the fact that the "whackers" seem to skip through 2 videos before they hit play on their video of choice. This means that your clip will have a very short window of opportunity to be exposed and identified to these types of user. This is where a correctly positioned, subtly different watermark will get your clip huge exposure over other clips.

A standout watermark also appeals to the "hawks", as they can easily identify their favorite video. We saw many instances where a user would arrive, look at the home page, page 2, page 3 and bingo, they found the branded clip they were looking for. If you are uploading regularly, then subconsciously, the users will become reliant on your clips for their needs. Being able to easily identify your watermark while scanning a page full of thumbnails is very effective.

Have a look at some of the regular uploaded brands on other tubes. You will see exactly what I mean about a standout watermark, but this is often something so simple that it is overlooked.

# 7. Choosing the right tags/keywords

Keywords – don't be tempted to take the splatter gun effect with tags/keywords, it really has a negative effect. Only tag what really is in your video.

Imagine if you were a *creampie* fan. You had searched and found your video tagged with creampie. You would be disappointed to find out, after watching the video, that it was not a creampie video. The user now has a negative view on your brand.

It is important to tag your video correctly.

# 8. Adding a Title to your clip

Titling your clip correctly is imperative. You should make good use of the 35 character spaces available to you that will sit above your clip thumbnail on PornTube. There are a total of 55 characters available that will be visible on the video player page, but your title needs to make an impact in the first 35 characters.

Here are some tips:

- Include a "keyword" in the title. If the clip features a "MILF", then include "*MILF*" or "*mom*" in the title. If it features a MILF swallowing cum, then tell the users with "*cum swallowing MILF*". These keywords are an important way of your clips showing up in relevant search results. You know the video you have just uploaded, so think about what relevant keyword/s you could use to have your clip show up in a search result. The tube user also scans the video titles so have a strong keyword in the first two or 3 words of the title.

- PLEASE do not load your title with excessive use of keywords by titling a clip as "Teen *Milf mom does anal squirt*".  Make sure your title and keywords make sense and do not deceive the user.

- Do not use offensive words in the title and do not be degrading to the performers in the video. Users can find these very off-putting and they can have a negative affect on the amount of views your clip will receive. This can also negatively affect the reputation of your brand.

- Refrain from using slang words. For example, you would have far better results from having "*cum*" in your title rather than "*man juice*", and "*pussy*" rather than "*vag*".

# 9. Promo Banner Text and Logo

With the PornTube CPP, you are given a promotional banner under the video player to promote your brand. Spend time writing the text and creating the logo for this promotional banner. What you write here will have a big influence on getting the user to click your banner.

Your logo should be very clear and should stand out but not look out of keeping with the overall design of the video player page on the tube. Please take time to see where your banner will be present. On PornTube your promo banner will be under the video player and your logo/text will sit directly on a light grey box on a white page. The page features a lot of black with red. You should make some different designs to see how well they fit on the page. Maybe just have your brand logo, maybe incorporate a small image. However, don't make the logo too busy.

When writing the text, write something about your site that sets you aside from your competitors. If you have a lot of content on your site, now is the chance to tell the users. If you have exclusive HD content, or unique amateur clips, include it here. Stuck for words? Maybe your site has had a very good write up from one of the review sites, or received a great comment from an active member. If it fits, use one in the description text.

You only have a few lines of text available so make good use of it!

# 10. With-in a tube site, brand loyalty exists

Having a regular clip promoted on PornTube.com will create brand awareness. The more clips you upload to us means you will feature on the front page more often where you will attract the "whackers".

The longer you participate in the CPP, the more clips you will have online and the more search results you will feature. This is where using keywords and correctly tagging your clips is imperative. Now you have the "whackers" and "lookers".

Having an easily identifiable watermark, backed up with longer more fulfilling clips, will result in higher views, higher ratings which itself brings more exposure. This will give people confidence in your brand that they will get what they are looking for without question. You now have attracted the "hawk".

Congratulations! You now have appealed to all 3 types of users. This is the perfect scenario.

Only a small percentage of free tube users will ever purchase a membership to any site. Hopefully, by following my guide to the PornTube Content Publishing Program, you will be in the best possible position to be that site. For the free tube users that would NEVER purchase a membership, all is not lost. By following my steps in building brand awareness, you will build a loyal following with in the tubes. You still benefit from this considerable exposure. These fans of your content do have a social life, they do have friends. People that have a good user experience, even when consuming free porn, will tell their friends about it. We grew YouPorn, via word of mouth, to 370 million users a month by giving just that, a good user experience. Follow all these tips and you may just be that brand they talk about!

No one can force a free user to buy a membership. Many of the viewers of your content will never pay for a membership to yours or any adult site. However, what we can do is put you in front of those that could be tempted to buy, and deliver them to your website. The rest, as they say, is down to you!

Please do not hesitate to contact me at **jt@porntube.com** for more info.

**The PornTube.com Content Publishing Program Guide.**
**Copyright © 2012 by PornTube.com.**

All Rights Reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage or retrieval system, without the prior permission of the copyright owner.

The information in this guide is provided on an "as is" basis, without any warranty. Although every precaution has been taken in the preparation of this work, neither the author nor PornTube.com shall have any liability to any person or entity with respect to any loss or damage caused or alleged to be caused directly or indirectly by the information contained in this work.

You can visit The PornTube.com Content Publishing Program at **http://content.porntube.com**.

# Exhibit 79

http://www.dreamstarcash.com/portfolio/porntube







Similar Projects

Check other related projects developed by DreamstarCash

**4Tube**

The first site to break the 1 million visitors/day for Dreamstar Cash

**Fux**

One of our smaller tube sites catering to a broader audience

WE LOVE OUR TEAM

LEE

Meet all our Team Members »

FROM THE BLOG

Web & Mobile UI/UX Senior Designer

August 1, 2013

About the Position We are searching for a talented and experienced Web & mobile UX/UI Senior Designer to join a highly Agile/Scrum development team to work on our next generation ....

Read full post »

ACTIVITIES

We develop group activities all year round!

Check out the photos »

ON TWITTER

FOLLOW US ON twitter

Follow us on LinkedIn

CERTIFIED BY

GREAT PLACE TO WORK       Best Workplaces 2012 PYMES España

CONTACT US

📍 Partida Cap Blanch 43 - Local 14    03590 Altea (Alicante) Spain

✉ Send us an email

📞 +34 965 843 865

Copyright @DreamstarCash, 2011. All Rights Reserved | Legal Notice

Exhibit
80

