Exhibit
81



**GIZMODO (/)**

(/)

# The Top Ten Most Dangerous Things You Can Do Online (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online)

 **Achal Khetarpal - CyberDefender**                                    244,063 🔥 ★ ▼
Filed to: ONLINE SECURITY (/TAG/ONLINE-SECURITY)    8/16/10 5:40pm (http://gizmodo.com/5614047/the-top-ten



*Researchers at Internet security service provider CyberDefender (http://www.cyberdefender.com/) looked at some of the most dangerous things you can do online and explained how to protect yourself if you're not quite ready to give up things like Internet porn completely.*

## Checking the "Keep me signed in" box on public PCs

How to protect yourself:

- NEVER, ever, check the "keep me signed in" box if you're not using your personal laptop or home desktop

- Be careful with work computers. Your office PC might feel "yours" but others can easily snoop when you're away from your desk. They could do something as simple as forward all your messages to their own private email account

- If you just signed IN to Google, eBay, Amazon or other site from a public PC, make sure to sign OFF once you're done

- Delete your browser history from the browser tools when completed to protect your privacy

- Using your browser's privacy mode while browsing prevents information such as the websites you visited from being stored. Internet Explorer 8 calls it "InPrivate Browsing" and Google Chrome

- Never save passwords even when prompted to do so by your browser because someone else using your computer later would have access to your accounts

## Failing to update Microsoft Windows OS /Java / Adobe Reader / Adobe Flash

How to protect yourself:

- Java / Adobe Reader / Adobe Flash are responsible for an astounding number of PC infections due to security exploits. The best way to avoid becoming a target is to update all three pieces of software as often as you can. Flash will prompt you automatically, but you can tell Java to search for updates daily, instead of bi-monthly. Sign in for automatic updates with Adobe Reader as well
- Make sure to update your windows operating system. One way to do this is to set your windows updates to install automatically. This will reduce your exposure to hackers exploiting vulnerabilities in the windows operating system

## Searching for celebrity gossip, incriminating material (i.e. sex tapes)

How to protect yourself:

- This one is a no-brainer. Always be cautious while accessing this material. Malware authors know that people naturally gravitate towards the sex/celebrity combo, so new attacks are targeted specifically towards this crowd
- If you must, search for your news on Google News, Bing News or other aggregator. These services do a basic triage of sites, so chances are you'll be kept from reaching infected blogs/web pages
- When searching on Google use https://www.google.com instead of the common http://www.google.com, which will send your search request through an encrypted SSL connection. CyberDefender has found that doing so reduces the risk of being infected from search results.

## Using BitTorrent to download copyrighted software/film/TV shows

How to protect yourself:

- Stick to official downloads/streams such as iTunes, Hulu and legitimate websites. Avoid torrent sites at all costs – even if legit (not malicious), some of the ads found in torrent sites could be compromised. Drive-by downloads are often found in compromised ads and can infect computers without any sort of user input. Visit site -> get infected automatically
- Do not download pirated material

- Do not download pirated material :)

## Searching for free porn

How to protect yourself:

- Like everything else "free" on the Internet, free adult content might turn out to be quite expensive. Free porn sites can be downright shady in the way they treat users. That's what makes them ideal targets for bad guys

- Similar to our advice re: torrent sites. The same principle applies here: stick to paid sites. They're interested in keeping users happy, so security will be better. You'll be considerably less exposed to malware this way
  Invest in a high-quality security suite such as CyberDefender's Early Detection Center 3.0, which includes

- CyberDefender's Link Patrol toolbar. This browser-based utility automatically scans links for malware before users click on them

## Online gaming (free to play, social games on Facebook and beyond)

How to protect yourself:

- Be careful when downloading free to play (F2P) clients. If the client software is malicious – or quality assurance happens to be spotty – you could be putting your PC at risk

- Don't give out your login information to strangers. In fact, don't give out ANY kind of information, personal or not, to people you meet gaming. At the very least, you could have your virtual items stolen. At worst, you could lose real money

- Avoid falling for the old "FarmVille Secrets" scam. You will either download a Trojan or expose your Facebook login info to criminals

## Leaving Facebook privacy settings wide open, therefore exposing personal info to all

How to protect yourself:

- Carefully review your privacy settings on Facebook. Err on the side of caution – don't let "friends of friends" see your birthday, cell phone number, etc. All of these could be used in an attempt to impersonate you to credit cards, credit unions, etc

- Only friends should have access to the more personal layer of information we all have. So choose your friends wisely – "serial friending" would expose you just as well

## Connecting to unknown wireless networks

- In public places, like airports and hotels, be careful about logging into unknown (private) wireless networks. In a hotel for instance, be sure you choose the official one, not another in the neighborhood. Bad guys can eavesdrop as you use your computer, "imitating" a real, safe environment
- Public settings for your laptop are a whole lot more secure – e.g. no file sharing, increased firewall settings, etc

## Using the same password for every single online account

How to protect yourself:

- It's hard work to remember several different passwords, so no wonder some use the same password over and over again. But if that one password leaks out to cybercriminals, your entire online life is suddenly open to the world
- Keep different passwords for different purposes. Keep email and social media passwords separate, for example
- Certain browsers can also help with a "master password" that keeps a multitude of passwords in check. So even if you have different passwords for different services, you only have to remember the master password Using a tool (Roboform or Password Vault) for this purpose that encrypts password information and uses best practices to generate passwords is an even better idea

## Trying to get a free iPad, PlayStation 3 or similar gadgets (scams/phishing)

How to protect yourself:

- Oldie but goodie: there's no such thing as a free lunch
- If an online offer sounds too good to be true, it usually is
- Avoid any kind of giveaway that's not supported in a big way by a known brand, even if it happens to be an online brand (like Zappos, for example)
- Keep a security suite fully updated, since most of them can catch phishing attempts resulting from this kind of scam

*Illustration by Sam Spratt. Check out Sam's portfolio (http://www.samspratt.com/) and become a fan of his Facebook Artist's Page (http://www.facebook.com/SamSprattIllustration).*


Rosa Golijan's Discussions (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online)

All replies (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online/all)

---

8/16/10 6:00pm                                                    kaisermachead started this thread



**kaisermachead (http://kaisermachead.kinja.com)** ▸ Achal Khetarpal - CyberDefender
(http://kaisermachead.kinja.com)     8/16/10 6:00pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comme

Giving porn sites your credit card number is a clear indication that you've given up, and your hunter/gatherer skills have been washed away by years of conditioning and suppressing your predatory instincts. A good forager will always find prime porn with only time being spent. All it takes is patience, tracking the links, and above all else, sifting through the various forums and torrent listings. If you think that free porn is unsafe, what makes you think porn sites that actually ask for a credit card number are at all safer? Yeah, give BustyGFRevenge your credit card. You want to see more of Next Door Nikki, but don't know where to look. You're afraid that the tgp pages that randomly come out of each link will suddenly give you an e-TD. You're weak, and deserve no pity.

 Reply

---



**25toLife (http://25tolife-old.kinja.com)** ▸ kaisermachead
(http://25tolife-old.kinja.com)     8/16/10 6:11pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=2

@Kaiser-Machead v.2.1.1: Hahaha...love it...except I have an amendment.

"A good forager will always find prime porn with only time being spent."

A good forager will find an acceptable, non-digital mate or mates, and eliminate the need for internet pornography.

 Reply

---

**DanielJ (http://danieljortiz3.kinja.com)** ▸ kaisermachead
(http://danieljortiz3.kinja.com)     8/16/10 6:22pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=

@Kaiser-Machead v.2.1.1: And this is why I hearted you. The weak deserve no pity.

 Reply

---



**skrawg (http://skrawg.kinja.com)** ▸ kaisermachead
(http://skrawg.kinja.com)     8/16/10 6:22pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=2761



(http://cache.gawker.com/assets/images/comment/4/2010/08/f7cfff18a1ec0047970dafe35744e212/original.gif)

@Kaiser-Machead v.2.1.1:

 **Reply**

---

 **ChipSuey (http://chipsuey.kinja.com)** ▸ 25toLife
8/16/10 6:24pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=276
(http://chipsuey.kinja.com)

@25toLife: Wait till you get married.

It's funny b/c it's true.

 **Reply**

---

Show **6** more replies in this thread (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?
comment=27609936#comments)

---

8/16/10 6:51pm                                                    **dicer999** started this thread

 **dicer999 (http://dicer999-old.kinja.com)** ▸ Achal Khetarpal - CyberDefender
8/16/10 6:51pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=
(http://dicer999-old.kinja.com)

Most of these are for windows - you should do some for Mac

 **Reply**

---

 **Mifune (http://mifunet.kinja.com)** ▸ dicer999
8/16/10 6:56pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=2761
(http://mifunet.kinja.com)

@dicer999: All of this applies to Mac and mobile OS users as well. Mac OSX and mobile OS browsers are no safer than Windows, and their users cannot assume that they have security through obscurity. On the contrary, Mac and mobile users are a prime target for security exploits for this very reason.

Basically, use common sense.

★ Reply

 **MayorBloomberg (http://mayorbloomberg-old.kinja.com)** ▸ Mifune
(http://mayorbloomberg-old.kinja.com) 8/16/10 7:05pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?co

@MifuneT: That's not terribly helpful though. It's one thing to say "you never know," and another thing to say "this is a threat you need to look out for." In theory, malware can be directed toward OS X, but in practice, hackers seem fairly uninteresting in giving it much effort. Is Cyberdefender even available for Mac?

★ Reply

 **funkotronic (http://funkotronic-old.kinja.com)** ▸ Mifune
(http://funkotronic-old.kinja.com) 8/16/10 7:07pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?commer

@MifuneT: Examples, please? I'm under the understanding that drive-bys for the Mac, while technically possible, are quite rare in the wild. Am I wrong? TIA...

★ Reply

 **Mifune (http://mifunet.kinja.com)** ▸ funkotronic
(http://mifunet.kinja.com) 8/16/10 7:21pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=27614

@funkotronic: [www.securemac.com] (http://www.securemac.com/)

http://arstechnica.com/apple/news/2010/04/apple-patches-pwn2own-exploit-in-mac-os-x.ars

[news.techworld.com] (http://news.techworld.com/security/1798/mac-os-x-security-myth-exposed/)

I think they are rare in the wild in practice, but it's no reason to let one's guard down.

★ Reply

Show **6** more replies in this thread (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?
comment=27612750#comments)

| | |
|---|---|
| 8/16/10 6:41pm | **hawkeye18** started this thread |

 **hawkeye18 (http://hawkeye18.kinja.com)** ▸ Achal Khetarpal - CyberDefender
(http://hawkeye18.kinja.com) 8/16/10 6:41pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=2

Should be "10 Tips For Dumbasses"

Srsly, you should know all this stuff by now. And if you didn't, then pretend you did, because you do now and nobody can prove you didn't.

#fauxrections (http://gizmodo.com/tag/fauxrections/)

☆ **Reply**

---



**EvanSei has a star (http://evansei.kinja.com)** ▸ hawkeye18
8/16/10 7:36pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=2761
(http://evansei.kinja.com)

@hawkeye18: I think of it this way, if you didn't know this stuff you probably wouldn't be reading gizmodo anyways

☆ **Reply**

---



**hawkeye18 (http://hawkeye18.kinja.com)** ▸ EvanSei has a star
8/16/10 9:42pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=2
(http://hawkeye18.kinja.com)

@EvanSei: This.

☆ **Reply**

---



**EvanSei has a star (http://evansei.kinja.com)** ▸ hawkeye18
8/16/10 9:52pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=2762
(http://evansei.kinja.com)

@hawkeye18: That

☆ **Reply**

---



**TheNickronomicon (http://thenickronomicon-old.kinja.com)** ▸ hawkeye18
8/17/10 1:15am (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?co
(http://thenickronomicon-old.kinja.com)

@hawkeye18: Yeah, if everyone's been using the web for as long as you have. There ARE people who are new at this, for whatever reason—maybe they were too young, maybe they had restricted access to technology, maybe they had a family member or significant other do it for them—and *that* population may find an overview like this useful. Are they dumbasses? No, they just haven't been educated yet. And they can have this article forwarded to them by their tech-savvy friends or relatives and learn. :) That's sort of the point of all this information-sharing, isn't it?

☆ **Reply**

---

Show **2** more replies in this thread (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?
comment=27612206#comments)

---

| | |
|---|---|
| 8/16/10 6:36pm | **bitgod** started this thread |



(http://bitgod-old.kinja.com)

**bitgod (http://bitgod-old.kinja.com)** ▸ Achal Khetarpal - CyberDefender

~~i? Going online?~~
8/16/10 6:36pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=27611953#comments)

 **Reply**

---



(http://mayorbloomberg-old.kinja.com)

**MayorBloomberg (http://mayorbloomberg-old.kinja.com)** ▸ bitgod
8/16/10 7:06pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?co

@bitgod: Bingo. Better to just stick with postal service.

 **Reply**

---



(http://stalephish.kinja.com)

**StalePhish (http://stalephish.kinja.com)** ▸ MayorBloomberg
8/16/10 7:44pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=27

@MayorBloomberg: That's why I get my email mailed to me: [mail.google.com]
(http://mail.google.com/mail/help/paper/more.html)

 **Reply**

---



(http://jmicha17.kinja.com)

**jmicha (http://jmicha17.kinja.com)** ▸ MayorBloomberg
8/16/10 7:58pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=276

@MayorBloomberg: what if you get anthrax inside your mail?

 **Reply**

---



(http://aaron-senecal-old.kinja.com)

**Aaron Senecal (http://aaron-senecal-old.kinja.com)** ▸ MayorBloomberg
8/16/10 8:10pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comn

@MayorBloomberg:

What about anthrax?!?

 **Reply**

---

Show **2** more replies in this thread (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=27611953#comments)

---

| 8/16/10 6:01pm | **phunnyballs** started this thread |
|---|---|

**phunnyballs (http://phunnyballs-old.kinja.com)** ▸ Achal Khetarpal - CyberDefender
8/16/10 6:01pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comme

This author doesn't know what he is talking about. "Paid" sites mean nothing. Anyone can charge for use. It doesn't make them any more legitimate than free sites. In fact many "paid" sites use the faux sense of security paying for something gives them to do identity theft and what not.

★ Reply

 **phunnyballs (http://phunnyballs-old.kinja.com)** ▸ phunnyballs
8/16/10 6:09pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comme
(http://phunnyballs-old.kinja.com)

@phunnyballs: And he said not to trust Zappos? Seriously? They are owned by one of the biggest Corporations in America; Amazon.

 ★ Reply

 **kaisermachead (http://kaisermachead.kinja.com)** ▸ phunnyballs
8/16/10 6:10pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comme
(http://kaisermachead.kinja.com)

@phunnyballs: Yeah, I don't get it. Amazon is one of the most trustworthy vendors you can turn to. These people support a device of theirs that has constant wireless access anywhere via whispernet.

 ★ Reply

 **Crisss1205 (http://crisss1205-old.kinja.com)** ▸ phunnyballs
8/16/10 6:19pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment
(http://crisss1205-old.kinja.com)

@phunnyballs: Isn't fleshbot.com free? I guess you cannot trust Gawker!

 ★ Reply

 **thomasl2003 (http://thomasl2003-old.kinja.com)** ▸ phunnyballs
8/16/10 10:00pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?com
(http://thomasl2003-old.kinja.com)

@phunnyballs: He said not to trust online contests UNLESS they are supported (in a big way) by a large retailer (like Zappos). In other words: Unless a very big retailer (online or not) is hosting the contest, forget about it.

Of course, there are huge exceptions to this. My idiot facebook friends are always telling me that bestbuy is giving away $500 giftcards and I should join that group. But, obviously, it is a scam. I'd prefer if they said "...and you can call the company to confirm that they are actually hosting said contest..." to make it really obvious that most contests online are scams.

★ Reply

Show 2 more replies in this thread (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?
comment=27609987#comments)

8/16/10 6:25pm                                                    **muzicman82** started this thread



**muzicman82 (http://muzicman82.kinja.com)** ▸ Achal Khetarpal - CyberDefender
(http://muzicman82.kinja.com) 8/16/10 6:25pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=

Am I the only one that can't stand running anti-virus/malware and firewall applications? I just don't. I've never gotten a trojan, virus, or hijack on any of my computers.

Here's the thing... I click on things I trust. I don't spend my days pirating software, music, movies. I'm not on shady websites. So what's the need? I'm pretty much always on a local subnet.

Security suites take up my memory, slow my system down by scanning everything I do, and prompt me every two seconds if I want to allow something. No thanks.

In the unlikely event that something should happen, I will be clean installing Windows faster than I can identify the problem. I have clean installs down to a science that takes me less than an hour back to my normal, but highly-customized state.

I'm not recommending that everyone else do the same... just saying that I personally don't run such software and don't need it.

☆    Reply



**phunnyballs (http://phunnyballs-old.kinja.com)** ▸ muzicman82
(http://phunnyballs-old.kinja.com) 8/16/10 6:29pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comme

@muzicman82: yeah, I have windows and never have installed anything of that nature either. Maybe.. just maybe I would consider it if they weren't so bloated. I do regular check ups to make sure I do not have a virus, but have decided to go without virus protection.

☆    Reply

**justinpe (http://justinpe.kinja.com)** ▸ muzicman82
(http://justinpe.kinja.com) 8/16/10 6:34pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=2761

@muzicman82: Same here except substitute 'OSX' for 'Windows' and 'extremely unlikely' for 'unlikely.'

    Reply

**agies (http://agies1.kinja.com)** ▸ muzicman82
(http://agies1.kinja.com) 8/16/10 7:00pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=27613

@muzicman82: How do you know you're clean if you don't have antivirus? Viruses and trojans don't necessarily present the user with symptoms of infection. You could have a zombie PC on a botnet and not even know it.

Even "safe" sites can infect your computer if they, or their advertising service, have been hacked.

Do yourself a favor and at least run Microsoft Security Essentials. It's free, has a small footprint, and works very well.

★ **Reply**

---



**muzicman82 (http://muzicman82.kinja.com)** ▸ agies
8/16/10 9:20pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment
(http://muzicman82.kinja.com)

@agies: I'm pretty picky when it comes to what is running in the background on my system. I regularly check my running processes for things I don't recognize. There are often things there, but upon investigation, they are usually sidekick processes to things I installed. Yes, I know many hijacks disguise themselves as commonly named files. I have a lot of background in helpdesk and PC repair... This doesn't make me perfect, but I usually recognize things right away. For instance, I can tell when a process goes rogue and starts eating my CPU when it shouldn't be.

I run DU Meter all the time to keep tabs on my network adapter traffic in and out. When I see that meter going when I'm not asking for something upload or download, I track it down! Usually it's some program doing automatic updates which I usually disable.

 **Reply**

---

| 8/16/10 9:32pm | **Mr.V.** started this thread |
| --- | --- |



**Mr.V. (http://mr-v--old.kinja.com)** ▸ Achal Khetarpal - CyberDefender
8/16/10 9:32pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=276
(http://mr-v--old.kinja.com)

Any reasons for not pirating aside from ads?

★ **Reply**

---



**cadenlaguna (http://cadenlaguna-old.kinja.com)** ▸ Mr.V.
8/16/10 9:49pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comm
(http://cadenlaguna-old.kinja.com)

@Mr.V.: the risk of a trojan being planted in the file your downloading etc.

 **Reply**

---



**Zaixionito (http://zaixionito-old.kinja.com)** ▸ Mr.V.
8/16/10 11:15pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment
(http://zaixionito-old.kinja.com)

@Mr.V.: ...You really don't know?

Legality in most counties, including being illegal in the United States, European Union...

Moar viruses...

It being stealing from game devvies, except, instead of stealing from people in stores, you steal directly from the Publisher and Developers...

Aaand, most stolen stuff doesn't work as good as normal.

 Reply

 **shooter (http://shooter.kinja.com)** ▸ Mr.V.
(http://shooter.kinja.com) 8/17/10 12:12am (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=2762

@Mr.V.: Um, how about the fact that it's frikkin' wrong to do?

Did you also cheat your way through high school? College? Steal from your employer?

How about just doing the right and honorable thing and pay for stuff you're supposed to pay for...? Or, is that just too damned old fashioned or radical for you...?

People like you make me wanna puke from disgust.

 Reply

 **cheers12 (http://cheers12-old.kinja.com)** ▸ Mr.V.
(http://cheers12-old.kinja.com) 8/17/10 12:15am (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=

@Mr.V.: RIAA and MPAA

 Reply

Show **14** more replies in this thread (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=27620236#comments)

| 8/16/10 8:20pm | **Nick Sweet** started this thread |
| --- | --- |

 **Nick Sweet (http://nick-sweet-old.kinja.com)** ▸ Achal Khetarpal - CyberDefender
(http://nick-sweet-old.kinja.com) 8/16/10 8:20pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?commer

Best password technique you'll ever read:

Have a base password with a capital, lowercase and number in it of 4-6 characters. Then, based on whichever site you're trying to access, add on, say, the first 3 consonants.

For instance: if my base password was Ngf33, and I was logging onto my gizmodo account, my password would be Ngf33gzm, then if I was logging into Facebook I'd use Ngf33fbk

Reply

 **haran_elessar (http://haran_elessar-old.kinja.com)** ▸ Nick Sweet
8/16/10 8:28pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comm
**(http://haran_elessar-old.kinja.com)**

@Nick Sweet: I like this idea; thanks for sharing.

⭐  **Reply**

 **Denver is too damn high (http://denver_80211.kinja.com)** ▸ Nick Sweet
8/16/10 10:11pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?commen
**(http://denver_80211.kinja.com)**

@Nick Sweet: Your bank account is now empty

⭐  **Reply**

 **Rav Gar (http://ravgar.kinja.com)** ▸ Denver is too damn high
8/17/10 12:24am (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=2762
**(http://ravgar.kinja.com)**

@Denver: +1 for you and a heart

⭐  **Reply**

 **LaVerdura (http://laverdura-old.kinja.com)** ▸ Denver is too damn high
8/17/10 6:17am (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=
**(http://laverdura-old.kinja.com)**

@Denver: And your FB-"friends" spammed.

⭐  **Reply**

Show **2** more replies in this thread (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=27617061#comments)

| 8/16/10 5:50pm | **nlshelton** started this thread |
| --- | --- |

 **nlshelton (http://nlshelton.kinja.com)** ▸ Achal Khetarpal - CyberDefender
8/16/10 5:50pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=27(
**(http://nlshelton.kinja.com)**

Is Farmville really that old enough to get away with calling a Farmville Secrets scam "old"? That made me laugh.

⭐  **Reply**

 **kaisermachead (http://kaisermachead.kinja.com)** ▸ nlshelton
8/16/10 5:58pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comme
**(http://kaisermachead.kinja.com)**

@nlshelton: Internet time functions differently from real time. For every hour in real life, 2 days pass over the web.

 <u>Reply</u>



**DanielJ (http://danieljortiz3.kinja.com)** ▸ nlshelton
8/16/10 6:25pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=
(http://danieljortiz3.kinja.com)

@nlshelton: The internet is like a dream stage. Ads use inception to make us believe we need to stay on it, making us dive deeper into the internet until we're in limbo. Facebook, YouTube, Gizmodo, all these sites trap us here, until we realize we're on the internet for 7 hours straight.... oh crap.

 <u>Reply</u>



**jezzarisky (http://jezzarisky.kinja.com)** ▸ DanielJ
8/16/10 9:35pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=27
(http://jezzarisky.kinja.com)

@DanielJ: haha, I love the comparison.

 <u>Reply</u>

---

8/16/10 5:55pm                                                                **GC** started this thread



**GC (http://goalcam.kinja.com)** ▸ Achal Khetarpal - CyberDefender
8/16/10 5:55pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=276
(http://goalcam.kinja.com)

Stick to paid porn sites? Haha, yeah right.

 <u>Reply</u>



**Ding-DangBlog (http://ding-dang.kinja.com)** ▸ GC
8/16/10 5:58pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=27
(http://ding-dang.kinja.com)

@GC: If you pay for it, it's like admitting you have a problem.

 <u>Reply</u>



**Lupison (http://lupison-old.kinja.com)** ▸ GC
8/16/10 5:59pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=2
(http://lupison-old.kinja.com)

@GC: oh tubes that are colored red, you are my savior of happy times.

 <u>Reply</u>



**Chiz0 The Grey! (http://chiz0.kinja.com)** ▸ GC
8/16/10 6:02pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?comment=27610(
(http://chiz0.kinja.com)

@GC: Wait, you mean people actually still PAY for porn?!?

 <u>Reply</u>





Sinfar (http://canedlimabeans001.kinja.com) GC

8/16/10 6:41pm (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online?co

(http://canedlimabeans001.kinja.com)

@GC: Paying for things costs money, right?

Yeah, I don't think I can do that. Porn should always be free. Like Eagles.

★   Reply

---

View Popular Discussion (http://gizmodo.com/5614047/the-top-ten-most-dangerous-things-you-can-do-online)

About (/about)   Help (http://help.gawker.com/)   Terms of Use (http://legal.kinja.com/kinja-terms-of-use-90161644)

Privacy (http://legal.kinja.com/privacy-policy-90190742)   Advertising (http://advertising.gawker.com/)

Permissions (http://advertising.gawker.com/about/index.php#contact)

Content Guidelines (http://legal.kinja.com/content-guidelines-90185358)   RSS (http://feeds.gawker.com/gizmodo/full)

Jobs (http://grnh.se/2ctqpi)

# Exhibit 82



## United States Patent and Trademark Office

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help**

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jul 22 03:11:02 EDT 2014*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**  Please logout when you are done to release system resources allocated for you.

**Start**  List At: [            ]  OR  **Jump**  to record: [            ]  **Record 2 out of 3**

**TSDR**  **ASSIGN Status**  **TTAB Status**  *( Use the "Back" button of the Internet Browser to return to TESS)*

# PORNOTUBE

**Word Mark**  **PORNOTUBE**

**Goods and Services**  IC 009. US 021 023 026 036 038. G & S: Digital materials, namely, audio visual works to be downloaded by means of a global computer network featuring action, adult, adventure, animation, classics, comedy, documentary, drama, foreign, horror, independent films, music, science fiction and sports; Digital media, namely, pre-recorded video cassettes, digital video discs, digital versatile discs, downloadable audio and video recordings, DVDs, and high definition digital disks featuring action, adult, adventure, animation, classics, comedy, documentary, drama, foreign, horror, independent films, music, science fiction and sports; Digital media, namely, audio-visual works to be downloaded by means of a global computer network featuring action, adult, adventure, animation, classics, comedy, documentary, drama, foreign, horror, independent films, music, science fiction and sports; Downloadable films and television programs featuring action, adult, adventure, animation, classics, comedy, documentary, drama, foreign, horror, independent films, music, science fiction and sports provided via a video-on-demand service; Downloadable video recordings featuring action, adult, adventure, animation, classics, comedy, documentary, drama, foreign, horror, independent films, music, science fiction and sports; Downloadable files from a remote computer location featuring motion picture and audio visual entertainment, namely, action, adult, adventure, animation, classics, comedy, documentary, drama, foreign, horror, independent films, music, science fiction and sports which is downloaded via the internet and wireless devices. FIRST USE: 20060731. FIRST USE IN COMMERCE: 20060731

IC 038. US 100 101 104. G & S: Broadcasting of video and audio programming over the Internet; Broadcasting programs via a global computer network; Broadcasting services and provision of telecommunication access to films and television programmes provided via a video-on-demand service; Broadcasting services and provision of telecommunication access to video and audio content provided via a video-on-demand service via the Internet; Streaming of audio material on the Internet; Streaming of

audio, visual and audiovisual material via a global computer network; Streaming of video material on the Internet; Video streaming services via the Internet, featuring independent films and movies. FIRST USE: 20060731. FIRST USE IN COMMERCE: 20060731

IC 041. US 100 101 107. G & S: Editing or recording of sounds and images; Film editing; Photo editing; Post-production editing services in the field of music, videos and films; Publication and editing of printed matter; Video editing; Video tape editing. FIRST USE: 20060731. FIRST USE IN COMMERCE: 20060731

IC 042. US 100 101. G & S: Hosting an online website featuring the uploading, downloading, editing, playing, streaming, sequentially viewing, viewing, previewing, posting, showing, displaying, tagging, blogging, vlogging, sharing, providing, subscribing, distributing, transmitting and/or manipulating of video, pictures, images, text, audio and/or other electronic media or information; provision of information in the field of conversion of data or documents from physical to electronic media over the internet or other communications network. FIRST USE: 20060731. FIRST USE IN COMMERCE: 20060731

| | |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77641541 |
| **Filing Date** | December 30, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 22, 2012 |
| **Registration Number** | 4184648 |
| **Registration Date** | August 7, 2012 |
| **Owner** | (REGISTRANT) WMM Holdings, LLC LIMITED LIABILITY COMPANY NEVADA 500 Archdale Dr. Charlotte NORTH CAROLINA 28217 |
| **Attorney of Record** | Blake E. Vande Garde |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit
83



# Exhibit
# 84



# Exhibit
# 85

