Exhibit
86



# Exhibit
# 87





Login · Register

Search

Advanced Search

- Home
- Videos
- Audio
- Photos
- Add Media

My Account · My Videos · My Audio · My Photos · My Favorites

# Welcome, Guest

Username

Password

Forgot Password | Register        Login

# Last Users Online



-

Home - Porno Tube.ded



# Latest Video



[blacky](#)



[blackdick4](#)



[blackdick3](#)



[blackdick2](#)



[selfsucker](#)

# Latest Audio



- [Girls of Por...](#)



- [head automat...](#)



- [dance with t...](#)



- [Sex Sounds -...](#)



- [Sex Sounds -...](#)

# Latest Photos

- [Brothers on ...](#)



- [THE BEACH](#)

- 
  [GAY KISS](#)
- 
  [HOT](#)
- 
  [BLUE](#)

## Recent Tags

[-](#) [10_years](#) [3some](#) [3way](#) [70s](#) [80s](#) [:)](#) [ADdio](#) [Accessible](#) [Accidental](#) [Alessandro](#) [Alex](#) [Alicia](#) [Amber](#) [a](#) [abs](#) [acoustic](#) [ad](#) [adateur](#) [adult](#) [again](#) [aiki](#) [al](#) [alisa](#) [allie](#) [alyson](#) [amateur](#) [amatuer](#) [amature](#) [amazon](#) [ambush](#) [anal](#) [analingus](#) [3](#) [5](#) [8](#) [25](#) [44](#) [69](#)
[View More »](#)

## Top Categories

- [Adult](#)
  - → [Gay](#)
  - → [Amateur](#)
  - → [Masturbation](#)
- [Music Videos](#)
- [Humor](#)
- [Music](#)
  - → [Audio Stories](#)

[View More »](#)

[Terms of Use](#) · [Privacy Notice](#) · [Advertise](#)

Copyright © 2006 PornoTube, Inc.

# Exhibit 88

