**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger,** *appearing pro hac vice*
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh,** *appearing pro hac vice*
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Attorneys for Defendant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company,<br><br>        Plaintiff,<br><br>   v.<br><br>**TENZA TRADING LTD.,** a Cyprus Company,<br><br>        Defendant. | No. 3:13-cv-01045-SI<br><br>TENZA NOTICE OF WITHDRAWAL OF ATTORNEY CATHERINE B. BRINKMAN |

Page 1 -    TENZA NOTICE OF WITHDRAWAL OF ATTORNEY

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14234994.1

|  |  |
|---|---|
| **TENZA TRADING LTD.,** a Cyprus Company,<br><br>          Counterclaim Plaintiff,<br><br>     v.<br><br>**CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company; and **ALEXANDER ZHUKOV,** A Czechoslovakian citizen,<br><br>          Counterclaim Defendants. |  |

PLEASE TAKE NOTICE that pursuant to LR 83-11(b), Catherine B. Brinkman is withdrawn as attorney of record for Defendant and Counterclaim Plaintiff Tenza Trading Ltd. ("Tenza"). The law firm of Schwabe, Williamson & Wyatt, P.C. and Attorney Devon Zastrow Newman remain as counsel of record for Tenza.

Dated this 24th day of July, 2014.

                                        Respectfully submitted,


                                        s/ Devon Zastrow Newman
                                        Devon Zastrow Newman, OSB #014627
                                        SCHWABE, WILLIAMSON & WYATT, P.C.
                                        Telephone: 503-222-9981
                                        Facsimile: 503-796-2900

                                        Paul N. Tauger, *appearing pro hac vice*
                                        Anna M. Vradenburgh, *appearing pro hac vice*
                                        THE ECLIPSE GROUP LLP
                                        Telephone: 949-851-5000 ext. 110
                                        Facsimile: 949-851-5051

                                        Attorneys for Defendant Tenza Trading Ltd.

Page 2 -   TENZA NOTICE OF WITHDRAWAL OF ATTORNEY

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14234994.1