**Thomas Freedman Jr.** (OSB No. 080697) thomas@prllaw.com
**Pearl Law LLC**
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:     (503) 295-6296 | Fax: (503) 295-6344

**Valentin Gurvits** (*pro hac vice*) vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice*) matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:     (617) 928-1800 | Fax: (617) 928-1802

**Sean Ploen** (*pro hac vice*) sploen@ploen.com
**Ploen Law Firm, PC**
100 South Fifth Street, Suite 1900
Minneapolis, Minnesota  55402
Tel:     (651) 894-6800 | Fax: (651) 894-6801

**Evan Fray-Witzer** (*pro hac vice*) evan@CFWLegal.com
**Ciampa Fray-Witzer, LLP**
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel:     (617) 426-0000 | Fax: (617) 507-8043

Attorneys for Plaintiff and Counter-defendant Calista Enterprises Ltd.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| **CALISTA ENTERPRISES LTD.,** a Republic of Seychelles company,<br><br>     Plaintiff,<br><br>- v. -<br><br>**TENZA TRADING LTD.,** a Cyprus company,<br><br>     Defendant. | Case No. 3:13-cv-01045-SI<br><br>**EXHIBIT A – PART II TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**                              Page **1**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459                    Exhibit A – Part II to Plaintiff's
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com          First Amended Complaint

**TENZA TRADING LTD.,**
a Cyprus company,

    Counterclaim Plaintiff,

- v. -

**CALISTA ENTERPRISES LTD.,**
a Republic of Seychelles company, and
**ALEXANDER ZHUKOV**,
a Czechoslovakian citizen,

    Counterclaim Defendants.

Respectfully Submitted,
Plaintiff Calista Enterprises Ltd.
By its Attorneys,

Dated:  August 7, 2014

/s/ Matthew Shayefar
Matthew Shayefar (*pro hac vice*)
Valentin Gurvits (*pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:     (617) 928-1800
Fax:    (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com


/s/ Sean Ploen
Sean Ploen (*pro hac vice*)
Ploen Law Firm, PC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Tel:     (651) 894-6800
Fax:    (651) 894-6801
sploen@ploen.com

/s/ Evan Fray-Witzer
Evan Fray Witzer (*pro hac vice*)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel:     (617) 426-0000
Fax:    (617) 507-8043
evan@CFWLegal.com

/s/ Thomas Freedman Jr.
Thomas Freedman Jr. (OSB No. 080697)
Pearl Law LLC
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:     (503) 295-6296
Fax:    (503) 295-6344
thomas@prllaw.com

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com

Page **2**
Exhibit A – Part II to Plaintiff's
First Amended Complaint

Mahe
00000
SC
Phone: +420.774806357

Technical Contact [4191136]:
    Calista Enterprises Ltd. webmaster@alexz-traffic.com
    Calista Enterprises Ltd.
    Global Gateway 1749, Rue de la Perle
    Providence
    Mahe
    00000
    SC
    Phone: +420.774806357

Domain servers in listed order:

    NS1.AZ7T8.COM      78.140.131.239
    NS2.AZ7T8.COM      78.140.132.33

    Record created on:          2010-03-24 06:11:28.0
    Database last updated on: 2013-03-28 15:14:28.263
    Domain Expires on:          2015-03-24 06:11:28.0

Copyright © 1999-2013. Website Hosting and Domain Name Registration by Verio Inc.
Quick Links | Sitemap | Support | Privacy Policy | *** Terms and Conditions.

* Verio endeavors to make the domain name availability search process reliable; however, Verio does not guarantee availability of domain names or the accuracy or security of the WHOIS system. The registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain name with the appropriate registry, Verio is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through Verio is not complete until you receive the final confirmation e-mail from Verio. All registrations through Verio are subject to Verio's Global Terms and Conditions.

** Premium Domain Listings ("Premium Listings") are provided by Sedo (www.sedo.com), and Verio is not responsible for any inaccuracy in these searches. Verio does not guarantee availability of domain names or the accuracy of the Premium Listings. If you have a question or concern about a domain name in the Premium Listing, please contact Sedo directly.

ANNEX 3

largepomtube.com/popular/167/german/1.html

# ‹LARGE›
## porn tube

**Home**  **New Movies**  **Pictures**  **Adult Dating**  **DVD download**

**Search**

## German, Deutsch Videos

Related: German Casting · Deutsch · German Mature · German Dirty Talk · German Amateur · German Milf · German Anal · French · Casting · Sexy Cora · Gina Wild · Turkish · Mature · Italian · Teen · Swiss · Mom · German Lesbian · Latex · Vivian Schmitt · German Swinger · Russian · German Gangbang · Amateur · Handjob · Milf · Boots · Swinger · Piss · Gigg

Showing 1-120

**Popular**  **Latest** | **Longest**  Pages: **1** **2** **3** **4** **5** **6** **7** **8** **9** ...  **Next »**

Deutsche Abiturientin Sehr Offenherzig
Report
07:00
German · XHamster

2 years ago



1 year ago
Double, German · Pamer Bros

2 years ago
German · Sun Porno

Liliair Flickmaennchen
3 months ago
Funny, German · XHamster



11 months ago
German, Riding · Porn Tube

2 months ago
German, Mature, Prostitute · Porn Hub

2 months ago
German · You Porn





3 months ago
Amateur, German, Kitchen, Nylon, Rough, Short Hair
15:59

Report






largeporntube.com

| Boo Loo Tube | Floozy Tube | Tubes Here | Ah Me Free Sex Tube | Videos Bang |








# Top Rated Free Tube Sites

| | | | | |
|---|---|---|---|---|
| 01. Xhamster HQ | 31. Porn Movies Here | 61. 1 Like Tubes | 91. Flamingo Tube | 121. Bbs Porn Tube |
| 02. Tube Pleasure | 32. Tube Porn Mix | 62. Fresh Porn Clips | 92. On Movs | 122. Tube Spin |
| 03. Mommy Fuck Tube | 33. VIVA Gals | 63. Grandpa Porn Tube | 93. Grandpas Tube | 123. Caramel BBW Tube |
| 04. 4 Porn | 34. 69 Porn Tube | 64. New Cool Tube | 94. Om Porn Tube | 124. The Mature Ladies |
| 05. | 35. Private Porn Films | 65. HQ Mature MILF | 95. My Mature Granny | 125. Tube-ok |
| 06. Gold Porn Tube | 36. Tube Dessert | 66. VIP Mature Tube | 96. Mature Zilla | 126. Xxx Porn Tube |
| 07. Hamster Porn TV | 37. 1 Free Tube | 67. My Retro Tube | 97. HQ Mature Tube | 127. Erotic Hub |
| 08. Video One | 38. Infinite Tube | 68. Good-fuck Tube | 98. SmutTubes | 128. First Sex Tube |
| 09. 777 X Porn | 39. My 1 Tube | 69. Raw Porn Tube | 99. Tube Porn Movs | 129. CheeseCake Tube |
| 10. Tube Splash | 40. I-sux | 70. Rated Porn Tube | 100. 1 Tranny Tube | 130. My Loved Video |
| 11. Tube Porn Film | 41. Videos Bang | 71. Sae-tube | 101. Fuck-ok | 131. HQ Porn Links |
| 12. Beez Tube | 42. Tube Porn City | 72. My Loved Tube | 102. Bang Porn Tube | 132. Unseen Porn |
| 13. All Rus Amateurs | 43. All Rus Amateurs | 73. Vraza | 103. Gyne Tube | 133. Tickum Porn Tube |
| 14. Tasty Movie | 44. Video X List | 74. Sex Porn Tube | 104. My Hard Photos Tv | 134. Fuxee |
| 15. Bull Porn | 45. Ooo-sex | 75. Blue Porn Tube | 105. 3 Porn | 135. Tube Band |
| 16. Tube2azur | 46. Royal Porn Tube | 76. Cxc Tube | 106. Ok-porn | 136. Spicy Sex Tube |
| 17. Tube Adult Movies | 47. Stop-sex Tube | 77. Cloak Tube | 107. HQ Vintage Tube | 137. X Tube Movies |
| 18. Attractive Tube | 48. Download X Video | 78. Sex Tube Here | 108. Free Tube Sex | 138. Teen Categories |
| 19. | 49. Spicy Big Butt | 79. Sex With Mature | 109. Caramel Mature | 139. Spicy Tranny |
| 20. New Big Tube | 50. Prehistoric Tube | 80. Lonely Wolf | 110. Gust Tube | 140. Raw Tube |
| 21. Cube Porn Tube | 51. Just Porn Tube | 81. Abash Tube | 111. Good Porn Tube | 141. Tube Tp |
| 22. Tube Porn Movies | 52. 41 XXX Tube | 82. Erosexus Tube | 112. Porno Jo | 142. Any Tubes |
| 23. Teen Sex Stream | 53. Home Tube Porn | 83. New Mature Tube | 113. Pretty Niu Tube | 143. Porn Tube Archive |
| 24. Links Hit | 54. Tasty Blacks | 84. Rich Porn Tube | 114. Canyon Porn Tube | 144. Tube Jumble |
| 25. Boo Loo Tube | 55. Tube Xo | 85. Hot Voyeur Tube | 115. Caramel Tube | 145. Porn Tube Bond |
| 26. Free Porn Tube | 56. Tube Reserve | 86. Pandora Streaming Tube | 116. 69 Flv | 146. Usa Porn Tv |
| 27. Floozy Tube | 57. Ruler Tube | 87. Free Tube Cats | 117. Full Porn Tube | 147. ZZ Tube |
| 28. Tubes Here | 58. Alex Pix Tube | 88. Mature Tube Lust | 118. Tube Porn Pages | 148. Tube Porn Fever |
| 29. Ah Me Free Sex Tube | 59. Cum Brains | 89. New Shemale Tube | 119. Fat Mom Tube | 149. Porn Tube News |
| 30. Tube Charm | 60. Fuck This Mature | 90. 3 Rat | 120. Sex Tube Store | 150. X MILF TV |

© 2010 AlexZTraffic.com

Disclaimer: LargePornTube.com has a zero-tolerance policy against illegal pornography. We do not own, produce or host the videos displayed on this website. All videos are hosted by 3rd party websites. We have no control over the content of these websites. We take no responsibility for the content on any website which we link to, please use your own discretion while surfing the links.

LargePornTube.com is a free tube porn site with lots of porn videos and much more. New porn videos added daily. So please bookmark this page and visit us tomorrow for fresh portion of free porn.

Webmasters: [ Trade traffic ]


Tranny Tube - Mature Tube - Free Porn



Ex. A - p. 115

www.goldporntube.com

| 30. First Sex Tube | 70. Rated Porn Tube | 110. New Mature Tube | 150. Busty Cats | 190. Tube Porn Mors |
| 31. Ruler Tube | 71. Nastiez Tube | 111. Drunk Porn Tube | 151. X Granny Tube | 191. Porn Video Spider |
| 32. Wow Sex Tube | 72. Direct Porn Tube | 112. Alex Piz Tubel | 152. 1 Free Tube | 192. ZZ Tube |
| 33. Extra Videos | 73. Arion Movies | 113. Porno Jo | 153. My Loved Tube | 193. Tube Sex Video |
| 34. See-tube | 74. Pretty Nu Tube | 114. TubeZaur | 154. Midnight Fever | 194. Aged Lust |
| 35. Tube-ok | 75. Hot Voyeur Tube | 115. Tubecum Porn Tube | 155. Tube Invasion | 195. The Move |
| 36. Sex Video Mix | 76. Fuck-ok | 116. Royal Porn Tube | 156. Free Tube Videos | 196. Tube Porn Pages |
| 37. Flamingo Tube | 77. Bonus Porn Tube | 117. Porn Gonzo Tube | 157. Vids Fucker | 197. Daily Nickez |
| 38. Live Sex Tube | 78. Big Boobstube | 118. Tube Porn Mix | 158. Keandra | 198. Tube Porn Search |
| 39. Extreme Forbidden Tube | 79. Top Milf Stars | 119. My Mature Granny | 159. Wod Tube | 199. Qeebe |
| 40. Gf Porn Tube | 80. Ardent Mums | 120. Tube Porn Fever | 160. Granny Flash | 200. Astro Vids |

## More Free Porn

3D Porn 30 Thumbs

**Amateur Porn** Dirty Home Clips | Next Door Lust | Home Tube Porn

**BBW Porn** Daily BBW Porn | Fatty Videos | Heavy Cuties | Fatty Thumbs | HQ Plumpers | More Fatties | My Sweet Fatty | Wild Fatties | Your BBW | Fat Mom Tube

**Big Butt Porn** Bottom Clips | Quickie Booty | Spicy Big Butt

**Big Cock Porn** Spicy Big Dick

**Big Tits Porn** Big Boobs Film | Melons Clips | Charming Tits | HQ Big Boobs | Touch My Melons | Spicy Big Tits

Ebony Porn Tasty Black | Brown Maids | Sinful Blacks | Spicy Black Girls

Erotic Porn Erotic Saloon

**General Porn** AZ Gals | Best Pics 4 You | Jerk Room | Fresh Porn Clips | Porn Movies Here | 69 Porn Tube | Bonus Porn Tube | Book Porn Tube | Box Porn Tube | Direct Porn Tube | Erosexus | Ebony Tube | Fresh Porn Tube | Gold Porn Tube | Love Tube | Large Porn Tube | Lust Porn Tube | My Loved Tube | Pipe Porn Tube | Plays Porn Tube | Ruler Tube | Tube Adult Movies | Tube Charm | Tube Dessert | Tube Invasion | Tube Pleasure | Tube Porn City | Tube Porn Fever | Tube Porn | Film | Tube Porn Me | Tube Porn More | Tube Porn Pages | Tube Splash | Tube Vector | Tubezaur | XXXX Gals

**Hairy Porn** Hairy Cave | Hairy Corner | Unshaved Cuties

**MILF Porn** Cuties Over 30 | Dirty Wife Movies | Like MILF | Moms Madness | Playful Matures | Spicy Hot Moms | Wifes Filmed | Attractive Moms | Charming MILFs | Deluxe Wifes | Moms Next Dick | Mom-Erv

**Mature Porn** Aged Lust | Aged Grannies | Fresh Grannies | Granny Charm | Granny Pics | Huge TV | Nice Grannies | Older Women TV | Aged Mamas | Ape Matures | Charming Matures | Ladies | VIP Mature Tube | HQ Mature Milf | HQ Mature Pussy | HQ Mature Tube | Mature Tube List | My Mature Granny | New Mature Tube | Sex Who Mature | The Mature | Granny Flash | Graceful Milf | Moms Ecstasy | Women In Years

**Mature/Multitude**

**Porn**

**Porn Stars Porn** Banged Mamas | 

**Shemale Porn** Sinful Porn Stars | T-Girls Movies | Tranny Hussy | Tranny Maids | Lust Of Tranny | My Sexy Tranny | Trans Thumbs | 1 Tranny Tube | Banged Tranny | Charming Tranny | New | Shemale Tube | Spicy Tranny

**Toon Porn** Frisky Toons | HQ Toons | Hello Toons | Toon Berry | Toon Gold | Toons Band

**Vintage Porn** HQ Vintage Tube | My Retro Tube | Retro Tube Clips

Porn Tube - Tranny Tube - Mature Tube - Double Penetration

Disclaimer: GoldPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.

GoldPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2009-2012 A2toZ-Traffic.com          Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA



www.kissporntube.com

Porn Tube - Tranny Tube - Mature Tube - Free Porn

| # | | # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|---|---|
| 07 | Great Tube Porn | 47 | Caramel BBW Tube | 87 | Abrazive Tube | 127 | Fat Mom Tube | 167 | Its Porn Tube |
| 08 | Heux | 48 | Zzz Porn Tube | 88 | Porn Movies Here | 128 | Bulk Porn Tube | 168 | Tranny Maids |
| 09 | Real Fuck Tube | 49 | E-tuber | 89 | Ardent Mums | 129 | VIP Mature Tube | 169 | Good Amateur Tube |
| 10 | Gold Porn Tube | 50 | My Loved Video Tube | 90 | Beez Tube | 130 | Porn Movies | 170 | Messy Xxx Tube |
| 11 | Cuties Over 30 | 51 | Prehistoric Tube | 91 | My Hard Archive Tube | 131 | Midnight Fever | 171 | Inya Tube |
| 12 | Tube Bend | 52 | Hot Voyeur Tube | 92 | HQ Mature Pussy | 132 | My Hard Photos Tube | 172 | X MILF TV |
| 13 | Tube For Work | 53 | Funee | 93 | Tubes Here | 133 | Tube Dessert | 173 | Tube Porn Here |
| 14 | Domino Tube | 54 | Full Xxx Tube | 94 | 1 Free Tube | 134 | Great Porn Sex | 174 | Cloak Tube |
| 15 | Older Pussy Tube | 55 | New Shemale Tube | 95 | Tube Charm | 135 | Cac Tube | 175 | Daily BBW Porn |
| 16 | Tube Adult Movies | 56 | Tube Cop | 96 | Abc Porn Search | 136 | Home Sex News | 176 | Retro Tube Clips |
| 17 | Mr Porn Site | 57 | Rated Porn Tube | 97 | Direct Porn Tube | 137 | Granny Flash | 177 | My Mature Granny |
| 18 | Home Tube Porn | 58 | Tasty Blacks | 98 | Tube Porn Mix | 138 | My Sex Porn | 178 | Stream Porn |
| 19 | Tube-SK | 59 | Amateur Tube | 99 | Caramel Tube | 139 | Sex With Mature | 179 | Free Tube Sex |
| 20 | Porn Overdose | 60 | Vataa | 100 | Gynia Porn Tube | 140 | Qeebe | 180 | Sex Tube Hawk |
| 21 | Pipe Porn Tube | 61 | Salute Tube | 101 | Uncensored Store | 141 | Ruler Tube | 181 | Infinite Clips |
| 22 | Alex Pix Tube | 62 | Hq Porn Search | 102 | Royal Porn Tube | 142 | Mature Zilla | 182 | Sex Video Tape |
| 71 | Nina Fuck Tuba | 63 | Xxx Tube Monster | 103 | Fucksaa | 143 | Tube Porn Fewer | 183 | Pornpur Vrdeos |
| 24 | 4 Porn | 64 | My Retro Tube | 104 | Download X Video | 144 | VIVA Gals | 184 | Best Tube Clips |
| 25 | King Porn Tube | 65 | Book Porn Tube | 105 | Lust Porn Tube | 145 | 69 Porn Tube | 185 | Fap Xxx Videos |
| 26 | My Loved Tube | 66 | Ok-porn | 106 | Box Porn Tube | 146 | Porn Hub | 186 | Polar Porn |
| 27 | Bonus Porn Tube | 67 | Naked Amateur Tube | 107 | Tube Reserve | 147 | Hq Porn Links | 187 | The Porn Cafe |
| 28 | Secrets Porn | 68 | Sex Tube Store | 108 | Tube X Video | 148 | Porn Tube Party | 188 | Large Porn Tube |
| 29 | Tube Porn City | 69 | Erosexus Tube | 109 | X Granny Tube | 149 | Cum Brains | 189 | Tube Pleasure |
| 30 | HQ Mature Tube | 70 | Fresh Porn Clips | 110 | Spicy Big Tits | 150 | Spicy Sex Tube | 190 | Tube Nervous |
| 31 | Tasty Movie | 71 | Sale Moms | 111 | Wad Tube | 151 | Fuck Tube | 191 | TubeZaur |
| 32 | I Like Tubes | 72 | Tube Lady | 112 | Spicy Tranny | 152 | Mature Tube Lust | 192 | See-tube |
| 33 | Fresh Porn Tube | 73 | Das Porn Tube | 113 | Infinite Tube | 153 | Porn Tube News | 193 | Tube Splash |
| 34 | New Mature Tube | 74 | Best Free Tube | 114 | Sex Tube Here | 154 | Dear Porn Tube | 194 | Great Tube Porn |
| 35 | Tube Porn Film | 75 | Aged Lust | 115 | Tube Sex Video | 155 | Bang Porn Tube | 195 | Heux |
| 36 | New Cool Tube | 76 | New Big Tube | 116 | Xy War | 156 | Porn Tkd | 196 | Real Fuck Tube |
| 37 | Good-4uck Tube | 77 | Porno Bistro Tube | 117 | My 1 Tube | 157 | Your Porn Videos | 197 | Gold Porn Tube |
| 38 | Spicy Big Butt | 78 | 1 Tranny Tube | 118 | Tube Spin | 158 | Eu Porn Tube | 198 | Cuties Over 30 |
| 39 | Big Xxx Tube | 79 | Big Porn Tv | 119 | Yuck Porn | 159 | HQ Mature MILF | 199 | Tube Band |
| 40 | Stop-sex Tube | 80 | HQ Vintage Tube | 120 | ZZ Tube | 160 | Charming Tranny | 200 | Tube For Work |

© 2011 AtoZ-Traffic.com       Trade traffic: Buy/Sell Traffic: Link removal: Contact us: DMCA       Cyber Patrol: Net Nanny: Cyber Sitter

KissPorntube.com is a free porn site featuring a list of categorized tube videos. Don't forget to bookmark us.

Disclaimer: KissPornTube.com is a fully automatic adult search engine geared by tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our robot crawler. Thumbnails are autogenerically generated from the videos. "Categorized" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on search queries. KissPornTube.com has a zero-tolerance policy against pornography. We take no responsibility for the content on any website we link to. We take no responsibility for the process entered by surfers. Please contact us if you have found inappropriate content.

Parents: Protect your children from adult content with these services: Cyber Patrol: Net Nanny: Cyber Sitter





www.boxporntube.com

## More Free Porn

3D Porn 3D Thumbs

**Amateur Porn** Dirty Home Clips | Best Door Lust | Home Tube Porn

**BBW Porn** Daily BBW Porn | Filthy Videos | Heavy Cuties | Fatty Thumbs | HQ Plumpers | More Freckles | My Sweet Fatty | Wild Freckles | Your BBW | Fat More Tube

**BBW Porn**

**Big Butt Porn** Brown Clips | Outdoor Booty | Spicy Big Butt

**Big Cock Porn** Spicy Big Dick

**Big Tits Porn** Big Boobs Film | Melons Clips | Charming Tits | HQ Big Boobs | Touch My Melons | Spicy Big Tits

**Ebony Porn** Tasty Blacks | Brown Heat | Sinful Black | Spicy Black Gate

**Erotic Porn** Erotic Salon

**General Porn** AZ Gals | Best Pics 4 You | Jerk Room | Fresh Porn Clips | Porn Movies Here | 69 Porn Tube | Bonus Porn Tube | Book Porn Tube | Box Porn Tube | Direct Porn

**Hairy Porn** Daily Ocean | Hairy Cunt | Lust Pond

**MILF Porn** Juicy Mom | Lovely Moms | Like MILF | Moms Melons | Playful Matures | Spicy Hot Moms | Tattooed | Attractive Moms | Charming MILFs | Delicious Wifes

**Mature Porn** Aged Lust | Aged Melody | Free Grannies | Granny General | Granny Porn TV | More Grannies | Older Women TV | Aged Mamas | Alex Matures | Charming Matures |

**Mature/Multiniche** Banged Women | Graceful Milf | Moms Ecstasy | Women In Years

**Porn**

**Porn Stars Porn** Sinful Porn Stars

**Shemale Porn** T-Girls Movies | Tranny Hump | Tranny Maids | Lust Of Tranny | My Sexy Tranny | Trans Thumbs | 1 Tranny Tube | Banged Tranny | Charming Tranny | New

**Toon Porn** Frisky Toons | HQ Toons | Hello Toons | Toon Berry | Toon Gold | Toons Band

**Vintage Porn** HQ Vintage Tube | My Retro Tube | Retro Tube Clips

Porn Tube - Tranny Tube - Mature Tube - Free Porn

| | | |
|---|---|---|
| 26. Charming Tranny | 66. Pretty Nu Tube | 106. Bonus Porn Tube | 146. The Live Sex | 186. Elite HD Tube |
| 27. Tasty Blacks | 67. Big Porn TV | 107. Granny Flash | 147. Porn Tsunami | 187. Sex Tube Here |
| 28. Rule Tube | 68. Tube Desert | 108. Bang Porn Tube | 148. Huk Tube | 188. Tube Porn Here |
| 29. Tube Porn News | 69. Huge Body Tube | 109. Bison Porn | 149. Abc Porn Search | 189. X Share Box |
| 30. Tube Adult Movies | 70. Infinite Tube | 110. Qeek | 150. Tranny Melds | 190. Hq Porn Links |
| 31. Mr Porn Site | 71. E-tober | 111. Raja Tube | 151. Xxx Toilet Hub | 191. Aged Lust |
| 32. HQ Mature Tube | 72. Tils Files | 112. Go Porno | 152. Free Matures | 192. Porn Video Spider |
| 33. Tube Invasion | 73. Fresa | 113. Erotic Hub | 153. Fuck Force | 193. Hq Tube Search |
| 34. Oo-sex | 74. Yuck Porn | 114. Kiss Porn Tube | 154. First Sex Tube | 194. Midnight Fever |
| 35. Oops Movs | 75. Daily BBW Porn | 115. Porn Movies Here | 155. Mature Chloe | 195. Bravak Tube |
| 36. Free Tube Sex | 76. Tube Splin | 116. Big Tube | 156. Tube Blend | 196. Porn Zu |
| 37. VIP Mature Tube | 77. New Mature Tube | 117. X Tube Movies | 157. My Hard Photos TV | 197. Com Shelva |
| 38. Tube-ok | 78. Tube Charm | 118. Hq Porn Search | 158. Book Porn Tube | 198. Tube Sex Brains |
| 39. Ask Tube | 79. 69 FLV | 119. Wet Tube | 159. Porn Tild | 199. Polar Porn |
| 40. Prehistoric Tube | 80. Colonial Mature | 120. Granted BBW | 160. Tube Porn Pages | 200. Fuck-ok |

Disclaimer: BoxPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by the spider script. Thumbnails are automatically generated from the videos. Categories is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search input. BoxPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2010-2012 AbcZ-Traffic.com          Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA



www.pipeporntube.com

| 30. Witch Sex Tube | 70. Cam Milf | 110. Dear Porn Tube | 150. Hub Tube | 190. Tranny Maids |
| 31. Floozy Tube | 71. New Shemale Tube | 111. Hq Porn Search | 151. Daily BBW Porn | 191. Wetoo Porn Tube |
| 32. Flamingo Tube | 72. Tube Bookmarks | 112. Hot Voyeur Tube | 152. Nature Stuff | 192. 3 Porn |
| 33. New Cool Tube | 73. Mature Tube Lust | 113. 7 Dog | 153. Book Porn Tube | 193. X Nude Here |
| 34. Tube Adult Movies | 74. Vatxo | 114. Exbior | 154. Tube Dessert | 194. Tube Porn Mix |
| 35. Cyme Tube | 75. Spicy Big Butt | 115. Erotic Hub | 155. Cec Tube | 195. Abc Porn Search |
| 36. Xy War | 76. Attractive Tube | 116. Bonus Porn Tube | 156. Wild Sex Tubes | 196. Tube Porn Here |
| 37. Tube Spin | 77. Erexcam Tube | 117. SV Rainbow | 157. Tube Reserve | 197. Iporn Movs |
| 38. Lust Porn Tube | 78. My Retro Tube | 118. Big Boobstube | 158. Caramel BBW Tube | 198. Porn Video Scout |
| 39. 4 Porn | 79. Cum Brasize | 119. Rich Porn Tube | 159. Your Porn Tube | 199. Porn Townsend |
| 40. My Loved Tube | 80. Avion Porn Movies | 120. My Hard Photos Tv | 160. Big Sex List | 200. Hq Tube Search |

## More Free Porn

**3D Porn** 3D Thumbs

**Amateur Porn** Dirty Home Clips | Next Door Lust | Home Tube Porn

**BBW Porn** Daily BBW Porn | Fatty Videos | Heavy Cuties | Fatty Thumbs | HQ Plumpers | Bbwe Fatties | My Sweet Fatty | Wild Fatties | Your BBW | Fat Mom Tube

**Big Butt Porn** Bottom Clips | Quickie Booty | Spicy Big Butt

**Big Cock Porn** Spicy Big Dick

**Big Tits Porn** Melons Clips | Charming Tits | HQ Big Boobs | Touch My Melons | Spicy Big Tits

**Ebony Porn** Tasty Blacks | Brown Maids | Sinful Blacks | Spicy Black Girls

**Erotic Porn** Erotic Saloon

**General Porn** AZ Gals | Best Pics 4 You | Jerk Room | Fresh Porn Clips | Porn Movies Here | 69 Porn Tube | Bonus Porn Tube | Book Porn Tube | Bxx Porn Tube | Direct Porn Tube | Eroticus Tube | Floozy Tube | Fresh Porn Tube | Good Porn Tube | I Like Tubes | Large Porn Tube | Lush Porn Tube | My Loved Tube | Pipe Porn Tube | Royal Porn Tube | Ruler Tube | Tube Adult Movies | Tube Charm | Tube Dessert | Tube Invasion | Tube Pleasure | Tube Porn City | Tube Porn Fever | Tube Porn Film | Tube Porn Pilot | Tube Porn Pages | Tube Splash | Tube Vector | TubeDozer | UNA Girls

**Hairy Porn** Hairy Cave | Hairy Corner | Unshaved Cuties

**MILF Porn** Cuties Over 30 | Dirty Wife Movies | I Like MILF | Moms Madness | Playful Matures | Spicy Hot Moms | Attractive Moms | Charming MILFs | Deluxe Wifes | I Moms Need Dick | XMILF.tv

**Mature Porn** Aged Lust | Aged Maids | Fresh Grannies | Granny Cinema | Granny Porn TV | More Grannies | Older Women TV | Aged Mamas | Alex Matures | Charming Matures | Graceful Mom | Granny Cookies | HQ Oldies | Lewd Granny Pics | Magic Matures | Older Kiss | Porno River | Spicy Older Women | X Granny Tube | Fuck This Mature | Granny Flash | HQ Mature MILF | HQ Mature Pussy | HQ Mature Tube | Mature Tube Lust | My Mature Granny | New Mature Tube | Sex With Mature | The Mature Ladies | VIP Mature Tube

**Mature/Multiniche Porn** Banged Mamas | Graceful Milf | Moms Ecstasy | Women In Years

**Porn Stars Porn** Sinful Porn Stars

**Shemale Porn** T-Girls Movies | Tranny Hussy | Tranny Maids | Lust Of Tranny | My Sexy Tranny | Trans Thumbs | 1 Tranny Tube | Banged Tranny | Charming Tranny | New Shemale Tube | Spicy Tranny

**Teen Porn** Frisky Toons | HQ Toons | Hello Toons | Toon Berry | Toon Gold | Toons Band

**Vintage Porn** HQ Vintage Tube | My Retro Tube | Retro Tube Clips

**Porn Tube - Tranny Tube - Mature Tube - Free Porn**

Disclaimer: PipePorn Tube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.

PipePornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to, we take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Patents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2010-2012 AlexZ-Traffic.com        Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA






www.69porntube.com

## Porn Tube - Tranny Tube - Mature Tube - Free Porn

69PornTube.com features large archive of free streaming porn videos in various categories. Don't forget to bookmark us.

| # | # | # | # | # |
|---|---|---|---|---|
| 05. Sex Videos | 45. Private Tube | 85. Alex Plc Tube | 125. The Mature Ladies | 165. Yuck Porn |
| 06. 4 Porn | 46. Free Tube Sex | 86. Porn Search | 126. 1 Tranny Tube | 166. I Like Tubes |
| 07. Real Fuck Tube | 47. Ooo-sex | 87. Charming Tranny | 127. Tube Sex Video | 167. Kiss Porn Tube |
| 08. New Big Tube | 48. Fuck This Mature | 88. Tube Chasm | 128. Granny Fresh | 168. Xxx Movies |
| 09. Spicy Big Butt | 49. Max Adult Tube | 89. Home Tube Porn | 129. Spicy Big Tits | 169. Porn Tikd |
| 10. XXX Videos | 50. Cum Brains | 90. Spicy Tranny | 130. Cube Porn Tube | 170. Tube Dessert |
| 11. Porn Overdose | 51. Tube Reserve | 91. Sexville | 131. Tubes Here | 171. Tranny Maids |
| 12. Dirty Amateur Tube | 52. Big Porn TV | 92. Tube Invasion | 132. Im Porn Tube | 172. Banged Tranny |
| 13. Along Porn | 53. Beez Tube | 93. Prehistoric Tube | 133. Older Pussy Tube | 173. Xxx Sex Movies |
| 14. Lust Porn Tube | 54. Fresh Porn Tube | 94. Tube Porn Here | 134. Rich Porn Tube | 174. Porn Free Porn |
| 15. Tube Porn Clips | 55. Tube-ok | 95. Domino Tube | 135. Aval Porn Tube | 175. Matd Sex Tube |
| 16. HQ Vintage Tube | 56. Book Porn Tube | 96. 1 Free Tube | 136. Gac Tube | 176. Unseen Porn |
| 17. My Retro Tube | 57. Fat Mom Tube | 97. Video | 137. Box Porn Tube | 177. Sex Video Tape |
| 18. Zzz Tube | 58. New Shemale Tube | 98. Ok-porn | 138. Tube Viadir | 178. Mature Tube Lust |
| 19. Elephant Tube List | 59. E-tuber | 99. Penn Clips | 139. My Hard Archive Tube | 179. Smu Tubes |
| 20. New Porn Sex | 60. Secrets Porn | 100. My Love Hidden Tube | 140. Messy Xxx Tube | 180. Dizzy Babe |
| 21. Gold Porn Tube | 61. Tube Splash | 101. Tube Lady | 141. HQ Mature MILF | 181. Mature Zilla |
| 22. Cuming Tube | 62. Porno Bizmo Tube | 102. ZZ Tube | 142. Eu Porn Tube | 182. Inya Tube |
| 23. Direct Porn Tube | 63. VIVA Gels | 103. Tube Porn Pages | 143. Porn Hub Hq | 183. Free Porn Tube |
| 24. Sex Video Mix | 64. Tasty Blends | 104. Abc Porn Search | 144. Tube Adult Movies | 184. Daily BBW Porn |
| 25. Tube Pleasure | 65. Infinite Tube | 105. X MILF TV | 145. Leelootube | 185. Spicy Sex Tube |
| 26. Mr Porn Site | 66. Ruler Tube | 106. My 1 Tube | 146. New Cool Tube | 186. Long Porn Movies |
| 27. Attractive Tube | 67. Dizzy XXX | 107. Retro Tube Clips | 147. Fap Xxx Videos | 187. Ass Porn Videos Online |
| 28. I-xxx | 68. Tasty Movie | 108. My Mature Granny | 148. My Ex Girlfriend's Tube | 188. Xxx Videos |
| 29. Great Porn Sex | 69. My Sex Porn | 109. Wed Tube | 149. Dizzy Jiggs | 189. Porn Tube News |
| 30. My Loved Tube | 70. Pretty Nu Tube | 110. Xy War | 150. Caramel Tube | 190. Fap Movs |
| 31. Sex Tube Films | 71. Fresh Porn Clips | 111. Qeebo | 151. Free Porn Tube | 191. Bbw Porn |
| 32. Nice Fuck Tube | 72. Hq Porn Links | 112. Bang Porn Tube | 152. Fox Porn | 192. Aged Lust |
| 33. King Porn Tube | 73. Best Free Tube | 113. Uncensored Store | 153. Emotions Tube | 193. Arse Porn |
| 34. Absolute Porn Tube | 74. Bonus Porn Tube | 114. Dizzy Tubes | 154. Stream Porn | 194. Dizzy Bults |
| 35. Home Private Video | 75. X Granny Tube | 115. HQ Mature Pussy | 155. Home Sex News | 195. Tube Porn MOVS |
| 36. Tube Band | 76. Pipe Porn Tube | 116. Erotic Porn | 156. Fuck Tube | 196. Cloak Tube |
| 37. Hot Voyeur Tube | 77. Sex Tube Here | 117. Xxx Tube Hub | 157. Amateur Tube | 197. Nice Ass |
| 38. Hot Porn Hub | 78. TubeZnur | 118. Sex With Mature | 158. Floosy Tube | 198. Infinite Clips |
| 39. Good-fuck Tube | 79. Caramel Mature | 119. Fuceh | 159. Your GS Tube | 199. The Porn Cafe |
| 40. New Mature Tube | 80. Dear Porn Tube | 120. VIP Mature Tube | 160. Porn Movies Here | 200. Lustler |

Disclaimer: 69PornTube.com is a fully automatic adult search engine geared by tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries. 69PornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents: Protect your children from adult content with these services:
Cyber Patrol | Net Nanny | Cyber Sitter

© 2011 Alex2Traffic.com      Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA



www.royalporntube.com

| | | | | |
|---|---|---|---|---|
| 08. Xry War | 48. Direct Porn Tube | 88. Fuck This Mature | 128. Free Sex Emotions | 168. Hq Porn Tube |
| 09. Ah Me Free Sex Tube | 49. Porn Video Spider | 89. TuberX | 129. My Loved Video | 169. Flash Porn Clips |
| 10. Porn Overdose | 50. Ooo-sex | 90. Granny Flash | 130. Tube Dessert | 170. Tube Porn Here |
| 11. Sex Tube FM | 51. Tube Band | 91. ZZ Tube | 131. Troy Porn Tube | 171. Cum Brains |
| 12. Dizzy Juggs | 52. Ok-porn | 92. My Love Hidden Tube | 132. Best Porn Sites | 172. Floozy Tube |
| 13. VIP Mature Tube | 53. Ardent Mums | 93. Porn Tild | 133. Tube Xxx Videos | 173. Porn Stamp |
| 14. Giant Sex Tube | 54. The Movs | 94. The Mature Ladies | 134. Porn Investigation | 174. Elixir Porn Tube |
| 15. My Retro Tube | 55. HQ Mature Tube | 95. Eu Porn Tube | 135. Cac Tube | 175. Tube Bond |
| 16. Tube Porn Fever | 56. Jammy Porn | 96. Fuck-ok | 136. Unseen Porn | 176. Fly Porn Tube |
| 17. Yourmmy Porn Videos | 57. Pretty Nu Tube | 97. Tube Porn Film | 137. 1 Tranny Tube | 177. Prime Porn Tube |
| 18. Porn 2012 Tube | 58. Tube Sex Video | 98. Kiss Porn Tube | 138. Qeobe | 178. Daily BBW Porn |
| 19. Gold Porn Tube | 59. Caramel BBW Tube | 99. The Amateur Tube | 139. Porn Tubes | 179. Porn Clips |
| 20. Beez Tube | 60. New Big Tube | 100. Multi Sex Tube | 140. Porn Navigate | 180. Tube Porn Pages |
| 21. New Shemale Tube | 61. Big Porn TV | 101. Cube Porn Tube | 141. Gust Tube | 181. I Like Tubes |
| 22. Pipe Porn Tube | 62. Bonus Porn Tube | 102. HQ Mature MILF | 142. Tube Porn Diet | 182. Dizzy Tubes |
| 23. Attractive Tube | 63. 777 X Porn | 103. Video X List | 143. Hq Porn Search | 183. Hq Tube Search |
| 24. King Porn Tube | 64. Links Hit | 104. Hd Porn Links | 144. Wad Tube | 184. My Mature Granny |
| 25. Fresh Porn Tube | 65. Xeaxx | 105. Sex With Mature | 145. Fuck Porn Tube | 185. Cash Porn Tube |
| 26. Mr Porn Site | 66. Prehistoric Tube | 106. Home Tube Porn | 146. Tube Spin | 186. Mature Zilla |
| 27. Fuxee | 67. Video Sex Art | 107. Dizzy Babe | 147. Full Porn Tube | 187. Any Tubes |
| 28. Hot Voyeur Tube | 68. Wild Sex Tubes | 108. Porn Movies Here | 148. Tube For Work | 188. Ass Fucking |
| 29. Good-fuck Tube | 69. Alex Pix Tube | 109. Spicy Tranny | 149. HQ Vintage Tube | 189. Bat Porn |
| 30. Tube Charm | 70. Stop-sex Tube | 110. USA Porn TV | 150. Tube Porn Mix | 190. Fap XXX |
| 31. Tube Vector | 71. New Cool Tube | 111. Hd Porn Hub | 151. Tube Porn Now | 191. Tube Invasion |
| 32. Infinite Tube | 72. Tube-ok | 112. Charming Tranny | 152. Movies Lane | 192. Banged Tube |
| 33. Erosexus Tube | 73. Tube Porn City | 113. My Hard Archive Tube | 153. Midnight Fever | 193. Porn Tube News |
| 34. Tube Pleasure | 74. Tasty Movie | 114. VIVA Gals | 154. Tube Adult Movies | 194. Dizzy Sex |
| 35. HQ Mature Pussy | 75. Ruler Tube | 115. X Granny Tube | 155. 69 FLV | 195. Full Porn Online |
| 36. New Mature Tube | 76. Caramel Mature | 116. Caramel Tube | 156. Rich Porn Tube | 196. I Porn Movs |
| 37. TubeZsur | 77. Sex Porn Tube | 117. Abc Porn Search | 157. Dub Porn | 197. Tranny Maids |
| 38. Cuming Tube | 78. E-tuber | 118. Porno Jo | 158. X MILF TV | 198. Spicy Big Tits |
| 39. Tube Lady | 79. Porn Lab | 119. Clear Porn Tube | 159. Tube Porn Clips | 199. Stale Moms |
| 40. All Of MILFs | 80. Fat Mom Tube | 120. New Hot Tube | 160. Video X Search | 200. Inrya Tube |



- Tranny Tube - Mature Tube - Free Porn

**Disclaimer:** RoyalPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.

RoyalPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2011 AlexzZ-Traffic.com

Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA

www.bookporntube.com





www.cubeporntube.com

04. Tube Lady
05. Great Tube Porn
06. Direct Porn Tube
07. Zzz Porn Tube
08. Tube Splash
09. Ah Me Free Sex Tube
10. My Loved Tube
11. Infinite Tube
12. Real Fuck Tube
13. Porn Overdose
14. TubeZaur
15. Tube Porn Film
16. EZ Tube
17. Eroseaus Tube
18. Tube Spin
19. Elephant Tube List
20. Older Pussy Tube
21. Tasty Blacks
22. Gold Porn Tube
23. Nice Fuck Tube
24. Huge Booty Tube
25. New Big Tube
26. King Porn Tube
27. Pipe Porn Tube
28. Tube Dessert
29. Tasty Movie
30. Hot Mom Tube
31. Tube Porn Mix
32. My 1 Tube
33. Tube Band
34. Attractive Tube
35. Free Tube
36. Lxux
37. Hq Porn Search
38. Big Xxx Tube
39. Tube Cop
40. Fuck-ok

44. Free Tube Sex
45. Domino Tube
46. Tube Vector
47. New Cool Tube
48. My Retro Tube
49. Sex Video Tape
50. Cum Brains
51. Tube Xxx Videos
52. New Shemale Tube
53. Qeebe
54. Sex Tube Films
55. Naked Amateur Tube
56. HQ Mature MILF
57. Mr Porn Site
58. Home Tube Porn
59. Fuck Tube
60. Stop-sex Tube
61. Prehistoric Tube
62. The Mature Ladies
63. HQ Vintage Tube
64. VIP Mature Tube
65. HQ Mature Pussy
66. My Hard Archive Tube
67. Pretty Nu Tube
68. My Hard Phocus Tube
69. Ardent Mums
70. Xxx Tube Monster
71. My Sex Porn
72. Tube Porn Fever
73. Great Porn Sex
74. Big Porn Tv
75. Fresh Porn Clips
76. Last Porn Tube
77. Tube-ok
78. Tube Invasion
79. Kiss Porn Tube
80. Hardcore Sex

84. Sex Tube Here
85. Alex Pix Tube
86. Hq Porn Links
87. Tube Reserve
88. Tube Porn City
89. Full Xxx Tube
90. Porn Free Porn
91. Caramel BBW Tube
92. Dss Porn Tube
93. VIVA Gals
94. See-tube
95. Retro Tube Clips
96. Real Home Made
97. Free Porn
98. Bonus Porn Tube
99. Xy War
100. Twilight Sex
101. Jim Porn Tube
102. Tube X Video
103. Fresh Porn Tube
104. Caramel Mature
105. Home Sex News
106. Book Porn Tube
107. Royal Porn Tube
108. Porno Bistro Tube
109. 1 Tranny Tube
110. Sex Tube Store
111. I Like Tubes
112. New Mature Tube
113. Amateur Tube
114. Dear Porn Tube
115. Mature Zilla
116. Spicy Sex Tube
117. Messy Xxx Tube
118. Uncensored Store
119. Tube Sex Video
120. Vataa

124. Banged Tranny
125. Beez Tube
126. Sex With Mature
127. X Granny Tube
128. Porn Movies Here
129. Best Free Tube
130. HQ Mature Tube
131. My Loved Video Tube
132. Tube Adult Movies
133. Eu Porn Tube
134. Adril
135. Cuming Tube
136. Tube Porn Here
137. Fox Porn
138. Cac Tube
139. My Love Hidden Tube
140. Tube Charm
141. Midnight Fever
142. Is Porn Tube
143. Your Porn Videos
144. Porn Movs
145. Rider Tube
146. Stale Moms
147. Spicy Tranny
148. Wad Tube
149. Tubes Here
150. Hot Voyeur Tube
151. My Mature Granny
152. Porn Tiki
153. Gyne Porn Tube
154. Tube Pron Movies
155. Floozy Tube
156. 69 Porn Tube
157. Tranny Maids
158. Bang Porn Tube
159. Xxx Tube Hub
160. Aged Lust

164. Hq Porn Tube
165. Tube For Work
166. Daily BBW Porn
167. Tube Porn Pages
168. Stream Porn
169. Hq Tube Search
170. Fap Xxx Videos
171. Saxy Girls
172. Box Porn Tube
173. Your Porn Tube
174. Free Porn Pig
175. Bulk Porn Tube
176. Sex Videos Porn
177. Mature Tube Lust
178. Inya Tube
179. Stream Porn Tube
180. X MILF TV
181. Fap Movs
182. Porn Tube News
183. Polar Porn
184. Free Porn Tube
185. The Porn Cafe
186. Porngur Videos
187. Large Porn Tube
188. Tube Pleasure
189. 4 Porn
190. Tube Lady
191. Great Tube Porn
192. Direct Porn Tube
193. Zzz Porn Tube
194. Tube Splash
195. Ah Me Free Sex Tube
196. My Loved Tube
197. Infinite Tube
198. Real Fuck Tube
199. Porn Overdose
200. TubeZaur

Disclaimer: CubePornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. Categories is just a list of the most popular search queries entered by surfers. The list of routed phrases is also based on surfing. CubePornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2011 AlexZ-Traffic.com          Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA



Ex. A - p. 131

www.freshporntube.com

## More Free Porn

| 30. Good-fuck Tube | 70. Daily BBW Porn | 110. Cube Porn Tube | 150. The Movs | 190. Tubuz Porn Tube |
|---|---|---|---|---|
| 31. Direct Porn Tube | 71. Erectous Tube | 111. Erotic Hub | 151. 69 Piv | 191. Banged Tranny |
| 32. Mature Tube Porn | 72. Tube Spin | 112. My Loved Tube | 152. Hoe Porn Tube | 192. Alex Porn |
| 33. Piga Tube | 73. Aged Lust | 113. Big Tits Tube | 153. Fries Tube | 193. Porn Videos Spider |
| 34. Alex Pix Tube | 74. 3 Rat | 114. Twilight Sex | 154. Usa Porn Tv | 194. Hdm Tube |
| 35. Sflax Porn Videos | 75. Warm Pussy Tube | 115. Ardent Nums | 155. 69 Porn Tube | 195. Hq Porn Links |
| 36. Mag Post Tube | 76. Hot Voyeur Tube | 116. Tube For Work | 156. Parsleytube | 196. Tube Video Post |
| 37. Amateur Sex X | 77. 1 Tranny Tube | 117. Watcher Sexy Tube | 157. Tubeum Porn Tube | 197. Isbet Prixxx |
| 38. Swap Clips | 78. Young X Tube | 118. Charming Tranny | 158. Video Porn City | 198. Elite Hd Porn |
| 39. My Retro Tube | 79. Xy War | 119. Ilmy Porn | 159. Abc Porn Search | 199. 69 Tube Galls |
| 40. Tasty Movie | 80. Tube Invasion | 120. Messy Xxx Tube | 160. Hq Porn Search | 200. Big Tits Tube |

3D Porn    3D Thumbs

Amateur Porn    Dirty Home Clips | Next Door Lust | Home Tube Porn

BBW Porn    Daily BBW Porn | Fatty Videos | Heavy Cuties | Fatty Thumbs | HQ Plumpers | More Fatties | My Sweet Fatty | Wild Fatties | Your BBW | Fat Mom Tube

Big Butt Porn    Bottom Cities! Quezze Booty | Spicy Big Butt

Big Cock Porn    Spicy Big Dick

Big Tits Porn    Big Boobs Film | Melons Clips | Charming Tits! | HQ Big Boobs | Touch My Melons | Spicy Big Tits

Ebony Porn    Tasty Blacks | Brown Maids | Sinful Blacks | Spicy Black Girls

Erotic Porn    Erotic Saloon

General Porn    AZ Gals | Best Pics 4 You | Jerk Room | Fresh Porn Clips | Porn Movies Ham | 69 Porn Tube | Bonus Porn Tube | Book Porn Tube | Brox Porn Tube | Direct Porn Tube | Erroneous Tube | Floozy Tube | Fresh Porn Tube | Gold Porn Tube | I Like Tubes | Large Porn Tube | Lust Porn Tube | My Loved Tube | Pipe Porn Tube | Royal Porn Tube | Ruler Tube | Tube Adult Movies | Tube Charm | Tube Dessert | Tube Pleasure | Tube Porn City | Tube Porn Fever | Tube Porn Film | Tube Porn Mix | Tube Porn Movs | Tube Porn Pages | Tube Splash | Tube Vector | TubeZaur | VIVA Gals

Hairy Porn    Hairy Cave | Hairy Corner | Unshaved Cuties

MILF Porn    Cuties Over 30 | Dirty Wife Movies | Lite MILF | Moms Madness | Playful Matures | Spicy Hot Moms | Wifes Filmed | Attractive Moms | Charming MILFs | Deluxe Wifes | Moms Need Dick | 30ELF.tv

Mature Porn    Aged Lust | Aged Maids | Fresh Grannies | Granny Chroma | Granny Porn TV | More Grannies | Older Women TV | Aged Mamas | Alex Matures | Charming Matures | Graceful Mom | Granny Cookies | HQ Oldies | Lewd Granny Pics | Magic Matures | Older Kiss | Porno River | Spicy Older Women | X Granny Tube | Fuck This Mature | Granny Flash | HQ Mature MILF | HQ Mature Pussy | HQ Mature Tube | Mature Tube Lust | My Mature Granny | New Mature Tube | See With Mature | The Mature Ladies | VIP Mature Tube

Mature/Multiniche Porn    Banged Mamas | Graceful Milf | Moms Ecstasy | Women In Years

Porn Stars Porn    Sinful Porn Stars

Shemale Porn    T-Girls Movies | Tranny Hussy | Tranny Maids | Lust Of Tranny | My Sexy Tranny | Trans Thumbs | 1 Tranny Tube | Banged Tranny | Charming Tranny | New Shemale Tube! | Spicy Tranny

Toon Porn    Frisky Toons | HQ Toons | Hello Toons | Toon Berry | Toon Gold | Toons Band

Vintage Porn    HQ Vintage Tube | My Retro Tube | Retro Tube | Retro Gold Clips

Porn Tube - Tranny Tube - Mature Tube - Porn - Free Porn

Disclaimer: FreshPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.

FreshPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2009-2012 AtoZ-Traffic.com          Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA





www.lustporntube.com

| | | | |
|---|---|---|---|
| 30. J-sux | 70. Salute Tube | 110. Home Fuck Clips | 150. Swap Clips | 190. Droit Porn Tube |
| 31. Cuming Tube | 71. Video X List | 111. Cube Porn Tube | 151. Agent Run | 191. You Hd Porn |
| 32. Tube Lady | 72. Ardent Mums | 112. Prehistoric Tube | 152. Busty Cats | 192. Nora Porn |
| 33. Pipe Porn Tube | 73. Pretty Nu Tube | 113. Porn Movies Here | 153. Like Porn Tube | 193. Toborui Porn Tube |
| 34. Pink Dino | 74. New Shemale Tube | 114. Bang Porn Tube | 154. Hq Porn Links | 194. Hd Tube Clips |
| 35. Stop-sex Tube | 75. Ruler Tube | 115. Fuck-ok | 155. VIVA Gals | 195. Hq Tube Search |
| 36. New Amateur Tube | 76. Tubejum Porn Tube | 116. Tube Porn Here | 156. Tranny Maids | 196. Erosexus Tube |
| 37. Mag Post Tube | 77. Bonus Porn Tube | 117. Caramel BBW Tube | 157. Movies Lane | 197. Monsta Tube |
| 38. HQ Mature Tube | 78. Fat Mom Tube | 118. Max Sex Tube | 158. Lustier Tube | 198. Monkey Porn Tube |
| 39. Porn Overdose | 79. Mature Tube Lust | 119. Tube Porn Now | 159. Attractive Tube | 199. Jerk Mania |
| 40. Mashas Tube | 80. New Cool Tube | 120. My 1 Tube | 160. Your Home Vids | 200. Porn Tiki |

## More Free Porn

3D Thumbs

**3D Porn** 3D Thumbs

**Amateur Porn** Dirty Home Clips | Next Door Lust | Home Tube Porn

**BBW Porn** Daily BBW Porn | Fatty Videos | Heavy Cuties | Fatty Thumbs | HQ Plumpers | Mons Fatties | My Sweet Fatty | Wild Fatties | Your BBW | Fat Mom Tube

**Big Butt Porn** Bottom Clips | Outsize Booty | Spicy Big Butt

**Big Cock Porn** Spicy Big Dick

**Big Tits Porn** Big Boobs Film | Melons Clips | Charming Tits | HQ Big Boobs | Touch My Melons | Spicy Big Tits

**Ebony Porn** Tasty Blacks | Brown Maids | Sinful Blacks | Spicy Black Girls

**Erotic Porn** Erotic Saloon

**General Porn** AZ Gals | Best Pics 4 You | Jerk Room | Fresh Porn Clips | Porn Movies Here | 69 Porn Tube | Bonus Porn Tube | Book Porn Tube | Box Porn Tube | Direct Porn Tube | Erosexus Tube | Floozy Tube | Fresh Porn Tube | Gold Porn Tube | I Like Tubes | Large Porn Tube | Lust Porn Tube | My Loved Tube | Pipe Porn Tube | Royal Porn Tube | Ruler Tube | Tube Adult Movies | Tube Charm | Tube Dessert | Tube Invasion | Tube Pleasure | Tube Porn City | Tube Porn Fever | Tube Porn Film | Tube Porn Mix | Tube Porn Move | Tube Porn Pages | Tube Splash | Tube Vector | Tube2Zavr | VIVA Gals

**Hairy Porn** Hairy Cava | Hairy Corner | Unshaved Cuties

**MILF Porn** Cuties Over 30 | Dirty Wife Movies | Like MILF | Moms Maddness | Playful Matures | Spicy Hot Moms | Wifes Filmed | Attractive Moms | Charming MILFs | Deluxe Wifes | Moms Need Dick | XMILF.tv

**Mature Porn** Aged Lust | Aged Maids | Fresh Grannies | Granny Cinema | Granny Porn TV | More Grannies | Older Women TV | Aged Mamas | Alex Matures | Charming Matures | Graceful Mom | Grammy Cookies | HQ Oldies | Lewd Granny Pics | Magic Matures | Older Kiss | Porno River | Spicy Older Women | X Granny Tube | Fuck This Mature | Granny Flash | HQ Mature MILF | HQ Mature Pussy | HQ Mature Tube | Mature Tube Lust | My Mature Granny | New Mature Tube | Sex Wild Mature | The Mature Ladies | VIP Mature Tube

**Mature/Multiniche Porn** Banged Mamas | Graceful Milf | Moms Ecstasy | Women In Years

**Porn Stars Porn** Sinful Porn Stars

**Shemale Porn** T-Girls Movies | Tranny Hussy | Tranny Maids | Lust Of Tranny | My Sexy Tranny | Trans Thumbs | 1 Tranny Tube | Banged Tranny | Charming Tranny | New Shemale Tube | Spicy Tranny

**Toon Porn** Frisky Toons | HQ Toons | Hello Toons | Toon Berry | Toon Gold | Toons Band

**Vintage Porn** HQ Vintage Tube | My Retro Tube | Retro Tube Clips

Disclaimer: LustPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.

LustPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2009-2012 AtoZ-Traffic.com          Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA



let your



www.bonusporntube.com

## More Free Porn

| | | | | |
|---|---|---|---|---|
| 31. Tube Kitty | 71. Porn Movies Here | 111. Saluto Tube | 151. Baxy Porn | 191. Im Porn Tube |
| 32. Tube Office | 72. Free Porn Collection | 112. Caramel Tube | 152. Caramel BBW Tube | 192. Clean Tube Porn |
| 33. Tube Mix | 73. 4 Porn | 113. First Sex Tube | 153. Box Porn Tube | 193. Tranny Maids |
| 34. Tube Porn Mix | 74. Floozy Tube | 114. Extra Videos | 154. Tube Dessert | 194. Inry3 Tube |
| 35. Porn Tube Archive | 75. Tube Porn City | 115. Movies Lane | 155. Tube Sex Video | 195. Fap XXX |
| 36. Good-fuck Tube | 76. All Of Milfs | 116. Video X List | 156. Tube Prince | 196. Hq Tube Search |
| 37. My Loved Video | 77. Book Porn Tube | 117. Hq Porn Search | 157. Tube Traveler | 197. Big Tits Tube |
| 38. My Loved Tube | 78. Fuck Vids | 118. USA Porn TV | 158. Yuck Porn | 198. Cheeseburger Tube |
| 39. Free Tube Cats | 79. Tube Invasion | 119. Go Porns | 159. Oops Movies | 199. Dron Porn Tube |
| 40.9 Taxi | 80. Tasty Movie | 120. Nugget Tube | 160. Porn Video Scout | 200. You Hd Porn |

## More Free Porn

**3D Porn** 3D Thumbs

**Amateur Porn** Dirty Home Clips | Next Door Lust | Home Tube Porn

**BBW Porn** Daily BBW Porn | Fatty Videos | Heavy Cruises | Fatty Thumbs | HD Plumpers | More Fatties | My Sweet Fatty | Wild Fatties | Your BBW | Fat Mom Tube

**Big Butt Porn** Bottom Clips | Outsize Booty | Spicy Big Butt

**Big Cock Porn** Spicy Big Dick

**Big Tits Porn** Big Boobs Film | Melons Clips | Charming Tits | HQ Big Boobs | Touch My Melons | Spicy Big Tits

**Ebony Porn** Tasty Blacks | Brown Maids | Sinful Blacks | Spicy Black Girls

**Erotic Porn** Erotic Saloon

**General Porn** AZ Gals | Best Pics 4 You | Jerk Room | Fresh Porn Clips | Porn Movies Here | 69 Porn Tube | Bonus Porn Tube | Book Porn Tube | Direct Porn Tube | Eroxeous Tube | Floozy Tube | Fresh Porn Tube | Gold Porn Tube | I Like Nude | Large Porn Tube | Lust Porn Tube | My Loved Tube | Pipe Porn Tube | Royal Porn Tube | Ruler Tube | Tube Adult Movies | Tube Charm | Tube Desert | Tube Invasion | Tube Pleasure | Tube Porn City | Tube Porn Fever | Tube Porn Film | Tube Porn Mix | Tube Porn Stars | Tube Porn Pages | The Splash | Tube Vector | TubeZzur | VWA Gals

**Hairy Porn** Hairy Cave | Hairy Cozy | Unshaved Cuties

**MILF Porn** Cuties Over Dick | Dirty Wife Movies | Like MILF | MILF Moms Madness | Playful Matures | Spicy Hot Moms | Wifes Filmed | Attractive Moms | Charming MILFs | Deluxe Wifes | Moms Need Dick | XXL MILF.tv

**Mature Porn** Aged Lust | Aged Maids | Fresh Grannies | Granny Cinema | Granny Porn TV | More Grannies | Older Women TV | Aged Mamas | Alex Matures | Charming Matures | Graceful Mom | Granny Cookies | Hot Oldies | Loved Granny Pics | Magic Matures | Older Kiss | Porno River | Spicy Older Women | X Granny Tube | Fuck This Mature | Granny Flash | HQ Mature MILF | HQ Mature Pussy | HQ Mature Tube | Mature Tube List | My Mature Granny | New Mature Tube | Sex With Mature | The Mature Ladies | WP Mature Tube

**Mature/Multiniche Porn** Banged Mamas | Graceful Milf | Moms Ecstasy | Women In Years

**Porn Stars Porn** Sinful Porn Stars

**Shemale Porn** T-Girls Movies | Tranny Hussy | Tranny Maids | Lust Of Tranny | My Sexy Tranny | Trans Thumbs | 1 Tranny Tube | Banged Tranny | Charming Tranny | New Shemale Tube | Spicy Tranny

**Toon Porn** Frisky Toons | HQ Toons | Hello Toons | Toon Berry | Toon Gold | Toons Band

**Vintage Porn** HQ Vintage Tube | My Retro Tube | Retro Tube Clips

Porn Tube - Tranny Tube - Mature Tube - Porn

**Disclaimer:** BonusPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categorizes" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.

BonusPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2010-2012 AlexZ-Traffic.com          Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA



let your



≡ www.directporntube.com

| Col 1 | Col 2 | Col 3 | Col 4 |
|---|---|---|---|
| 07. Infinite Tube | 47. Tube Splash | 87. Spicy Sex Tube | 127. Tube Porn City |
| 08. Hot Voyeur Tube | 48. Qeebe | 88. Big Boobs Tube | 128. Kaza Tube |
| 09. Tube Mm | 49. I-sux | 89. Movies Lane | 129. Porn Lab |
| 10. Caramel BBW Tube | 50. First Net Tv | 90. Tube Vector | 130. Aqua Spell |
| 11. Pipe Porn Tube | 51. See-tube | 91. Tube Reserve | 131. Fuck Forces |
| 12. My Loved Tube | 52. Alex Pix Tube | 92. Herd Tube | 132. Attractive Tube |
| 13. Bros Tube | 53. Jasmine Heart | 93. My Love Hidden Tube | 133. Usa Porn Tv |
| 14. Large Porn Tube | 54. E-tuber | 94. Tubes Here | 134. ZZ Tube |
| 15. Floozy Tube | 55. Retro Porn Videos | 95. Eu Porn Tube | 135. Xy War |
| 16. Caramel Tube | 56. Tube Porn Pages | 96. German Porn Tube | 136. Tube Prince |
| 17. Bonus Porn Tube | 57. Tasty Movie | 97. New Cool Tube | 137. Tube Dessert |
| 18. Daily BBW Porn | 58. Grandpas Tube | 98. Kiss Porn Tube | 138. The Movs |
| 19. Tube Pleasure | 59. Tube Porn Mix | 99. Erosexus Tube | 139. My 1 Tube |
| 20. Dirty Amateur Tube | 60. Tubeum Porn Tube | 100. Tube-ok | 140. Tina Matures |
| 21. Spicy Big Butt | 61. Fuck-ok | 101. Tube For Work | 141. 3 Porn |
| 22. Midnight Fever | 62. Prehistoric Tube | 102. Tube Porn Fever | 142. X Share Box |
| 23. My Retro Tube | 63. Beez Tube | 103. New Big Tube | 143. Big Tube |
| 24. Boo Loo Tube | 64. Spicy Xxx Tube | 104. Tube Xxx | 144. Tube Sex Video |
| 25. Tube Invasion | 65. Ore Porn Tube | 105. Knock Tube | 145. Bull Porn |
| 26. Ah Me Free Sex Tube | 66. Celebrity Porn Tube | 106. Wad Tube | 146. Porn Tube News |
| 27. Box Porn Tube | 67. Cum Brains | 107. Hamster Porn | 147. Like Xxx Tube |
| 28. HQ Mature Tube | 68. Tube Adult Movies | 108. Mature Stuff | 148. Bulk Porn Tube |
| 29. Gold Porn Tube | 69. Tube Kong | 109. Bison Porn Tube | 149. Book Porn Tube |
| 30. Fresh Porn Tube | 70. Caramel Mature | 110. Smutpose Tube | 150. VIVA Gals |
| 31. Flamingo Tube | 71. Royal Porn Tube | 111. Cac Tube | 151. Bang Porn Tube |
| 32. Tube Porn Film | 72. Ok-porn | 112. Sex Tube Here | 152. Gust Tube |
| 33. Vataa | 73. Top Milf Stars | 113. Summer Moms | 153. Sex Videos Porn |
| 34. Cuming Tube | 74. Pretty Nu Tube | 114. Das Porn Tube | 154. Master Tubes |
| 35. Ooo-sex | 75. Aged Lust | 115. Bolt Tube | 155. Clean Tube Porn |
| 36. 69 Porn Tube | 76. Dear Porn Tube | 116. Mom Sex | 156. Rated Porn Tube |
| 37. Fuxee | 77. Kex Tube | 117. Mature Zilla | 157. Tube Porn Movs |
| 38. Charming Tranny | 78. Hd Porn Tube | 118. Tube Band | 158. Hq Tube Search |
| 39. Extra Big Boobs | 79. I Like Tubes | 119. Tube Spin | 159. Gyne Tube |
| 40. Good-fuck Tube | 80. 41tube | 120. Oops Movies | 160. Tube Charm |

| Col 5 |
|---|
| 167. Vip Porn Tube |
| 168. Unseen Porn |
| 169. Giant Xxx Tube |
| 170. Tube Peach |
| 171. Abc Porn Search |
| 172. Porn Tube Sex |
| 173. Its Porn Tube |
| 174. Go Porns |
| 175. Hq Porn Search |
| 176. Tubaz Porn Tube |
| 177. Jackal Tube |
| 178. Night Porn Videos |
| 179. Fap XXX |
| 180. 69 Flv |
| 181. |
| 182. Hd Tube Clips |
| 183. Porn Video Spider |
| 184. Porn Video Scout |
| 185. Porno Jo |
| 186. Nora Porn |
| 187. Big Sex List |
| 188. Xxx Tube Hub |
| 189. Hq Porn Links |
| 190. Cloak Tube |
| 191. Math Porn Tube |
| 192. Biggy Tube Movies |
| 193. Porn Free Porn |
| 194. 8 Babe |
| 195. Tubuni Porn Tube |
| 196. Tube Porn Diet |
| 197. Inya Tube |
| 198. Fap Movs |
| 199. Tube Video Post |
| 200. Free Sex Tube |

DirectPornTube.com is a free porn tube site featuring full length streaming sex videos. All the videos are categorized and searchable. New porn videos added daily. So please bookmark this page and visit us tomorrow for fresh portion of free porn.

Disclaimer: DirectPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries. DirectPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2010-2012 AlexZ-Traffic.com                    Trade traffic: | Buy/Sell Traffic | Link removal | Contact us | DMCA

ANNEX 4



Categories | New videos | Adult dating | Download DVDs | 1$ Trial

Select the category

Search videos...

Popular Categories

Ex. A - p. 140

**Big Tits Porn** Big Boobs Film | Melons Clips | Charming Tits | HQ Big Boobs | Touch My Melons | Spicy Big Tits

**Ebony Porn** Tasty Blacks | Brown Maids | Sinful Blacks | Spicy Black Girls

**Erotic Porn** Erotic Saloon

**General Porn** AZ Gals | Best Pics 4 You | Jerk Room | Fresh Porn Clips | Porn Movies Here | 69 Porn Tube | Bonus Porn Tube | Book Porn Tube | Box Porn Tube | Direct Porn Tube | Erosexus Tube | Floozy Tube | Fresh Porn Tube | Gold Porn Tube | I Like Tubes | Large Porn Tube | Lust Porn Tube | My Loved Tube | Pipe Porn Tube | Royal Porn Tube | Ruler Tube | Tube Adult Movies | Tube Charm | Tube Dessert | Tube Invasion | Tube Pleasure | Tube Porn City | Tube Porn Fever | Tube Porn Film | Tube Porn Mix | Tube Porn Movs | Tube Porn Pages | Tube Splash | Tube Vector | TubeZaur | VIVA Gals

**Hairy Porn** Hairy Cave | Hairy Corner | Unshaved Cuties

**MILF Porn** Cuties Over 30 | Dirty Wife Movies | Like MILF | Moms Madness | Playful Matures | Spicy Hot Moms | Wifes Filmed | Attractive Moms | Charming MILFs | Deluxe Wifes | Moms Need Dick | XMILF.tv

**Mature Porn** Aged Lust | Aged Maids | Fresh Grannies | Granny Cinema | Granny Porn TV | More Grannies | Older Women TV | Aged Mamas | Alex Matures | Charming Matures | Graceful Mom | Granny Cookies | HQ Oldies | Lewd Granny Pics | Magic Matures | Older Kiss | Porno River | Spicy Older Women | X Granny Tube | Fuck This Mature | Granny Flash | HQ Mature MILF | HQ Mature Pussy | HQ Mature Tube | Mature Tube Lust | HQ Mature Granny | New Mature Tube | Sex With Mature | The Mature Ladies | VIP Mature Tube

**Mature/Multiniche Porn** Banged Mamas | Graceful Milf | Moms Ecstasy | Women In Years

**Porn Stars Porn** Sinful Porn Stars

**Shemale Porn** T-Girls Movies | Tranny Hussy | Tranny Maids | Lust Of Tranny | My Sexy Tranny | Trans Thumbs | 1 Tranny Tube | Banged Tranny | Charming Tranny | New Shemale Tube | Spicy Tranny

**Toon Porn** Frisky Toons | HQ Toons | Hello Toons | Toon Berry | Toon Gold | Toons Band

**Vintage Porn** HQ Vintage Tube | My Retro Tube | Retro Tube Clips

 Porn Tube - Tranny Tube - Mature Tube - Double Penetration

**Disclaimer:** GoldPornTube.com is a fully automatic adult search engine focused on free porn tube clips. We do not own, produce or host the videos displayed on this website. All of the videos displayed on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider script. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.

GoldPornTube.com has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter

© 2009-2012 AlexZ-Traffic.com    Trade traffic | Buy/Sell Traffic | Link removal | Contact us | DMCA





# www.alexz-traffic.com

Traffic trade | Link removal | Abuse | Contact us

## BBW Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|---|---|---|---|---|
| fattythumbs.com | Fatty Thumbs | Thumb TGP | Alexa | ☐ signup |
| hqplumpers.com | HQ Plumpers | Thumb TGP | Alexa | ☐ signup |
| morefatties.com | More Fatties | Thumb TGP | Alexa | ☐ signup |
| mysweetfatty.com | My Sweet Fatty | Thumb TGP | Alexa | ☐ signup |
| wildfatties.com | Wild Fatties | Thumb TGP | Alexa | ☐ signup |
| yourbbw.com | Your BBW | Thumb TGP | Alexa | ☐ signup |

## Ebony Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|---|---|---|---|---|
| brownmaids.com | Brown Maids | Thumb TGP | Alexa | ☐ signup |
| sinfulblacks.com | Sinful Blacks | Thumb TGP | Alexa | ☐ signup |
| spicyblackgirls.com | Spicy Black Girls | Thumb TGP | Alexa | ☐ signup |

## General Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|---|---|---|---|---|
| azgals.com | AZ Gals | Thumb TGP | Alexa | ☐ signup |
| bestpics4you.com | Best Pics 4 You | Thumb TGP | Alexa | ☐ signup |
| jerkroom.com | Jerk Room | Thumb TGP | Alexa | ☐ signup |

| URL: | Title: | Type: | Traffic: | Trade: |
|---|---|---|---|---|
| midnightfever.com | Midnight Fever | TUBE | Alexa | ☐ signup |
| porntiki.com | Porn Tiki | TUBE | Alexa | ☐ signup |

## Hairy Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|---|---|---|---|---|
| hairycave.com | Hairy Cave | Thumb TGP | Alexa | ☐ signup |
| hairycorner.com | Hairy Corner | Thumb TGP | Alexa | ☐ signup |
| unshavedcuties.com | Unshaved Cuties | Thumb TGP | Alexa | ☐ signup |

## Mature Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|---|---|---|---|---|
| agedmamas.com | Aged Mamas | Thumb TGP | Alexa | ☐ signup |
| alexmatures.com | Alex Matures | Thumb TGP | Alexa | ☐ signup |
| bangedmamas.com | Banged Mamas | Thumb TGP | Alexa | ☐ signup |
| deluxewifes.com | Deluxe Wifes | Thumb TGP | Alexa | ☐ signup |
| gracefulmilf.com | Graceful MILF | Thumb TGP | Alexa | ☐ signup |
| gracefulmom.com | Graceful Mom | Thumb TGP | Alexa | ☐ signup |
| magicmatures.com | Magic Matures | Thumb TGP | Alexa | ☐ signup |
| momsecstasy.com | Moms Ecstasy | Thumb TGP | Alexa | ☐ signup |
| olderkiss.com | Older Kiss | Thumb TGP | Alexa | ☐ signup |
| womeninyears.com | Women In Years | Thumb TGP | Alexa | ☐ signup |
| maturezilla.com | Mature Zilla | TUBE | Alexa | ☐ signup |

## Shemale Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|---|---|---|---|---|

| URL | Title | Type | Traffic | Trade |
|---|---|---|---|---|
| lustoftranny.com | Lust Of Tranny | Thumb TGP | Alexa | ☐ signup |
| transpleasure.com | Trans Pleasure | Thumb TGP | Alexa | ☐ signup |

## Toon Sites:

| URL: | Title: | Type: | Traffic: | Trade: |
|---|---|---|---|---|
| friskytoons.com | Frisky Toons | Thumb TGP | Alexa | ☐ signup |
| hellotoons.com | Hello Toons | Thumb TGP | Alexa | ☐ signup |
| hqtoons.com | HQ Toons | Thumb TGP | Alexa | ☐ signup |
| toonberry.com | Toon Berry | Thumb TGP | Alexa | ☐ signup |
| toongold.com | Toon Gold | Thumb TGP | Alexa | ☐ signup |
| toonsband.com | Toons Band | Thumb TGP | Alexa | ☐ signup |

**Signup for trade**

**Trade rules:**

1. No illegal sites.
2. No sites with young looking models. Feed your site with some mature traffic. It helps.
3. No consoles/popunders.
4. No subdomains, IPs, freehosts, any country or language redirect.
5. Please don't send me a lot of China, Turkey, Egypt, India, etc. traffic. Visitors from bad countries just not counted.
6. Your site must have visible toplist. And you must have 50-100 trades already.
7. I prefer not to trade with sites with thumbs over 240x180.
8. Minimal skim is 60%
9. Your productivity must be over 120% (including clicks to galleries). I will remove trades with productivity under 100% WITHOUT NOTICE!!!
10. New trades are disabled by default. Just send 100-150 hits in 24 hours and I will review your site.

E-Mail: **webmaster(AT)alexz-traffic(DOT)com**

Trade with          Please select the sites

Domain

Url

Title

Email

ICQ

Nickname

Password

Short description

Add Trade

ANNEX 5

**DomainTools**

You are logged in as mike_3653    Upgrade Your Account | Log out | Help

Enter search term...    Whois Search    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Whois History for Porntube.com on 2007-12-28



Enter a domain name to get its history

Domain Name: porntube.com    (Search)

« Previous                                                    Next »

**Domain:**        porntube.com - Whois History
**Cache Date:**    2007-12-28
**Registrar:**     GODADDY.COM, INC.
**Server:**        whois.godaddy.com
**Created:**       2004-11-29
**Updated:**       2007-05-08
**Expires:**       2011-11-29
**Reverse Whois:** Click on an email address we found in this whois record
                   to see which other domains the registrant is associated with:
                   domains1@emcideas.com

Registrant:
    EMC Ideas, Inc.
    3501 Rt. 42
    Unit 7A, #148
    Turnersville, New Jersey 08012
    United States

Domain Name: PORNTUBE.COM
    Created on: 29-Nov-04
    Expires on: 29-Nov-11
    Last Updated on:

Administrative Contact:
    Solutions, Search   domains1@emcideas.com
    EMC Ideas, Inc.
    3501 Rt. 42
    Unit 7A, #148
    Turnersville, New Jersey 08012
    United States
    3236174594    Fax --

Technical Contact:
    Solutions, Search   domains1@emcideas.com
    EMC Ideas, Inc.
    3501 Rt. 42
    Unit 7A, #148
    Turnersville, New Jersey 08012
    United States
    3236174594    Fax --

Domain servers in listed order:
    NS1.NATIONALNET.COM
    NS2.NATIONALNET.COM

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

Ex. A - p. 147

ANNEX 6



INTERNET ARCHIVE
**WayBackMachine** BETA

http://porntube.com/          Go          7/2/06     JUN

**511 captures**                                              ◄
2 Jul 06 - 30 Apr 11                                    2005

Looking for something?          NOW! | INTERESTED IN THIS DOMAIN?
We can help you find it!

Porntube.com



### RELATED SEARCHES

ADULT SITE

PORN

HOT BLONDES

LIVE PORN

AMATEUR PORN

BLACK BOOTY

ANAL PORN

HOT COLLEGE GIRLS

FREE XXX

ADULT DATING

SEXUAL ENHANCEMENT

SEX SHOP

BUY ADULT DVDS

## WELCOME TO Porntube.com

We can help you find information related to
**Porntube**. Or, try one of these related links: Adult
Site, Porn, Hot Blondes

If you find our site useful make sure to Bookmark
us!

## POPULAR CATEGORIES

**Porn Sites**
Free Porn
Hot College
Girls
Asian Porn
Blowjobs

**Anal**
Fisting
Anal Orgy
Virgin Porn
Butt Sex

**Niche**
BBW
Lesbian
Amateur
Black Girls

**Gay Sites**
Gay Porn
Straight Guys
Gay Twinks
Transsexuals

**Fetish Sites**
Fetish Porn
Peeing
FootFetish
Cum

**Dating**
Adult Dating
Singles
Webcams
Gay Dating

**Chat**
Live Chat
Chatrooms
Cybersex
Gay Chat

**DVDs/Sex Stores**
Adult DVDs
Vintage Erotica
Sex Toys
Vibrators

**Penis Enlargement**
Penis Pumps
Viagra
MagnaRX
Penis Extender

© 2006 ALL RIGHTS RESERVED, SEARCH DIRECTORY
PROVIDED BY PREMIUMTRAFFIC.COM

Welcome to Porntube.com Search Page          http://web.archive.org/web/20060815174828/http://www.porntube.com/



http://www.porntube.com/          Go          JUL

511 captures
2 Jul 06 - 30 Apr 11          2005

**Welcome to Porntube.com! We hope you find everything from Hot Adult Sites and Live Cams to Adult DVDs and Erotic Personals and everything else relating to your wildest fantasies**

ADULT SITE
PORNOGRAPHY
HOT BLONDES
LIVE PORNOGRAPHY
AMATEUR PORNOGRAPHY
BLACK BOOTY
ANAL PORNOGRAPHY
HOT COLLEGE GIRLS
FREE XXX
ADULT DATING
SEXUAL ENHANCEMENT
SEX SHOP
BUY ADULT DVDS

**Make this your Home Page**

**Bookmark Us**

**Sponsored Listings**

**Free Porn Guaranteed**
Use us to find your favorite 100% Free XXX Porn!
http://Freepassfinder.com

**Stephen's free webcam.**
Hi, i'm 22, gay and love to show myself on cam. Check out my website
http://stephencam.com

**Look at My Amateur Webcam**
I'm a cute amateur girl home alone and you can watch my cam for free.
http://cutewebcamgirl.com

**Gay College Sex Parties**
Official Gay College Sex Parties latest Gay Porn Videos $2.95 Aff.
http://www.GayCollegeSexParties.com

**Amateur Homemade Movies**
Watch private homemade videos. Real couples around the world!
http://www.realhomemovies.com

**Color Climax Magazines**
Ero, Silwa, Private, Busen, Rodox Porn Magazines for Sale 60s-70s-80s
http://www.yurmag.com

**100% Free Black Porn**
Don't get ripped off. We offer guaranteed Free Porn!
http://Pornohandbook.com

**Intimate Anonymous Sex**

http://web.archive.org/web/20060815174828/http://www.porntube.com/

INTERNET ARCHIVE
WayBackMachine

**511 captures**

2 Jul 06 - 30 Apr 11

Go

JUL

2005

Search

© 2006 ALL RIGHTS RESERVED, SEARCH DIRECTORY PROVIDED BY
**PREMIUMTRAFFIC.COM**

2/2/2012 4:05 PM



http://web.archive.org/web/20070101200426/http://www.porntube.com/

1/1/07

HOME >> NEW ARRIVALS

New Arrivals Spotlight

| | | | |
|---|---|---|---|
| Anal Teen Tryouts 02 | I Know You're Watchin... | Naturally Perfect | Tight and Asian |
| Anal Teen Tryouts 02 | I Know You're Watching #02 | Naturally Perfect | Tight and Asian |

| | | | |
|---|---|---|---|
| F**k My Ass N Make Me... | Big C**k Seductions #14 | Young as They Cum #7 | Big C**ks In Her Litt... |
| F**k My Ass N Make Me Cum #05 | Big C**k Seductions #14 | Young as They Cum #7 | Big C**ks In Her Little Box |

**View All New Arrivals >>**

New Arrivals Top Views

**1. 18 Year Old Pussy 07**

**2. A River Runs Through Her**

**3. Good Girls Doing Bad Things**

**4. Desires of the**

Squirt on my Black C**k



511 captures
2 Jul 06 - 30 Apr 11

Go

NOV ◄
2006

## Recommended Items

### Desires of the Innocent

These girls may look innocent but they are ravenous sex machines. They love to have their pussies spread wide by big c**ks and their faces smeared with cum. Young, Beautiful and so very nasty. Another hit from DDF.

★★★★★

**Starring:** Zara, Irina, Kelli, Davina, Angie Scott

### Teen Tryouts 08

★★★★★

**Starring:** Alice, Bobbi Barrington, Brandi Lyons, Gia Regency, Mia Starr, Princess

### Big Black P.O.V.

It's big and it's f*cking black! Wanna see through the eyes of a black adonis as he plows through five white Euro-slut p*ssies? Like we have to ask!!! One after the other, righteously f*ckable whores...

★★★★★

**Starring:** Carmen, Carol Weiss, Kim, Victoria Sweetrose, Violet

View All New Arrivals >

| About All Adult Channel | Customer Service | Contact Us | Privacy Policy | Terms of Use | Webmasters |
©2006 AllAdultChannel. All rights reserved.
18 U.S.C. Section 2257 Compliance Notice



http://www.porntube.com/                                        12/25/06        NOV

511 captures                                                                    2005
2 Jul 06 - 30 Apr 11

PORN TUBE                                           Sign In | Customer Service

Watch on your TV  |  How it Works  |  My Account  |  Get Free Minutes!

HOME >> NEW ARRIVALS

New Arrivals Spotlight

| Double Teamed #02 | Internal Violations 04 | Big Toys No Boys 03 | Girls on Girls #02 |
| Double Teamed #02 | Internal Violations 04 | Big Toys No Boys 03 | Girls on Girls #02 |

| Squirt on my Black C**k | Wonderland (New Sensa... | Teen Tryouts 26 | Swallow Me POV #3 |
| Squirt on my Black C**k | Wonderland (New Sensations) | Teen Tryouts 26 | Swallow Me POV #3 |

**View All New Arrivals >>**

**New Arrivals Top Views**

1. **18 Year Old Pussy 07**
2. **Watch Me Cum**
3. **A River Runs Through Her**          In Your Mouth and On Your Face 02
4. **Big C**k Seductions #12**
5. **Good Girls**



## Recommended Items

### Black on Black Crime 06

These black bitches can't stop taking on black c*ck! The BLACK ON BLACK CRIME attack is back!!! No hole goes untapped in these five nasty ass scenes of hardcore action! Once you go black on black, yo...

★★★★★

**Starring**: Adina Jewel, Chyanne Jacobs, Kapri Styles, Lexi Cruz, Roxy Reynolds

### Big C**k Seductions #16

A sultry selection of salacious sluts getting slammed silly. Hardcore erotica that captures the passion and the beauty of raw powerful sex. Director Amigo Sanchez showcases every sweat filled, gaspi...

★★★★★

**Starring**: Cherry Poppers, Heather Hunt, Holly Day, Kurt Lockwood, Mark Ashley, Mr. Pete, Shay Kamar, Vanilla Skye

### Cum Filled Throats #3

THESE GIRLS LOVE TO SWALLOW HUGE LOADS OF CUM! Brand new blonde starlet Kelly Kroft chokes down her first mouthful of cum, then exhales all over her perfect natural tits. Newcomer Satine Diamond ...

★★★★★

**Starring**: Cherry Poppens, Christie, Drew



View All New Arrivals >

About All Adult Channel | Customer Service | Contact Us | Privacy Policy | Terms of Use | Webmasters

©2006 AllAdultChannel. All rights reserved.

18 U.S.C. Section 2257 Compliance Notice





6/30/07

| http://www.porntube.com/ | Go | MAY ◄ |

511 captures
2 Jul 06 - 30 Apr 11

2006



**PornTube**
FUCK YO' COUCH

| SEARCH |

# Main Navigation

- **Free Instant Access**
- Home
- Videos
- Photo Galleries
- Bonus Feeds
- Support
- Login
- Current VOD Members

# Top Videos



## Cream Pie Hunnies

I like girls and I've had sex with over 100 guys, but nothing is more ta...

Watch this Movie



## POV Castin Couch 2



http://www.porntube.com/        Go        OCT

**511 captures**
2 Jul 06 - 30 Apr 11                              ◄ 2006



**Porntube**
FUCK YO' COUCH

SEARCH

# Main Navigation

- **Free Instant Access**
- Home
- Videos
- Bonus Feeds
- Support
- Login

# Top Videos



## Cheatin Housewives

These horny housewives can't stop cheating until their holes are loaded ...

Watch this Movie



## Big Tit Paradise 2

David Christopher (a.k.a. Pussyman) is overwhelmed by huge-titted girls,...

PornTube.com                                    http://web.archive.org/web/20080111093618/http://www.porntube.com/

INTERNET ARCHIVE
**WaybackMachine** BETA

http://www.porntube.com/

**511 captures**
2 Jul 06 - 30 Apr 11

11/08/08
Go

DEC
◄
2007

Logo

Submit Query

# Main Navigation

- **Free Instant Access**
- Home
- Videos
- Bonus Feeds
- Support
- Login

# Top Videos



### Anal Divas In Latex

Gorgeous, ebony divas that are eager and willing to perpetrate some of t...





### Older Women and Younger Women 6

Brooke Hunter & Harmony When Brooke discovers that the young neighbor, ...

Ex. A p. 159



* Straight
* Gay



Logir

sear
Go

/porntube/stylesheets/images/vivid.png

Find It Extras Coming Soon FREE LIFETIME MEMBERSHIP

t

* **Navigation**

* Homepage
* My Favorites
* Newest DVD Releases
* Future DVD Releases
* Studio Listing
* Complete DVD Listing
* **FREE MEMBERSHIP**

* **Categories**

* Amateur
* Anal
* Asian
* BBW
* Big Cock
* Big Tits
* Bisexual
* Blonde
* Blow Job
* Brunette
* Cumshot
* Double Penetration
* Ebony
* Fetish
* Foot Fetish
* Gangbang
* Girl Girl
* Hardcore
* Interracial
* Latina
* Lesbian
* Masturbation

INTERNET ARCHIVE
WaybackMachine BETA

http://www.porntube.com/

511 captures
2 Jul 06 - 30 Apr 11

11/16/08
Go

OCT
◄
2007

- Straight
- Gay



Logi[n]

sear
Go

Find It Extras FREE LIFETIME MEMBERSHIP



- ## Navigation

  - Homepage
  - My Favorites
  - Newest DVD Releases
  - Studio Listing
  - Complete DVD Listing
  - Customer Service
  - **FREE MEMBERSHIP**

- ## Categories

  - Amateur
  - Anal
  - Asian
  - BBW
  - Big Butts
  - Big Cock
  - Big Tits
  - Bisexual
  - Blonde
  - Blow Job
  - Brunette
  - Classic
  - Cream Pie
  - Cumshot
  - Double Penetration
  - Ebony
  - Fetish
  - Foot Fetish

Ex/A-p.4-6 PM

Porn Tube - Free Adult Porn Tube Videos - Free Sex Movies at PornTube.com   http://web.archive.org/web/20100407065353/http://www.porntube.com/

INTERNET ARCHIVE
WaybackMachine

http://www.porntube.com/          Go        FEB   JUN    Close

511 captures                                 4/7/10

2 Jul 06 - 30 Apr 11                   2008  2011    Help

Porn Tube Straight | Shemale | Gay                                Member Log In

Home   Browse Categories   Live Sex   Free Fuck   Sign Up For Free!

Latest Videos    Most Viewed    Highest Rated

## Porn Tube Latest Videos

1 2 3 **4** 5 6 7 8 9 10 … 379

### Geek girl gets to

Geek girl gets to know herself.

8453 Views

Librarian type gal, gets to know

### Sammie Slaps the

Sammie Slaps the Kitty Kat

7825 Views

Sammie has industrial stength

### What Happens in

What Happens in Vega

5672 Views

Veronique Vega is horny so she strips

### All aboard the

All aboard the pussy express!

6960 Views

A couple of horny girls want some

### Anal Masturbation

Anal Masturbation

6445 Views

Sandy Sweet is a dirty little teen slut

### Cassandras Spicy

Cassandras Spicy Taco

6224 Views

Latin pornstar Cassandra Cruz

### She's a cum

She's a cum drink'n slut

9402 Views

Brooke Belle loves a spill. On her face

### Cum in Her Rear

Cum in Her Rear Door

7776 Views

Rita rides a large cock with her ass

### Mikayla Plunders

Mikayla Plunders Her Pussy

4049 Views

Mikayla stokes her delicious pussy to

### Randy pussy play

Randy pussy play

5661 Views

These sexy girls can't keep their

### Staircase pussy

Staircase pussy show with Riley

4024 Views

Miss Shy cums all the way down the

### Big tits and she's

Big tits and she's horny!

10543 Views

This buxom beauty needs some cock

### Riley and her Dildo

Riley and her Dildo

### Ret hot threesome

Ret hot threesome

### Randy Randi

Randy Randi

### Can I please suck

Can I please suck your dick

1 of 2                                                             2/2/2014 4:52 PM

Case 3:13-cv-01045-SI   Document 151-2   Filed 08/07/14   Page 55 of 120

| | | Go | FEB | JUN | Close |
|---|---|---|---|---|---|
| **511 captures** | | | ◄ | ► | |
| 2 Jul 06 - 30 Apr 11 | | | 2008 | 2011 | Help |

| her favorite toy to | in girl and girl and | dances as she | is hungry for cock. |
|---|---|---|---|

1  2  3  4  5  6  7  8  9  10 ... 379

Straight   Shemale   Gay   Join   Login   Home   Live Sex   Free Fuck   Sign Up for Free

Privacy Policy - Terms & Conditions

All persons depicted herein were at 18 years of age at the time of the photography.
U.S.C. 2257 Record-Keeping Requirements Compliance Statement

None of the images appearing on this site were produced by the owners of this site.
18 USC 2257 information is maintained by the producers of such images.

All models appearing are at least 18 years old.

Copyright © 2010 Porn Tube porntube.com, All Rights Reserved.

Porn Tube - Free Adult Porn Tube Videos - Free Sex Movies at PornTube.com   http://web.archive.org/web/20100722161738/http://www.porntube.com/...



7/22/10

INTERNET ARCHIVE
WayBackMachine

http://www.porntube.com/page382.html    Go

7 captures
28 Mar 10 - 24 Oct 10

APR    AUG   Close
◄      ►     Help
2009   2011

Porn Tube Straight | Shemale | Gay                                    Member Log In

**Home    Browse Categories    Live Sex    Free Fuck    Sign Up For Free!**

Latest Videos    Most Viewed    Highest Rated

## Porn Tube Latest Videos

1 ... 377  378  379  380  381  382

### Keeping her face

Keeping her face wet at work

913 Views

This secretary is no stranger to

### Gag On This Cock

Gag On This Cock

704 Views

A babe that wants you to give them

### Stockings are hot!

Stockings are hot!

1199 Views

Dripping wet stockings in the

### Oh Nasty Nesty

Oh Nasty Nesty

1306 Views      ←  Views

Nesty the nympho teen babe gets her

### Little Whorphan

Little Whorphan Annie

1574 Views

Little Whorphan Annie has got to

### Teeny tiny pussy

Teeny tiny pussy vs the big cock

1872 Views

This little lusty teen gets her pussy

### Can you say fuck

Can you say fuck that teen

2219 Views

Tammi is a naughty one, she gotta

### Kristal love cock

Kristal love cock

1385 Views

This sex starved nympho sucks

### Pound My Pussy

Pound My Pussy

1632 Views

A cute brunette babe in pink

### Deeeep Throat

Deeeep Throat Gaggin'

3603 Views

Watch the lovely Acid Rain gagged

### One in the Mouth,

One in the Mouth, One in the Ass

2381 Views

Acid Rain is gagged and stuffed

### Brooke dances

Brooke dances and gets off on the staircase

3613 Views

Hot blonde Brooke Haven dances to

1 ... 377  378  379  380  381  382

Straight   Shemale   Gay   Join   Login   Home   Live Sex   Free Fuck   Sign Up for Free

Ex. A pg 464

Porn Tube - Free Adult Porn Tube Videos - Free Sex Movies at PornTube.com  http://web.archive.org/web/20100722161738/http://www.porntube.com/...

| INTERNET ARCHIVE WayBackMachine | | Go | APR | AUG | Close |
| --- | --- | --- | --- | --- | --- |
| 7 captures | | | ◄ | ► | |
| 28 Mar 10 - 24 Oct 10 | | | 2009 | 2011 | Help |

None of the images appearing on this site were produced by the owners of this site.
18 USC 2257 information is maintained by the producers of such images.

All models appearing are at least 18 years old.

Copyright © 2010 Porn Tube porntube.com, All Rights Reserved.

For advertising inquiries, please email

# ANNEX 7



**United States Patent and Trademark Office**

**Home|Site**
**Index|Search|Guides|Contacts|eBusiness|eBiz**
**alerts|News|Help**

Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 77603111 **Filing Dt:** 10/29/2008 **Reg #:** 3936197 **Reg. Dt:** 03/29/2011

**Registrant:** Tenza Trading

**Mark:** PORNTUBE

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 4480/0595 | **Received:** 02/16/2011 | **Recorded:** 02/16/2011 | **Pages:** 2 |

**Conveyance:** ASSIGNMENT OF AN UNDIVIDED PART OF ASSIGNORS INTEREST

**Assignor:** EMC IDEAS, INC.                **Exec Dt:** 02/16/2011
                                            **Entity Type:** CORPORATION
                                            **Citizenship:** CALIFORNIA

**Assignee:** TENZA TRADING LTD.            **Entity Type:** CORPORATION
            IOANNI STYLIANOU 6              **Citizenship:** CYPRUS
            2ND FLOOR, FLAT 202
            NICOSIA, CYPRUS 2002

**Correspondent:** ANNA M. VRADENBURGH
                THE ECLIPSE GROUP LLP
                6345 BALBOA BLVD., SUITE 325, BLDG 11
                ENCINO, CALIFORNIA 91316

Search Results as of: 01/20/2012 07:02 PM

If you have any comments or questions concerning the data displayed, contact PRD /
Assignments at 571-272-3350. v.2.3
Web interface last modified: Dec 1, 2011 v.2.3

**| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT**

# ANNEX 8



| | Country | |
|---|---|---|
| | Colombia | 408 |
| | Switzerland | 425 |
| | Italy | 460 |
| | Bangladesh | 486 |
| | Hungary | 499 |
| | Spain | 532 |
| | Malaysia | 544 |
| | Portugal | 573 |
| | Canada | 603 |
| | Egypt | 627 |
| | United States | 656 |
| | Algeria | 662 |
| | United Kingdom | 684 |
| | Argentina | 702 |
| | Australia | 709 |
| | Netherlands | 747 |
| | Brazil | 770 |
| | Mexico | 798 |
| | Belgium | 824 |
| | Czech Republic | 838 |
| | Greece | 840 |
| | Sweden | 891 |
| | France | 898 |
| | Romania | 905 |
| | South Korea | 937 |
| | Indonesia | 955 |
| | South Africa | 1,050 |
| | Poland | 1,184 |
| | India | 1,340 |
| | Russia | 2,008 |
| | Pakistan | 2,665 |
| | Japan | 3,096 |

Less

### Top Search Queries for Porntube.com

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | newbie mazzaratie | 0.19% |
| 2 | prontube | 0.14% |
| 3 | alexis texas | 0.09% |
| 4 | tiffany six | 0.06% |
| 5 | pontube | 0.06% |
| 6 | aletta ocean | 0.05% |
| 7 | nicole aniston | 0.04% |

View the complete Search Analytics



Wayback Machine
See how Porntube.com looked in the past

Like porntube.com? Download the Alexa toolbar and access exclusive analytics content.

### Audience Snapshot

Based on internet averages, porntube.com is visited more frequently by **males** who have **no children**, have **no college** education and browse this site from **home**.
Get complete site demographics.

View the full Audience Profile

### Top Search Queries for Porntube.com

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | newbie mazzaratie | 0.19% |
| 2 | prontube | 0.14% |
| 3 | alexis texas | 0.09% |
| 4 | tiffany six | 0.06% |
| 5 | pontube | 0.06% |
| 6 | aletta ocean | 0.05% |
| 7 | nicole aniston | 0.04% |

View the complete Search Analytics

| Company | Help | Alexa Tools for Site Owners | Related Services | |
|---------|------|----------------------------|------------------|---|
| About | Help System | Get a Site Audit for your site | Free Website Content | |
| Jobs | Tour | Create a Custom Toolbar | | |
| | Contact Us | Edit your site listing | | |

Download the Alexa Toolbar!
Privacy Policy | Terms of Use
© Alexa Internet, Inc.
An **amazon**.com company

ANNEX 9



Daily Traffic Rank Trend
porntube.com

Ex. A - p. 173
10/18/2012 3:42 PM

ANNEX 10



Ex. A - p. 175

boobs in face          double dong          gay hentai          maids          realistic

## Sunporno Favorite Free Sites

| | | |
|---|---|---|
| 1. Stream Sex | 26. HQ Sex Tube | 51. qqq Tube |
| 2. Porn.sc | 27. Gold Porn Tube | 52. Tube Real |
| 3. Pornorama | 28. Tube Sex Clips | 53. Real Movies Tube |
| 4. xnxx Movies | 29. 777xPorn | 54. Jump to Vids |
| 5. All Rus Amateurs | 30. Bonus Porn Tube | 55. xxx Box |
| 6. 4porn Tube | 31. Ice Porn | 56. King Porn Tube |
| 7. Twilight Sex | 32. Best Tube Clips | 57. ZZTube |
| 8. xxxl Tube | 33. Tube Mature | 58. Tube Porn City |
| 9. HDM Tube | 34. Tube Chubby | 59. Home Tube Porn |
| 10. Mad Sex Tube | 35. Ah Me Free Sex | 60. SexoDirectory |
| 11. Large Porn Tube | 36. Extra Big Boobs | 61. Im Porn Tube |
| 12. Sex Video Mix | 37. You Sex Tube | 62. Rich Porn Tube |
| 13. Videos Bang | 38. Nude TV | 63. Tube Gigolo |
| 14. Oops Movs | 39. H2 Free Porn | 64. Tuberix |
| 15. Sex Emotions | 40. Porn Ok | 65. Pussy XO |
| 16. May Be Porn | 41. Office sexx | 66. The Live Sex |
| 17. Oh Free Sex | 42. Tube Mayor | 67. 3porn |
| 18. Site name | 43. Arion Movies | 68. 18qt |
| 19. Linkshit | 44. Fresh Porn Clips | 69. OXO tube |
| 20. Tube Lion | 45. Liberty Porno | 70. Tube Office |
| 21. Vids Fucker | 46. Tube Arrest | 71. Porn Tube 43 |
| 22. Teen Jill | 47. Clipgasm | 72. Moon Tubes |
| 23. Stream Sex Clips | 48. Gremlin Tube | 73. Clips Grabber |
| 24. Tube Pleasure | 49. TubeCycle | 74. Qeebe |
| 25. Only XXX Tube | 50. Tubecop | 75. Erosexus |

| |
|---|
| 76. TubeXo |
| 77. Max Raw |
| 78. Sugar Porn |
| 79. General Movs |
| 80. Video Sex Art |
| 81. Bull Porn |
| 82. Fresh Sex Tube |
| 83. Beat My Box |
| 84. Original Tubes |
| 85. Video X List |
| 86. Coffe Tube |
| 87. Video X search |
| 88. Tube Jupiter |
| 89. Wino Porn Tube |
| 90. Tube Dirty |
| 91. Tube Porn Diet |
| 92. Tube Porn X |
| 93. Erotic Hub |
| 94. Dick Porn Tube |
| 95. Glossy Tube |
| 96. hotporntubed |
| 97. Cum Rain |
| 98. Check Movies |
| 99. xxxlf |
| 100. x3xTube |

Disclaimer: All models on this website are 18 years or older. Sun Porno has a zero-tolerance policy against illegal pornography.



Parents - Protect your children from adult content with these services:
Cyber Patrol | Net Nanny | Cyber Sitter

**General info**
FAQ
Terms
DMCA
18 U.S.C. 2257
Record-Keeping Requirements
Compliance Statement
Privacy Policy
Contact us

**Community**
Home
Categories
Photos
Community
Upload a movie

**My profile**
Edit profile
Messages(0)
Favorites
Logout

**Webmasters**
Content partners
Embeds export
Advertise
Make $$$
Trafficholder

ANNEX 11



Ex. A - p. 178

© Copyright 2008 DreamStar-Cash S.L. 4Tube is owned and operated by DreamStar-Cash S.L. All media is copyright of it's respective owners

Upload | 4tube Party 2009 Pictures | RSS/Atom Feed | Twitter | FAQ | Webmasters$$$ | Advertising | OVGuide Adult

Terms of Service | 2257 Statement | Privacy Policy | DMCA | Job Opportunities | Users Login / Sign Up



ANNEX 12

# All Traffic

Nov 3, 2008 - Mar 4, 2013

ALL » SOURCE / MEDIUM: largeporntube.com / referral

% of visits: 1.46%

**Explorer**

Site Usage



● Visits

| | | | | | |
|---|---|---|---|---|---|
| 120,000 | | | | | |
| 60,000 | | | | | |
| January 2009 | January 2010 | January 2011 | January 2012 | January 2013 | |

| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **33,067,790** | **2.06** | **00:02:48** | **57.19%** | **71.87%** |
| % of Total: 1.46% (2,266,513,138) | Site Avg: 5.62 (-63.27%) | Site Avg: 00:05:22 (-47.75%) | Site Avg: 51.29% (11.50%) | Site Avg: 49.44% (45.37%) |

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1. largeporntube.com / referral | **33,067,790** | 2.06 | 00:02:48 | 57.19% | 71.87% |
| | | | | | Rows 1 - 1 of 1 |

© 2013 Google

Ex. A - p. 181

http://www.4tube.com - http://www.4tube.com
www.4tube.com [DEFAULT]

# All Traffic

Nov 3, 2008 - Mar 4, 2013

ALL » SOURCE / MEDIUM: goldporntube.com / referral

% of visits: 1.10%

**Explorer**

Site Usage

Visits

50,000
25,000
January 2009
January 2010
January 2011
January 2012
January 2013

| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **25,000,791** | **1.96** | **00:02:54** | **49.34%** | **71.61%** |
| % of Total: 1.10% (2,266,513,138) | Site Avg: 5.62 (-65.09%) | Site Avg: 00:05:22 (-46.01%) | Site Avg: 51.29% (-3.80%) | Site Avg: 49.44% (44.84%) |

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1. goldporntube.com / referral | **25,000,791** | 1.96 | 00:02:54 | 49.34% | 71.61% |

Rows 1 - 1 of 1

© 2013 Google

http://www.4tube.com - http://www.4tube.com
www.4tube.com [DEFAULT]

# All Traffic

Nov 3, 2008 - Mar 4, 2013

**Explorer**

Site Usage



| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **790,490** | **1.92** | **00:02:45** | **55.67%** | **74.26%** |
| % of Total: 0.03% (2,266,513,138) | Site Avg: 5.52 (-65.81%) | Site Avg: 00:05:22 (-48.65%) | Site Avg: 51.29% (8.53%) | Site Avg: 49.44% (50.19%) |

This data was filtered with the following filter expression: **kissporntube.com**

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  kissporntube.com / referral | **790,460** | 1.92 | 00:02:45 | 55.67% | 74.26% |
| 2.  kissporntube.com. / referral | **15** | 1.40 | 00:00:56 | 20.00% | 86.67% |
| 3.  www.kissporntube.com / referral | **14** | 2.07 | 00:09:03 | 100.00% | 50.00% |
| 4.  kissporntube.com.s29.incloak.com / referral | **1** | 1.00 | 00:00:00 | 100.00% | 100.00% |

Rows 1 - 4 of 4

© 2013 Google

http://www.4tube.com - http://www.4tube.com
www.4tube.com [DEFAULT]

# All Traffic

Nov 3, 2008 - Mar 4, 2013

% of Visits: 100.00%

**Explorer**

Site Usage



● Visits

| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **821,040** | **2.00** | **00:03:08** | **47.73%** | **70.29%** |
| % of Total: 0.04% (2,266,513,138) | Site Avg: 5.62 (-64.47%) | Site Avg: 00:05:22 (-41.64%) | Site Avg: 51.29% (-6.94%) | Site Avg: 49.44% (42.17%) |

▼ This data was filtered with the following filter expression: **boxporntube.com**

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  boxporntube.com / referral | **820,256** | 1.99 | 00:03:08 | 47.73% | 70.30% |
| 2.  boxporntube.com-www.boxporntube.com / referral | **774** | 2.45 | 00:03:49 | 55.68% | 62.53% |
| 3.  www.boxporntube.com / referral | **5** | 2.00 | 00:05:07 | 100.00% | 20.00% |
| 4.  boxporntube.com, / referral | **2** | 1.50 | 00:00:51 | 100.00% | 50.00% |
| 5.  boxporntube.com:80 / referral | **1** | 2.00 | 00:01:29 | 0.00% | 0.00% |
| 6.  boxporntube.com.s30.incloak.com / referral | **1** | 2.00 | 00:01:07 | 100.00% | 0.00% |
| 7.  google.clwww.boxporntube.com / referral | **1** | 1.00 | 00:00:00 | 100.00% | 100.00% |

Rows 1 - 7 of 7

© 2013 Google

http://www.4tube.com - http://www.4tube.com
www.4tube.com [DEFAULT]

# All Traffic

Nov 3, 2008 - Mar 4, 2013

ALL » SOURCE / MEDIUM: pipeporntube.com / referral

% of visits 0.14%

**Explorer**

Site Usage

● Visits



| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **3,135,798** | **1.85** | **00:02:43** | **48.48%** | **74.79%** |
| % of Total: 0.14% (2,266,513,138) | Site Avg: 5.62 (-67.03%) | Site Avg: 00:05:22 (-49.39%) | Site Avg: 51.29% (-5.48%) | Site Avg: 49.44% (51.28%) |

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  pipeporntube.com / referral | **3,135,798** | 1.85 | 00:02:43 | 48.48% | 74.79% |

Rows 1 - 1 of 1

© 2013 Google

# All Traffic

Nov 3, 2008 - Mar 4, 2013

% of visits: 100.00%

**Explorer**

Site Usage

● Visits

20,000

10,000

| January 2009 | January 2010 | January 2011 | January 2012 | January 2013 |

| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **739,014** | **1.99** | **00:02:53** | **54.98%** | **72.65%** |
| % of Total: 0.03% (2,266,513,138) | Site Avg: 5.52 (-64.61%) | Site Avg: 00:05:22 (-46.16%) | Site Avg: 51.29% (7.19%) | Site Avg: 49.44% (46.95%) |

▼ This data was filtered with the following filter expression: **69porntube.com**

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1. 69porntube.com / referral | **738,988** | 1.99 | 00:02:53 | 54.98% | 72.65% |
| 2. www.69porntube.com / referral | **16** | 2.56 | 00:02:39 | 93.75% | 56.25% |
| 3. 69porntube.com. / referral | **5** | 1.20 | 00:02:03 | 40.00% | 80.00% |
| 4. 69porntube.com.s30.incloak.com / referral | **3** | 1.00 | 00:00:00 | 33.33% | 100.00% |
| 5. 69porntube.com / boysfood.com | **1** | 2.00 | 00:02:07 | 0.00% | 0.00% |
| 6. 69porntube.com / referr | **1** | 1.00 | 00:00:00 | 100.00% | 100.00% |

Rows 1 - 6 of 6

© 2013 Google

## All Traffic

Nov 3, 2008 - Mar 4, 2013

% of visits: 100.00%

**Explorer**

Site Usage

**Visits**

| | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| | **812,353** | **2.02** | **00:03:05** | **53.67%** | **71.33%** |
| | % of Total: 0.04% (2,266,513,138) | Site Avg: 5.62 (-64.01%) | Site Avg: 00:05:22 (-42.39%) | Site Avg: 51.29% (4.63%) | Site Avg: 49.44% (44.27%) |

🔻 This data was filtered with the following filter expression: **royalporntube.com**

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1. royalporntube.com / referral | **808,788** | 2.02 | 00:03:05 | 53.64% | 71.35% |
| 2. royalporntube.comwww.royalporntube.com / referral | **3,543** | 2.48 | 00:03:57 | 59.36% | 65.28% |
| 3. www.royalporntube.com / referral | **11** | 1.91 | 00:04:28 | 100.00% | 45.45% |
| 4. royalporntube.com, / referral | **10** | 1.40 | 00:01:57 | 60.00% | 70.00% |
| 5. royalporntube.com.s1.incloak.com / referral | **1** | 1.00 | 00:00:00 | 100.00% | 100.00% |

Rows 1 - 5 of 5

© 2013 Google

# All Traffic

Nov 3, 2008 - Mar 4, 2013

● % of visits: 100.00%

**Explorer**

Site Usage

● Visits



|  | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
|  | **706,395** | **1.96** | **00:02:53** | **51.07%** | **72.62%** |
|  | % of Total: 0.03% (2,266,513,138) | Site Avg: 5.62 (-65.04%) | Site Avg: 00:05:22 (-46.33%) | Site Avg: 51.29% (-0.43%) | Site Avg: 49.44% (46.89%) |

🔽 This data was filtered with the following filter expression: **bookporntube.com**

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  bookporntube.com / referral | **703,097** | 1.96 | 00:02:52 | 51.09% | 72.68% |
| 2.  ww.bookporntube.com / referral | **424** | 10.25 | 00:06:42 | 44.34% | 57.55% |
| 3.  mail.bookporntube.com / referral | **388** | 2.88 | 00:06:27 | 44.33% | 58.51% |
| 4.  bsvhfzh.bookporntube.com / referral | **372** | 2.23 | 00:05:24 | 48.66% | 63.98% |
| 5.  w.bookporntube.com / referral | **369** | 2.33 | 00:04:45 | 47.70% | 56.10% |
| 6.  pop.bookporntube.com / referral | **290** | 6.23 | 00:08:30 | 43.79% | 49.31% |
| 7.  imap.bookporntube.com / referral | **285** | 2.53 | 00:03:53 | 41.05% | 58.25% |
| 8.  uk.bookporntube.com / referral | **195** | 2.13 | 00:03:09 | 47.18% | 70.77% |
| 9.  smtp.bookporntube.com / referral | **184** | 2.46 | 00:05:33 | 52.72% | 60.87% |
| 10.  mx1.bookporntube.com / referral | **144** | 2.18 | 00:04:27 | 54.86% | 61.81% |
| 11.  www.bookporntube.com / referral | **111** | 1.91 | 00:02:47 | 58.56% | 69.37% |
| 12.  news.bookporntube.com / referral | **97** | 1.80 | 00:02:54 | 49.48% | 65.98% |
| 13.  imnhsjf.bookporntube.com / referral | **81** | 2.35 | 00:08:57 | 50.62% | 62.96% |
| 14.  izcfojr.bookporntube.com / referral | **60** | 2.90 | 00:04:39 | 51.67% | 55.00% |
| 15.  lzemurd.bookporntube.com / referral | **46** | 1.85 | 00:02:25 | 73.91% | 60.87% |
| 16.  videos.bookporntube.com / referral | **39** | 1.51 | 00:02:03 | 53.85% | 74.36% |
| 17.  httpwww.bookporntube.com / referral | **37** | 1.35 | 00:01:48 | 70.27% | 83.78% |
| 18.  wwww.bookporntube.com / referral | **27** | 1.56 | 00:02:09 | 74.07% | 77.78% |
| 19.  zdavscs.bookporntube.com / referral | **23** | 1.65 | 00:02:13 | 43.48% | 69.57% |
| 20.  bookporntube.com. / referral | **19** | 1.21 | 00:01:58 | 31.58% | 84.21% |
| 21.  ww35.bookporntube.com / referral | **18** | 1.39 | 00:03:23 | 94.44% | 72.22% |

Ex. A - p. 188

| 26. | queries.bookporntube.com / referral | **8** | 1.12 | 00:00:37 | 37.50% | 87.50% |
| 27. | w.w.w.bookporntube.com / referral | **8** | 1.88 | 00:02:07 | 62.50% | 25.00% |
| 28. | m.bookporntube.com / referral | 5 | 2.40 | 00:09:31 | 40.00% | 40.00% |
| 29. | ww38.bookporntube.com / referral | 5 | 1.60 | 00:03:44 | 60.00% | 40.00% |
| 30. | raw-co.bookporntube.com / referral | 3 | 3.67 | 00:13:28 | 66.67% | 33.33% |
| 31. | jizzhut.com.www.oopsmovs.com.www.bookporntube.com / referral | 2 | 2.00 | 00:13:20 | 100.00% | 50.00% |
| 32. | spiceforguys.com,www.bookporntube.com / referral | 2 | 4.50 | 00:10:06 | 100.00% | 50.00% |
| 33. | bwww.bookporntube.com / referral | 1 | 2.00 | 00:00:08 | 0.00% | 0.00% |
| 34. | google.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 0.00% | 100.00% |
| 35. | google.frvww.bookporntube.com / referral | 1 | 2.00 | 00:00:25 | 0.00% | 0.00% |
| 36. | hpp.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 0.00% | 100.00% |
| 37. | http.bookporntube.com / referral | 1 | 2.00 | 00:00:56 | 100.00% | 0.00% |
| 38. | mtvwww.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 100.00% | 100.00% |
| 39. | video.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 100.00% | 100.00% |
| 40. | ww1.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 100.00% | 100.00% |
| 41. | ww43.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 100.00% | 100.00% |
| 42. | www2.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 100.00% | 100.00% |
| 43. | wwwwww.bookporntube.com / referral | 1 | 1.00 | 00:00:00 | 100.00% | 100.00% |

Rows 1 - 43 of 43

© 2013 Google

http://www.4tube.com - http://www.4tube.com
www.4tube.com [DEFAULT]



# All Traffic

Nov 3, 2008 - Mar 4, 2013

% of visits 100.00%

**Explorer**

Site Usage

● Visits

| | | |
|---|---|---|
| Visits | Pages / Visit | Avg. Visit Duration |
| **888,775** | **1.96** | **00:02:50** |
| % of Total: 0.04% (2,266,513,138) | Site Avg: 5.62 (-65.01%) | Site Avg: 00:05:22 (-47.21%) |

| | |
|---|---|
| % New Visits | Bounce Rate |
| **57.84%** | **71.96%** |
| Site Avg: 51.29% (12.76%) | Site Avg: 49.44% (45.55%) |

▼ This data was filtered with the following filter expression: cubeporntube.com

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1. cubeporntube.com / referral | **888,732** | 1.96 | 00:02:50 | 57.84% | 71.96% |
| 2. www.cubeporntube.com / referral | **31** | 2.48 | 00:03:38 | 100.00% | 32.26% |
| 3. cubeporntube.com. / referral | **7** | 1.43 | 00:01:49 | 28.57% | 71.43% |
| 4. cubeporntube.com.s30.incloak.com / referral | **4** | 1.50 | 00:01:31 | 75.00% | 75.00% |
| 5. cubeporntube.com / referral%7 | **1** | 1.00 | 00:00:00 | 100.00% | 100.00% |

Rows 1 - 5 of 5

© 2013 Google

http://www.4tube.com - http://www.4tube.com
www.4tube.com [DEFAULT]

# All Traffic

Nov 3, 2008 - Mar 4, 2013

ALL » SOURCE / MEDIUM: freshporntube.com / referral

% of visits  0.18%

**Explorer**

Site Usage



● Visits

| | | | | | |
|---|---|---|---|---|---|
| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
| **4,186,331** | **1.85** | **00:02:31** | **50.51%** | **75.68%** |
| % of Total: 0.18% (2,266,513,138) | Site Avg: 5.62 (-67.04%) | Site Avg: 00:05:22 (-52.95%) | Site Avg: 51.29% (-1.52%) | Site Avg: 49.44% (53.07%) |

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  freshporntube.com / referral | **4,186,331** | 1.85 | 00:02:31 | 50.51% | 75.68% |

Rows 1 - 1 of 1

© 2013 Google

http://www.4tube.com - http://www.4tube.com
www.4tube.com [DEFAULT]

## All Traffic

Nov 3, 2008 - Mar 4, 2013

% of visits 100.00%

**Explorer**

Site Usage

● Visits



| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **1,568,179** | **1.84** | **00:02:39** | **50.93%** | **74.55%** |
| % of Total: 0.07% (2,266,513,138) | Site Avg: 5.62 (-67.29%) | Site Avg: 00:05:22 (-50.69%) | Site Avg: 51.29% (-0.71%) | Site Avg: 49.44% (50.78%) |

▼ This data was filtered with the following filter expression: **lustporntube.com**

| | Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|---|
| 1. | lustporntube.com / referral | **1,568,153** | 1.84 | 00:02:39 | 50.93% | 74.55% |
| 2. | www.lustporntube.com / referral | 17 | 1.76 | 00:01:01 | 100.00% | 47.06% |
| 3. | lustporntube. / referral | 7 | 2.00 | 00:01:48 | 42.86% | 71.43% |
| 4. | h!mlwww.lustporntube.com / referral | 1 | 1.00 | 00:00:00 | 100.00% | 100.00% |
| 5. | lustporntube.com.s1.hideme.ru / referral | 1 | 2.00 | 00:00:22 | 100.00% | 0.00% |

Rows 1 - 5 of 5

© 2013 Google

# All Traffic

Nov 3, 2008 - Mar 4, 2013

ALL » SOURCE / MEDIUM: bonusporntube.com / referral

% of visits: 3.19%

**Explorer**

Site Usage

● Visits

8,000

4,000

January 2009    January 2010    January 2011    January 2012    January 2013

| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|--------|---------------|---------------------|--------------|-------------|
| **2,225,468** | **1.86** | **00:02:39** | **46.65%** | **75.40%** |
| % of Total: 0.10% (2,266,513,138) | Site Avg: 5.62 (-66.84%) | Site Avg: 00:05.22 (-50.58%) | Site Avg: 51.29% (-9.04%) | Site Avg: 49.44% (52.50%) |

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|-----------------|--------|---------------|---------------------|--------------|-------------|
| 1.   bonusporntube.com / referral | **2,225,468** | 1.86 | 00:02:39 | 46.65% | 75.40% |

Rows 1 - 1 of 1

© 2013 Google

http://www.4tube.com - http://www.4tube.com
www.4tube.com [DEFAULT]

# All Traffic

Nov 3, 2008 - Mar 4, 2013

ALL » SOURCE / MEDIUM: directporntube.com / referral

% of visits: 0.12%

**Explorer**

Site Usage

● Visits

10,000

5,000

January 2009        January 2010        January 2011        January 2012        January 2013

| Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|
| **2,624,268** | **2.30** | **00:03:05** | **50.97%** | **69.84%** |
| % of Total: 0.12% (2,266,513,138) | Site Avg: 5.62 (-59.12%) | Site Avg: 00:05:22 (-42.56%) | Site Avg: 51.29% (-0.63%) | Site Avg: 49.44% (41.26%) |

| Source / Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|
| 1.  directporntube.com / referral | **2,624,268** | 2.30 | 00:03:05 | 50.97% | 69.84% |

Rows 1 - 1 of 1

© 2013 Google

ANNEX 13

www.porntube.com [DEFAULT]

# Visitors Overview

Sep 24, 2012 - Oct 24, 2012

% of visits: 100.00%

| Overview |
| --- |



## 28,717,997 people visited this site



Unique Visitors: 28,717,997

**57.67%** New Visitor
34,631,570 Visits

**42.33%** Returning Visitor
25,421,874 Visits

view full report

© 2012 Google

# ANNEX 14



## Stats and Pay Rates

| Uniques | $$$ per 1k |
| --- | --- |
| 1 - 10000: | $1.40 |
| 10001 - 25000: | $1.48 |
| 25001 - 50000: | $1.56 |
| 50001+: | $1.60 |

Please contact us for better rates.

## Maximize your profit!



Are you a site owner that's still sending traffic to hosted galleries or paysite tours, waiting for a surfer to sign up before you get paid? Wait no more! Send your traffic to our video pages and get paid per click! This model has proven to outperform sending traffic to hosted galleries by up to 250%! It works very simple. You import your videos into your back-end using our Export or RSS builder, start sending traffic and the cash starts flowing instantly. We pay per unique visitor and we pay for visitors from all countries (unlike some other tube programs!).

We also increase the amount we pay you as you increase the volume you send us. We offer the most competitive rate per 1000 unique visitors!

## Payouts



Our payouts are processed on the 1st and 16th of each month. If those days fall on a weekend or national holiday, the payouts will be processed on the nearest working day. There is a 2 week delay in payouts. (Ie. traffic sent in period of 1-15 January would get paid on February 1st) We currently offer Wire and Paxum as payment options. The minimum payout is set at $100 (or $500 for wire) but you can always raise it to your convenience. If you didn't reach your minimum payout during a period, your earnings will be carried over to the next period until you reach your minimum payout. Sign up today and start earning money!

WHAT ARE YOU WAITING FOR
SIGN UP NOW!

ANNEX 15

# Campaigns

Sep 25, 2012 - Oct 24, 2012



| | Medium | Visits | Pages / Visit | Avg. Visit Duration | % New Visits | Bounce Rate |
|---|---|---|---|---|---|---|
| 1. | campaign | 47,226,209 | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |

© 2012 Google

ANNEX 16

# Location

Sep 24, 2012 - Oct 24, 2012

% of visits: 100.00%

**Map Overlay**

Site Usage



| | Visits | | Pages / Visit | | Avg. Visit Duration | | % New Visits | | Bounce Rate |
|---|---|---|---|---|---|---|---|---|---|
| | **60,053,444**<br>% of Total: 100.00% (60,053,444) | | | | | | | | |

148 ▬▬▬ 11,068,939

| | Country / Territory | Visits ▾ | Visits | Contribution to total: Visits ▾ |
|---|---|---|---|---|
| 1. | ■ United States | **11,068,939** | 18.43% | |
| 2. | ■ Germany | **6,108,813** | 10.17% | |
| 3. | ■ Brazil | **3,733,728** | 6.22% | |
| 4. | ■ Turkey | **2,695,422** | 4.49% | |
| 5. | ■ Italy | **2,453,602** | 4.09% | |
| 6. | ■ United Kingdom | **2,425,874** | 4.04% | |
| 7. | ■ France | **2,301,933** | 3.83% | |
| 8. | ■ Canada | **1,934,394** | 3.22% | |
| 9. | ■ India | **1,797,594** | 2.99% | |
| 10. | ■ Spain | **1,759,359** | 2.93% | |

Rows 1 - 10 of 223

© 2012 Google

ANNEX 17



Publishers Login

Your username | Your password | login

FORGOT YOUR PASSWORD?

## Welcome to our Content Publishing

# Turn your content into traffic

Submit your videos using our easy to use uploader and scheduler. Increase brand exposure and get FREE TRAFFIC in just a few simple steps.



**Sign up now for FREE**
And start uploading files within minutes

### Promo Clips (Under 10 mins):
### Link with affiliate code

Submit your shorter clips and promote your brand within the best converting ad space on PornTube! Get massive traffic and remain in full control of the text and images in your banner. Provide us with the URL to your webmaster program so we can sign-up and grab an affiliate code.



**Signup Now** ➡

### Longer Clips (10 mins and over):
### Link WITHOUT affiliate code

The easiest way to get FREE TRAFFIC!!!

Submit clips with a duration of 10 mins and longer and we'll link straight to your tour WITHOUT our affiliate code, you will get this traffic completely free, NO REVENUE SHARE, no PPS. You keep 100% of the profit all the time!



**Signup Now** ➡

# Try us out!
## First 2 weeks WITHOUT affiliate links!





**Sign up now!**

BACK TO TOP

ANNEX 18



## Advertising on PornTube.com

- **How can I advertise on PornTube?**
  To advertise on PornTube please contact advertising@porntube.com
- **Can I hotlink or use your images?**
  In short, no. Doing so is violating the copyright owner's rights. Please contact the copyright owner for images/content you can use. They're usually more than happy to help you out.

Ex. A - p. 206

ANNEX 19



mobile site      Web    Orange

enhanced by Google

search

change to black page

download Orange toolbar
make this your homepage

• all results   • UK only

shop    your account    email & communicate    mobile services    business    help & support    news    entertainment    lifestyle

## hello, how can Orange help you today?

check your bill          send a free text          see our offers
check your email         upgrade phone or plan     see our phones
top up your phone        back up your contacts     see our plans



### Orange Wednesdays
Treat a mate for free, with 2 for 1 cinema tickets and pizza.

› find out more

---

latest    news    weather    sport    Orange Wednesdays & film

### latest





**Watch Muppets bloopers**
Watch hilarious outtakes from the filming of the Muppets Movie as Kermit & co. mess up



advertisement

We compare every **Savings Account** in the UK

**Get the best rate now** »

WE'RE FREE, INDEPENDENT & COMPARE ALL UK SAVINGS ACCOUNTS

**MoneySupermarket**.com

**news**



**breaking news**
LuizSec's Top Hacker 'Is FBI Double Agent'
Cricket Tycoon Allen Stanford Guilty Of Fraud
Cable Slams Government In Leaked Letter

MP in nose job scandal
Rugby: Wales lose captain
LuizSec hackers arrested
Zeebrugge disaster gallery

**breaking n**
Super Tue
Mum Lose
Child Ben

### film                    quirkies              news

            



**more n**

### trending in search

1. Mystery meteor     5. Ex-footballer stabbed
2. Best car deals     6. Mother's Day gifts
3. Jose Mourinho      7. Prince Harry
4. Spider silk violin 8. Largest UK fox

Find out how to follow breaking news and live events when you're out and about

uk & world

---

## more great stuff from Orange



**Swapables or Partner**
Get free subscriptions to Sky Sports Mobile TV, The Times, or unlimited music

find out more



**Do Some G▒▒▒**
Got five minutes? Take a little time to do stuff that matters from your mobile

find out more



**Home broad▒▒▒ from just £5**
Orange mobile customers enjoy half-price broadband, plus a free £50 M&S voucher

find out more

---

## top offers from our partners

  **Find what you want on eBay**
Fantastic new deals direct from big brands

  **Deal of the day**
Looking for a great deal? See today's online offer

**Moneysupermarket.com**
Get 0% BT for 22 months with Halifax BT Credit Card

  **Play Deal or No Deal**
Will you be a big winner today?

**Looking for a savings account?**
Find the right one for you at Moneysupermarket

  **Credit Expert credit score**
Get your free credit score online and improve your finances today

---

| Orange shop | your account | email & communicate | mobile services | business | help & support | news | lifestyle |
|---|---|---|---|---|---|---|---|
| iPad | mobile account | email | calling | sole trader | mobile help | news | sport |
| iPhone | broadband account | socialise | messaging | small business | home broadband help | weather | travel |
| pay monthly phones | mobile BB account | Contacts Backup | mobile email | medium business | mobile broadband help | sport | Wikipedia |
| pay as you go phones | Orange Credit Card | photography | Orange World | corporate business | business help | | |
| home broadband | Orange Cash | Orange Messenger | contacts | public sector | | entertainment | |
| mobile broadband | register pay as you go | | mobile data services | | | Orange Wednesdays | |
| business shop | activate PAYM SIM | | roaming | | | Orange Film To Go | |
| | activate PAYG SIM | | payment services | | | music & Monkey | |
| | | | insurance & protection | | | games | |
| | | | Swapables | | | | |

Web   Orange

enhanced by **Google**

search

advertisement

**25% of our customers save up to £400***

* 25% of consumers could save up to £484.21 . Consumer Intelligence November 2011

**MoneySupermarket**.com

about Orange    contact us    jobs    Orange newsroom    The Feed    advertise    terms and conditions    privacy    access for all    safety online    sitemap

Ex. A - p. 209

- ○ Select
    your
    local
    site
    for
    Vodafone
    products,
    services
    and
    customer
    support



# Company Name and page strapline

## Where we are

Ex. A - p. 210
3/6/2012 2:00 PM



## Local markets

Vodafone Group Plc is the world's leading mobile telecommunications company, with a significant presence in Europe, the Middle East, Africa, Asia Pacific and the United States through the Company's subsidiary undertakings, joint ventures, associated undertakings and investments.

- Albania
- Australia
- Czech Republic
- Egypt
- Germany
- Ghana
- Greece

- Hungary
- India
- Ireland
- Italy
- Malta
- Netherlands
- New Zealand

- Portugal
- Qatar
- Romania
- South Africa
- Spain
- Turkey
- United Kingdom



## Partner markets

Vodafone Group has entered into arrangements with network operators in countries where the Group does not hold an equity stake. Under the terms of these Partner Market Agreements, Vodafone and its partner operators co-operate in the marketing of global products and services with varying levels of brand association.

Ex. A - p. 211
3/6/2012 2:00 PM

This strategy enables Vodafone to implement services in new territories and to create additional value to their partners' customers and to Vodafone's travelling customers without the need for equity investment in these countries.

Similar agreements also exist with a number of the Group's joint ventures, associated undertakings and investments (the affiliates).

| Region | Country | Brand name | Website |
|---|---|---|---|
| **Europe** | | | |
| Austria | A1 | http://www.a1.net |
| Armenia | MTS | http://www.mtsgsm.com |
| Azerbaijan | Azerfon-Vodafone | http://www.azerfon-vodafone.com |
| Belgium | Proximus | http://www.proximus.be |
| Bulgaria | Mobiltel | http://www.mtel.bg |
| Channel Islands | Airtel-Vodafone | http://www.airtel-vodafone.je |
| Croatia | VIPnet | http://www.vipnet.hr |
| Cyprus | Cytamobile-Vodafone | http://www.cyta.com.cy |
| Denmark | TDC | http://www.tdc.com |
| Estonia | Elisa | http://www.elisa.ee |
| Faroe Islands | Vodafone Faroe Islands | http://www.vodafone.fo/ |
| Finland | Elisa | http://www.elisa.fi |
| France | SFR | http://www.sfr.com |
| Iceland | Vodafone Iceland | http://www.vodafone.is |
| Latvia | Bité | http://www.bite.lv |
| Lithuania | Bité | http://www.bite.lt |
| Luxembourg | Tango | http://www.tango.lu |
| Macedonia/FYROM | VIP operator | http://www.vipoperator.com.mk/ |
| Norway | TDC | http://www.tdc.com |
| Serbia | VIP mobile | http://www.vipmobile.rs |
| Slovenia | Si.mobil-Vodafone | http://www.simobil.si |

| | Sweden | TDC | http://www.tdc.com |
|---|---|---|---|
| | Switzerland | Swisscom | http://www.swisscom.ch |
| | Ukraine | MTS | http://www.mtsgsm.com |

**Russia**

| | Russia | MTS | http://www.mtsgsm.com |
|---|---|---|---|

**Americas**

| | Caribbean | Digicel | http://www.digicelgroup.com |
|---|---|---|---|
| | Chile | Entel | http://www.entel.cl |
| | Honduras | Digicel | http://www.digicel.hn |
| | Panama | Digicel | http://www.digicelpanama.com |

**Asia, Middle East and Africa**

| | Afghanistan | Roshan | http://www.roshan.af |
|---|---|---|---|
| | Bahrain | Zain | http://www.mtc-vodafone.com.bh/ |
| | Fiji | Vodafone Fiji | http://www.vodafone.com.fj |
| | Hong Kong | Hutchison Telecom | http://www.three.com.hk |
| | Japan | NTT DOCOMO | http://www.nttdocomo.com/ |
| | Kenya | Safaricom | http://www.safaricom.co.ke |
| | Libya | Almadar | http://www.almadar.ly |
| | Malaysia | Celcom | http://www.celcom.com.my |
| | Philippines | Smart | http://www.smart.com.ph |
| | Singapore | StarHub | http://www.starhub.com |
| | South Korea | KT | http://www.kt.com |
| | Sri Lanka | Dialog | http://www.dialog.lk/ |
| | Taiwan | Chunghwa Telecom | http://www.cht.com.tw /CHTFinalE/Web/ |
| | Thailand | dtac | http://www.dtac.co.th/english/ |
| | Turkmenistan | MTS | http://www.mtsgsm.com |
| | UAE | du | http://www.du.ae |
| | Uzbekistan | MTS | http://www.mtsgsm.com |

Ex. A - p. 213

ANNEX 20



*corrected*

NEWS STORY

# Adult Tube Sites Join SOPA Protest

*XBIZ NEWS REPORT*

By Bob Johnson
Wednesday, Jan 18, 2012  Text size: ⊞ ⊟

Tweet    Recommend

Categories | HD Video | Cam Girls

XBIZ™  Twitter  Facebook  Email  Mobile

XBIZ Research

Should governments have the
power / ability to stop content
piracy? (e.g. SOPA / PROTECT IP)

Yes
                44.84%
No
                45.74%
Undecided
9.42%

Out of 225 votes. Results based on votes submitted
by members of XBIZ.net social network.

The race for PHX Forum hotel
rooms is on
Rosa

Who else is looking forward to the
Phoenix Forum?
SafeCharge EddieK

MegaUpload
Dynamic David

London Gathering
Cherry

Affiliate Programs

Content Licensing

ANNEX 21

Adult Industry News Search - XBIZ.com





# THE #1 VOD SITE IN THE WORLD

**XBIZ MOBILE** ANY TIME, ANY PLACE

⚹ **Home** > Search

• Bookmark • Newsletters • Register    Search 🔍 SEARCH OPTIONS

Tuesday, Jan 31, 2012

HOME
NEWS
Web / Tech
Video
Novelty
Retail
Gay
Europe
Mobile
Apparel
Legal
FEATURES
Business
Opinions
Educational
Profiles
Legal
Quick Bites
BLOGS
DIRECTORY
BOARD
VIDEO INDEX
Premiere Releases
Editors Choice
Studios
CALENDAR
SERVICES
PR Blaster
Newsletters
Mobile News
Desktop News
RSS / Syndication
Novelty Buyers Guide



**XBIZ IN PRINT**

⊙ XBIZ WORLD
⊙ XBIZ PREMIERE
▸ DIGITAL EDITION

**Popular RSS Feeds:**
📡 All News / Editorial
📡 Web & Tech News
📡 Video Business News
📡 Feature Articles

All Feeds ▸

⚡ **XBIZ NEWSWIRE**
News For The Media

## Adult Industry News Search

☑ News Stories   ☑ Articles   ☐ Directory   ☐ Blogs

☑ Title   ☑ Body   ☑ Author

⦿ Exact Phrase   ○ Keyword Relevance

porntube                    [ Search ]

### News Results

**DreamstarCash Launches Content Publishing Program**
Thursday, January 5, 2012
DreamstarCash.com, the people behind PornTube.com and 4Tube.com, today announced the launch of a Content Publishing Program.

**JT Joins PornTube.com**
Tuesday, January 3, 2012
DreamstarCash, the people behind PornTube.com and 4Tube.com, among other traffic properties, today announced the appointment of tube operator known as JT.

**PornTube Announces iPad 2 Contest Winners**
Wednesday, September 7, 2011
PornTube has announced the three winners of its iPad 2 giveaway contest, and said webmasters can expect more contests in the future for affiliates that signup for the PornTube Webmaster Program.

**PornTube.com iPad Webmaster Contest Ends Aug. 15**
Friday, August 12, 2011
Webmasters have a few more days to participate in PornTube.com's iPad 2 contest, which comes to a close on Monday, Aug. 15.

**PornTube.com Affiliate Program Resurges With iPad 2 Contest**
Friday, July 15, 2011
To celebrate the relaunch of the PornTube.com pay-per-click webmaster program, PornTube.com is holding a contest and awarding an Apple iPad 2 to three winners.

**TopBucks Launches TopBucksMobile.com**
Wednesday, June 24, 2009
Adult webmaster affiliate program TopBucks has announced the launch of its mobile-dedicated affiliate front end, TopBucksMobile.com.

**Spammers Target YouTube Comments, Text Fields**
Tuesday, June 2, 2009
YouTube is a great way to kill time, but it might also be a good way to kill your computer.

**WEGCash Offers New Tube4Free Tours**
Sunday, September 14, 2008
WEGCash has announced the release of two new Tube4Free tours:MilfXXXTube4Free.com and PornTube4Free.com.

**Security Firm Sounds Virus Alert on Twitter**
Tuesday, August 5, 2008
Creative spammers are setting up shop on Twitter.

**Security Firms Sound Email Virus Alert**
Tuesday, June 24, 2008
Computer security experts sounded the alarm about a new spam bot that's sending hapless surfers to a fake adult site that infects their computers with a spam bot.

**More Results »**

### Article Results

**Company Profile: Tasty Tube**
Monday, October 17, 2011
John Stuart
It's always risky to make a radical change in the nature of a website, especially one that has been established for years. But this is exactly what happened about a year ago when a new brain trust assumed control of Porn-Tube. Surprisingly, the results have been tremendously positive.

**Adult Video Sharing**
Wednesday, October 25, 2006
Paul Lundgren
Adult webmasters are not the only people in cyberspace who benefit from adult entertainment; there are many mainstream webmasters who prosper from it as well.



**FetishHits** — THE ULTIMATE WEBMASTER PROGRAM

Start with Us

• $35 – $40 per signup
• 60% – 70% Revenue Share
• Paying Affiliates since 2001
• Paid Millions to affiliates

**FIND PRODUCTS & SERVICES** ⊞ More

Affiliate Programs
Content Licensing
Creative Services
Industry Resources
Mobile Solutions
Novelty Products
Payment Processing



**WEBMASTER CENTRAL**



**GOOD AS GOLD.** *GET IT TODAY!*



XBIZ Premiere™, the industry's premier retail focused business journal, features in-depth and comprehensive business news and information targeted for producers of adult videos, novelty product manufacturers, and retailers - subscribe today!

▸ Subscribe!

Adult Industry News Search - XBIZ.com

Page 2 of 2



SPONSOR
marketplace

**Cybersocket**
Cybersocket is the premier producer of various GLBT internet, print and communications services.

**AEBN**
(Adult Entertainment Broadcast Network) is THE innovator of Adult Video On Demand.

**Hustler**
Partner with Larry Flynt and one of the most trusted brands in the industry!

**PimpRoll**
Our flagship sites are guaranteed to convert! PimpRoll pays on time, every time, and every single week.

**Adam & Eve Productions**
Adam & Eve Productions boasts a variety of award-winning titles, featuring world-class directors and talent.

**PussyCash**
Promote the best converting sites in the industry and get up to $100 per sign up, and profit from 50% lifetime revenue sharing.

**Need Mobile Adult traffic?** eporo

UPCOMING EVENTS    ▶ More

**Adult Entertainment Virtual Convention**
Feb 24 - Feb 26
World Wide Web

**The European Summit**
Mar 05 - Mar 08
Barcelona, Spain

**International Lingerie Show**
Mar 26 - Mar 29
Las Vegas, Nevada

**The Phoenix Forum**
Mar 29 - Apr 01
Tempe, Arizona

**XBIZ NEWSLETTERS**

Stay informed of the latest industry developments. Get XBIZ newsletters delivered to your inbox. Subscribe today!

Enter email address:

[ Subscribe ]

* To manage existing subscriptions click here.

☑ **XBIZ Daily News**
Summary of the day's breaking news stories, delivered Monday through Friday.

☑ **XBIZ Events**
Receive advance notice of XBIZ conferences and special events.

☐ **XBIZ AVI**
Receive a weekly round-up of the newest adult video releases.

☑ **XBIZ Weekly News**
Summary of the week's news, articles, company press releases, hot discussions and latest industry happenings.

☑ **XBIZ Digital**
Subscribe to the digital edition of XBIZ magazines.

☐ **Special & Promotions**
Promotional opportunities from XBIZ sponsors.

**GET LISTED WITH XBIZ, IT'S FREE!**

Everyday thousands of business professionals browse XBIZ's industry directory for quality products and services. Not listed yet? Your company could be losing potential new business. Submit your company today!

[ Submit Your Company » ]

**POPULAR PRODUCTS & SERVICES**

**XBIZ Newscaster**
Submit your press release to multiple news outlets with 1 click.

**XBIZ RSS & Syndication**
Subscribe to RSS news feeds or add free content to your website.

**XBIZ Mobile**
Access XBIZ news and articles with your mobile device.

☝ Back to top

NEWS | FEATURES | BLOGS | DIRECTORY | BOARDS | CALENDAR | SERVICES      Search [ ]

↩ Advertising | Submit Listing | Privacy Policy | Contact Us | About XBIZ

Copyright © 2012 Adnet Media. All Rights Reserved.
XBIZ is a trademark of Adnet Media.

Reproduction in whole or in part in any form or medium without express written permission is prohibited. For reprint permission contact us.

XBIZ WORLD / Digital media trade publication
XBIZ PREMIERE / Adult retail trade publication
XBIZ NEWSWIRE / Industry news for mainstream media
XBIZ.NET / Adult industry social network
XBIZ RESEARCH / Adult industry market research
XBIZ SUMMIT / Adult industry networking event
XBIZ EU / International trade conference
XBIZ LA / Digital media trade conference
XBIZ RETAIL EXPO / Adult retail expo and conference
XBIZ AWARDS / Annual adult industry awards



RTA / ASACP / FSC / BPAV / WIA





Search

Tuesday, Jan 31, 2012



NEWS STORY

# Ron Jeremy Blasts Tube Sites, Sex Tape Celebrities

The Hedgehog speaks out about tube sites, sex tapes celebrities, and why he would want his daughter to be like Jenna

*XBIZ NEWS REPORT*

By Joanne Cachapero
Monday, Mar 17, 2008    Text size: [+] [−]

Tweet    Recommend



   
XBIZ™    Twitter    Facebook    Email    Mobile

XBIZ Research

Should governments have the power / ability to stop content piracy? (e.g. SOPA / PROTECT IP)

Yes
44.84%

No
45.74%

Undecided
9.42%

Out of 329 votes. Results based on votes submitted by members of XBIZ.net social network.


The race for PHX Forum hotel rooms is on
Rosa


Who else is looking forward to the Phoenix Forum?
SafeCharge EddieK


MegaUpload
Dynamic David


London Gathering
Cherry

Tweet    Recommend

**Affiliate Programs**

**Content Licensing**

   

Search

Tuesday, Jan 31, 2012

HOME

USER TIPS

NEWS

Web / Tech

Video

Novelty

Retail

Gay

Europe

Mobile

Apparel

Legal

FEATURES

Business

Opinions

Educational

Profiles

Legal

Quick Bites

BLOGS

DIRECTORY

BOARD

VIDEO INDEX

Premiere Releases

Editors Choice

Studios

CALENDAR

SERVICES

PR Blaster

Newsletters

Mobile News

Desktop News

RSS / Syndication

Novelty Buyers Guide



**Popular RSS Feeds:**

All News / Editorial
Web & Tech News
Video Business News
Feature Articles

All Feeds »

XBIZ NEWSWIRE
News For The Media

NEWS STORY

# PornTube.com Affiliate Program Resurges With iPad 2 Contest

**XBIZ NEWS REPORT**

By Ariana Rodriguez
Friday, Jul 15, 2011   Text size:

Tweet   Recommend





XBIZ™   Twitter   Facebook   Email   Mobile

XBIZ Research

**Should governments have the power / ability to stop content piracy? (e.g. SOPA / PROTECT IP)**

Yes                          44.84%

No                           45.74%

Undecided         9.42%

Out of 223 votes. Results based on votes submitted
by members of XBIZ.net social network.

 The race for PHX Forum hotel rooms is on
Rosa

 Who else is looking forward to the Phoenix Forum?
SafeCharge EddieK

 MegaUpload
Dynamic David

 London Gathering
Cherry

Tweet   Recommend

Affiliate Programs

Content Licensing



Fucking Gamble

HD

92/100
Premiere
Score

**Related Articles**

- Adult Industry Attorney Randazza Featured in Las Vegas CityLife   Jan 27, 2012
- Center for Sex & Culture to Host Memorial Gathering for John Leslie   Jan 27, 2012
- Forbes Offers Industry Views on L.A. Condoms Ordinance   Jan 26, 2012
- Anthony Rosano's Band to Perform at CD Release Party   Jan 26, 2012
- Walgreens Picks Up Swipes Lovin Wipes   Jan 26, 2012
- XBIZ Taps Benny B to Head Ambassadorship to Europe   Jan 26, 2012
- Raul Cristian Talks LiveGonzo.com   Jan 24, 2012

More ways to get XBIZ News:   RSS Feeds  |  E-Newsletters  |  Desktop Widget  |  Mobile

XBIZ Newswire > Adult industry news service for the media
XBIZ World > Adult industry magazine for the digital media market
XBIZ Premiere > Adult industry magazine for the retail market

Looking for porn star news and behind-the-scene videos? Check out XFANZ.com !


Creative Services
Industry Resources
Mobile Solutions


GOOD AS GOLD. GET IT TODAY!
XBIZ Premiere™, the industry's premier retail focused business journal, features in-depth and comprehensive business news and information targeted for producers of adult videos, novelty product manufacturers, and retailers - subscribe today!
▸ Subscribe!

---

**WEB / TECH NEWS**   ▣ More

HotMovies Discontinues Affiliate-Owned URL Custom Theaters

Porno Dan to Host Cam Event on Gamma's Live Network

Pink Visual to Launch Ad-supported Free Site to Benefit Studios

BitTorrent Website Cheggit.net Shuts Down

Porn Bugging Facebook 'Subscribe' Users

XBIZ Signs On as AEVC Exclusive Media Partner

**VIDEO NEWS**   ▣ More

Pleasure Dynasty Featured in CNBC Article

'Lesbian PsychoDramas: Vol 8' Is Now Available on DVD

'Tomb Raider XXX: An Exquisite Films Parody' SFW Trailer Premieres

Girlfriends Films Releases 'Lesbian Sex' Vol. 4

XRCO Adds Kayden Kross as Co-Host for 2012 Awards Show

Girlfriends Films' 'Women Seeking Women: Vol. 79' Available on DVD


Need Mobile Adult traffic?
eporo

**UPCOMING EVENTS**   ▣ More

**Adult Entertainment Virtual Convention**
Feb 24 - Feb 26
World Wide Web

**The European Summit**
Mar 05 - Mar 08
Barcelona, Spain

**International Lingerie Show**
Mar 26 - Mar 28
Las Vegas, Nevada

**The Phoenix Forum**
Mar 29 - Apr 01
Tempe, Arizona

**NOVELTY NEWS**   ▣ More

Doc Johnson Creates Buzz at ANME, XBIZ Retail

Pipedream Announces Fetish Fantasy Elite Plan-o-gram Contest

Screaming O Launches 'Happy Valentine's Day to ME' Retail Co-Op

PD Management Signs Heart and Attitude Luxury Arousal Products

ECN Now Distributing Sensuva ON Balm

National Multimedia Ad Campaign for Forgiven Alcohol Metabolizer Launches

**RETAIL NEWS**   ▣ More

Jimmy Flynt Opens New Store in Kentucky

Hustler Hollywood Store, Website Undergo Transformation

Italian Porn Stars Face Off in Mayoral Race

AEE Wraps Up in Vegas

Tranny Awards Changes Venue to Accommodate Larger Crowd

Rick's Cabaret Acquires Properties in Dallas-Fort Worth Area

GET LISTED WITH XBIZ, IT'S FREE!
Everyday thousands of business professionals browse XBIZ's industry directory for quality products and services. Not listed yet? Your company could be losing potential new business. Submit your company today!
▸ Submit Your Company ▸


XBIZ RSS
Use XBIZ RSS feeds to stay informed of the latest industry developments or as a content syndication tool for your website!
Get RSS ▸

**PROFILES & BIOS**   ▣ More



**Director's Chair: James Avalon**
James Avalon brings almost 25 years of adult industry experience into his newest endeavor as the head of Mile High Media's feature studios Sweet Sinner and Sweet Sinema. The accomplished director,... More »

**WIA Profile: Leslie Schwartzer**
Each month, in conjunction with adult media company XBIZ, a new WIA member is profiled in the pages of XBIZ World and XBIZ Premiere magazines to highlight her career accomplishments, dedication to her... More »

**Classic Erotica: Crazy Fialr**
When romance focused product manufacturer Classic Erotica decided to update the look of its signature Crazy Girl collection of beginner's intimacy products, Classic Erotica Vice President Loren Levy... More »

---

SPONSOR
marketplace

**AEBN**
(Adult Entertainment Broadcast Network) is THE innovator of Adult Video On Demand.

**PussyCash**
Promote the best converting sites in the industry and get up to $100 per sign up, and profit from 50% lifetime revenue sharing.

**Adam & Eve Productions**
Adam & Eve Productions boasts a variety of award-winning titles, featuring world-class directors and talent.

**Cybersocket**
Cybersocket is the premier producer of various GLBT Internet, print and communications services.

**Hustler**
Partner with Larry Flynt and one of the most trusted brands in the industry!

**PimpRoll**
Our flagship sites are guaranteed to convert! PimpRoll pays on time, every time, and every single week.

---

XBIZ NEWSLETTERS

Stay informed of the latest industry developments. Get XBIZ newsletters delivered into your inbox. Subscribe today!

☑ XBIZ Daily News
Summary of the day's breaking news stories, delivered Monday through Friday.

☑ XBIZ Weekly News
Summary of the week's news, articles, company press releases, hot discussions and latest industry happenings.

Enter email address:

Subscribe

* To manage existing subscriptions click here.

☑ **XBIZ Events**
Receive advance notice of XBIZ conferences and special events.

☐ **XBIZ AVI**
Receive a weekly round-up of the newest adult video releases.

☑ **XBIZ Digital**
Subscribe to the digital edition of XBIZ magazines.

☐ **Special & Promotions**
Promotional opportunities from XBIZ sponsors.

**POPULAR PRODUCTS & SERVICES**

**XBIZ Newscaster**
Submit your press release to multiple news outlets with 1 click.

**XBIZ RSS & Syndication**
Subscribe to RSS news feeds or add free content to your website.

**XBIZ Mobile**
Access XBIZ news and articles with your mobile device.

⬆ Back to top

NEWS | FEATURES | BLOGS | DIRECTORY | BOARDS | CALENDAR | SERVICES

Search 🔍   SEARCH OPTIONS

📣 Advertising | Submit Listing | Privacy Policy | Contact Us | About XBIZ

Copyright © 2012 Adnet Media. All Rights Reserved.
XBIZ is a trademark of Adnet Media.

Reproduction in whole or in part in any form or medium without express written permission is prohibited. For reprint permission contact us.

XBIZ WORLD / Digital media trade publication
XBIZ PREMIERE / Adult retail trade publication
XBIZ NEWSWIRE / Industry news for mainstream media
XBIZ.NET / Adult industry social network
XBIZ RESEARCH / Adult industry market research
XBIZ SUMMIT / Adult industry networking event
XBIZ EU / International trade conference
XBIZ LA / Digital media trade conference
XBIZ RETAIL EXPO / Adult retail expo and conference
XBIZ AWARDS / Annual adult industry awards

**XBIZ**
THE INDUSTRY SOURCE

RTA / ASACP / FSC / BPAV / WIA



# XBIZ
THE INDUSTRY SOURCE

## Integrity


XBIZ NEWSLETTERS
STAY INFORMED!

Search

Tuesday, Jan 31, 2012

HOME    USER TIP $

NEWS

Web / Tech
Video
Novelty
Retail
Gay
Europe
Mobile
Apparel
Legal

FEATURES
Business
Opinions
Educational
Profiles
Legal
Quick Bites

BLOGS

DIRECTORY

BOARD

VIDEO INDEX
Premiere Releases
Editors Choice
Studios

CALENDAR

SERVICES
PR Blaster
Newsletters
Mobile News
Desktop News
RSS / Syndication
Novelty Buyers Guide

**NEWS STORY**

# JT Joins PornTube.com

**XBIZ NEWS REPORT**

By Lyla Katz
Tuesday, Jan 3, 2012    Text size: ⊕ ⊖

[Tweet]    [Recommend]



 Twitter Facebook Email Mobile

XBIZ Research

**Should governments have the power / ability to stop content piracy? (e.g. SOPA / PROTECT IP)**

Yes                        44.84%

No                         45.74%

Undecided
9.42%

Out of 223 votes. Results based on votes submitted by members of XBIZ.net social network

 **The race for PHX Forum hotel rooms is on**
Rosa

 **Who else is looking forward to the Phoenix Forum?**
SafeCharge EddieK

 **MegaUpload**
Dynamic David

 **London Gathering**
Cherry

XBIZ IN PRINT.

○ XBIZ WORLD
○ XBIZ PREMIERE
· DIGITAL EDITION ·

[Tweet]    [Recommend]

Popular RSS Feeds:
All News / Editorial
Web & Tech News
Video Business News
Feature Articles

All Feeds »

XBIZ NEWSWIRE
News For The Media

**WEB / TECH NEWS**    ⊕ More

HotMovies Discontinues Affiliate-Owned URL Custom Theaters

Porno Dan to Host Cam Event on Gamma's Live Network

Pink Visual to Launch Ad-supported Free Site to Benefit Studios

BitTorrent Website Cheggit.net Shuts Down

Porn Bugging Facebook 'Subscribe' Users

**VIDEO NEWS**    ⊕ More

Pleasure Dynasty Featured in CNBC Article

'Lesbian PsychoDramas: Vol 8' Is Now Available on DVD

'Tomb Raider XXX: An Exquisite Films Parody' SFW Trailer Premieres

Glfrfriends Films Releases 'Lesbian Sex' Vol. 4

XRCO Adds Kayden Kross as Co-Host for 2012 Awards Show

**Affiliate Programs**

**Content Licensing**

XBIZ Signs On as AEVC Exclusive Media Partner

Girlfriends Films' 'Women Seeking Women: Vol. 79' Available on DVD

**Creative Services**

**Industry Resources**

**Mobile Solutions**

### NOVELTY NEWS ⊞ More

Doc Johnson Creates Buzz at ANME, XBIZ Retail

Pipedream Announces Fetish Fantasy Elite Plan-o-gram Contest

Screaming O Launches 'Happy Valentine's Day to ME' Retail Co-Op

PD Management Signs Heart and Attitude Luxury Arousal Products

ECN Now Distributing Sensuva ON Balm

National Multimedia Ad Campaign for Forgiven Alcohol Metabolizer Launches

### RETAIL NEWS ⊞ More

Jimmy Flynt Opens New Store in Kentucky

Hustler Hollywood Store, Website Undergo Transformation

Italian Porn Stars Face Off In Mayoral Race

AEE Wraps Up In Vegas

Tranny Awards Changes Venue to Accommodate Larger Crowd

Rick's Cabaret Acquires Properties in Dallas-Fort Worth Area



**THE INDUSTRY'S FAVORITE TECH MAG. *GET IT!***

XBIZ World™, the industry's leading technology journal, provides in-depth coverage of company news, market trends, growth sectors, and international news in the online, mobile and ancillary sectors - *get it today!*

▸ Subscribe!

### QUICKBITE FEATURES ⊞ More



**Automatic Duck Now Available for Free**

Released in 1995 by JEIDA (Japan Electronic Industry Development Association) as a technology for improving the color reproduction of printed images, the EXIF standard (Exchangeable Image File) allows... More »



**Video Frame Rates on the Rise**

News that Peter Jackson's film version of "The Lord of the Rings" prequel, "The Hobbit," would be released in some movie theatres at 48 frames per second (fps) caused quite... More »



**Tool Tips: Adobe Creative Cloud**

According to Adobe, Creative Cloud (www.adobe.com/products/creati will deliver a comprehensive array of creative services, including Adobe Creative Suite desktop applications, Adobe Touch... More »



**Need Mobile Adult traffic?** eporo

### SPONSOR marketplace

**PussyCash**
Promote the best converting sites in the industry and get up to $100 per sign up, and profit from 50% lifetime revenue sharing.

**Cybersocket**
Cybersocket is the premier producer of various GLBT Internet, print and communications services.

**AEBN**
(Adult Entertainment Broadcast Network) is THE innovator of Adult Video On Demand.

**Adam & Eve Productions**
Adam & Eve Productions boasts a variety of award-winning titles, featuring world-class directors and talent.

**Hustler**
Partner with Larry Flynt and one of the most trusted brands in the industry!

**PimpRoll**
Our flagship sites are guaranteed to convert! PimpRoll pays on time, every time, and every single week.

### UPCOMING EVENTS ⊞ More

**Adult Entertainment Virtual Convention**
Feb 24 - Feb 26
World Wide Web

**The European Summit**
Mar 05 - Mar 08
Barcelona, Spain

**International Lingerie Show**
Mar 26 - Mar 28
Las Vegas, Nevada

**The Phoenix Forum**
Mar 29 - Apr 01
Tempe, Arizona

### GET LISTED WITH XBIZ, *IT'S FREE!*

Everyday thousands of business professionals browse XBIZ's industry directory for quality products and services. Not listed yet? Your company could be losing potential new business. *Submit your company today!*

▸ Submit Your Company »

 XBIZ RSS
Use XBIZ RSS feeds to stay informed of the latest industry developments or as a content syndication tool for your website!

Get RSS ▸

### ✉ XBIZ NEWSLETTERS

Stay informed of the latest industry developments. Get XBIZ newsletters delivered to your inbox. Subscribe today!

Enter email address:

Subscribe »

* To manage existing subscriptions click here.

☑ **XBIZ Daily News**
Summary of the day's breaking news stories, delivered Monday through Friday.

☑ **XBIZ Events**
Receive advance notice of XBIZ conferences and special events.

☑ **XBIZ AVI**
Receive a weekly round-up of the newest adult video releases.

☑ **XBIZ Weekly News**
Summary of the week's news, articles, company press releases, hot discussions and latest industry happenings.

☑ **XBIZ Digital**
Subscribe to the digital edition of XBIZ magazines.

☑ **Special & Promotions**
Promotional opportunities from XBIZ sponsors.

### ☆ POPULAR PRODUCTS & SERVICES

**XBIZ Newscaster**
Submit your press release to multiple news outlets with 1 click.

**XBIZ RSS & Syndication**
Subscribe to RSS news feeds or add free content to your website.

**XBIZ Mobile**
Access XBIZ news and articles with your mobile device.

---

⟲ Back to top

NEWS | FEATURES | BLOGS | DIRECTORY | BOARDS | CALENDAR | SERVICES

Search   SEARCH

⚑ Advertising | Submit Listing | Privacy Policy | Contact Us | About XBIZ

Copyright © 2012 Adnet Media. All Rights Reserved.
XBIZ is a trademark of Adnet Media.

Reproduction in whole or in part in any form or medium without express written permission is prohibited. For reprint permission contact us.

XBIZ WORLD / Digital media trade publication
XBIZ PREMIERE / Adult retail trade publication
XBIZ NEWSWIRE / Industry news for mainstream media
XBIZ.NET / Adult industry social network
XBIZ RESEARCH / Adult industry market research
XBIZ SUMMIT / Adult industry networking event
XBIZ EU / International trade conference
XBIZ LA / Digital media trade conference
XBIZ RETAIL EXPO / Adult retail expo and conference
XBIZ AWARDS / Annual adult industry awards


RTA / ASACP / FSC / BPAV / WIA

ANNEX 22

Site Map    Search [                    ] 🔍



**Internet Corporation for Assigned Names and Numbers**

ARCHIVES

**Please note:** You are viewing archival ICANN material. Links and information may be outdated or incorrect. Visit **ICANN's** main website for current information.


English

## Uniform Domain Name Dispute Resolution Policy

Policy Adopted: August 26, 1999

Implementation Documents Approved: October 24, 1999

**Notes:**

**1. This policy is now in effect.** See www.icann.org/udrp/udrp-schedule.htm for the implementation schedule.

**2. This policy has been adopted by all accredited domain-name registrars** for domain names ending in .com, .net, and .org. It has also been adopted by certain managers of country-code top-level domains (e.g., .nu, .tv, .ws).

**3. The policy is between the registrar** (or other registration authority in the case of a country-code top-level domain) and its customer (the domain-name holder or registrant). Thus, the policy uses "we" and "our" to refer to the registrar and it uses "you" and "your" to refer to the domain-name holder.

Uniform Domain Name Dispute Resolution Policy

(As Approved by ICANN on October 24, 1999)

**1. Purpose.** This Uniform Domain Name Dispute Resolution Policy (the "Policy") has been adopted by the Internet Corporation for Assigned Names and Numbers ("ICANN"), is incorporated by reference into your Registration Agreement, and sets forth the terms and conditions in connection with a dispute between you and any party other than us (the registrar) over the registration and use of an Internet domain name registered by you. Proceedings under Paragraph 4 of this Policy will be conducted according to the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules of Procedure"), which are available at www.icann.org/udrp/udrp-rules-24oct99.htm, and the selected administrative-dispute-resolution service provider's supplemental rules.

**2. Your Representations.** By applying to register a domain name, or by asking us to maintain or renew a domain name registration, you hereby represent and warrant to us that (a) the statements that you made in your Registration Agreement are complete and accurate; (b) to your knowledge, the registration of the domain name will not infringe upon or otherwise violate the rights of any third party; (c) you are not registering the domain name for an unlawful purpose; and (d) you will not knowingly use the domain name in violation of any applicable laws or regulations. It is your responsibility to determine whether your domain name registration infringes or violates someone else's rights.

**3. Cancellations, Transfers, and Changes.** We will cancel, transfer or otherwise make changes to domain name registrations under the following circumstances:

> a. subject to the provisions of Paragraph 8, our receipt of written or appropriate electronic instructions from you or your authorized agent to take such action;

> b. our receipt of an order from a court or arbitral tribunal, in each case of competent jurisdiction, requiring such action; and/or

> c. our receipt of a decision of an Administrative Panel requiring such action in any administrative proceeding to which you were a party and which was conducted under this Policy or a later version of this Policy adopted by ICANN. (See Paragraph 4(i) and (k) below.)

We may also cancel, transfer or otherwise make changes to a domain name registration in accordance with the terms of your Registration Agreement or other legal requirements.

**4. Mandatory Administrative Proceeding.**

This Paragraph sets forth the type of disputes for which you are required to submit to a mandatory administrative proceeding. These proceedings will be conducted before one of the administrative-dispute-resolution service providers listed at www.icann.org/en/dndr/udrp/approved-providers.htm (each, a "Provider").

> **a. Applicable Disputes.** You are required to submit to a mandatory administrative proceeding in the event that a third party (a "complainant") asserts to the applicable Provider, in compliance with the Rules of Procedure, that

>> (i) your domain name is identical or confusingly similar to a trademark or service mark in which the complainant has rights; and

>> (ii) you have no rights or legitimate interests in respect of the domain name; and

>> (iii) your domain name has been registered and is being used in bad faith.

Ex. A - p. 226

In the administrative proceeding, the complainant must prove that each of these three elements are present.

**b. Evidence of Registration and Use in Bad Faith.** For the purposes of Paragraph 4(a)(iii), the following circumstances, in particular but without limitation, if found by the Panel to be present, shall be evidence of the registration and use of a domain name in bad faith:

> (i) circumstances indicating that you have registered or you have acquired the domain name primarily for the purpose of selling, renting, or otherwise transferring the domain name registration to the complainant who is the owner of the trademark or service mark or to a competitor of that complainant, for valuable consideration in excess of your documented out-of-pocket costs directly related to the domain name; or

> (ii) you have registered the domain name in order to prevent the owner of the trademark or service mark from reflecting the mark in a corresponding domain name, provided that you have engaged in a pattern of such conduct; or

> (iii) you have registered the domain name primarily for the purpose of disrupting the business of a competitor; or

> (iv) by using the domain name, you have intentionally attempted to attract, for commercial gain, Internet users to your web site or other on-line location, by creating a likelihood of confusion with the complainant's mark as to the source, sponsorship, affiliation, or endorsement of your web site or location or of a product or service on your web site or location.

**c. How to Demonstrate Your Rights to and Legitimate Interests in the Domain Name in Responding to a Complaint.** When you receive a complaint, you should refer to Paragraph 5 of the Rules of Procedure in determining how your response should be prepared. Any of the following circumstances, in particular but without limitation, if found by the Panel to be proved based on its evaluation of all evidence presented, shall demonstrate your rights or legitimate interests to the domain name for purposes of Paragraph 4(a)(ii):

> (i) before any notice to you of the dispute, your use of, or demonstrable preparations to use, the domain name or a name corresponding to the domain name in connection with a bona fide offering of goods or services; or

> (ii) you (as an individual, business, or other organization) have been commonly known by the domain name, even if you have acquired no trademark or service mark rights; or

> (iii) you are making a legitimate noncommercial or fair use of the domain name, without intent for commercial gain to misleadingly divert consumers or to tarnish the trademark or service mark at issue.

**d. Selection of Provider.** The complainant shall select the Provider from among those approved by ICANN by submitting the complaint to that Provider. The selected Provider will administer the proceeding, except in cases of consolidation as described in Paragraph 4(f).

**e. Initiation of Proceeding and Process and Appointment of Administrative Panel.** The Rules of Procedure state the process for initiating and conducting a proceeding and for appointing the panel that will decide the dispute (the "Administrative Panel").

**f. Consolidation.** In the event of multiple disputes between you and a complainant, either you or the complainant may petition to consolidate the disputes before a single Administrative Panel. This petition shall be made to the first Administrative Panel appointed to hear a pending dispute between the parties. This Administrative Panel may consolidate before it any or all such disputes in its sole discretion, provided that the disputes being consolidated are governed by this Policy or a later version of this Policy adopted by ICANN.

**g. Fees.** All fees charged by a Provider in connection with any dispute before an Administrative Panel pursuant to this Policy shall be paid by the complainant, except in cases where you elect to expand the Administrative Panel from one to three panellists as provided in Paragraph 5(b)(iv) of the Rules of Procedure, in which case all fees will be split evenly by you and the complainant.

**h. Our Involvement in Administrative Proceedings.** We do not, and will not, participate in the administration or conduct of any proceeding before an Administrative Panel. In addition, we will not be liable as a result of any decisions rendered by the Administrative Panel.

**i. Remedies.** The remedies available to a complainant pursuant to any proceeding before an Administrative Panel shall be limited to requiring the cancellation of your domain name or the transfer of your domain name registration to the complainant.

**j. Notification and Publication.** The Provider shall notify us of any decision made by an Administrative Panel with respect to a domain name you have registered with us. All decisions under this Policy will be published in full over the Internet, except when an Administrative Panel determines in an exceptional case to redact portions of its decision.

**k. Availability of Court Proceedings.** The mandatory administrative proceeding requirements set forth in Paragraph 4 shall not prevent either you or the complainant from submitting the dispute to a court of competent jurisdiction for independent resolution before such mandatory administrative proceeding is commenced or after such proceeding is concluded. If an Administrative Panel decides that your domain name registration should be canceled or transferred, we will wait ten (10) business days (as observed in the location of our principal office) after we are informed by the applicable Provider of the Administrative Panel's decision before implementing that decision. We will then implement the decision unless we have received from you during that ten (10) business day period official documentation (such as a copy of a complaint, file-stamped by the clerk of the court) that you have commenced a lawsuit against the complainant in a jurisdiction to which the complainant has submitted under Paragraph 3(b)(xiii) of the Rules of Procedure. (In general, that jurisdiction is either the location of our principal office or of your address as shown in our Whois database. See Paragraphs 1 and 3(b)(xiii) of the Rules of Procedure for details.) If we receive such documentation within the ten (10) business day period, we will not implement the Administrative Panel's decision, and we will take no further action, until we receive (i) evidence satisfactory to us of a resolution between the parties; (ii) evidence satisfactory to us that your lawsuit has been dismissed or withdrawn; or (iii) a copy of an order from such court dismissing your lawsuit or ordering that you do not have the right to continue to use your domain name.

**5. All Other Disputes and Litigation.** All other disputes between you and any party other than us regarding your domain name registration that are not brought pursuant to the mandatory administrative proceeding provisions of Paragraph 4 shall be resolved between you and such other party through any court, arbitration or other proceeding that may be available.

**6. Our Involvement in Disputes.** We will not participate in any way in any dispute between you and any party other than us regarding the registration and use of your domain name. You shall not name us as a party or otherwise include us in any such proceeding. In the event that we are named as a

Ex. A - p. 227

party in any such proceeding, we reserve the right to raise any and all defenses deemed appropriate, and to take any other action necessary to defend ourselves.

**7. Maintaining the Status Quo.** We will not cancel, transfer, activate, deactivate, or otherwise change the status of any domain name registration under this Policy except as provided in Paragraph 3 above.

**8. Transfers During a Dispute.**

**a. Transfers of a Domain Name to a New Holder.** You may not transfer your domain name registration to another holder (i) during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded; or (ii) during a pending court proceeding or arbitration commenced regarding your domain name unless the party to whom the domain name registration is being transferred agrees, in writing, to be bound by the decision of the court or arbitrator. We reserve the right to cancel any transfer of a domain name registration to another holder that is made in violation of this subparagraph.

**b. Changing Registrars.** You may not transfer your domain name registration to another registrar during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded. You may transfer administration of your domain name registration to another registrar during a pending court action or arbitration, provided that the domain name you have registered with us shall continue to be subject to the proceedings commenced against you in accordance with the terms of this Policy. In the event that you transfer a domain name registration to us during the pendency of a court action or arbitration, such dispute shall remain subject to the domain name dispute policy of the registrar from which the domain name registration was transferred.

**9. Policy Modifications.** We reserve the right to modify this Policy at any time with the permission of ICANN. We will post our revised Policy at least thirty (30) calendar days before it becomes effective. Unless this Policy has already been invoked by the submission of a complaint to a Provider, in which event the version of the Policy in effect at the time it was invoked will apply to you until the dispute is over, all such changes will be binding upon you with respect to any domain name registration dispute, whether the dispute arose before, on or after the effective date of our change. In the event that you object to a change in this Policy, your sole remedy is to cancel your domain name registration with us, provided that you will not be entitled to a refund of any fees you paid to us. The revised Policy will apply to you until you cancel your domain name registration.

© Internet Corporation for Assigned Names and Numbers