**Thomas Freedman Jr.** (OSB No. 080697) thomas@prllaw.com
**Pearl Law LLC**
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:     (503) 295-6296 | Fax: (503) 295-6344

**Valentin Gurvits** (*pro hac vice*) vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice*) matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:     (617) 928-1800 | Fax: (617) 928-1802

**Sean Ploen** (*pro hac vice*) sploen@ploen.com
**Ploen Law Firm, PC**
100 South Fifth Street, Suite 1900
Minneapolis, Minnesota  55402
Tel:     (651) 894-6800 | Fax: (651) 894-6801

**Evan Fray-Witzer** (*pro hac vice*) evan@CFWLegal.com
**Ciampa Fray-Witzer, LLP**
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel:     (617) 426-0000 | Fax: (617) 507-8043

Attorneys for Plaintiff and Counter-defendant Calista Enterprises Ltd.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| **CALISTA ENTERPRISES LTD.,** a Republic of Seychelles company,<br><br>     Plaintiff,<br><br>- v. -<br><br>**TENZA TRADING LTD.,** a Cyprus company,<br><br>     Defendant. | Case No. 3:13-cv-01045-SI<br><br>**EXHIBIT D**<br>**TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com

Page **1**
Exhibit D to Plaintiff's First
Amended Complaint

**TENZA TRADING LTD.,**
a Cyprus company,

    Counterclaim Plaintiff,

- v. -

**CALISTA ENTERPRISES LTD.,**
a Republic of Seychelles company, and
**ALEXANDER ZHUKOV,**
a Czechoslovakian citizen,

    Counterclaim Defendants.

Respectfully Submitted,
Plaintiff Calista Enterprises Ltd.
By its Attorneys,

Dated:  August 7, 2014

/s/ Matthew Shayefar
Matthew Shayefar (*pro hac vice*)
Valentin Gurvits (*pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:    (617) 928-1800
Fax:    (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

/s/ Sean Ploen
Sean Ploen (*pro hac vice*)
Ploen Law Firm, PC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Tel:    (651) 894-6800
Fax:    (651) 894-6801
sploen@ploen.com

/s/ Evan Fray-Witzer
Evan Fray Witzer (*pro hac vice*)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel:    (617) 426-0000
Fax:    (617) 507-8043
evan@CFWLegal.com

/s/ Thomas Freedman Jr.
Thomas Freedman Jr. (OSB No. 080697)
Pearl Law LLC
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:    (503) 295-6296
Fax:    (503) 295-6344
thomas@prllaw.com

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com

Page **2**
Exhibit D to Plaintiff's First
Amended Complaint



NATIONAL ARBITRATION
**FORUM**

Tenza Trading Ltd.
Ioanni Stylianou 6
2nd Floor, Flat 202
Nicosia, Cyprus 2002
**Complainant**

  v.

Calista Enterprises Ltd.
Global Gateway 1749
Rue de la Perle, Providence
Mahe Island, Seychelles
**Respondent**

**Domain Names in Dispute:**
largeporntube.com; goldporntube.com;
kissporntube.com; boxporntube.com;
pipeporntube.com; 69porntube.com;
royalporntube.com; bookporntube.com;
cubeporntube.com; freshporntube.com;
lustporntube.com; bonusporntube.com;
directporntube.com

**File Number:**
FA1303001491515

## Respondent's Submission of Other Written Statements and Documents

*"The first rule of holes: When you're in one, stop digging."*
- Molly Ivins

Pursuant to Supplemental Rule 7(c), the Respondent herewith submits other statements and documents in response to the Complainant's Submission of Other Written Statements and Documents (the "Complainant's Supplement"). These statements are made to address inaccuracies, attempts to mislead and blatant misrepresentations in the Complainant's Supplement. Although Complainant did not and could not reply to all of the Respondent's arguments in the Respondent's Response, the Respondent gladly replies below to each of the allegations in the Complainant's Supplement point by point.

However, before addressing each of the Complainant's Supplement's allegations point by point, the Respondent must, first, address the Complainant's most blatant misrepresentation and, second, based on the additional evidence the Respondent now puts forward to expose the Complainant's blatant misrepresentation, explicitly put forth an additional argument based on laches. However, the Respondent explicitly states its argument for laches should not be mistaken as an admission that the Respondent has engaged in any wrongdoing. As detailed in the Response and supplemented herein, the Respondent has not violated any of the Complainant's rights and the Complainant cannot satisfy even one of the requirements of Policy ¶ 4(a) in any case.

1

**A.    The Complainant and its Website Operator are One and the Same and the Complainant Knew of, Fostered, Encouraged, Rewarded and Profited From the Respondent's Use of the Disputed Domains for Years**

The Complainant alleges that it contracts its website operations to "a third party company," DreamStar Cash SL and that Respondent's invitation to the webmaster program was from the operator of 4tube, "a completely separate company."  The Complainant puts forth these allegations to attempt to skirt the issue of laches and the fact that it knew of fostered, encouraged, rewarded and profited from the Respondent's websites and domain names.  However, the evidence suggests that Tenza Trading Ltd., DreamStar Cash SL ("DreamStar"), porntube.com and 4tube.com are all operated by the same individuals and as a single business enterprise.

Although the Complainant Tenza Trading Ltd. purports to be the registrant of the porntube.com domain name[1] and owner of the Putative Mark, every aspect of the Complainant's website is operated by DreamStar (which also operates porntube.com, the Porntube Webmaster Program, 4Tube, Fux and Gals4Free).  See DreamStar portfolio page at www.dreamstarcash.com/portfolio, attached hereto as SAnnex 1; DreamStar Facebook page at www.facebook.com/dreamstarcash/info, attached hereto as SAnnex 2.

Steve Matthyssen is the founder, owner and chief of DreamStar.  See DreamStar Team page at www.dreamstarcash.com/about-us/team, attached hereto as SAnnex 3; See Mr. Matthyssen's "Ask Me Anything" thread on reddit.com, attached hereto as SAnnex 4; See blog post on porntube.com regarding Mr. Matthyssen and DreamStar, attached hereto as SAnnex 5.  Porntube is unquestionably headed by Mr. Matthyssen.  See xBiz article on Porntube, attached hereto as SAnnex 6 ("According to the company, the PornTube team, led by online adult industry veteran Steve Matthyssen, possesses up to a decade of experience in the affiliate marketing space and has worked with hundreds of affiliate programs over the years.  The team's portfolio includes Gals4Free.net, 4Tube.com and most recently, PornTube.com.").

Mr. Matthyssen and DreamStar are indivisible from the Complainant and the Complainant's website.  Mr. Matthyssen is listed as the administrative contact for many of the Complainant's domain names.  See WhoIs results for 0porntube.com, porntubedating.com, porntubepremium.com, porntubepros.com and whatisporntube.com, attached hereto as SAnnex 7.

Mr. Matthyssen is also the individual speaking on behalf of the Claimant in the ICQ chat logs referenced in the Respondent's Response.  See information on DreamStar's gals4free.net website listing ICQ number 59661018 as "Steve," attached hereto as SAnnex 8; posting by Matthyssen on adult industry forum gfy.com with ICQ number 59661018, attached hereto as SAnnex 9.

It is simply dishonest for the Complainant to try to separate Mr. Matthyssen and DreamStar from the Complainant and Porntube.  Mr. Matthyssen is an integral part of the

---

[1] The Respondent reminds the panel that the Complainant uses a domain privacy service, so this fact has not been confirmed by the Respondent.  See Annex 18 to Respondent's Response.

Complainant's operations, and the Respondent believes that Mr. Matthyssen is a director and/or officer of the Complainant.  It is plain fact that anything related to Porntube, whether the Putative Mark, the porntube.com domain name, the porntube.com website or the porntube.com webmaster program, is controlled and overseen by Mr. Matthyssen.

It seems then that the only relevance in this dispute of the entity that is the Complainant is that it (1) owns the Putative Mark which it, presumably, then licenses to DreamStar to run all its operations and (2) that it files suit against innocent parties like the Respondent.  Respondent can only surmise that the Complainant has created this structure so that it can feign ignorance of the actions of Mr. Matthyssen and DreamStar.

In light of the above, and as detailed in the Response, the truth is as follows:  In September 2009, Mr. Matthyssen personally invited the Respondent to join DreamStar's webmaster program.  Sometime in early 2011, Mr. Matthyssen gained control of Porntube when DreamStar purchased Porntube and began operating it.  Over the next two years, the Complainant, through Mr. Matthyssen and DreamStar, paid the Respondent over $130,000 to drive traffic to Porntube.  Mr. Matthyssen even set up a contest for the Respondent and other webmasters, which the Respondent won.  Today, however, the Complainant (whose entire business is run by Mr. Matthyssen and DreamStar) is asking the panel to forget everything that happened in the past.  It is a request that should not be granted.

## B.      The Complainant's Claims, If Any Ever Existed, Are Barred by Laches

If, assuming *arguendo*, the Complainant ever had a good faith claim against the Respondent (which the Respondent vigorously denies considering the fact that the Putative Mark is generic and/or descriptive, that the Respondent offers a *bona fide* service and that the Respondent did not act in bad faith when it registered and used the Disputed Domains), the Complainant's claim is now barred by the doctrine of laches.  The Complaint and the Respondent entered into a mutually beneficial relationship that lasted for years and all throughout that period and, as detailed above, the Complainant knew, or at the very least should have known, about the Respondent's use of the Disputed Domains.  The Complainant has slept on its rights and as a result of this delay (during which time the Complainant benefitted greatly from its affiliation with the Respondent) the Respondent would be unfairly prejudiced if the Complaint's request is granted.

The Respondent emphasizes once again that its argument for laches should not be mistaken as an admission that the Respondent has engaged in any wrongdoing.  Its argument is only added in the alternative as a necessary response to the Complainant's demonstrably false allegations that it did not know about the Respondent.  As detailed in the Response and supplemented herein, the Respondent has not violated any of the Complainant's rights and the Complainant cannot satisfy even one of the requirements of Policy ¶ 4(a).

## C.      Point-by-Point Response to the Complainant's Supplemental

The following is a point by point response to the Complainant's Supplement, tracking the Complainant's arguments in order.

- The Complainant states that "Mere allegations in the Petition to Cancel do not negate Complainant's rights."  However, by the same stroke, a trademark registration is not an impenetrable fortress of rights.  Unlike the patent system, trademarks do not undergo a vigorous application process – trademarks are simply registered unless the examiner notices a clear and convincing problem.  The presumption of validity is a rebuttable one and the Petition to Cancel is simply the first step the Respondent has taken to rebut that presumption.  The Respondent will continue to dispute the validity of the Putative Mark regardless of the outcome of this proceeding.  At the very least, however, the *bona fide* disagreement regarding the validity of the Putative Mark casts a grave doubt on any inference the Complainant has asked the panel to take regarding bad faith arising from the Respondent's use of the Putative Mark.

- A party seeking to cancel the registration of a trademark must overcome the registration's presumption of validity only by a preponderance of the evidence, the standard burden of proof in civil cases.  This standard is set forth clearly in the case referenced by the Complainant, *Cold War Museum, Inc. v. Cold War Air Museum, Inc.*, 586 F.3d 1352, 1356 (Fed. Cir. 2009), therefore the Respondent is at a loss as to why the Complainant would claim that the presumption of validity "is an extremely high hurdle."  It is, in fact, as low as any final hurdle in the legal world.

- The Respondent will dispute the validity of the Complainant's European and Canadian trademarks just as vigorously and on the same grounds as the U.S. trademark.  The invalidity of the U.S. trademark following a petition for cancellation will be strong evidence for the Respondent against the Complainant in Canada and Europe.

- The Complainant is simply (and inexplicably) wrong with regards to its analysis of the Google Search results attached as the Respondent's Annexes 3 and 4.  One does not even have to consult the websites themselves to see that they describe themselves as a porn tube.  Twenty five out of thirty use the words "porn tube" in their title or in the short description that shows up in the Google Search results in Annex 3 (even more use it within their web pages).  All thirty of the results in Annex 4 use the words "porn tube" in their title or in the short description.  Each of these websites use the "porn tube" term in a descriptive or generic nature.

- Although the Complainant argues that the use of the "porn tube" term by all these other websites is infringement of its Putative Mark, as Abraham Lincoln is quoted as saying, "calling a dog's tail a leg doesn't make it a leg."  It is not infringement simply because the Complainant says it is so.  The Complainant's argument in this regard assumes its own conclusion.

- The Respondent is unsure as to the relevance of the Complainant's point that many of websites identified in the search results are commonly owned.  The only conclusion that can be drawn from this is that some of the largest streaming adult video networks on the Internet all describe their services as porn tubes (which is an argument in favor of the Respondent).

4

- The Complainant's suggestion that Annex 5 must be viewed with caution is unsubstantiated as its disagreement with the analysis is, once again, simply wrong. Attached hereto as SAnnex 10 are screen captures of the websites listed by the Complainant showing exactly where the websites use the "porn tube" term descriptively and/or generically.[2]  In each case, the term is used in a fashion visible to users.  The fact remains that over 65% of the top porn tube websites on the Internet use the "porn tube" term descriptively (and not just 31%, as the Complainant states).

- The Respondent attached its Annex 2 simply to demonstrate the prevalence of the term "tube" in modern Internet culture and how it grew out of the popularity of YouTube. Consequently, the relevance of the Complainant's SAnnex 3 is lost on the Respondent.  It only shows the weakness of the Complainant's Putative Mark.

- The issues relevant to the consent agreement between the registrant of the Putative Mark and the PORNOTUBE mark are exactly as relevant to this dispute.  The Complainant admits that it first filed an opposition to the PORNOTUBE mark but eventually entered into a consent agreement with that party, agreeing in the end that there was no confusion between the two marks.  Pornotube.com is a porn tube almost exactly like the Complainant's website.  It markets to the same exact audiences as the Complainant and the Respondent.  There is simply no basis for the Complainant's argument that the factual basis relevant to the PORNOTUBE dispute differs from the current dispute.  The Complainant agreed that PORNOTUBE did not infringe upon and is not confused with the Putative Mark.  The same conclusion holds with the Disputed Domains.

- Moreover, the Respondent did not put forth its argument regarding the consent agreement for the purpose of showing descriptiveness.  The argument was placed in that section of the Response simply because it fit in response to the Complainant's allegation that the Putative Mark was issued without any incident.  In this manner, it was clear evidence of bad faith. The Respondent's reliance on the consent agreement was not misplaced. However, as detailed in Section B of the Response, the consent agreement is also evidence that confusion is not possible between the Putative Mark and the Disputed Domains and that the Complainant has essentially stated so in the consent agreement.

- The Respondent's arguments regarding likelihood of confusion are firmly based in law. Courts regularly take into account the use of spaces, colors, fonts and other distinctive depictions in their analysis of likelihood of confusion.  See, e.g., *Primepoint, LLC v. Primepay, Inc.*, 545 F. Supp. 2d 426 (D.N.J. 2008) (taking into consideration use of colors, word emphasis and other distinctive renderings for the overall question of "whether the marks viewed separately and in their entirety could lead to the likelihood of confusion").  The fact remains that the rendering of the titles of the Respondent's websites are so distinctive that it is virtually impossible for a user to be confused.

---

[2] The Complainant lists tnaflix.com as one of the websites which does not use the "porn tube" term as a generic or descriptive term.  The Complainant is right on this account, but the Respondent's Annex 5 never said any differently.

5

- The Complainant continues to rely solely on the cases of *Target Brands, Inc. v. Bealo Group S.A.* and *AltaVista v. Krotov* for its allegation that the Respondent does not offer a *bona fide* service.  As an initial matter, it is shocking that the Complainant continues to argue that the Respondent does not engage in a *bona fide* service given the fact that the Complainant knowingly sought out and paid the Respondent for its service.  In any case, its reliance on the case law is misplaced.  In the cited cases, the complaints were based on long-standing and unopposed trademarks like TARGET and ALTAVISTA.  In neither case did the respondents even argue the question of the validity of the complainant's rights in the disputed mark (in the *AltaVista* case, the respondent did not even make a submission in its defense).  The facts could not be any different here.  The Respondent vigorously denies the Complainant's rights in the Putative Mark because it is generic and descriptive.  Bad faith cannot be attributed to the Respondent simply because the Complainant believes the Putative Mark is indestructible.

- The Complainant's attempted reliance on the Webmaster terms of use is unavailing because it assumes its conclusion that the Respondent is infringing its Putative Mark.

- The Complainant's attempt to discredit the Respondent's Annexes 19 and 21 is bewildering.  Annexes 19 and 21 show the Respondent and the Disputed Domains listed on the Complainant's website as one of the Complainant's most successful affiliates.  The only party capable of displaying the information shown in Annexes 19 and 21 on the Complainant's website is the Complainant itself and Annexes 19 and 21 are clear evidence that the Complainant knew of the Respondent and the Disputed Domains.  The Disputed Domains were not simply one of the supposed 80,000 domains that participated in the Complainant's webmaster program – they were among the most successful domains in the webmaster program, accounted for up to 8.25% of the Complainant's affiliate traffic, were the cause for $130,000 in compensation to the Respondent by the Complainant and the basis of an extra prize awarded to the Respondent in a highly publicized contest.

The remainder of the Complainant's supplemental response depends upon its disproven allegation that it did not know and could not know about the Respondent's use of the Disputed Domains.  This argument is baseless and in bad faith.  As proven above in Section A and in the Response, the Complainant knew of, fostered, encouraged, rewarded and profited from the Respondent's use of the Disputed Domains.

In light of the foregoing and prior submissions, the Respondent respectfully requests that the Complainant's remedy should be denied.

Respectfully submitted,
Respondent Calista Enterprises Ltd.
By its Attorney,
/s/  Matthew Shayefar
Matthew Shayefar, Esq.
Val Gurvits, Esq.
Boston Law Group, PC                    Date: May 2, 2013.

## INDEX OF SANNEXES

| SAnnex # | SAnnex Title |
|---|---|
| 1 | DreamStar portfolio page |
| 2 | DreamStar Facebook page |
| 3 | DreamStar Team page |
| 4 | Mr. Matthyssen's "Ask Me Anything" thread on reddit.com |
| 5 | Blog post on porntube.com regarding Mr. Matthyssen and DreamStar |
| 6 | xBiz article on Porntube |
| 7 | WhoIs results for 0porntube.com, porntubedating.com, porntubepremium.com, porntubepros.com and whatisporntube.com |
| 8 | DreamStar's gals4free.net website listing ICQ number 59661018 as "Steve" |
| 9 | Posting by Matthyssen on adult industry forum gfy.com with ICQ number 59661018 |
| 10 | Screen captures of the websites from Respondent's Annex 5 |

# SANNEX 1



# Dreamstar ★ Cash

f Like    1      🐦 Tweet    1      8+1    0

🏠    **PROJECTS**    **JOBS**    **ABOUT US**    **BLOG**    **FIND US**

## OUR PROJECTS

Since its inception back in
2002, DreamstarCash has
evolved from a garage venture
to a mature start-up. These
have been our most notable
projects so far.

Show:

★ All
★ Adult Online Games
★ Affiliate & Partnership
    Programs
★ TGP Sites
★ Tube Sites



**Porntube Webmaster
Program**
Porntube Webmaster Program
is one of the highest paying
traffic programs out there!



**Content Publishing Program**
Allowing producers to upload
content to PornTube.com in
exchange for free traffic



**Guess That Pornstar**
Give it a try, although don't feel
too bad if you can't beat the
pornstar spotting ninjas from
our content team!



**PornTube**
PornTube is a project we just
launched and are very excited
about!



**4Tube**
The first site to break the 1
million visitors/day for
Dreamstar Cash



**Fux**
One of our smaller tube sites
catering to a broader audience




**Gals4Free**
Gals4Free focuses on
pornstars & is our flagship TGP
from back in 2002



**WE LOVE OUR TEAM**

**LEE**

Meet all our Team Members

**FROM THE BLOG**

Dreamstar Cash, 5th Best Place
To Work in Spain for PYMES
2012

December 12, 2012

Today is an important day in the history of
Dreamstar Cash, and a very proud moment
for our company, our team and myself. We
found out that Dreamstar Cash ranks...

Read full post »

**ACTIVITIES**

We develop group activities all year round!

Check out the photos »

**ON TWITTER**

FOLLOW US ON twitter

Follow us on LinkedIn

GREAT PLACE TO WORK    Best
Workplaces 2012
PYMES España

## CONTACT US

📍 Partida Cap Blanch 43 - Local 14    ✉ Send us an email    📞 +34 965 843 865
03590 Albea (Alicante) Spain

Copyright @Dreamstar Cash 2011. All Rights Reserved. Legal notice.




# SANNEX 2

# facebook

Email or Phone

Password

Log In

Dreamstar Cash S.L.    About ▼

👍 Like

## Basic Info

Joined Facebook        12/16/2010

Hours                  Mon - Thu: 9:00 am - 6:00 pm
                       Fri: 9:00 am - 3:00 pm

Products               PornTube.com // 4tube.com

## About

We operate 4tube.com & PornTube.com among others with a combined 4 Million visitors/day

Partida Cap Blanch 43 Local 14
03590 Altea, Spain                    Closed until Monday 9:00
                                      am - 6:00 pm

Phone      +34 965 84 38 65
Email      info@dreamstarcash.com
Website    http://www.dreamstarcash.com



© 2013 Microsoft Corporation    © 2013 Nokia

Mobile      Find Friends    Badges      People       Pages       Places      Apps        Games       Music
About       Create Ad       Create Page Developers   Careers     Privacy     Cookies     Terms       Help

Facebook © 2013 · English (US)

# SANNEX 3



# Dreamstar Cash

HOME » ABOUT US »

## TEAM

PROJECTS    JOBS    ABOUT US    BLOG    FIND US

🖒 Like  3    🐦 Tweet  0    🔍 +1  0

During 2012 we've almost doubled the size of our highly skilled team, and had some amazing people join us. We have recently been awarded the 5th Best Place To Work in Spain for PYMES 2012, 2013 will see us driving even more ambitious goals in our never ending quest to build a kick ass company both in terms of technology and recruitment!



## Steve Matthyssen

### Founder

❝ One of my personal obsessions is to make sure we create one of the best working environments possible which allows everyone to achieve their maximum potential with their individual skill sets. We are always either looking forward or already working on the "next big thing" which has ensured we always have an exciting vibe going on at the office ❞

Steve founded Dreamstar Cash in 2003 and since then has taken it from a one-man-band to an almost 20 strong team that has built sites with millions of visitors a day. His initial primary role as webmaster has slowly transformed and he now finds himself focused on business development strategy and defining the direction of Dreamstar Cash.

He founded the company straight out of University (Mediterranean University Of Science and Technology) where he did his BSC in Business Administration.

He admits to being a bit of a petrol-head. In 2010 he competed for the first time in the MINI Challenge Spain where he placed a highly respectable P7 for his rookie season, and now has his sights set on racing Porsche GT3!

## The Team

# SANNEX 4

MY SUBREDDITS - DASHBOARD - FRONT - ALL - RANDOM | add shortcuts from the my subreddits menu at left or click the button by the subreddit name, drag and drop to sort

want to join? login or register in seconds | English

**reddit** | IAmA | comments | related | view images (2)

□ Please check out our recent rule changes!

**I run PornTube.com & 4Tube.com (among others) - AMA!!** (self.IAmA)

submitted 1 year ago* by porntubecom

Hey redditors!

My name is Steve Matthyssen owner of Dreamstar Cash[1], the company that operates (+18 NSFW
– you have been warned!!) PornTube.com[2], 4Tube.com[3] and a few other sites. In total we
manage around 3,5 million visitors/day.

Decided to setup this IAmA after someone posted one of our PornTube launch party pictures on
reddit and the thread was forwarded to us http://www.reddit.com/comments/g5qzy/[4]

Also on the thread are DCasa (CTO) and rodcul (Operations & SEO)

EDIT:

Great questions so far guys! We will take a little break here now and check back in 2 hours to
answer any new questions. Keep posting and upvoting, we will get back ASAP. Slowly getting quite
a few repeat question, so we will only be answering new questions when we check later on! Thanks
everyone! This has been fun!

**Be sure to follow us on Twitter @porntube[5] to stay up to date!**

EDIT:

**Please find our "Aftermath" summary of our 12 hour AMA reddit session on our blog. It's
been a real blast, lots of interesting questions, suggestions, and to see so much interest in
the first place! Thanks again!**

http://www.porntube.com/blog/2011/06/reddit-iama[6]

We are based in Spain so we'll try and keep answering questions till around 22.30 GMT+1 and
anything else we'll pickup tomorrow.

2102 comments   share   source   hide all child comments

top 200 comments   show 500

sorted by: best ▼

subscribe

this post was submitted on 07 Jun 2011
**864 points** (58% like it)

2,582 up votes 1,718 down votes

shortlink: http://redd.it/html7x

□ username

□ password   login

□ remember me   reset password

☑ Use subreddit style

unsubscribe  +shortcut  +dashboard

3,201,462 readers
○ 4,276 users here now

# IAmA

## AMAs should be about:

• Something uncommon that plays a
central role in your life, or
• A truly interesting and unique
event.
• Explanation and examples of this
rule can be found here

## All AMAs require proof.

• Proof should be included in the text
of the post when you post your

# SANNEX 5

Adult Porn Tube Videos     Sex Movies     PornTube.com



Type search here...

Home    Videos    Categories    PornStars

Blog Home » News » REDDIT IAmA & PORNTUBE – THE AFTERMATH



# REDDIT IAmA & PORNTUBE – THE AFTERMATH

by angeliface | June 8th, 2011 | google analytics, IAmA, PornTube, Reddit, Social Media

As you may or may not know Steve Matthyssen, owner of Dreamstar Cash, the company that operates PornTube along with 4Tube and other sites took part in an IAmA on Reddit yesterday – along with Rodney Cullen (Operations and SEO) and Damian Casale (CTO).

I run PornTube.com & 4Tube.com (among others) – AMA!!

Well, we were expecting some interest, but wow – did we underestimate the interest it would cause!! The mammoth Reddit session commenced at approximately 1.30pm GMT+1 yesterday (7th June 2011) and continued until 12.30pm GMT+1 today (8th June 2011) – generated over 2,150 comments – and they're still coming!



top 200 comments   show 500

sorted by: old ▾

be sure to follow us on twitter opportunity to s
We are based in Sp o we'll try and keep answe
pickup some

2166 comments   share   unsave   hide   report

# THANKYOU REDDITORS!!!

We'd like to take this opportunity to say

Thanks to everyone who participated and made this such a worthwhile exercise

Not only that but we reached a fantastic No.3 in the Reddit list which in itself was absolutely brilliant – and if you don't believe us PornTubers, here's the proof ...





SEARCH

Search PornTube.com Blog

CATEGORIES

Funny (26)

General (10)

Help Needed! That Means You!!! (1)

News (15)

Our Weekly Treat (67)

Pornstar Quotes (1)

Pornstars (8)

PornTube Staff (2)

PornTube:
PornTube

naughty fuckers

Clip of the Day

Cold Case K

# SANNEX 6



Friday, May 10, 2013

⌂ **Home** > **News** > **PornTube.com Affiliate Program Resurges With iPad 2 Contest**

• Bookmark   • Newsletters   • Register   Search    SEARCH OPTIONS

HOME                                        USER TIPS
NEWS
Web / Tech
Video
Novelty
Retail
Gay
Europe
Mobile
Apparel
Legal
FEATURES
Business
Opinions
Educational
Profiles
Legal
Quick Bites
PHOTOS
BLOGS
DIRECTORY
BOARD
VIDEO INDEX
Premiere Releases
Editors Choice
Studios
CALENDAR
SERVICES
PR Blaster
Newsletters
Mobile News
RSS / Syndication

**Popular RSS Feeds:**
⊕ All News / Editorial
⊕ Web & Tech News
⊕ Video Business News
⊕ Feature Articles

All Feeds »

⊿ **XBIZ NEWSWIRE**
News For The Media

NEWS STORY

# PornTube.com Affiliate Program Resurges With iPad 2 Contest

***XBIZ NEWS*** REPORT

By Ariana Rodriguez
Friday, Jul 15, 2011   Text size: ➕ ➖

Tweet   Recommend

LOS ANGELES — To celebrate the relaunch of the PornTube.com pay-per-click webmaster program, PornTube.com is holding a contest and awarding an Apple iPad 2 to three winners.

Three iPads will be given away in a lottery draw in which webmasters of any capacity are encouraged to participate in. From July 16 to Aug. 15, for every $100 in traffic a webmaster sends to PornTube's video pages, the contest entrant earns one lottery ticket.

New webmasters that sign up are rewarded with the lottery tickets for the first $100 that they send, the company said. The contest limits contest entrants to one account per webmaster; and current webmasters are not allowed to sign up new accounts.

PornTube initially launched its basic pay-per-click program for webmasters in December. The company says that after careful analysis of active webmaster feedback and evaluation of other programs, it has revamped and retooled its affiliate program, offering webmasters up to $2 per 1,000 uniques.

"Among the biggest complaints expressed by webmasters about other programs was ineffective tracking of unique visitors, and deceiving terms based on the fine print webmasters tend to overlook, i.e. some do not pay for traffic from all countries, some track uniques in a very tricky way," the company said.

The PornTube Webmaster Program pays for all countries, and tracks a 24 hour unique on a per domain basis.

"During our soft launch period, affiliates' feedback noted their particular contentment with the export tools," the company said. "Additionally, we have also noticed some of the 'whale affiliates' suddenly ramping up their traffic volume to us because of our increased payout rates and our tracking method."

According to the company, the PornTube team, led by online adult industry veteran Steve Matthyssen, possesses up to a decade of experience in the affiliate marketing space and has worked with hundreds of affiliate programs over the years. The team's portfolio includes Gals4Free.net and 4Tube.com and most recently, PornTube.com.

"We have navigated our way through all of the inflexible export tools, bad conversions, and other affiliate headaches to come up with a webmaster program that is the most powerful money making machine for webmasters worldwide," Matthyssen said. "To date, the feedback from active affiliates has been extremely positive, however, we are always looking to make it easier and enticing for webmasters to send more traffic and earn top dollar."

To contact PornTube, email support@porntube.com.

Tweet   Recommend        📄 **Blog this**   🖨 Print   ✉ Email

   

XBiZ          Twitter   Facebook   Email   Mobile

**Are you considering Bitcoin as an alternative form of payment for your business?**

Yes                          25.70%

No                                45.25%

I don't know enough about it      29.05%

Out of 179 votes. Results based on votes submitted by members of XBIZ.net social network.

Discussions   Blogs   Opportunities      More »

I'm buying self shot content (exclusive preferred)
Heather Vandeven

The number one reason people do not make money in porn................
OldJeff

Reddit GoneWild: The disturbing amateur porn site where 'girls next door' pose nude in exchange for Bitcoins and upvotes
Heather Vandeven

Why Do Some Sites Even Bother Setting Up An Affiliate Programme

**FIND PRODUCTS & SERVICES**        ➤ More

**Affiliate Programs**
**Content Licensing**
**Creative Services**
**Industry Resources**
**Mobile Solutions**
**Novelty Products**
**Payment Processing**
**Professional Services**

**GET THE INDUSTRY'S TOP TRADE PUBLICATION**



Subscribe to *XBIZ World* magazine, the industry's leading e-commerce trade publication, delivering in-depth coverage of the online, mobile and ancillary digital markets.

**Subscribe**

**UPCOMING EVENTS**        ➤ More

**XBIZ Summit 2013**
May 14 - May 17
Miami, Florida

**Eurowebtainment**
May 22 - May 25
Majorca, Spain

**Exxxotica South Florida**
May 31 - Jun 02
Fort Lauderdale, Florida

**EXXXOTICA Chicago**
Jul 12 - Jul 14
Chicago, Illinois

See all current articles in > adult industry news

**GET LISTED WITH XBIZ, IT'S FREE!**

Everyday thousands of business professionals browse XBIZ's industry directory for quality products and services. Not listed yet? Your company could be losing potential new business. *Submit your company today!*

Submit Your Company »

**Related Articles**

- California 'Revenge Porn' Bill Introduced   May 9, 2013
- 'Revenge Porn' Legislation Dies in Florida   May 9, 2013
- FDA Blacklists 3 More Penis Pills   May 8, 2013
- Senate Passes Online Sales Tax Bill   May 6, 2013
- Porn Star Priya Rai Goes to Bollywood   May 6, 2013
- Brooklyn Lee to Retire From Performing   May 3, 2013
- MyFreeSexStore Hosting 2 Nights of Poker at XBIZ Summit   May 2, 2013

Use XBIZ RSS feeds to stay informed of the latest industry developments or as a content syndication tool for your website!

Get RSS »

**More ways to get XBIZ News:**  RSS Feeds  |  E-Newsletters  |  Desktop Widget  |  Mobile

XBIZ Newswire > Adult industry news service for the media

XBIZ World > Adult industry magazine for the digital media market

XBIZ Premiere > Adult industry magazine for the retail market

XFANZ  Looking for porn star news and behind-the-scene videos? Check out XFANZ.com !

---

**WEB / TECH NEWS**   More

YouTube Yanks Sex Rights for the Disabled Video

CCBill Launches New Portuguese Language Forms

Red Apple Media Debuts 'VantageCart' Technology

SexEntertain Launches Cloud-based 'Content Anywhere' System

ASACP to Meet Digital Media Industry Leaders at XBIZ Summit

CCBill Joins in Support of ALC 12 Ride

**VIDEO NEWS**   More

Katie K Celebrates Mainstream Project, 'The Look of Love'

Brittany Andrews Film to Premiere at Cannes

Adam & Eve Finds 'Type of Action' Key in Choosing Adult Films

Angelina Castro Announces Craigslist Reality Series

Lisa Ann Teams With Lexington Steele in New Evil Angel Title

Pinko-De-Mayo Raises Money for Breast Cancer Research

---

**NOVELTY NEWS**   More

Maia Toys Now Available Through Honey's Place

Lion's Den Opening New Las Vegas Store

XBIZ TV: 'HQ' Goes Inside Pipedream Products

Sportsheets Profiled in Orange County Register

Liberator's U.K. Website Yields Early Positive Results

We-Vibe 3, Thrill Win Adultex Awards

**RETAIL NEWS**   More

FDA Blacklists 3 More Penis Pills

Asia Adult Expo Set for August

Senate Passes Online Sales Tax Bill

Rick's Cabaret Opens Temptations Club in Sulphur, La.

Sasha Grey's Erotic Novel Debuts Thursday

Feminist Porn Mini Con to Be Held at UCSB

---

**PROFILES & BIOS**   More



**WIA Profile: Kerin De Francis**

Each month, industry news media organization XBIZ spotlights the career accomplishments and outstanding contributions of Women in Adult. WIA profiles offer an intimate look at the professional lives of... More »



**Exec Seat: Eddie Arenas, Naughty America**

Meet Eddie Arenas, Naughty America's CEO. Arenas joined the the Southern California company in 2005 after work in mainstream advertising and postproduction. Five years later, in 2010, he rose to... More »



**Exec Seat: Joe Casella, Entrenue President**

Joe Casella entered the pleasure products industry after working for adult retail chain Fascinations for more than a decade. With a penchant for the pleasure products side of retail, Casella took over... More »

SPONSOR
**marketplace**

---

**XBIZ NEWSLETTERS**

Stay informed of the latest industry developments. Get XBIZ newsletters delivered to your inbox. Subscribe today!

☑ **XBIZ Daily News**
Summary of the day's breaking news stories, delivered Monday through Friday.

☑ **XBIZ Weekly News**
Summary of the week's news, articles, company press releases, hot discussions and latest industry happenings.

☑ **XBIZ Events**

Enter email address:

Subscribe

* To manage existing subscriptions click here.

Receive advance notice of XBIZ conferences and special events.

☐ **XBIZ AVN**
Receive a weekly round-up of the newest adult video releases.

☑ **XBIZ Digital**
Subscribe to the digital edition of XBIZ magazines.

☐ **Special & Promotions**
Promotional opportunities from XBIZ sponsors.

**POPULAR PRODUCTS & SERVICES**

**XBIZ Newscaster**
Submit your press release to multiple news outlets with 1 click.

**XBIZ RSS & Syndication**
Subscribe to RSS news feeds or add free content to your website.

**XBIZ Mobile**
Access XBIZ news and articles with your mobile device.

NEWS | FEATURES | BLOGS | DIRECTORY | BOARDS | CALENDAR | SERVICES

Search          SEARCH OPTIONS

Advertising | Submit Listing | Privacy Policy | Contact Us | About XBIZ

Copyright © 2013 Adnet Media, All Rights Reserved.
XBIZ is a trademark of Adnet Media.

Reproduction in whole or in part in any form or medium without express written permission is prohibited. For reprint permission contact us.

XBIZ WORLD / Digital media trade publication
XBIZ PREMIERE / Adult retail trade publication
XBIZ NEWSWIRE / Industry news for mainstream media
XBIZ.NET / Adult industry social network
XBIZ RESEARCH / Adult industry market research
XBIZ SUMMIT / Adult industry networking event
XBIZ EU / International trade conference
XBIZ LA / Digital media trade conference
XBIZ RETAIL EXPO / Adult retail expo and conference
XBIZ AWARDS / Annual adult industry awards

RTA / ASACP / FSC / BPAV / WIA

# SANNEX 7

Log In to My Account    Create Account

**(480) 505-8877**  Support
Hablamos Español

Commercials  |  Deals  |  Bob's Blog

All Products ▼    Cart

| Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools |

WHOIS Domain Check

WHOIS search results for:
**PORNTUBEPREMIUM.COM**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: PORNTUBEPREMIUM.COM
Created on: 01-Mar-08
Expires on: 01-Mar-14
Last Updated on: 14-Jan-13

Registrant:
Tenza Trading Ltd

Ioanni Stylianou 6
2nd Floor, FlatOffice 202
Nicosia, Nicosia 2003
Cyprus

Administrative Contact:
Matthyssen, Steve domains@tenzatrading.com
Tenza Trading Ltd
Ioanni Stylianou 6
2nd Floor, FlatOffice 202
Nicosia, Nicosia 2003
Cyprus
+357.34661260500

Technical Contact:
Matthyssen, Steve domains@tenzatrading.com
Tenza Trading Ltd
Ioanni Stylianou 6
2nd Floor, FlatOffice 202
Nicosia, Nicosia 2003
Cyprus
+357.34661260500

Domain servers in listed order:
NS01.CASHPARKING.COM
NS02.CASHPARKING.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**Domain already taken?**

Enter domain name          .com ▼    [ Search ]

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration:**

**Alternate TLDs**

| | | | |
|---|---|---|---|
| ☐ porntubepremium.co | SAVE! | $12.99/yr |
| ☐ porntubepremium.info | SAVE! | $2.99*/yr |
| ☐ porntubepremium.net | SAVE! | $9.99*/yr |
| ☐ porntubepremium.org | SAVE! | $6.99*/yr |
| ☐ porntubepremium.ca | | $12.99/yr |
| ☐ porntubepremium.us | SAVE! | $3.99/yr |
| ☐ porntubepremium.me | SAVE! | $9.99/yr |
| ☐ porntubepremium.ws | | $15.99/yr |

**Similar Premium Domains**

| | |
|---|---|
| ☐ PremiumPipeTobacco.com | $688.00* |
| ☐ PremiumCss.com | $888.00* |
| ☐ PremiumFax.com | $2,088.00* |

**Domains available at Go Daddy Auctions®:**

| | |
|---|---|
| ☐ monthlypremium.com Ends on: 6/30/2013 10:03:00 AM PDT | $1,888.00* |
| ☐ betterpremium.com Ends on: 6/30/2013 9:25:00 AM PDT | $2,088.00* |
| ☐ premiumbathrooms.com Ends on: 6/29/2013 9:19:00 AM PDT | $1,588.00* |
| ☐ tubetechnology.com Ends on: 6/26/2013 12:50:00 PM PDT | $1,682.00* |
| ☐ tubegear.com Ends on: 6/26/2013 9:31:00 AM PDT | $3,688.00* |
| ☐ tubecenter.com Ends on: 6/26/2013 9:09:00 AM PDT | $4,088.00* |

**Learn more about**

| | |
|---|---|
| Private Registration | Deluxe Registration |
| Business Registration | Protected Registration |

Ex. D - p. 23

Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                          .com

## Go Daddy Global

Language: English ▾          Country: United States ▾          Currency: United States Dollar $ (Transactional)

| Account Manager | Shopping | Resources | Support | About Go Daddy | Mobile | Global Sites |
|---|---|---|---|---|---|---|
| My Account | Domain Search | Webmail | Telephone Support & Sales | About Us | Go Daddy, on the GO! | Go Daddy (English) |
| My Renewals | Web Hosting | WHOIS search | Product Support | News Releases | iPhone Application | Go Daddy (Español) |
| Order History | Product Catalog | ICANN Confirmation | Discussion Forums | Careers | iPad Application | Go Daddy Australia |
| Create Account | Go Daddy Gear | Affiliates | User Groups | Go Daddy Cares | Android Application | Go Daddy Canada |
| | Deals of the Day | Follow & Fan Us | Submit Support Ticket | Marketing Opportunities | Visit Go Daddy Mobile | Go Daddy India |
| | | Legal | Site Suggestions | Customer Testimonials | | Go Daddy United Kingdom |
| | | Small Business Center | Report Abuse | Security Center | | |
| | | Site Map | | .ME Scholarship | | |
| | | | | Round Up for Charity | Sign Up for Special Offers | |
| Follow & Fan Us | | | | Bob's Video Blog | | |
| | | | | Inside Go Daddy | Email Address | Submit |

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

Legal   Privacy Policy

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2013 Go Daddy Operating Company, LLC. All Rights Reserved.

E

TESTED 2013 - 06 - 10

Log In to My Account   › Create Account

(480) 505-8877   Support
Hablamos Español

Commercials  |  Deals  |  Bob's Blog

All Products ▾    Cart ▾    Find Your Domain    Build your Website    Get website Hosting    Grow with Web Tools

WHOIS Domain Check

WHOIS search results for:
**PORNTUBEDATING.COM**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: PORNTUBEDATING.COM
Created on: 08-Feb-12
Expires on: 08-Feb-14
Last Updated on: 28-Nov-12

Registrant:
Tenza Trading Ltd

Ioanni Stylianou 6
2nd Floor, Flat/Office 202
Nicosia, Nicosia 2003
Cyprus

Administrative Contact:
Matthyssen, Steve domains@tenzatrading.com
Tenza Trading Ltd
Ioanni Stylianou 6
2nd Floor, Flat/Office 202
Nicosia, Nicosia 2003
Cyprus
3-466-126-0500

Technical Contact:
Matthyssen, Steve domains@tenzatrading.com
Tenza Trading Ltd
Ioanni Stylianou 6
2nd Floor, Flat/Office 202
Nicosia, Nicosia 2003
Cyprus
3-466-126-0500

Domain servers in listed order:
NS55.DOMAINCONTROL.COM
NS56.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**Domain already taken?**

Enter domain name        .com ▾    [ Search ]

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

Alternate TLDs

| | | |
|---|---|---|
| porntubedating.co | SAVE! | $12.99/yr |
| porntubedating.info | SAVE! | $2.99*/yr |
| porntubedating.net | SAVE! | $9.99*/yr |
| porntubedating.org | SAVE! | $6.99*/yr |
| porntubedating.ca | | $12.99/yr |
| porntubedating.us | SAVE! | $3.99/yr |
| porntubedating.me | SAVE! | $9.99/yr |
| porntubedating.ws | | $15.99/yr |

Similar Premium Domains

| | |
|---|---|
| RelationshipsDating.com | $1,899.00* |
| CultureDating.com | $749.00* |
| WivesDating.com | $1,349.00* |
| Poji.com | $788.00* |
| PopJ.com | $4,388.00* |
| PosQ.com | $4,267.00* |

Domains available at Go Daddy Auctions®:

| | |
|---|---|
| findating.com<br>Ends on: 8/3/2013 12:00:00 AM PDT | $2,400.00* |
| 1stdating.com<br>Ends on: 6/28/2013 1:05:00 PM PDT | $3,288.00* |
| tubetechnology.com<br>Ends on: 6/28/2013 12:50:00 PM PDT | $1,682.00* |
| tubegear.com<br>Ends on: 6/28/2013 9:31:00 AM PDT | $3,688.00* |
| tubecenter.com<br>Ends on: 6/28/2013 9:09:00 AM PDT | $4,088.00* |
| christian-online-dating.com<br>Ends on: 6/24/2013 7:02:00 PM PDT | $688.00* |

**Learn more about**

Private Registration          Deluxe Registration

Business Registration        Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                    .com

# Go Daddy Global

Language: English     ▼        Country: United States          ▼        Currency:  United States Dollar $ (Transactional)

| Account Manager | Shopping | Resources | Support | About Go Daddy | Mobile | Global Sites |
|---|---|---|---|---|---|---|
| My Account | Domain Search | Webmail | Telephone Support & Sales | About Us | Go Daddy, on the GO! | Go Daddy (English) |
| My Renewals | Web Hosting | WHOIS search | Product Support | News Releases | iPhone Application | Go Daddy (Español) |
| Order History | Product Catalog | ICANN Confirmation | Discussion Forums | Careers | iPad Application | Go Daddy Canada |
| Create Account | Go Daddy Gear | Affiliates | User Groups | Go Daddy Cares | Android Application | Go Daddy Australia |
| | Deals of the Day | Follow & Fan Us | Submit Support Ticket | Marketing Opportunities | Visit Go Daddy Mobile | Go Daddy India |
| | | Legal | Site Suggestions | Customer Testimonials | | Go Daddy United Kingdom |
| | | Small Business Center | Report Abuse | Security Center | | |
| | | Site Map | | .ME Scholarship | | |
| | | | | Round Up for Charity | Sign Up for Special Offers | |
| Follow & Fan Us | | | | Bob's Video Blog | | |
| | | | | Inside Go Daddy | Email Address | Submit |

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.
Legal  Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2013 Go Daddy Operating Company, LLC. All Rights Reserved.                    E

TESTED 2013 - 05 - 10

Log In to My Account    Create Account

24/7 Support **(480) 505-8877** Support

Hablamos Español

Commercials | Deals | Bob's Blog

WHOIS Domain Check

All Products ▼    Cart ▼

| Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools |

WHOIS search results for:
PORNTUBEPROS.COM
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: PORNTUBEPROS.COM
Created on: 08-Mar-09
Expires on: 08-Mar-14
Last Updated on: 14-Jan-13

Registrant:
Tenza Trading Ltd

Ioanni Stylianou 6
2nd Floor, FlatOffice 202
Nicosia, Nicosia 2003
Cyprus

Administrative Contact:
Matthyssen, Steve domains@tenzatrading.com
Tenza Trading Ltd
Ioanni Stylianou 6
2nd Floor, FlatOffice 202
Nicosia, Nicosia 2003
Cyprus
+357.34661260500

Technical Contact:
Matthyssen, Steve domains@tenzatrading.com
Tenza Trading Ltd
Ioanni Stylianou 6
2nd Floor, FlatOffice 202
Nicosia, Nicosia 2003
Cyprus
+357.34661260500

Domain servers in listed order:
NS01.CASHPARKING.COM
NS02.CASHPARKING.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

## Domain already taken?

Enter domain name    .com ▼    [ Search ]

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration:**

**Alternate TLDs**

| | | | |
|---|---|---|---|
| porntubepros.co | | SAVE! | $12.99/yr |
| porntubepros.info | | SAVE! | $2.99*/yr |
| porntubepros.net | | SAVE! | $9.99*/yr |
| porntubepros.org | | SAVE! | $6.99*/yr |
| porntubepros.ca | | | $12.99/yr |
| porntubepros.us | | SAVE! | $3.99/yr |
| porntubepros.me | | SAVE! | $9.99/yr |
| porntubepros.ws | | | $15.99/yr |

**Similar Premium Domains**

| | |
|---|---|
| DeathPenaltyPros.com | $949.00* |
| SkateboardingPros.com | $1,199.00* |
| GunControlPros.com | $475.00* |
| TubeInc.com | $515.00* |
| TubeTvs.net | $2,400.00* |

**Domains available at Go Daddy Auctions®:**

| | |
|---|---|
| debtsettlementpros.com Ends on: 8/3/2013 12:00:00 AM PDT | $2,500.00* |
| debtreductionpros.com Ends on: 7/8/2013 12:00:00 AM PDT | $2,500.00* |
| law yerpros.com Ends on: 6/29/2013 9:43:00 AM PDT | $1,788.00* |
| kitchenpros.net Ends on: 6/29/2013 9:03:00 AM PDT | $888.00* |
| shamrockpros.com Ends on: 6/28/2013 11:02:00 AM PDT | $1,688.00* |
| traffic-pros.com Ends on: 6/27/2013 3:37:00 PM PDT | $788.00* |

### Learn more about

Private Registration          Deluxe Registration

Business Registration         Protected Registration

*Plus ICANN fee of $0.18 per domain name a year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                    .com

# Go Daddy Global

Language: English  [▼]          Country: United States  [▼]          Currency: United States Dollar $ (Transactional)

| Account Manager | Shopping | Resources | Support | About Go Daddy | Mobile | Global Sites |
|---|---|---|---|---|---|---|
| My Account | Domain Search | Webmail | Telephone Support & Sales | About Us | Go Daddy, on the GO! | Go Daddy (English) |
| My Renewals | Web Hosting | WHOIS search | Product Support | News Releases | iPhone Application | Go Daddy (Español) |
| Order History | Product Catalog | ICANN Confirmation | Discussion Forums | Go Daddy Cares | iPad Application | Go Daddy Australia |
| Create Account | Go Daddy Gear | Affiliates | User Groups | Customer Testimonials | Android Application | Go Daddy Canada |
| | Deals of the Day | Follow & Fan Us | Submit Support Ticket | Security Center | Visit Go Daddy Mobile | Go Daddy India |
| | | Legal | Site Suggestions | .ME Scholarship | | Go Daddy United Kingdom |
| | | Small Business Center | Report Abuse | Round Up for Charity | | |
| | | Site Map | | Bob's Video Blog | | |

Follow & Fan Us

Sign Up for Special Offers

Email Address                    Submit

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.
Legal  Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2013 Go Daddy Operating Company, LLC. All Rights Reserved.                                        E

TESTED 2013 - 05 - 10

Log In to My Account    Create Account

24/7 Support **(480) 505-8877**    Support
Hablamos Español

Commercials | Deals | Bob's Blog

All Products ▼    Cart ▼    | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools |    WHOIS Domain Check

WHOIS search results for:
**WHATISPORNTUBE.COM**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: WHATISPORNTUBE.COM
Created on: 07-Jan-08
Expires on: 07-Jan-14
Last Updated on: 28-Nov-12

Registrant:
Tenza Trading Ltd

Ioanni Stylianou 6
2nd Floor, FlatOffice 202
Nicosia, Nicosia 2003
Cyprus

Administrative Contact:
Matthyssen, Steve domains@tenzatrading.com
Tenza Trading Ltd
Ioanni Stylianou 6
2nd Floor, FlatOffice 202
Nicosia, Nicosia 2003
Cyprus
+357.34661260500

Technical Contact:
Matthyssen, Steve domains@tenzatrading.com
Tenza Trading Ltd
Ioanni Stylianou 6
2nd Floor, FlatOffice 202
Nicosia, Nicosia 2003
Cyprus
+357.34661260500

Domain servers in listed order:
NS01.CASHPARKING.COM
NS02.CASHPARKING.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

## Domain already taken?

Enter domain name          .com ▼    [ Search ]

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:
Alternate TLDs

| | | | |
|---|---|---|---|
| ☐ | whatisporntube.co | SAVE! | $12.99*/yr |
| ☐ | whatisporntube.info | SAVE! | $2.99*/yr |
| ☐ | whatisporntube.net | SAVE! | $9.99*/yr |
| ☐ | whatisporntube.org | SAVE! | $6.99*/yr |
| ☐ | whatisporntube.ca | | $12.99/yr |
| ☐ | whatisporntube.us | SAVE! | $3.99/yr |
| ☐ | whatisporntube.me | SAVE! | $9.99/yr |
| ☐ | whatisporntube.ws | | $15.99/yr |

Similar Premium Domains

| | | |
|---|---|---|
| ☐ | WhatMenNeed.com | $799.00* |
| ☐ | WhatWasHeThinking.com | $1,149.00* |
| ☐ | DoWhatIWant.com | $1,249.00* |
| ☐ | TubeInc.com | $515.00* |
| ☐ | TubeFan.com | $3,588.00* |

Domains available at Go Daddy Auctions®:

| | | |
|---|---|---|
| ☐ | whathappensinlasvegasstaysinlasvegas.com Ends on: 8/5/2013 12:00:00 AM PDT | $10,000.00* |
| ☐ | whatpeoplearetalkingabout.com Ends on: 7/29/2013 2:00:00 PM PDT | $100.00* |
| ☐ | whatpeoplearetalkingaboutonline.com Ends on: 7/29/2013 2:00:00 PM PDT | $100.00* |
| ☐ | whatclub.com Ends on: 7/2/2013 2:16:00 PM PDT | $599.00* |
| ☐ | whatoneathcatalog.com Ends on: 6/30/2013 10:41:00 AM PDT | $2,000.00* |
| ☐ | whataremyrecordsworth.com Ends on: 6/30/2013 9:49:00 AM PDT | $20,000.00* |

### Learn more about

Private Registration          Deluxe Registration

Business Registration         Protected Registration

*Plus ICANN fee of $0.18 per domain name a year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search                    .com

## Go Daddy Global

Language: English    ▼        Country: United States    ▼        Currency: United States Dollar $ (Transactional)

| Account Manager | Shopping | Resources | Support | About Go Daddy | Mobile | Global Sites |
|---|---|---|---|---|---|---|
| My Account | Domain Search | Webmail | Telephone Support & Sales | About Us | Go Daddy, on the GO! | Go Daddy (English) |
| My Renewals | Web Hosting | WHOIS search | Product Support | News Releases | iPhone Application | Go Daddy (Español) |
| Order History | Product Catalog | ICANN Confirmation | Discussion Forums | Careers | iPad Application | Go Daddy Australia |
| Create Account | Go Daddy Gear | Affiliates | User Groups | Go Daddy Cares | Android Application | Go Daddy Canada |
| | Deals of the Day | Follow & Fan Us | Submit Support Ticket | Marketing Opportunities | Visit Go Daddy Mobile | Go Daddy India |
| | | Legal | Site Suggestions | Customer Testimonials | | Go Daddy United Kingdom |
| | | Small Business Center | Report Abuse | Security Center | | |
| | | Site Map | | .ME Scholarship | | |
| | | | | Round Up for Charity | Sign Up for Special Offers | |
| Follow & Fan Us | | | | Bob's Video Blog | | |
| | | | | Inside Go Daddy | Email Address | Submit |

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.
                                    Legal    Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2013 Go Daddy Operating Company, LLC. All Rights Reserved.                    E

TESTED 2013 - 05 - 10

Log In to My Account    Create Account

24/7 Support **(480) 505-8877** Support
Hablamos Español

Commercials | Deals | Bob's Blog

All Products ▾    Cart ▾    Find Your Domain    Build your Website    Get website Hosting    Grow with Web Tools

WHOIS Domain Check

WHOIS search results for:
**0PORNTUBE.COM**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: 0PORNTUBE.COM
Created on: 24-Jul-07
Expires on: 24-Jul-14
Last Updated on: 12-Apr-13

Registrant:
Tenza Trading Ltd

Ioanni Stylianou 6
2nd Floor, FlatOffice 202
Nicosia, Nicosia 2003
Cyprus

Administrative Contact:
Matthyssen, Steve domains@tenzatrading.com
Tenza Trading Ltd
Ioanni Stylianou 6
2nd Floor, FlatOffice 202
Nicosia, Nicosia 2003
Cyprus
+357.34661260500

Technical Contact:
Matthyssen, Steve domains@tenzatrading.com
Tenza Trading Ltd
Ioanni Stylianou 6
2nd Floor, FlatOffice 202
Nicosia, Nicosia 2003
Cyprus
+357.34661260500

Domain servers in listed order:
NS01.CASHPARKING.COM
NS02.CASHPARKING.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

## Domain already taken?

Enter domain name                    .com ▼    Search

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

| | Alternate TLDs | | |
|---|---|---|---|
| ☐ | 0porntube.co | SAVE! | $12.99/yr |
| ☐ | 0porntube.info | SAVE! | $2.99*/yr |
| ☐ | 0porntube.net | SAVE! | $9.99*/yr |
| ☐ | 0porntube.org | SAVE! | $6.99*/yr |
| ☐ | 0porntube.ca | | $12.99/yr |
| ☐ | 0porntube.us | SAVE! | $3.99/yr |
| ☐ | 0porntube.me | SAVE! | $9.99/yr |
| ☐ | 0porntube.ws | | $15.99/yr |
| | Similar Premium Domains | | |
| ☐ | TubeInc.com | | $515.00* |
| ☐ | TubeFan.com | | $3,588.00* |

Domains available at Go Daddy Auctions®:

| | | |
|---|---|---|
| ☐ | tubetechnology.com Ends on: 6/26/2013 12:50:00 PM PDT | $1,682.00* |
| ☐ | tubegear.com Ends on: 6/26/2013 9:31:00 AM PDT | $3,688.00* |
| ☐ | tubecenter.com Ends on: 6/26/2013 9:09:00 AM PDT | $4,088.00* |
| ☐ | mp4porn.com Ends on: 6/5/2013 11:00:00 PM PDT | $950.00* |
| ☐ | tubeaxialfans.com Ends on: 5/31/2013 9:45:00 AM PDT | $999.00* |
| ☐ | quartztube.com Ends on: 5/30/2013 12:45:00 PM PDT | $1,799.00* |

### Learn more about

Private Registration                Deluxe Registration

Business Registration                Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Ex. D - p. 31

Enter a domain name to search                     .com

## Go Daddy Global

Language: English  [▼]          Country: United States                    [▼]     Currency:  United States Dollar $ (Transactional)

| Account Manager | Shopping | Resources | Support | About Go Daddy | Mobile | Global Sites |
|---|---|---|---|---|---|---|
| My Account | Domain Search | Webmail | Telephone Support & Sales | About Us | Go Daddy, on the GO! | Go Daddy (English) |
| My Renewals | Web Hosting | WHOIS search | Product Support | News Releases | iPhone Application | Go Daddy (Español) |
| Order History | Product Catalog | ICANN Confirmation | Discussion Forums | Careers | iPad Application | Go Daddy Australia |
| Create Account | Go Daddy Gear | Affiliates | User Groups | Go Daddy Cares | Android Application | Go Daddy Canada |
| | Deals of the Day | Follow & Fan Us | Submit Support Ticket | Customer Testimonials | Visit Go Daddy Mobile | Go Daddy India |
| | | Legal | Site Suggestions | Security Center | | Go Daddy United Kingdom |
| | | Small Business Center | Report Abuse | .ME Scholarship | | |
| | | Site Map | | Round Up for Charity | Sign Up for Special Offers | |
| Follow & Fan Us | | | | Bob's Video Blog | | |
| | | | | Inside Go Daddy | Email Address | Submit |

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.
Legal    Privacy Policy

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2013 Go Daddy Operating Company, LLC. All Rights Reserved.                                E

TESTED 2013 - 05 - 15

# SANNEX 8

**Powered by Arrow Trader eXtreme**



April 2013
**The Arrow Trader 5 beta
is coming to an end**

For questions & suggestions
http://www.arrowscripts.com/

**Sorry, we're not accepting new trades right now**

## Rules

- Minimum of 200 hits / day
- Minimum of 60% content
- No Pop-ups / exit consoles
- No Dialers or redirects for any country

## My Info

| | |
|---|---|
| Domain | www.gals4free.net |
| URL | http://www.gals4free.net |
| ICQ | 59661018 |
| Email | coolness@wanadoo.es |
| Name | Steve |
| Title | Gals 4 Free |

## Webmaster Stats

| | |
|---|---|
| Domain | |
| Password | |
| | login |

## Retrieve password

| | |
|---|---|
| Domain | |
| | retrieve |

## Partner Accounts

| | |
|---|---|
| account username | |
| account password | |
| domain | |
| url | |
| title | |
| email | |
| icq | |
| nickname | |
| password | |
| short description: | |
| | Add Trade |

# SANNEX 9

Dreamstar Cash Launches Dirty Daisy!

User Name: User Name   ☐ Remember Me?
Password: [          ]   Log in

🔖 Dreamstar Cash Launches Dirty Daisy!

🔖 09-02-2004, 02:13 PM

Calidffree
Registered User
Join Date: Apr 2003
Posts: 422

Dreamstar Cash Launches Dirty Daisy!

Hey everyone!

Today we are proud to add a site to our portfolio! Dirty Daisy!
http://www.dirtydaisy.com. The last month we have been working closely together with them and put
together an awesome site! An all exclusive amateur babe girl whch from the looks of it is going to go a long
way! It includes a chat forum for members to talk with her, live webcam shows every week, lots of updates
with high quality pictures and videos! The forum is already pretty active considering the site is "online" since
two days. Just some personal fans of her. This is a winner for sure

For those who haven't signed up with Dreamstar Cash yet, do so now at http://www.dreamstarcash.com.
There are already a couple of hosted galleries added, we will be adding more soon. Also some sets are added
to the free content area, but if you are serious about promoting hit me up on ICQ and I can hook you up with
more content. These guys are fucking like rabbits at the rate im getting the new content

More things are happening here at Dreamstar Cash. We got another site coming soon focused 100% on
pornstar dvd's. We are encoding the videos in very high quality, i have yet to find a site that has better
quality, so we might be putting a new standard!

We should see the launch of that site by mid september hopefully. When that site launches we are going to
have a contest where everyone can be part of! More about that soon! If you got any suggestions for prizes
(even though we have some already) drop us a mail at support@dreamstarcash.com.

Now go get some links up and watch this site convert!

Steve
ICQ: 59661018

At Dreamstar Cash we have in excess of 4m visitors a day through our network that consists of
www.PornTube.com, www.Fux.com and www.Fux.com. We operate the very successful Content Publishing
Platform at http://publish.porntube.com where we have the unique offer of no affiliate code embedded into
your promo banners for clip submissions of 10 minutes or longer. That means you get all traffic from us
AFFILIATE free!



 Porn .com

 fux

Download the PornTube.com Content Publishing Program Guide and Turn your Content into Traffic!

# SANNEX 10

Alphaporno.com



Hellporno.com



ixxx.com



Spankwire.com



Sunporno.com





Video-one.com

| 67. Videos Bang | 137. Porn Clips Now | 207. Filth Matures | 277. Antagram | 347. |
| 68. Good Fuck | 138. Porno Jo | 208. Hard Stream Sex | 278. HQ Tube Porno | 348. |
| 69. The Movs | 139. Tube Porn Now | 209. Fat Cow Tube | 279. Mochito | 349. |
| 70. Sex Tube Store | 140. Crunk Movies | 210. Hot Porn Tube | 280. Wui Wui | 350. |

### My Favorite Sites

| 01. Video One | 05. Mag Post | 09. Woch | 13. sex free porn . com | 17. |
| 02. DT Video | 06. Video Diva | 10. King Love | 14. Sex Movies | 18. |
| 03. SFICO | 07. Wood Room | 11. Cloy Porn | 15. Porn Videos | 19. |
| 04. Pink Dino | 08. Boo Loo | 12. Porn Rule | 16. | 20. |

**Disclaimer:** Video One is a fully automatic adult search and index engine focused on free porn tube clips. We do not own, produce or host the videos **embeded** on this website. All of the videos **embeded** on our site are hosted by websites that are not under our control. The linked videos are automatically gathered and added into our system by our spider scripts. Thumbnails are automatically generated from the videos. "Categories" is just a list of the most popular search queries entered by surfers. The list of related phrases is also based on surfers search queries.

Video One has a zero-tolerance policy against illegal pornography. We take no responsibility for the content on any website which we link to. We take no responsibility for the phrases entered by surfers. Please contact us if you have found inappropriate content.

Parents - Protect your children from adult content with these services: Cyber Patrol | Net Nanny | Cyber Sitter



For trade contact me in ICQ 7874636, Only sites with thumbs 240x180 and skim > 70

Xnxx.com



Xtube.com



Porn.com



Youjizz.com

