**Thomas Freedman Jr.** (OSB No. 080697) thomas@prllaw.com
**Pearl Law LLC**
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:   (503) 295-6296 | Fax: (503) 295-6344

**Valentin Gurvits** (*pro hac vice*) vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice*) matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:   (617) 928-1800 | Fax: (617) 928-1802

**Sean Ploen** (*pro hac vice*) sploen@ploen.com
**Ploen Law Firm, PC**
100 South Fifth Street, Suite 1900
Minneapolis, Minnesota  55402
Tel:   (651) 894-6800 | Fax: (651) 894-6801

**Evan Fray-Witzer** (*pro hac vice*) evan@CFWLegal.com
**Ciampa Fray-Witzer, LLP**
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel:   (617) 426-0000 | Fax: (617) 507-8043

Attorneys for Plaintiff and Counter-defendant Calista Enterprises Ltd.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| **CALISTA ENTERPRISES LTD.**, a Republic of Seychelles company,<br><br>   Plaintiff,<br><br>- v. -<br><br>**TENZA TRADING LTD.**, a Cyprus company,<br><br>   Defendant. | Case No. 3:13-cv-01045-SI<br><br>**EXHIBIT F**<br>**TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**                                           Page **1**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459                       Exhibit F to Plaintiff's First
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com              Amended Complaint

**TENZA TRADING LTD.**,
a Cyprus company,

    Counterclaim Plaintiff,

- v. -

**CALISTA ENTERPRISES LTD.**,
a Republic of Seychelles company, and
**ALEXANDER ZHUKOV**,
a Czechoslovakian citizen,

    Counterclaim Defendants.

Respectfully Submitted,
Plaintiff Calista Enterprises Ltd.
By its Attorneys,

/s/ Matthew Shayefar
Matthew Shayefar (*pro hac vice*)
Valentin Gurvits (*pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:   (617) 928-1800
Fax:   (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

/s/ Sean Ploen
Sean Ploen (*pro hac vice*)
Ploen Law Firm, PC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Tel:   (651) 894-6800
Fax:   (651) 894-6801
sploen@ploen.com

Dated:  August 7, 2014

/s/ Evan Fray-Witzer
Evan Fray Witzer (*pro hac vice*)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel:   (617) 426-0000
Fax:   (617) 507-8043
evan@CFWLegal.com

/s/ Thomas Freedman Jr.
Thomas Freedman Jr. (OSB No. 080697)
Pearl Law LLC
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:   (503) 295-6296
Fax:   (503) 295-6344
thomas@prllaw.com

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com

Page **2**
Exhibit F to Plaintiff's First
Amended Complaint

**Thomas Freedman Jr.** (OSB No. 080697) thomas@prllaw.com
**Pearl Law LLC**
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:     (503) 295-6296
Fax:    (503) 295-6344

**Valentin Gurvits** (*pro hac vice* pending) vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice* pending) matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:     (617) 928-1800
Fax:    (617) 928-1802

**Sean Ploen** (*pro hac vice* pending) sploen@ploen.com
**Ploen Law Firm, PC**
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Tel:     (651) 894-6800
Fax:    (651) 894-6801

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| **CALISTA ENTERPRISES LTD.**, a Republic of Seychelles company,<br><br>    Plaintiff,<br><br>v.<br><br>**TENZA TRADING LTD.**, a Cyprus company,<br><br>    Defendant. | Case No.<br><br>Declaration of Matthew Shayefar in Support of Plaintiff's Complaint |

### DECLARATION OF MATTHEW SHAYEFAR IN SUPPORT OF PLAINTIFF'S COMPLAINT

I, Matthew Shayefar, declare and state as follows:

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**                                                      Page **1**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459                                                     Shayefar Declaration
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com

Ex. F - p. 1

1.   I am a member of the Bar of the Commonwealth of Massachusetts, a member of the Bar of the State of California and counsel to Plaintiff Calista Enterprises Ltd.  I make this declaration in support of Plaintiff's Complaint for Declaratory Judgment, Injunctive Relief and Trademark Cancellation.

2.   I represented Calista Enterprises Ltd. in the administrative proceedings of Tenza Trading Ltd. v. Calista Enterprises Ltd., FA 1303001491515, before the National Arbitration Forum (the "UDRP Proceedings").

3.   Exhibits A, B, C and D of the Complaint are true and correct copies of filings of the parties in the UDRP Proceedings.

4.   Exhibit E of the Complaint is the true and correct copy of the decision of the panel in the UDRP Proceedings.

5.   Attached hereto as <u>Exhibit 1</u> is a true and correct copy of an email I sent to counsel for the Defendant Tenza Trading Ltd. ("Tenza") on June 18, 2013 notifying Tenza that Calista intended to file a civil action against Tenza pursuant to 15 U.S.C. § 1114(2)(D)(v).

6.   As of the date hereof, Tenza has not responded to that notification.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of June, 2013 in Newton Centre, MA.

   /s/ Matthew Shayefar
   Matthew Shayefar

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**　　　　　　　　　　　　　　　　Page **2**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459　　　　　　　　　　　　　　　Shayefar Declaration
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com

Ex. F - p. 2

<u>**Exhibit 1**</u>

## PORNTUBE Settlement terms CONFIDENTIAL

---

**Matthew Shayefar** <matt@bostonlawgroup.com>                                        Tue, Jun 18, 2013 at 3:31 PM
To: "Anna M. Vradenburgh" <amv@eclipsegrp.com>
Cc: "Stacey L. Messina" <slm@eclipsegrp.com>, Val Gurvits <vgurvits@bostonlawgroup.com>

Dear Anna,

My client is still reviewing the terms you forwarded.  However, although I am sure you already know this, I must make it explicit pursuant to 15 U.S.C. § 1114(2)(D)(v) that in case the parties cannot settle their dispute, we will be filing suit on behalf of Calista against Tenza to establish that Calista's registration and use of the disputed domains (and the "porn tube" term in general) are not unlawful and to prevent the transfer of the domains pursuant to the UDRP proceedings.

I would appreciate confirmation that you've received this notice and I look forward to speaking with you about this matter soon.

Very Truly Yours,


Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

-----------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com