**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Alexandra J. Bodnar,** OSB #133058
Email: abodnar@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger,** *appearing pro hac vice*
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh,** *appearing pro hac vice*
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

   Attorneys for Defendant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company,<br><br>   Plaintiff,<br><br>   v.<br><br>**TENZA TRADING LTD.,** a Cyprus Company,<br><br>   Defendant. | No. 3:13-cv-01045-SI<br><br>TENZA NOTICE OF APPEARANCE OF ATTORNEY ALEXANDRA BODNAR |

Page 1 -    TENZA NOTICE OF APPEARANCE OF ATTORNEY ALEXANDRA BODNAR

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14392469.1

| | |
|---|---|
| **TENZA TRADING LTD.,** a Cyprus Company, | |
| Counterclaim Plaintiff, | |
| v. | |
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company; and **ALEXANDER ZHUKOV,** A Czechoslovakian citizen, | |
| Counterclaim Defendants. | |

Alexandra J. Bodnar of Schwabe, Williamson & Wyatt, P.C. hereby appears as counsel of record for Defendant and Counterclaim Plaintiff Tenza Trading Ltd. in the above-captioned case.

Dated this 19th day of August, 2014.

Respectfully submitted,

s/ Alexandra J. Bodnar
Alexandra J. Bodnar, OSB #133058
Devon Zastrow Newman, OSB #014627
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503-222-9981
Facsimile: 503-796-2900

Paul N. Tauger, *appearing pro hac vice*
Anna M. Vradenburgh, *appearing pro hac vice*
THE ECLIPSE GROUP LLP
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Attorneys for Defendant Tenza Trading Ltd.

Page 2 -   TENZA NOTICE OF APPEARANCE OF ATTORNEY ALEXANDRA BODNAR

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14392469.1