AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| CALISTA ENTERPRISES LTD, Plaintiff,<br>v. TENZA TRADING LTD., Defendant<br>********************************************************<br>TENZA TRADING LTD., Counterclaim-<br>_Plaintiff(s)_<br>v.<br>CALISTA ENTERPRISES LTD;<br>and ALEXANDER ZHUKOV,<br>Counterclaim-<br>_Defendant(s)_ | Civil Action No. 3:13-cv-01045-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      ALEXANDER ZHUKOV

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Paul N. Tauger, Esq.              Devon Zastrow Newman
                                                                 The Eclipse Group LLP            Schwabe, Williamson & Wyatt
                                                                 2020 Main Street, Suite 600       1211 S.W. 5th Avenue, Suite 1600
                                                                 Irvine, California 92614            Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: __08/27/2014__                    By: _s/C. Brost, Deputy Clerk_

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CALISTA ENTERPRISES LTD.,

        Plaintiff,

vs.

TENZA TRADING LTD.,

        Defendant.

        /

Case No. **3:13-CV-01045-SI**

AFFIDAVIT OF SERVICE

STATE OF OREGON
County of Multnomah     ss.

I, Timothy Mason, being first duly sworn, depose and say, I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons; Answer to First Amended Complaint and First Amended Counterclaim of Tenza Trading Ltd; Discovery and Pretrial Scheduling Order; Discovery Agreement;Consent to Jurisdition by a Magistrate Judge and designation of the Normal Appeal Route; Civil Case Managment Time Schedules; Report on the Filing or Dertermination of an Action Regarding a Patent or Trademark; Civil Case Assignment Order*

Upon **ALEXANDER ZHUKOV**, by delivering such true copy, personally and in person, to Thomas Freedman, Jr., Attorney, at 522 SW 5th Ave., Suite 1100, Portland, OR 97204 on August 27, 2014 at 1:21 PM.

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME
this ____ day of _____, 20__
by Timothy Mason.

_____
Notary Public for Oregon

X_____
Timothy Mason
Nationwide Process Service, Inc.
300 Century Tower
1201 SW 12th Avenue
Portland, OR 97205
(503) 241-0636


OFFICIAL SEAL
MARY KATHRYN BRODBECK
NOTARY PUBLIC - OREGON
COMMISSION NO. 473953
MY COMMISSION EXPIRES DECEMBER 05, 2016

*310512*