**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Alexandra J. Bodnar,** OSB #133058
Email: abodnar@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Paul N. Tauger, *appearing pro hac vice***
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh, *appearing pro hac vice***
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Attorneys for Defendant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company**,**

Plaintiff,

vs.

**TENZA TRADING LTD.,** a Cyprus Company**,**

Defendant.

No. 3:13-cv-01045-SI

JOINT STIPULATED MOTION TO EXTEND TIME FOR COUNTER-DEFENDANT ALEXANDER ZHUKOV TO RESPOND TO THE FIRST AMENDED COUNTERCLAIM OF COUNTERCLAIMANT TENZA TRADING LTD.

PURSUANT TO LR 16-3

Page 1 - JOINT STIPULATED MOTION TO EXTEND TIME FOR ZHUKOV TO RESPOND TO THE FIRST AMENDED COUNTERCLAIM

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126430\192024\DZN\14579731.1

**TENZA TRADING LTD.,** a Cyprus Company,

Counterclaim Plaintiff,

vs.

**CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company; and **ALEXANDER ZHUKOV,** a Czechoslovakian citizen,

Counterclaim Defendants.

Tenza Trading Ltd. (hereafter "Tenza"), Calista Enterprises, Ltd. (hereafter "Calista") and Alexander Zhukov (hereafter, "Mr. Zhukov") submit the following stipulated motion.

**Local Rule 7.1 Certification**

The undersigned counsel certify that the motion at issue is stipulated by counsel.

**Motion**

The parties request a brief extension of thirty days for Mr. Zhukov to file and serve a pleading in response to the First Amended Counterclaim of Tenza Trading Ltd. Mr. Zhukov's response is currently due Monday, September 22, 2014. Mr. Zhukov's response would, therefore, be due October 22, 2014.

The parties have made substantive progress towards settlement and believe that a stipulated resolution to the litigation is imminent. In light of the likelihood of settlement, neither party wishes to incur the costs associated with a response to the First Amended Counterclaim by Mr. Zhukov.

This motion is made in good faith and not for purposes of delay. The requested extension

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

will not require any modifications to any other case management dates that have been set by the Court.

Dated this 19th day of September, 2014.

Respectfully submitted,

Paul N. Tauger, *appearing pro hac vice*
Anna M. Vradenburgh, *appearing pro hac vice*
THE ECLIPSE GROUP LLP
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Devon Zastrow Newman, OSB #014627
Alexandra J. Bodnar, OSB #133058
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant Tenza Trading Ltd.

s/ Matthew Shayefar
Matthew Shayefar, *appearing pro hac vice*
Valentin David Gurvits, *appearing pro hac vice*
BOSTON LAW GROUP, PC
Telephone: 617-928-1806
Facsimile: 617-928-1802

Sean Ploen, *appearing pro hac vice*
PLOEN LAW FIRM, PC
Telephone: 651-894-6800
Facsimile: 651-894-6801

Thomas Freedman, Jr., OSB #080697
PEARL LAW LLC
Telephone: 503-295-6296

Attorneys for Plaintiff Calista Enterprises Ltd.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900