**Thomas Freedman Jr.** (OSB No. 080697) thomas@prllaw.com
**Pearl Law LLC**
552 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel:   (503) 295-6296 | Fax: (503) 295-6344

**Valentin Gurvits** (*pro hac vice*) vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice*) matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:   (617) 928-1800 | Fax: (617) 928-1802

**Sean Ploen** (*pro hac vice*) sploen@ploen.com
**Ploen Law Firm, PC**
100 South Fifth Street, Suite 1900
Minneapolis, Minnesota  55402
Tel:   (651) 894-6800 | Fax: (651) 894-6801

**Evan Fray-Witzer** (*pro hac vice*) evan@CFWLegal.com
**Ciampa Fray-Witzer, LLP**
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel:   (617) 426-0000 | Fax: (617) 507-8043

Attorneys for Calista Enterprises Ltd. and Alexander Zhukov

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| **CALISTA ENTERPRISES LTD.**, a Republic of Seychelles company,<br><br>　Plaintiff,<br><br>- v. -<br><br>**TENZA TRADING LTD.**, a Cyprus company,<br><br>　Defendant. | Case No. 3:13-cv-01045-SI<br><br>**JOINT STIPULATED MOTION TO EXTEND TIME FOR COUNTER-DEFENDANT ALEXANDER ZHUKOV TO RESPOND TO THE FIRST AMENDED COUNTERCLAIM OF COUNTERCLAIMANT TENZA TRADING LTD.**<br><br>Pursuant to Local Rule 16-3 |

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com

Page **1**  - Joint Stipulated
Motion to Extent Time for
Zhukov to Response

|  |
|---|
| **TENZA TRADING LTD.**, a Cyprus company,<br><br>   Counterclaim Plaintiff,<br><br>- v. -<br><br>**CALISTA ENTERPRISES LTD.**, a Republic of Seychelles company, and<br><br>**ALEXANDER ZHUKOV**, a Citizen of the Czech Republic,<br><br>   Counterclaim Defendants. |

**Local Rule 7.1 Certification**

The undersigned counsel certify that the motion at issue is stipulated by counsel.

**Motion**

Tenza Trading Ltd. ("Tenza"), Calista Enterprises Ltd. ("Calista") and Alexander Zhukov ("Mr. Zhukov") submit the following stipulated motion for this Court's consideration.

The Parties request an additional brief extension of thirty-three days for Mr. Zhukov to file and serve a pleading in response to the First Amended Counterclaim of Tenza. Mr. Zhukov's response, as set by a previous order of this Court, Docket No. 163, is currently due by October 22, 2014. Mr. Zhukov's response would, therefore, be due on Monday, November 24, 2014.

As grounds for this motion, the Parties state that they have made substantive progress towards settlement over the past 30 days that this Court previously granted an extension and that a stipulated resolution of this litigation is imminent and likely to be completed within the next

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com

Page **2** - Joint Stipulated
Motion to Extent Time for
Zhukov to Response

approximate month.  In light of the likelihood of settlement, none of the parties wish to incur the costs associated with a response to the First Amended Counterclaim by Mr. Zhukov.

This motion is made in good faith and not for purposes of delay.  The requested extension will not require any modification to any other case management dates set by this Court.

Dated this 22nd day of October, 2014.                    Respectfully submitted,

/s/ Matthew Shayefar                                     /s/ Paul N. Tauger
Matthew Shayefar (*pro hac vice*)                        Paul N. Tauger (*pro hac vice*)
Valentin Gurvits (*pro hac vice*)                        Anna M. Vradenburgh (*pro hac vice*)
Boston Law Group, PC                                     The Eclipse Group LLP
825 Beacon Street, Suite 20                              2020 Main Street, Suite 600
Newton Centre, Massachusetts 02459                       Irvine, California 92614
Tel: (617) 928-1800 | Fax: (617) 928-1802                Tel: (949) 851-5000 x110 | Fax: (949) 851-5051
matt@bostonlawgroup.com                                  pnt@eclipsegrp.com
vgurvits@bostonlawgroup.com                              amc@eclipsegrp.com

Evan Fray-Witzer (*pro hac vice*)                        Devon Zastrow Newman (OSB No. 014627)
Ciampa Fray-Witzer, LLP                                  Alexandra J. Bodnar (OSB No. 133058)
20 Park Plaza, Suite 505                                 Schwabe, Williamson & Wyatt, P.C.
Boston, Massachusetts 02116                              1211 SW 5th Ave., Suite 1900
Tel: (617) 426-0000 | Fax: (617) 507-8043                Portland, Oregon 97204
evan@CFWLegal.com                                        Tel: (503) 222-9987 | Fax: (503) 796-2900
                                                         dnewman@schwabe.com
Thomas Freedman Jr. (OSB No. 080697)                     abodnar@schwabe.com
Pearl Law LLC
552 SW 5th Avenue, Suite 1100                            Attorneys for Tenza Trading Ltd.
Portland, Oregon 97204
Tel: (503) 295-6296 | Fax: (503) 295-6344
thomas@prllaw.com

Sean Ploen (*pro hac vice*)
Ploen Law Firm, PC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Tel: (651) 894-6800 | Fax: (651) 894-6801
sploen@ploen.com

Attorneys for Calista Enterprises Ltd and
Alexander Zhukov

**Val Gurvits | Matthew Shayefar | Boston Law Group, PC**                Page **3** - Joint Stipulated
825 Beacon Street, Suite 20 | Newton Centre, MA 02459                    Motion to Extent Time for
617-928-1800 | vgurvits@bostonlawgroup.com | matt@bostonlawgroup.com         Zhukov to Response