IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company**,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**TENZA TRADING LTD.,** a Cyprus Company**,**<br><br>　　　　　Defendant.<br><br>**TENZA TRADING LTD.,** a Cyprus Company,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>**CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company; and **ALEXANDER ZHUKOV,** a Czechoslovakian citizen,<br><br>　　　　　Counterclaim Defendants. | Case No. 3:13-cv-01045-SI |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN CLAIMS AND DEFENDANTS

　　Pursuant to Fed. R. Civ. P. 41a(1)(A)(ii), the Parties to the above captioned matter hereby stipulate to the following:

Page 1 -　　STIPULATED FINAL [PROPOSED] CONSENT
　　　　　　　JUDGMENT AND PERMANENT INJUNCTION



1. All claims and counts against Counterclaim Defendant Alexander Zhukov are dismissed, with prejudice;

2. The Counterclaim Counts sounding against Calista for Counterfeiting (Fifth Cause of Action), Constructive Trust (Sixth Cause of Action), Accounting (Seventh Cause of Action) and Conversion (Eighth Cause of Action) are dismissed, with Prejudice.

All rights of appeal are waived and all parties to bear their own costs and attorney's fees.

Respectfully submitted,

Paul N. Tauger, *appearing pro hac vice*
Anna M. Vradenburgh, *appearing pro hac vice*
THE ECLIPSE GROUP LLP
Telephone: 949-851-5000 ext. 110
Facsimile: 949-851-5051

Devon Zastrow Newman, OSB #014627
Catherine B. Brinkman, OSB #002134
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant Tenza Trading Ltd.

Evan Fray-Witzer, *appearing pro hac vice*
Matthew Shayefar, *appearing pro hac vice*
Valentin David Gurvits, *appearing pro hac vice*
BOSTON LAW GROUP, PC
Telephone: 617-928-1806
Facsimile: 617-928-1802

Sean Ploen, *appearing pro hac vice*
PLOEN LAW FIRM, PC
Telephone: 651-894-6800
Facsimile: 651-894-6801

Thomas Freedman, Jr., OSB #080697
PEARL LAW LLC
Telephone: 503-295-6296

Attorneys for Plaintiff Calista Enterprises Ltd.