**Paul N. Tauger** (*Admitted pro hac vice* – CA Bar No. 160552)
Email: pnt@eclipsegrp.com
**Anna M. Vradenburgh** (*Admitted pro hac vice* – CA Bar No. 163212)
Email: amv@eclipsegrp.com
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone: 949-851-5000
Facsimile: 949-851-5051

**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Catherine B. Brinkman**, OSB #002134
Email: cbrinkman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant and Counterclaimant Tenza Trading Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company**,**<br><br>    Plaintiff,<br><br>  vs.<br><br>**TENZA TRADING LTD.,** a Cyprus Company**,**<br><br>    Defendant. | Case No. 3:13-cv-01045-SI<br><br>SATISFACTION OF JUDGMENT |

DEFENDANT AND COUNTERCLAIMANT TENZA TRADING LTD.'S NOTICE OF SATISFACTION OF JUDGMENT



| | |
|---|---|
| **TENZA TRADING LTD.,** a Cyprus Company, | |
| Counterclaim Plaintiff, | |
| v. | |
| **CALISTA ENTERPRISES LTD,** a Republic of Seychelles Company; and **ALEXANDER ZHUKOV,** a Czechoslovakian citizen, | |
| Counterclaim Defendants. | |

DEFENDANT AND COUNTERCLAIMANT TENZA TRADING LTD.'S NOTICE OF SATISFACTION OF JUDGMENT

ECLIPSE GROUP
2020 Main Street
Suite 600
Irvine, CA 92614
t: 949.851.5000
f: 949.851.5051

Whereas a Judgment has been entered in the above-captioned matter on 15th day of December, 2014 in favor of Defendant and Counter-claimant Tenza Trading, Ltd. and against Plaintiff and Counter Defendant Calista Enterprises, Ltd., pursuant to those terms contined in a Stipulated Agreement previously filed with this Court, as well as the relief ordered by the Court, and, said Judgment having been fully satisfied,

THEREFORE, full and complete satisfaction of said Judgment is hereby acknowledged, and the Clerk of the Court is hereby requested and directed to make an entry of the full and complete satisfaction of said Judgment on the docket of this matter.

Date: February 11, 2015

Respectfully submitted,

_____
Paul N. Tauger, Admitted *Pro Hac Vice*
Anna M. Vradenburgh, Admitted *Pro Hac Vice*
THE ECLIPSE GROUP LLP
Telephone: 949-851-5000
Facsimile: 949-851-5051

Devon Zastrow Newman, OSB #014627
Catherine B. Brinkman, OSB #002134
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant Tenza Trading Ltd.